IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S,<br><br>    Plaintiff,<br><br>v.<br><br>SANOFI-AVENTIS, AVENTIS PHARMACEUTICALS INC, AVENTIS PHARMA DEUTSCHLAND GMBH, and AVENTIS PHARMA AG<br><br>    Defendants. | Case No. |

## PLAINTIFFS RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Novo Nordisk A/S hereby states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

*[signature: Anne Shea Gaza]*
Frederick L. Cottrell III (ID NO. 2555)
cottrell@rlf.com
Anne Shea Gaza (ID NO. 4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
*Attorneys for Plaintiff*

Of Counsel:

Jeffrey J. Oelke
Scott T. Weingaertner
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Dated: September 2, 2005

RLF1-2917780-1