IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S,<br><br>Plaintiff,<br><br>v.<br><br>SANOFI-AVENTIS, AVENTIS PHARMACEUTICALS INC., AVENTIS PHARMA DEUTSCHLAND GMBH, and AVENTIS PHARMA AG<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-645-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION

It is hereby STIPULATED, by and between the parties hereto, through their respective counsel that the time within which Defendant, Aventis Pharmaceuticals Inc. shall move, answer or otherwise respond to the Complaint is extended to October 6, 2005.

| **RICHARDS, LAYTON & FINGER** | **CONNOLLY BOVE LODGE & HUTZ LLP** |
|---|---|
| /s/ Anne Shea Gaza<br>Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza, Esquire (#4093)<br>One Rodney Square<br>P. O. Box 551<br>Wilmington, DE 19899<br>(302) 658-6541<br><br>Attorney For Plaintiff | /s/ Jeffrey B. Bove<br>Jeffrey B. Bove, Esquire (#998)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899-2207<br>(302) 658-9141<br><br>Attorneys for Defendants |

SO ORDERED this _____ day of _____, 2005.

_____
Hon. Sue L. Robinson
Chief United States District Judge