IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S,<br><br>    Plaintiff and Counterdefendants,<br><br>v.<br><br>AVENTIS PHARMACEUTICALS INC.,<br><br>    Defendants and Counterplaintiffs, and<br><br>SANOFI-AVENTIS, AVENTIS PHARMA DEUTSCHLAND GMBH, and AVENTIS PHARMA AG<br><br>    Defendants. | Case No. 1:05CV00645 SLR |

## AVENTIS PHARMACEUTICALS, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Aventis Pharmaceuticals Inc. is a wholly-owned subsidiary of Aventis Holdings Inc., which is a wholly-owned subsidiary of Aventis Inc., which is directly or indirectly owned by sanofi-aventis, which is a publicly held corporation.

1

2

October 11, 2005                              By: /s/ Jeffrey B. Bove
                                                        Jeffrey B. Bove (#998)
                                                        **CONNOLLY BOVE LODGE & HUTZ LLP**
                                                        1007 N. Orange Street
                                                        P. O. Box 2207
                                                        Wilmington, DE 19899
                                                        Tel: (302) 658-9141
                                                        Fax: (302) 656-9072
                                                        Attorney for Defendant
                                                            Aventis Pharmaceuticals, Inc.

Of Counsel:

Paul H. Berghoff
Curt J. Whitenack
Thomas E. Wettermann
Eric R. Moran
**McDONNELL BOEHNEN**
**HULBERT & BERGHOFF LLP**
300 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 913-0001
Fax: (312) 913-0002

*ATTORNEYS FOR DEFENDANT*
*AVENTIS PHARMACEUTICALS, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Frederick L. Cottrell III (#2555)
>Anne Shea Gaza (#4093)
>Richards, Layton & Finger
>One Rodney Square
>P. O. Box 551
>Wilmington, DE 19899

I hereby certify that on October 11, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**By Hand Delivery**

Frederick L. Cottrell III
Anne Shea Gaza
Richards, Layton & Finger P.A.
One Rodney Square
Wilmington, DE 19899

**By Facsimile**

Jeffrey J. Oelke
Scott T. Weingartner
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Fax: (212) 354-8113

/s/ Jeffrey B. Bove
Jeffrey B. Bove (#998)