IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S,<br><br>    Plaintiff and Counterdefendants,<br><br>    v.<br><br>AVENTIS PHARMACEUTICALS INC.,<br><br>    Defendants and Counterplaintiffs, and<br><br>SANOFI-AVENTIS, AVENTIS PHARMA DEUTSCHLAND GMBH, and AVENTIS PHARMA AG<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-645-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves the admission *pro hac vice* of Paul Berghoff, Eric R. Moran, Thomas E. Wetterman and Curt J. Whitenack of the law firm McDonnell Boehnen Hulbert & Berghoff LLP, 300 South Wacker Drive, Chicago, Illinois 60606-6709 to represent Defendant, Aventis Pharmaceuticals Inc., in this matter.

Date: October 13, 2005

/s/ Jeffrey B. Bove
Jeffrey B. Bove, Esquire (#998)
CONNOLLY BOVE LODGE & HUTZ LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE  19899
jbove@cblh.com

## **ORDER**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Paul Berghoff, Eric R. Moran, Thomas E. Wetterman and Curt J. Whitenack is GRANTED.

Dated _____          _____
                                                                                                United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date 09/26/05

Paul Berghoff, Esquire
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606-6709
Tel: (312) 913-2140
Fax: (312) 913-0002

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date 9/23/2005

Eric R. Moran, Esquire
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606-6709
Tel: (312) 913-3302
Fax: (312) 913-0002

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date 9/26/05

Thomas E. Wettermann, Esquire
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606-6709
Tel: (312) 913-2138
Fax: (312) 913-0002

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date 4/26/05

Curt J. Whitenack, Esquire
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606-6709
Tel: (312) 913-2109
Fax: (312) 913-0002

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Frederick L. Cottrell III
Anne Shea Gaza
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

I hereby certify that on October 13, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

| **By Hand Delivery** | **By Facsimile** |
|---|---|
| Frederick L. Cottrell III<br>Anne Shea Gaza<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Jeffrey J. Oelke<br>Scott T. Weingartner<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787<br>Fax: (212) 354-8113 |

/s/ Jeffrey B. Bove
Jeffrey B. Bove, Esquire(#998)