IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-645-SLR |
| | ) |
| SANOFI-AVENTIS, AVENTIS PHARMACEUTICALS INC, AVENTIS PHARMA DEUTSCHLAND GMBH, and AVENTIS PHARMA AG | ) ) ) ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER
## FOR PRO HAC VICE APPEARANCE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Jeffrey J. Oelke, Scott T. Weingaertner, and Stephen Vitola of White & Case LLP to represent Plaintiff Novo Nordisk A/S in this matter.

Dated: October 17, 2005

*anne Shea Gaza /kef (#4395)*
Frederick L. Cottrell, III (ID #2555)
cottrell@rlf.com
Anne Shea Gaza (ID # 4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
*Attorneys for Plaintiff*

SO ORDERED this _____ day of October, 2005.

_____
U.S.D.J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Jeffrey J. Oelke
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

DATE:  October 13, 2005

RLF1-2933846-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and am admitted, in good standing, and of inactive status as a member of the Bars of the States of New Jersey and Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Scott T. Weingaertner
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

DATE: October 14, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and State of Connecticut and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Stephen Vitola
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

DATE: October 14, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2005, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Jeffrey B. Bove, Esquire
> Connolly Bove Lodge & Hutz LLP
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, Delaware 19899

I hereby certify that on October 17, 2005, I have sent by Federal Express the foregoing document to the following non-registered participants:

> Paul Berghoff, Esquire
> McDonnell Boehnen Hulbert & Berghoff LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606-6709

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700