IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVO NORDISK A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-645-SLR |
| | ) | |
| SANOFI-AVENTIS, AVENTIS PHARMACEUTICALS INC., AVENTIS PHARMA DEUTSCHLAND GMBH, and AVENTIS PHARMA AG, | ) ) ) ) ) | |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.7, Connolly Bove Lodge & Hutz LLP hereby withdraws its appearance, and Ashby & Geddes hereby enters its appearance, as Delaware counsel to defendant Aventis Pharmaceuticals Inc. in the above action.

| CONNOLLY BOVE LODGE & HUTZ LLP | ASHBY & GEDDES |
|---|---|
| /s/ *Jeffrey B. Bove* | /s/ *Steven J. Balick* |
| Jeffrey B. Bove (I.D. #998)<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>302-658-9141<br>jbove@cblh.com | Steven J. Balick (I.D.#2403)<br>John G. Day (I.D. #2114)<br>Lauren E. Maguire (I.D. #4261)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com |

Dated: November 23, 2005

163871.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of November, 2005, the attached **SUBSTITUTION OF COUNSEL** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | <u>HAND DELIVERY</u> |
| Jeffrey J. Oelke, Esquire<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787 | <u>VIA FEDERAL EXPRESS</u> |

*/s/ John G. Day*

_____
John G. Day

163940.1