IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NOVO NORDISK A/S,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
|    v. | ) |
| | )  C.A. No. 05-645-SLR |
| **SANOFI-AVENTIS, AVENTIS** | ) |
| **PHARMACEUTICALS INC., AVENTIS** | ) |
| **PHARMA DEUTSCHLAND GMBH, and** | ) |
| **AVENTIS PHARMA AG** | ) |
| | ) |
|    **Defendants.** | ) |

## WAIVER AND ACKNOWLEDGMENT OF SERVICE

**WHEREAS,** Novo Nordisk A/S ("Plaintiff") filed its Complaint on September 2, 2005;

**WHEREAS,** Plaintiff filed its First Amended Complaint on September 26, 2005;

**WHEREAS,** Defendant Aventis Pharmaceuticals Inc. filed its Answer and Counterclaim on October 11, 2005; and

**WHEREAS,** Defendants Sanofi-Aventis and Aventis Pharma Deutschland GMBH (both of which are foreign companies) have authorized their attorneys, Ashby & Geddes, to waive formal service of Plaintiff's Complaint and First Amended Complaint and accept service on their behalf;

**NOW, THEREFORE,** in accordance with Defendants Sanofi-Aventis' and Aventis Pharma Deutschland GMBH's authorization, the undersigned attorney acknowledges that service of Plaintiff's Complaint and First Amended Complaint is hereby accepted on behalf of Defendants Sanofi-Aventis and Aventis Pharma Deutschland GMBH as of November 10, 2005, and hereby agrees that Defendants Sanofi-Aventis and Aventis Pharma Deutschland GMBH

2

shall move, answer or otherwise respond to the First Amended Complaint on or before December 12, 2005.

                ASHBY & GEDDES

                */s/ Steven J. Balick*

                _____
                Steven J. Balick (I.D.#2403)
                John G. Day (I.D. #2114)
                Lauren E. Maguire (I.D. #4261)
                222 Delaware Avenue, 17th Floor
                P.O. Box 1150
                Wilmington, DE  19899
                302-654-1888
                sbalick@ashby-geddes.com
                jday@ashby-geddes.com
                lmaguire@ashby-geddes.com

                *Attorneys for Defendants*

164239.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of December, 2005, the attached **WAIVER AND ACKNOWLEDGMENT OF SERVICE** was served upon the below-named defendants at the address and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell III, Esquire<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE  19801 | HAND DELIVERY |
| Jeffrey J. Oelke, Esquire<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY  10036-2787 | VIA FEDERAL EXPRESS |

*/s/ Steven J. Balick*
_____
Steven J. Balick

1
64241.1