IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-645-SLR |
| ) | |
| SANOFI-AVENTIS, AVENTIS ) | |
| PHARMACEUTICALS INC., and AVENTIS ) | |
| PHARMA DEUTSCHLAND GMBH, ) | |
| ) | |
| Defendants. ) | |

## AVENTIS' RULE 7.1 DISCLOSURE STATEMENT

There is no parent corporation or publicly held corporation that owns 10% or more of the stock of sanofi-aventis S.A.

Aventis Pharmaceuticals Inc. is a wholly-owned subsidiary of Aventis Holdings Inc., which is a wholly-owned subsidiary of Aventis Inc., which is a wholly owned subsidiary of sanofi-aventis Amerique du Nord, which is directly or indirectly owned by sanofi-aventis S.A., which is a publicly held corporation.

Sanofi-Aventis Deutschland GmbH (formerly named Aventis Pharma Deutschland GmbH) is a wholly-owned subsidiary of Hoechst GmbH, which is a wholly-owned subsidiary of sanofi-aventis S.A.

ASHBY & GEDDES

*/s/ Steven J. Balick*

_____
Steven J. Balick (I.D.#2403)
John G. Day (I.D. #2114)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 11 50
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Of Counsel:*                *Attorneys for Defendants*

Paul H. Berghoff
Curt J. Whitenack
Thomas E. Wettermann
Eric R. Moran
McDONNELL BOEHNEN
    HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
Tel:  (312) 913-0001
Fax: (312) 913-0002


Dated:  December 12, 2005
164509.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of December, 2005, the attached **AVENTIS' RULE 7.1 DISCLOSURE STATEMENT** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell III, Esquire<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE  19801 | HAND DELIVERY |
| Jeffrey J. Oelke, Esquire<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY  10036-2787 | VIA ELECTRONIC MAIL |

*/s/ Steven J. Balick*

Steven J. Balick

164241.1