# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

January 6, 2006

**VIA CM/ECF FILING**
**& HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court for
 the District of Delaware
Federal Building
844 King Street
Wilmington, Delaware 19801

RE: *Novo Nordisk A/S v. Sanofi-Aventis, et al.,*
C.A. No. 05-645 (SLR)

Dear Chief Judge Robinson:

In advance of the Rule 16 scheduling conference scheduled in the above-referenced matter for January 10, 2006 at 9:30 a.m., I enclose for the Court's consideration a proposed form of scheduling order that has been discussed by the parties. As is evident from the enclosed order, the parties have worked out a schedule with respect to discovery and dispositive motions. The only point of disagreement between the parties is the number of fact depositions that each side should be permitted. Plaintiff proposes ten fact depositions per side whereas defendants propose twenty-five fact depositions per side. The parties have not included dates for the pretrial conference, trial or for submissions that would be dependent upon those dates as we do not know the Court's preference.

We look forward to discussing these matters with Your Honor and finalizing the scheduling order on January 10, 2006. As always, if Your Honor has any questions prior to the scheduling conference, counsel remains available at the Court's convenience.

Respectfully,

Anne Shea Gaza

ASG:lll
Enclosure

RLF1-2966220-1

The Honorable Joseph J. Farnan
January 6, 2006
Page 2

cc: Clerk of the Court (w/enc.) (By Hand Delivery)
    Steven J. Balick, Esq. (w/enc.) (By Hand Delivery)
    Paul H. Berghoff, Esq. (w/enc.) (by Facsimile)
    Jeffrey J. Oelke, Esq. (w/enc.) (By Federal Express)
    Scott T. Weingaertner, Esq. (w/enc.) (By Federal Express)

RLF1-2966220-1