IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>AVENTIS PHARMACEUTICALS INC,<br>SANOFI-AVENTIS, and AVENTIS<br>PHARMA DEUTSCHLAND GMBH,<br><br>Defendants and Counterplaintiffs. | C.A. No. 05-645-SLR |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, subject to order of the Court, by and between counsel for the undersigned parties, that the Rule 16 Scheduling Order entered by the Court on January 12, 2006 (D.I. 21) shall be and hereby is amended to state as follows:

1.    **Pre-Discovery Disclosures.** The parties will exchange by **January 20, 2006** the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

Notwithstanding the foregoing, all other provisions of the Rule 16 Scheduling Order (D.I. 21) shall remain in full force and effect.

| | |
|---|---|
| _(signature)_ | /s/ Steven J. Balick |
| Frederick L. Cottrell III (#2555) | Steven J. Balick (#2403) |
| Anne Shea Gaza (#4093) | John G. Day (#2114) |
| Richards, Layton & Finger, P.A. | Lauren E. Maguire (#4261) |
| One Rodney Square | Ashby & Geddes |
| P.O. Box 551 | 222 Delaware Avenue, 17th Floor |
| Wilmington, Delaware 19899 | P.O. Box 1150 |
| (302) 651-7700 | Wilmington, DE 19899 |
| cottrell@rlf.com | (302) 654-1888 |
| gaza@rlf.com | sbalick@ashby-geddes.com |
| _Attorneys for Plaintiff_ | jday@ashby-geddes.com |
| | lmaguire@ashby-geddes.com |
| | _Attorneys for Defendants_ |

SO ORDERED this _____ day of _____, 2006.


_____
Chief Judge