IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S, )<br>)<br>    Plaintiff and Counterdefendants, )<br>)<br>v. )<br>)<br>SANOFI-AVENTIS, AVENTIS )<br>PHARMACEUTICALS INC., and AVENTIS )<br>PHARMA DEUTSCHLAND GMBH, )<br>)<br>    Defendants and Counterplaintiffs. ) | C.A. No. 05-645-SLR |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 20th day of January, 2006, **AVENTIS'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)** was served upon the following counsel of record at the address and in the manner

Frederick L. Cottrell III, Esquire                  <u>HAND DELIVERY</u>
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Jeffrey J. Oelke, Esquire                            <u>VIA FEDERAL EXPRESS</u>
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

ASHBY & GEDDES

/s/ Lauren E. Maguire
_____
Steven J. Balick (I.D.#2403)
John G. Day (I.D. #2114)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 11  50
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

Paul H. Berghoff
Curt J. Whitenack
Thomas E. Wettermann
Eric R. Moran
McDONNELL BOEHNEN
  HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
Tel:  (312) 913-0001
Fax: (312) 913-0002

Dated:  January 20, 2006
165855.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Frederick L. Cottrell III, Esquire                                       HAND DELIVERY
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Jeffrey J. Oelke, Esquire                                                 VIA FEDERAL EXPRESS
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787


/s/ *Lauren E. Maguire*
_____
Lauren E. Maguire