IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>AVENTIS PHARMACEUTICALS INC,<br><br>    Defendants and Counterplaintiffs, and<br><br>SANOFI-AVENTIS, AVENTIS PHARMA DEUTSCHLAND GMBH, and AVENTIS PHARMA AG<br><br>    Defendants. | C.A. No. 05-645-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 27, 2006, counsel for Plaintiff Novo Nordisk A/S served copies of Novo Nordisk A/S' First Set of Requests for the Production of Documents and Things To Sanofi-Aventis, Aventis Pharmaceuticals Inc. and Aventis Pharma Deutschland GMBH (Nos. 1-57) upon the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**

Paul Berghoff, Esquire
McDonnell Boehnen Hulbert
& Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606-6709

RLF1-2972290-1

/s/ Frederick L. Cottrell, III (AWS) (#4093)

OF COUNSEL:
Jeffrey J. Oelke
Scott T. Weingaertner
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 651-7700
*Attorneys for Plaintiff*

Dated: January 27, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Lauren E. Maguire, Esquire
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899
> 302-654-1888

I hereby certify that on January 27, 2006, I have sent by Federal Express the foregoing document to the following non-registered participants:

> Paul Berghoff, Esquire
> McDonnell Boehnen Hulbert
> & Berghoff LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606-6709

Alyssa M. Schwartz (#4351)
Schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700