IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S, ) | |
| ) | |
| Plaintiff and Counterdefendants, ) | |
| ) | |
| v. ) | C.A. No. 05-645-SLR |
| ) | |
| SANOFI-AVENTIS, AVENTIS ) | |
| PHARMACEUTICALS INC., and AVENTIS ) | |
| PHARMA DEUTSCHLAND GMBH, ) | |
| ) | |
| Defendants and Counterplaintiffs. ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 27th day of February, 2006, **AVENTIS'S RESPONSES AND OBJECTIONS TO NOVO NORDISK A/S' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-57)** was served upon the following counsel of record at the address and in the manner

Frederick L. Cottrell III, Esquire                           HAND DELIVERY
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Jeffrey J. Oelke, Esquire                                     VIA FEDERAL EXPRESS
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
_____
Steven J. Balick (I.D.#2403)
John G. Day (I.D. #2114)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

Paul H. Berghoff
Curt J. Whitenack
Thomas E. Wettermann
Eric R. Moran
McDONNELL BOEHNEN
  HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
Tel:  (312) 913-0001
Fax: (312) 913-0002

Dated:  February 27, 2006
165855.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Frederick L. Cottrell III, Esquire  
Richards Layton & Finger, P.A.  
One Rodney Square  
Wilmington, DE 19801

HAND DELIVERY

Jeffrey J. Oelke, Esquire  
White & Case LLP  
1155 Avenue of the Americas  
New York, NY 10036-2787

VIA FEDERAL EXPRESS

/s/ *Lauren E. Maguire*
_____
Lauren E. Maguire