IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>AVENTIS PHARMACEUTICALS INC,<br>SANOFI-AVENTIS and AVENTIS<br>PHARMA DEUTSCHLAND GMBH,<br><br>Defendants and Counter-Plaintiffs. | C.A. No. 05-645-SLR |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to order of the Court, by and between counsel for the undersigned parties, that Plaintiff and Counter-Defendant Novo Nordisk A/S's time to respond to Aventis's First Set Of Requests To The Plaintiff Novo-Nordisk A/S For The Production Of Documents And Things (Nos. 1-267) and Aventis's First Set Of Interrogatories To The Plaintiff Novo-Nordisk A/S (Nos. 1-12) shall be and hereby is extended through and including April 6, 2006.

| | |
|---|---|
| /s/ Anne Shea Gaza<br>Frederick L. Cottrell III (#2555)<br>Anne Shea Gaza (#4093)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com<br>*Attorneys for Plaintiff* | /s/ Steven J. Balick<br>Steven J. Balick (#2403)<br>John G. Day (#2114)<br>Lauren E. Maguire (#4261)<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>*Attorneys for Defendants* |

RLF1-2993791-1

SO ORDERED this _____ day of _____, 2006.

_____
Chief Judge Sue L. Robinson