## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVO NORDISK A/S, | ) | |
| | ) | |
| Plaintiff and Counterdefendants, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-645-SLR |
| | ) | |
| SANOFI-AVENTIS, AVENTIS | ) | |
| PHARMACEUTICALS INC., and AVENTIS | ) | |
| PHARMA DEUTSCHLAND GMBH, | ) | |
| | ) | |
| Defendants and Counterplaintiffs. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of March, 2006, **AVENTIS'**

**SECOND SET OF REQUESTS TO THE PLAINTIFF NOVO NORDISK A/S FOR THE**

**PRODUCTION OF DOCUMENTS AND THINGS (NOS. 268-296)** was served upon the

following counsel of record at the address and in the manner indicated:


Frederick L. Cottrell III, Esquire                    HAND DELIVERY
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Jeffrey J. Oelke, Esquire                              VIA FEDERAL EXPRESS
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

Steven J. Balick (I.D.#2403)
John G. Day (I.D. #2114)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

Paul H. Berghoff
Curt J. Whitenack
Thomas E. Wettermann
Eric R. Moran
McDONNELL BOEHNEN
  HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 913-0001
Fax: (312) 913-0002

Dated: March 21, 2006
165855.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of March, 2006, the attached **NOTICE OF**

**SERVICE** was served upon the below-named counsel of record at the address and in the manner

indicated:


Frederick L. Cottrell III, Esquire                    HAND DELIVERY
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Jeffrey J. Oelke, Esquire                    VIA FEDERAL EXPRESS
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787



/s/ *Lauren E. Maguire*
_____
Lauren E. Maguire