IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVO NORDISK A/S, | ) | |
| | ) | |
| Plaintiff and Counterdefendants, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-645-SLR |
| | ) | |
| SANOFI-AVENTIS, AVENTIS PHARMACEUTICALS INC., and AVENTIS PHARMA DEUTSCHLAND GMBH, | ) ) ) | |
| | ) | |
| Defendants and Counterplaintiffs. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of March, 2006, **AVENTIS' SECOND SET OF INTERROGATORIES TO THE PLAINTIFF NOVO NORDISK A/S (NOS. 13-14)** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell III, Esquire<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE 19801 | HAND DELIVERY |
| Jeffrey J. Oelke, Esquire<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787 | VIA FEDERAL EXPRESS |

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

_____
Steven J. Balick (I.D.#2403)
John G. Day (I.D. #2114)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

Paul H. Berghoff
Curt J. Whitenack
Thomas E. Wettermann
Eric R. Moran
McDONNELL BOEHNEN
  HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
Tel:  (312) 913-0001
Fax: (312) 913-0002

Dated:  March 21, 2006
165855.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Frederick L. Cottrell III, Esquire    HAND DELIVERY
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Jeffrey J. Oelke, Esquire    VIA FEDERAL EXPRESS
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787

/s/ *Lauren E. Maguire*
_____
Lauren E. Maguire