IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S,<br><br>  Plaintiff and Counterdefendant,<br><br>  v.<br><br>AVENTIS PHARMACEUTICALS INC, SANOFI-AVENTIS, and AVENTIS PHARMA DEUTSCHLAND GMBH,<br><br>  Defendants and Counterplaintiffs. | Case No. 1:05CV00645 SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 20, 2006, counsel for Plaintiff Novo Nordisk A/S served copies of Novo Nordisk's Responses to Aventis's Second Set of Interrogatories to Plaintiff Novo Nordisk (Nos. 13-14) upon the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**

Paul Berghoff, Esquire
McDonnell Boehnen Hulbert
& Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606-6709

|  |  |
|---|---|
| OF COUNSEL: | /s/ Anne Shea Gaza |
| Jeffrey J. Oelke | Frederick L. Cottrell, III (#2555) |
| Scott T. Weingaertner | Cottrell@rlf.com |
| Stephen J. Vitola | Anne Shea Gaza (#4093) |
| WHITE & CASE LLP | Gaza@rlf.com |
| 1155 Avenue of the Americas | Richards, Layton & Finger, P.A |
| New York, NY 10036-2787 | One Rodney Square |
| Telephone: (212) 819-8200 | Wilmington, Delaware 19801 |
|  | Telephone: (302) 651-7700 |
|  | *Attorneys for Plaintiff* |

Dated: April 20, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Lauren E. Maguire, Esquire
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899
>302-654-1888

I hereby certify that on April 20, 2006, I have sent by Federal Express the foregoing document to the following non-registered participants:

>Paul Berghoff, Esquire
>McDonnell Boehnen Hulbert
>& Berghoff LLP
>300 South Wacker Drive
>Chicago, Illinois 60606-6709

*[signature]*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-2926952-1