IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>AVENTIS PHARMACEUTICALS INC,<br>SANOFI-AVENTIS, and AVENTIS<br>PHARMA DEUTSCHLAND GMBH,<br><br>    Defendants and Counterplaintiffs. | Case No. 1:05CV00645 SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 20, 2006, counsel for Plaintiff Novo Nordisk A/S served copies of Novo Nordisk's Responses to Aventis's Second Set of Requests for the Production of Documents and Things (Nos. 268-296) upon the following counsel of record in the manner indicated below:

| **VIA HAND DELIVERY** | **VIA FEDERAL EXPRESS** |
|---|---|
| Steven J. Balick, Esquire<br>John G. Day, Esquire<br>Lauren E. Maguire, Esquire<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | Paul Berghoff, Esquire<br>McDonnell Boehnen Hulbert<br>& Berghoff LLP<br>300 South Wacker Drive<br>Chicago, Illinois 60606-6709 |

*/s/ Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A
One Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 651-7700
*Attorneys for Plaintiff*

OF COUNSEL:
Jeffrey J. Oelke
Scott T. Weingaertner
Stephen J. Vitola
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200

Dated: April 20, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Lauren E. Maguire, Esquire
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899
> 302-654-1888

I hereby certify that on April 20, 2006, I have sent by Federal Express the foregoing document to the following non-registered participants:

> Paul Berghoff, Esquire
> McDonnell Boehnen Hulbert
> & Berghoff LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606-6709

_____
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-2926952-1