# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

June 14, 2006

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re:   *Novo Nordis A/S v. sanofi-aventis et al.*
      C.A. No. 05-645-SLR

Dear Chief Judge Robinson:

At the discovery status conference yesterday, you invited the parties to provide you with citations to cases related to whether the Court should compel the plaintiff, Novo Nordisk A/S, to produce the "non-public" portions of foreign patent prosecution file histories for patents related to the patent in suit, including any public prior art references that may be included in those "non-public" portions. Accordingly, the Defendants provide the following citations that support an Order compelling the production of such documents.

*Caterpillar Tractor Co. v. Berco S.p.A*, 714 F.2d 1110, 1116 (Fed. Cir. 1983)

*Liposome Co., Inc. v. Vestar, Inc.*, 36 U.S.P.Q.2d 1295, 1306 (D. Del. 1994) (copy attached hereto as Exhibit A).

*Molins PLC v. Textron, Inc.*, 821 F. Supp. 1551, 1565 (D. Del. 1992); *aff'd*, 48 F.3d 1172 (Fed. Cir. 1995).

*Baxter Travenol Labs, Inc. v. Abbott Labs*, 1987 WL 12919 at *7 (N.D. Ill. 1987) (copy attached hereto as Exhibit B).

*Tulip Computers Int'l B.V. v. Dell Computer Corp.*, 210 F.R.D. 100, 104 (D. Del. 2002).

Honorable Sue L. Robinson
June 14, 2006
Page 2 of 2

      The Defendants thank the Court for its prompt consideration of this matter.

      Respectfully,

      */s/ Lauren E. Maguire*

      Lauren E. Maguire

Enclosures

cc:   Frederick L. Cottrell, III, Esquire (via hand delivery and electronic filing w/ encl.)
      Jeffrey J. Oelke, Esquire (via Federal Express w/ encl.)