IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-645-SLR |
| ) | |
| SANOFI-AVENTIS, AVENTIS ) | |
| PHARMACEUTICALS, INC., and ) | |
| AVENTIS PHARMA DEUTSCHLAND ) | |
| GMBS, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 20th day of June, 2006, having conferred with counsel and having reviewed their subsequently filed papers (D.I. 43);

IT IS ORDERED that defendants' request for disclosure of the "non-public" portions of foreign patent prosecution file histories for patents related to the patent in suit is denied. Although the cases cited by defendants suggest that the prosecution histories of related foreign patents might contain relevant information, there is nothing in the case law to suggest that the information referred to was anything other than the

publicly available file wrapper.

_____
United States District Judge