IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>AVENTIS PHARMACEUTICALS INC,<br>SANOFI-AVENTIS, and AVENTIS<br>PHARMA DEUTSCHLAND GMBH,<br><br>    Defendants and Counterplaintiffs. | Case No. 1:05CV00645 SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 28, 2006, counsel for Plaintiff Novo Nordisk A/S served copies of Novo Nordisk A/S' Second Set Of Requests For The Production Of Documents And Things (Nos. 58-129) upon the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**

Paul Berghoff, Esquire
McDonnell Boehnen Hulbert
& Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606-6709

RLF1-3031882-1

| OF COUNSEL: | /s/ Anne Shea Gaza (#4765) |
|---|---|
| Jeffrey J. Oelke | Frederick L. Cottrell, III (#2555) |
| Scott T. Weingaertner | Cottrell@rlf.com |
| Stephen J. Vitola | Anne Shea Gaza (#4093) |
| WHITE & CASE LLP | Gaza@rlf.com |
| 1155 Avenue of the Americas | Richards, Layton & Finger, P.A |
| New York, NY 10036-2787 | One Rodney Square |
| Telephone: (212) 819-8200 | Wilmington, Delaware 19801 |
| | Telephone: (302) 651-7700 |
| | *Attorneys for Plaintiff* |

Dated: June 28, 2006

RLF1-3031882-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Lauren E. Maguire, Esquire
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899
> 302-654-1888

I hereby certify that on June 28, 2006, I have sent by Federal Express the foregoing document to the following non-registered participants:

> Paul Berghoff, Esquire
> McDonnell Boehnen Hulbert
> & Berghoff LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606-6709

> _____
> Gregory E. Stuhlman (#4765)
> Stuhlman@rlf.com
> Richards, Layton & Finger, P.A.
> One Rodney Square
> P.O. Box 551
> Wilmington, Delaware 19899
> (302) 651-7700

RLF1-2926952-1