IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S, ) | |
| ) | |
| Plaintiff and Counterdefendants, ) | |
| ) | |
| v. ) | C.A. No. 05-645-SLR |
| ) | |
| SANOFI-AVENTIS, AVENTIS ) | |
| PHARMACEUTICALS INC., and AVENTIS ) | |
| PHARMA DEUTSCHLAND GMBH, ) | |
| ) | |
| Defendants and Counterplaintiffs. ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of James M. McCarthy to represent Sanofi-Aventis, Aventis Pharmaceuticals Inc., and Aventis Pharma Deutschland GMBH in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $25.00 is included to cover the annual fee for the attorney listed above.

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: 302-654-1888
Fax: 302-654-2067

*Attorneys for Defendants/Counter-Plaintiffs*

Dated: July 6, 2006
171023.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S, | ) |
|       Plaintiff and Counterdefendants, | ) ) ) |
| v. | ) ) C.A. No. 05-645-SLR |
| SANOFI-AVENTIS, AVENTIS PHARMACEUTICALS INC., and AVENTIS PHARMA DEUTSCHLAND GMBH, | ) ) ) ) ) |
|       Defendants and Counterplaintiffs. | ) |

## ORDER

This _____ day of _____, 2006, the Court having considered the motion for the admission *pro hac vice* of James M. McCarthy to represent Sanofi-Aventis, Aventis Pharmaceuticals Inc., and Aventis Pharma Deutschland GmbH in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
Chief Judge

## CERTIFIED BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date June 29, 2006

James M. McCarthy, Esquire
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive, Suite 3100
Chicago, Illinois 60606
Tel: (312) 913-0001
Fax: (312) 913-0002

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2006, the attached **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899 | <u>HAND DELIVERY</u> |
| Jeffrey J. Oelke, Esquire<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY  10036-2787 | <u>VIA FEDERAL EXPRESS</u> |

*/s/ John G. Day*
_____
John G. Day