IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 05-645-SLR |
| | ) |
| SANOFI-AVENTIS, AVENTIS | ) |
| PHARMACEUTICALS INC., and AVENTIS | ) |
| PHARMA DEUTSCHLAND GMBH, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of the Court, that the deadline by which defendants must inform plaintiff as to whether they intend to rely on advice of counsel is hereby extended from July 7, 2006 through and including July 17, 2006.

| RICHARDS LAYTON & FINGER | ASHBY & GEDDES |
|---|---|
| */s/ Anne Shea Gaza* | */s/ John G. Day* |
| Frederick L. Cottrell, III (I.D. #2555) | Steven J. Balick (I.D.#2114) |
| Anne Shea Gaza (I.D. #4093) | John G. Day (I.D. #2403) |
| One Rodney Square | Tiffany Geyer Lydon (I.D. #3950) |
| P.O. Box 551 | 222 Delaware Avenue, 17th Floor |
| Wilmington, DE  19899 | P.O. Box 1150 |
| 302-651-7700 | Wilmington, DE  19899 |
| cottrell@rlf.com | 302-654-1888 |
| gaza@rlf.com | sbalick@ashby-geddes.com |
| | jday@ashby-geddes.com |
| *Attorneys for Plaintiff* | tlydon@ashby-geddes.com |
| | *Attorneys for Defendants* |

SO ORDERED this ____ day of _____, 2006.

_____
Chief Judge

171022.1