IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-645-SLR |
| | ) |
| SANOFI-AVENTIS, AVENTIS | ) |
| PHARMACEUTICALS INC., and AVENTIS | ) |
| PHARMA DEUTSCHLAND GMBH, | ) |
| | ) |
| Defendants. | ) |

## **STIPULATED ORDER**

IT IS HEREBY STIPULATED by and between the parties, subject to the approval and order of the Court, that (i) all motions to join other parties and amend the pleadings shall be filed on or before September 1, 2006; and (ii) all fact discovery shall be completed by November 10, 2006.

| | |
|---|---|
| RICHARDS LAYTON & FINGER | ASHBY & GEDDES |
| | |
| */s/ Anne Shea Gaza* | */s/ Tiffany Geyer Lydon* |
| _____ | _____ |
| Frederick L. Cottrell, III (I.D. #2555) | Steven J. Balick (I.D.#2114) |
| Anne Shea Gaza (I.D. #4093) | John G. Day (I.D. #2403) |
| One Rodney Square | Tiffany Geyer Lydon (I.D. #3950) |
| P.O. Box 551 | 222 Delaware Avenue, 17th Floor |
| Wilmington, DE 19899 | P.O. Box 1150 |
| 302-651-7700 | Wilmington, DE 19899 |
| cottrell@rlf.com | 302-654-1888 |
| gaza@rlf.com | sbalick@ashby-geddes.com |
| | jday@ashby-geddes.com |
| | tlydon@ashby-geddes.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendants* |

SO ORDERED this ____ day of _____, 2006.

_____
Chief Judge

171760.1