IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S,<br><br>　　Plaintiff and Counterdefendant,<br><br>　　v<br><br>AVENTIS PHARMACEUTICALS INC,<br>SANOFI-AVENTIS, and AVENTIS<br>PHARMA DEUTSCHLAND GMBH,<br><br>　　Defendants and Counterplaintiffs. | C.A. 05-645-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 18, 2006, counsel for Plaintiff Novo Nordisk A/S served copies of Novo Nordisk's Objections to Aventis's First Notice of Deposition to Novo Nordisk Pursuant to Rule 30(b)(6) upon the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**

Paul Berghoff, Esquire
McDonnell Boehnen Hulbert
& Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606-6709

RLF1-3049491-1

*[signature: Anne Shea Gaza]*

| | |
|---|---|
| OF COUNSEL:<br>Jeffrey J. Oelke<br>Scott T. Weingaertner<br>Stephen J. Vitola<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787<br>Telephone: (212) 819-8200 | Frederick L. Cottrell, III (#2555)<br>Cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>Gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>*Attorneys for Plaintiff* |

Dated: August 18, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Lauren E. Maguire, Esquire
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899
>302-654-1888

I hereby certify that on August 18, 2006, I have sent by Federal Express the foregoing document to the following non-registered participants:

>Paul Berghoff, Esquire
>McDonnell Boehnen Hulbert
>& Berghoff LLP
>300 South Wacker Drive
>Chicago, Illinois 60606-6709

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700