IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVO NORDISK A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-645-SLR |
| | ) | |
| SANOFI-AVENTIS, AVENTIS | ) | |
| PHARMACEUTICALS INC., and AVENTIS | ) | |
| PHARMA DEUTSCHLAND GMBH, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED by and between the parties, subject to the approval and order of the Court, that all motions to join other parties and amend the pleadings shall be filed on or before September 8, 2006.

RICHARDS LAYTON & FINGER

*/s/ Anne Shea Gaza*
_____
Frederick L. Cottrell, III (I.D. #2555)
Anne Shea Gaza (I.D. #4093)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700
cottrell@rlf.com
gaza@rlf.com

*Attorneys for Plaintiff*

ASHBY & GEDDES

*/s/ John G. Day*
_____
Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*

SO ORDERED this ____ day of _____, 2006.

_____
Chief Judge

171760.1