# EXHIBIT A

**EXHIBIT A**

## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S, | ) |
| | ) |
| Plaintiff and Counterdefendant, | ) Civil Action No. 05-645-SLR |
| v. | ) |
| | ) |
| SANOFI-AVENTIS, AVENTIS | ) |
| PHARMACEUTICALS INC., and AVENTIS | ) |
| PHARMA DEUTSCHLAND GMBH | ) |
| | ) |
| Defendants and Counterclaimants. | ) |

The undersigned has read the foregoing Protective Order signed by the Parties thereto (the "Order"), understands its contents, and hereby undertakes and agrees to abide by its terms, including, without limitation, those terms regarding the use of any CONFIDENTIAL or HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL EYES ONLY information (as defined in the Order). Additionally, the undersigned agrees not to engage in or be involved in any way in the prosecution of patent applications directed to, related to or claiming pen-type injection devices for a period commencing as of the date entered below and terminating five (5) years following the date of completion of this action by a final unappealable or unappealed judgment entered by a court of competent jurisdiction or a final settlement entered into by the parties. The undersigned further agrees to submit to the jurisdiction of the United States District Court for the District of Delaware for the purpose of enforcing the terms and conditions of the Order.

_____         _____
Dated                                                          Name (Print or Type)


                                                               _____
                                                               Signature

# EXHIBIT B

**EXHIBIT B**

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

NOVO NORDISK A/S,                          )
                                           )
              **Plaintiff and Counterdefendant,** ) Civil Action No. 05-645-SLR
     v.                                   )
                                           )
SANOFI-AVENTIS, AVENTIS                     )
PHARMACEUTICALS INC., and AVENTIS          )
PHARMA DEUTSCHLAND GMBH                     )
                                           )
          **Defendants and Counterclaimants,** )

The undersigned has read the foregoing Protective Order signed by the Parties thereto (the "Order"), understands its contents, and hereby undertakes and agrees to abide by its terms, including, without limitation, those terms regarding the use of any CONFIDENTIAL or HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL EYES ONLY information (as defined in the Order). The undersigned further agrees to submit to the jurisdiction of the United States District Court for the District of Delaware for the purpose of enforcing the terms and conditions of the Order.

Dated _____          Name (Print or Type) _____


                                       Signature _____