IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVO NORDISK A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-645-SLR |
| | ) | |
| SANOFI-AVENTIS, AVENTIS PHARMACEUTICALS INC., and AVENTIS PHARMA DEUTSCHLAND GMBH, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATED ORDER**

WHEREAS Defendants Aventis Pharmaceuticals, Inc., sanofi-aventis, and sanofi-aventis Deutschland GmbH (formerly known as Aventis Pharma Deutschland GmbH) wish to file Defendants' Consolidated and Amended Answer and Counterclaims, two copies of which are attached hereto as Exhibit B and C and a blacklined version of which is attached as Exhibit A; and

WHEREAS Plaintiff Novo Nordisk A/S does not agree with the assertions of inequitable conduct or the characterizations of events in Defendants' Consolidated and Amended Answer and Counterclaims and specifically reserves the right to challenge the adequacy of the pleadings, but does not oppose the filing of Defendants' Consolidated and Amended Answer and Counterclaims;

NOW THEREFORE THE PARTIES AGREE, subject to the approval and order of the Court, that Defendants' Consolidated and Amended Answer and Counterclaims shall be deemed filed and served as of the date the Court enters this Stipulated Order.

| RICHARDS LAYTON & FINGER | ASHBY & GEDDES |
|---|---|
| /s/ Frederick L. Cottrell, III | /s/ John G. Day |
| Frederick L. Cottrell, III (I.D. #2555)<br>Anne Shea Gaza (I.D. #4093)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899<br>302-651-7700<br>cottrell@rlf.com<br>gaza@rlf.com | Steven J. Balick (I.D.#2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>302-654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED this ____ day of September, 2006.

_____
Chief Judge

172655.1