IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S, | )<br>)<br>) |
| Plaintiff and Counterdefendants, | ) Case No. 05-645-SLR<br>) |
| v. | )<br>) |
| SANOFI-AVENTIS, AVENTIS<br>PHARMACEUTICALS INC., and AVENTIS<br>PHARMA DEUTSCHLAND GMBH | )<br>)<br>) |
| Defendants and Counterplaintiffs. | )<br>)<br>) |

### AVENTIS'S NOTICE OF DEPOSITION OF JENS ULRIK POULSEN

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants Aventis Pharmaceuticals Inc., sanofi-aventis, and sanofi-aventis Deutschland GmbH (referred to collectively as "Aventis") shall take the deposition upon oral examination of Jens Ulrik Poulsen beginning at 9:00 a.m. on October 2, 2006 at the offices of McDonnell Boehnen Hulbert & Berghoff, LLP, 300 South Wacker Drive, Chicago, Illinois 60606 or at a time and place to be mutually agreed upon by counsel. The deposition will be recorded by stenographic means, may be videotaped, and will take place before a Notary Public or other officer duly authorized to administer oaths and will continue from day to day until concluded.

You are invited to attend and cross-examine.

                                        ASHBY & GEDDES

                                        */s/ Tiffany Geyer Lydon*

                                        _____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

Paul H. Berghoff
Curt J. Whitenack
James M. McCarthy
Eric R. Moran
McDONNELL BOEHNEN
  HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois  60606
Tel:  (312) 913-0001
Fax:  (312) 913-0002

Dated: September 15, 2006

173236.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2006, the attached **AVENTIS'S NOTICE OF DEPOSITION OF JENS ULRIK POULSEN** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | HAND DELIVERY |
| Jeffrey J. Oelke, Esquire<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon