IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>AVENTIS PHARMACEUTICALS INC.,<br>SANOFI-AVENTIS, and AVENTIS<br>PHARMA DEUTSCHLAND GMBH,<br><br>    Defendants and Counterplaintiffs. | C.A. 05-645-SLR |

### NOVO NORDISK'S NOTICE OF DEPOSITION OF STEFAN SCHWARZ

To:   Steven J. Balick, Esquire                            Paul Berghoff, Esquire
       John G. Day, Esquire                                  McDonnell Boehnen Hulbert
       Lauren E. Maguire, Esquire                        & Berghoff LLP
       222 Delaware Avenue, 17th Floor             300 South Wacker Drive
       P.O. Box 1150                                            Chicago, Illinois 60606-6709
       Wilmington, DE 19899

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff Novo Nordisk A/S shall take the deposition upon oral examination of Stefan Schwarz beginning at 9:30 a.m. on October 12, 2006, at the offices of White & Case LLP, 1155 Avenue of the Americas, New York, N.Y. 10036 or at a time and place to be mutually agreed upon by counsel. The deposition will be recorded by stenographic means, may be videotaped, and will take place before a Notary Public or other officer duly authorized to administer oaths and will continue from day to day until concluded.

You are invited to attend and cross-examine.

OF COUNSEL:
Jeffrey J. Oelke
Scott T. Weingaertner
White & Case LLP
1155 Avenue of the Americas
New York, N.Y. 10036-2787
Telephone: (212)819-8200

*/s/ Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, Delaware 19801
Telephone: (302)651-7700
*Attorneys for Plaintiff*

Dated: September 22, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Lauren E. Maguire, Esquire
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899
> 302-654-1888

I hereby certify that on September 22, 2006, I have sent by Federal Express the foregoing document to the following non-registered participants:

> Paul Berghoff, Esquire
> McDonnell Boehnen Hulbert
> & Berghoff LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606-6709

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-2926952-1