## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S,<br><br>    Plaintiff and Counterdefendant,<br><br>        v.<br><br>AVENTIS PHARMACEUTICALS INC.,<br>SANOFI-AVENTIS, and AVENTIS<br>PHARMA DEUTSCHLAND GMBH,<br><br>    Defendants and Counterplaintiffs. | C.A. 05-645-SLR |

### NOVO NORDISK'S NOTICE OF DEPOSITION OF VOLKER KEUTH

To:     Steven J. Balick, Esquire               Paul Berghoff, Esquire
        John G. Day, Esquire                    McDonnell Boehnen Hulbert
        Lauren E. Maguire, Esquire              & Berghoff LLP
        222 Delaware Avenue, 17th Floor         300 South Wacker Drive
        P.O. Box 1150                           Chicago, Illinois 60606-6709
        Wilmington, DE  19899

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil

Procedure, Plaintiff Novo Nordisk A/S shall take the deposition upon oral examination of Volker

Keuth beginning at 9:30 a.m. on October 11, 2006, at the offices of White & Case LLP, 1155

Avenue of the Americas, New York, N.Y. 10036 or at a time and place to be mutually agreed

upon by counsel.  The deposition will be recorded by stenographic means, may be videotaped,

and will take place before a Notary Public or other officer duly authorized to administer oaths

and will continue from day to day until concluded.

You are invited to attend and cross-examine.

OF COUNSEL:
Jeffrey J. Oelke
Scott T. Weingaertner
Stephen J. Vitola
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A
One Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 651-7700
*Attorneys for Plaintiff*

Dated:  September 22, 2006

2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2006, I caused to be served by hand delivery the

foregoing document and electronically filed the same with the Clerk of Court using CM/ECF

which will send notification of such filing(s) to the following:

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888

I hereby certify that on September 22, 2006, I have sent by Federal Express the foregoing

document to the following non-registered participants:

Paul Berghoff, Esquire
McDonnell Boehnen Hulbert
& Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606-6709

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-2926952-1