IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S,<br><br>   Plaintiff and Counterdefendant,<br><br>   v.<br><br>AVENTIS PHARMACEUTICALS INC.,<br>SANOFI-AVENTIS, and AVENTIS<br>PHARMA DEUTSCHLAND GMBH,<br><br>   Defendants and Counterplaintiffs. | C.A. 05-645-SLR |

## NOVO NORDISK'S NOTICE OF DEPOSITION OF DANIEL GRUBER

To:   Steven J. Balick, Esquire                Paul Berghoff, Esquire
      John G. Day, Esquire                     McDonnell Boehnen Hulbert
      Lauren E. Maguire, Esquire               & Berghoff LLP
      222 Delaware Avenue, 17th Floor          300 South Wacker Drive
      P.O. Box 1150                            Chicago, Illinois 60606-6709
      Wilmington, DE 19899

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff Novo Nordisk A/S shall take the deposition upon oral examination of Daniel Gruber beginning at 9:30 a.m. on October 13, 2006, at the offices of White & Case LLP, 1155 Avenue of the Americas, New York, N.Y. 10036 or at a time and place to be mutually agreed upon by counsel. The deposition will be recorded by stenographic means, may be videotaped, and will take place before a Notary Public or other officer duly authorized to administer oaths and will continue from day to day until concluded.

You are invited to attend and cross-examine.

|  |  |
|---|---|
| OF COUNSEL:<br>Jeffrey J. Oelke<br>Scott T. Weingaertner<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, N.Y. 10036-2787<br>Telephone: (212)819-8200 | /s/ Anne Shea Gaza<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, Delaware 19801<br>Telephone: (302)651-7700<br>*Attorneys for Plaintiff* |

Dated: September 22, 2006

2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>   Steven J. Balick, Esquire
>   John G. Day, Esquire
>   Lauren E. Maguire, Esquire
>   222 Delaware Avenue, 17th Floor
>   P.O. Box 1150
>   Wilmington, DE  19899
>   302-654-1888

I hereby certify that on September 22, 2006, I have sent by Federal Express the foregoing document to the following non-registered participants:

>   Paul Berghoff, Esquire
>   McDonnell Boehnen Hulbert
>   & Berghoff LLP
>   300 South Wacker Drive
>   Chicago, Illinois 60606-6709

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700