# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S, ) | |
| ) | |
| Plaintiff and Counterdefendants, ) | Case No. 05-645-SLR |
| ) | |
| v. ) | |
| ) | |
| SANOFI-AVENTIS, AVENTIS ) | |
| PHARMACEUTICALS INC., and AVENTIS ) | |
| PHARMA DEUTSCHLAND GMBH ) | |
| ) | |
| Defendants and Counterplaintiffs. ) | |

## AVENTIS'S NOTICE OF DEPOSITION OF EINAR TRONIER HANSEN

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants Aventis Pharmaceuticals Inc., sanofi-aventis, and sanofi-aventis Deutschland GmbH (referred to collectively as "Aventis") shall take the deposition upon oral examination of Einar Tronier Hansen beginning at 9:00 a.m. on October 24, 2006 at the offices of McDonnell Boehnen Hulbert & Berghoff, LLP, 300 South Wacker Drive, Chicago, Illinois 60606 or at a time and place to be mutually agreed upon by counsel. The deposition will be recorded by stenographic means, may be videotaped, and will take place before a Notary Public or other officer duly authorized to administer oaths and will continue from day to day until concluded.

You are invited to attend and cross-examine.

                                         ASHBY & GEDDES

                                         */s/ Tiffany Geyer Lydon*

                                         _____
                                         Steven J. Balick (I.D. #2114)
                                         John G. Day (I.D. #2403)
                                         Tiffany Geyer Lydon (I.D. #3950)
                                         222 Delaware Avenue, 17th Floor
                                         P.O. Box 1150
                                         Wilmington, DE  19899
                                         302-654-1888

                                         *Attorneys for Defendants*

*Of Counsel:*

Paul H. Berghoff
Curt J. Whitenack
James M. McCarthy
Eric R. Moran
McDONNELL BOEHNEN
  HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois  60606
(312) 913-0001

Dated: October 10, 2006
174066.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of October, 2006, the attached **AVENTIS'S NOTICE OF DEPOSITION OF EINAR TRONIER HANSEN** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899 | **HAND DELIVERY** |
| Jeffrey J. Oelke, Esquire<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY  10036-2787 | **VIA FEDERAL EXPRESS** |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon