IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVO NORDISK A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-645-SLR |
| | ) | |
| SANOFI-AVENTIS, AVENTIS PHARMACEUTICALS INC., and AVENTIS PHARMA DEUTSCHLAND GMBH, | ) ) ) ) | |
| Defendants. | ) | |

## CORRECTED NOTICE OF SERVICE

The undersigned hereby certifies that on the 11th day of October, 2006, **AVENTIS'S THIRD[1] SET OF INTERROGATORIES TO PLAINTIFF NOVO NORDISK A/S (NOS. 15-25)** was served upon the following counsel of record at the address and in the manner indicated:

Frederick L. Cottrell III, Esquire                                  HAND DELIVERY
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Jeffrey J. Oelke, Esquire                                           VIA FEDERAL EXPRESS
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

---

[1] Aventis's original Notice of Service inadvertently identified Interrogatory Nos. 15-25 as its "Second" set of interrogatories rather than its "Third" set.

ASHBY & GEDDES

/s/ John G. Day
_____
Steven J. Balick (I.D.#2403)
John G. Day (I.D. #2114)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

Paul H. Berghoff
Curt J. Whitenack
Thomas E. Wettermann
Eric R. Moran
McDONNELL BOEHNEN
  HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
Tel:  (312) 913-0001
Fax: (312) 913-0002

Dated:  October 12, 2006
165855.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of October, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Frederick L. Cottrell III, Esquire  
Richards Layton & Finger, P.A.  
One Rodney Square  
Wilmington, DE 19801

**HAND DELIVERY**

Jeffrey J. Oelke, Esquire  
White & Case LLP  
1155 Avenue of the Americas  
New York, NY 10036-2787

**VIA ELECTRONIC MAIL**

/s/ *John G. Day*
_____
John G. Day