IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SANOFI-AVENTIS, AVENTIS )<br>PHARMACEUTICALS INC., and AVENTIS )<br>PHARMA DEUTSCHLAND GMBH, )<br>)<br>Defendants. ) | C.A. No. 05-645-SLR |

## AVENTIS'S NOTICE OF DEPOSITION OF STEVEN T. ZELSON

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants Aventis Pharmaceuticals Inc., sanofi-aventis, and sanofi-aventis Deutschland GmbH (referred to collectively as "Aventis") shall take the deposition upon oral examination of Steven T. Zelson beginning at 9:00 a.m. on November 9, 2006 at the offices of Fitzpatrick, Cello, Harper & Scinto, 30 Rockefeller Plaza, New York, NY 10112-3800 or at a time and place to be mutually agreed upon by counsel. The deposition will be recorded by stenographic means, may be videotaped, and will take place before a Notary Public or other officer duly authorized to administer oaths and will continue from day to day until concluded.

You are invited to attend and cross-examine.

                           ASHBY & GEDDES

                           */s/ Lauren E. Maguire*
                           _____
                           Steven J. Balick (I.D.#2403)
                           John G. Day (I.D. #2114)
                           Lauren E. Maguire (I.D. #4261)
                           222 Delaware Avenue, 17th Floor
                           P.O. Box 1150
                           Wilmington, DE 19899
                           302-654-1888
                           sbalick@ashby-geddes.com
                           jday@ashby-geddes.com
                           lmaguire@ashby-geddes.com

                           *Attorneys for Defendants*

*Of Counsel:*

Paul H. Berghoff
Curt J. Whitenack
Thomas E. Wettermann
Eric R. Moran
McDONNELL BOEHNEN
  HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 913-0001
Fax: (312) 913-0002

Dated: November 1, 2006
174762.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2006, the attached **AVENTIS'S NOTICE OF DEPOSITION OF STEVE ZELSON** was served upon the below-named counsel of record at the address and in the manner indicated:

Frederick L. Cottrell, III, Esquire        HAND DELIVERY
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Jeffrey J. Oelke, Esquire                  VIA FEDERAL EXPRESS
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787


/s/ Lauren E. Maguire
_____
Lauren E. Maguire