IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-645-SLR |
| ) | |
| SANOFI-AVENTIS, AVENTIS ) | |
| PHARMACEUTICALS INC., and AVENTIS ) | |
| PHARMA DEUTSCHLAND GMBH, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 3rd day of November, 2006, a **NOTICE OF SUBPOENA DIRECTED TO PFIZER, INC.** was served upon the following counsel of record at the address and in the manner indicated:

Frederick L. Cottrell III, Esquire                                   HAND DELIVERY
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Jeffrey J. Oelke, Esquire                                            VIA FEDERAL EXPRESS
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
_____
Steven J. Balick (I.D.#2403)
John G. Day (I.D. #2114)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

Paul H. Berghoff
Curt J. Whitenack
Thomas E. Wettermann
Eric R. Moran
McDONNELL BOEHNEN
 HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 913-0001
Fax: (312) 913-0002

Dated: November 3, 2006
165855.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell III, Esquire<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE  19801 | <u>HAND DELIVERY</u> |
| Jeffrey J. Oelke, Esquire<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY  10036-2787 | <u>VIA FEDERAL EXPRESS</u> |

/s/ *Lauren E. Maguire*
_____
Lauren E. Maguire