IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S,<br><br>  Plaintiff and Counterdefendant,<br><br>  v.<br><br>AVENTIS PHARMACEUTICALS INC,<br>SANOFI-AVENTIS, and AVENTIS<br>PHARMA DEUTSCHLAND GMBH,<br><br>  Defendants and Counterplaintiffs. | C.A. 05-645-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 10, 2006, counsel for Plaintiff Novo Nordisk A/S served copies of Novo Nordisk A/S' Objections and Responses to Aventis's First Set of Requests for Admission (Nos. 1-25) upon the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**

Paul Berghoff, Esquire
McDonnell Boehnen Hulbert
& Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606-6709

RLF1-3081005-1

|  |  |
|---|---|
| OF COUNSEL:<br>Jeffrey J. Oelke<br>Scott T. Weingaertner<br>Stephen J. Vitola<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787<br>Telephone: (212) 819-8200 | /s/ Anne Shea Gaza<br>Frederick L. Cottrell, III (#2555)<br>Cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>Gaza@rlf.com<br>Richards, Layton & Finger, P.A<br>One Rodney Square<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>*Attorneys for Plaintiff* |

Dated: November 10, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Lauren E. Maguire, Esquire
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899
> 302-654-1888

I hereby certify that on November 10, 2006, I have sent by Federal Express the foregoing document to the following non-registered participants:

> Paul Berghoff, Esquire
> McDonnell Boehnen Hulbert
> & Berghoff LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606-6709

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-2926952-1