IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>AVENTIS PHARMACEUTICALS INC, SANOFI-AVENTIS and AVENTIS PHARMA DEUTSCHLAND GMBH,<br><br>Defendants and Counter-Plaintiffs. | C.A. No. 05-645-SLR |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval and order of the Court, that (1) the deadline for depositions properly noticed by November 10, 2006 shall be extended through and including December 20, 2006; (2) Defendants may pursue the depositions of Benny Munk, Peter Møller-Jensen, Jens Møller-Jensen, and Einar Tronier Hansen pursuant to the Hague Convention as set forth in Defendant's Motion to Issue Letters of Request for International Judicial Assistance filed with the Court by November 10, 2006, with the right to promptly re-file a motion and Letters of Request if the Motion and/or any of the Letters of Request is found deficient for any reason, with such depositions being completed as soon as reasonably practicable; (3) expert reports on which the parties have the burden of proof shall be due on or before January 15, 2007; and (4) rebuttal expert reports shall be due on or before February 22, 2007. This agreement does not affect any other dates set forth in the Court's January 11, 2006, Scheduling Order, as previously

amended, and does not impact the ability of the parties to object to, or move to compel, outstanding discovery, prospective discovery or discovery under the Hague Convention.

| RICHARDS LAYTON & FINGER, P.A. | ASHBY & GEDDES |
|---|---|
| /s/ Anne Shea Gaza | /s/ John G. Day |
| Frederick L. Cottrell III (#2555)<br>Anne Shea Gaza (#4093)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com<br><br>*Attorneys for Plaintiff* | Steven J. Balick (#2403)<br>John G. Day (#2114)<br>Lauren E. Maguire (#4261)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br><br>*Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2006.

_____
Chief Judge

175079.1