IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVO NORDISK A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-645-SLR |
| | ) | |
| SANOFI-AVENTIS, AVENTIS | ) | |
| PHARMACEUTICALS INC., and AVENTIS | ) | |
| PHARMA DEUTSCHLAND GMBH, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court upon Defendants' Motion to Issue Letter of Request for International Judicial Assistance. Having reviewed the notice, and being fully advised in the premises, the Court grants Defendants' application for Letters of Request for International Judicial Assistance, requesting assistance from the appropriate judicial authority of Denmark to take the depositions of Messrs. Einar Tronier Hansen, Jens Møller Jensen, Peter Møller Jensen, and Benny Munk. The executed Letters of Request with the Seal of the Court are attached. Pursuant to the procedures of the Denmark Central Authority, The Clerk of Court shall forward two English copies and two Danish copies (to be provided by Defendants) of each Letter of Request to the Danish Ministry of Justice, Slotsholmsgade 10, 1216 Copenhagen K, Denmark.

IT IS SO ORDERED.


Dated: November ____, 2006            _____
                                       Chief Judge