**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of November, 2006, the attached **DEFENDANTS' UNOPPOSED MOTION TO ISSUE LETTERS OF REQUEST FOR INTERNATIONAL JUDICAL ASSISTANCE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899 | HAND DELIVERY |
| Jeffrey J. Oelke, Esquire<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY  10036-2787 | VIA FEDERAL EXPRESS |

/s/ *Lauren E. Maguire*
_____
Lauren E. Maguire