**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVO NORDISK A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-645-SLR |
| | ) |
| SANOFI-AVENTIS, AVENTIS | ) |
| PHARMACEUTICALS INC., and AVENTIS | ) |
| PHARMA DEUTSCHLAND GMBH, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 10th day of November, 2006, **AVENTIS'S RESPONSES TO NOVO NORDISK A/S' FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-23)** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell III, Esquire | HAND DELIVERY |
| Richards Layton & Finger, P.A. | |
| One Rodney Square | |
| Wilmington, DE  19801 | |
| | |
| Jeffrey J. Oelke, Esquire | VIA ELECTRONIC MAIL |
| White & Case LLP | |
| 1155 Avenue of the Americas | |
| New York, NY  10036-2787 | |

ASHBY & GEDDES

*/s/ Steven J. Balick*

_____
Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

Paul H. Berghoff
Curt J. Whitenack
Thomas E. Wettermann
Eric R. Moran
McDONNELL BOEHNEN
 HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
Tel:  (312) 913-0001
Fax: (312) 913-0002

Dated:  November 10, 2006
165855.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of November, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell III, Esquire<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE  19801 | HAND DELIVERY |
| Jeffrey J. Oelke, Esquire<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY  10036-2787 | VIA ELECTRONIC MAIL |

/s/ *Steven J. Balick*
_____
Steven J. Balick