**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NOVO NORDISK A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-645-SLR |
| | ) | |
| SANOFI-AVENTIS, AVENTIS | ) | |
| PHARMACEUTICALS INC., and AVENTIS | ) | |
| PHARMA DEUTSCHLAND GMBH, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 10th day of November, 2006, **AVENTIS'S**

**RESPONSES AND OBJECTIONS TO NOVO NORDISK A/S' SECOND SET OF**

**INTERROGATORIES (NOS. 4-19)** was served upon the following counsel of record at the

address and in the manner indicated:


Frederick L. Cottrell III, Esquire                          HAND DELIVERY
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Jeffrey J. Oelke, Esquire                          VIA ELECTRONIC MAIL
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787

                                        ASHBY & GEDDES

                                        /s/ Steven J. Balick
                                        _____
                                        Steven J. Balick (I.D.#2114)
                                        John G. Day (I.D. #2403)
                                        Lauren E. Maguire (I.D. #4261)
                                        222 Delaware Avenue, 17th Floor
                                        P.O. Box 1150
                                        Wilmington, DE  19899
                                        302-654-1888
                                        sbalick@ashby-geddes.com
                                        jday@ashby-geddes.com
                                        lmaguire@ashby-geddes.com

                                        *Attorneys for Defendants*

*Of Counsel:*

Paul H. Berghoff
Curt J. Whitenack
Thomas E. Wettermann
Eric R. Moran
McDONNELL BOEHNEN
  HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
Tel:  (312) 913-0001
Fax: (312) 913-0002

Dated:  November 10, 2006
165855.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2006, the attached **NOTICE OF**

**SERVICE** was served upon the below-named counsel of record at the address and in the manner

indicated:


Frederick L. Cottrell III, Esquire                                      HAND DELIVERY
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Jeffrey J. Oelke, Esquire                                            VIA ELECTRONIC MAIL
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787


/s/ *Steven J. Balick*

_____
Steven J. Balick