# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

**222 DELAWARE AVENUE**

P. O. BOX 1150

**WILMINGTON, DELAWARE 19899**

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 14, 2006

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
844 King Street
Wilmington, DE 19801

<u>VIA HAND DELIVERY</u>
<u>AND ELECTRONIC FILING</u>

Re:    *Novo Nordis A/S v. sanofi-aventis et al.*
       <u>C.A. No. 05-645-SLR</u>

Dear Dr. Dalleo:

We represent defendants in the above case. We write in connection with Defendants' Unopposed Motion To Issue Letters Of Request For International Judicial Assistance (D.I. 107), which was filed on Friday. The proposed Order accompanying the motion notes that "Pursuant to the procedures of the Denmark Central Authority, The Clerk of Court shall forward two English copies and two Danish copies (to be provided by Defendants) of each Letter of Request to the Danish Ministry of Justice, Slotsholmsgade 10, 1216 Copenhagen K, Denmark."

Enclosed are two Danish copies of the Letter of Request for Judicial Assistance for each individual. We would appreciate if you would maintain a copy of these documents and forward them to the Danish Ministry of Justice upon entry of defendants' proposed Order.

Thank you very much for your assistance with this matter and please feel free to contact us with any questions or concerns.

Very truly yours,

Lauren E. Maguire

Enclosures

cc:    Frederick L. Cottrell, III, Esquire (via hand delivery and electronic filing w/ encl.)
       Jeffrey J. Oelke, Esquire (via Federal Express w/ encl.)

175127.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

NOVO NORDISK A/S,            )
                                     )
          Sagsøger,        )
                                     )
          mod             )    C.A. No. 05-645-SLR
                                     )
SANOFI-AVENTIS, AVENTIS       )
PHARMACEUTICALS INC., og AVENTIS  )
PHARMA DEUTSCHLAND GMBH,     )
                                     )
          Sagsøgte.       )

**RETSANMODNING OM BEVISOPTAGELSE I UDLANDET
MED RETSLIG BISTAND (EINAR TRONIER HANSEN)**

I.

1.    Afsender:                   United States District Court
                                    District of Delaware
                                    J. Caleb Boggs Federal Building
                                    844 N. King Street
                                    Wilmington, DE 19801
                                    USA

2.    Centralmyndigheden          Justitsministeriet
      i den bistandssøgte stat:      Slotsholmsgade 10
                                    DK-1216 København K
                                    Danmark
                                    Tlf: 33 92 33 40

3.    Person(er) til hvem den        Steven J. Balick (DE Bar No. 2114)
      udfærdigede anmodning skal    John G. Day (DE Bar No. 2403)
      sendes tilbage:            Lauren E. Maguire (DE Bar No. 4261)
                                    ASHBY & GEDDES, P.A.
                                    222 Delaware Avenue, 17th Floor
                                    P.O. Box 1150
                                    Wilmington, Delaware 19899
                                    USA
                                    Tlf: 001 (302) 654-1888

II.

4 &   I overensstemmelse med Artikel 3 i Konventionen om bevisoptagelse i udlandet i sager
5.    om civile eller kommercielle spørgsmål, sender De Forende Staters for the District of
      Delaware, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware
      19801 sine hilsener til det danske Justitsministerium, Slotsholmsgade 10, DK-1216
      København K, Danmark, og anmoder herved om international retslig bistand i
      forbindelse med optagelsen af bevismateriale til anvendelse i et civilt søgsmål i
      anliggendet angivet ovenfor.

6.    Parterne i dette søgsmål og deres            **Sagsøger:**
      respektive repræsentanter er:

                                                   Novo Nordisk A/S
                                                   Novo Allé
                                                   DK-2880 Bagsværd
                                                   Danmark

                                                   **Sagsøgers repræsentanter:**

                                                   Frederick L. Cottrell III
                                                   Anne Shea Gaza
                                                   RICHARDS, LAYTON & FINGER, P.A.
                                                   One Rodney Square
                                                   P.O. Box 551
                                                   Wilmington, Delaware 19899
                                                   USA

                                                   Jeffrey J. Oelke
                                                   Scott T. Weingaertner
                                                   WHITE & CASE LLP
                                                   1155 Avenue of the Americas
                                                   New York, NY 10036-2787
                                                   USA

                                                   **Sagsøgte:**

                                                   Sanofi-Aventis
                                                   174/180 Avenue de France
                                                   Paris Cedex 75013
                                                   France

                                                   Aventis Pharmaceuticals Inc.
                                                   300 Somerset Corporate Blvd.
                                                   Bridgewater, NJ 08807-2854
                                                   USA

                                                   Aventis Pharma Deutschland GmbH
                                                   Kommunikation Deutschland

Gebäude F821
Industriepark Höscht
D-65926 Frankfurt
Tyskland

**Sagsøgtes repræsentanter:**

Steven J. Balick
John G. Day
Lauren E. Maguire
ASHBY & GEDDES, P.A.
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
USA

Paul H. Berghoff
Curt Whitenack
Thomas E. Wettermann
Eric R. Moran
MCDONNELL BOEHNEN HULBERT &
     BERGHOFF, LLP
300 S. Wacker Drive
Chicago, Illinois 60606
USA

7.    Dette er et søgsmål anlagt af Novo Nordisk A/S ("Novo") mod Sanofi-Aventis,
      Aventis Phamaceuticals Inc., og Aventis Pharma Deutschland GmbH ("Aventis") i
      henhold til patentlovgivningen i De Forenede Stater, Afsnit 35 i United States Code,
      som søger retsligt tilhold og økonomisk erstatning i forbindelse med en påstået
      krænkelse af US-patentnr. 6,582,408 (herefter benævnt "'408-patentet"). Novo er
      erhververen af '408-patentet. Aventis nægter, at den har krænket '408-patentet og gør
      gældende at '408-patentet er ugyldigt og uden retskraft.

      Hr. Einar Tronier Hansen, patentagent og tidligere ansat ved Novo, udførte en
      væsentlig mængde arbejde i forbindelse med patentansøgningen, som udstedtes som
      '408-patentet, og med dermed forbundne patentansøgninger. Hr. Hansens navn er også
      anført i adskillige dokumenter, som blev fremlagt af Novo i denne retssag. Hr. Hansen
      besidder derfor væsentlige oplysninger og bevismateriale til fremlæggelse i
      domsforhandlingen.

8.    Denne Ret anmoder Centralmyndigheden om at videresende denne anmodning til de
      relevante retsmyndigheder for at fremtvinge fremmødet af den nedenstående person til
      at afgive forklaring under edsansvar vedrørende denne persons arbejde i forbindelse
      med '408-patentet. Denne bistand er nødvendig for rettens gang.

3

III.

| | | |
|---|---|---|
| 9. | Identiteten og adressen på personen, som begæres afhørt: | Hr. Einar Tronier Hansen<br>Tvingsager 24<br>DK-2650 Hvidovre<br>Danmark |
| 10. | Genstanden vedrørende hvilken personen begæres afhørt: | Hr. Hansens arbejde i forbindelse med patentansøgningen, som udstedtes som '408-patentet og dermed forbundne patentansøgninger, inklusive: Affatningen og forfølgning af disse patentansøgninger; hans viden om væsentlig kendt teknik af relevance i disse patentansøgninger; Novos strategi vedrørende indsendelse af patentansøgninger; betydningen af sprogbrug anvendt i '408-patentet og dermed forbundne patenter; og gyldigheden og retskraften af '408-patentet. |
| 11. | Dokumenter til fremlæggelse: | Ingen |
| 12. | Eventuelle krav om at vidneerklæringen afgives under ed eller affirmation og det eventuelle særlige format, som skal anvendes: | Hele vidneforklaringen skal afgives under ed i overensstemmelse med dansk lovgivning. |
| 13. | Særlige metoder eller procedurer som ønskes fulgt: | Til gavn for alle parterne begæres den underskrevne myndighed ærbødigst om at datoen for vidneforklaringen af Hr. Hansen fastsættes så tæt på d. 12. januar 2007 som muligt. Vidneforklaringen forventes ikke at overgå én otte-timers dag.<br><br>Denne Ret begærer den relevante myndighed i Danmark om at forsyne denne Ret med den fastlagte dato, klokkeslættet og stedet for den mundtligt aflagte vidneforklaring af Hr. Hansen sammen med eventuelle andre for sagen relevante oplysninger, herunder hvilken myndighed udnævnes til at præsidere over vidneforklaringen.<br><br>Det begæres, om muligt, at vidneforklaringen nedfældes i et ordret udskrift; alle dermed forbunde omkostninger afholdes af Sagsøgte. Hvis det ikke er muligt at skabe et ordret udskrift begæres det at den sædvanlige og almindelige protokol fra vidneforklaringen |

nedfældes i et udskrift.

Der begæres tilladelse til at få Danmarks retsmyndigheder til at udnævne en engelsk/dansk tolk til at være tilstede under den fastlagte vidneforklaring og at denne tolker vidneerklæringen på det tidspunkt den afgives, og at hele vidneerklæringen, som nedfældes i et udskrift, også føres til protokols på engelsk.

Det begæres at et eventuelt udskrift fra vidneforklaringen inklusive alle bilag og dokumenter, som måtte fremlægges, mærkes, bekræftes, lægges i en behørigt lukket kuvert og tilbagesendes gennem den relevante diplomatiske vej til The Honorable Sue L. Robinson, under adressen "Clerk of the United States District Court for the District of Delaware, United States District Court, J. Caleb Boggs Federal Building, 844 N. King Street, Room 6124, Wilmington, Delaware 19801, USA."

| | | |
|---|---|---|
| 14. | Begæring om underrettelse af Retsanmodningens tid og sted og identiteten og adressen på alle personer som skal underrettes: | De bedes underrette alle repræsentanterne identificeret i tekstafsnit 6 ovenfor. |
| 15. | Begæring om tilstedeværelsen eller deltagelsen af retsligt ansatte fra den anmodende mynighed ved udfærdigelsen og underskriften af Retsanmodningen: | Med denne Rets bemyndigelse fremsætter sagsøgtes advokater begæring om tilladelse til at være tilstede ved og deltage i den mundtlige vidneforklaring aflagt af Hr. Hansen. Hvis tilladelse til at være tilstede og deltage bevilges, anmodes det om at Mr. Steven J. Balick meddeles datoen, klokkeslættet og stedet for vidneforklaringen snarest belejligt. |
| 16. | Angivelse af rettigheder eller pligter under hvilke det forbeholdes at nægte at afgive vidneerklæring i henhold til lovgivningen i oprindelsesstaten: | Ingen |
| 17. | Salærer, afgifter og omkostninger, som er refunderbare i henhold til Artikel 14, litra 2, eller i henhold til Artikel 26 i Koventionen, afholdes af: | McDonnell Boehnen Hulbert & Berghoff, LLP<br>300 S. Wacker Drive<br>Suite 3100 |

Chicago, Illinois 60606
USA

18.  Anmodningens dato:                    10. november 2006

19.  Den anmodende myndigheds
     underskrift og segl:                  Af Retten:


_____
Honorable Sue L. Robinson, U.S.D.J.
c/o Clerk of the United States District Court
     for the District of Delaware
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Wilmington, Delaware 19801
USA


[Rettens segl]

6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NOVO NORDISK A/S,                         )
                                          )
              Sagsøger,                    )
                                          )
       mod                                )     C.A. No. 05-645-SLR
                                          )
SANOFI-AVENTIS, AVENTIS                   )
PHARMACEUTICALS INC., og AVENTIS          )
PHARMA DEUTSCHLAND GMBH,                  )
                                          )
              Sagsøgte.                    )


## RETSANMODNING OM BEVISOPTAGELSE I UDLANDET
## MED RETSLIG BISTAND (BENNY MUNK)


I.

1.   Afsender:                    United States District Court
                                  District of Delaware
                                  J. Caleb Boggs Federal Building
                                  844 N. King Street
                                  Wilmington, DE 19801
                                  USA


2.   Centralmyndigheden          Justitsministeriet
     i den bistandssøgte stat:    Slotsholmsgade 10
                                  DK-1216 København K
                                  Danmark
                                  Tlf:  33 92 33 40


3.   Person(er) til hvem den     Steven J. Balick (DE Bar No. 2114)
     udfærdigede anmodning skal   John G. Day (DE Bar No. 2403)
     sendes tilbage:              Lauren E. Maguire (DE Bar No. 4261)
                                  ASHBY & GEDDES, P.A.
                                  222 Delaware Avenue, 17th Floor
                                  P.O. Box 1150
                                  Wilmington, Delaware 19899
                                  USA
                                  Tlf:  001 (302) 654-1888

II.

4 &   I overensstemmelse med Artikel 3 i Konventionen om bevisoptagelse i udlandet i sager
5.    om civile eller kommercielle spørgsmål, sender De Forende Staters for the District of
      Delaware, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware
      19801 sine hilsener til det danske Justitsministerium, Slotsholmsgade 10, DK-1216
      København K, Danmark, og anmoder herved om international retslig bistand i
      forbindelse med optagelsen af bevismateriale til anvendelse i et civilt søgsmål i
      anliggendet angivet ovenfor.

6.    Parterne i dette søgsmål og deres          **Sagsøger:**
      respektive repræsentanter er:
                                                 Novo Nordisk A/S
                                                 Novo Allé
                                                 DK-2880 Bagsværd
                                                 Danmark

                                                 **Sagsøgers repræsentanter:**

                                                 Frederick L. Cottrell III
                                                 Anne Shea Gaza
                                                 RICHARDS, LAYTON & FINGER, P.A.
                                                 One Rodney Square
                                                 P.O. Box 551
                                                 Wilmington, Delaware 19899
                                                 USA

                                                 Jeffrey J. Oelke
                                                 Scott T. Weingaertner
                                                 WHITE & CASE LLP
                                                 1155 Avenue of the Americas
                                                 New York, NY 10036-2787
                                                 USA

                                                 **Sagsøgte:**

                                                 Sanofi-Aventis
                                                 174/180 Avenue de France
                                                 Paris Cedex 75013
                                                 France

                                                 Aventis Pharmaceuticals Inc.
                                                 300 Somerset Corporate Blvd.
                                                 Bridgewater, NJ 08807-2854
                                                 USA

                                                 Aventis Pharma Deutschland GmbH
                                                 Kommunikation Deutschland

Gebäude F821
Industriepark Höscht
D-65926 Frankfurt
Tyskland

**Sagsøgtes repræsentanter:**

Steven J. Balick
John G. Day
Lauren E. Maguire
ASHBY & GEDDES, P.A.
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
USA

Paul H. Berghoff
Curt Whitenack
Thomas E. Wettermann
Eric R. Moran
MCDONNELL BOEHNEN HULBERT &
    BERGHOFF, LLP
300 S. Wacker Drive
Chicago, Illinois 60606
USA

7.    Dette er et søgsmål anlagt af Novo Nordisk A/S ("Novo") mod Sanofi-Aventis,
      Aventis Phamaceuticals Inc., og Aventis Pharma Deutschland GmbH ("Aventis") i
      henhold til patentlovgivningen i De Forenede Stater, Afsnit 35 i United States Code,
      som søger retsligt tilhold og økonomisk erstatning i forbindelse med en påstået
      krænkelse af US-patentnr. 6,582,408 (herefter benævnt "'408-patentet"). Novo er
      erhververen af '408-patentet. Aventis nægter, at den har krænket '408-patentet og gør
      gældende at '408-patentet er ugyldigt og uden retskraft.

      Hr. Benny Munk er en af opfinderne anført på '408-patentet og er tidligere ansat ved
      Novo. Hr. Munk er en teknikumingeniør, som bidrog væsentligt til opfindelsen, som
      gøres gældende i '408-patentet. Hr. Munks navn er også anført i adskillige dokumenter,
      som blev fremlagt af Novo i denne retssag. Hr. Munk besidder derfor væsentlige
      oplysninger og bevismateriale til fremlæggelse i domsforhandlingen.

8.    Denne Ret anmoder Centralmyndigheden om at videresende denne anmodning til de
      relevante retsmyndigheder for at fremtvinge fremmødet af den nedenstående person til
      at afgive forklaring under edsansvar vedrørende denne persons arbejde i forbindelse
      med '408-patentet. Denne bistand er nødvendig for rettens gang.

III.

| | | |
|---|---|---|
| 9. | Identiteten og adressen på personen, som begæres afhørt: | Hr. Benny Munk<br>Bjæverskov Allé 52<br>DK-2650 Hvidovre<br>Danmark |

10.   Genstanden vedrørende hvilken personen begæres afhørt:

. Hr. Munks arbejde i forbindelse med opfindelsen som gøres gældende i '408-patentet og hans viden om genstanden beskrevet i '408-patentet, herunder: Hans specifikke bidrag til opfindelsen, som gøres gældende i '408-patentet; udviklingen og den praktiske virkeliggørelse af opfindelsen, som gøres gældende i '408-patentet; den bedste modus til implementering af opfindelsen, som gøres gældende i '408-patentet; tilstrækkeligheden af oplysningerne i '408-patentet; hans viden om væsentlig kendt teknik af relevance i '408-patentet; betydningen af sprogbrug anvendt i '408-patentet og dermed forbundne patenter; og gyldigheden og retskraften af '408-patentet.

11.   Dokumenter til fremlæggelse:      Ingen

12.   Eventuelle krav om at vidneerklæringen afgives under ed eller affirmation og det eventuelle særlige format, som skal anvendes:

Hele vidneforklaringen skal afgives under ed i overensstemmelse med dansk lovgivning.

13.   Særlige metoder eller procedurer som ønskes fulgt:

Til gavn for alle parterne begæres den underskrevne myndighed ærbødigst om at datoen for vidneforklaringen af Hr. Munk fastsættes så tæt på d. 9. januar 2007 som muligt. Vidneforklaringen forventes ikke at overgå én otte-timers dag.

Denne Ret begærer den relevante myndighed i Danmark om at forsyne denne Ret med den fastlagte dato, klokkeslættet og stedet for den mundtligt aflagte vidneforklaring af Hr. Munk sammen med eventuelle andre for sagen relevante oplysninger, herunder hvilken myndighed udnæves til at præsidere over vidneforklaringen.

Det begæres, om muligt, at vidneforklaringen

4

nedfældes i et ordret udskrift; alle dermed forbunde omkostninger afholdes af Sagsøgte. Hvis det ikke er muligt at skabe et ordret udskrift begæres det at den sædvanlige og almindelige protokol fra vidneforklaringen nedfældes i et udskrift.

Der begæres tilladelse til at få Danmarks retsmyndigheder til at udnævne en engelsk/dansk tolk til at være tilstede under den fastlagte vidneforklaring og at denne tolker vidneerklæringen på det tidspunkt den afgives, og at hele vidneerklæringen, som nedfældes i et udskrift, også føres til protokols på engelsk.

Det begæres at et eventuelt udskrift fra vidneforklaringen inklusive alle bilag og dokumenter, som måtte fremlægges, mærkes, bekræftes, lægges i en behørigt lukket kuvert og tilbagesendes gennem den relevante diplomatiske vej til The Honorable Sue L. Robinson, under adressen "Clerk of the United States District Court for the District of Delaware, United States District Court, J. Caleb Boggs Federal Building, 844 N. King Street, Room 6124, Wilmington, Delaware 19801, USA."

| | | |
|---|---|---|
| 14. | Begæring om underrettelse af Retsanmodningens tid og sted og identiteten og adressen på alle personer som skal underrettes: | De bedes underrette alle repræsentanterne identificeret i tekstafsnit 6 ovenfor. |
| 15. | Begæring om tilstedeværelsen eller deltagelsen af retsligt ansatte fra den anmodende mynighed ved udfærdigelsen og underskriften af Retsanmodningen: | Med denne Rets bemyndigelse fremsætter sagsøgtes advokater begæring om tilladelse til at være tilstede ved og deltage i den mundtlige vidneforklaring aflagt af Hr. Munk. Hvis tilladelse til at være tilstede og deltage bevilges, anmodes det om at Mr. Steven J. Balick meddeles datoen, klokkeslættet og stedet for vidneforklaringen snarest belejligt. |
| 16. | Angivelse af rettigheder eller pligter under hvilke det forbeholdes at nægte at afgive vidneerklæring i henhold til lovgivningen i oprindelsesstaten: | Ingen |

17. Salærer, afgifter og omkostninger,　　McDonnell Boehnen Hulbert & Berghoff,
    som er refunderbare i henhold til　　　　LLP
    Artikel 14, litra 2, eller i henhold til　300 S. Wacker Drive
    Artikel 26 i Koventionen, afholdes af:　Suite 3100
    　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
    　　　　　　　　　　　　　　　　　　　　USA

18. Anmodningens dato:　　　　　　　　　10. november 2006

19. Den anmodende myndigheds
    underskrift og segl:　　　　　　　　　Af Retten:


    　　　　　　　　　　　　　　　　　　　　_____
    　　　　　　　　　　　　　　　　　　　　Honorable Sue L. Robinson, U.S.D.J.
    　　　　　　　　　　　　　　　　　　　　c/o Clerk of the United States District Court
    　　　　　　　　　　　　　　　　　　　　　　for the District of Delaware
    　　　　　　　　　　　　　　　　　　　　United States District Court
    　　　　　　　　　　　　　　　　　　　　J. Caleb Boggs Federal Building
    　　　　　　　　　　　　　　　　　　　　844 N. King Street
    　　　　　　　　　　　　　　　　　　　　Room 6124
    　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
    　　　　　　　　　　　　　　　　　　　　USA


[Rettens segl]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVO NORDISK A/S, | ) | |
| | ) | |
| Sagsøger, | ) | |
| | ) | |
| mod | ) | C.A. No. 05-645-SLR |
| | ) | |
| SANOFI-AVENTIS, AVENTIS | ) | |
| PHARMACEUTICALS INC., og AVENTIS | ) | |
| PHARMA DEUTSCHLAND GMBH, | ) | |
| | ) | |
| Sagsøgte. | ) | |

## RETSANMODNING OM BEVISOPTAGELSE I UDLANDET
## MED RETSLIG BISTAND (JENS MØLLER JENSEN)

I.

| | | |
|---|---|---|
| 1. | Afsender: | United States District Court<br>District of Delaware<br>J. Caleb Boggs Federal Building<br>844 N. King Street<br>Wilmington, DE 19801<br>USA |
| 2. | Centralmyndigheden<br>i den bistandssøgte stat: | Justitsministeriet<br>Slotsholmsgade 10<br>DK-1216 København K<br>Danmark<br>Tlf: 33 92 33 40 |
| 3. | Person(er) til hvem den<br>udfærdigede anmodning skal<br>sendes tilbage: | Steven J. Balick (DE Bar No. 2114)<br>John G. Day (DE Bar No. 2403)<br>Lauren E. Maguire (DE Bar No. 4261)<br>ASHBY & GEDDES, P.A.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>USA<br>Tlf: 001 (302) 654-1888 |

II.

4 &   I overensstemmelse med Artikel 3 i Konventionen om bevisoptagelse i udlandet i sager
5.    om civile eller kommercielle spørgsmål, sender De Forende Staters for the District of
      Delaware, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware
      19801 sine hilsener til det danske Justitsministerium, Slotsholmsgade 10, DK-1216
      København K, Danmark, og anmoder herved om international retslig bistand i
      forbindelse med optagelsen af bevismateriale til anvendelse i et civilt søgsmål i
      anliggendet angivet ovenfor.

6.    Parterne i dette søgsmål og deres          **Sagsøger:**
      respektive repræsentanter er:
                                                 Novo Nordisk A/S
                                                 Novo Allé
                                                 DK-2880 Bagsværd
                                                 Danmark

                                                 **Sagsøgers repræsentanter:**

                                                 Frederick L. Cottrell III
                                                 Anne Shea Gaza
                                                 RICHARDS, LAYTON & FINGER, P.A.
                                                 One Rodney Square
                                                 P.O. Box 551
                                                 Wilmington, Delaware 19899
                                                 USA

                                                 Jeffrey J. Oelke
                                                 Scott T. Weingaertner
                                                 WHITE & CASE LLP
                                                 1155 Avenue of the Americas
                                                 New York, NY 10036-2787
                                                 USA

                                                 **Sagsøgte:**

                                                 Sanofi-Aventis
                                                 174/180 Avenue de France
                                                 Paris Cedex 75013
                                                 France

                                                 Aventis Pharmaceuticals Inc.
                                                 300 Somerset Corporate Blvd.
                                                 Bridgewater, NJ 08807-2854
                                                 USA

                                                 Aventis Pharma Deutschland GmbH
                                                 Kommunikation Deutschland

2

Gebäude F821
Industriepark Höscht
D-65926 Frankfurt
Tyskland

**Sagsøgtes repræsentanter:**

Steven J. Balick
John G. Day
Lauren E. Maguire
ASHBY & GEDDES, P.A.
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
USA

Paul H. Berghoff
Curt Whitenack
Thomas E. Wettermann
Eric R. Moran
MCDONNELL BOEHNEN HULBERT &
    BERGHOFF, LLP
300 S. Wacker Drive
Chicago, Illinois 60606
USA

7.     Dette er et søgsmål anlagt af Novo Nordisk A/S ("Novo") mod Sanofi-Aventis,
Aventis Phamaceuticals Inc., og Aventis Pharma Deutschland GmbH ("Aventis") i
henhold til patentlovgivningen i De Forenede Stater, Afsnit 35 i United States Code,
som søger retsligt tilhold og økonomisk erstatning i forbindelse med en påstået
krænkelse af US-patentnr. 6,582,408 (herefter benævnt "'408-patentet"). Novo er
erhververen af '408-patentet. Aventis nægter, at den har krænket '408-patentet og gør
gældende at '408-patentet er ugyldigt og uden retskraft.

    Hr. Jens Møller Jensen er en af opfinderne anført på '408-patentet. Hr. Jensen er en
industridesigner, som bidrog væsentligt til opfindelsen som gøres gældende i '408-
patentet. Hr. Jensens navn er også anført i adskillige dokumenter, som blev fremlagt af
Novo i denne retssag. Hr. Jensen besidder derfor væsentlige oplysninger og
bevismateriale til fremlæggelse i domsforhandlingen.

8.     Denne Ret anmoder Centralmyndigheden om at videresende denne anmodning til de
relevante retsmyndigheder for at fremtvinge fremmødet af den nedenstående person til
at afgive forklaring under edsansvar vedrørende denne persons arbejde i forbindelse
med '408-patentet. Denne bistand er nødvendig for rettens gang.

III.

| | | |
|---|---|---|
| 9. | Identiteten og adressen på personen, som begæres afhørt: | Hr. Jens Møller Jensen<br>Nyhavn 39<br>DK-1051<br>København K<br>Danmark |

10.  Genstanden vedrørende hvilken personen begæres afhørt:

Hr. Jensens arbejde i forbindelse med opfindelsen som gøres gældende i '408-patentet og hans viden om genstanden beskrevet i '408-patentet, herunder: Hans specifikke bidrag til opfindelsen, som gøres gældende i '408-patentet; udviklingen og den praktiske virkeliggørelse af opfindelsen, som gøres gældende i '408-patentet; den bedste modus til implementering af opfindelsen, som gøres gældende i '408-patentet; tilstrækkeligheden af oplysningerne i '408-patentet; hans viden om væsentlig kendt teknik af relevance i '408-patentet; betydningen af sprogbrug anvendt i '408-patentet og dermed forbundne patenter; og gyldigheden og retskraften af '408-patentet.

11.  Dokumenter til fremlæggelse:                Ingen

12.  Eventuelle krav om at vidneerklæringen afgives under ed eller affirmation og det eventuelle særlige format, som skal anvendes:

Hele vidneforklaringen skal afgives under ed i overensstemmelse med dansk lovgivning.

13.  Særlige metoder eller procedurer som ønskes fulgt:

Til gavn for alle parterne begæres den underskrevne myndighed ærbødigst om at datoen for vidneforklaringen af Hr. Jensen fastsættes så tæt på d. 10. januar 2007 som muligt. Vidneforklaringen forventes ikke at overgå én otte-timers dag.

Denne Ret begærer den relevante myndighed i Danmark om at forsyne denne Ret med den fastlagte dato, klokkeslættet og stedet for den mundtligt aflagte vidneforklaring af Hr. Jensen sammen med eventuelle andre for sagen relevante oplysninger, herunder hvilken myndighed udnævnes til at præsidere over vidneforklaringen.

Det begæres, om muligt, at vidneforklaringen nedfældes i et ordret udskrift; alle dermed forbunde omkostninger afholdes af Sagsøgte. Hvis det ikke er muligt at skabe et ordret udskrift begæres det at den sædvanlige og almindelige protokol fra vidneforklaringen nedfældes i et udskrift.

Der begæres tilladelse til at få Danmarks retsmyndigheder til at udnævne en engelsk/dansk tolk til at være tilstede under den fastlagte vidneforklaring og at denne tolker vidneerklæringen på det tidspunkt den afgives, og at hele vidneerklæringen, som nedfældes i et udskrift, også føres til protokols på engelsk.

Det begæres at et eventuelt udskrift fra vidneforklaringen inklusive alle bilag og dokumenter, som måtte fremlægges, mærkes, bekræftes, lægges i en behørigt lukket kuvert og tilbagesendes gennem den relevante diplomatiske vej til The Honorable Sue L. Robinson, under adressen "Clerk of the United States District Court for the District of Delaware, United States District Court, J. Caleb Boggs Federal Building, 844 N. King Street, Room 6124, Wilmington, Delaware 19801, USA."

| | | |
|---|---|---|
| 14. | Begæring om underrettelse af Retsanmodningens tid og sted og identiteten og adressen på alle personer som skal underrettes: | De bedes underrette alle repræsentanterne identificeret i tekstafsnit 6 ovenfor. |
| 15. | Begæring om tilstedeværelsen eller deltagelsen af retsligt ansatte fra den anmodende mynighed ved udfærdigelsen og underskriften af Retsanmodningen: | Med denne Rets bemyndigelse fremsætter sagsøgtes advokater begæring om tilladelse til at være tilstede ved og deltage i den mundtlige vidneforklaring aflagt af Hr. Jensen. Hvis tilladelse til at være tilstede og deltage bevilges, anmodes det om at Mr. Steven J. Balick meddeles datoen, klokkeslættet og stedet for vidneforklaringen snarest belejligt. |
| 16. | Angivelse af rettigheder eller pligter under hvilke det forbeholdes at nægte at afgive vidneerklæring i henhold til | Ingen |

lovgivningen i oprindelsesstaten:

| | | |
|---|---|---|
| 17. | Salærer, afgifter og omkostninger, som er refunderbare i henhold til Artikel 14, litra 2, eller i henhold til Artikel 26 i Koventionen, afholdes af: | McDonnell Boehnen Hulbert & Berghoff, LLP 300 S. Wacker Drive Suite 3100 Chicago, Illinois 60606 USA |
| 18. | Anmodningens dato: | 10. november 2006 |
| 19. | Den anmodende myndigheds underskrift og segl: | Af Retten: |

_____
Honorable Sue L. Robinson, U.S.D.J.
c/o Clerk of the United States District Court
    for the District of Delaware
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Wilmington, Delaware 19801
USA

[Rettens segl]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NOVO NORDISK A/S, | ) | |
| | ) | |
| Sagsøger, | ) | |
| | ) | |
| mod | ) | C.A. No. 05-645-SLR |
| | ) | |
| SANOFI-AVENTIS, AVENTIS | ) | |
| PHARMACEUTICALS INC., og AVENTIS | ) | |
| PHARMA DEUTSCHLAND GMBH, | ) | |
| | ) | |
| Sagsøgte. | ) | |


**RETSANMODNING OM BEVISOPTAGELSE I UDLANDET**
**MED RETSLIG BISTAND (PETER MØLLER JENSEN)**

I.

1.  Afsender:

United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801
USA

2.  Centralmyndigheden
i den bistandssøgte stat:

Justitsministeriet
Slotsholmsgade 10
DK-1216 København K
Danmark
Tlf:  33 92 33 40

3.  Person(er) til hvem den
udfærdigede anmodning skal
sendes tilbage:

Steven J. Balick (DE Bar No. 2114)
John G. Day (DE Bar No. 2403)
Lauren E. Maguire (DE Bar No. 4261)
ASHBY & GEDDES, P.A.
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
USA
Tlf:  001 (302) 654-1888

II.

4 &   I overensstemmelse med Artikel 3 i Konventionen om bevisoptagelse i udlandet i sager
5.    om civile eller kommercielle spørgsmål, sender De Forende Staters for the District of
      Delaware, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware
      19801 sine hilsener til det danske Justitsministerium, Slotsholmsgade 10, DK-1216
      København K, Danmark, og anmoder herved om international retslig bistand i
      forbindelse med optagelsen af bevismateriale til anvendelse i et civilt søgsmål i
      anliggendet angivet ovenfor.

6.    Parterne i dette søgsmål og deres          **Sagsøger:**
      respektive repræsentanter er:
                                                 Novo Nordisk A/S
                                                 Novo Allé
                                                 DK-2880 Bagsværd
                                                 Danmark

                                                 **Sagsøgers repræsentanter:**

                                                 Frederick L. Cottrell III
                                                 Anne Shea Gaza
                                                 RICHARDS, LAYTON & FINGER, P.A.
                                                 One Rodney Square
                                                 P.O. Box 551
                                                 Wilmington, Delaware 19899
                                                 USA

                                                 Jeffrey J. Oelke
                                                 Scott T. Weingaertner
                                                 WHITE & CASE LLP
                                                 1155 Avenue of the Americas
                                                 New York, NY 10036-2787
                                                 USA

                                                 **Sagsøgte:**

                                                 Sanofi-Aventis
                                                 174/180 Avenue de France
                                                 Paris Cedex 75013
                                                 France

                                                 Aventis Pharmaceuticals Inc.
                                                 300 Somerset Corporate Blvd.
                                                 Bridgewater, NJ 08807-2854
                                                 USA

                                                 Aventis Pharma Deutschland GmbH
                                                 Kommunikation Deutschland
                                                 Gebäude F821

Industriepark Höscht
D-65926 Frankfurt
Tyskland

**Sagsøgtes repræsentanter:**

Steven J. Balick
John G. Day
Lauren E. Maguire
ASHBY & GEDDES, P.A.
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
USA

Paul H. Berghoff
Curt Whitenack
Thomas E. Wettermann
Eric R. Moran
MCDONNELL BOEHNEN HULBERT &
    BERGHOFF, LLP
300 S. Wacker Drive
Chicago, Illinois 60606
USA

7.  Dette er et søgsmål anlagt af Novo Nordisk A/S ("Novo") mod Sanofi-Aventis,
    Aventis Phamaceuticals Inc., og Aventis Pharma Deutschland GmbH ("Aventis") i
    henhold til patentlovgivningen i De Forenede Stater, Afsnit 35 i United States Code,
    som søger retsligt tilhold og økonomisk erstatning i forbindelse med en påstået
    krænkelse af US-patentnr. 6,582,408 (herefter benævnt "'408-patentet"). Novo er
    erhververen af '408-patentet. Aventis nægter, at den har krænket '408-patentet og gør
    gældende at '408-patentet er ugyldigt og uden retskraft.

    Hr. Peter Møller Jensen er en af opfinderne anført på '408-patentet. Hr. Jensen er en
    industridesigner, som bidrog væsentligt til opfindelsen som gøres gældende i '408-
    patentet. Hr. Jensens navn er også anført i adskillige dokumenter, som blev fremlagt af
    Novo i denne retssag. Hr. Jensen besidder derfor væsentlige oplysninger og
    bevismateriale til fremlæggelse i domsforhandlingen.

8.  Denne Ret anmoder Centralmyndigheden om at videresende denne anmodning til de
    relevante retsmyndigheder for at fremtvinge fremmødet af den nedenstående person til
    at afgive forklaring under edsansvar vedrørende denne persons arbejde i forbindelse
    med '408-patentet. Denne bistand er nødvendig for rettens gang.

3

III.

9.    Identiteten og adressen på personen,    Hr. Peter Møller Jensen
      som begæres afhørt:                     Nyhavn 39
                                              DK-1051
                                              København K
                                              Danmark

10.   Genstanden vedrørende hvilken          Hr. Jensens arbejde i forbindelse med
      personen begæres afhørt:                opfindelsen som gøres gældende i '408-
                                              patentet og hans viden om genstanden
                                              beskrevet i '408-patentet, herunder:  Hans
                                              specifikke bidrag til opfindelsen, som gøres
                                              gældende i '408-patentet; udviklingen og den
                                              praktiske virkeliggørelse af opfindelsen, som
                                              gøres gældende i '408-patentet; den bedste
                                              modus til implementering af opfindelsen, som
                                              gøres gældende i '408-patentet;
                                              tilstrækkeligheden af oplysningerne i '408-
                                              patentet; hans viden om væsentlig kendt
                                              teknik af relevance i '408-patentet;
                                              betydningen af sprogbrug anvendt i '408-
                                              patentet og dermed forbundne patenter; og
                                              gyldigheden og retskraften af '408-patentet.

11.   Dokumenter til fremlæggelse:            Ingen

12.   Eventuelle krav om at                   Hele vidneforklaringen skal afgives under ed i
      vidneerklæringen afgives under ed        overensstemmelse med dansk lovgivning.
      eller affirmation og det eventuelle
      særlige format, som skal anvendes:

13.   Særlige metoder eller procedurer som    Til gavn for alle parterne begæres den
      ønskes fulgt:                            underskrevne myndighed ærbødigst om at
                                              datoen for vidneforklaringen af Hr. Jensen
                                              fastsættes så tæt på d. 10. januar 2007 som
                                              muligt. Vidneforklaringen forventes ikke at
                                              overgå én otte-timers dag.

                                              Denne Ret begærer den relevante myndighed
                                              i Danmark om at forsyne denne Ret med den
                                              fastlagte dato, klokkeslættet og stedet for den
                                              mundtligt aflagte vidneforklaring af Hr.
                                              Jensen sammen med eventuelle andre for
                                              sagen relevante oplysninger, herunder hvilken
                                              myndighed udnævnes til at præsidere over
                                              vidneforklaringen.

                                              Det begæres, om muligt, at vidneforklaringen

4

nedfældes i et ordret udskrift; alle dermed forbunde omkostninger afholdes af Sagsøgte. Hvis det ikke er muligt at skabe et ordret udskrift begæres det at den sædvanlige og almindelige protokol fra vidneforklaringen nedfældes i et udskrift.

Der begæres tilladelse til at få Danmarks retsmyndigheder til at udnævne en engelsk/dansk tolk til at være tilstede under den fastlagte vidneforklaring og at denne tolker vidneerklæringen på det tidspunkt den afgives, og at hele vidneerklæringen, som nedfældes i et udskrift, også føres til protokols på engelsk.

Det begæres at et eventuelt udskrift fra vidneforklaringen inklusive alle bilag og dokumenter, som måtte fremlægges, mærkes, bekræftes, lægges i en behørigt lukket kuvert og tilbagesendes gennem den relevante diplomatiske vej til The Honorable Sue L. Robinson, under adressen "Clerk of the United States District Court for the District of Delaware, United States District Court, J. Caleb Boggs Federal Building, 844 N. King Street, Room 6124, Wilmington, Delaware 19801, USA."

| | | |
|---|---|---|
| 14. | Begæring om underrettelse af Retsanmodningens tid og sted og identiteten og adressen på alle personer som skal underrettes: | De bedes underrette alle repræsentanterne identificeret i tekstafsnit 6 ovenfor. |
| 15. | Begæring om tilstedeværelsen eller deltagelsen af retsligt ansatte fra den anmodende mynighed ved udfærdigelsen og underskriften af Retsanmodningen: | Med denne Rets bemyndigelse fremsætter sagsøgtes advokater begæring om tilladelse til at være tilstede ved og deltage i den mundtlige vidneforklaring aflagt af Hr. Jensen. Hvis tilladelse til at være tilstede og deltage bevilges, anmodes det om at Mr. Steven J. Balick meddeles datoen, klokkeslættet og stedet for vidneforklaringen snarest belejligt. |
| 16. | Angivelse af rettigheder eller pligter under hvilke det forbeholdes at nægte at afgive vidneerklæring i henhold til lovgivningen i oprindelsesstaten: | Ingen |

5

17.   Salærer, afgifter og omkostninger,          McDonnell Boehnen Hulbert & Berghoff,
      som er refunderbare i henhold til               LLP
      Artikel 14, litra 2, eller i henhold til     300 S. Wacker Drive
      Artikel 26 i Koventionen, afholdes af:       Suite 3100
                                                   Chicago, Illinois 60606
                                                   USA

18.   Anmodningens dato:                           10. november 2006

19.   Den anmodende myndigheds
      underskrift og segl:                         Af Retten:


                                                   _____

                                                   Honorable Sue L. Robinson, U.S.D.J.
                                                   c/o Clerk of the United States District Court
                                                       for the District of Delaware
                                                   United States District Court
                                                   J. Caleb Boggs Federal Building
                                                   844 N. King Street
                                                   Room 6124
                                                   Wilmington, Delaware 19801
                                                   USA


[Rettens segl]