# EXHIBIT 12



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

September 11, 2006

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

APPLICATION NUMBER: *08/054,913*
FILING DATE: *April 27, 1993*
PATENT NUMBER: *5,331,954*
ISSUE DATE: *July 26, 1994*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer

SAN00941596

Class  Subclass

ISSUE CLASSIFICATION

**5331954**

UTILITY
SERIAL
NUMBER /054913

PATENT DATE
JUL 26 1994

PATENT
NUMBER

5331954

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | |
|---|---|---|---|---|---|
| 08/054,913 | 04/27/93 | 128 | 30 | 3307 | |

BJORN REX, ROSKILDE, DENMARK; KIM STEENGAARD, HVIDOVRE, DENMARK; SVEND
ELK, BIRKEROED, DENMARK.

**CONTINUING DATA***********************
VERIFIED     THIS APPLN IS A CON OF     07/793,412 01/13/92 A?

**FOREIGN/PCT APPLICATIONS************
VERIFIED     PCT          PCT/DK91/00400     12/19/91
             DENMARK          3028/90          12/21/90

| Foreign priority claimed ☑ yes ☐ no | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☑ yes ☐ no | | DKX | 2 | 16 | 1 | $940.00 | 3573.214US |
| Verified and Acknowledged Examiner's Initials | | | | | | | |

ADDRESS
STEVE T. ZELSON
NOVO NORDISK OF NORTH AMERICA, INC.
405 LEXINGTON AVENUE, STE. 6200
NEW YORK, NY  10174-6201

TITLE
DEVICE FOR NASAL DELIVERY OF LIQUID MEDICATIONS

U.S. DEPT. of COMM.—Pat. & TM Office—PTO-436L (rev. 10-78)

PARTS OF APPLICATION
FILED SEPARATELY

2-7

Applications Examiner

| NOTICE OF ALLOWANCE MAILED | | CLAIMS ALLOWED | |
|---|---|---|---|
| 8 FEB 1994 | KIMBERLY L. ASHER | Total Claims | Print Claim |
| | Assistant Examiner | 16 | 1 |

| ISSUE FEE | | | DRAWING | | |
|---|---|---|---|---|---|
| Amount Due | Date Paid | EDGAR S. BURR | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| $1170.00 | 3-28-94 | S.P.E. GROUP ART UNIT 337  Primary Examiner | 2 | 7 | 1 |
| | | | ISSUE BATCH NUMBER | U90 | |

Label
Area

PREPARED FOR ISSUE

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
Rev. 6-92

(FACE)

SAN00941597

FILED UNDER 35 USC 371

| SERIAL NUMBER. | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 07/793,412 | 01/13/92 | 239 / 128 | 200.14 | 3104 / 3307 | K.L. Asher |

**APPLICANTS**

JORN REX, ROSKILDE, DENMARK; KIM STEENGAARD, HVIDOVRE, DENMARK; SVEND ELK, BIRKEROED, DENMARK.

**CONTINUING DATA********************
VERIFIED

none KA

**FOREIGN/PCT APPLICATIONS***********
VERIFIED        DENMARK        3028/90        12/21/90

KA

| Foreign priority claimed 35 USC 119 conditions met | ☒ yes ☐ no ☒ yes ☐ no | AS FILED → | STATE OR COUNTRY | SHEETS DRWS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| Verified and Acknowledged  Examiner's Initials | KA | | DKX | 2 | 16 | 1 | $1,140.00 | 3573.204-US |

**ADDRESS**

STEVE T. ZELSON
NOVO NORDISK OF NORTH AMERICA, INC.
405 LEXINGTON AVE.,
SUITE 6200
NEW YORK, NY 10017

**TITLE**

PEN SHAPED DEVICE FOR NASAL ADMINISTRATION OF DOSES OF A LIQUID MEDICINE

U.S. DEPT. of COMM.-Pat. & TM Office—PTO-436L (rev. 10-78)

SAN00941598

BAR CODE LABEL

## U.S. PATENT APPLICATION

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/054,913 | 04/27/93 | 128 | 3307 |

**APPLICANT**

JORN R. ROSKILDE, DENMARK, DENMARK; KIM STEENGAARD, HVIDOVRE, DENMARK; SVEND ELK, BIRKEROED, DENMARK.

```
**CONTINUING DATA********************
VERIFIED      THIS APPLN IS A CON OF   07/793,412 01/13/92
```

```
**FOREIGN/PCT APPLICATIONS***********
VERIFIED      PCT            PCT/DK91/00400     12/19/91
              DENMARK        3028/90            12/21/90
```

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| DKX | 2 | 16 | 1 | $ 940.00 | 3573.214US |

**ADDRESS**

STEVE T. ZELSON
NOVO NORDISK OF NORTH AMERICA, INC.
405 LEXINGTON AVENUE, STE. 6200
NEW YORK, NY  10174-6201

**TITLE**

NOSE PEN

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application as filed which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                              Certifying Officer

SAN00941599

| BAR CODE LABEL | | U.S. PATENT APPLICATION | |
|---|---|---|---|
| **SERIAL NUMBER** | **FILING DATE** | **CLASS** | **GROUP ART UNIT** |
| 07/793,412 | 01/13/92 | 239 | 3104 |

**APPLICANT**

JORN REX, ROSKILDE, DENMARK; KIM STEENGAARD, HVIDOVRE, DENMARK; SVEND ELK, BIRKEROED, DENMARK.


**CONTINUING DATA********************
VERIFIED

————


**FOREIGN/PCT APPLICATIONS***********
VERIFIED     DENMARK       3028/90           12/21/90

————

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| DKX | 2 | 16 | 1 | $1,140.00 | 3573.204-US |

**ADDRESS**

STEVE T. ZELSON
NOVO NORDISK OF NORTH AMERICA, INC.
405 LEXINGTON AVE.,
SUITE 6200
NEW YORK, NY 10017

**TITLE**

PEN SHAPED DEVICE FOR NASAL ADMINISTRATION OF DOSES OF A LIQUID MEDICINE

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application as filed which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                          Certifying Officer

SAN00941600

PC: DK91/00400

07/793412

PATENT APPLICATION SERIAL NO.

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

P 30096  01/24/92  07793412
P 30097  01/24/92  07793412        14-1447  030  960       920.00CH
                                   14-1447  030  968       220.00CH

PTO-1556
(5/87)

SAN00941601

PATENT APPLICATION SERIAL NO. 00/054913

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

DF11223  05/17/93  08054913        14-1447  110  101      940.00CH

PTO-1556
(5/87)

SAN00941602

WO 92/11049

1

PCT/DK91/00400

## A PEN SHAPED DEVICE FOR NASAL ADMINISTRATION OF DOSES
## OF A LIQUID MEDICINE

The invention concerns a dispensing device for dispensing dosed quantities of a fluid medicine as an aerosol, e.g. insulin to be assimilated through the nasal mucous membranes.

5        Many sorts of medicine are not appropriate for being orally consumed as they are destroyed very quickly in the alimentary canal. Such medicines, therefore, have to be injected to be directly assimilated in the blood.

When such medicines have to be taken frequently through a long period or even the life long as it is the case with e.g. insulin for diabetics, the wish 10 for a method of taking the medicines without frequent injections occurs. Here the assimilation through the nasal mucous membranes is seen as a solution.

From European Patent Application No. 308,100 is known a dispensing apparatus for dispensing metered quantities of pressurized fluid and in particular for nasal administration of insulin.

15        EP 308,100 meets the wishes for a device which may be used for nasal administration of e.g. insulin, as an activation of the device releases a metered quantity of liquid. However, the amount of liquid released by each activation is preset by the manufacturer of the spray valve, and if a bigger dose than this preset one is wanted, the device must be activated repetitively until the wanted dose is dispensed.

20        The use of a propellant gas as in EP 308,100 is undesirable for more reasons. First of all, precaution should be taken to assure that the propellant gas is kept out of contact with the medicine. Further, the content of sufficient propellant gas to dispense the total content of medicine involves the risk that an overdose is dispensed if the metering valve fails. Finally, as the device is intended to be 25 disposed of when the medicine content is used up, it is against the current trend to use disposable devices containing propellant gases.

Consequently, it is the object of the invention to provide a dispensing apparatus for nasal administration of medicine such as insulin in preset doses without the use of a propellant gas. Another object is to provide a device which has



SAN00941603

WO 92/11049                                                          PCT/DK91/00400

2

the same neutral pen shape as the known pen syringes for subcutaneous injection
of insulin.

This is obtained by a device for nasal administration of a number of
measured doses of a liquid medicine, especially insulin, comprising a first and a
5 second housing element coupled together to allow rotation but no axial displacement
of the first housing element with respect to the second housing element, said first
housing element comprising a cartridge containing the liquid and being sealed by
a piston at the end coupled to the second housing element and being at its other
end closed by a valve to communicate the liquid in the cartridge with a spray nozzle
10 when opened, the device according to the invention being characterized in that it
further comprises a threaded piston rod engaging the piston of the cartridge ~~un-~~
~~irrotatably~~ *irrotational* with respect to the first housing element and disposed in the second
housing element to move axially therein, a nut element mounted ~~unrotatably~~ *irrotational* but
axially displacably in the second housing element and engaging the thread of the
15 piston rod, a helical spring abutting at its one end an internal annular abutment on
the second housing element and at its other end a shoulder on the nut element to
press this nut element and thereby the piston rod and the piston in the directions
towards the outlet end of the cartridge setting the liquid therein under pressure to
be released by opening the valve for spraying out a dose of the liquid, the housing
20 elements, the rod, and the nut cooperating so that relative rotation between the
housing elements in a selected direction causes relative rotation between the rod
and the nut element making the nut element move axially in the second housing
element in a direction to compress the helical spring.

The device according to the invention further provides a dispenser
25 which will work in all positions and in which the liquid remains sterile as no unclean
air is to replace the liquid removed from the cartridge during the spraying.

According to the invention, the piston rod may be snap locked into the
piston preventing a possible vacuum, which may emerge in the cartridge, from
drawing the piston into the cartridge leaving an axial play between the piston rod
30 and the piston.



SAN00941604

3

To ensure that the liquid will hit the part of the nasal mucous membrane which is effective in assimilating the medicine, the nozzle is appropriately made to spray out the liquid at an angle of 0-30° defining the spray as ranging from a jet spray to a fan shaped spray.

5          The nut element may define at least one radially protruding axially extending projection on an exterior portion thereof, and this projection or these projections may be received in one or more corresponding axially extending groove or grooves in an inner portion of the second housing element thereby providing a coupling between this housing element and the nut element ensuring that the nut

10    element may be rotated with the second housing element and be axially displaced in this housing element.

A stop may be provided limiting the axial movement of the nut element into the second housing element, thus limiting the loading of the device to a set maximum dose.

15          Also the movement of the nut element along the piston rod may be limited to avoid setting a larger dose than actually remains in the cartridge.

In a preferred embodiment of the invention, the device has a removable protective cap configured to receive the first housing element and abutting when mounted there on the second housing element; and means for releasably coupling

20    the protective cap and the first housing element for rotation together, so that rotation of the protective cap with respect to the second housing element causes rotation of the first housing element with respect to the second housing element.

The abutting edges of the second housing element and the protective cap may comprise pointing means and scale means, respectively, to measure the

25    relative rotation of the protective cap, and thereby the first housing element, with respect to the second housing element. The displacement of the nut element is proportional to this relative rotation and the measuring of the relative rotation consequently is a measuring of the set dose.

Means may be provided for providing detents at selected rotational

30    positions of the first housing element with respect to the second housing element making the extend of the relative rotation hearable, tactile, and visible as a click is



SAN00941605

WO 92/11049                                                    PCT/DK91/00400

4

heard and a resistance variation is felt each time a detent is passed during the relative rotation the size of which may be seen from the relative position of the pointing means and the scale.

5    The coupling means for coupling the protective cap to the first housing element may allow the protective cap to receive the first housing element in multiple different angular positions of the protective cap with respect to the first housing element to allow the protective cap to be oriented at a selected position with respect to the second housing element, regardless of the detent rotational position of the first housing element in the second housing element. This way it is always possible 10    to mount the protective cap in position with the "O" of its scale in line with the pointing means on the second housing element.

By the abutting edges having interlocking means for defining a selected angular position of the protective cap with respect to the second housing element it may be ensured that the cap is mounted in its O-position when the pen is stored 15    away after use. The interlocking means may appropriately comprise a recess on the abutting edge of the protective cap and a projection on the abutting edge of the second housing element, the projection being shaped to fit into the recess to define the selected position.

In a preferred embodiment of the device according to the invention, the 20    piston rod is made ~~unrotatable~~ irrotational by fitting through an opening in an anti-rotation disc, the opening being circular with at least one projection protruding into the opening, by the piston rod having a corresponding profile with recesses corresponding to the projections, and by the anti-rotary disc being at its periphery provided with alternating spaces and teeth fitting into a castellated end of the first housing element. 25    Further, the anti-rotary disc serves as an abutment for the nut element limiting the movement of this element towards the cartridge.

The abutting faces of the nut element and the anti-rotary disc are shaped as annular ramps which when in mutual abutment allow only relative rotation of the first and second housing elements in a device loading direction. Thereby it is 30    precluded that a relative rotation in a direction to unload the device to annul a set dose is continued when the device is unloaded. Such a continued relative rotation

SAN00941606

5

could draw the piston rod free of the piston and provide an axial play which would undermine the correct dosing.

In a preferred embodiment, the nut element may have a tubular extension coaxially surrounding the piston rod and terminated by a knob at the outer
5   end of the second housing element, this knob being flush with the edge of this outer end, when the annular ramps of the anti-rotary disc and the nut member are in a mutual abutment giving a tactile and visible indication whether the device is loaded or not.

In the following the invention is specified in further detail with reference
10  to the drawing in which

|       |       |
|-------|-------|
| Fig. 1 | shows a plan view of a dispenser according to the invention, |
| Fig. 2 | shows a plan view of the protective cap, |
| Fig. 3 | shows a sectional view along the line III-III in Fig. 1, but without the piston rod, |
| Fig. 4 | shows an enlarged plan view of the anti-rotary disc, |
| Fig. 5 | shows a side view of the disc in Fig. 4. |
| Fig. 6 | shows an enlarged detail of the abutting edges of the protective cap and the second housing element in dose setting position, and |
| Fig. 7 | shows the detail of Fig. 6 in closed position for storing. |

Fig. 1 shows a pen shaped device having a first housing element 1 and a second housing element 2 snapped together by an external bead 3, and the first housing element 1 being snapped into an annular groove 4 in the second housing
25  element 2 permitting the two housing elements to be rotated in relation to each other about the common length axis, but not to be displaced in relation to each other along this axis.

The first housing element 1 forms a cartridge for a liquid medicine and is at its one end provided with a neck forming a valve chamber 5 communicating at
30  its one end with the housing element and being at its other end closed by a valve block 6 fitting into an annular sealing 7 fitted to the valve chamber 5 by a ferrule 8.



SAN00941607

6

The valve block has radial ducts 9 leading to a central bore 10 and being at the outer ends sealed by the inner cylindric surface of the annular sealing 7 when the valve is closed. An inner element 11 of a spray nozzle has a rod fitting into the bore 10 with a small clearance leaving a duct leading to a spray nozzle 12 in a nozzle
5   element 13 surrounding the inner element 11 leaving a fine duct from the bore 10 to the nozzle 12.

The nozzle element 13 is provided with a tubular central part 14 fitting over the part with the bore 10. An internal annular bead 15 in the part 14 is lodged in an annular groove 16 in the part with the central bore.

10   The nozzle element 13 further comprises a shirt 17 surrounding at some distance the tubular central part 14 and being at its edge snapped on the neck 18 of a release member 19 fitting over the outer end of the cartridge, the neck 18 of the release member 19 being so much shorter than the neck of the cartridge that it may be axially displaced along the neck of the cartridge limited by its outer
15   end abutting the ferrule or by its shoulder abutting the shoulder of the cartridge.

The nozzle element and release member 19 are kept in their position with the neck 18 of the release member 19 abutting the ferrule 8 by a helical spring 20 surrounding the central part 14 of the nozzle element 13 abutting at its one end the ferrule 8 and at its other end a contact face between the central part 14 and the
20   skirt 17 of the nozzle element 13. In this position the radial ducts 9 lie opposite the sealing 7 and the valve is closed. When the release member 19 is displaced in its axial direction to bring its internal shoulders in abutment with the outer shoulders of the cartridge, the radial ducts 9 are passed past the sealing 7 and into the valve chamber 5 and a communication between the liquid in the cartridge is established
25   through the chamber 5, the radial ducts 9, the bore 10 and the clearance between the inner element 11 and the nozzle element 13 to the spray nozzle 12. This way the liquid in the cartridge will be sprayed out through the nozzle 12 when set under pressure as described below.

The pressure in the cartridge is provided by exerting upon a piston 21,
30   which closes the end of the cartridge opposite the neck, a force trying to force this piston into the cartridge. A sealing element, which here is shown as an O-ring



SAN00941608

7

mounted in a circumferential groove in the piston, provides a sealing between the piston and the cartridge wall.

A piston rod 22 engaging the piston 21 protrudes through an anti rotary disc 23 mounted at the end of the first housing element 1 to make the piston

5    rod ~~unrotatable~~ *irrotational* in relation to this housing element.

This may be obtained by the disc, as shown in Figs. 4 and 5 having spaced teeth 42 along its periphery fitting into a castellated end of the first housing element and by the piston rod having a non-circular profile fitting into a corresponding central opening in the disc. The piston rod is a mainly cylindric, threaded rod

10   having diametrically opposite axial recesses 25 engaged by corresponding diametrically opposite projections 26 in the mainly circular opening of the anti-rotary disc.

The mainly cylindric piston rod 22 is threaded and is surrounded by a nut element 27 having at its end facing and abutting the anti-rotary disc a short

15   internal thread 28, the rest of the inner surface of the nut element 27 being smooth fitting over the threaded piston rod to guide this rod in its axial movement. The nut element has at its threaded end external axial ribs 29 engaging internal axial grooves in the second housing element 2 making the nut element 27 ~~inrotatable~~ *irrotational*, but axially displaceable in this housing element.

20   The grooves in the second housing element are each defined by pairs of spaced internal projections 30 in the second housing element. Together with the ribs 29 ending in a plate 41 at the end abutting the anti-rotary disc the projections 30 define a stop for the movement of the nut element as the plate 41 fits closely into the circular bore of the second housing element and consequently will abut the ends

25   of the projections 30 when the nut element is displaced into the second housing element. Thereby the maximal loading of the device is limited.

When the piston rod 22 is rotated relatively to the nut element 27 in one direction by rotating the first housing element relatively to the second housing element the nut element is moved away from its abutment 31 on the anti-rotary disc

30   23 and is displaced further into the second housing element compressing a helical spring 32 abutting at its one end the nut element and at its other end a protrusion



SAN00941609

on the inner surface of the tubular second housing element. The compressed spring 32 will try to press the nut element back to abut the disc 23, and this force exerted on the nut member will be transmitted to the piston rod and the piston through the threads in the nut element on the piston rod, thereby setting the content of the
5 cartridge under pressure. This pressure may be released by operating the valve to spray out the preselected dose of the medicine in the cartridge. During this spraying the piston is moved into the cartridge until the nut member abuts the disc 23 again.

At its end opposite the piston the piston rod is provided with a head
40 limiting the movement of the nut element along the piston rod to assure that a
10 dose exceeding the remaining liquid in the cartridge may not be preset.

The engagement between the piston rod 22 and the piston 21 is performed as a snap lock. This way the piston 22 may be driven into the cartridge by the piston rod 22, the snap lock connection being flexible to permit the piston to follow marginal volume variations caused by temperature variations.

15 The loading of the device by turning the housing elements 1 and 2 in one direction relatively to each other may also be annulled by rotating the two housing elements in the opposite direction relatively to each other until the nut element is displaced to abut the disc again. The mutually abutting surfaces of the nut element and the disc 23 are provided with respective ramps to prevent further
20 relative rotation in this direction when the nut member abuts the disc. This way it is prevented that a further relative rotation of the housing elements in this direction will cause the piston rod to be drawn out of engagement with the piston.

The end of the tubular nut element opposite the disc is provided with a knob 33 having an outer cylindric surface fitting guidingly into the bore of the
25 tubular second housing element and an end surface flush with the end edge of the second housing element when the device is not loaded. When the device is loaded and the nut element is displaced away from the disc, the knob is protruding from the end of the second housing element giving a tactile and visible information of the status of the device, i.e. whether the device is loaded or not.

30 The spray nozzle element 13 is covered by a cap 34 when the device is not in use. This cap is provided with a clip 35, so that it can be carried in a pocket



SAN00941610

WO 92/11049                                                    PCT/DK91/00400

9

like a pencil. The cap 34 fits over the first housing element 1 and when fitted on is adjacent to and flush with the second housing element 2. The adjacent edges of the second housing element 2 and the cap 34 are provided with a projection 38 and a corresponding recess 39, respectively, the projection engaging the depression when 5 the cap is fitted on.

The cap is provided with internal grooves 36 engaged by external ribs 37 on the first housing element 1. Thereby the cap can be used for rotating the first housing element 1 relatively to the second housing element 2 when the cap is appropriately axially displaced on the first housing element to bring the projection 10 38 out of engagement with the recess 39. The projection 39 is made as an arrow pointing on a scale on the cap, so that a dosing measured in units may be set by the turning of the two housing elements relatively to each other. The rotatable connection between the two housing elements is provided with a click mechanism providing a hearable and perceptible click at each two units set.

15 When the dose is set, the cap is removed from the device and the nozzle element is inserted in a nostril, and the release member 19 is pulled further over the first housing element to release the dose which is sprayed out through the nozzle at an angle of 0-30°. After use the cap is again fitted over the first housing element in a rotary position making the projection 38 engage the depression 39.

20 The first housing element forming the cartridge is made of a transparent material allowing the position of the piston to be observed to decide how much liquid is left. For this purpose the first housing element may be provided with a scale. When the cartridge is empty, the device may be disposed of.

Although the device is described with the cartridge forming an integral 25 part of the first housing element, an embodiment wherein a separate cartridge is received in the first housing element will be within the scope of the invention. The device may also be a durable one in which only the cartridge and possibly the valve and the spray nozzle are changed when the cartridge is empty, whereas the dose setting mechanism is reused as a durable part.

30 The device is preferably used for dosing insulin which may be assimilated through the nasal mucous membranes, but it is may also be used for the



SAN00941611

WO 92/11049                                              PCT/DK91/00400

10

administration of other kinds of medicine which should be added as a spray in preset doses, e.g. for curing eczema.

SAN00941612

WO 92/11049                                          PCT/DK91/00400

11

We CLAIM$ :

1. A device for nasal administration of a number of measured doses of a liquid medicine, especially insulin, comprising a first and a second housing element coupled together to allow rotation but no axial displacement of the first housing element (1) with respect to the second housing element (2), said first housing
5  element (1) comprising a cartridge containing the liquid and being sealed by a piston (21) at the end coupled to the second housing element (2) and being at its other end closed by a valve (7,9) to communicate the liquid in the cartridge with a spray nozzle (12) when opened, characterized in that the device further comprises
10 a threaded piston rod (22) engaging the piston (21) of the cartridge unrotatably with respect to the first housing element (1) and disposed in the second housing element (2) to move axially therein, a nut element (27) mounted unrotatably but axially displaceably in the second housing element (2) and engaging the thread of the piston rod (22), a helical spring (32) abutting at its one end an internal annular
15 abutment on the second housing element (2) and at its other end a shoulder on the nut element (27) to press this nut element and thereby the piston rod (22) and the piston (21) in the directions towards the outlet end of the cartridge setting the liquid therein under pressure to be released by opening the valve (7,9) for spraying out a dose of the liquid, the housing elements (1,2), the rod (22), and the nut element (27)
20 cooperating so that relative rotation between the housing elements (1,2) in a selected direction causes relative rotation between the rod (22) and the nut element making the nut element move axially in the second housing element (2) in a direction to compress the helical spring (32).

2. A device according to claim 1, characterized in that the piston rod
25 (22) is snap locked into the piston (21).

3. A device according to claim 1 or 2, characterized in that the nozzle (12) sprays out the liquid at an angle of 0-30°.

Claim 1

4. A device according to any of the preceding claims, characterized in that the nut element (27) defines at least one radially protruding, axially extending
30 projection (29) on an exterior portion thereof; and the projection is received in an axially extending groove in an inner portion of the second housing element (2).

SAN00941613

WO 92/11049                                    PCT/DK91/00400

12

5. A device according to ~~any of the preceding claims, characterized in~~ *claim 1* that a stop (30,41) is provided limiting axial movement of the nut element (27) into the second housing element (2).

6. A device according to ~~any of the preceding claims, characterized in~~ *claim 1* 5 that a stop (40) is provided limiting the movement of the nut element (27) along the piston rod (22).

7. A device according to ~~any of the preceding claims,~~ *Claim 1* *further* characterized in ~~that it has~~ a removable protective cap (34) configured to receive the first housing element (1) and ~~abutting, when mounted there on~~ the second housing element (2); 10 and means (36,37) for releasably coupling the protective cap (34) and the first housing element (1) for rotation together, so that rotation of the protective cap (34) with respect to the second housing element (2) causes rotation of the first housing element (1) with respect to the second housing element (2).

8. A device according to claim 7, characterized in that the abutting 15 edges of the second housing element (2) and the protective cap (34) comprise pointing means and scale means, respectively, ~~to measure~~ *for measuring* the relative rotation of the protective cap (34) with respect to the second housing element (2).

9. A device according to claim 8, characterized in that means are provided for providing detents at selected rotational positions of the first housing 20 element (1) with respect to the second housing element (2).

10. A device according to claim 9, characterized in that the coupling means (36,37) allow the protective cap (34) to receive the first housing element (1) in multiple different angular positions of the protective cap (34) with respect to the first housing element (1) to allow the protective cap (34) to be oriented at a selected 25 position with respect to the second housing element (2), regardless of the detent rotational position of the first housing element (1) in the second housing element (2).

~~11.~~ *12* A device according to claim 9, characterized in that the abutting edges *of the protective cap and the second housing element* have interlocking means (38,39) for defining a selected angular position of the protective cap (34) with respect to the second housing element (2).

30 *11* ~~12.~~ A device according to claim 10, characterized in that the interlocking means comprise a recess (38) on the abutting ~~edge~~ *edges* of the protective cap

SAN00941614

WO 92/11049                                         PCT/DK91/00400

13

(34) and a projection (39) on the abutting ~~edge~~ *edges* of the second housing element (2), the projection (39) being shaped to fit into the recess (38) to define the selected position.

13. A device according to ~~any of the preceding claims,~~ *Claim 1* characterized in that the piston rod (22) is made ~~inrotatable~~ *irrotational* with respect to the first housing element (1) by fitting through an opening in an anti-rotation disc (23), the opening being mainly circular with at least one projection (26) protruding into the opening, by the piston rod (22) having a corresponding profile with recesses (25) corresponding to the projections (26), and by the anti-rotation disc (23) being at its periphery provided with alternating spaces and teeth (42) fitting into a castellated end of the first housing element (1).

14. A device according to claim 13, characterized in that the anti-rotation disc (23) serves as an abutment for the nut element (27) *and limits* ~~limiting its~~ movement *of the nut element* towards the cartridge.

15. A device according to claim ~~13,~~ *14* characterized in that the ~~abutting faces of~~ *abutment between* the nut element (27) and the anti-rotation disc (23) are formed as annular ramps (31) which when in mutual abutment allow only relative rotation of the first and second housing element in a device loading direction.

16. A device according to claim ~~14,~~ *15* characterized in that the nut element (27) has an tubular extension coaxially surrounding the piston rod (22) *an* and terminated by a knob (33) at the outer end of the second housing element (2), ~~this~~ *the* knob (33) being flush with the edge of ~~this~~ *the* outer end *of the second housing element* when the annular ramps of the ~~anti-rotary~~ *anti-rotation* disc and the nut ~~member~~ *element* are in mutual abutment.

SAN00941615

08/053 4713



## ABSTRACT

A pen shaped device for nasal administration of doses of a
liquid medicine, comprising a first and a second housing element,
the first housing element (1) comprising a cartridge for the
medicine, this cartridge being at one end closed by a piston (21)
and being at its other end closed by a valve (7,9), which may be
opened to connect the cartridge to a spray nozzle (12). When the
two housing elements are rotated relatively to each other, a nut
member (27) is proportional to the rotation moved along a threaded
piston rod (22) to compress a helical spring (32) to act via the
nut element (27) and the piston rod (22) on the piston (21) to put
the content of the cartridge under pressure, which pressure may be
released by opening the valve (7,9) to lead the medicine in the
cartridge to the nozzle (12).

SAN00941616

*193,413*
※ Supl Decl (paper #)
6

| COMBINED DECLARATION FOR PATENT APPLICATION AND POWER OF ATTORNEY (Includes Reference to PCT International Applications) | Attorney's Docket Number: 3573.204-WO |
|---|---|

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

NOSE PEN _____

_____

the specification of which (check only one item below):

[ ] is attached hereto

[ ] was filed as United States application

Serial No. _____

on _____,

and was amended

on _____ (if applicable).

[X] was filed as PCT international application

Number PCT/DK91/00400 _____

–

on December 19, 1991 _____

and was amended under PCT Article 19

on _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign applications(s) for patent or inventor's certificate or of any PCT international application(s) designating at least one country other than the United States of America listed below and have also identified below any foreign applications(s) for patent or inventor's certificate or any PCT international application(s) designating at least one country other than the United States of America filed by me on the same subject matter having a filing date before that of the application(s) of which priority is claimed:

PRIOR FOREIGN/PCT APPLICATION(S) AND ANY PRIORITY CLAIMS UNDER 35 U.S.C. 119:

| COUNTRY | APPLICATION NUMBER | DATE OF FILING | PRIORITY CLAIMED |
|---|---|---|---|
| Denmark | 3028/90 | December 21, 1990 | [X] YES  [ ] NO |
|  |  |  | [ ] YES  [ ] NO |
|  |  |  | [ ] YES  [ ] NO |
|  |  |  | [ ] YES  [ ] NO |
|  |  |  | [ ] YES  [ ] NO |
|  |  |  | [ ] YES  [ ] NO |

SAN00941617

| COMBINED DECLARATION FOR PATENT APPLI⋯ N AND POWER OF ATTORNEY (Includes Reference to PCT Internatio⋯ pplications) | ⋯ney's Docket Number: /3.204-US |
|---|---|

I hereby claim the benefit under Title 35, United States Code §120 of any United States application(s) or PCT international application(s) designating the United States of America that is/are listed below and, insofar as the subject matter of each of the claims of this applications is not disclosed in that/those prior application(s) in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application(s) and the national or PCT international filing date of this application:

PRIOR U.S. APPLICATIONS OR PCT INTERNATIONAL APPLICATIONS DESIGNATING THE U.S. FOR BENEFIT UNDER 35 U.S.C. 120:

| U.S. APPLICATIONS | | STATUS (Check one) | | |
|---|---|---|---|---|
| U.S. APPLICATION NUMBER | U.S. FILING DATE | Patented | Pending | Abandoned |
| | | | | |
| | | | | |
| | | | | |

| PCT APPLICATIONS DESIGNATING THE U.S. | | | | |
|---|---|---|---|---|
| APPLICATION NO. | FILING DATE | US SERIAL NUMBERS ASSIGNED (if any) | | |
| PCT/DK91/00400 | December 19, 1991 | | | x |

POWER OF ATTORNEY: As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.

Steve T. Zelson, Esq.    Elias J. Lambiris, Esq.
Reg. No. 30,335          Reg. No. 33,728

| Send Correspondence to: Steve T. Zelson, Esq. Novo Nordisk of North America, Inc. 405 Lexington Avenue, Suite 6200 New York, New York 10017 | Direct Telephone Calls To: Steve T. Zelson (212) 867-0123 |
|---|---|

| 1 | Full Name of Inventor | Family Name REX    1-00 | First Given Name Jørn | Second Given Name |
|---|---|---|---|---|
| | Residence & Citizenship | City Roskilde | State or Foreign Country Denmark DKX | Country of Citizenship Denmark |
| | Post Office Address | Post Office Address Hyldetoften 6, Gundsoemagle | City DK-4000 Roskilde | State & Zip Code/Country Denmark |
| 2 | Full Name of Inventor | Family Name STEENGAARD | First Given Name Kim | Second Given Name |
| | Residence & Citizenship | City Hvidovre    2-00 | State or Foreign Country Denmark DKX | Country of Citizenship Denmark |
| | Post Office Address | Post Office Address Ketilstorp Allé 53 | City DK-2650 Hvidovre | State & Zip Code/Country Denmark |
| 3 | Full Name of Inventor | Family Name ELK    3-00 | First Given Name Svend | Second Given Name |
| | Residence & Citizenship | City Birkeroed | State or Foreign Country Denmark DKX | Country of Citizenship Denmark |
| | Post Office Address | Post Office Address Lyngborghave 48 | City DK-3460 Birkeroed | State & Zip Code/Country Denmark |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

| Signature of Inventor 1 | Signature of Inventor 2 | Signature of Inventor 3 |
|---|---|---|
| | Svend Elk | |
| Date 2 January. | Date 2/1 -1992 | Date 7/1 -1992 |

PTO 1391 (REV. 10-83)    Page 2 of 2

SAN00941618

WO 92/11049

08/054913
PCT/DK91/00400

1/2



Fig. 1

Fig. 2

Fig. 3

REPLACEMENT SHEET

SAN00941619

08/059913
PCT/DK91/00400

2/2





Fig. 4

Fig. 5



Fig. 6



Fig. 7

SAN00941620



WO 92/11049

1/2

PCT/DK91/00400

Fig. 1

Fig. 2

Fig. 3

SAN00941621

17 Data entered    1 4 JUL 1992

SAN00941622

WO 92/11049

2/2

PCT/DK91/00400



Fig. 4



Fig. 5



Fig. 6



Fig. 7

SAN00941623

SAN00941624

08 Rec'd PCT/PTO    1 3 JAN 1992    07/793412

| FORM #10-1390 (REV. 3-90) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTORNEY'S DOCKET NUMBER 3573.204-US |
|---|---|---|

## TRANSMITTAL LETTER TO THE UNITED STATES DESIGNATED/ELECTED OFFICE (DO/EO/US)

| INTERNATIONAL APPLICATION NO. PCT/DK91/00400 | INTERNATIONAL FILING DATE December 19, 1991 | PRIORITY DATE CLAIMED December 21, 1990 |
|---|---|---|

TITLE OF INVENTION
NOSE PEN

APPLICANT(S) FOR DO/EO/US
Jørn Rex; Kim Steengaard & Svend Elk

Applicant herewith submits to the United States Designated/Elected Office (DO/EO/US) the following under 35 U.S.C. 371:
1. [x] This express request to immediately begin national examination procedures (35 U.S.C. 371(f)).
2. [x] The U.S. National Fee (35 U.S.C. 371(c)(1)) and other fees as follows:

| CLAIMS | (1) FOR | (2) NUMBER FILED | (3) NUMBER EXTRA | (4) RATE | (5) CALCULATION |
|---|---|---|---|---|---|
| | TOTAL CLAIMS | 17  -20= | 0 | x$20.00 | $   0.00 |
| | INDEPENDENT CLAIMS | 1  -3= | 0 | x$72.00 | $   0.00 |
| | MULTIPLE DEPENDENT CLAIM(S) (if applicable) | | | +$220.00 | $ 220.00 |

| | |
|---|---|
| BASIC NATIONAL FEE (37 CFR 1.492(a)(1)-(4)): <br><br> [ ] International preliminary examination fee paid to USPTO (37 CFR 1.482) ...................................................................$620 <br><br> [ ] No international preliminary examination fee paid to USPTO (37 CFR 1.482) but international search fee paid to USPTO (37 CFR 1.445(a)(2)) ...................................................................$690 <br><br> [X] Neither international preliminary examination fee (37 CFR 1.482) nor international search fee (37 CFR 1.445(a)(2)) paid to USPTO..............$920 <br><br> [ ] International preliminary examination fee paid to USPTO (37 CFR 1.482) and all claims satisfied provisions of PCT Article 33(2) to (4)..........$ 50 | $ 920.00 |
| Surcharge of $130.00 for furnishing the National fee or oath or declaration later than [ ] 20 [ ] 30 mos. from the earliest claimed priority date (37 CFR 1.492(e)). | $   0.00 |
| TOTAL OF ABOVE CALCULATIONS | = $1,140.00 |
| Reduction by 1/2 for filing by small entity, if applicable.  Affidavit must be filed also. (Note 37 CFR 1.9, 1.27, 1.28.) | |
| SUBTOTAL | + |
| Processing fee of $30. for furnishing the English Translation later than [ ] 20 [ ] 30 mos. from the earliest claimed priority date (37 CFR 1.492(f)). | |
| TOTAL NATIONAL FEE | $1,140.00 |
| Fee for recording the enclosed assignment (37 CFR 1.21(h)). | + |
| TOTAL FEES CHARGED | $1,140.00 |

a.  [ ] A check in the amount of $_____ to cover the above fees is enclosed.
b.  [X] Please charge my Deposit Account No. 14-1447 in the amount of $1,140.00 to cover the above fees. A duplicate copy of this sheet is enclosed.
c.  [X] The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any overpayment to Deposit Account No. 14-1447. A duplicate copy of this sheet is enclosed.

SAN00941625

ATTORNEY'S DOCKET NUMBER

3573.204-US

3. A copy of the International Application as filed (35 U.S.C. 371(c)(2))
   a. [ ] is transmitted herewith (required only if not transmitted by the International Bureau).
   b. [ ] is not required, as the application was filed in the United States Receiving Office (RO/US).
   c. [X] has been transmitted by the International Bureau.
4. [ ] A translation of the International Application into English (35 U.S.C. 371(c)(2)).
5. Amendments to the claims of the International Application under PCT Article 19 (35 U.S.C. 371(c)(3))
   a. [ ] are transmitted herewith (required only if not transmitted by the International Bureau).
   b. [ ] have been transmitted by the International Bureau.
6. [ ] A translation of the amendments to the claims under PCT Article 19 (35 U.S.C. 371(c)(3)).
7. [X] An oath or declaration of the inventor (35 U.S.C. 371(c)(4)).
8. [ ] A translation of the Annexes to the International Preliminary Examination Report under PCT Article
       36 (35 U.S.C. 371(c)(5)).
Other document(s) or information included:
9. [ ] An Information Disclosure Statement under 37 CFR 1.97 and 1.98.
10. [ ] An assignment document for recording.
    Please mail the recorded assignment document to:
    a. [ ] the person whose signature, name & address appears at the bottom of this page.
    b. [ ] the following:

11. The above checked items are being transmitted
    a. [X] before the 18th month publication.
    b. [ ] after publication and the Article 20 communication but before 20 months from the priority date.
    c. [ ] after 20 months but before 22 months (surcharge and/or processing fee included).
    d. [ ] after 22 months (surcharge and/or processing fee included).
       Note: Petition to revive (37 CFR 1.137(a) or (b)) is necessary if 35 U.S.C. 371 requirements
       submitted after 22 months and no proper demand for International Preliminary Examination was made by
       19 months from the earliest claimed priority date.
    e. [ ] by 30 months and a proper demand for International Preliminary Examination was made by the 19th month
       from the earliest claimed priority date.
    f. [ ] after 30 months but before 32 months and a proper demand for International Preliminary Examination was
       made by the 19th month from the earliest claimed priority date (surcharge and/or processing fee
       included).
    g. [ ] after 32 months (surcharge and/or processing fee included).
       Note: Petition to revive (37 CFR 1.137(a) or (b)) is necessary if 35 U.S.C. 371 requirements
       submitted after 32 months and a proper demand for International Preliminary Examination was made by 19
       months from the earliest claimed priority date.
12. At the time of transmittal, the time limit for amending claims under Article 19
    a. [ ] has expired and no amendments were made.
    b. [ ] has not yet expired.
13. [ ] Certain requirements under 35 U.S.C. 371 were previously submitted by the applicant on _____,
        namely: _____                         date

Elias J. Lambiris
NAME

Novo Nordisk of North America, Inc.

405 Lexington Avenue, Suite 6200
ADDRESS

New York, New York  10017

(212) 867-0123
TELEPHONE

*Elias J. Lambiris*                    33,728
SIGNATURE                              REGISTRATION NUMBER

Form PTO-1390 (Rev. 3-90)

SAN00941626

International Application Number: PC DK91/00400

NOTE: Please stamp
file "FILED
UNDER 35 USC 371"

ES SUBMITTED OR AUTHORIZED:

TV 793412

Non-Small Entity Patent Processing Fees

| FEE | CODE | CASH | CHARGE |
|---|---|---|---|
| Basic $620 | 956 | $ .00 | $ .00 |
| $690 | 958 | $ .00 | $ .00 |
| $920 | 960 | $ .00 | $ 920 .00 |
| $ 90 | 962 | $ .00 | $ ~~720~~ .00 |
| Each Independent Claim in EXCESS OF 3 | 964 | $ .00 | $ .00 |
| Claim(s) in EXCESS OF 20 | 966 | $ .00 | $ .00 |
| Multiple Dependent Claim(s) | 968 | $ .00 | $ 220 .00 |
| Surcharge for Late Fees/Oath or Declaration | 154 | $ .00 | $ .00 |

:. Small Entity Patent Processing Fees

| FEE | CODE | CASH | CHARGE |
|---|---|---|---|
| Basic $310 | 957 | $ .00 | $ .00 |
| $345 | 959 | $ .00 | $ .00 |
| $460 | 961 | $ .00 | $ .00 |
| $ 45 | 963 | $ .00 | $ .00 |
| Each Independent Claim in EXCESS OF 3 | 965 | $ .00 | $ .00 |
| Claim(s) in EXCESS OF 20 | 967 | $ .00 | $ .00 |
| Multiple Dependent Claim(s) | 969 | $ .00 | $ .00 |
| Surcharge for Late Fee/Oath or Declaration | 254 | $ .00 | $ .00 |

f. Other Fees - NO SMALL ENTITY REDUCTION

| | CODE | CASH | CHARGE |
|---|---|---|---|
| Surcharge for Late Trans. | 156 | $ .00 | $ .00 |
| Assignment | 581 | $ .00 | $ .00 |
| | | $ .00 | $ .00 |

$ .00
TOTAL CASH

$ 1140 .00
TOTAL CHARGE

SAN00941627

08 Rec'd PCT/~ .O   1 3 JAN 1992             ~/~99412

Attorney Docket No.  3573.204-US                         PATENT


### IN THE UNITED STATED DESIGNATED/ELECTED OFFICE (DO/EO/US)


INTERNATIONAL APPLICATION NO.:  PCT/DK91/00400

INTERNATIONAL FILING DATE:      December 19, 1991

PRIORITY DATE:                  December 21, 1990

TITLE:  NOSE PEN

APPLICANT(S) FOR DO/EO/US:  Rex et al.

### EXPRESS MAIL CERTIFICATE

Box PCT
Hon. Commissioner of Patents and Trademarks
Washington, DC  20231

Sir:

Express Mail Label No. RB813924947US

Date of Deposit       January 13, 1992

        I hereby certify that the following attached papers

or fee

        1.  Transmittal Letter to the DO/EO/US
            (in duplicate)
        2.  Executed Combined Declaration and Power of
            Attorney

are being deposited with the United States Postal Service

"Express Mail Post Office to Addressee" under 37 C.F.R. 1.10

on the date indicated above and is addressed to the

Commissioner of Patents and Trademarks, Washington, DC  20231.

        Patricia Duque
        (Name of person mailing paper(s) or fee)


        (Signature of person mailing paper(s) or fee)

Mailing Address:

Novo Nordisk of North America, Inc.
405 Lexington Avenue, Suite 6200
New York, NY  10017

SAN00941628

# RECORD COPY
## INTERNATIONAL APPLICATION UNDER THE PATENT COOPERATION TREATY

### REQUEST

THE UNDERSIGNED REQUESTS THAT THE PRESENT INTERNATIONAL APPLICATION BE PROCESSED ACCORDING TO THE PATENT COOPERATION TREATY

| | |
|---|---|
| (The following is to be filled in the receiving Office) | |
| INTERNATIONAL APPLICATION No.: | PCT/DK 91/00400 |
| INTERNATIONAL FILING DATE: | 1 9 DECEMBER 1991 |
| (Stamp) | ✣ Patentdirektoratet <br> Danish Patent Office <br> Name of receiving Office and "PCT International Application" |
| Applicant's or agent's file reference (indicated by applicant if desired) | 3573.204-WO, EiT |

**Box No. I   TITLE OF INVENTION**

[ NOSE PEN ]  22 Rec'd PCT/PTO   1 6 JUL 1992

*(handwritten: A Title changed see ISR)*

**Box No. II   APPLICANT (WHETHER OR NOT ALSO INVENTOR); DESIGNATED STATES FOR WHICH HE/SHE/IT IS APPLICANT.** Use this box for indicating the applicant or, if there are several applicants, one of them. If more than one person (includes, where applicable, a legal entity) is involved, continue in Box No. III.

The person identified in this box (mark one check-box only):    [ ] applicant and inventor*    [X] applicant only

Name *and* address:**

> NOVO NORDISK A/S
> Novo Allé
> DK-2880  Bagsvaerd
> Denmark

| Telephone number (including area code): | Telegraphic address: | Teleprinter address: |
|---|---|---|
| 44 44 88 88 | telanovo | 37173 |

State of nationality:   DK        State of residence:*   DK

The person identified in this box is *applicant* for the purposes of (mark one check-box only):

[ ] all designated States    [X] all designated States except the United States of America    [ ] the United States of America only    [ ] the States indicated in the "Supplemental Box"

**Box No. III   FURTHER APPLICANTS, IF ANY; (FURTHER) INVENTORS, IF ANY; DESIGNATED STATES FOR WHICH THEY ARE APPLICANTS (IF APPLICABLE).** A separate sub-box has to be filled in in respect of each person (includes, where applicable, a legal entity). If the following two sub-boxes are insufficient, continue in the "Supplemental Box" (giving there for each additional person the same indications as those requested in the following two sub-boxes) or by using a "continuation sheet."

The person identified in this sub-box is (mark one check-box only):    [X] applicant and inventor*    [ ] applicant only    [ ] inventor only*

Name *and* address:**

> REX, Jørn
> Hyldetoften 6
> Gundsømagle
> DK-4000  Roskilde
> Denmark

If the person identified in this sub-box is *applicant (or applicant and inventor)*, indicate also:

State of nationality:   DK        State of residence:*   DK

and whether that person is *applicant* for the purposes of (mark one check-box only):

[ ] all designated States    [ ] all designated States except the United States of America    [X] the United States of America only    [ ] the States indicated in the "Supplemental Box"

The person identified in this sub-box is (mark one check-box only):    [X] applicant and inventor*    [ ] applicant only    [ ] inventor only*

Name *and* address:**

> STEENGAARD, Kim
> Ketilstorp Allé 53
> DK-2650  Hvidovre
> Denmark

If the person identified in this sub-box is *applicant (or applicant and inventor)*, indicate also:

State of nationality:   DK        State of residence:*   DK

and whether that person is *applicant* for the purposes of (mark one check-box only):

[ ] all designated States    [ ] all designated States except the United States of America    [X] the United States of America only    [ ] the States indicated in the "Supplemental Box"

---

* If the person indicated as "applicant and inventor" or as "inventor only" is not an *inventor* for the purposes of all the designated States, give the necessary indications in the "Supplemental Box."

** Indicate the name of a natural person by giving his/her family name first followed by the given name(s). Indicate the name of a legal entity by its full official designation. In the address, include both the postal code (if any) and the State (name).

*** If residence is not indicated, it will be assumed that the State of residence is the same as the State indicated in the address.

Form PCT/RO/101 (first sheet) (January 1991)                    See notes on accompanying sheet

SAN00941629

Sheet number....2    PCT/DK 91/00400

**Box No. III  CONTINUATION (IF REQUIRED)  FURTHER APPLICANTS, IF ANY; (FURTHER) INVENTORS, IF ANY; DESIGNATED STATES FOR WHICH THEY ARE APPLICANTS (IF APPLICABLE). A separate sub-box has to be filled in in respect of each person (includes, where applicable, a legal entity).**

The person identified in this sub-box is (mark one check-box only):    [X] applicant and inventor *    [ ] applicant only    [ ] inventor only *
Name *and* address: **

ELK, Svend
Lyngborghave 48
DK-3460  Birkerød
Denmark

If the person identified in this sub-box is *applicant (or applicant and inventor)*, indicate also:

State of nationality:    DK    State of residence: ***    DK
and whether that person is *applicant* for the purposes of (mark one check-box only):
[ ] all designated States    [ ] all designated States except the United States of America    [X] the United States of America only    [ ] the States indicated in the "Supplemental Box"

---

The person identified in this sub-box is (mark one check-box only):    [ ] applicant and inventor *    [ ] applicant only    [ ] inventor only *
Name *and* address: **

If the person identified in this sub-box is *applicant (or applicant and inventor)*, indicate also:

State of nationality:    State of residence: ***
and whether that person is *applicant* for the purposes of (mark one check-box only):
[ ] all designated States    [ ] all designated States except the United States of America    [ ] the United States of America only    [ ] the States indicated in the "Supplemental Box"

---

The person identified in this sub-box is (mark one check-box only):    [ ] applicant and inventor *    [ ] applicant only    [ ] inventor only *
Name *and* address: **

If the person identified in this sub-box is *applicant (or applicant and inventor)*, indicate also:

State of nationality:    State of residence: ***
and whether that person is *applicant* for the purposes of (mark one check-box only):
[ ] all designated States    [ ] all designated States except the United States of America    [ ] the United States of America only    [ ] the States indicated in the "Supplemental Box"

---

The person identified in this sub-box is (mark one check-box only):    [ ] applicant and inventor *    [ ] applicant only    [ ] inventor only *
Name *and* address: **

If the person identified in this sub-box is *applicant (or applicant and inventor)*, indicate also:

State of nationality:    State of residence: ***
and whether that person is *applicant* for the purposes of (mark one check-box only):
[ ] all designated States    [ ] all designated States except the United States of America    [ ] the United States of America only    [ ] the States indicated in the "Supplemental Box"

---

\*    If the person indicated as "applicant and inventor" or as "inventor only" is not an *inventor* for the purposes of all the designated States, give the necessary indications in the "Supplemental Box."
\*\*    Indicate the name of a natural person by giving his/her family name first followed by the given name(s). Indicate the name of a legal entity by its full official designation. In the address, include both the postal code (if any) and the State (name).
\*\*\*    If residence is not indicated, it will be assumed that the State of residence is the same as the State indicated in the address.

If this continuation sheet is not used, it need not be included in the Request.

Form PCT/RO/101 (continuation sheet) (January 1991)    See notes on accompanying sheet

SAN00941630

PCT/DK 91/00400

Sheet number 3

**Box No. IV   AGENT (IF ANY) OR COMMON REPRESENTATIVE (IF ANY); ADDRESS FOR NOTIFICATIONS (IN CERTAIN CASES).** A common representative may be appointed only if there are several applicants and if no agent is or has been appointed; the common representative must be one of the applicants.
The following person (includes, where applicable, a legal entity) is hereby/has been appointed as agent or common representative to act on behalf of the applicant(s) before the competent International Authorities:

Name *and* address, including postal code and country:

If the space below is used instead for an address for notifications, mark here: ☐

NOVO NORDISK A/S
Novo Allé
DK-2880  Bagsvaerd
Denmark
Att.: Patent Department

| Telephone number (including area code): | Telegraphic address: | Teleprinter address: |
|---|---|---|
| 44 44 88 88 | telanovo | 37304 |

**Box No. V   DESIGNATION OF GROUPS OF STATES OR STATES[1]; CHOICE OF CERTAIN KINDS OF PROTECTION OR TREATMENT.** The following designations are hereby made (please mark the applicable check-boxes):

**Regional Patent**

☒ **EP**   European Patent[2]:  AT Austria, BE Belgium, CH and LI Switzerland and Liechtenstein, DE Germany, DK Denmark, ES Spain, FR France, GB United Kingdom, GR Greece, IT Italy, LU Luxembourg, NL Netherlands,  SE Sweden,
and any other State which is a Contracting State of the European Patent Convention and of the PCT

☒ **OA**   OAPI Patent: Benin, Burkina Faso, Cameroon, Central African Republic, Chad, Congo, Gabon, Mali, Mauritania, Senegal, Togo,
and any other State which is a Contracting State of OAPI and of the PCT; if other OAPI title desired, specify on dotted line[3]:
.................................................................

**National Patent** (if other kind of protection or treatment desired, specify on dotted line[3])

| | | | | | |
|---|---|---|---|---|---|
| ☐ | AT | Austria[3] ............................... | ☒ | KR | Republic of Korea[3] ............... |
| ☒ | AU | Australia[3] .............................. | ☒ | LK | Sri Lanka |
| ☒ | BB | Barbados | ☐ | LU | Luxembourg[3] ...................... |
| ☒ | BG | Bulgaria[3] ............................... | ☒ | MC | Monaco[3] ............................ |
| ☒ | BR | Brazil[3] ................................. | ☒ | MG | Madagascar |
| ☒ | CA | Canada | ☒ | MW | Malawi[3] ............................ |
| ☐ | CH and LI | Switzerland and Liechtenstein | ☐ | NL | Netherlands |
| ☐ | DE | Germany[3]............................. | ☒ | NO | Norway · |
| ☐ | DK | Denmark | ☒ | PL | Poland[3] ............................. |
| ☐ | ES | Spain[3] .................................. | ☒ | RO | Romania |
| ☒ | FI | Finland | ☒ | SD | Sudan |
| ☐ | GB | United Kingdom | ☐ | SE | Sweden |
| ☒ | HU | Hungary | ☒ | SU | Soviet Union[3] ..................... |
| ☒ | JP | Japan[3] .................................. | | | |
| ☒ | KP | Democratic People's Republic of Korea[3] ... | ☒ | US | United States of America[3] ............... |
| | | ................................... | | | ................................... |

Space reserved for designating States (for the purposes of a national patent) which have become party to the PCT after the issuance of this sheet:

CS Czechoslovakia

........................................................................................................................

[1] The applicant's choice of the order of designations may be indicated by marking the check-boxes with sequential arabic numerals (see also the "Notes to Box No. V").
[2] The selection of particular States for a European patent can be made upon entering the national (regional) phase before the European Patent Office (see also the "Notes to Box No. V").
[3] If another kind of protection or a title of addition or, in the United States of America, treatment as a continuation or a continuation-in-part is desired, specify according to the instructions given in the "Notes to Box No. V."

Form PCT/RO/101 (second sheet) (January 1991)                                    See notes on accompanying sheet

SAN00941631

Sheet number 4

PCT/DK91/00400

**Box No. VI   PRIORITY CLAIM (IF ANY).** The priority of the following earlier application(s) is hereby claimed:

| Country (country in which it was filed if national application; one of the countries for which it was filed if regional or international application) | Filing Date (day, month, year) | Application No. | Office of filing (fill in only if the earlier application is an international application or a regional application) |
|---|---|---|---|
| (1)  DK | 21 December 1990 (21.12.90) | 3028/90 | |
| (2) | | | |
| (3) | | | |

(Letter codes may be used to indicate country and/or Office of filing)

When the earlier application was filed with the Office which, for the purposes of the present international application, is the receiving Office, the applicant may, *against payment of the required fee*, ask the following:

[X] the receiving Office is hereby requested to prepare and transmit to the International Bureau a certified copy of the above-mentioned earlier application/of the earlier applications identified above by the numbers (insert the applicable numbers) ...........

**Box No. VII   EARLIER SEARCH (IF ANY).** Fill in where a search (international, international-type or other) by the International Searching Authority has already been requested (or completed) and the said Authority is now requested to base the international search, to the extent possible, on the results of the said earlier search. Identify such search or request either by reference to the relevant application (or the translation thereof) or by reference to the search request.

International application number or number and country (or regional Office) of other application:

International/regional/national filing date:

Date of request for search:

Number (if available) given to search request:

**Box No. VIII   SIGNATURE OF APPLICANT(S) OR AGENT**

Jørn Rex

Kim Steengaard

20/11-91

E. Tronier Hansen, Patent Counsel
NOVO NORDISK A/S

Svend Elk

If the present Request form is signed on behalf of any applicant by an agent, a separate power of attorney appointing the agent and signed by the applicant is required. If in such case it is desired to make use of a general power of attorney (deposited with the receiving Office), a copy thereof must be attached to this form.

**Box No. IX   CHECK LIST** (To be filled in by the Applicant)

This international application contains the following number of sheets:

1. request _____ 4 sheets
2. description _____ 10 sheets
3. claims _____ 3 sheets
4. abstract _____ 1 sheets
5. drawings _____ 2 sheets

Total 20 sheets

Figure number 1 of the drawings (if any) is suggested to accompany the abstract for publication.

This international application as filed is accompanied by the items marked below:

1. [ ] separate signed power of attorney
2. [ ] copy of general power of attorney
3. [ ] priority document(s) (see Box No. VI)
4. [ ] receipt of the fees paid or revenue stamps
5. [X] cheque for the payment of fees
6. [ ] request to charge deposit account
7. [X] other document (specify)
   Copy of Office Action in DK 3028/90 of 26 September 1991

**(The following is to be filled in by the receiving Office)**

1. Date of actual receipt of the purported international application: RO/DK 19 DECEMBER 1991 (19.12.91)
2. Corrected date of actual receipt due to later but timely received papers or drawings completing the purported international application:
3. Date of timely receipt of the required corrections under Article 11 of the PCT:
4. Drawings [ ] Received   [ ] No Drawings

**(The following is to be filled in by the International Bureau)**

Date of receipt of the record copy: 22 JANUARY 1992 (22.01.92)

Form PCT/RO/101 (last sheet) (January 1991)    See notes on accompanying sheet

SAN00941632

# INTERNATIONAL SEARCH REPORT

International Application No PCT/DK 91/00400

| I. CLASSIFICATION OF SUBJECT MATTER (if several classification symbols apply, indicate all)[6] |
|---|
| According to International Patent Classification (IPC) or to both National Classification and IPC |
| IPC5: A 61 M 11/06 |

| II. FIELDS SEARCHED |
|---|
| Minimum Documentation Searched[7] |

| Classification System | Classification Symbols |
|---|---|
| IPC5 | A 61 M; B 05 B; B 05 C |

| Documentation Searched other than Minimum Documentation to the Extent that such Documents are Included in Fields Searched[8] |
|---|
| SE,DK,FI,NO classes as above |

| III. DOCUMENTS CONSIDERED TO BE RELEVANT[9] | | |
|---|---|---|
| Category[*] | Citation of Document,[11] with indication, where appropriate, of the relevant passages[12] | Relevant to Claim No.[13] |
| A | GB, A, 1379688 (CIBA-GEIGY AG) 8 January 1975, see the whole document — | 1 |
| A | EP, A1, 0308100 (BESPAK PLC) 22 March 1989, see the whole document — | 1 |
| A | WO, A3, 9115303 (BESPAK PLC) 17 October 1991, see the whole document — | 1 |
| A | US, A, 4962868 (BORCHARD) 16 October 1990, see the whole document — | 1 |
| | ------- | |

| * Special categories of cited documents:[10] | "T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
|---|---|
| "A" document defining the general state of the art which is not considered to be of particular relevance | |
| "E" earlier document but published on or after the international filing date | "X" document of particular relevance, the claimed invention cannot be considered novel or cannot be considered to involve an inventive step |
| "L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" document of particular relevance, the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art. |
| "O" document referring to an oral disclosure, use, exhibition or other means | |
| "P" document published prior to the international filing date but later than the priority date claimed | "&" document member of the same patent family |

| IV. CERTIFICATION | |
|---|---|
| Date of the Actual Completion of the International Search | Date of Mailing of this International Search Report |
| 21st February 1992 | 1992 -03- 0 2 |
| International Searching Authority | Signature of Authorized Officer |
| SWEDISH PATENT OFFICE | Lena Johansson |

Form PCT/ISA/210 (second sheet) (January 1985)

SAN00941633

ANNEX TO THE INTERNATIONAL SEARCH REPORT
ON INTERNATIONAL PATENT APPLICATION NO.PCT/DK 91/00400

This annex lists the patent family members relating to the patent documents cited in the above-mentioned international search report.
The members are as contained in the Swedish Patent Office EDP file on
30/12/91
The Swedish Patent Office is in no way liable for these particulars which are merely given for the purpose of information.

| Patent document cited in search report | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|
| GB-A- 1379688 | 75-01-08 | AT-B- | 321190 | 75-03-25 |
| | | AT-B- | 321191 | 75-03-25 |
| | | AU-B- | 467599 | 75-12-04 |
| | | AU-B- | 470526 | 76-03-18 |
| | | AU-D- | 4157472 | 73-12-20 |
| | | AU-D- | 4157572 | 73-12-20 |
| | | BE-A- | 782785 | 72-10-30 |
| | | BE-A- | 782786 | 72-10-30 |
| | | CA-A- | 982092 | 76-01-20 |
| | | CA-A- | 982093 | 76-01-20 |
| | | CH-A- | 602433 | 78-07-31 |
| | | DE-A-B-C | 2220252 | 73-01-04 |
| | | DE-A-B- | 2220253 | 72-11-16 |
| | | FR-A-B- | 2137512 | 72-12-29 |
| | | FR-A- | 2186853 | 74-01-11 |
| | | GB-A- | 1385056 | 75-02-26 |
| | | LU-A- | 65262 | 73-10-30 |
| | | LU-A- | 65264 | 73-10-30 |
| | | NL-A- | 7205838 | 72-11-01 |
| | | NL-A- | 7205839 | 72-11-01 |
| | | SE-B-C- | 394952 | 77-07-25 |
| | | SE-B-C- | 394953 | 77-07-25 |
| | | US-A- | 3733010 | 73-05-15 |
| EP-A1- 0308100 | 89-03-22 | AU-D- | 2188888 | 89-03-09 |
| | | GB-A- | 2209564 | 89-05-17 |
| | | GB-A- | 2240816 | 91-08-14 |
| | | US-A- | 4896832 | 90-01-30 |
| WO-A3- 9115303 | 91-10-17 | NONE | | |
| US-A- 4962868 | 90-10-16 | DE-A-C- | 3810262 | 89-10-12 |
| | | EP-A- | 0334349 | 89-09-27 |
| | | JP-A- | 2011158 | 90-01-16 |

SAN00941634

JUL 1992

SAN00941635

PATENT COOPERATION TREATY

```
----------------------------------------------------------
|                                                         |
| INTERNATIONAL APPLICATION NO. PCT/DK91/00400            |
|                                                         |
|---------------------------------------------------------|
```

NOTIFICATION TO THE DESIGNATED | To:
OFFICE OF RECEIPT OF           |
RECORD COPY                    |      United States Patent
issued under PCT Rule 24.2(a)  |      and Trademark Office
------------------------------ |      Washington, D.C.
APPLICANT'S OR AGENT'S         |
FILE REFERENCE:                |
        3573.204-WO,EtT        | in its capacity as a designated Office
------------------------------ | ----------------------------------------
DATE OF MAILING OF             | From:
THIS NOTIFICATION:             | The International Bureau of WIPO
  22 January 1992 (22.01.92)   | 1211 Geneva 20
                               | Switzerland

NAME(S) OF APPLICANT(S):

REX, Jørn  et al.

INTERNATIONAL FILING DATE:
                19 December 1991 (19.12.91)

PRIORITY DATE(S) CLAIMED:
                21 December 1990 (21.12.90)

DATE OF RECEIPT OF RECORD COPY BY INTERNATIONAL BUREAU:
                22 January 1992 (22.01.92)

```
----------------------------------------------------------
                  |                                       |
                  |                                       |
                  |          J.D. Hawkins                 |
                  |       (Authorized Officer)            |
                  -----------------------------------------
```

Form PCT/IB/302 (January 1984)

SAN00941636

REC'D PCT/PTO

FEB 11 1992

SAN00941637

A61M

(21) Int. Application Number:    PCT/US91/09562

(22) Int. Filing Date:    18 December 1991 (18.12.91)

(30) Priority data:
639,386        18 December 1990    US
(18.12.90)

(71) Applicant: HEALTHSCAN PRODUCTS, INC. [US/US]; 908 Pompton Avenue, Unit B-2, Cedar Grove, NJ 07009-1292 (US).

(72) Inventors: LARSON, Douglas, A. ; 629 Ashland Avenue, River Forest, IL 60305 (US). DANOWSKI, Thomas, J. ; 12 W. Remington, Shaumburg, IL 60195 (US).

(74) Agent: BONDELL, Jay, A.; Schweitzer Cornman & Gross, 230 Park Avenue, Suite 2200, New York, NY 10169 (US).

(81) Designated States: AT (European patent), AU, BE (European patent), CA, CH (European patent), DE (European patent), DK (European patent), ES (European patent), FR (European patent), GB (European patent), GR (European patent), IT (European patent), JP, LU (European patent), MC (European patent), NL (European patent), SE (European patent).

Published
    With international search report.
    Before the expiration of the time limit for amending the claims and to be republished in the event of the receipt of amendments.

(51) International Patent Classification [5] :
    A61M 11/00                                A1

(11) Int. Publication Number:    WO 92/11048

(43) Int. Publication Date:    9 July 1992 (09.07.92)

(54) Title:  METERED DOSE INHALATION UNIT



(57) Abstract

An apparatus for dispensing a measured amount of a spray-entrapped product, typically dispensed by a metered dose inhaler device (30), includes an elongated passageway (12) having a mouthpiece portion (14) and a main chamber portion (16). The metered dose inhaler is mounted between the mouthpiece and main chamber portions such that upon operation its spray is directed away from the mouthpiece. A two-position valve (32) is provided to allow a first, low-level flow to be developed through the unit, followed by a higher flow rate as the metered dose inhaler unit is operated. This increased flow, passing through the device in the direction opposite to that of the MDI spray, contacts the spray plume to cause a high level of mixing and a decrease in spray particle size which results in an efficient draw of the spray medication into the lungs of the user.

(21) Int. Application Number:    PCT/DK91/00400

(22) Int. Filing Date:    19 December 1991 (19.12.91)

(30) Priority data:
3028/90        21 December 1990    DK
(21.12.90)

(71) Applicant (for all designated States except US): NOVO NORDISK A/S [DK/DK]; Novo Allé, DK-2880 Bagsvaerd (DK).

(72) Inventors: and
(75) Inventors/Applicants (for US only): REX, Jørn [DK/DK]; Hyldeoften 6, Gundsømagle, DK-4000 Roskilde (DK). STEENGAARD, Kim [DK/DK]; Keilstorp Allé 53, DK-2650 Hvidovre (DK). ELK, Svend [DK/DK]; Lyngborghave 48, DK-3460 Birkerød (DK).

(74) Common Representative: NOVO NORDISK A/S; Patent Department, Novo Allé, DK-2880 Bagsvaerd (DK).

(81) Designated States: AT (European patent), AU, BB, BE (European patent), BF (OAPI patent), BG, BJ (OAPI patent), BR, CA, CF (OAPI patent), CG (OAPI patent), CH (European patent), CI (OAPI patent), CM (OAPI patent), CS, DE (European patent), DK (European patent), ES (European patent), FI, FR (European patent), GA (OAPI patent), GB (European patent), GN (OAPI patent), GR (European patent), HU, IT (European patent), JP, KP, KR, LK, LU (European patent), MC (European patent), MG, ML (OAPI patent), MR (OAPI patent), MW, NL (European patent), NO, PL, RO, SD, SE (European patent), SN (OAPI patent), SU*, TD (OAPI patent), TG (OAPI patent).

Published
    With international search report.

(51) International Patent Classification [5] :
    A61M 11/06                                A1

(11) Int. Publication Number:    WO 92/11049

(43) Int. Publication Date:    9 July 1992 (09.07.92)

(54) Title:  A PEN SHAPED DEVICE FOR NASAL ADMINISTRATION OF DOSES OF A LIQUID MEDICINE

(57) Abstract

A pen shaped device for nasal administration of doses of a liquid medicine, comprising a first and a second housing element, the first housing element (1) comprising a cartridge for the medecine, this cartridge being at one end closed by a piston (21) and being at its other end closed by a valve (7, 9), which may be opened to connect the cartridge to a spray nozzle (12). When the two housing elements are rotated relatively to each other, a nut member (27) is proportional to the rotation moved along a threaded piston rod (22) to compress a helical spring (32) to act via the nut element (27) and the piston rod (22) on the piston (21) up put the content of the cartridge under pressure, which pressure may be released by opening the valve (7, 9) to lead the medicine in the cartridge to the nozzle (12).



* See page 7124

SAN00941638

#2

07/793412

| | |
|---|---|
| Elias J. Lambiris<br>Novo Nordisk of North America, Inc.<br>405 Lexington Avenue, Suite 6200<br>New York, New York  10017 | **UNITED STATES DESIGNATED/ELECTED OFFICE (DO/EO/US)**<br>**NOTIFICATION OF ACCEPTANCE OF APPLICATION UNDER 35 U.S.C. 371 AND 37 CFR 1.494 OR 1.495** |
| | Date of Mailing **1 8 AUG 1992** |
| | File Reference<br>3573.204-US |

### IDENTIFICATION OF THE INTERNATIONAL APPLICATION

| International application Number | International filing date | Priority date claimed |
|---|---|---|
| PCT/DK91/00400 | December 19, 1991 | December 21, 1990 |

Applicant for DO/EO/US

Jorn Rex; Kim Steengaard & Svend Elk

### NOTIFICATION

The applicant is hereby advised that the United States Patent and Trademark Office in its capacity as a [✓] Designated Office, [ ] Elected Office, has determined that the above identified international application has met the requirements of 35 U.S.C. 371 and 37 CFR [✓] 1.494, [ ] 1.495 and is ACCEPTED for national patentability examination in the United States Patent and Trademark Office.

The United States Serial Number assigned to the application and the relevant dates are:

07/793412                           1992                    1992

| U.S. NATIONAL SERIAL NO. | 35 U.S.C. 102(e) DATE | DATE OF RECEIPT 35 U.S.C. 371 REQUIREMENTS |
|---|---|---|

[✓] A request for immediate examination under 35 U.S.C. 371 (f) was received on _____ 1992 _____ and the application will be examined in turn.

[ ] No request for immediate examination under 35 U.S.C. 371(f) was received.  The application will not be processed or examined before the time limit set forth in either [ ] PCT Article 23 (Chapter I of the PCT), or [ ] PCT Article 40 (Chapter II of the PCT) whichever is applicable.

### UNITED STATES DESIGNATED/ ELECTED OFFICE

| ADDRESS ONLY:<br>COMMISSIONER OF PATENTS AND TRADEMARKS<br>Box PCT, Attn. DO/EO/US<br>Washington, D.C. 20231 | AUTHORIZED OFFICER |
|---|---|

Form PCT/DO/EO/903 (U.S. Version) (April 1987)          U.S. DEPARTMENT OF COMMERCE - PTO

SAN00941639

PCT/DK 91/00400

#2½

**28** Rec'd PCT/PTO     1 0 JUL 1992





REC'D   0 4 MAR 1992

WIPO     PCT

# Kongeriget Danmark

## PRIORITY DOCUMENT

Patent application No. :     3028/90

Date of filing:     21 Dec 1990

Applicant:     Novo Nordisk A/S, Novo Alle, 2880 Bagsværd, DK

Int. Cl. 5:     A 61M   5/00

Title of invention:     Nose pen

This is to certify the correctness of the following information:

The attached photocopy is a true copy of the following documents:

- The specification, claims and drawings as filed with the application on the filing date indicated above.



♔ Patentdirektoratet

24 Jan 1992

Lene Nørregaard Larsen
Assistent

SAN00941640

1990-12-20  iT/DoJ                    3573.000-DK

1

## NOSE PEN

The invention concerns a dispensing device for dispensing dosed quantities of a fluid medicine as an aerosol appropriate to be assimilated through the nasal mucous mem-
5 branes.

Many sorts of medicine are not appropriate for being orally consumed as they are destroyed very quickly in the almentory canal. Such medicines, therefore, have to be injected to be directly assimilated in the blood.

10 When such medicines have to be taken frequently through a long period or even the life long as it is the case with e.g. insulin for diabetics, the wish for a method of taking the medicines without frequent injections occurs. Here the assimilation through the nasal mucous membranes is seen as
15 a solution.

From European Patent Application No. 308,100 is known a dispensing apparatus for dispensing metered quantities of pressurized fluid and in particular for nasal administration of insulin.

20 EP 308,100 meets the wishes for a device which may be used for nasal administration of e.g. insulin, as an activation of the device releases a metered quantity of liquid. However, the amount of liquid released by each activation is preset by the manufacturer of the spray valve, and if a bigger dose than
25 this preset one is wanted, the device must be activated repetitively until the wanted dose is dispensed.

The use of a propellant gas as in EP 308,100 is undesirable for more reasons. First of all, precaution should be taken to assure that the propellant gas is kept out of
30 contact with the medicine. Further, the content of sufficient propellant gas to dispense the total content of medicine involves the risk that an overdose is dispensed if the metering valve fails. Finally, as the device is intended to be disposed of when the medicine content is used up, it is against the time
35 spirit to use disposable devices containing propellant gases.

SAN00941641

1990-12-20, EiT'oJ                              3573.000-DK

2

  Consequently, it is the object of the invention to
provide a dispensing apparatus for nasal administration of
medicine such as insulin in preset doses without the use of a
propellant gas.

5  This is obtained by a device for nasal administration
of a number of measured doses of a liquid medicine, especially
insulin, comprising a first and a second housing element
coupled together to allow rotation but no axial displacement of
the first housing element with respect to the second housing
10 element, said first housing element comprising a carpule
containing the liquid and being sealed by a piston at the end
coupled to the second housing element and being at its other
end closed by a valve to communicate the liquid in the carpule
with a spray nozzle when opened, the device being characterized
15 according to the invention in that it further comprises a
threaded piston rod engaging the piston of the carpule un-
rotably with respect to the first housing element and disposed
in the second housing element to move axially therein, a nut
element mounted unrotably but axially displaceably in the
20 second housing element engaging the thread of the piston rod,
a helical spring abutting at its one end an internal annular
abutment on the second housing element and at its other end a
shoulder on the nut element to press this nut element and
thereby the piston rod and the piston in the directions towards
25 the outlet end of the carpule setting the liquid therein under
pressure to be released by opening the valve for spraying out
a dose of the liquid, the housing elements, the rod, and the
nut cooperating so that relative rotation between the housing
elements in a selected direction causes relative rotation
30 between the rod and the nut element making the nut element move
axially in the second housing element in a direction to
compress the helical spring.

  With the device according to the invention is further
obtained a dispenser which will work in all positions and in
35 which the liquid remains sterile as no unclean air is to
replace the liquid removed from the carpule during the spray-
ing.

SAN00941642

1990-12-20  :iT/DoJ                                  3573.000-DK

3

According to the invention, the piston rod may be
snap locked into the piston preventing a vacuum emerged in the
carpule from drawing the piston into the carpule leaving an
axial play between the piston rod and the piston.

5          To ensure that the liquid will hit the part of the
nasal mucous membrane which is effective in assimilating the
medicine, the nozzle is appropriately made to spray out the
liquid at an angle of 0-30° defining the spray as ranging from
a jet spray to a fan shaped spray.

10         The nut element may define at least one radially
protruding axially extending projection on an exterior portion
thereof, and this projection or these projections may be
received in one or more corresponding axially extending groove
or grooves in an inner portion of the second housing element
15  thereby providing a coupling between this housing element and
the nut element ensuring that the nut element may be rotated
with the second housing element and be axially displaced in
this housing element.

A stop may be provided limiting the axial movement of
20  the nut element into the second housing element, thus limiting
the loading of the device to a dose which surely may be
assimilated through the nasal mucous membranes as it is of
importance that the intended dose is actually assimilated.

Also the movement of the nut element along the piston
25  rod may be limited to avoid setting a larger dose than actually
remains in the carpule.

In a preferred embodiment of the invention, the
device has a removable protective cap configured to receive the
first housing element and abutting when mounted thereon the
30  second housing element; and means for releasably coupling the
protective cap and the first housing element for rotation
together, so that rotation of the protective cap with respect
to the second housing element causes rotation of the first
housing element with respect to the second housing element.

35         The abutting edges of the second housing element and
the protective cap may comprise pointing means and scale means,
respectively, to measure the relative rotation of the protec-

SAN00941643

1990-12-20, EiT ɔJ                              3573.000-DK

4

tive cap, and thereby the first housing element, with respect to the second housing element. The displacement of the nut element is proportional to this relative rotation and the measuring of the relative rotation consequently is a measuring 5 of the set dose.

Means may be provided for providing detents at selected rotational positions of the first housing element with respect to the second housing element making the extend of the relative rotation hearable and tactile as a click is heard and 10 a resistence variation is felt each time a detent is passed during the relative rotation.

The coupling means for coupling the protective cap to the first housing element may allow the protective cap to receive the first housing element in multiple different angular 15 positions of the protective cap with respect to the first housing element to allow the protective cap to be oriented at a selected position with respect to the second housing element, regardles of the detent rotational position of the first housing element in the second housing element. This way it is 20 always possible to mount the protective cap in position with the "O" of its scale in line with the pointing means on the second housing element.

By the abutting edges having interlocking means for defining a selected angular position of the protective cap with 25 respect to the second housing element it may be ensured that the cap is mounted in its O-position when the pen is stored away after use. The interlocking means may appropriately comprise a recess on the abutting edge of the protective cap and a projection on the abutting edge of the second housing 30 element, the projection being shaped to fit into the recess to define the selected position.

In a preferred embodiment of the device according to the invention, the piston rod is made unrotably by fitting through an opening in an anti-rotation disc, the opening being 35 circular with at least one projection protruding into the opening, by the piston rod having a corresponding profile with recesses corresponding to the projections, and by the anti-

SAN00941644

1990-12-20  :iT/DoJ                    3573.000-DK

5

rotary disc being at its periphery provided with alternating
spaces and teeth fitting into a castellated end of the first
housing element. Further, the anti-rotary disc serves as an
abutment for the nut element limiting the movement of this
5 element towards the carpule.

The abutting faces of the nut element and the anti-
rotary disc are shaped as annular ramps which when in mutual
abutment allow only relative rotation of the first and second
housing elements in a device loding direction. Thereby it is
10 precluded that a relative rotation in a direction to unload the
device to annul a set dose is continued when the device is
unloaded. Such a continued relative rotation could draw the
piston rod free of the piston and provide an axial play which
would undermine the correct dosing.

15 In a preferred embodiment, the nut element may have
a tubular extension coaxially surrounding the piston rod and
terminated by a knob at the outer end of the second housing
element, this knob being flush with the edge of this outer end,
when the annular ramps of the anti-rotary disc and the nut
20 member are in a mutual abutment giving a tactile indication
whether the device is loaded or not.

In the following the invention is specified in
further detail with reference to the drawing in which

Fig. 1      shows a plan view of a dispenser according
25               to the invention,

Fig. 2      shows a plan view of the protective cap,

Fig. 3      shows a sectional view along the line III-
III in Fig. 1, but without the piston rod,

Fig. 4      shows an enlarged plan view of the anti-
30               rotary disc,

Fig. 5      shows a side view of the disc in Fig. 4.

Fig. 6      shows an enlarged detail of the abutting
edges of the protective cap and the second
housing element in dose setting position,
35               and

Fig. 7      shows the detail of Fig. 6 in closed
position for storing.

SAN00941645

1990-12-20, Ei1   J                    3573.000-DK

6

Fig. 1 shows a pen shaped device having a first
housing element 1 and a second housing element 2 snapped
together by an external bead 3, and the first housing element
1 being snapped into an annular groove 4 in the second housing
5 element 2 permitting the two housing elements to be rotated in
relation to each other about the common length axis, but not to
be displaced in relation to each other along this axis.

The first housing element 1 forms a carpule for a
liquid medicine and is at its one end provided with a neck
10 forming a valve chamber 5 communicating at its one end with the
housing element and being at its other end closed by a valve
block 6 fitting into an annular sealing 7 fitted to the valve
chamber 5 by a ferrule 8. The valve block has radial ducts 9
leading to a central bore 10 and being at the outer ends sealed
15 by the inner cylindric surface of the annular sealing 7 when
the valve is closed. An inner element 11 of a spray nozzle has
a rod fitting into the bore 10 with a small clearance leaving
a duct leading to a spray nozzle 12 in a nozzle element 13
surrounding the inner element 11 leaving a fine duct from the
20 bore 10 to the nozzle 12.

The nozzle element 13 is provided with a tubular
central part 14 fitting over the part with the bore 10. An
internal annular bead 15 in the part 14 is lodged in a annular
groove 16 in the part with the central bore.

25    The nozzle element 13 further comprises a shirt 17
surrounding at some distance the tubular central part 14 and
being at its edge snapped on the neck 18 of a release member 19
fitting over the outer end of the carpule, the neck 18 of the
release member 19 being so much shorter than the neck of the
30 carpule that it may be axially displaced along the neck of the
carpule limited by its outer end abutting the ferrule or by its
shoulder abutting the shoulder of the carpule.

The nozzle element and the release member 19 is kept
in its position with the neck 18 of the release member 19
35 abutting the ferrule 8 by a helical spring 20 surrounding the
central part 14 of the nozzle element 13 abutting at its one
end the ferrule 8 and at its other end a contact face between

SAN00941646

1990-12-20  :iT/DoJ                          3573.000-DK

7

the central part 14 and the skirt 17 of the nozzle element 13.
In this position the radial ducts 9 lie opposite the sealing 7
and the valve is closed. When the release member 19 is dis-
placed in its axial direction to bring its internal shoulders
5  in abutment with the outer shoulders of the carpule, the radial
ducts 9 are passed past the sealing 7 and into the valve
chamber 5 and a communication between the liquid in the carpule
is established through the chamber 5, the radial ducts 9, the
bore 10 and the clearance between the inner element 11 and the
10 nozzle element 13 to the spray nozzle 12. This way the liquid
in the carpule will be sprayed out through the nozzle 12 when
set under pressure as described below.

The pressure in the carpule is provided by pressing
a piston 21 closing the end of the carpule opposite the neck
15 into the carpule. An O-ring is mounted in a circumferential
groove in the piston to provide a sealing between the piston
and the carpule wall.

A piston rod 22 engaging the piston 21 protrudes
through an anti rotary disc 23 mounted at the end of the first
20 housing element 1 to make the piston rod unrotably in relation
to this housing element.

This may be obtained by the disc, as shown in Figs.
4 and 5 having spaced teeth 42 along its periphery fitting into
a castellated end of the first housing element and by the
25 piston rod having a non-circular profile fitting into a
corresponding central opening in the disc. The piston rod is a
mainly cylindric, threaded rod having diametrically opposite
axial recesses 25 engaged by corresponding diametrically
opposite projections 26 in the mainly circular opening of the
30 anti-rotary disc.

The mainly cylindric piston rod 22 is threaded and is
surrounded by a nut element 27 having at its end facing and
abutting the anti-rotary disc a short internal thread 28, the
rest of the inner surface of the nut element 27 being smooth
35 fitting over the threaded piston rod to guide this rod in its
axial movement. The nut element has at its threaded end
external axial ribs 29 engaging internal axial grooves in the

SAN00941647

8

second housing element 2 making the nut element 27 inrotably, but axially displaceable in this housing element.

The grooves in the second housing element are each defined by pairs of spaced internal projections 30 in the
5 second housing element. Together with the ribs 29 ending in a plate 41 at the end abutting the anti-rotary disc the projections 30 define a stop for the movement of the nut element as the plate 41 fits closely into the circular bore of the second housing element and consequently will abut the ends of the
10 projections 30 when the nut element is displaced into the second housing element. Thereby the maximal loading of the device is limited.

When the piston rod 22 is rotated relative to the nut element 27 in one direction by rotating the first housing
15 element relative to the second housing element the nut element is moved away from its abutment 31 on the anti-rotary disc 23 and is displaced further into the second housing element compressing a helical spring 32 abutting at its one end the nut element and at its other end an annular protrusion on the inner
20 surface of the tubular second housing element. The compressed spring 32 will try to press the nut element back to abut the disc 23, and this force exerted on the nut member will be transmitted to the piston rod and the piston through the threads in the nut element on the piston rod, thereby setting
25 the content of the carpule under pressure. This pressure may be released by operating the valve to spray out the preselected dose of the medicine in the carpule. During this spraying the piston is moved into the carpule until the nut member abuts the disc 23 again.
30      At its end opposite the piston the piston rod is provided with a head 40 limiting the movement of the nut element along the piston rod to assure that a dose exceeding the remaining liquid in the carpule may not be preset.

The engagement between the piston rod 22 and the
35 piston 21 is performed as a snap lock. This way the piston 22 may be driven into the carpule by the piston rod 22, the snap

SAN00941648

1990-12-20. .iT/DoJ                                    3573.000-DK

9

lock connection being flexible to permit the piston to follow
marginal volume variations caused by temperature variations.

The loading of the device by turning the housing
elements 1 and 2 in one direction relative to each other may
5 also be annulled by rotating the two housing elements in the
opposite direction relative to each other until the nut element
is displaced to abut the disc again. The mutually abutting
surfaces of the nut element and the disc 23 are provided with
respective ramps to prevent further relative rotation in this
10 direction when the nut member abuts the disc. This way it is
prevented that a further relative rotation of the housing
elements in this direction will cause the piston rod to be
drawn out of engagement with the piston.

The end of the tubular nut element opposite the disc
15 is provided with a knob 33 having an outer cylindric surface
fitting guidingly into the bore of the tubular second housing
element and an end surface flush with the end edge of the
second housing element when the device is not loaded. When the
device is loaded and the nut element is displaced away from
20 the disc, the knob is protruding from the end of the second
housing element giving a tactile information of the status of
the device, i.e. whether the device is loaded or not.

The spray nozzle element 13 is covered by a cap 34
when the device is not in use. This cap is provided with a clip
25 35, so that it can be carried in a pocket like a fountain pen.
The cap 34 fits over the first housing element 1 and when
fitted on is adjacent to and flush with the second housing
element 2. The adjacent edges of the second housing element 2
and the cap 34 are provided with a projection 38 and a corre-
30 sponding recess 39, respectively, the projection engaging the
depression when the cap is fitted on.

The cap is provided with internal grooves 36 engaged
by external ribs 37 on the first housing element 1. Thereby the
cap can be used for rotating the first housing element 1
35 relative to the second housing element 2 when the cap is
appropriately axially displaced on the first housing element to
bring the projection 38 out of engagement with the recess 39.

SAN00941649

1990-12-20, EiT  J                          3573.000-DK

10

The projection 39 is made as an arrow pointing on a scale on the cap, so that a dosing measured in units may be set by the turning of the two housing elements relative to each other. The rotable connection between the two housing elements is provided

5 with a click mechanism providing a hearable and perceptible click at each two units set.

When the dose is set, the cap is removed from the device and the nozzle element is inserted in a nostril, and the release member 19 is pulled further over the first housing

10 element to release the dose which is sprayed out through the nozzle at an angle of 0-30°. After use the cap is again fitted over the first housing element in a rotary position making the projection 38 engage the depression 39.

The first housing element forming the carpule is made

15 of a transparent plastic allowing the position of the piston to be observed to decide how much liquid is left. For this purpose the first housing element may be provided with a scale. When the carpule is empty, the device may be disposed of.

Although the device is described with the carpule

20 forming an integral part of the first housing element, an embodiment wherein a separate carpule is received in the first housing element will be within the scope of the invention.

SAN00941650

1990-12-20 .iT/DoJ                                3573.000-DK

11

CLAIMS

1. A device for nasal administration of a number of
measured doses of a liquid medicine, especially insulin,
comprising a first and a second housing element coupled
5 together to allow rotation but no axial displacement of the
first housing element with respect to the second housing
element, said first housing element comprising a .carpule
containing the liquid and being sealed by a piston at the end
coupled to the second housing element and being at its other
10 end closed by a valve to communicate the liquid in the carpule
with a spray nozzle when opened, **characterized in that** the
device further comprises a threaded piston rod engaging the
piston of the carpule unrotably with respect to the first
housing element and disposed in the second housing element to
15 move axially therein, a nut element mounted unrotably but
axially displaceably in the second housing element engaging the
thread of the piston rod, a helical spring abutting at its one
end an internal annular abutment on the second housing element
and at its other end a shoulder on the nut element to press
20 this nut element and thereby the piston rod and the piston in
the directions towards the outlet end of the carpule setting
the liquid therein under pressure to be released by opening the
valve for spraying out a dose of the liquid, the housing
element, the rod, and the nut cooperating so that relative
25 rotation between the housing elements in a selected direction
causes relative rotation between the rod and the nut element
making the nut element move axially in the second housing
element in a direction to compress the helical spring.

2. A device according to claim 1, **characterized in**
30 that the piston rod is snap locked into the piston.

3. A device according to claim 1 or 2, **characterized**
in that the nozzle sprays out the liquid at an angle of 0-30°.

4. A device according to any of the preceding claims,
**characterized** in that the nut element defines at least one
35 radially protruding, axially extending projection on an
exterior portion thereof; and the projection is received in an

SAN00941651

1990-12-20, EiT, J                                    3573.000-DK

12

axially extending groove in an inner portion of the second
housing element.

5. A device according to any of the preceding claims,
**characterized** in that a stop is provided limiting axial
5 movement of the nut element into the second housing element.

6. A device according to any of the preceding claims,
**characterized** in that a stop is provided limiting the movement
of the nut element along the piston rod.

7. A device according to any of the preceding claims,
10 **characterized** in that it has a removable protective cap
configured to receive the first housing element and abutting
when mounted thereon the second housing element; and means for
releasably coupling the protective cap and the first housing
element for rotation together, so that rotation of the protec-
15 tive cap with respect to the second housing element causes
rotation of the first housing element with respect to the
second housing element.

8. A device according to claim 7, **characterized** in
that the abutting edges of the second housing element and the
20 protective cap comprise pointing means and scale means,
respectively, to measure the relative rotation of the protec-
tive cap with respect to the second housing element.

9. A device according to claim 8, **characterized** in
that means are provided for providing detents at selected
25 rotational positions of the first housing element with respect
to the second housing element.

10. A device according to claim 9, **characterized** in
that the coupling means allow the protective cap to receive the
first housing element in multiple different angular positions
30 of the protective cap with respect to the first housing element
to allow the protective cap to be oriented at a selected
position with respect to the second housing element, regardles
of the detent rotational position of the first housing element
in the second housing element.

35          11. A device according to claim 9, **characterized** in
that the abutting edges have interlocking means for defining a

SAN00941652

1990-12-20, ʃiT/DoJ                                                3573.000-DK

13

selected angular position of the protective cap with respect
to the second housing element.

12. A device according to claim 10, **characterized** in
that the interlocking means comprise a recess on the abutting
5 edge of the protective cap and a projection on the abutting
edge of the second housing element, the projection being shaped
to fit into the recess to define the selected position.

13. A device according to any of the preceding
claims, **characterized** in that the pistion rod is made in-
10 rotatable with respect to the first housing element by fitting
through an opening in an anti-rotation disc, the opening being
mainly circular with at least one projection protruding into
the opening, by the piston rod having a corresponding profile
with recesses corresponding to the projections, and by the
15 anti-rotary disc being at its periphery provided with alterna-
ting spaces and teeth fitting into a castellated end of the
first housing element.

14. A device according to claim 13, **characterized** in
that the anti-rotary disc serves as an abutment for the nut
20 element limiting its movement towards the carpule.

15. A device according to claim 13, **characterized** in
that the abutting faces of the nut element and the anti-rotary
disc are formed as annular ramps which when in mutual abutment
allow only relative rotation of the first and second housing
25 element in a device loading direction.

16. A device according to claims 14, **characterized** in
that the nut element has an tubular extension coaxially
surrounding the piston rod and terminated by a knob at the
outer end of the second housing element, this knob being flush
30 with the edge of this outer end when the annular ramps of the
anti-rotary disc and the nut member are in mutual abutment.

SAN00941653



Fig 1



Fig. 2



Fig. 3

SAN00941654



Fig. 4



Fig. 5



Fig. 6



Fig. 7

SAN00941655

Attorney Docket No.: 3573.204-US

RECEIVED

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Rex et al.

Serial No.: 07/793,412        Group Art Unit:  1104

Filed: January 13, 1992       Examiner:  to be assigned

For:  NOSE PEN

## CERTIFICATE OF MAILING UNDER 37 CFR 1.8(a)

Hon. Commissioner of Patents and Trademarks
Washington, DC  20231

Sir:

      I hereby certify that the attached correspondence

comprising:

      1.  Information Disclosure Statement
      2.  PTO-1449 Form
      3.  Copy of References

is being deposited with the United States Postal Service as

first class mail in an envelope addressed to:

      Commissioner of Patents and Trademarks
      Washington, DC  20231

on August 28, 1992.

      Elias J. Lambiris
      (name of person mailing paper)

      (signature of person mailing paper)

SAN00941656

RECEIVED

Attorney Docket No.: 3573.204-US                    SEP -3 PATENT

GROUP 310

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Rex et al.

Serial No.: 07/793,412          Group Art Unit: 3104

Filed: January 13, 1992          Examiner: to be assigned

For: NOSE PEN

<u>INFORMATION DISCLOSURE STATEMENT</u>

Hon. Commissioner of Patents and Trademarks
Washington, DC 20231

Sir:

        In accordance with 37 C.F.R. 1.56, 1.97 and 1.98,
Applicants submit herewith references which they believe may
be material to the examination of this application and with
respect to which there may be a duty to disclose in accordance
with 37 C.F.R. 1.56.

        While the references may be "material" under 37
C.F.R. 1.56, it is not intended to constitute an admission
that the references are "prior art" unless specifically
designated as such.

        In accordance with 37 C.F.R. 1.97(b), the filing of
this Information Disclosure Statement shall not be construed
as a representation that no other material references than
those listed exist or that a search has been conducted.

        The references are listed in PTO form 1449 which is
in accordance with the requirements of M.P.E.P. 609.  A copy
of the references is also enclosed.

SAN00941657

The references are as follows:

1. U.S. Patent 4,962,868
2. Published Great Britain Patent Application 1,379,688
3. Published European Patent Application 0 308 100 and
4. Published PCT Patent Application WO 91/15303.

It is respectfully requested that these references be considered by the Patent and Trademark Office in its examination of the above-identified application and be made of record therein. The Examiner is also invited to contact the Undersigned if there are any questions concerning this paper or the attached references.

Respectfully submitted,

Date:  August 28, 1992

Elias J. Lambiris, Reg. No. 33,728
Novo Nordisk of North America, Inc.
405 Lexington Avenue, Suite 6200
New York, NY  10174-6201
(212) 867-0123

– 2 –

SAN00941658

FWC 08/054913 Sheet 1 of 1

| FORM PTO-1449 (Rev. 2-32) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | Atty. Docket No. 3573.204-US | Serial No. RECEIVED #3 07/793,112 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | | Applicant Rex et al. | 1992 SEP -3 AM 11: 13 |
| | | Filing Date January 13, 1992 | Group 3104  3307 |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| /A/ | | 4,962,868 | 10/16/90 | H. J. Borchard | 222 | 49 | 04/21/89 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| /A/ | | GB 1 379 688 | 01/08/75 | Great Britain | | | | |
| /A/ | | EP 0 308 100 | 03/22/89 | Europe | | | | |
| /A/ | | WO 91/15303 | 10/17/91 | PCT | | | | |
| | | | | | | | | |
| | | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| EXAMINER | Kasner | DATE CONSIDERED | 11/5/92 |
|---|---|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

SAN00941659



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

07/793412

| SERIAL NUMBER | | ATTORNEY DOCKET NO. |
|---|---|---|
| | J | 3571.284-US |

| | EXAMINER |
| | ASHER, K |

STEVE L. ZELSON
NOVO NORDISK OF NORTH AMERICA, INC.
405 LEXINGTON AVE.,
SUITE 6200
NEW YORK, NY 10017

| | ART UNIT | PAPER NUMBER |
| | 3307 | 4 |

| | DATE MAILED |
| | 12/01/92 |

☒ This application has been examined   ☐ Responsive to communication filed on _____   ☐ This action is made final.

A shortened statutory period for response to this action is set to expire __2__ month(s), ____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned.   35 U.S.C. 133

**Part I**   THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. ☒ Notice of References Cited by Examiner, PTO-892.    2. ☒ Notice re Patent Drawing, PTO-948.
3. ☒ Notice of Art Cited by Applicant, PTO-1449.    4. ☐ Notice of Informal Patent Application, Form PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.    6. ☐ _____

**Part II**   SUMMARY OF ACTION

1. ☒ Claims __1 - 10__ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☒ Claims __1 - 3__ are allowed.

4. ☐ Claims _____ are rejected.

5. ☒ Claims __4 - 10__ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings
   are ☐ acceptable. ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the
    examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed on _____ has been ☐ approved. ☐ disapproved (see explanation).

12. ☒ Acknowledgment is made of the claim for priority under U.S.C. 119. The certified copy has ☒ been received ☐ not been received
    ☐ been filed in parent application, serial no. _____; filed on _____

13. ☒ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
    accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

**EXAMINER'S ACTION**

PTOL-326 (Rev. 9-89)

SAN00941660

07/793,412
ART UNIT 337

This application is in condition for allowance except for the
following formal matters:

5    a)   the specification and claims must be amended so as to e
in proper idiomatic English and to correct minor
errors.  Examples of such are found on page 1, line 25,
"time spirit"; page 2, line 3, "0 C0"; page 8,
paragraph 3, "piston 22" and "piston rod 22" (what are

10       the proper reference numerals?); and throughout the
application, "unrotatable".  These are examples only,
the entire application must be corrected.

       b)   the Declaration is defective because Mr. Rex did not
provide a complete date, i.e. the year is missing. As

15       the Declaration can not be amended, a new Declaration
is required which acknowledges all amendments.

       c)   a proper abstract is required for the Printer on a
separate sheet of paper.

       d)   claims 4-16 are not in proper U.S. multiple dependent

20       claim format.  Appropriate amendment of these claims
into proper U.S. form is required.  Applicants' are
respectfully reminded that additional fees will be
required if the claims are put into proper U.S.
multiple dependent claim format, as applicants were

25       only charged previously for multiple dependent claim 3.
The claims are improper multiple dependent claims

2

SAN00941661

07/793,412
ART UNIT 337

because they depend upon other multiple dependent claims.

e) In claim 1, line 17, note "directions"; in claim 1, line 18, it is suggested that --of-- be added before

5    "the", and that "coupled" in line 3 be replaced with --and means coupling said housing elements-- to improve claim clarity; in claim 16, line 1, note "claims 14".

10   Prosecution on the merits is closed in accordance with the practice under ex parte Quayle, 1935 C.D. 11, 453 O.G. 213.


     A SHORTENED STATUTORY PERIOD FOR RESPONSE TO THIS ACTION IS
15   SET TO EXPIRE **TWO MONTHS** FROM THE DATE OF THIS LETTER.


     The prior art made of record and not relied upon is considered
     pertinent to applicant's disclosure.
20
     Turner et al teach a dose metering dispenser comprising a threaded plunger and spring arrangement. Holm et al teach a great deal of applicants' claimed invention, but lack the valve, spring, and a spray nozzle. Jessup teaches a syringe

25   sprayer. The remaining references all teach dispensers in the form of pens which deliver metered doses by injection, not by spraying.


30   An inquiry concerning this communication should be directed to K. L. Asher at telephone number (703) 308-0858.


35   K. L. Asher
     November 12, 1992

                                    EDGAR S. BURR
                                        S.P.E.
                              GROUP ART UNIT 337

                            3

SAN00941662

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP-APART AND DISCARD CARBON

| FORM PTO-892 (REV. 2-92) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 08/054913 07/793412 | GROUP ART UNIT 3307 | ATTACHMENT TO PAPER NUMBER 4 |
|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S) *Rex et al* | | |

**U.S. PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 4 4 0 5 3 0 8 | 9/1983 | *Jessup* | 128 | 200.22 | |
| | B | 5 0 1 7 1 9 0 | 5/1991 | *Simon et al* | 604 | 209 | 4 7 89 |
| | C | 4 4 1 3 7 6 0 | 11/1983 | *Poton* | 604 | 209 | |
| | D | 5 1 1 2 3 1 7 | 5/1992 | *Michel* | 604 | 232 | 1 18 89 |
| | E | 5 1 1 4 4 0 5 | 5/1992 | *Galvin et al* | 604 | 232 | 11 10 87 |
| | F | 5 1 0 4 3 8 0 | 4/1992 | *Holman et al* | 604 | 232 | 4 18 89 |
| | G | 4 9 7 3 3 1 4 | 11/1990 | *Holm et al* | 604 | 211 | 2 9 89 |
| | H | 4 4 9 8 9 0 4 | 2/1985 | *Turner et al* | 604 | 211 | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

**OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

| EXAMINER | DATE |
|---|---|
| *K Asher* | 11/6/92 |

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

SAN00941663

PTO FORM 948
(Rev 2 91)

PTO-3300

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

ATTACHMENT TO PAPER NUMBER
4

APPLICATION NUMBER
993412
08 / 054913

## NOTICE OF DRAFTSMAN'S PATENT DRAWING REVIEW

The PTO Draftsman review all originally filed drawings regardless
of whether they were designated as informal or formal.

The drawings filed __ 1/13/92

A. ☑ are approved.

B. ☐ are objected to under 37 CFR 1.84 for reason(s) checked below. The applicant will require submission of new, corrected drawings at the appropriate time. Corrected drawings must be submitted according to the instructions given on the back of this Notice.

1. ☐ Paper, 37 CFR 1.84(b)
   ☐ Permissible Paper. Must Be ...fma
      Translucent Paper Not Allowed.
      Fig(s)___

2. ☐ Size of Sheet and Margins. 37 CFR 1.84(b)
   ☐ Acceptable Paper Sizes and Margins

   Paper Size

   | Margin | 8 1/2 by 14 inches | 8 1/2 by 13 inches | DIN size A4 21 by 29.7 cm. |
   |--------|--------|--------|--------|
   | Top | 2 inches | 1 inch | 2.5 cm. |
   | Left | 1/4 inch | 1/4 inch | 2.5 cm. |
   | Right | 1/4 inch | 1/4 inch | 1.5 cm. |
   | Bottom | 1/4 inch | 1/4 inch | 1.0 cm. |

   ☐ Proper Size Paper Required. All
      Sheets Must be Same Size.
      Sheet(s)___

   ☐ Proper Margins Required.
      Sheet(s)___
      ☐ Top    ☐ Right
      ☐ Left   ☐ Bottom

3. Character of Lines. 37 CFR 1.84(c)
   ☐ Lines Pale, Rough and Blurred, or
      Jagged. Fig(s)___

   ☐ Solid Black Shading Not Allowed.
      Fig(s)___

4. ☐ Photographs Not Approved.

5. Hatching and Shading. 37 CFR 1.84(d)
   ☐ Shade Lines are Required.
      Fig(s)___

   ☐ Criss-Cross Hatching Not Allowed.
      Fig(s)___

   ☐ Double Line Hatching Not Allowed.
      Fig(s)___

   ☐ Parts in Section Must be Hatched
      Properly  Fig(s)___

6. Reference Characters. 37 CFR 1.84(f)
   ☐ Reference Characters Poor or Rough
      and Blurred. Fig(s)___

   ☐ Minimum 1/8 inch (3.2 mm.) in height
      is required. Fig(s)___

   ☐ Figure Legends Poor or Placed
      Incorrectly. Fig(s)___

7. Views. 37 CFR 1.84(f) & (j)
   ☐ Figures Must be Numbered Separately.

   ☐ Figures Must Not be Connected
      Fig(s)___

8. Identification of Drawings. 37 CFR 1.84(f)
   ☐ Extraneous Matter or Copy Machine
      Marks Not Allowed. Fig(s)___

9. ☐ Changes Not Completed from Prior
      PTO-948 dated ___

☐ Comments:

Telephone inquires concerning this review should be directed to the Chief Draftsman at telephone number (703) 557-6404.

_____    8/25/92
Reviewing Draftsman          Date

PTO Copy

SAN00941664

**INFORMATION ON HOW TO EFFECT DRAWING CHANGES**

1. **Correction of Informalities—37 CFR 1.85**
   File new drawings with the changes incorporated therein. The art unit number, serial number and number of drawing sheets should be written on the drawings in accordance with 37 CFR 1.84(l). Applicant may delay filing of the new drawings until receipt of the "Notice of Allowability" (PTOL-37). If delayed, the new drawings MUST be filed within the THREE MONTH shortened statutory period for response in the "Notice of Allowability" (PTOL-37). Extensions of time may be obtained under the provisions of 37 CFR 1.136. The drawing should be filed as a separate paper with a transmittal letter addressed to the Official Draftsman.

   **Timing of Corrections**
   Applicant is required to submit acceptable corrected drawings within the three month shortened statutory period set in the Notice of Allowability (PTOL-37). Within that three month period, two weeks should be allowed for review by the Office of the corrections. If a correction is determined to be unacceptable by the Office, applicant must arrange to have acceptable corrections resubmitted within the original three month period to avoid the necessity of obtaining an extension of time and paying the extension fee. Therefore, applicant should file corrected drawings as soon as possible.

   Failure to take corrective action within set (or extended) period will result in ABANDONMENT of the Application.

2. **Corrections other than Informalities Noted by the Draftsman on the PTO-948**
   All changes to the drawings, other than informalities noted by the Draftsman, MUST be made in the same manner as above except that, normally, a red ink sketch of the changes to be incorporated into the new drawings MUST be approved by the examiner before the application will be allowed. No changes will be permitted to be made, other than correction of informalities, unless the examiner has approved the proposed changes.

SAN00941665

07/793412



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/793 412 | 01/13/92 | REX | J | 3573.204-US |

|  | EXAMINER |
|---|---|
|  | ASHER,K |
| ART UNIT | PAPER NUMBER |
| 3307 | 5 |
| DATE MAILED: | |

STEVE T. ZELSON
NOVO NORDISK OF NORTH AMERICA, INC.
405 LEXINGTON AVE.,
SUITE 6200
NEW YORK, NY 10017

**EXAMINER INTERVIEW SUMMARY RECORD**          02/05/93

All participants (applicant, applicant's representative, PTO personnel):

(1) _Mr. Steve Zelson (# 30,335)_          (3) _____

(2) _Ex. Asher_          (4) _____

Date of interview _Feb. 4, 1993_

Type: ☒Telephonic  ☐ Personal (copy is given to ☐ applicant ☐ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes ☒No.   If yes, brief description: _____

_____

Agreement ☐ was reached with respect to some or all of the claims in question. ☒was not reached.

Claims discussed: _n/a_

Identification of prior art discussed: _n/a_

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: _the requirement_
_for a new declaration was discussed. A new_
_Declaration is necessary due to the lack of a dated_
_signature for John Rex. If any amendments are filed prior_
_to filing of the new Declaration, the Decl. must acknowledge_
_the amendments - 37 CFR 1.63 (B)(1)._

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., Items 1-7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

_Kimberly S Asher_
Examiner's Signature

PTOL-413 (REV. 1-84)

**ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER**

SAN00941666

*L. Spruell*
*3-30-93*
*# 6/*
*dt.*
*+ Supl.*
*Decl.*

Attorney Docket No.:  3573.204-US                    PATENT

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:  Rex et al.

Serial No.:  07/793,412        Group Art Unit:  3307

Filed:  January 13, 1992       Examiner:  K. Asher

For:  NOSE PEN

### TRANSMITTAL OF SUPPLEMENTAL DECLARATION

Hon. Commissioner of Patents and Trademarks
Washington, DC  20231

Sir:

    Applicants' enclose herewith a fully executed,
Supplemental Declaration.

    The Examiner is hereby invited to contact the
undersigned by telephone if there are any questions concerning
this application.

                        Respectfully submitted,

Date:  March 16, 1993

Steve T. Zelson, Reg. No. 30,335
Novo Nordisk of North America, Inc.
405 Lexington Avenue, Suite 6200
New York, NY  10174-6201
(212) 867-0123

SAN00941667