Attorney Docket No.:  3573.204-US                        PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

### EXPRESS MAIL CERTIFICATE

Box Patent Application
Hon. Commissioner of Patents and Trademarks
Washington, DC  20231

    Re:  U.S. Patent Application for
     NOSE PEN

    Applicants:  Rex et al.

Sir:

Express Mail Label No. <u>RB813923308US.</u>

Date of Deposit <u>March 16, 1993</u>

    I hereby certify that the following attached

paper(s) or fee

   1.  Transmittal of Supplemental Declaration
   2.  Executed Combined Declaration and Power of
     Attorney

are being deposited with the United States Postal Service

"Express Mail Post Office to Addressee" under 37 C.F.R. 1.10

on the date indicated above and is addressed to the

Commissioner of Patents and Trademarks, Washington, DC  20231.

    <u>Patricia Duque</u>
    (Name of person mailing paper(s) or fee)

    (Signature of person mailing paper(s) or fee)

Mailing Address:

Novo Nordisk of North America, Inc.
405 Lexington Avenue, Suite 6200
New York, NY  10017
(212) 867-0123

SAN00941668

MAR 16 1993

| COMBINED DECLARATION FOR PATENT APPLICATION AND POWER OF ATTORNEY (Includes Reference to PCT International Applications) | Attorney's Docket Number: 3573.204-US |
|---|---|

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

NOSE PEN
_____

the specification of which (check only one item below):

[ ] is attached hereto

[ ] was filed as United States application

Serial No. _____

on _____

and was amended

on _____ (if applicable).

[X] was filed as PCT International application

Number PCT/DK91/00400

on December 19, 1991

and was amended under PCT Article 19

on _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign applications(s) for patent or inventor's certificate or of any PCT international application(s) designating at least one country other than the United States of America listed below and have also identified below any foreign applications(s) for patent or inventor's certificate or any PCT international application(s) designating at least one country other than the United States of America filed by me on the same subject matter having a filing date before that of the application(s) of which priority is claimed:

PRIOR FOREIGN/PCT APPLICATION(S) AND ANY PRIORITY CLAIMS UNDER 35 U.S.C. 119:

| COUNTRY | APPLICATION NUMBER | DATE OF FILING | PRIORITY CLAIMED |
|---|---|---|---|
| Denmark | 3028/90 | December 21, 1990 | [X] YES  [ ] NO |
| | | | [ ] YES  [ ] NO |
| | | | [ ] YES  [ ] NO |
| | | | [ ] YES  [ ] NO |
| | | | [ ] YES  [ ] NO |
| | | | [ ] YES  [ ] NO |

PTO 1391 (REV. 10-83)                    Page 1 of 2

SAN00941669

| COMBINED DECLARATION FOR PATENT APPLICATION AND POWER OF ATTORNEY (Includes Reference to PCT International Applications) | Attorney's Docket Number: 3573.204-US |
|---|---|

I hereby claim the benefit under Title 35, United States Code §120 of any United States application(s) or PCT international application(s) designating the United States of America that is/are listed below and, insofar as the subject matter of each of the claims of this applications is not disclosed in that/those prior application(s) in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application(s) and the national or PCT international filing date of this application:

PRIOR U.S. APPLICATIONS OR PCT INTERNATIONAL APPLICATIONS DESIGNATING THE U.S. FOR BENEFIT UNDER 35 U.S.C. 120:

| U.S. APPLICATIONS | | STATUS (Check one) | | |
|---|---|---|---|---|
| U.S. APPLICATION NUMBER | U.S. FILING DATE | Patented | Pending | Abandoned |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| PCT APPLICATIONS DESIGNATING THE U.S. | | |
|---|---|---|
| APPLICATION NO. | FILING DATE | US SERIAL NUMBERS ASSIGNED (if any) |
| PCT/DK91/00400 | December 19, 1991 | x |

POWER OF ATTORNEY: As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.

Steve T. Zelson, Esq.         Elias J. Lambiris, Esq.         Cheryl H. Agris
Reg. No. 30,335               Reg. No. 33,728                 Reg. No. 34,086

Send Correspondence to: Steve T. Zelson, Esq.
Novo Nordisk of North America, Inc.
405 Lexington Avenue, Suite 6200
New York, New York 10017

Direct Telephone Calls To:
Steve T. Zelson
(212) 867-0123

| | | Family Name | First Given Name | Second Given Name |
|---|---|---|---|---|
| 1 | Full Name of Inventor | REX | Jørn | |
| | Residence & Citizenship | City Roskilde | State or Foreign Country Denmark | Country of Citizenship Denmark |
| | Post Office Address | Post Office Address Hyldetoften 6, Gundsoemagle | City DK-4000  Roskilde | State & Zip Code/Country Denmark |
| 2 | Full Name of Inventor | Family Name STEENGAARD | First Given Name Kim | Second Given Name |
| | Residence & Citizenship | City Hvidovre | State or Foreign Country Denmark | Country of Citizenship Denmark |
| | Post Office Address | Post Office Address Ketilstorp Allé 53 | City DK-2650  Hvidovre | State & Zip Code/Country Denmark |
| 3 | Full Name of Inventor | Family Name ELK | First Given Name Svend | Second Given Name |
| | Residence & Citizenship | City Birkeroed | State or Foreign Country Denmark | Country of Citizenship Denmark |
| | Post Office Address | Post Office Address Lyngborghave 48 | City DK-3460  Birkeroed | State & Zip Code/Country Denmark |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

| Signature of Inventor 1 | Signature of Inventor 2 | Signature of Inventor 3 |
|---|---|---|
| *[signature]* | *[signature]* | Svend Elk |
| Date 11/2 - 1993. | Date 3/3 -1993 | Date 12/2 - 1993 |

PTO 1391 (REV. 10-83)                    Page 2 of 2

SAN00941670



SAN00941671

Attorney Docket No.:  3573.204-US                           PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:  Rex et al.

Serial No.:  07/793,412          Group Art Unit:  3307

Filed:  January 13, 1992          Examiner:  K. Asher

For:  NOSE PEN

### PETITION AND FEE FOR EXTENSION OF TIME (37 C.F.R. 1.136(a))

Hon. Commissioner of Patents and Trademarks
Washington, DC  20231

Sir:

It is respectfully requested that the time for
response to Office Action dated December 1, 1992 be extended
for a period of three months from February 1, 1993 to May 1,
1993.

Please charge the total fee, estimated to be
$840.00, to Novo Nordisk of North America, Inc., Deposit
Account No. 14-1447.  A duplicate of this sheet is enclosed.

Respectfully submitted,

Date:  April 27, 1993

Steve T. Zelson, Reg. No. 30,335
Novo Nordisk of North America, Inc.
405 Lexington Avenue, Suite 6200
New York, NY  10174-6201
(212) 867-0123

REQUEST FOR EXTENSION OF TIME IS GRANTED
AUTHORITY OF THE PRIMARY EXAMINER FOR
_____3____mos.____

Clerk, Group 330

I. C. P. ☐      ATTY Notified
P 10430  05/11/93  07793412

14-1447  100  117          840.00CH

SAN00941672

Attorney Docket No.: 3573.204-US                          PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Rex et al.

Serial No.: 07/793,412          Group Art Unit: 3307

Filed: January 13, 1992          Examiner: K. Asher

For: NOSE PEN

### EXPRESS MAIL CERTIFICATE

Hon. Commissioner of Patents and Trademarks
Washington, DC 20231

Sir:

Express Mail Label No. TB434692027US

Date of Deposit April 27, 1993

      I hereby certify that the following attached

paper(s) or fee

      1. Petition and Fee for Extension of Time
         (in duplicate)

are being deposited with the United States Postal Service

"Express Mail Post Office to Addressee" under 37 C.F.R. 1.10

on the date indicated above and is addressed to the

Commissioner of Patents and Trademarks, Washington, DC 20231.

                Daphne Ghee
                (Name of person mailing paper(s) or fee)
                *Daphne Ghee*
                (Signature of person mailing paper(s) or fee)

Mailing Address:

Novo Nordisk of North America, Inc.
405 Lexington Avenue, Suite 6200
New York, NY 10017
(212) 867-0123

SAN00941673



Attorney Docket No.: 3573.214-US

08/054913

PATENT

#8/Pre

a

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Anticipated Classification of this application:
Class 239    Subclass

Prior Application:
Examiner: K. Asher
Group Art Unit: 3307

## FILE WRAPPER CONTINUING APPLICATION

Box FWC
Hon. Commissioner of Patents and Trademarks
Washington, DC 20231

Sir:

This is a request for filing a

[x] Continuation

[ ] Divisional

[ ] Continuation-in-part

application under 37 CFR § 1.62, of pending application Ser. No. 07/793,412 filed on January 13, 1992 for NOSE PEN by the following named inventor(s):

Jørn Rex, a citizen of Denmark, residing at Hyldetoften 6, Gundsoemagle, DK-4000 Roskilde, Denmark;

Kim Steengaard, a citizen of Denmark, residing at Ketilstorp Allé 53, DK-2650 Hvidovre, Denmark; and

Svend Elk, a citizen of Denmark, residing at Lyngborghave 48, DK-3460 Birkeroed, Denmark.

The above-identified prior application in which no payment of issue fee, abandonment of, or termination of proceedings has occurred, is hereby expressly abandoned as of the filing date of this new application. Please use all the contents of the prior application file wrapper, including the drawings, as the basic papers for the new application.

1. [ ]    Please enter the Amendment(s) filed on _____ in the prior application.

2. [ ]    A Preliminary Amendment is enclosed.

3. [x]    The filing fee is calculated on the basis of the claims existing in the prior application as amended at 1 and 2 above, if applicable.

### CALCULATION OF APPLICATION FEE

| Type | No. Filed | Less | Extra | Extra Rate | Fee |
|------|-----------|------|-------|------------|-----|
| Total Claims | 16 | -20 | 0 | $22.00 | $ 0.00 |
| Independent | 1 | -3 | 0 | $74.00 | $ 0.00 |

|  | Fee |
|---|---|
| Basic Fee | $ 710.00 |
| Multiple Dependency Fee If Applicable ($230.00) | $ 230.00 |
| Total Filing Fee | $ 940.00 |

SAN00941674

4.  [x]    Please charge the required fee, estimated to be $940.00, to
           Novo Nordisk of North America, Inc., Deposit Account No. 14-
           1447.  A duplicate of this sheet is enclosed.

5.  [ ]    A new oath or declaration is included since this application is
           a continuation-in-part.

6.  [ ]    _____ is included.

7.  [x]    Priority of application serial no. 3028/90 filed on December
           21, 1990 in Denmark is claimed under 35 U.S.C. 119.
           a.  [ ] A certified copy thereof is submitted herewith.
           b.  [x] A certified copy thereof was filed in the prior
               PCT Application No. PCT/DK91/00400.

8.  [x]    The benefit of application serial no. 07/793,412 filed on
           January 13, 1992 in the United States and of application serial
           no. PCT/DK91/00400 filed on December 19, 1991 via the PCT is
           claimed under 35 U.S.C. 120.

9.  [x]    Amend the specification by inserting before the first line the
           sentence: This application is a
           [x] continuation
           [ ] divisional
           [ ] continuation-in-part
           application of co-pending application Serial No. 07/793,412,
           filed January 13, 1992, now abandoned.

10. [x]    The prior application is assigned of record to Novo Nordisk A/S
           recorded on January 30, 1992, Reel 5996, Frame 0341.

11. [x]    The Power of Attorney in the prior application is to Steve T.
           Zelson, Esq. and Elias J. Lambiris, Esq.  Address all future
           communications to Steve T. Zelson, Esq., NOVO NORDISK OF NORTH
           AMERICA, INC., 405 Lexington Avenue, Suite 6200, New York, NY
           10174-6201.

12. [x]    Please abandon the prior application at a time while the prior
           application is pending or at a time when the petition for
           extension of time in that application is granted and when this
           application is pending and has been granted a filing date, so
           as to make this application co-pending with said prior
           application.

           It is understood that secrecy under 35 U.S.C. § 122 is hereby
waived to the extent that if information or access is available to any one
of the applications in the file wrapper of a 37 C.F.R. § 1.62 application,
be it either this application or a prior application in the same file
wrapper, the PTO may provide similar information or access to all the other
applications in the same file wrapper.

                                   Respectfully submitted,

Date:  April 27, 1993              Steve T. Zelson, Reg. No. 30,335
                                   Novo Nordisk of North America, Inc.
                                   405 Lexington Avenue, Suite 6200
                                   New York, NY  10174-6201
                                   (212) 867-0123

- 2 -

SAN00941675

# DAVIS POLK & WARDWELL

<table>
<tr><td>

1300 I STREET, N.W.
WASHINGTON, D.C. 20005

1600 EL CAMINO REAL
MENLO PARK, CA 94025

99 GRESHAM STREET
LONDON EC2V 7NG

15, AVENUE MATIGNON
75008 PARIS

</td><td align="center">

450 LEXINGTON AVENUE
NEW YORK, N.Y. 10017
212 450 4000
FAX 212 450 3800

WRITER'S DIRECT

212 450 4881

</td><td align="right">

MESSETURM
60308 FRANKFURT AM MAIN

MARQUÉS DE LA ENSENADA, 2
28004 MADRID

1-6-1 ROPPONGI
MINATO-KU, TOKYO 106-6033

3A CHATER ROAD
HONG KONG

</td></tr>
</table>

November 3, 2006

Re:     **In re Appraisal of Transkaryotic Therapies, Inc., C.A. No. 1554-N**

Arthur L. Dent, Esq.
Potter Anderson & Carroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899

Dear Art:

We write in response to your letter dated October 18, 2006. In that letter, you requested calendars or appointment books from 2004 and 2005 for the deponents in this action. Earlier this week, we provided you with calendars for Barbara Deptula and Matt Emmens. Enclosed with this letter are calendars for Wayne Yetter. In the course of collecting Mr. Yetter's calendars we have also obtained responsive emails from Mr. Yetter's personal email account. These documents are also enclosed, and together with Mr. Yetter's calendars bear production numbers TKT_APP_0502049 through TKT_APP_0503124.

We are in the process of collecting any existing calendars for the remaining deponents, and, pursuant to your request, we will endeavor to produce them at least two days before their scheduled deposition date. We are also working to confirm that we have collected and produced all responsive documents from Dennis Langer.

Finally, we also enclose documents relating to the proposed transaction with Dr. Reddy's which were previously collected, but inadvertently designated as non-responsive. These documents bear production numbers TKT_APP_0501844 through TKT_APP_0502048.

Arthur L. Dent, Esq.                    2                    November 3, 2006

If you have any questions, please do not hesitate to contact me.

Very truly yours,

*Kevin C. Wallace*/kkm

Kevin C. Wallace

cc:    Steven T. Margolin
       John Reed

<u>By Overnight and Electronic Mail</u>



08/054913

Attorney Docket No.:  3573.214-US                              PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

EXPRESS MAIL CERTIFICATE

Box FWC
Hon. Commissioner of Patents and Trademarks
Washington, DC  20231

          Re:  U.S. Patent Application for
              NOSE PEN
              Continuing Application of
              Serial No. 07/793,412

          Applicants:  Rex et al.

Sir:

Express Mail Label No. <u>TB434692027US</u>

Date of Deposit <u>April 27, 1993</u>

        I hereby certify that the following attached

paper(s) or fee

        1.  File Wrapper Continuing Application (in
            duplicate)

is being deposited with the United States Postal Service

"Express Mail Post Office to Addressee" under 37 C.F.R. 1.10

on the date indicated above and is addressed to the

Commissioner of Patents and Trademarks, Washington, DC  20231.

          Daphne Ghee
          (Name of person mailing paper(s) or fee)

          *Daphne Ghee*
          (Signature of person mailing paper(s) or fee)

Mailing Address:

Novo Nordisk of North America, Inc.
405 Lexington Avenue, Suite 6200
New York, NY  10017
(212) 867-0123

SAN00941676



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

08/054913

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/054,913 | 04/27/93 | ROSKILDE | J | 3573.214US |

| EXAMINER |
|---|
| ASHER,K |

F3M1/0727

| ART UNIT | PAPER NUMBER |
|---|---|
| 3307 | 9 |

STEVE T. ZELSON
NOVO NORDISK OF NORTH AMERICA, INC.
405 LEXINGTON AVENUE, STE. 6200
NEW YORK, NY 10174-6201

DATE MAILED:
07/27/93

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

[X] This application has been examined  [ ] Responsive to communication filed on _____  [ ] This action is made final.

A shortened statutory period for response to this action is set to expire _2_ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. [ ] Notice of References Cited by Examiner, PTO-892.
2. [ ] Notice of Draftsman's Patent Drawing Review, PTO-948.
3. [ ] Notice of Art Cited by Applicant, PTO-1449.
4. [ ] Notice of Informal Patent Application, PTO-152.
5. [ ] Information on How to Effect Drawing Changes, PTO-1474.
6. [ ] _____

**Part II    SUMMARY OF ACTION**

1. [X] Claims _1-16_ are pending in the application.
   Of the above, claims _____ are withdrawn from consideration.

2. [ ] Claims _____ have been cancelled.

3. [X] Claims _1-3_ are allowed.

4. [ ] Claims _____ are rejected.

5. [X] Claims _4-16_ are objected to.

6. [ ] Claims _____ are subject to restriction or election requirement.

7. [ ] This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. [ ] Formal drawings are required in response to this Office action.

9. [ ] The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings are [ ] acceptable; [ ] not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948).

10. [ ] The proposed additional or substitute sheet(s) of drawings, filed on _____, has (have) been [ ] approved by the examiner; [ ] disapproved by the examiner (see explanation).

11. [ ] The proposed drawing correction, filed _____, has been [ ] approved; [ ] disapproved (see explanation).

12. [X] Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has [X] been received [ ] not been received [ ] been filed in parent application, serial no. _____; filed on _____.

13. [X] Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. [ ] Other

EXAMINER'S ACTION

PTOL-326 (Rev. 2/93)

SAN00941677

08/054,913
3307

This application is in condition for allowance except for the
following formal matters:

5          a)    the specification and claims must be amended so as to e
                in proper idiomatic English and to correct minor
                errors.  Examples of such are found on page 1, line 25,
                "time spirit"; page 2, line 3, "0 C0"; page 8,
                paragraph 3, "piston 22" and "piston rod 22" (what are
10              the proper reference numerals?); and throughout the
                application, "unrotatable".  These are examples only,
                the entire application must be corrected.

            b)    a proper abstract is required for the Printer on a
                separate sheet of paper.

15          c)    claims 4-16 are not in proper U.S. multiple dependent
                claim format.  Appropriate amendment of these claims
                into proper U.S. form is required.  Applicants' are
                respectfully reminded that additional fees will be
                required if the claims are put into proper U.S.
20              multiple dependent claim format, as applicants were
                only charged previously for multiple dependent claim 3.
                The claims are improper multiple dependent claims
                because they depend upon other multiple dependent
                claims.

25          d)    In claim 1, line 17, note "directions"; in claim 1,
                line 18, it is suggested that --of-- be added before
                "the", and that "coupled" in line 3 be replaced with
                --and means coupling said housing elements-- to improve
                claim clarity; in claim 16, line 1, note "claims 14".

2

SAN00941678

Serial No. 08/054,713
Art Unit  3307

Prosecution on the merits is closed in accordance with the
practice under ex parte Quayle, 1935 C.D. 11, 453 O.G. 213.

5        A SHORTENED STATUTORY PERIOD FOR RESPONSE TO THIS ACTION IS
         SET TO EXPIRE TWO MONTHS FROM THE DATE OF THIS LETTER.

         The prior art made of record and not relied upon is considered
10  pertinent to applicant's disclosure.

         Turner et al teach a dose metering dispenser comprising a

         threaded plunger and spring arrangement.  Holm et al teach a

         great deal of applicants' claimed invention, but lack the

15       valve, spring, and a spray nozzle.  Jessup teaches a syringe

         sprayer.  The remaining references all teach dispensers in

         the form of pens which deliver metered doses by injection,

         not by spraying.

20
         An inquiry concerning this communication should be directed to K.
         L. Asher at telephone number (703) 308-0858.

25  K. L. Asher
    July 23, 1993

                                              EDGAR S. BURR
                                                 S.P.E.
                                          GROUP ART UNIT 337


                                  3

SAN00941679



337
L. Sprull
2-1-94
# 10/Reg.
Ext.
Time

PATENT
IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: ROSKILDE et al    : Att.Doc.No.:3573.214-US

Serial No.:    08/054,913    : Attn: Art Unit 3307

Filed:    April 27, 1993    : Examiner: K. Asher

For:    NOSE PEN    : Date: December 23, 1993

**PETITION AND FEE FOR EXTENSION OF TIME PURSUANT TO 37 CFR
Sec.1.136(a)**

Honorable Commissioner of Patents and Trademarks
Washington, D.C.    20231

Sir:

It is respectfully requested that the time for filing a
response to the outstanding Office Action of July 27, 1993,
be extended for a period of three (3) months from September 27,
1993 to and including December 27, 1993.

Please charge the required fee, estimated to be
$840.00, to Novo Nordisk of North America Inc. Deposit Account
No.14-1447.  A duplicate copy of this sheet is enclosed.

Respectfully submitted,

Steve T. Zelson (Reg.No.30,335)
Novo Nordisk of North America, Inc.
405 Lexington Avenue, Suite 6200
New York, New York  10017
(212) 867-0123

V514184  01/31/94  08054913    14-1447 140 117    840.00CH

RECEIVED
JAN 26 94
GROUP 330

REQUEST FOR EXTENSION OF TIME IS GRANTED BY
AUTHORITY OF THE PRIMARY EXAMINER FOR
Clerk, Group 330
ATTY Notified ☐
N.C.P. ☐

PATENT

THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: ROSKILDE et al    : Att.Doc.No.:3573.214-US

Serial No.:08/054,913                   : Attn: Art Unit 3307

Filed:April 27, 1993                    : Examiner: K. Asher

For:    NOSE PEN                        : Date: December 23, 1993

CERTIFICATE OF MAILING UNDER 37 CFR 1.8(a)

Hon. Commissioner of Patents and Trademarks
Washington, DC  20231

Sir:

        I hereby certify that the attached correspondence
comprising:

        I.    Petition and Fee for Extension of Time
              (in duplicate)
        II.   Amendment Fee Transmittal (in duplicate)
        III.  Abstract and
        IV.   Amendment

is being deposited with the United States Postal Service as first
class mail in an envelope addressed to:
              Commissioner of Patents and Trademarks
              Washington, DC  20231

on December 23, 1993.

                        Steve T. Zelson
                        (name of person mailing paper)

                        (signature of person mailing paper)

SAN00941681



PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: ROSKILDE et al    : Att.Doc.No.:3573.214-US

Serial No.:    08/054,913    : Attn: Art Unit 3307

Filed:    April 27, 1993    : Examiner: K. Asher

For:    NOSE PEN    : Date: December 23, 1993

AMENDMENT FEE SHEET

Honorable Commissioner of Patents and Trademarks
Washington, D.C.    20231

Sir:

        The fee required to be filed with the accompanying amendment
of even date herewith concerning the above-identified application
has been calculated as follows:

| Claims Remaining After Amendment | | Higest No Previously Paid For | | Present Extra | Rate | Add. Fee |
|---|---|---|---|---|---|---|
| TOTAL | 16 MINUS | 20 | = | 0 | x22 = | $ 0.00 |
| INDEP | 1 MINUS | 3 | =. | 0 | x74 = | $ 0.00 |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM+ $230.00 = | | | | | | |
| | | | | | TOTAL = | $ 0.00 |

        Please charge the required fee, estimated to be $0.00, to
Novo Nordisk of North America Inc. Deposit Account No.14-1447. A
duplicate copy of this sheet is enclosed.

            Respectfully submitted,

            Steve T. Zelson (Reg.No.30,335)
            Novo Nordisk of North America, Inc.
            405 Lexington Avenue, Suite 6200
            New York, New York  10017
            (212) 867-0123

RECEIVED JAN 26 94 GROUP 330

SAN00941682



PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: ROSKILDE et al    : Att.Doc.No.:3573.214-US

Serial No.:    08/054,913    : Attn: Art Unit 3307

Filed:    April 27, 1993    : Examiner: K. Asher

For:    NOSE PEN    : Date: December 23, 1993

AMENDMENT FEE SHEET

Honorable Commissioner of Patents and Trademarks
Washington, D.C.    20231

Sir:

The fee required to be filed with the accompanying amendment of even date herewith concerning the above-identified application has been calculated as follows:

| Claims Remaining After Amendment | | Highest No Previously Paid For | | Present Extra | Rate | Add. Fee |
|---|---|---|---|---|---|---|
| TOTAL 16 | MINUS | 20 | = | 0 | x22 = | $ 0.00 |
| INDEP 1 | MINUS | 3 | = | 0 | x74 = | $ 0.00 |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM+ $230.00 = | | | | | | |
| | | | | | TOTAL = | $ 0.00 |

Please charge the required fee, estimated to be $0.00, to Novo Nordisk of North America Inc. Deposit Account No. 14-1447. A duplicate copy of this sheet is enclosed.

Respectfully submitted,

Steve T. Zelson (Reg.No.30,335)
Novo Nordisk of North America, Inc.
405 Lexington Avenue, Suite 6200
New York, New York  10017
(212) 867-0123

SAN00941683



*L. Sprwell*
*2-1-94*
*# 11/B*

**PATENT**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: ROSKILDE et al    : Att.Doc.No.:3573.214-US

Serial No.:    08/054,913    : Attn: Art Unit 3307

*fee ok*

Filed:    April 27, 1993    : Examiner: K. Asher

For:    NOSE PEN    : Date: December 23, 1993

*Boardley*
*2/2/94*

*Please enter JA*

AMENDMENT PURSUANT TO 37 C.F.R. SECTION 1.115

Honorable Commissioner of Patents and Trademarks
Washington, D.C.    20231

Sir:

In response to the Office Action of July 27, 1993, please consider
the following amendments and remarks.  The Outstanding Office
Action indicated the application was in condition for allowance
except for formal matters which have been addressed in this
Amendment.

IN THE SPECIFICATION

Applicants, pursuant to the request in the Outstanding Office
Action have included herewith an Abstract on a separate sheet of
paper.

On page 1 line 25, please change "time spirit" to
--current trend--.

On page 2 lines 11-12 and 13, please change "unrotatably" to
--irrotational--.

1

On page 3 line 3, please change "0-30º0" to
-- 0-30º --.

On page 4, line 20, please change "unrotatable" to
--irrotational--.

On page 7, line 5, please change "unrotatable" to
--irrotational--.

On page 7, line 18, please change "inrotatable" to
--irrotational--.

On page 8, line 12, please change "22" to
--21--.

IN THE CLAIMS

Please amend claim 1 as follows:

1. (FIRST AMENDMENT) A device for nasal administration of a
number of measured doses of a liquid medicine, especially insulin,
comprising a first and a second housing element [coupled] and
means coupling said housing elements together to allow rotation
but no axial displacement of the first housing element (1) with
respect to the second housing element (2), said first housing
element (1) comprising a cartridge containing the liquid and being
sealed by a piston (21) at the end coupled to the second housing
element (2) and being at its other end closed by a valve (7,9) to
communicate the liquid in the cartridge with a spray nozzle (12)
when opened, characterized in that the device further comprises a
threaded piston rod (22) engaging the piston (21) of the cartridge
[unrotatably] irrotational with respect to the first housing
element (1) and disposed in the second housing element (2) to move
axially therein, a nut element (27) mounted [unrotatably]

2

irrotational but axially displaceably in the second housing
element (2) and engaging the thread of the piston rod (22), a
helical spring (32) abutting at ~~its~~ one end an internal annular
abutment on the second housing element (2) and at its other end a
shoulder on the nut element (27) to press ~~this~~ the nut element and
thereby the piston rod (22) and the piston (21) in the
[directions] direction towards ~~the~~ an outlet end of the cartridge, to set
~~setting~~ the liquid medicine therein under pressure ~~to be released by~~
~~opening of the valve~~ (7,9) for spraying out a dose of the liquid,
the housing elements (1,2), the piston rod (22), and the nut element (27)
cooperating so that relative rotation between the housing elements
(1,2) in a selected direction causes relative rotation between the
rod (22) and the nut element, making the nut element move axially
in the second housing element (2) in a direction to compress the
helical spring (32).

Please amend claim 3 as follows:
        In line one please delete the term "or 2".

Please amend claim 4 as follows:
        In line one please delete the term "any of the preceding
claims" and replace it with --claim 1--.

Please amend claim 5 as follows:
        In line one please delete the term "any of the preceding
claims" and replace it with --claim 1--.

Please amend claim 6 as follows:
        In line one please delete the term "any of the preceding
claims" and replace it with --claim 1--.

Please amend claim 7 as follows:
        In line one please delete the term "any of the preceding
claims" and replace it with --claim 1--.

3

SAN00941686

Please amend claim 13 as follows:

In line one please delete the term "any of the preceding claims" and replace it with --claim 1-- and

In line 2 please delete the term "unrotatable" and replace it with --irrotational--.

Please amend claim 14 as follows:

In line one please delete the word "claims" and replace it with --claim--.

Please amend claim 16 as follows:

In line one please delete the word "claims" and replace it with --claim--.

## R E M A R K S

Reconsideration of the application is requested in view of the above amendments and the following remarks. The Specification and Claims 1, 3, 4, 5, 6, 7, 13, 14 and 16 have been amended herein in order to correct certain informalities in order to place the application in condition for allowance.

Applicants have also filed concurrently herewith an Extension of Time extending the time to respond to the Outstanding Office Action by three months to and including December 27, 1993.

Applicants have made all of the changes suggested in the instant Office Action. Specifically concerning the changes to the specification, Applicants note that "time spirit", which is found in Websters Dictionary, means "current trend". In addition, "unrotatable" has been changed to the equivalent term found in Websters Dictionary, "irrotational".

4

SAN00941687

Therefore, in view of the foregoing amendments, Applicant respectfully submits that all claims are in condition for allowance.  Early action to that end is respectfully requested. The Examiner is hereby invited to contact the undersigned by telephone if there are any questions concerning this amendment or application.

Respectfully submitted,

Steve T. Zelson (Reg.No.30,335)
Novo Nordisk of North America, Inc.
405 Lexington Avenue, Suite 6200
New York, New York  10017
(212) 867-0123

5

SAN00941688



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

08/054913

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/054.913 | 04/27/93 | ROSKILDE       J | 3573.214US |

F3M1/0203

| ASHER, K | EXAMINER |
|---|---|
| **ART UNIT** | **PAPER NUMBER** |
| 3307 | 12 |

STEVE T. ZELSON
NOVO NORDISK OF NORTH AMERICA, INC.
405 LEXINGTON AVENUE, STE. 6200
NEW YORK, NY 10174-6201

DATE MAILED:
02/03/94

This is a communication from the examiner in charge of your application.

COMMISSIONER OF PATENTS AND TRADEMARKS

1. ☒ The communication filed 12/23/93 is informal/non-responsive for the reason(s) checked below and should be corrected.
APPLICANT IS GIVEN ONE MONTH FROM THE DATE OF THIS LETTER OR UNTIL THE EXPIRATION OF THE PERIOD FOR
RESPONSE SET IN THE LAST OFFICE ACTION (WHICHEVER IS LONGER) WITHIN WHICH TO CORRECT THE INFORMALITY.

*30 days
ESB*

  a. ☐ The amendment to claim(s) _____ , filed _____ , fails to comply with the
     provisions of 37 C.F.R. 1.121 and is accordingly held to be non-responsive. A supplemental paper correcting the informal
     portions and complying with the rule is required.

  b. ☐ The paper is unsigned. A duplicate paper or ratification, properly signed, is required.

  c. ☐ The paper is signed by _____ , who is not of record. A ratification or a new power of
     attorney with a ratification, or a duplicate paper signed by a person of record, is required.

  d. ☐ The communication is presented on paper which will not provide a permanent copy. A permanent copy, or a request that a
     permanent copy be made by the Office at applicant's expense, is required, see M.P.E.P. 714.07.

  e. ☒ Other *Amendment appears to be a bona fide attempt to correct*
     *the informalities present, however, numerous informalities*
     *remain that must be corrected.*

2. ☐ In accordance with applicant's request, THE PERIOD FOR RESPONSE FROM THE OFFICE ACTION DATED _____
   IS EXTENDED TO RUN _____ MONTH(S).
   No further extension will be granted unless approved by the Commissioner. 37 C.F.R. 1.136 (b)

3. ☐ Receipt is acknowledged of papers submitted under 35 U.S.C. 119 which papers have been made of record in the file.

4. ☐ Other

Edgar S. Burr

EDGAR S. BURR
S.P.E.
GROUP ART UNIT 337

PTOL-327 (rev. 10-79)                          NOTICE TO APPLICANT

SAN00941689



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| *08/054913* | | | |
|---|---|---|---|
| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKETT NO. |

| EXAMINER |
|---|
|  |

| ART UNIT | PAPER NUMBER |
|---|---|
|  | *13* |

DATE MAILED:

### EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) *Mr. Steve Belson*                              (3) _____

(2) *Ex. Kimberly Asher*                           (4) _____

Date of interview *February 3rd, 1994*

Type: ☒ Telephonic  ☐ Personal (copy is given to  ☐ applicant  ☐ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes  ☒ No. If yes, brief description: _____

Agreement ☒ was reached with respect to some or all of the claims in question. ☐ was not reached.

Claims discussed: *1, 7, 8, 11, 12, & 14-16*

Identification of prior art discussed: *n/a*

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: *The Examiner called to suggest an Examiner's Amendment to correct minor informalities in the claims. Mr. Belson authorized the Ex's Amendment.*

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

☒ 1. It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph below has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1-7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☒ 2. Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action. Applicant is not relieved from providing a separate record of the substance of the interview unless box 1 above is also checked.

PTOL-413 (REV. 2 -93)

Examiner's Signature *Kimberly L. Asher*

ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER

SAN00941690



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

*08/054913*

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| | | | |

| EXAMINER |
|---|
| |

| ART UNIT | PAPER NUMBER |
|---|---|
| | *13* |

DATE MAILED:

## EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) *Mr. Steve Belson* _____  (3) _____

(2) *Ex. Kimberly Asher* _____  (4) _____

Date of Interview *February 3&4, 1994*

Type: ☒ Telephonic ☐ Personal (copy is given to ☐ applicant ☐ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes ☒ No. If yes, brief description: _____

Agreement ☒ was reached with respect to some or all of the claims in question. ☐ was not reached.

Claims discussed: *1, 7, 8, 11, 12, & 14-16*

Identification of prior art discussed: *n/a*

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: *The Examiner called to suggest an Examiner's Amendment to correct minor informalities in the claims. Mr. Belson authorized the Ex's Amendment.*

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

☒ 1. It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph below has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1-7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☒ 2. Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action. Applicant is not relieved from providing a separate record of the substance of the interview unless box 1 above is also checked.

*Kimberly L. Asher*
Examiner's Signature

PTOL-413 (REV. 2 -83)

ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER

SAN00941691

*Bradley 2-4-94*

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

08/054913

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/054.913 | 04/27/93 | ROSKILDE | J    3573.214US |

EXAMINER
ASHER, K

F3M1/0208

| ART UNIT | PAPER NUMBER |
|---|---|
| 3307 | *14/C* |

STEVE T. ZELSON
NOVO NORDISK OF NORTH AMERICA. INC.
405 LEXINGTON AVENUE, STE. 6200
NEW YORK, NY  10174-6201

DATE MAILED:
02/08/94

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☒ This communication is responsive to *the telephone int 8/9/94 and Ex's Amendment*
2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☒ The allowed claims are *1-16*
4. ☒ The drawings filed on *1/13/92* are acceptable.
5. ☒ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified *copies have* has ☒ been received. [...] not been received. [ ] been filed in parent application Serial No. *07/773412* , filed on *1/13/92*
6. ☒ Note the attached Examiner's Amendment.
7. ☒ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152. which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____. CORRECTION IS REQUIRED.
   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☐ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
✓ Examiner's Amendment
✓ Examiner Interview Summary Record, PTOL-413
— Reasons for Allowance
— Notice of References Cited, PTO-892
— Information Disclosure Citation, PTO-1449

— Notice of Informal Application, PTO-152
— Notice re Patent Drawings, PTO-948
— Listing of Bonded Draftsmen
— Other

*＊ The title has been changed to --Device for Nasal Delivery*
*of Liquid Medications --*

*Edgar S Burr*

EDGAR S. BURR
S.P.E.
GROUP ART UNIT 337

PTOL-37 (REV. 4-89) *

USCOMM-DC 89-3789

SAN00941692

Serial No. 08/854,913
Art Unit  3307

An Examiner's Amendment to the record appears below.  Should the
changes and/or additions be unacceptable to applicant, an
amendment may be filed as provided by 37 C.F.R. § 1.312.  To
5   ensure consideration of such an amendment, it MUST be submitted
no later than the payment of the Issue Fee.

     In claim 1,   line 7,  "the" was deleted, and --medicine--

                                was inserted after "liquid"; in

10                 line 8,  "the" (first occurrence) was

                                  replaced with --a first--; in

               line 10,  --medicine-- was inserted after

                                  "liquid", and --upon opening of

                                  said <u>valve</u> -- was inserted after

15                                  "nozzle (12)"; in

               line 11,  "when opened" was deleted; in

               line 18,  "its" was deleted; in

               line 20,  "this" was replaced by --the--; in

               line 22,  "the" was replaced with --an--, and

                                    --to set-- was inserted after

20                                  "cartridge"; in

               line 23,  "setting" was deleted, --medicine--

                                  was inserted after "liquid", a

                                  comma was added after "pressure",

25                                and "to be released by" was

                                  deleted; in

               line 24,  "opening of the valve (7,9)" was

                                  replaced with --means--, and

2

SAN00941693

Serial No. 08/054,913
Art Unit  3307

|  |  |  | --medicine under pressure upon |
| --- | --- | --- | --- |
|  |  |  | opening said valve-- was inserted |
|  |  |  | after "liquid"; in |
|  |  | line 25, | --piston-- was inserted before |
| 5 |  |  | "rod"; and in |
|  |  | line 28, | a comma was inserted after |
|  |  |  | "element", (first occurrence). |
|  | In claim 7, | line 1, | --further-- was inserted before |
|  |  |  | "characterized"; in |
| 10 |  | line 2, | "that it has" was deleted; and in |
|  |  | line 3, | "abutting when mounted there on" |
|  |  |  | was replaced with --having abutting |
|  |  |  | edges that abut corresponding |
|  |  |  | abutting edges on--. |
| 15 | In claim 8, | line 3, | "to measure" was replaced with |
|  |  |  | --for measuring--. |
|  | In claim 11, | line 2, | --of the protective cap and the |
|  |  |  | second housing element-- was |
|  |  |  | inserted after "edges". |
| 20 | In claim 12, | lines 2 and 3, | "edge" was replaced with |
|  |  |  | --edges--. |
|  | In claim 14, | line 2, | "limiting is" was replaced with |
|  |  |  | --and limits--; and in |

20 ³

SAN00941694

Serial No. 08/054,913
Art Unit   3307

| | | |
|---|---|---|
| | line 3, | --of the nut element-- was inserted after "movement". |
| In claim 15, | line 1, | "13" was changed to --14--, and "abutting" was replaced with --abutment between--; and in |
| | line 2, | "faces of" was deleted. |
| In claim 16, | line 1, | "14" was changed to --15--; in |
| | line 3, | "the" (first occurrence) was replaced with --an--, and "this" was replaced with --the--; in |
| | line 4, | "this" was replaced with --the--, and --of the second housing element-- was inserted after "end"; and in |
| | line 5, | "anti-rotary" was replaced with --anti-rotation--, and "member" was replaced with --element--. |

These changes were made to provide claim definiteness, proper antecedent basis, and proper claim dependencies.

Authorization for this Examiner's Amendment was given in a telephone interview with Mr. Steve Zelson on February 4, 1994.

An inquiry concerning this communication should be directed to K. L. Asher at telephone number (703) 308-8358.

K. L. Asher
February 03, 1994

EDGAR S. BURR
S.P.E.
GROUP ART UNIT 337

4

SAN00941695



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: Box ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

F3M1/0208

STEVE T. ZELSON
NOVO NORDISK OF NORTH AMERICA, INC.
405 LEXINGTON AVENUE, STE. 6200
NEW YORK, NY 10174-6201

**NOTICE OF ALLOWANCE**
**AND ISSUE FEE DUE**

☐ Note attached communication from the Examiner
☐ This notice is issued in view of applicant's communication filed

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| First Name 8/054,913 Applicant | 04/27/93 | 016 | ASHER, K | 3307 | 02/08/94 |

TITLE OF INVENTION   ROSKILDE, JORN R.
DEVICE FOR NASAL DELIVERY OF LIQUID MEDICATIONS
(AS AMENDED)

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

THE FEE DUE IS THE AMOUNT IN EFFECT AT THIS TIME. IF THE AMOUNT OF THE ISSUE FEE INCREASES PRIOR
TO PAYMENT, APPLICANT WILL BE NOTIFIED OF THE BALANCE OF ISSUE FEE DUE.

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.

*PROSECUTION ON THE MERITS IS CLOSED.*

THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.

**HOW TO RESPOND TO THIS NOTICE:**

I.  Review the SMALL ENTITY Status shown above.
   If the SMALL ENTITY is shown as YES, verify your
   current SMALL ENTITY status:

   A. If the status is changed, pay twice the amount of the
      FEE DUE shown above and notify the patent and
      Trademark Office of the change in status, or
   B. If the Status is the same, pay the FEE DUE shown
      above.

If the SMALL ENTITY is shown as NO:
A. Pay FEE DUE shown above, or
B. File verified statement of Small Entity Status before, or with,
   pay of 1/2 the FEE DUE shown above.

II.  Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.
    Even if the ISSUE FEE has already been paid by charge to deposit account, Part B should be completed and returned.
    If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date) and serial number.
    Please direct all communications prior to issuance to Box ISSUE FEE unless advised to contrary.

*IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance
fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.*

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV 7-92) (OMB Clearance is pending)

SAN00941696



PTO UTILITY GRANT
Paper Number 15

The Commissioner of Patents
and Trademarks

*Has received an application for a patent
for a new and useful invention. The title
and description of the invention are en-
closed. The requirements of law have
been complied with, and it has been de-
termined that a patent on the invention
shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person or persons having
title to this patent the right to exclude
others from making, using or selling the
invention throughout the United States
of America for the term of seventeen
years from the date of this patent, sub-
ject to the payment of maintenance fees
as provided by law.*

Bruce Lehman

*Commissioner of Patents and Trademarks*

Attest

PTO-1584

The
United
States
of
America

(RIGHT INSIDE)

SAN00941697



US005331954A

## United States Patent [19]

### Rex et al.

[11] Patent Number: 5,331,954

[45] Date of Patent: Jul. 26, 1994

[54] **DEVICE FOR NASAL DELIVERY OF LIQUID MEDICATIONS**

[75] Inventors: Jorn Rex, Roskilde; Kim Steengaard, Hvidovre; Svend Elk, Birkeroed, all of Denmark

[73] Assignee: Novo Nordisk A/S, Bagsvaerd, Denmark

[21] Appl. No.: 54,913

[22] Filed: Apr. 27, 1993

**Related U.S. Application Data**

[63] Continuation of Ser. No. 793,412, Jan. 13, 1992, abandoned.

[30] **Foreign Application Priority Data**

Dec. 21, 1990 [DK]  Denmark ......................... 3028/90

[51] Int. Cl.⁵ ..................... A61M 15/08; A61M 11/00; A61M 5/00; A62B 7/00

[52] U.S. Cl. .......................... 128/200.22; 128/207.18; 128/200.14; 604/232; 604/211

[58] Field of Search ..................... 128/200.14, 200.18, 128/200.19, 200.22, 203.12, 203.19, 203.21, 203.22, 203.23, 207.18; 604/207–209, 211, 218, 232, 135

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,405,308 | 9/1983 | Jessup | 128/200.22 |
| 4,413,760 | 11/1983 | Paton | 604/309 |
| 4,498,904 | 2/1985 | Turner et al | 604/211 |
| 4,962,868 | 10/1990 | Borchard | 222/49 |
| 4,973,314 | 11/1990 | Holm et al. | 604/211 |
| 5,017,190 | 5/1991 | Simon et al. | 604/209 |
| 5,104,380 | 4/1992 | Holman et al. | 604/232 |
| 5,112,317 | 5/1992 | Michel | 604/232 |
| 5,114,406 | 5/1992 | Gabriel et al. | 604/232 |

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| 0308100 | 3/1989 | European Pat. Off. . |
| WO91/15303 | 10/1991 | PCT Int'l Appl. . |
| 1379688 | 1/1975 | United Kingdom . |

Primary Examiner—Edgar S. Burr
Assistant Examiner—Kimberly L. Asher
Attorney, Agent, or Firm—Steve T. Zelson

[57] **ABSTRACT**

A pen shaped device for nasal administration of doses of a liquid medicine, comprising a first and a second housing element, the first housing element (1) comprising a cartridge for the medicine, this cartridge being at one end closed by a piston (21) and being at its other end closed by a valve (7,9), which may be opened to connect the cartridge to a spray nozzle (12). When the two housing elements are rotated relatively to each other, a nut member (27) is proportional to the rotation moved along a threaded piston rod (22) to compress a helical spring (32) to act via the nut element (27) and the piston rod (22) on the piston (21) to put the content of the cartridge under pressure, which pressure may be released by opening the valve (7,9) to lead the medicine in the cartridge to the nozzle (12).

**16 Claims, 2 Drawing Sheets**





1/2

*5331*

Fig. 1

Fig. 2

Fig. 3

SAN00941699

Fig. 4

Fig. 5

Fig. 6

Fig. 7

SAN00941700

5,331,954

1

## DEVICE FOR NASAL DELIVERY OF LIQUID MEDICATIONS

This application is a continuation application of co-pending application Ser. No. 07/793,412, filed Jan. 13, 1992, now abandoned.

The invention concerns a dispensing device for dispensing dosed quantities of a fluid medicine as an aerosol. e.g. insulin, to be assimilated through the nasal mucous membranes.

Many sorts of medicine are not appropriate for being orally consumed as they are destroyed very quickly in the alimentary canal. Such medicines, therefore, have to be injected to be directly assimilated in the blood.

When such medicines have to be taken frequently through a long period or even the life long as it is the case with, e.g. insulin for diabetics, the wish for a method of taking the medicines without frequent injections occurs. Here the assimilation through the nasal mucous membranes is seen as a solution.

From European Patent Application No. 308,100 is known a dispensing apparatus for dispensing metered quantities of pressurized fluid and in particular for nasal administration of insulin.

EP 308,100 meets the wishes for a device which may be used for nasal administration of e.g. insulin, as an activation of the device releases a metered quantity of liquid. However, the amount of liquid released by each activation is preset by the manufacturer of the spray valve, and if a bigger dose than this preset one is wanted, the device must be activated repetitively until the wanted dose is dispensed.

The use of a propellant gas as in EP 308,100 is undesirable for more reasons. First of all, precaution should be taken to assure that the propellant gas is kept out of contact with the medicine. Further, the content of sufficient propellant gas to dispense the total content of medicine involves the risk that an overdose is dispensed if the metering valve fails. Finally, as the device is intended to be disposed of when the medicine content is used up, it is against the current trend to use disposable devices containing propellant gases.

Consequently, it is the object of the invention to provide a dispensing apparatus for nasal administration of medicine such as insulin in preset doses without the use of a propellant gas. Another object is to provide a device which has the same neutral pen shape as the known pen syringes for subcutaneous injection of insulin.

This is obtained by a device for nasal administration of a number of measured doses of a liquid medicine, especially insulin, comprising a first and a second housing element coupled together to allow rotation but no axial displacement of the first housing element with respect to the second housing element, said first housing element comprising a cartridge containing the liquid and being sealed by a piston at the end coupled to the second housing element and being at its other end closed by a valve to communicate the liquid in the cartridge with a spray nozzle when opened, the device according to the invention being characterized in that it further comprises a threaded piston rod engaging the piston of the cartridge irrotational with respect to the first housing element and disposed in the second housing element to move axially therein, a nut element mounted irrotational but axially displacably in the second housing element and engaging the thread of the

2

piston rod, a helical spring abutting at its one end an internal annular abutment on the second housing element and at its other end a shoulder on the nut element to press this nut element and thereby the piston rod and the piston in the directions towards the outlet end of the cartridge setting the liquid therein under pressure to be released by opening the valve for spraying out a dose of the liquid, the housing elements, the rod, and the nut cooperating so that relative rotation between the housing elements in a selected direction causes relative rotation between the rod and the nut element making the nut element move axially in the second housing element in a direction to compress the helical spring.

The device according to the invention further provides a dispenser which will work in all positions and in which the liquid remains sterile as no unclean air is to replace the liquid removed from the cartridge during the spraying.

According to the invention, the piston rod may be snap locked into the piston preventing a possible vacuum, which may emerge in the cartridge, from drawing the piston into the cartridge leaving an axial play between the piston rod and the piston.

To ensure that the liquid will hit the part of the nasal mucous membrane which is effective in assimilating the medicine, the nozzle is appropriately made to spray out the liquid at an angle of 0°-30° defining the spray as ranging from a jet spray to a fan shaped spray.

The nut element may define at least one radially protruding axially extending projection on an exterior portion thereof, and this projection or these projections may be received in one or more corresponding axially extending groove or grooves in an inner portion of the second housing element thereby providing a coupling between this housing element and the nut element ensuring that the nut element may be rotated with the second housing element and be axially displaced in this housing element.

A stop may be provided limiting the axial movement of the nut element into the second housing element, thus limiting the loading of the device to a set maximum dose.

Also the movement of the nut element along the piston rod may be limited to avoid setting a larger dose than actually remains in the cartridge.

In a preferred embodiment of the invention, the device has a removable protective cap configured to receive the first housing element and abutting when mounted there on the second housing element; and means for releasably coupling the protective cap and the first housing element for rotation together, so that rotation of the protective cap with respect to the second housing element causes rotation of the first housing element with respect to the second housing element.

The abutting edges of the second housing element and the protective cap may comprise pointing means and scale means, respectively, to measure the relative rotation of the protective cap, and thereby the first housing element, with respect to the second housing element. The displacement of the nut element is proportional to this relative rotation and the measuring of the relative rotation consequently is a measuring of the set dose.

Means may be provided for providing detents at selected rotational positions of the first housing element with respect to the second housing element making the extend of the relative rotation hearable, tactile, and visible as a click is heard and a resistance variation is felt

SAN00941701

5,331,954

3

each time a detent is passed during the relative rotation the size of which may be seen from the relative position of the pointing means and the scale.

The coupling means for coupling the protective cap to the first housing element may allow the protective cap to receive the first housing element in multiple different angular positions of the protective cap with respect to the first housing element to allow the protective cap to be oriented at a selected position with respect to the second housing element, regardless of the detent rotational position of the first housing element in the second housing element. This way it is always possible to mount the protective cap in position with the "O" of its scale in line with the pointing means on the second housing element.

By the abutting edges having interlocking means for defining a selected angular position of the protective cap with respect to the second housing element it may be ensured that the cap is mounted in its O-position when the pen is stored away after use. The interlocking means may appropriately comprise a recess on the abutting edge of the protective cap and a projection on the abutting edge of the second housing element, the projection being shaped to fit into the recess to define the selected position.

In a preferred embodiment of the device according to the invention, the piston rod is made irrotational by fitting through an opening in an anti-rotation disc, the opening being circular with at least one projection protruding into the opening, by the piston rod having a corresponding profile with recesses corresponding to the projections, and by the anti-rotary disc being at its periphery provided with alternating spaces and teeth fitting into a castellated end of the first housing element. Further, the anti-rotary disc serves as an abutment for the nut element limiting the movement of this element towards the cartridge.

The abutting faces of the nut element and the anti-rotary disc are shaped as annular ramps which when in mutual abutment allow only relative rotation of the first and second housing elements in a device loading direction. Thereby it is precluded that a relative rotation in a direction to unload the device to annul a set dose is continued when the device is unloaded. Such a continued relative rotation could draw the piston rod free of the piston and provide an axial play which would undermine the correct dosing.

In a preferred embodiment, the nut element may have a tubular extension coaxially surrounding the piston rod and terminated by a knob at the outer end of the second housing element, this knob being flush with the edge of this outer end, when the annular ramps of the anti-rotary disc and the nut member are in a mutual abutment giving a tactile and visible indication whether the device is loaded or not.

In the following the invention is specified in further detail with reference to the drawing in which

FIG. 1 shows a plan view of a dispenser according to the invention,

FIG. 2 shows a plan view of the protective cap,

FIG. 3 shows a sectional view along the line III—III in FIG. 1, but without the piston rod.

FIG. 4 shows an enlarged plan view of the anti-rotary disc,

FIG. 5 shows a side view of the disc in FIG. 4.

FIG. 6 shows an enlarged detail of the abutting edges of the protective cap and the second housing element in dose setting position, and

4

FIG. 7 shows the detail of FIG. 6 in closed position for storing.

FIG. 1 shows a pen shaped device having a first housing element 1 and a second housing element 2 snapped together by an external bead 3. and the first housing element 1 being snapped into an annular groove 4 in the second housing element 2 permitting the two housing elements to be rotated in relation to each other about the common length axis, but not to be displaced in relation to each other along this axis.

The first housing element 1 forms a cartridge for a liquid medicine and is at its one end provided with a neck forming a valve chamber 5 communicating at its one end with the housing element and being at its other end closed by a valve block 6 fitting into an annular sealing 7 fitted to the valve chamber 5 by a ferrule 8. The valve block has radial ducts 9 leading to a central bore 10 and being at the outer ends sealed by the inner cylindric surface of the annular sealing 7 when the valve is closed. An inner element 11 of a spray nozzle has a rod fitting into the bore 10 with a small clearance leaving a duct leading to a spray nozzle 12 in a nozzle element 13 surrounding the inner element 11 leaving a fine duct from the bore 10 to the nozzle 12.

The nozzle element 13 is provided with a tubular central part 14 fitting over the bore 10. An internal annular bead 15 in the part 14 is lodged in an annular groove 16 in the part with the central bore.

The nozzle element 13 further comprises a shirt 17 surrounding at some distance the tubular central part 14 and being at its edge snapped on the neck 18 of a release member 19 fitting over the outer end of the cartridge, the neck 18 of the release member 19 being so much shorter than the neck of the cartridge that it may be axially displaced along the neck of the cartridge limited by its outer end abutting the ferrule or by its shoulder abutting the shoulder of the cartridge.

The nozzle element and release member 19 are kept in their position with the neck 18 of the release member 19 abutting the ferrule 8 by a helical spring 20 surrounding the central part 14 of the nozzle element 13 abutting at its one end the ferrule 8 and at its other end a contact face between the central part 14 and the skirt 17 of the nozzle element 13. In this position the radial ducts 9 lie opposite the sealing 7 and the valve is closed. When the release member 19 is displaced in its axial direction to bring its internal shoulders in abutment with the outer shoulders of the cartridge, the radial ducts 9 are passed past the sealing 7 and into the valve chamber 5 and a communication between the liquid in the cartridge is established through the chamber 5, the radial ducts 9, the bore 10 and the clearance between the inner element 11 and nozzle element 13 to the spray nozzle 12. This way the liquid in the cartridge will be sprayed out through the nozzle 12 when set under pressure as described below.

The pressure in the cartridge is provided by exerting upon a piston 21, which closes the end of the cartridge opposite the neck, a force trying to force this piston into the cartridge. A sealing element, which here is shown as an O-ring mounted in a circumferential groove in the piston, provides a sealing between the piston and the cartridge wall.

A piston rod 22 engaging the piston 21 protrudes through an anti rotary disc 23 mounted at the end of the first housing element 1 to make the piston rod irrotational in relation to this housing element.

SAN00941702

5,331,954

**5**

This may be obtained by the disc, as shown in FIGS. 4 and 5 having spaced teeth 42 along its periphery fitting into a castellated end of the first housing element and by the piston rod having a non-circular profile fitting into a corresponding central opening in the disc. The piston rod is a mainly cylindric, threaded rod having diametrically opposite axial recesses 25 engaged by corresponding diametrically opposite projections 26 in the mainly circular opening of the anti-rotary disc.

The mainly cylindric piston rod 22 is threaded and is surrounded by a nut element 27 having at its end facing and abutting the anti-rotary disc a short internal thread 28, the rest of the inner surface of the nut element 27 being smooth fitting over the threaded piston rod to guide this rod in its axial movement. The nut element 15 has at its threaded end external axial ribs 29 engaging internal axial grooves in the second housing element 2 making the nut element 27 irrotational, but axially displaceable in this housing element.

The grooves in the second housing element are each 20 defined by pairs of spaced internal projections 30 in the second housing element. Together with the ribs 29 ending in a plate 41 at the end abutting the anti-rotary disc the projections 30 define a stop for the movement of the nut element as the plate 41 fits closely into the circular 25 bore of the second housing element and consequently will abut the ends of the projections 30 when the nut element is displaced into the second housing element. Thereby the maximal loading of the device is limited.

When the piston rod 22 is rotated relatively to the nut 30 element 27 in one direction by rotating the first housing element relatively to the second housing element the nut element is moved away from its abutment 31 on the anti-rotary disc 23 and is displaced further into the second housing element compressing a helical spring 32 35 abutting at its one end the nut element and at its other end a protrusion on the inner surface of the tubular second housing element. The compressed spring 32 will try to press the nut element back to abut the disc 23, and this force exerted on the nut member will be transmitted 40 to the piston rod and the piston through the threads in the nut element on the piston rod, thereby setting the content of the cartridge under pressure. This pressure may be released by operating the valve to spray out the preselected dose of the medicine in the cartridge. Dur- 45 ing this spraying the piston is moved into the cartridge until the nut member abuts the disc 23 again.

At its end opposite the piston the piston rod is provided with a head 40 limiting the movement of the nut element along the piston rod to assure that a dose ex- 50 ceeding the remaining liquid in the cartridge may not be preset.

The engagement between the piston rod 22 and the piston 21 is performed as a snap lock. This way the piston 21 may be driven into the cartridge by the piston 55 rod 22, the snap lock connection being flexible to permit the piston to follow marginal volume variations caused by temperature variations.

The loading of the device by turning the housing elements 1 and 2 in one direction relatively to each 60 other may also be annulled by rotating the two housing elements in the opposite direction relatively to each other until the nut element is displaced to abut the disc again. The mutually abutting surfaces of the nut element and the disc 23 are provided with respective ramps to 65 prevent further relative rotation in this direction when the nut member abuts the disc. This way it is prevented that a further relative rotation of the housing elements

**6**

in this direction will cause the piston rod to be drawn out of engagement with the piston.

The end of the tubular nut element opposite the disc is provided with a knob 33 having an outer cylindric surface fitting guidingly into the bore of the tubular second housing element and an end surface flush with the end edge of the second housing element when the device is not loaded. When the device is loaded and the nut element is displaced away from the disc, the knob is protruding from the end of the second housing element giving a tactile and visible information of the status of the device, i.e. whether the device is loaded or not.

The spray nozzle element 13 is covered by a cap 34 when the device is not in use. This cap is provided with a clip 35, so that it can be carried in a pocket like a pencil. The cap 34 fits over the first housing element 1 and when fitted on is adjacent to and flush with the second housing element 2. The adjacent edges of the second housing element 2 and the cap 34 are provided with a projection 38 and a corresponding recess 39, respectively, the projection engaging the depression when the cap is fitted on.

The cap is provided with internal grooves 36 engaged by external ribs 37 on the first housing element 1. Thereby the cap can be used for rotating the first housing element 1 relatively to the second housing element 2 when the cap is appropriately axially displaced on the first housing element to bring the projection 38 out of engagement with the recess 39. The projection 39 is made as an arrow pointing on a scale on the cap, so that a dosing measured in units may be set by the turning of the two housing elements relatively to each other. The rotatable connection between the two housing elements is provided with a click mechanism providing a hearsable and perceptible click at each two units set.

When the dose is set, the cap is removed from the device and the nozzle element is inserted in a nostril, and the release member 19 is pulled further over the first housing element to release the dose which is sprayed out through the nozzle at an angle of 0°-30°. After use the cap is again fitted over the first housing element in a rotary position making the projection 38 engage the depression 39.

The first housing element forming the cartridge is made of a transparent material allowing the position of the piston to be observed to decide how much liquid is left. For this purpose the first housing element may be provided with a scale. When the cartridge is empty, the device may be disposed of.

Although the device is described with the cartridge forming an integral part of the first housing element, an embodiment where a separate cartridge is received in the first housing element will be within the scope of the invention. The device may also be a durable one in which only the cartridge and possibly the valve and the spray nozzle are changed when the cartridge is empty, whereas the dose setting mechanism is reused as a durable part.

The device is preferably used for dosing insulin which may be assimilated through the nasal mucous membranes, but it is also may be used for the administration of other kinds of medicine which should be added as a spray in preset doses, e.g. for curing eczema.

We claim:

1. A device for nasal administration of a number of measured doses of a liquid, medicine, especially insulin, comprising a first and a second housing element and means coupling said housing elements together to allow

SAN00941703

5,331,954

**7**

rotation but no axial displacement of the first housing element (1) with respect to the second housing element (2), said first housing element (1) comprising a cartridge containing liquid medicine and being sealed by a piston (21) at a first end coupled to the second housing element (2) and being at its other end closed by a valve (7,9) to communicate liquid medicine in the cartridge with a spray nozzle (12) upon opening of said valve characterized in that the device further comprises a threaded piston rod (22) engaging the piston (21) of the cartridge irrotational with respect to the first housing element (1) and disposed in the second housing element (2) to move axially therein, a nut element (27) mounted irrotational but axially displaceably in the second housing element (2) and engaging the thread of the piston rod (22), a helical spring (32) abutting at one end an internal annular abutment on the second housing element (2) and at its other end a shoulder on the nut element (27) to press the nut element and thereby the piston rod (22) and the piston (21) in the direction towards an outlet end of the cartridge to set the liquid medicine therein under pressure, means for spraying out a dose of the liquid medicine under pressure upon opening said valve, the housing elements (1,2), the piston rod (22), and the nut element (27) cooperating so that relative rotation between the housing elements (1,2) in a selected direction causes relative rotation between the rod (22) and the nut element, making the nut element move axially in the second housing element (2) in a direction to compress the helical spring (32).

2. A device according to claim 1, characterized in that the piston rod (22) is snap locked into the piston (21).

3. A device according to claim 1, characterized in that the nozzle (12) sprays out the liquid at an angle of 0°-30°.

4. A device according to claim 1, characterized in that the nut element (27) defines at least one radially protruding, axially extending projection (29) on an exterior portion thereof; and the projection is received in an axially extending groove in an inner portion of the second housing element (2).

5. A device according to claim 1, characterized in that a stop (30,41) is provided limiting axial movement of the nut element (27) into the second housing element (2).

6. A device according to claim 1, characterized in that a stop (40) is provided limiting the movement of the nut element (27) along the piston rod (22).

7. A device according to claim 1, further characterized in a removable protective cap (34) configured to receive the first housing element (1) and having abutting edges that abut corresponding abutting edges on the second housing element (2); and means (36,37) for releasably coupling the protective cap (34) and the first housing element (1) for rotation together, so that rotation of the protective cap (34) with respect to the second housing element (2) causes rotation of the first housing element (1) with respect to the second housing element (2).

**8**

8. A device according to claim 7, characterized in that the abutting edges of the second housing element (2) and the protective cap (34) comprise pointing means and scale means, respectively, for measuring the relative rotation of the protective cap (34) with respect to the second housing element (2).

9. A device according to claim 8, characterized in that means are provided for providing detents at selected rotational positions of the first housing element (1) with respect to the second housing element (2).

10. A device according to claim 9, characterized in that the coupling means (36,37) allow the protective cap (34) to receive the first housing element (1) in multiple different angular positions of the protective cap (34) with respect to the first housing element (1) to allow the protective cap (34) to be oriented at a selected position with respect to the second housing element (2), regardless of the detent rotational position of the first housing element (1) in the second housing element (2).

11. A device according to claim 9, characterized in that the interlocking means comprise a recess (38) on the abutting edges of the protective cap (34) and a projection (39) on the abutting edges of the second housing element (2), the projection (39) being shaped to fit into the recess (38) to define the selected position.

12. A device according to claim 9, characterized in that the abutting edges of the protective cap and the second housing element have interlocking means (38,39) for defining a selected angular position of the protective cap (34) with respect to the second housing element (2).

13. A device according to claim 1, characterized in that the piston rod (22) is made irrotational with respect to the first housing element (1) by fitting through an opening in an anti-rotation disc (23), the opening being mainly circular with at least one projection (26) protruding into the opening, by the piston rod (22) having a corresponding profile with recesses (25) corresponding to the projections (26), and by the anti-rotation disc (23) being at its periphery provided with alternating spaces and teeth (42) fitting into a castellated end of the first housing element (1).

14. A device according to claim 13, characterized in that the anti-rotation disc (23) serves as an abutment for the nut element (27) and limits movement of the nut element towards the cartridge.

15. A device according to claim 14, characterized in that the abutment between the nut element (27) and the anti-rotation disc (23) are formed as annular ramps (31) which when in mutual abutment allow only relative rotation of the first and second housing element in a device loading direction.

16. A device according to claim 15, characterized in that the nut element (27) has a tubular extension coaxially surrounding the piston rod (22) and terminated by a knob (33) at an outer end of the second housing element (2), the knob (33) being flush with the edge of the outer end of the second housing element when the annular ramps of the anti-rotation disc and the nut element are in mutual abutment.

* * * * *

65

SAN00941704

**PCT**

WORLD INTELLECTUAL PROPERTY ORGANIZ   N
International Bureau



INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification 5 : | | (11) International Publication Number: | WO 92/11049 |
|---|---|---|---|
| A61M 11/06 | A1 | (43) International Publication Date: | 9 July 1992 (09.07.92) |

(21) International Application Number: PCT/DK91/00400

(22) International Filing Date: 19 December 1991 (19.12.91)

(30) Priority data:
3028/90      21 December 1990 (21.12.90)   DK

(71) Applicant (for all designated States except US): NOVO NORDISK A/S [DK/DK]; Novo Allé, DK-2880 Bagsvaerd (DK).

(72) Inventors; and
(75) Inventors/Applicants (for US only) : REX, Jørn [DK/DK]; Hyldetoften 6, Gundsomagle, DK-4000 Roskilde (DK). STEENGAARD, Kim [DK/DK]; Ketilstorp Allé 53, DK-2650 Hvidovre (DK). ELK, Svend [DK/DK]; Lyngborghave 48, DK-3460 Birkerød (DK).

(74) Common Representative: NOVO NORDISK A/S; Patent Department, Novo Allé, DK-2880 Bagsvaerd (DK).

(81) Designated States: AT (European patent), AU, BB, BE (European patent), BF (OAPI patent), BG, BJ (OAPI patent), BR, CA, CF (OAPI patent), CG (OAPI patent), CH (European patent), CI (OAPI patent), CM (OAPI patent), CS, DE (European patent), DK (European patent), ES (European patent), FI, FR (European patent), GA (OAPI patent), GB (European patent), GN (OAPI patent), GR (European patent), HU, IT (European patent), JP, KP, KR, LK, LU (European patent), MC (European patent), MG, ML (OAPI patent), MR (OAPI patent), MW, NL (European patent), NO, PL, RO, SD, SE (European patent), SN (OAPI patent), SU*, TD (OAPI patent), TG (OAPI patent), US.

Published
    With international search report.

(54) Title: A PEN SHAPED DEVICE FOR NASAL ADMINISTRATION OF DOSES OF A LIQUID MEDICINE

(57) Abstract

A pen shaped device for nasal administration of doses of a liquid medicine, comprising a first and a second housing element, the first housing element (1) comprising a cartridge for the medecine, this cartridge being at one end closed by a piston (21) and being at its other end closed by a valve (7, 9), which may be opened to connect the cartridge to a spray nozzle (12). When the two housing elements are rotated relatively to each other, a nut member (27) is proportional to the rotation moved along a threaded piston rod (22) to compress a helical spring (32) to act via the nut element (27) and the piston rod (22) on the piston (21) to put the content of the cartridge under pressure, which pressure may be released by opening the valve (7, 9) to lead the medicine in the cartridge to the nozzle (12).



* See back of page

PART B- ISSUE FEE TRANSMITTAL

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advances orders and notification of maintenance fees will be mailed to addressee entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter. See reverse for Certificate of Mailing.

1. CORRESPONDENCE ADDRESS

MAR 28 1994

| 2. INVENTOR'S ADDRESS CHANGE (Complete only if there is a change) |
|---|
| INVENTOR'S NAME |
| Street Address |
| City, State and ZIP Code |
| CO-INVENTOR'S NAME |
| Street Address |
| City, State and ZIP Code |
| ☐ Check if additional changes are on reverse side |

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| First Named Applicant | | | | |

TITLE OF INVENTION

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|

3. Correspondence address change (Complete only if there is a change)

Novo Nordisk of North America, Inc.
405 Lexington Avenue, Suite 6400
New York, New York 10174-6400

4. For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

1. Steve T. Zelson
2.
3.

| | | | DO NOT USE THIS SPACE | | | |
|---|---|---|---|---|---|---|
| SC13090 | 04/01/94 | 08054917 | 14-1447 | 130 | 142 | 1,170.00CH |
| SC13091 | 04/01/94 | 08054917 | 14-1447 | 130 | 561 | 60.00CH |

5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type)

(1) NAME OF ASSIGNEE:
Novo Nordisk A/S
(2) ADDRESS: (CITY & STATE OR COUNTRY)
Novo Alle, DK-2800 Bagsvaerd, Denmark
(3) STATE OF INCORPORATION, IF ASSIGNEE IS A CORPORATION:

A. ☐ This application is NOT assigned.
☒ Assignment is being previously submitted to the Patent and Trademark Office.
☐ Assignment is being submitted under separate cover. Assignments should be directed to Box ASSIGNMENTS.
PLEASE NOTE: Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

6a. The following fees are enclosed:
☐ Issue Fee    ☐ Advanced Order - # of Copies
6b. The following fees should be charged to:
DEPOSIT ACCOUNT NUMBER    14-1447
(ENCLOSE PART C)
☒ Issue Fee    ☒ Advanced Order - # of Copies    20
☒ Any Deficiencies in Enclosed Fees

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Signature of party in interest of record)    (Date)
8/25/94

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

TRANSMIT THIS FORM WITH FEE CERTIFICATE OF MAILING ON REVERSE

PTOL-85B (REV.2-92)(OMB Clearance is pending)

SAN00941706

## Certificate of Mailing

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:

Box ISSUE FEE
Commissioner of Patents and Trademarks
Washington, D.C. 20231

on _March 25, 1994_

_____
(Date)

_____
(Signature)

Steve T. Zelson, Esq. (Reg. No. 30,335)
(Typed or Printed Name)

March 25, 1994
(Date)

Note: If this certificate of mailing is used, it can only be used to transmit the Issue Fee. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

This form is estimated to take 20 minutes to Complete. Time will vary depending upon the needs of the individual applicant. Any comments on the amount of time you require to complete this form should be sent to the Office of Management and Organization, Patent and Trademark Office, Washington, D.C. 20231 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

REVERSE PTOL-85B (REV. 7-92)(OMB Clearance is pending)

SAN00941707

Attorney Docket No.: 3573.214-US                    PATENT

Issue Batch Number:    U90

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Rex et al.

Serial No.: 08/054,913          Group Art Unit:  3307

Filed: April 27, 1993          Examiner:  K. Asher

For:  NOSE PEN

ISSUE FEE TRANSMITTAL

Hon. Commissioner of Patents and Trademarks
Washington, DC  20231

Sir:

        Applicants enclose the issue fee for the above-
captioned application and the Transmittal form (PTOL-85B).
        Please charge the issue fee, estimated to be
$1170.00, and the fee for 20 copies of the issued patent,
estimated to be $60.00 to Novo Nordisk of North America,
Inc., Deposit Account No. 14-1447.  A duplicate of this sheet
is enclosed.

                        Respectfully submitted,

Date:  March 25, 1994    _____
                        Steve T. Zelson, Reg. No. 30,335
                        Novo Nordisk of North America, Inc.
                        405 Lexington Avenue, Suite 6400
                        New York, NY  10174-6201
                        (212) 867-0123

SAN00941708

Attorney Docket No.: 3573.214-US                          PATENT

Issue Batch Number:   U90

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Application of: Rex et al.

Serial No.: 08/054,913        Group Art Unit: 3307

Filed: April 27, 1993         Examiner: K. Asher

For: NOSE PEN

**ISSUE FEE TRANSMITTAL**

Hon. Commissioner of Patents and Trademarks
Washington, DC 20231

Sir:

  Applicants enclose the issue fee for the above-caption application and the Transmittal form (PTOL-85B).
  Please charge the issue fee, estimated to be $1170.00, and the fee for 20 copies of the issued patent, estimated to be $60.00, to Novo Nordisk of North America, Inc., Deposit Account No. 14-1447. A duplicate of this sheet is enclosed.

Respectfully submitted,

Date: March 25, 1994        _Steve D. Zelson_

         Steve T. Zelson, Reg. No. 30,335
         Novo Nordisk of North America, Inc.
         405 Lexington Avenue, Suite 6400
         New York, NY  10174-6201
         (212) 867-0123

SAN00941709

Attorney Docket No.: 3573.214-US

PATENT

Issue Batch No.  U90

**MAIL ROOM**
**MAR 28 1994**
**PAT & TRADEMARK OFF.**
**79**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:  Rex et al.

Serial No.:  08/054,913

Group Art Unit:  3307

Filed:  April 27, 1993

Examiner:  K. Asher

For:    NOSE PEN

### CERTIFICATE OF MAILING UNDER 37 CFR 1.8(a)

Hon. Commissioner of Patents and Trademarks
Washington, DC  20231

Sir:

      I hereby certify that the attached correspondence comprising:

1. Issue Fee Transmittal (in duplicate)
2. Part B - Issue Fee Transmittal (PTOL-85B)
3. Part C - Charge to Deposit Account (PTOL-85C)

is being deposited with the United States Postal Service as first class mail in an envelope addressed to:

      Box ISSUE FEE
      Commissioner of Patents and Trademarks
      Washington, DC  20231

on March 25, 1994.

      Steve T. Zelson
      (name of person mailing paper)


      (signature of person mailing paper)

SAN00941710

```
Your input please
fr a 2574319

Your question
FR        2574319
Family members
 CC PUBDAT KD  DOC.NO. CC PR.DAT AKP YY   PR. NO.
 FR 860613 A1  2574319 FR 840821 PA  84   8413887
      1  MEMBERS         1  COUNTRIES
Your input please
ep a 0338806

Your question
EP       P      338806
Family members
 CC PUBDAT KD   DOC.NO. CC PR.DAT AKP YY   PR. NO.
 AU 891019 A1 33064/89 GB 880415 PA  88   8809115
 AU 920130 B2   619536
 BR 891128 A    8901828
 DK 890418 A0   1860/89
 DK 891019 A    1860/89
 EP 891025 A2   338806
      DES  BE CH DE ES FR GB GR IT LI LU
           NL
 EP 891129 A3   338806
      DES  BE CH DE ES FR GB GR IT LI LU
           NL
 GB 880518 A0   8809115
 JP 900312 A2  2071758
 US 920414 A   5104380
     10  MEMBERS         7  COUNTRIES
Your input please
fr a 2628011

Your question
FR       2628011
Family members
 CC PUBDAT KD  DOC.NO. CC PR.DAT AKP YY   PR. NO.
 AU 890907 A1 30185/89 FR 880304 PA  88   8802756
 AU 910711 B2   612467
 FR 890908 A1  2628011
 FR 910125 B1  2628011
 GB 890412 A0  8904925
 GB 891011 A1  2216424
 GB 920311 B2  2216424
 NZ 910326 A    228209
      8  MEMBERS         4  COUNTRIES
Your input please
ep a 0028173

Your question
EP       P      28173
Family members
 CC PUBDAT KD  DOC.NO. CC PR.DAT AKP YY   PR. NO.
 EP 810506 A1   28173 FR 791030 PA  79   7926851
      DES  AT BE CH DE GB IT LU NL SE
 FR 810509 A1  2468413
 JP 810711 A2 56085323
      3  MEMBERS         3  COUNTRIES
Your input please
de c 184313

Your question
DE       184313
```

SAN00941711

```
        0  MEMBERS       0  COUNTRIES
Your input please
gb a 553149

Your question
GB              553149
        0  MEMBERS       0  COUNTRIES
Your input please
wo a 8809189

Your question
WO      P      8809189
Family members
   CC PUBDAT KD  DOC.NO. CC PR.DAT AKP YY   PR.  NO.
   AT 920415 E     73679 FR 870526 PA  87  8707409
   AU 881221 A1 17934/88
   DE 920423 C0  3869214
   EP 881207 A2   294272
      DES  ES GR
   EP 890405 A3   294272
      DES  ES GR
   EP 890517 A1   315661
      DES  AT BE CH DE FR GB IT LI LU NL
          SE
   EP 920318 B1   294272
      DES  AT BE CH DE ES FR GB GR IT LI
          LU NL SE
   FR 881202 A1  2615739
   FR 900119 B1  2615739
   JP 891116 T2  1503367
   US 910917 A   5049125
   WO 881201 A2  8809189
      DES  AU BR DK FI JP KR NO US
Please turn over to next page

      REG  AT BE CH DE FR GB IT LU NL SE
   WO 890209 A3  8809189
      DES  AU BR DK FI JP KR NO US
      REG  AT BE CH DE FR GB IT LU NL SE
  +AT 920415 E     73679 FR 880411 PA  88  8804764
  +AU 881221 A1 17934/88
  +DE 920423 C0  3869214
  +EP 881207 A2   294272
      DES  ES GR
  +EP 890405 A3   294272
      DES  ES GR
  +EP 890517 A1   315661
      DES  AT BE CH DE FR GB IT LI LU NL
          SE
  +EP 920318 B1   294272
      DES  AT BE CH DE ES FR GB GR IT LI
          LU NL SE
   FR 891013 A1  2629706
   FR 920522 B1  2629706
  +JP 891116 T2  1503367
  +US 910917 A   5049125
  +WO 881201 A2  8809189
      DES  AU BR DK FI JP KR NO US
Please turn over to next page

      REG  AT BE CH DE FR GB IT LU NL SE
  +WO 890209 A3  8809189
      DES  AU BR DK FI JP KR NO US
      REG  AT BE CH DE FR GB IT LU NL SE
```

SAN00941712

```
+AU 881221 A1 17934/88 WO 880524 PA  88FR 8800258
+EP 890517 A1   315661 W  880524 PW  88FR 8800258
      DES  AT BE CH DE FR ..  T LI LU NL
         SE
+JP 891116 T2  1503367
+US 910917 A    5049125
+AT 920415 E      73679 EP 880524 PA  88  83401260
      31 MEMBERS      8 COUNTRIES
Your input please
gb 9100532

Your question
GB          9100532
Family members
 CC PUBDAT KD  DOC.NO. CC PR.DAT AKP YY   PR.  NO.
 GB 910220 A0  9100532 GB 910110 PA  91   9100532
 GB 920715 A1  2251550
     2 MEMBERS      1 COUNTRIES
Your input please
wo 9115303

Your question
WO    P    9115303
Family members
 CC PUBDAT KD  DOC.NO. CC PR.DAT AKP YY   PR.  NO.
 AU 911030 A1 76553/91 GB 900406 PA  90   9007813
 GB 900606 A0  9007813
 GB 910522 A0  9107138
 GB 911218 A1  2245030
 NO 921005 A0   923876
 WO 911017 A2  9115303
     DES  AU BR CA FI GB JP KR NO US
     REG  AT BE CH DE DK ES FR GB GR IT
          LU NL SE
 WO 911128 A3  9115303
     DES  AU BR CA FI GB JP KR NO US
     REG  AT BE CH DE DK ES FR GB GR IT
          LU NL SE
+AU 911030 A1 76553/91 WO 910405 PA  91GB 9100532
+NO 921005 A0   923876 WO 910405 PW  91GB 9100532
     9 MEMBERS      4 COUNTRIES
Your input please
ep a 0338806

Your question
EP    P    338806
Family members
 CC PUBDAT KD  DOC.NO. CC PR.DAT AKP YY   PR.  NO.
 AU 891019 A1 33064/89 GB 880418 PA  88   8809115
 AU 920130 B2   619536
 BR 891128 A   8901828
 DK 890418 A0  1860/89
 DK 891019 A   1860/89
 EP 891025 A2   338806
     DES  BE CH DE ES FR GB GR IT LI LU
          NL
 EP 891129 A3   338806
     DES  BE CH DE ES FR GB GR IT LI LU
          NL
 GB 880519 A0  8809115
 JP 900312 A2  2071758
 US 920414 A   5104380
    10 MEMBERS      7 COUNTRIES
Your input please
logoff
```

SAN00941713

```
Your question
LO     S
       0  MEMBERS           0  COUNTRIES
Your input please
end

14:21:35                 TIME
14:17:09                 START
92.11.06                 DATE
9950                     TASK NUMBER
        6,6471           CPU TIME
DATEX1                   USER
please log in:

=> d his

      (FILE 'USPAT' ENTERED AT 08:24:42 ON 06 NOV 92)
L1      125779 S 128/CLAS OR 604/CLAS OR 222/CLAS
L2       21083 S L1 AND LIQUID#
L3        3711 S L2 AND (SPRAY### OR AEROSOL?)
L4         891 S L3 AND PISTON#
L5         626 S L4 AND SPRING#
L6           5 S L5 AND PEN
L7           8 S L5 AND INSULIN — NO GOOD
                                    --------

=> d 16 1-5
```

1. 5,049,125, Sep. 17, 1991, Needleless injection apparatus of a
   liquid  , notably for dental care; Claude Accaries, et al.,   604/70  ,
   68  ,  71  [IMAGE AVAILABLE]

2.  5,022,414, Jun. 11, 1991, Tissue separator method; George H. Muller,
    128/898  ; 606/190 [IMAGE AVAILABLE]

3.  4,397,640, Aug. 9, 1983, Instrument for irrigation of a surgical
    site; Erich Haug, et al.,   604/33  ; 433/95, 180;   604/35  ; D24/113

4.  4,241,850, Dec. 30, 1980, Personal protective device; Eugene M.
    Speer, et al.,   222/39  ; 42/1.08, 1.09; 63/1.1;   222/78  ,  82  ,
    162  ,  325  ,  336  ; 239/154 [IMAGE AVAILABLE]

5. 3,698,390, Oct. 17, 1972, DISPENSING FOR MEDICAMENTS; Frank Donald
   Ferris,   128/202.13  ;   604/59

```
=>
Session canceled by user rRRJUUUUUUUUUUUUUUU

NO CARRIER

ATH
OK
```

SAN00941714

```
FILE 'USPAT' ENTERED AT 08:39:07 ON 06 NOV 92
=> s 5104380/pn
L8          1 5104380/PN

=> d 18

1.   5,104,380 , Apr. 14, 1992, Syringe with dose metering device; Rury
R. Holman, et al., 604/117, 157, 211, 224, 232 [IMAGE AVAILABLE]

=> s 5049125/pn
L9          1 5049125/PN

=> d

1.   5,049,125 , Sep. 17, 1991, Needleless injection apparatus of a
liquid, notably for dental care; Claude Accaries, et al., 604/70, 68, 71
[IMAGE AVAILABLE]

=>
Session canceled by user re~UUUUUUUUUUUUUUUU

NO CARRIER

AA
<F2>NoEcho <F3>Mark <F5>Prtoff <F6>NoSave <F7>Line <F8>Logoff <F9>Hngp <F10>Brk
```

SAN00941715



13A24942 US

**POST OFFICE TO ADDRESSEE**

EXPRESS MAIL NEXT DAY SERVICE

**ORIGIN**

| ORIGIN | | Postage $ |
|---|---|---|
| Post Office Zip Code | Time In A.M. / P.M. | Return Receipt $ |
| Initials of Receiving Clerk | Weight lbs. | C.O.D. $ |

**ACCEPTANCE**

☑ Next Day Delivery  or  ☐ Second Day Delivery
☐ By 12 Noon  or  ☐ By 3:00 P.M.
☐ Military 2nd Day  or  ☐ Military 3rd Day

| Total Postage & Fees | $ |

Express Mail Corporate Account No.

Federal Agency Account No.

**FROM:**

NOVO NORDISK
405 LEXINGTON AVE    62ND FL
NEW YORK N Y 10174 0062

ADDRESSEE'S COPY

...or destination and rate

**DESTINATION**

| DESTINATION | Date | Time of Delivery ☐ A.M. ☐ P.M. |
|---|---|---|

X  Signature of Addressee

MAIL ROOM
JAN 31 1992
PTO DISTRIBUTION CTR

**DELIVERY WAS ATTEMPTED**  Date / Time: ☐ A.M. ☐ P.M.

Signature of Delivery Employee

**Waiver of Signature and Indemnity (Domestic Only)**  The addressee or addressee's agent (if delivery to addressee is restricted) must sign for receipt of mail requiring the signature of the addressee, or authorizes the delivery employee to sign that the article described was delivered, and I understand that the signature of the delivery employee will constitute valid proof of delivery.

SIGNED

**TO:**  Telephone Number:

BOX PCT
HON COMMISSIONER OF
PATENTS AND TRADEMARKS
WASHINGTON D C 20231

SAN00941716



07/793,412   01/13/92   128        3307

*2-00*   *DKX 2-00*        *DKX 3-00*
JORN HEX, ROSKILDE, DENMARK; KIM STEENGAARD, HVIDOVRE, DENMARK; SVEND
ELK, BIRKEROED, DENMARK; DKX

**CONTINUING DATA*************************
VERIFIED

**FOREIGN/PCT APPLICATIONS***************
VERIFIED   DENMARK      3028/90        12/21/90

DKX            2        16        1   $1,140.00   3573.204-US

STEVE T. ZELSON
NOVO NORDISK OF NORTH AMERICA, INC.
405 LEXINGTON AVE.,
SUITE 6200
NEW YORK, NY 10017

PEN SHAPED DEVICE FOR NASAL ADMINISTRATION OF DOSES OF A LIQUID
MEDICINE

SAN00941717

**DO/US WORKSHEET**

| INTERNATIONAL APPLICATION NUMBER | PRIORITY DATE | CH. II ☐ | 20 ☐ | 30 MO. DUE DATE: |
|---|---|---|---|---|
| PCT/DK91/00400 | 21 DEC 90 | | | 21 Ac 1992 |

| INTERNATIONAL FILING DATE | FIRST NAMED APPLICANT FOR DO/EO/US | | TOTAL NUMBER |
|---|---|---|---|
| 19 Dec 1991 | Rex Jørn et al | | 3 |

**LANGUAGE OF FILING**
- ☑ ENGLISH
- ☐ FRENCH
- ☐ GERMAN
- ☐ JAPANESE
- ☐ RUSSIAN
- ☐ SPANISH
- ☐ _____

**LANGUAGE OF PUBLICATION**
- ☑ ENGLISH
- ☐ FRENCH
- ☐ GERMAN
- ☐ JAPANESE
- ☐ RUSSIAN
- ☐ SPANISH
- ☐ NOT PUBLISHED:
  - ☐ U.S. ONLY DO/EO
  - ☐ AS OF EP REQUEST

**PUBLICATION**
NO.
WO 92/11049
DATE
2 July 1992
GAZETTE ISSUE
17/1992

**DATE OF RECEIPT OF:**
PCT/IB/302
11 Feb 1992
PCT/IB/304
_____
PCT/IB/310 (A)
16 July 1992
PCT/IB/310 (PD)
_____
PCT/IB/331
_____
PCT/IPEA/409
_____

**ART 20 RECEIPTS FROM IB**   ☐ NORMAL   ☐ FROM APPLICANT   ☐ IB LATE

| ITEM | COMPLETE | | | |
|---|---|---|---|---|
| REQUEST | ☑ YES | ☐ NO | | |
| DESCRIPTION | ☑ YES | ☐ NO | | |
| CLAIMS | ☑ YES | ☐ NO | | |
| DRAWING | ☑ YES | ☐ NO | ☐ NO DRAWINGS ON FILING | |
| SEARCH REPORT ORIGINAL | ☑ YES | ☐ NO | ☐ ARTICLE 17 DECLARATION | |
| SEARCH REPORT ENGLISH | ☑ YES | ☐ NO | | |
| AMENDED CLAIMS | ☐ YES | ☐ NO | | |
| PRIORITY DOCUMENT | ☑ YES | ☐ NO | ☐ NOT AMENDED ☐ PUB. BEFORE TIME LIMIT | |
| IPER | ☐ YES | ☐ NO | TOTAL PRIORITY DOCUMENTS _____ | |

☐ EP REQUEST
REMINDER MAIL DATE

35 U.S.C. 371 REC'D
13 JAN 1992

ASSIGNMENT
_____

PRELIMINARY AMDT.
_____

DISCLOSURE STATEMENT
_____

***RECEIPTS FROM APPLICANT UNDER 35 U.S.C. 371**

| ITEM | COMPLETE AT 24 ☐ 30 MO. | COMPLETE AT 22 ☐ 32 MO. | | |
|---|---|---|---|---|
| NATIONAL FEE | ☑ YES ☐ NO | ☐ YES ☐ SURCHARGE ☐ NO | | |
| OATH/DECLARATION | ☑ YES ☐ NO | ☐ YES ☐ SURCHARGE ☐ NO | | |
| TRANSLATION OF: | | ☐ PROCESSING FEE | | |
| REQUEST | ☑ YES ☐ NO | ☐ YES ☐ NO | ☐ NO TRANSLATION REQUIRED | |
| DESCRIPTION | ☑ YES ☐ NO | ☐ YES ☐ NO | | |
| CLAIMS | ☑ YES ☐ NO | ☐ YES ☐ NO | | |
| ABSTRACT | ☑ YES ☐ NO | ☐ YES ☐ NO | | |
| AMENDS./DRAWING | ☑ YES ☐ NO | ☐ YES ☐ NO | ☐ NONE | |
| ARTICLE 19 AMDT. | ☐ YES ☐ NO** | | **☐ CANCELLED | |
| (TO CLAIMS: MUST BE RECEIVED BY 20 OR 30 MOS.) | | | | |
| ART. 36(3) AMDT. | ☐ YES ☐ NO | ☐ YES ☐ NO ☐ NONE | | |
| (TO ☐ CLAIMS ☐ DESCRIPTION ☐ DRAWING: CANCELLED IF NOT BY 32 MO.) | | | | |

ACCEPT. NOTICE MAILED
_____

ABANDON NOTICE MAILED
_____

35 U.S.C. 102e DATE
13 JAN 1992

**OTHER RECEIPTS FROM APPLICANT AND DATE RECEIVED:**

**EP REQUEST**   ☑ YES   ☐ NO

RECEIVED BEFORE:   ☐ 16 MO SEARCH REPORT   ☐ 18 MO PUB   ☐ ART 20 FROM IB

OTHER:
_____
_____

**INFORMALITIES**   ☐ YES   ☐ NO   ☐ OATH/DECLARATION
_____

FORM PCT/DO/EO/902 (REV. 4-87)    U.S. DEPARTMENT OF COMMERCE/Patent and Trademark Office

SAN00941718



**UNITED STATES DEP~ ~MENT OF COMMERCE**
**Patent and Trademark Office**

United States Receiving Office
United States International Searching Authority
United States International Preliminary Examining
Authority
United States Designated Office
United States Elected Office

Address: Commissioner of Patents and Trademarks
Box PCT
Washington, D.C. 20231

SERIAL #: _02/793440_

TO:       Patent Examiner

FROM:     Catherine Short, DO/EO Supervisor
          International Division

SUBJECT:  Priority Document


☑ The priority document was unavailable at the time the National

Requirements were processed. The priority document _3028/9_

will be forwarded to your office upon receipt in the International

Office.


☐ Priority document _____ is attached. Please enter in

the application serial number _____ and endorse

appropriately.


     Thank you for your assistance. If you have any questions

related to this application please contact me on (703) 603-0465.

_Paulette Kidwell_  _315-3915_

SAN00941719

PATENT APPLICATION FEE DETERMINATION RECORD

793,412

| CLAIMS AS FILED - PART I | | | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| | (Column 1) | | | | | | |
| FOR | NUMBER FILED | NUMBER EXTRA | RATE | FEE | | RATE | FEE |
| BASIC FEE | | | | $460 | OR | | $920 |
| TOTAL CLAIMS | 16 | minus 20 = | 10 | | OR | 20 | |
| INDEPENDENT CLAIMS | 1 | minus 3 = | 36 | | OR | 72 | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | 110 | | OR | 220 | 220 |
| | | | TOTAL | | OR | TOTAL | 1,140 |

* If the difference in column 1 is less than zero, enter "0" in column 2

| CLAIMS AS AMENDED - PART II | | | | | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| | | (Column 1) | (Column 2) | (Column 3) | | | | | |
| AMENDMENT A | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| | Total | * | Minus ** | | | | OR | | |
| | Independent | * | Minus *** | | | | OR | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | | OR | | |
| | | | | | TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

| | | (Column 1) | (Column 2) | (Column 3) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT B | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| | Total | * | Minus ** | | | | OR | | |
| | Independent | * | Minus *** | | | | OR | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | | OR | | |
| | | | | | TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

| | | (Column 1) | (Column 2) | (Column 3) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT C | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| | Total | * | Minus ** | | | | OR | | |
| | Independent | * | Minus *** | | | | OR | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | | OR | | |
| | | | | | TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 12 90)    For Fees Effective Nov. 5, 1990    Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

SAN00941720

# PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 1992

**Application or Docket Number** 254913

## CLAIMS AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | $355.00 | OR | | $710.00 |
| TOTAL CLAIMS | 16 minus 20 = | | x$11= | | OR | x$22= | — |
| INDEPENDENT CLAIMS | 1 minus 3 = | | x 37= | | OR | x 74= | — |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +115= | | OR | +230= | 230 |
| | | | TOTAL | | | TOTAL | 940 |

\* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

| | | (Column 1) | | (Column 2) | (Column 3) | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT A** | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| | Total | \* | Minus | \*\* | = | x$11= | | OR | x$22= | |
| | Independent | \* | Minus | \*\*\* | = | x 37= | | OR | x 74= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 115= | | OR | +230= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |
| **AMENDMENT B** | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| | Total | \* | Minus | \*\* | = | x$11= | | OR | x$22= | |
| | Independent | \* | Minus | \*\*\* | = | x 37= | | OR | x 74= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 115= | | OR | + 230= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |
| **AMENDMENT C** | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| | Total | \* | Minus | \*\* | = | x$11= | | OR | x$22= | |
| | Independent | \* | Minus | \*\*\* | = | x 37= | | OR | x 74= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +115= | | OR | +230= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev.10-92)

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

SAN00941721

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective October 1, 1992

Application or Docket Number
*254913*

| CLAIMS AS FILED - PART I | | | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | RATE | FEE | | RATE | FEE |
| BASIC FEE | | | | $355.00 | OR | | $710.00 |
| TOTAL CLAIMS | *16* minus 20 = | * — | x11= | | OR | x$22= | — |
| INDEPENDENT CLAIMS | *1* minus 3 = | * — | x 37= | | OR | x 74= | *230* |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +115= | | OR | +230= | *230* |
| * If the difference in column 1 is less then zero, enter "0" in column 2 | | | TOTAL | | OR | TOTAL | *940* |

**CLAIMS AS AMENDED - PART II**

| | | (Column 1) | | (Column 2) | (Column 3) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT A | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| | Total | * | Minus | ** | = | x11= | | OR | x$22= | |
| | Independent | * | Minus | *** | = | x 37= | | OR | x 74= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 115= | | OR | +230= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| | | (Column 1) | | (Column 2) | (Column 3) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT B | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| | Total | * | Minus | ** | = | x11= | | OR | x$22= | |
| | Independent | * | Minus | *** | = | x 37= | | OR | x 74= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 115= | | OR | + 230= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| | | (Column 1) | | (Column 2) | (Column 3) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT C | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| | Total | * | Minus | ** | = | x11= | | OR | x$22= | |
| | Independent | * | Minus | *** | = | x 37= | | OR | x 74= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +115= | | OR | +230= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
   The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev.10-92)

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

SAN00941721

# PALM III APPLICATION FILE DATA CODING SHEET

U.S. DEPARTMENT OF COMMERCE—PATENT & TM OFFICE

PTO-1130
(rev 9-87)

FORMAT NO. 2  Serial No.  TYPE APPL
07/793412

FORMAT NO. 3
ATTORNEY DOCKET NUMBER (12 spaces)

FILING DATE
Month | Day | Year

SPECIAL HANDLING

GROUP ART UNIT

CLASS

SHEETS OF DRAWINGS

ASGT?

TOTAL CLAIMS

INDEPENDENT CLAIMS

SMALL ENTITY?

SECURITY/FOREIGN
CASE? | FOREIGN LICENSE?

DATE

FILING FEE RECEIVED

PREPARED BY

FORMAT NO. 4  Applicant's Name & Address
☐ APPL. PAPERS   ☐ CODING SHEET

FORMAT NO. 5  Title of Invention
☐ APPL. PAPERS   ☐ CODING SHEET

FORMAT NO. 6&7  Correspondence Address
☐ APPL. PAPERS   ☐ CODING SHEET

FORMAT NO. 8

| | RECORD | 8 | 0 | 1 |
| | RECORD | 8 | 0 | 2 |
| | RECORD | 8 | 0 | 3 |
| | RECORD | 8 | 0 | 4 |
| | RECORD | 8 | 0 | 5 |
| | RECORD | 8 | 0 | 6 |
| | RECORD | 8 | 0 | 7 |
| | RECORD | 8 | 0 | 8 |
| | RECORD | 8 | 0 | 9 |
| | RECORD | 8 | 1 | 0 |

☐ MORE ON SUPPLEMENTAL CODING SHEET

CONTINUITY CODE

PARENT APPLICATION SERIAL NUMBER

PARENT FILING DATE
Month | Day | Year

STATUS CODE

PARENT PATENT NUMBER

FORMAT NO. 9

| | RECORD | 9 | 0 | 1 |
| | RECORD | 9 | 0 | 2 |
| | RECORD | 9 | 0 | 3 |
| | RECORD | 9 | 0 | 4 |
| | RECORD | 9 | 0 | 5 |
| | RECORD | 9 | 0 | 6 |
| | RECORD | 9 | 0 | 7 |
| | RECORD | 9 | 0 | 8 |
| | RECORD | 9 | 0 | 9 |
| | RECORD | 9 | 1 | 0 |

FOREIGN PRIORITY CLAIMED?
☐ YES
☐ NO

☐ APPLICATION PAPERS

☐ MORE ON SUPPLEMENTAL CODING SHEET

COUNTRY CODE

PCT/FOREIGN APPLICATION SERIAL NUMBER

FILING DATE
Month | Day | Year

SAN00941722

FORMAT NO. 3  ATTORNEY'S REGISTRATION NO.(S)

RECORD 301

No. 1
No. 2
No. 3
No. 4
No. 5
No. 6
No. 7

RECORD 302

No. 1
No. 2
No. 3
No. 4
No. 5
No. 6
No. 7

RECORD 303

No. 1
No. 2
No. 3
No. 4
No. 5
No. 6
No. 7

☐ MORE ON SUPPLEMENTAL CODING SHEET

FORMAT NO. 5  TITLE OF INVENTION (70 spaces)

RECORD 501
RECORD 502
RECORD 503
RECORD 504

FORMAT NO. 6  CORRESPONDENCE ADDRESS (40 spaces)

RECORD 601
RECORD 602

FORMAT NO. 7

RECORD 701
RECORD 702
RECORD 703

PTO-1730 page 2 (REV. 8-87)

FORMAT NO. 4  APPLICANT(S) NAME AND ADDRESS

RECORD 4 0 1    AUTHORITY    FAMILY NAME (25 spaces)

GIVEN NAMES (15 spaces)

CITY (15 spaces)    STATE/COUNTRY    NAME-SUFFIX

RECORD 4 0 2    AUTHORITY    FAMILY NAME (25 spaces)

GIVEN NAMES (25 spaces)

CITY (15 spaces)    STATE/COUNTRY    NAME-SUFFIX

☐ MORE ON SUPPLEMENTAL CODING SHEET

*U.S. Government Printing Office: 1991 — 296-365

U.S. DEPARTMENT OF COMMERCE--Patent & Trademark Office

SAN00941723

**MULTIPLE DEPE_____NT CLAIM
FEE CALCULATION SHEET**
*(FOR USE WITH FORM PTO-875)*

| SERIAL NO. | | FILING DATE |
|---|---|---|
| APPLICANT(S) | | |

| CLAIMS | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AS FILED | | AFTER 1st AMENDMENT | | AFTER 2nd AMENDMENT | | | * | | * | | * |
| | IND. | DEP. | IND. | DEP. | IND. | DEP. | | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 1 | | | | | | | 51 | | | | | | |
| 2 | | | | | | | 52 | | | | | | |
| 3 | | | | | | | 53 | | | | | | |
| 4 | | | | | | | 54 | | | | | | |
| 5 | | | | | | | 55 | | | | | | |
| 6 | | | | | | | 56 | | | | | | |
| 7 | | | | | | | 57 | | | | | | |
| 8 | | | | | | | 58 | | | | | | |
| 9 | | | | | | | 59 | | | | | | |
| 10 | | | | | | | 60 | | | | | | |
| 11 | | | | | | | 61 | | | | | | |
| 12 | | | | | | | 62 | | | | | | |
| 13 | | | | | | | 63 | | | | | | |
| 14 | | | | | | | 64 | | | | | | |
| 15 | | | | | | | 65 | | | | | | |
| 16 | | | | | | | 66 | | | | | | |
| 17 | | | | | | | 67 | | | | | | |
| 18 | | | | | | | 68 | | | | | | |
| 19 | | | | | | | 69 | | | | | | |
| 20 | | | | | | | 70 | | | | | | |
| 21 | | | | | | | 71 | | | | | | |
| 22 | | | | | | | 72 | | | | | | |
| 23 | | | | | | | 73 | | | | | | |
| 24 | | | | | | | 74 | | | | | | |
| 25 | | | | | | | 75 | | | | | | |
| 26 | | | | | | | 76 | | | | | | |
| 27 | | | | | | | 77 | | | | | | |
| 28 | | | | | | | 78 | | | | | | |
| 29 | | | | | | | 79 | | | | | | |
| 30 | | | | | | | 80 | | | | | | |
| 31 | | | | | | | 81 | | | | | | |
| 32 | | | | | | | 82 | | | | | | |
| 33 | | | | | | | 83 | | | | | | |
| 34 | | | | | | | 84 | | | | | | |
| 35 | | | | | | | 85 | | | | | | |
| 36 | | | | | | | 86 | | | | | | |
| 37 | | | | | | | 87 | | | | | | |
| 38 | | | | | | | 88 | | | | | | |
| 39 | | | | | | | 89 | | | | | | |
| 40 | | | | | | | 90 | | | | | | |
| 41 | | | | | | | 91 | | | | | | |
| 42 | | | | | | | 92 | | | | | | |
| 43 | | | | | | | 93 | | | | | | |
| 44 | | | | | | | 94 | | | | | | |
| 45 | | | | | | | 95 | | | | | | |
| 46 | | | | | | | 96 | | | | | | |
| 47 | | | | | | | 97 | | | | | | |
| 48 | | | | | | | 98 | | | | | | |
| 49 | | | | | | | 99 | | | | | | |
| 50 | | | | | | | 100 | | | | | | |
| TOTAL IND. | | | | | | | TOTAL IND. | | | | | | |
| TOTAL DEP. | 16 | | | | | | TOTAL DEP. | | | | | | |
| TOTAL CLAIMS | 17 | | | | | | TOTAL CLAIMS | | | | | | |

FTO-1360 (3-78)    *MAY BE USED FOR ADDITIONAL CLAIMS OR AMENDMENTS    U.S. DEPARTMENT of COMMERCE
Patent and Trademark Office

SAN00941724

PTO 1136
(REV 11/90)

**U.S. DEPARTMENT OF COMMERCE– PATENT & TRADEMARK OFFICE**

**PACE DATA ENTRY CODING SHEET**

| APPLICATION NUMBER | TYPE APPL | SMALL ENTITY? | FILING DATE MONTH / DAY / YEAR | FILING FEE | SPECIAL HANDLING | FOREIGN LICENSE | 1ST EXAMINER / 2ND EXAMINER | GROUP ART UNIT | CLASS | SHEETS OF DRAWING |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/054913 | 2 | 0 | 01 27 93 | 1940 | | N | M Davidson  DATE 6/7/93 | 3302 | 128 | 1-2 |

TOTAL CLAIMS: 16  
INDEPENDENT CLAIMS: 1

ATTORNEY DOCKET NUMBER: 3573-21445

**CONTINUITY DATA**

| CONTINUITY CODE | STATUS CODE | PARENT APPLICATION SERIAL NUMBER | PARENT PATENT NUMBER | PARENT FILING DATE MONTH / DAY / YEAR |
|---|---|---|---|---|
| 0 | 3 | 07923918 | | 07 13 92 |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |

**PCT/FOREIGN APPLICATION DATA**

| FOREIGN PRIORITY CLAIMED | COUNTRY CODE | PCT/FOREIGN APPLICATION SERIAL NUMBER | FOREIGN FILING DATE MONTH / DAY / YEAR |
|---|---|---|---|
| Y | XXX | PCT/DK91/00400 | 12 9 91 |
| | DKX | 3028/90 | 12 21 90 |
| | | | |

SAN00941725

TITLE OF INVENTION

ATTORNEY REGISTRATION NUMBERS

CORRESPONDENCE NAME AND ADDRESS

APPLICANT/INVENTOR DATA

AUTHORITY CODE

FAMILY NAME

GIVEN NAME

NAME SUFFIX

CITY

STATE/CTRY CODE

AUTHORITY CODE

FAMILY NAME

GIVEN NAME

NAME SUFFIX

CITY

STATE/CTRY CODE

MORE

SAN00941726

TITLE OF INVENTION

ATTORNEY REGISTRATION NUMBERS

CORRESPONDENCE NAME AND ADDRESS

APPLICANT/INVENTOR DATA

AUTHORITY CODE
FAMILY NAME
GIVEN NAME
CITY
NAME SUFFIX
STATE/CTRY CODE

AUTHORITY CODE
FAMILY NAME
GIVEN NAME
CITY
NAME SUFFIX
STATE/CTRY CODE

MORE

SAN00941726

○ U.S. GOVERNMENT PRINTING OFFICE 1993-347-700

| PATENT NUMBER | ORIGINAL CLASSIFICATION | |
|---|---|---|
| | CLASS | SUBCLASS |
| | 128 | 200.22 |

| APPLICATION SERIAL NUMBER | CROSS REFERENCE(S) | | | |
|---|---|---|---|---|
| 08/054 913 | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | |

APPLICANT'S NAME (PLEASE PRINT)

| | | | | | | |
|---|---|---|---|---|---|---|
| | 128 | 207.18 | 200.14 | | | |
| *Rex et al* | 604 | 232 | 211 | | | |

IF REISSUE, ORIGINAL PATENT NUMBER

| INTERNATIONAL CLASSIFICATION | | | |
|---|---|---|---|
| A | 6 1 M | 15/08 | |
| A | 6 1 M | 11/00 | |
| A | 6 2 B | 7/00 | |
| A | 6 1 M | 5/00 | |

| GROUP ART UNIT | ASSISTANT EXAMINER (PLEASE STAMP OR PRINT FULL NAME) |
|---|---|
| | KIMBERLY L. ASHER |
| 3307 | PRIMARY EXAMINER (PLEASE STAMP OR PRINT FULL NAME) |
| | Edgar S. Burr |

PTO 270 (REV. 5-91)

**ISSUE CLASSIFICATION SLIP**

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

SAN00941727



Staple Issue Slip Here

| POSITION | INIT. | DATE |
|---|---|---|
| CLASSIFIER | | |
| EXAMINER | | |
| TYPIST | | |
| VERIFIER | | |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |

## INDEX OF CLAIMS



## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 128 | 200.14 | 11/5/92 | Kasler |
| | 200.22 | | |
| | 200.19 | | |
| | 200.18 | | |
| | 203.12 | | |
| | 203.19 | | |
| | 203.21 | | |
| | 203.22 | | |
| | 203.23 | | |
| | 207.18 | | |
| 604 | 207-209 | 11/6/92 | Kasler |
| | 211, 218 | | |
| | 232, 135 | | |

### SEARCH NOTES

| | Date | Exmr. |
|---|---|---|
| See APS, | 11/6/92 | |
| Inipadoc inside | 11/6/92 | Kasler |
| Ex. Gutowski 604/207,208,209, 211, 218, 232, 135, | | |
| Cross to 604/135, 211 | | |
| if new art. did Xerox/237 | | |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|

SAN00941729

07/793412

331

ABANDONED

APPROVED FOR LICENSE ☐
AUG 1 1992 ↄ4
INITIALS _____

ABANDONED

| Entered or Counted | | CONTENTS | | Received or Mailed |
|---|---|---|---|---|
| ⌐K91/40∪ | | 1. Application _____ papers & Prts. | | |
| | | 2. PCT/DEO/903 | | AUG 1 P 1992 |
| | | 2½. Primary Drawing | | 7-10-92 |
| 10/13 | | 3. Prior art Statement w/ Prior art | | Aug. 31, 1992 |
| 11-13R | | 4. X Parte Quayle (3mos.) | | Dec 7 1992 |
| | | 5. Interview Summary | | 2-1-93 RECEIVED |
| | | 6. Am. + Supl Decl. | | 3-16-93 |
| | | 7. Reg Gd. Time (3mos.) extd to 5-1-93 | | 4-27-93 |
| | | 8. | | 5. |
| | | 9. | | |
| | | 10. | | |
| | | 11. | | |
| | | 12. | | |
| | | 13. | | |
| | | 14. | | |
| | | 15. | | |
| | | 16. | | |
| | | 17. | | |
| | | 18. | | |
| | | 19. | | |
| | | 20. | | |
| | | 21. | | |
| | | 22. | | |
| | | 23. | | |
| | | 24. | | |
| | | 25. | | |
| | | 26. | | |
| | | 27. | | |
| | | 28. | | |
| | | 29. | | |
| | | 30. | | |
| | | 31. | | |
| | | 32. | | |

PAULETTE KIDWELL
INTERNATIONAL DIVISION

SAN00941730



SAN00941731

Staple Issue Slip Here

| POSITION | | ID NO. | DATE |
|---|---|---|---|
| CLASSIFIER | | | |
| EXAMINER | | 418 | 6/17/93 |
| TYPIST | 35 | 7W | 8-3-93 |
| VERIFIER | | 258 | 6-22 |
| CORPS CORR. | | | |
| SPEC. HAND | | | |
| FILE MAINT. | | | |
| DRAFTING | | | |

## INDEX OF CLAIMS

| Claim Final | Original | | | | Date | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | = | ∧ | | | | | | |
| | 2 | = | ∧ | | | | | | |
| | 3 | = | | | | | | | |
| | 4 | O | | | | | | | |
| | 5 | ∧ | | | | | | | |
| | 6 | | | | | | | | |
| | 7 | | | | | | | | |
| | 8 | | | | | | | | |
| | 9 | | | | | | | | |
| | 10 | | | | | | | | |
| | 11 | | | | | | | | |
| | 12 | | | | | | | | |
| | 13 | | | | | | | | |
| | 14 | | | | | | | | |
| | 15 | V | V | | | | | | |
| | 16 | O | = | | | | | | |
| | 17 | | | | | | | | |
| | 18 | | | | | | | | |
| | 19 | | | | | | | | |
| | 20 | | | | | | | | |
| | 21 | | | | | | | | |
| | 22 | | | | | | | | |
| | 23 | | | | | | | | |
| | 24 | | | | | | | | |
| | 25 | | | | | | | | |
| | 26 | | | | | | | | |
| | 27 | | | | | | | | |
| | 28 | | | | | | | | |
| | 29 | | | | | | | | |
| | 30 | | | | | | | | |
| | 31 | | | | | | | | |
| | 32 | | | | | | | | |
| | 33 | | | | | | | | |
| | 34 | | | | | | | | |
| | 35 | | | | | | | | |
| | 36 | | | | | | | | |
| | 37 | | | | | | | | |
| | 38 | | | | | | | | |
| | 39 | | | | | | | | |
| | 40 | | | | | | | | |
| | 41 | | | | | | | | |
| | 42 | | | | | | | | |
| | 43 | | | | | | | | |
| | 44 | | | | | | | | |
| | 45 | | | | | | | | |
| | 46 | | | | | | | | |
| | 47 | | | | | | | | |
| | 48 | | | | | | | | |
| | 49 | | | | | | | | |
| | 50 | | | | | | | | |

| Claim Final | Original | Date |
|---|---|---|
| | 51 | |
| | 52 | |
| | 53 | |
| | 54 | |
| | 55 | |
| | 56 | |
| | 57 | |
| | 58 | |
| | 59 | |
| | 60 | |
| | 61 | |
| | 62 | |
| | 63 | |
| | 64 | |
| | 65 | |
| | 66 | |
| | 67 | |
| | 68 | |
| | 69 | |
| | 70 | |
| | 71 | |
| | 72 | |
| | 73 | |
| | 74 | |
| | 75 | |
| | 76 | |
| | 77 | |
| | 78 | |
| | 79 | |
| | 80 | |
| | 81 | |
| | 82 | |
| | 83 | |
| | 84 | |
| | 85 | |
| | 86 | |
| | 87 | |
| | 88 | |
| | 89 | |
| | 90 | |
| | 91 | |
| | 92 | |
| | 93 | |
| | 94 | |
| | 95 | |
| | 96 | |
| | 97 | |
| | 98 | |
| | 99 | |
| | 100 | |

SYMBOLS
- .............. Rejected
= .............. Allowed
− (through numeral) .... Canceled
N .............. Restricted
÷ .............. Non-elected
I .............. Interference
A .............. Appeal
O .............. Objected

(LEFT INSIDE)

SAN00941732



| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date. | Exmr. |
| 128 | 200.14 200.18 200.19 200.22 203.12 203.19 203.21 203.22 203.23 207.18 | 7/23/93 | Kisher |
| 604 | 207.209, 211, 218 232, 135 | | |

| SEARCH NOTES | | |
|---|---|---|
| | Date | Exmr. |
| | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 128 | 200.14 200.22 207.18 | 2/4/94 | KAsh |
| 604 | 211,232 | | |

(RIGHT OUTSIDE)

SAN00941733

00/054913

APPROVED FOR LICENSE ☐

INITIALS _____

Date
Entered
or
Counted

# CONTENTS

Date
Received
or
Mailed

| | | Application ———— papers. | | |
|---|---|---|---|
| | 8. | Pre Amdt A | 4-27-93 |
| 7-26 | 9. | Ex Parte Quayle (2 mos.) | JUL 27 1993 |
| | 10. | Res. Ext Time (3 mos.) ext'd to 12-27-93 | 12-29-93 Ex. 12-27-97 |
| 2 | 11. | Amdt B | 12-29-93 |
| | 12. | Ntc of Informality (30 days) | -3 FEB 1994 |
| | 13. | Interview Summary | 2-3 & 4-94 |
| | 14. | Examiner's Amdt | 8 FEB 1994 |
| | 15. | PTO GRANT JUL 26 1994 | |

(FRONT)

SAN00941734