IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-645-SLR |
| | ) |
| SANOFI-AVENTIS, AVENTIS | ) |
| PHARMACEUTICALS INC., and AVENTIS | ) |
| PHARMA DEUTSCHLAND GMBH, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court upon Defendants' Motion to Issue Letters of Request for International Judicial Assistance. Having reviewed the notice, and being fully advised in the premises, the Court grants Defendants' application for Letters of Request for International Judicial Assistance, requesting assistance from the appropriate judicial authority of Denmark to take the depositions of Messrs. Einar Tronier Hansen, Jens Møller Jensen, Peter Møller Jensen, and Benny Munk. The executed Letters of Request with the Seal of the Court are attached. Defendants shall forward the Letters of Request and any and all necessary translations and copies to the appropriate authorities.

SO ORDERED this ___20th___ day of ___November___, 2006.

_____
United States District Judge