IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVO NORDISK A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-645-SLR |
| | ) | |
| SANOFI-AVENTIS, AVENTIS PHARMACEUTICALS INC., and AVENTIS PHARMA DEUTSCHLAND GMBH, | ) ) ) ) | |
| Defendants. | ) | |

**LETTER OF REQUEST FOR INTERNATIONAL
JUDICIAL ASSISTANCE (EINAR TRONIER HANSEN)**

I.

1. Sender:  
United States District Court  
District of Delaware  
J. Caleb Boggs Federal Building  
844 N. King Street  
Wilmington, DE 19801  
United States of America

2. Central Authority of the Requested State:  
Danish Ministry of Justice  
Slotsholmsgade 10  
1216 Copenhagen K  
Denmark  
Tel: 45-3392-3340

3. Person to whom the executed request is to be returned:  
Steven J. Balick (DE Bar No. 2114)  
John G. Day (DE Bar No. 2403)  
Lauren E. Maguire (DE Bar No. 4261)  
ASHBY & GEDDES, P.A.  
222 Delaware Avenue, 17th Floor  
P.O. Box 1150  
Wilmington, Delaware 19899  
Tel: (302) 654-1888

II.

4 & 5.    In conformity with Article 3 of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, the United States District Court for the District of Delaware, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware 19801 presents its compliments to the Danish Ministry of Justice, Slotsholmsgade 10, 1216 Copenhagen K, Denmark and requests international judicial assistance to obtain evidence to be used in a civil proceeding before this Court in the above-captioned matter.

6. The parties to this action and their respective representatives are:

**Plaintiff:**

Novo Nordisk A/S
Novo Allé
DK-2880 Bagsværd
Denmark

**Representatives of Plaintiff:**

Frederick L. Cottrell III
Anne Shea Gaza
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

Jeffrey J. Oelke
Scott T. Weingaertner
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787

**Defendants:**

Sanofi-Aventis
174/180 Avenue de France
Paris Cedex 75013
France

Aventis Pharmaceuticals Inc.
300 Somerset Corporate Blvd.
Bridgewater, NJ 08807-2854
United States of America

Aventis Pharma Deutschland GmbH
Kommunikation Deutschland

2

Gebäude F821
Industriepark Höscht
65926 Frankfurt
Germany

**Representatives of Defendants:**

Steven J. Balick
John G. Day
Lauren E. Maguire
ASHBY & GEDDES, P.A.
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899

Paul H. Berghoff
Curt Whitenack
Thomas E. Wettermann
Eric R. Moran
MCDONNELL BOEHNEN HULBERT &
    BERGHOFF, LLP
300 S. Wacker Drive
Chicago, Illinois 60606

7. This is an action brought by Novo Nordisk A/S ("Novo") against Sanofi-Aventis, Aventis Phamaceuticals Inc., and Aventis Pharma Deutschland GmbH ("Aventis") under the patent laws of the United States, Title 35 of the United States Code, seeking monetary damages and an injunction for alleged infringement of United States Patent No. 6,582,408 ("the '408 patent"). Novo is the assignee of the '408 patent. Aventis denies that it has infringed the '408 patent and asserts that the '408 patent is invalid and unenforceable.

Mr. Einar Tronier Hansen is a patent attorney and a former employee of Novo who performed a substantial amount of work relating to the patent application that issued as the '408 patent, as well as related patent applications. Mr. Hansen's name also appears on numerous documents produced by Novo in this litigation. Therefore, Mr. Hansen has important information and evidence for submission at trial.

8. This Court requests that the Central Authority forward this request to the appropriate judicial authority to compel the appearance of the below-named individual to give evidence under oath concerning his work relating to the '408 patent. This assistance is necessary in the interests of justice.

3

III.

| | | |
|---|---|---|
| 9. | Identity and address of person to be examined: | Mr. Einar Tronier Hansen<br>Tvingsager 24<br>DK-2650 Hvidovre<br>Denmark |
| 10. | Subject matter about which the person is to be examined: | Mr. Hansen's work relating to the patent application that issued as the '408 patent and related patent applications, including: the drafting and prosecution of such patent applications; his knowledge of material prior art relevant to such patent applications; Novo's strategy relating to filing such patent applications; the meaning of terminology used in the '408 patent and related patents; the validity and enforceability of the '408 patent. |
| 11. | Documents to be produced: | None |
| 12. | Any requirement that the evidence be given under oath or affirmation and any special form to be used: | All evidence shall be given under oath in accordance with Denmark law. |
| 13. | Special methods or procedures to be followed: | For the benefit of all parties, it is respectfully requested by the below signed authority that the date for the deposition of Mr. Hansen be scheduled as close as possible to January 12, 2007. This deposition is not expected to exceed a single eight-hour day.<br><br>This Court requests that the appropriate authority in Denmark provide to this Court as soon as convenient all information regarding the scheduled date, time and place for the oral deposition of Mr. Hansen, with any other pertinent information, including what authority has been appointed to preside over the deposition.<br><br>It is requested that, if possible, the deposition be reduced to verbatim written transcript, with all associated costs to be paid by Defendants. If it is not possible to create a verbatim written transcript, it is requested that the standard and usual record of the deposition be reduced to written transcript. |

|  |  |  |
|---|---|---|
|  |  | It is requested that permission be granted to have the judicial authorities of Denmark appoint an English/Danish language interpreter to be present at the scheduled deposition and translate testimony at the time it is given and that all testimony reduced to written transcript also be recorded in English. |
|  |  | It is requested that any written deposition transcript, with any and all exhibits and documents produced, be marked, attested, properly sealed and returned through appropriate diplomatic channels to the Honorable Sue L. Robinson, c/o Clerk of the United States District Court for the District of Delaware, United States District Court, J. Caleb Boggs Federal Building, 844 N. King Street, Room 6124, Wilmington, Delaware 19801. |
| 14. | Request for notification of the time and place of the Request and identity and address of any person to be notified: | Please notify all Representatives identified in Paragraph 6 above. |
| 15. | Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request: | Defendants' attorneys request, under authorization of this Court, permission to attend and participate in the oral deposition of Mr. Hansen. If permission to attend and participate is granted, it is requested that Mr. Steven J. Balick be provided with the date, time and place of the deposition as soon as convenient. |
| 16. | Specification of privilege or duty to refuse to give evidence under the law of the State of origin: | None |
| 17. | The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under article 26 of the Convention will be borne by: | McDonnell Boehnen Hulbert & Berghoff, LLP 300 South Wacker Drive Suite 3100 Chicago, Illinois 60606 |
| 18. | Date of Request: | November 10, 2006 |

5

19. Signature and seal of the requesting Authority:

By the Court:

*Sue L. Robinson*

Honorable Sue L. Robinson, U.S.D.J.
c/o Clerk of the United States District Court
    for the District of Delaware
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Wilmington, Delaware 19801

[Seal of Court]