## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S, | : |
| Plaintiff and Counterdefendant, | : |
| v. | : Civil Action No. 05-645-SLR |
| AVENTIS PHARMACEUTICALS, INC., SANOFI-AVENTIS, and AVENTIS PHARMA DEUTSCHLAND GMBH, | : |
| Defendants and Counterplaintiffs. | : |

## **ORDER**

At Wilmington this **23rd** day of **January, 2007,**

IT IS ORDERED that the teleconference scheduled to be held on Thursday, February 1, 2007 at 9:00 a.m and the mediation conference scheduled for Wednesday, March 7, 2007 beginning at 9:00 a.m. are canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE