IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>AVENTIS PHARMACEUTICALS INC,<br>SANOFI-AVENTIS and AVENTIS<br>PHARMA DEUTSCHLAND GMBH,<br><br>    Defendants and Counter-Plaintiffs. | C.A. No. 05-645-SLR |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to paragraph 6 of the Scheduling Order in this case, dated January 11, 2006, Plaintiffs and Defendant submit the following list of disputed claim terms or phrases appearing in the asserted claims of U.S. Patent No. 6,582,408 ("the '408 patent").

*Anne Shea Gaza* (signature)
Frederick L. Cottrell III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com
*Attorneys for Plaintiff*

Of Counsel:

Jeffrey J. Oelke
Scott T. Weingaertner
Stephen J. Vitola
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200

Dated: May 1, 2007

/s/ Lauren E. Maguire
Steven J. Balick (#2403)
John G. Day (#2114)
Lauren E. Maguire (#4261)
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
*Attorneys for Defendants*

Of Counsel:

Paul Berghoff, Esquire
McDonnell Boehnen Hulbert
& Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606-6709
(312) 913-0001

RLF1-3145776-1