| Claim Limitation | Novo Nordisk's Proposed Construction | Aventis's Proposed Construction |
|---|---|---|
| 4. A medication delivery device upon which a needle assembly can be mounted, the device comprising: | "a medication delivery device upon which a needle assembly can be mounted" <br><br> *a medication injection delivery device that is used with a needle that is mounted on the device.* | "a medication delivery device" <br><br> *a device for delivering a medication such as insulin, growth hormone or other-like medication* |
| a cartridge assembly comprising a cartridge having a movable stopper at one end and a pierceable seal at an opposite end; | "cartridge assembly" <br><br> *a group of machine parts that comprises a cartridge having a moveable stopper at one end and a pierceable seal at an opposite end.* | "cartridge assembly" <br><br> *a self-contained, assembled unit, in claim 4, the cartridge assembly includes a cartridge having a movable stopper at one end and a pierceable seal at the other end* |
| a dosage assembly comprising a mechanism for setting a specified dose, a plunger means for abutting the moveable stopper, and a drive means for driving the plunger means to deliver the set | "a dosage assembly" <br><br> *a group of machine parts that includes a mechanism for setting a specified dose, a plunger means for abutting the moveable stopper and a drive means that drives the plunger in a medication delivery device.* <br><br> There is no requirement that the claimed dosage assembly include any specific part when the dosage assembly is not assembled into a medication delivery device. | "a dosage assembly" <br><br> *a self-contained, assembled structure used for dosing that must include "a mechanism for setting a specified dose," "a plunger means for abutting the movable stopper," and "a drive means for driving the plunger means to deliver the set dosage"* |

RLF1-3145782-1

| Claim Limitation | Novo Nordisk's Proposed Construction | Aventis's Proposed Construction |
|---|---|---|
| dosage | "a mechanism for setting a specified dose" *a mechanism that allows the user to set a specified dose of drug*. A mechanism for setting a specified dose is described in the patent (Fig. 1, col. 4, ll. 19-21, ll. 34-37) and such mechanisms were well-known in the art as of the filing date of the patent. | "a mechanism for setting a specified dose" This limitation is subject to 35 U.S.C. § 112, ¶ 6. **Recited function:** *setting a specified dose*. **Corresponding structure:** The only structure disclosed in the specification that is related to the "dose setting" function is the "dose setting means 9." However, the '408 patent does not describe how the dose setting means performs the recited function of "setting a specified dose." Accordingly, from the perspective of one of ordinary skill in the art, the '408 patent fails to adequately disclose corresponding structure for the mechanism that performs the recited function of "setting a specified dose." In any event, because claim 4 requires a dosage assembly **comprising** a mechanism for setting a specified dose, *any corresponding structure for this mechanism must be a part of the dosage assembly (not the cartridge assembly)*. |
| | "a plunger means for abutting the moveable stopper" *a support that receives thrust or pressure from a drive means and delivers it to the stopper*. A "plunger" was a well-known structure in the art as of the filing date of the patent. The word "means," which follows that term, cannot render the term "plunger" less *structural*. Moreover, the plain meaning of "abutting" does not require physical contact. | "a plunger means for abutting the moveable stopper" This limitation is subject to 35 U.S.C. § 112, ¶ 6. **Recited function:** *abutting or touching the movable stopper of the cartridge assembly*. **Corresponding structure:** The structure disclosed in the '408 patent specification that abuts or touches the moveable stopper is: *the rod element 7*. *See, e.g.,* '408 patent, col. 2, lines 29-30; Figs. 1, 2a, 2b.  '408 patent, col. 4, lines 62-65; col. |

| Claim Limitation | Novo Nordisk's Proposed Construction | Aventis's Proposed Construction |
|---|---|---|
| | | Moreover, because claim 4 requires a dosage assembly *comprising* a plunger means, *the corresponding structure for this plunger means – i.e., the rod element 7 – must be a part of the dosage assembly (not the cartridge assembly)*. |
| "abutting" | providing support by an element that receives thrust or pressure from a drive means and delivers it to the stopper to deliver the dose. | "abutting" to be adjacent; touch or join at the edge or border. |
| | Loss of this abutment results in a dosing error, even if the tip of the plunger is nominally "touching" the stopper. | |
| "a drive means for driving the plunger means to deliver the set doseage" | a mechanism that drives the plunger to deliver force to the stopper so that the set dosage is delivered. | "a drive means for driving the plunger means to deliver the set doseage"<br><br>This limitation is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Recited function:** *driving or pushing the plunger means to deliver a set dose.*<br><br>**Corresponding structure:**<br><br>The only structure disclosed in the '408 patent specification that drives or pushes the plunger means to deliver the set dosage is: *the actuator button 18. See, e.g.,* '408 patent, col. 4, lines 38-40; Fig. 1. However, the '408 patent does not describe how the actuator button performs the recited function of "driving or pushing the |
| | A "drive" was a well-known structure in the art as of the filing date of the patent. The word "means," which follows that term, cannot render the term "drive" less structural. | |

RLF1-3145782-1

| Claim Limitation | Novo Nordisk's Proposed Construction | Aventis's Proposed Construction |
|---|---|---|
| | | plunger means." Accordingly, from the perspective of one of ordinary skill in the art, the '408 patent fails to adequately disclose corresponding structure for the drive means that performs the recited function of "driving the plunger means to deliver the set doseage (sic)." <br><br> In any event, because claim 4 requires a dosage assembly *comprising* a drive means, *any corresponding structure for this drive means must be a part of the dosage assembly (not the cartridge assembly).* |
| a first coupling means for coupling and uncoupling the cartridge assembly to and from the dosage assembly; and | *a coupling that allows a cartridge assembly to be fastened to and detached from a dosage assembly.* <br><br> A "coupling" was a well-known structure in the art as of the filing date of the patent. The word "means," which follows that term, cannot render the term "coupling" less structural. | This limitation is subject to 35 U.S.C. § 112, ¶ 6. <br><br> **Recited function:** *coupling and uncoupling the cartridge assembly to/from the dosage assembly.* In this context, "coupling and uncoupling" would be understood by one of skill in the art to mean: *attaching (engaging) and detaching (disengaging) the two assemblies.* The two assemblies must either be attached/engaged or they are detached/disengaged. <br><br> **Corresponding structure:** <br><br> The corresponding structure disclosed in the '408 patent for attaching/engaging the cartridge assembly to and from the dosage assembly is: *an external thread that is molded integrally with the cartridge assembly and that mates with an internal thread of the dosing assembly.* '408 patent, col. 3, lines 49-54; col. 5, lines 21-25; *see also* '408 patent, Fig. 3. Other such corresponding structure disclosed in the '408 patent includes: *releasable snap locks, such as snap locks with guidewire and sideways snap locks, snap locks released through threads, bajonet (sic) locks, luer locks, hinged locks, threaded locks, threaded couplings, snap couplings, and "any suitable combinations thereof."* '408 patent, col. 3, |

| Claim Limitation | Novo Nordisk's Proposed Construction | Aventis's Proposed Construction |
|---|---|---|
| a second coupling means for coupling and uncoupling a needle assembly to and from the cartridge assembly; | *a coupling that allows a needle assembly to be fastened to and uncoupled from a cartridge assembly.*<br><br>A "coupling" was a well-known structure in the art as of the filing date of the patent. The word "means," which follows that term, cannot render the term "coupling" less structural. | lines 8-14 and 30-37.<br><br>This limitation is subject to 35 U.S.C. § 112, ¶ 6. In this context, "coupling and uncoupling" would be understood by one of skill in the art to mean: *attaching (engaging) and detaching (disengaging)* the two assemblies. The two assemblies must either be attached/engaged or they are detached/disengaged.<br><br>**Corresponding structure:**<br><br>The corresponding structure disclosed in the '408 patent for attaching/engaging the needle assembly to and from the cartridge assembly is: *a recess for a snap lock of a needle assembly that is molded integrally with the cartridge assembly*. '408 patent, col. 3, lines 49-54; col. 5, lines 21-25; see also '408 patent, Fig. 3. Other such corresponding structure disclosed in the '408 patent includes: *releasable snap locks, such as snap locks with guidewire and sideways snap locks, snap locks released through threads, bajonet (sic) locks, hier locks, hinged locks, threaded locks, threaded couplings, snap couplings, and "any suitable combinations thereof."* '408 patent, col. 3, lines 8-14 and 30-37. |
| wherein the first and second coupling means are selected so that when a user grasps the needle assembly and applies force to the needle assembly to | *the device has a combination of couplings, one of which is a snap lock and both of which can be coupled and uncoupled, that will make certain that the plunger continues to support the stopper of the cartridge by preventing axial movement between the cartridge assembly and dosage assembly when a needle assembly is fastened to or detached from the cartridge assembly while holding the dosage assembly.* | *the device has a combination of couplings, one of which is a snap lock and both of which can be coupled and uncoupled, that will make certain that the plunger remains touching the stopper of the cartridge assembly when a user grasps the needle assembly and applies force to the needle assembly to attach/detach the needle assembly to/from the device while simultaneously grasping the dosage assembly and applying an equal and opposite force to the dosage* |

RLF1-3145782-1

| Claim Limitation | Novo Nordisk's Proposed Construction | Aventis's Proposed Construction |
|---|---|---|
| couple and uncouple it from the device while simultaneously grasping the dosage assembly and applying a equal and opposite force to the dosage assembly, the dosage assembly cannot move relative to the cartridge assembly, thereby ensuring that the plunger means remains abutted against the stopper; and | | assembly |
| wherein at least the first or the second coupling means comprises a snap lock. | "snap lock" a coupling that includes a recessed or raised feature that releasably engages a spring-loaded projection, latch, or flexible member on the mating structure indicated by an audible snap or click to secure, or lock, the two components from relative movement or separation.<br><br>A "snap lock" is structural, and there is no limitation on the number of parts it may include, which may be greater than two. | "snap lock" two members of which at least one flexes to overcome a resistance and returns to a nominal unflexed state to engage the other to form a connection that can be intentionally disengaged |
| 5. The medication delivery device | See Claim 4. | See Claim 4. |

| Claim Limitation | Novo Nordisk's Proposed Construction | Aventis's Proposed Construction |
|---|---|---|
| recited in claim 4, wherein the second coupling means comprises a threaded coupling means | "wherein the second coupling means comprises a threaded coupling means" indicates that *the coupling has the structure of screw threads*. | "the second coupling means" See Claim 4. "a threaded coupling means" This limitation is subject to 35 U.S.C. § 112, ¶ 6. **Recited function:** *using a thread to attach (engage) and detach (disengage) a needle assembly to and from a cartridge assembly.* **Corresponding structure:** To the extent that one may understand the '408 patent to disclose a structure clearly linked to the recited function of this limitation, one of ordinary skill in the art would understand such corresponding structure to be: *an internal or external thread on the cartridge assembly.* See, e.g., '408 patent, Figure 1. |
| wherein the second coupling means comprises a means for coupling and uncoupling through an axial movement of the needle assembly relative to the cartridge assembly. | "comprises a means for coupling and uncoupling through an axial movement of the needle assembly relative to the cartridge assembly" *the needle assembly moves axially in relation to the cartridge assembly when the needle assembly is coupled to or uncoupled from the cartridge assembly.* | "a means for coupling and uncoupling through an axial movement of the needle assembly relative to the cartridge assembly" This limitation is subject to 35 U.S.C. § 112, ¶ 6. **Recited function:** *using an axial movement of the needle assembly to attach (coupling) and to remove (uncoupling) the needle assembly to/from the cartridge assembly.* **Corresponding structure:** The corresponding structure that is linked to the recited function of this limitation is: *a threaded coupling.* See, |

| Claim Limitation | Novo Nordisk's Proposed Construction | Aventis's Proposed Construction |
|---|---|---|
| 6. The medication delivery device of claim 4, | See Claim 4. | See Claim 4.<br><br>*e.g.*, '408 patent, col. 3, lines 15-22. |
| wherein the first coupling means comprises a means for uncoupling through an axial movement of the cartridge assembly relative to the dosing assembly. | "the first coupling means comprises a means for uncoupling through an axial movement of the cartridge assembly relative to the dosing assembly"<br><br>*the cartridge assembly moves axially in relation to the dosing assembly when the cartridge assembly is uncoupled from the dosing assembly.* | "the first coupling means"<br><br>See Claim 4.<br><br>"a means for uncoupling through an axial movement of the cartridge assembly relative to the dosing assembly"<br><br>This limitation is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Recited function:** *using an axial movement of the cartridge assembly for detaching (disengaging) the cartridge assembly from the dosage assembly.*<br><br>**Corresponding structure:**<br><br>The corresponding structure disclosed in the '408 patent for using an axial movement of the cartridge assembly for detaching (disengaging) the cartridge assembly from the dosage assembly is: *an external thread that is molded integrally with the cartridge assembly and that mates with an internal thread of the dosing assembly.* '408 patent, col. 3, lines 49-54; col. 5, lines 21-25; see also '408 patent, Fig. 3. Other such corresponding structure disclosed in the '408 patent includes: *releasable snap locks, such as snap locks with guidewire and sideways snap locks, snap locks released through* |

| Claim Limitation | Novo Nordisk's Proposed Construction | Aventis's Proposed Construction |
|---|---|---|
| | | threads, bajonet (sic) locks, luer locks, hinged locks, threaded locks, threaded couplings, snap couplings, and "any suitable combinations thereof." '408 patent, col. 3, lines 8-14 and 30-37. |
| 9. The medication delivery device of claim 4, | See Claim 4. | See Claim 4. |
| wherein the second coupling means comprises a threaded coupling means. | "wherein the second coupling comprises a threaded coupling means" <br><br> the coupling has the structure of screw threads. | "the second coupling means" <br><br> See Claim 4. <br><br> "a threaded coupling means" <br><br> See Claim 5. |
| 10. A medication delivery device comprising: | a medication delivery device. | a device for delivering a medication such as insulin, growth hormone or other like medication |
| a cartridge assembly comprising a housing capable of housing a removable cartridge that has a | "cartridge assembly" <br><br> as used in claim 10 is a group of machine parts that comprises a housing in which a cartridge having a moveable stopper at one end and a pierceable seal at an opposite end can be housed and a mount for the needle | "cartridge assembly" <br><br> a self-contained, assembled unit; in claim 10, the cartridge assembly includes: (i) a housing that can house a removable cartridge filled with a medication, and (ii) a needle mounting means for mounting a needle |

| Claim Limitation | Novo Nordisk's Proposed Construction | Aventis's Proposed Construction |
|---|---|---|
| pierceable seal at one end, is filled with medication, and has a moveable stopper at an opposite end that when moved toward the medication pressurizes the medication; and a needle mounting means for mounting a needle on the cartridge assembly | *assembly that can secure the needle assembly to the cartridge assembly.* | *on the assembly* |
| a housing capable of housing a removable cartridge that has a pierceable seal at one end, is filled with medication, and has a moveable stopper at an opposite end that when moved toward the medication pressurizes the medication | "a housing capable of housing a removable cartridge"<br><br>*a housing capable of holding a cartridge, such that the cartridge may be removed from the dosage assembly, with or without the housing.* | "a housing capable of housing a removable cartridge"<br><br>*an external casing that protects at least a portion of a removable cartridge and allows the cartridge to be removed therefrom*<br><br>"a removable cartridge"<br><br>*a removable cartridge is a reservoir intended to be removed from the housing, the reservoir holding a medication and having a pierceable seal at one end and a movable stopper at the other end* |
| a needle mounting means for mounting a needle on the | *a mount for the needle assembly that can secure the needle assembly to the cartridge assembly.* | This limitation is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Recited function:** *mounting or attaching a needle on the* |

| Claim Limitation | Novo Nordisk's Proposed Construction | Aventis's Proposed Construction |
|---|---|---|
| cartridge assembly; | | the cartridge assembly.<br><br>**Corresponding structure:**<br><br>To the extent that one may understand the '408 patent to disclose a structure clearly linked to the recited function of this limitation, one of ordinary skill in the art would understand such corresponding structure to be: *a distal or front portion of a cartridge assembly*. *See, e.g.,* '408 patent, Figures 1, 2a; col. 4, lines 47-52. |
| a dosage assembly for delivering a set dose of medication, comprising: a plunger means for moving the stopper, a dose setting means for setting a dose, and a drive means for driving the plunger means to deliver the set dose, wherein after a portion of medication is expelled from the cartridge, the plunger means abuts the stopper | "dosage assembly for delivering a set dose of medication"<br><br>as used in claim 10 means *a group of machine parts for setting a specified dose.*<br><br>There is no requirement that the claimed dosage assembly include any specific part when the dosage assembly is not assembled into a medication delivery device.<br><br>"a plunger means for moving the stopper"<br><br>*a portion of the medication delivery device that plunges and moves the stopper in the medicament cartridge.*<br><br>A "plunger" was a well-known structure in the art as of the filing date of the patent. The word "means," which follows that term, cannot render the term "plunger" less *structural*. Moreover, the plain meaning of "abutting" does not require physical contact. | "dosage assembly"<br><br>*a self-contained, assembled structure used for dosing that must include "a plunger means for moving the stopper," "a dose setting means for setting a dose," and "a drive means for driving the plunger means to deliver the set dose," wherein the plunger means touches the stopper after medication has been expelled*<br><br>"a plunger means for moving the stopper"<br><br>This limitation is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Recited function:** *moving the stopper of the removable cartridge.*<br><br>**Corresponding structure:**<br><br>The structure disclosed in the '408 patent specification that moves the stopper is: *the rod element 7*. *See, e.g.,* '408 patent, col. 2, lines 62-65; col. 4, lines 29-30; Figs. 1, 2a, 2b. The plain meaning of the word "abut" is *to be adjacent; touch or join at the edge or border*.<br><br>Moreover, because claim 10 requires a dosage assembly |

| Claim Limitation | Novo Nordisk's Proposed Construction | Aventis's Proposed Construction |
|---|---|---|
| "a dose setting means for setting a dose" | *a mechanism that allows the user to set a specified dose of drug.*<br><br>A dose setting means for setting a dose is described in the patent (Fig. 1, col. 4, ll. 19-21, ll. 34-37) and such mechanisms were well-known in the art as of the filing date of the patent. | "a dose setting means for setting a dose"<br><br>This limitation is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Recited function:** *setting a dose.*<br><br>**Corresponding structure:**<br><br>The only structure taught in the specification that is related to the "dose setting" function is the "dose setting means 9." However, the '408 patent does not describe how the dose setting means performs the recited function of "setting a dose." Accordingly, from the perspective of one of ordinary skill in the art, the '408 patent fails to adequately disclose corresponding structure for the "dose setting means" that performs the recited function of "setting a dose."<br><br>In any event, because claim 10 requires a dosage assembly *comprising* a dose setting means for setting a dose, *any corresponding structure for this dose setting means must be a part of the dosage assembly (not the cartridge assembly).* |
| "a drive means for driving the plunger means to deliver the set dose" | *a mechanism that drives the plunger which delivers force* | "a drive means for driving the plunger means to deliver the set dose"<br><br>This limitation is subject to 35 U.S.C. § 112, ¶ 6. |

| Claim Limitation | Novo Nordisk's Proposed Construction | Aventis's Proposed Construction |
|---|---|---|
| to the stopper so that the set dosage is delivered. | A "drive" was a well-known structure in the art as of the filing date of the patent. The word "means," which follows that term, cannot render the term "drive" less structural. | **Recited function:** *driving or pushing the plunger means to deliver a set dosage.*<br><br>**Corresponding structure:**<br>The only structure disclosed in the '408 patent specification that drives or pushes the plunger means to deliver the set dose is: *the actuator button 18*. See, e.g., '408 patent, col. 4, lines 38-40; Fig. 1. However, the '408 patent does not describe how the actuator button performs the recited function of "driving or pushing the plunger means." Accordingly, from the perspective of one of ordinary skill in the art, the '408 patent fails to adequately disclose corresponding structure for the drive means that performs the recited function of "driving the plunger means to deliver the set dose."<br><br>In any event, because claim 10 requires a dosage assembly *comprising* a drive means, any corresponding structure for this drive means must be a part of the *dosage assembly (not the cartridge assembly).*<br><br>This limitation is subject to 35 U.S.C. § 112, ¶ 6. |
| a first means for coupling and uncoupling a needle assembly to and from the cartridge assembly; | A "coupling" was a well-known structure in the art as of the filing date of the patent. The word "means," which follows that term, cannot render the term "coupling" less structural.<br><br>a coupling that allows a needle assembly to be fastened to and detached from a cartridge assembly. | **Recited function:** *coupling and uncoupling a needle assembly to/from the cartridge assembly*). In this context, "*coupling and uncoupling*" would be understood by one of skill in the art to mean: *attaching (engaging) and detaching (disengaging) the two assemblies*. The two assemblies must either be attached/engaged or they are detached/disengaged.<br><br>**Corresponding structure:**<br>The corresponding structure disclosed in the '408 patent for attaching/engaging the needle assembly to and from the cartridge assembly is: *a recess for a snap lock of a* |

| Claim Limitation | Novo Nordisk's Proposed Construction | Aventis's Proposed Construction |
|---|---|---|
| a second means for coupling and uncoupling the dosage assembly to and from the cartridge assembly; | a coupling that allows a cartridge assembly to be fastened to and detached from a dosage assembly.<br><br>A "coupling" was a well-known structure in the art as of the filing date of the patent. The word "means," which follows that term, cannot render the term "coupling" less structural. | This limitation is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Recited function:** coupling and uncoupling the dosage assembly to/from the cartridge assembly. In this context, "coupling and uncoupling" would be understood by one of skill in the art to mean: attaching (engaging) and detaching (disengaging) the two assemblies. The two assemblies must either be attached/engaged or they are detached/disengaged.<br><br>**Corresponding structure:**<br><br>The corresponding structure disclosed in the '408 patent for attaching/engaging the dosage assembly to and from the cartridge assembly is: *an internal thread of the dosing assembly that mates with an external thread of the cartridge assembly that is molded integrally with the cartridge assembly.* '408 patent, col. 3, lines 49-54; col. 5, lines 21-25; see also '408 patent, Fig. 3. Other such corresponding structure disclosed in the '408 patent includes: *releasable snap locks, such as snap locks released through guidewire and sideways snap locks released through threads, bajonet (sic) locks, luer locks, hinged (sic) locks, luer locks, hinged locks, threaded couplings, snap couplings, and "any suitable combinations thereof."* '408 patent, col. 3, lines 8-14 and |

| Claim Limitation | Novo Nordisk's Proposed Construction | Aventis's Proposed Construction |
|---|---|---|
| wherein the first and second coupling means are chosen so that when a user simultaneously grasps the dosage assembly and the needle assembly and applies a force to the needle assembly to couple (or uncouple) the needle to or from the device the cartridge assembly is positively precluded from moving axially relative to the dosage assembly; and | the medication delivery device includes a combination of couplings that does not allow the cartridge assembly to move axially in relation to the dosage assembly if a needle assembly is fastened to or detached from the cartridge assembly while holding the dosage assembly. | 30-37.<br><br>that both the first and second coupling means must be intentionally selected by the device designer to ensure that the cartridge assembly does not move axially away from the dosage assembly while a user simultaneously grasps the dosage assembly and the needle assembly and applies a force to the needle assembly to attach/detach the needle assembly to/from the device |
| wherein at least the first or the second coupling means comprises a snap lock. | "snap lock"<br><br>a coupling that includes a recessed or raised feature that releasably engages a spring-loaded projection, latch, or flexible member on the mating structure indicated by an audible snap or click to secure, or lock, the two components from relative movement or separation.<br><br>A "snap lock" is structural, and there is no limitation on the number of parts it may include, which may be greater than two. | "snap lock"<br><br>two members of which at least one flexes to overcome a resistance and returns to a nominal unflexed state to engage the other to form a connection that can be intentionally disengaged |