IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOVO NORDISK A/S,

    Plaintiff and Counterdefendant,

v.

AVENTIS PHARMACEUTICALS INC,
SANOFI-AVENTIS, and AVENTIS
PHARMA DEUTSCHLAND GMBH,

    Defendants and Counterplaintiffs.

C.A. 05-645-SLR

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 1, 2007, counsel for Plaintiff Novo Nordisk A/S served copies of Novo Nordisk A/S's List of Fact Witnesses upon the following counsel of record in the manner indicated below:

**VIA ELECTRONIC MAIL**

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**VIA FACSIMILE & ELECTRONIC MAIL**

Eric Moran, Esquire
McDonnell Boehnen Hulbert
& Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606-6709

|  |  |
|---|---|
| OF COUNSEL: | *(signature)* |
| Jeffrey J. Oelke | Frederick L. Cottrell, III (#2555) |
| Scott T. Weingaertner | Cottrell@rlf.com |
| Stephen J. Vitola | Anne Shea Gaza (#4093) |
| WHITE & CASE LLP | Gaza@rlf.com |
| 1155 Avenue of the Americas | Richards, Layton & Finger, P.A. |
| New York, NY 10036-2787 | One Rodney Square |
| Telephone: (212) 819-8200 | Wilmington, Delaware 19801 |
|  | Telephone: (302) 651-7700 |
|  | *Attorneys for Plaintiff* |

Dated: May 2, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Lauren E. Maguire, Esquire
> Ashby & Geddes
> 500 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899

I hereby certify that on May 2, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants:

> Paul Berghoff, Esquire
> McDonnell Boehnen Hulbert
> & Berghoff LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606-6709

_____
Anne Shea Gaza (#4093)
Gaza@rlf.com