**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVO NORDISK A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-645-SLR |
| | ) |
| SANOFI-AVENTIS, AVENTIS PHARMACEUTICALS INC., and AVENTIS PHARMA DEUTSCHLAND GMBH, | ) ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval and order of the Court, that the deadline for defendants to produce all internal documents that relate to the subject of infringement of the '408 patent as set forth in the Court's April 23, 2007 Order shall be extended through and including May 11, 2007. Defendants agree not to seek any further extension of this deadline.

RICHARDS LAYTON & FINGER, P.A.         ASHBY & GEDDES

*/s/ Anne Shea Gaza*                               */s/ Lauren E. Maguire*
_____        _____
Frederick L. Cottrell III (#2555)                Steven J. Balick (#2403)
Anne Shea Gaza (#4093)                         John G. Day (#2114)
One Rodney Square                                Lauren E. Maguire (#4261)
P.O. Box 551                                          500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899                  P.O. Box 1150
(302) 651-7700                                       Wilmington, DE 19899
cottrell@rlf.com                                      (302) 654-1888
gaza@rlf.com                                         sbalick@ashby-geddes.com
                                                              jday@ashby-geddes.com
*Attorneys for Plaintiff*                            lmaguire@ashby-geddes.com

                                                              *Attorneys for Defendants*

SO ORDERED this _____ day of _____, 2007.

_____
Chief Judge