IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S,<br><br>　　Plaintiff and Counterdefendant,<br><br>　　v.<br><br>AVENTIS PHARMACEUTICALS INC., SANOFI-AVENTIS, and AVENTIS PHARMA DEUTSCHLAND GMBH,<br><br>　　Defendants and Counterplaintiffs. | C.A. 05-645-SLR |

## NOVO NORDISK'S NOTICE OF DEPOSITION OF HANSPETER SPEK

To:  Steven J. Balick, Esquire         Paul Berghoff, Esquire
     John G. Day, Esquire              McDonnell Boehnen Hulbert
     Lauren E. Maguire, Esquire        & Berghoff LLP
     Ashby & Geddes                    300 South Wacker Drive
     500 Delaware Avenue - 8th Floor   Chicago, Illinois 60606-6709
     P.O. Box 1150
     Wilmington, DE 19899

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff Novo Nordisk A/S shall take the deposition upon oral examination of Hanspeter Spek beginning at 9:30 a.m. on June 8, 2007, at the offices of White & Case LLP, 1155 Avenue of the Americas, New York, N.Y. 10036 or at a time and place to be mutually agreed upon by counsel. The deposition will be recorded by stenographic means, may be videotaped, and will take place before a Notary Public or other officer duly authorized to administer oaths and will continue from day to day until concluded.

You are invited to attend and cross-examine.

|  |  |
|---|---|
| OF COUNSEL: | *Anne Shea Gaza* (signature)<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com |
| Jeffrey J. Oelke<br>Scott T. Weingaertner<br>Stephen J. Vitola<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, N.Y. 10036-2787<br>Telephone: (212) 819-8200 | Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>*Attorneys for Plaintiff* |

Dated: May 25, 2007

2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Lauren E. Maguire, Esquire
> Ashby & Geddes
> 500 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899

I hereby certify that on May 25, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants:

> Paul Berghoff, Esquire
> McDonnell Boehnen Hulbert
> & Berghoff LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606-6709

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com