**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVO NORDISK A/S,                      ) | |
|               Plaintiff,          ) | |
|        v.                                       ) | C.A. No. 05-645-SLR |
| SANOFI-AVENTIS, AVENTIS          ) | |
| PHARMACEUTICALS INC., and AVENTIS ) | |
| PHARMA DEUTSCHLAND GMBH, ) | |
|               Defendants.     ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 30th day of May, 2007, the **REBUTTAL FACT WITNESS LIST** was served upon the following counsel of record at the address and in the manner indicated:

Stephen J. Vitola, Esquire                                       VIA FACSMILE
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787

                                                           ASHBY & GEDDES

                                                           */s/ Lauren E. Maguire*
                                                           _____
                                                           Steven J. Balick (I.D.#2114)
                                                           John G. Day (I.D. #2403)
                                                           Lauren E. Maguire (I.D. #4261)
                                                          500 Delaware Avenue, 8th Floor
                                                          P.O. Box 1150
                                                          Wilmington, DE 19899
                                                          302-654-1888
                                                          sbalick@ashby-geddes.com
                                                          jday@ashby-geddes.com
                                                          lmaguire@ashby-geddes.com

                                                          *Attorneys for Defendants*

*Of Counsel:*

Paul H. Berghoff
Curt J. Whitenack
Thomas E. Wettermann
Eric R. Moran
McDONNELL BOEHNEN
 HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
Tel:  (312) 913-0001
Fax: (312) 913-0002

Dated:  June 6, 2007
178162.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2007, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell III, Esquire<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE  19801 | HAND DELIVERY |
| Jeffrey J. Oelke, Esquire<br>Scott T. Weingaertner, Esquire<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY  10036-2787 | VIA ELECTRONIC MAIL |

/s/ *Lauren E. Maguire*
_____
Lauren E. Maguire