# EXHIBIT A
# REDACTED

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>AVENTIS PHARMACEUTICALS INC, SANOFI-AVENTIS, and AVENTIS PHARMA DEUTSCHLAND GMBH<br><br>Defendants and Counterplaintiffs. | C. A. No. 05-645-SLR |

### PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS THE COMPLAINT AND TO DISMISS DEFENDANTS' COUNTERCLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION

The Court has considered Novo Nordisk A/S' Motion to Voluntarily Dismiss the Complaint and to Dismiss Defendants' Counterclaims for Lack of Subject Matter Jurisdiction (the "Motion"). After considering Novo Nordisk's Motion and the parties' positions related thereto, IT IS HEREBY:

ORDERED that the Complaint against Defendants be dismissed without prejudice; and

ORDERED that Defendants' counterclaims against Plaintiff be dismissed without prejudice.

IT IS SO ORDERED this _____ day of _____, 2007.

_____
Judge Sue L. Robinson

RLF1-3174745-1