# EXHIBIT 1



Ypsomed Holding AG
Brunnmattstrasse 6
PO Box
3401 Burgdorf / Switzerland
Tel +41 34 424 41 11
Fax +41 34 424 41 55
www.ypsomed.com

# PRESS RELEASE

## Ypsomed's OptiClik® pen production back on track

Burgdorf, 4th July 2006, 7:30 a.m. – Ypsomed has resumed production of the dialling unit for the OptiClik® pen system as planned following an intensive optimisation phase. Matthew Robin, CEO of Ypsomed, explains: "The adjustments in the production have been successfully implemented, enabling Ypsomed to resume deliveries of newly produced OptiClik® pen systems to sanofi-aventis. We have also increased OptiSet® production at both the Burgdorf and Solothurn sites to 24 hours seven days a week." Production of the OptiClik® dialling unit had to be suspended for a total of eight weeks in order to carry out the technical adjustments to the manufacturing process.

Further information is available from Daniel Kusio, Head of Investor & Public Relations at Ypsomed Holding AG. Tel. +41 34 424 41 43 or Tel +41 34 424 41 11. This press release and further documents are available in electronic form at www.ypsomed.com.

# EXHIBIT 2

# Information on
# Ad-hoc Announcement



YPSOMED
SELFCARE SOLUTIONS

Solothurn, 14th September 2006

YPS☺MED
SELFCARE SOLUTIONS

# Important Notice

The information contained in this document has not been independently verified and no representation or warranty, express or implied, is made to, and no reliance should be placed on, the fairness, accuracy, completeness or correctness of the information or opinions contained herein. None of Ypsomed Holding AG, its advisors or representatives, or their respective affiliates shall have any liability whatsoever for any loss whatsoever arising from any use of this document, or its content, or otherwise arising in connection with this document. This document does not constitute, or form part of, an offer to sell or a solicitation of an offer to purchase any shares and neither it nor any part of it shall form the basis of, or be relied upon in connection with, any contract or commitment whatsoever.

This document contains forward-looking statements which involve risks and uncertainties. These statements may be identified by such words as "may", "plans", "expects", "believes" and similar expressions, or by their context. These statements are made on the basis of current knowledge and assumptions. Various factors could cause actual future results, performance or events to differ materially from those described in these statements. No obligation is assumed to update any forward-looking statements.

2

# Agenda

**YPSOMED**
SELFCARE SOLUTIONS

- Ad-hoc Announcement – Sales and profit below expectations

  - Richard Fritschi appointed as new CEO

  - Questions and Answers

  - Additional Information on company and products

3

**YPSOMED**
SELFCARE SOLUTIONS

# Ad-hoc Announcement

- The production problems and interruption related to the OptiClik® reusable module have a negative effect on sales and EBIT in the first half year 2006/07.

- Sanofi-Aventis has reduced orders and order forecasts for 2006/07 for insulin pens.

- The main reason given by Sanofi-Aventis for their reduced order forecast is a slower uptake and overall weaker demand for the semi-disposable OptiClik® pen in the US market as well as a delayed launch of the OptiClik® pen in certain European countries.

- Ypsomed will inform on 9th November 2006 on the first half year results and further details in respect to the business year 2006/07.

4

**YPSOMED**
SELFCARE SOLUTIONS

# Agenda

- Ad-hoc Announcement – Sales and profit below expectations

- Richard Fritschi appointed as new CEO

- Questions and Answers

- Additional Information on company and products

5



**YPSOMED**
SELFCARE SOLUTIONS

# Richard Fritschi appointed new CEO

- 15 years of professional experience in medtech (Zimmer, Centerpulse and SulzerMedica)

- Proven international leadership and M&A track record, i.e. Zimmer take-over of Centerpulse, several large acquisitions and turnaround situation with Sulzer Medica

- International sales responsibility (e.g. at Zimmer with CHF 1.3 billion in sales and 2'000 employees)

- Vice-president of the board of directors at Vetropack Holding AG

- 46 years old, married, Swiss nationality

6

**YPSOMED**
SELFCARE SOLUTIONS

# Richard Fritschi – Professional Career

- **2003-2006**  Zimmer, President Europa & Australasia
  (CHF 1.3 billion in sales and 2'000 employees)

- **2001-2003**  SulzerMedica/Centerpulse, President Europe, Asia & Latin
  America

- **1998-2000**  Sulzer Orthopedics, General Manager Global Sales
  (CHF 800 million in sales)

- **1991-1998**  Allo Pro AG, Vice President Finance & Controlling,
  international Team

7

**YPSOMED**
SELFCARE SOLUTIONS

# Agenda

- Ad-hoc Announcement – Sales and profit below expectations

- Richard Fritschi appointed as new CEO

- Questions and Answers

- Additional Information on company and products

8

# Questions & Answers



9

**YPSOMED**
SELFCARE SOLUTIONS

# Agenda

- Ad-hoc Announcement – Sales and profit below expectations

- Richard Fritschi appointed as new CEO

- Questions and Answers

- Additional Information on company and products

10

# Ypsomed's Growth Strategy

**YPSOMED**
SELFCARE SOLUTIONS

- Ypsomed is the technology leader and number one independent manufacturer of injection systems worldwide.

- Ypsomed's strategy is focused to maintain and expand its position in the future.

- In order to achieve this objective, Ypsomed will…

  - Improve production capacity in order to meet existing and future demand for the OptiClik®, OptiSet® and OptiPen® Pro insulin pens

  - Expand production capacities for pen needles and increase sales

  - Broaden the revenue base of injection systems by launching new pen systems

  - Strengthen Ypsomed's diabetes business

  - Diversify revenue streams by evaluating and executing potential acquisition targets within the scope of Ypsomed's core competencies

  - Continue to invest in research & development and own technology platforms

  - Prepare for strategic initiative based on new proprietary technology

11

# Overview of Products and Applications

**YPSOMED**
SELFCARE SOLUTIONS

Ypsomed's activities are organized in three business sectors:

## Self Injection Devices (OEM Business)

- Development and manufacturing of custom-made self-injection devices for a wide range of pharmaceutical and biotech partners
- Marketed products include:
  - Disposable pens
  - Reusable pens
  - Semi-disposable pens
- Product pipeline:
  - Auto-injectors
  - Own technology platform

## Pen Needles

- Development and manufacturing of pen needles that fit all major brands of Self Injection Devices on the market (compatible with competitor pens)
- Patented click-on mechanism
- Needles allow for a convenient and user-friendly injection of the needed dose of medicine

## Diabetes Care

- Local access to customers and opinion leaders in various countries
- Direct distribution to customers in Germany
  - DiaExpert GmbH
  - Mail order and Online shop

12

# Overview of Pharma Partnerships

YPSOMED
SELFCARE SOLUTIONS








Insulin    sanofi aventis

hGH    Pfizer    Lilly    Genentech
IN BUSINESS FOR LIFE

interferon
& EPO    Roche

13

# Overview of Pharma Partnerships

**YPSOMED**
SELFCARE SOLUTIONS

r-hFSH





r-PTH





Symlin







... and other partners

14

# EXHIBIT 3



Ypsomed Holding AG
Brunnmattstrasse 6
PO Box
3401 Burgdorf / Switzerland
Tel. +41 34 424 41 11
Fax +41 34 424 41 55
www.ypsomed.com

# PRESS RELEASE

## Ypsomed reduces sales and profit forecasts and appoints new CEO

Burgdorf, 14th September 2006, 7:30 a.m. -- Ypsomed today has to issue an ad-hoc information due to lower than expected orders for insulin pen systems. Therefore sales and profitability for the business year 2006/07 will be lower than forecasted so far. At the same time Ypsomed announced the change of the CEO. The board of directors of Ypsomed has decided to nominate as of today Richard Fritschi, former president Europe & Australasia of Zimmer/Centerpulse, as the new CEO of the Ypsomed group.

### Sales and profit will be lower than expected

Ypsomed today has to publish an ad-hoc information due to higher costs related to the temporary production stop and due to order volumes for insulin pens, which sanofi-aventis reduced compared to their forecasts at the beginning of the financial year 2006/07. The main reason stated by sanofi-aventis for this shortfall is a weaker demand, especially for the OptiClik® pen in the US market and delays in the launch of the OptiClik® pen in certain European countries. The temporary production stop of the OptiClik® pen resulted in higher additional costs in the first half year. Together with the lower than expected order forecast for the second half year this leads to significantly reduced sales in the core business and overall lower profitability for the business year 2006/07. Ypsomed will communicate more details at the presentation of the semi-annual results on 9th November 2006.

### Richard Fritschi appointed as new CEO of the Ypsomed group

Based on recent incidents the board of directors of Ypsomed took the decision to appoint a new CEO. As of today Richard Fritschi is the new CEO of the Ypsomed group. Willy Michel, Chairman of the board of directors, comments the decision as follows: "Richard Fritschi has over 15 years of medtech experience in executive positions and successfully managed in the past several take-overs, integration and change management projects. He brings to Ypsomed proven international leadership experience to effectively tackle the current challenges." Richard Fritschi was president Europe & Australasia for Zimmer and responsible for sales of CHF 1.3 billion and 2'000 employees until December 2005



Richard Fritschi started his career at with Sulzer in 1991 as Vice President Finance & Controlling at Allo Pro AG. In 1998 he was promoted to General Manager Global Sales with the responsibility for all international sales of Sulzer Orthopedics. From 2001 on he served as President for Europe, Asia & Latin America within SulzerMedica/Centerpulse

The board of directors expresses gratitude with Matthew Robin's achievements to successfully grow the injection business over the last 8 years and wishes him all the best for the future.

Further information is available from Daniel Kusio, Head of Investor & Public Relations at Ypsomed Holding AG. Tel. +41 34 424 41 43 or Tel +41 34 424 41 11 This press release and further documents are available in electronic form at www.ypsomed.com.

### Information about the telephone conference in English

A telephone conference in English will held today on 14th September 2006 at 3:00pm (MEZ). Chairman Willy Michel, the new CEO Richard Fritschi and Head of Investor Relations Daniel Kusio will be available for questions Please dial in about 5 minutes before the beginning of the conference call A recording of the conference call will be available as audio-download on our web page from noon Friday, 15th September 2006 The dial-in numbers are as follows:

| Europe and ROW: | +41 (0) 91 610 56 00 |
| UK: | +44 (0) 207 107 0611 |
| USA: | +1 (1) 866 291 4166 |

# EXHIBITS 4-8
# REDACTED