IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>AVENTIS PHARMACEUTICALS INC, SANOFI-AVENTIS, and AVENTIS PHARMA DEUTSCHLAND GMBH<br><br>Defendants and Counterplaintiffs. | Case No. 1:05CV00645 SLR<br><br>REDACTED - PUBLIC VERSION |

### DECLARATION OF REZA GREEN, Ph.D.

I, Reza Green, declare as follows:

1. I am Chief IP Counsel of Novo Nordisk, Inc. I offer this declaration on information and belief in support of Novo Nordisk A/S' Motion to Dismiss for Lack of Subject Matter Jurisdiction in light of Novo Nordisk A/S' Covenant Not to Sue.

# REDACTED

**REDACTED**

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New Jersey, on July 2, 2007.

*[signature]*

Reza Green, Ph.D.

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

I hereby certify that on July 12, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants:

Paul Berghoff, Esquire
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606-6709

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700