IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-645-SLR |
| ) | |
| SANOFI-AVENTIS, AVENTIS ) | |
| PHARMACEUTICALS INC., and AVENTIS ) | |
| PHARMA DEUTSCHLAND GMBH, ) | |
| ) | |
| Defendants. ) | |

### **PROPOSED ORDER OF DISMISSAL**

After considering Aventis's Response to Novo Nordisk A/S's Motion to Voluntarily Dismiss the Complaint and to Dismiss Defendants' Counterclaims for Lack of Subject Matter Jurisdiction, and Defendants' response thereto, IT IS HEREBY:

(1) ORDERED that the Complaint and all of Plaintiff's claims against Defendants be dismissed with prejudice;

(2) ORDERED that Defendants' counterclaims against Plaintiff be dismissed without prejudice;

(3) ORDERED that Defendants are declared the prevailing party for purposes of costs under Fed. R. Civ. P. 54(d)(1) and attorney fees under 35 U.S.C. § 285;

(4) ORDERED that Defendants shall have 10 days from entry of this Order to file a bill of costs in accordance with L.R. 54.1; and

(5) ORDERED that Defendants shall have 14 days from entry of this Order to file a motion for attorney fees in accordance with Fed. R. Civ. P. 54(d)(2)(B).

SO ORDERED this ____ day of _____ 2007.

_____
United States District Judge