IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVO NORDISK A/S, | ) | **REDACTED** |
| | ) | **PUBLIC VERSION** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-645-SLR |
| | ) | |
| SANOFI-AVENTIS, AVENTIS PHARMACEUTICALS INC., and AVENTIS PHARMA DEUTSCHLAND GMBH, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF PAUL E. JANSEN

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888

*Attorneys for Defendants*

*Of Counsel:*

Paul H. Berghoff
Curt J. Whitenack
Thomas E. Wettermann
Eric R. Moran
McDONNELL BOEHNEN
    HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 913-0001
Fax: (312) 913-0002

Dated: July 19, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVO NORDISK A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-645-SLR |
| | ) | |
| SANOFI-AVENTIS, AVENTIS PHARMACEUTICALS INC., and AVENTIS PHARMA DEUTSCHLAND GMBH, | ) ) ) | **REDACTED - PUBLIC VERSION** |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF PAUL E. JANSEN

I, Paul Jansen, declare as follows:

1.   I am Head of Medical Devices of sanofi-aventis S.A. I offer this declaration in support of Aventis's Response to Novo Nordisk A/S's Motion to Voluntarily Dismiss the Complaint and to Dismiss Defendants' Counterclaims for Lack of Subject Matter Jurisdiction.



I declare under penalty of perjury that the foregoing is true and correct.

Executed in _Frankfurt Germany_ on July _15_, 2007.

_Paul E. Jansen_