# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 31, 2007

The Honorable Sue L. Robinson  
United States District Court  
844 North King Street  
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re:   *Novo Nordisk A/S v. sanofi-aventis et al.*,  
      C.A. No. 05-645-SLR

Dear Judge Robinson:

Pursuant to Local Rule 7.1.4, defendants (collectively, "Aventis") hereby respectfully request that the Court hear oral argument on plaintiff's motion to voluntarily dismiss its complaint and defendants' counterclaims (D.I. 152), which has been fully briefed. In the alternative, should the Court not wish to entertain oral argument on plaintiff's motion, Aventis requests leave to file a short sur-reply in order to respond to a number of allegations that plaintiff made for the first time in its reply brief.

Respectfully,

*/s/ John G. Day*

John G. Day (I.D. #2403)

JGD: nml

cc   Frederick L. Cottrell, III, Esquire (via electronic mail)  
     Stephen J. Vitola, Esquire (via electronic mail)  
     Paul H. Berghoff, Esquire (via electronic mail)

182713.1