RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA
COUNSEL

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

July 31, 2007

**VIA CM/ECF FILING**

The Honorable Sue L. Robinson
United States District Court for
the District of Delaware
Federal Building
844 King Street
Wilmington, Delaware 19801

> RE: *Novo Nordisk A/S v. Sanofi-Aventis, et al.*,
> C.A. No. 05-645 (SLR)

Dear Judge Robinson:

Novo Nordisk A/S ("Novo Nordisk") respectfully requests that the Court exercise its discretion under Local Rule 7.1.4 and deny Aventis's request for oral argument on Novo Nordisk's Motion to Dismiss. As set forth in the fully briefed Motion to Dismiss now before the Court, the parties agree that this matter should be dismissed. Any remaining issues relating to dismissal can and should be resolved on the papers that have already been filed. Oral argument would only serve to increase the parties' expenses and waste judicial resources.

The Court should also deny Aventis's request to file a sur-reply. Contrary to Aventis's representation, Novo Nordisk's reply raised no new issues and was limited to responding to the issues Aventis raised in its Response to Novo Nordisk's Motion to Dismiss. Thus, a sur-reply is inappropriate.

Respectfully,

Anne Shea Gaza (#4093)

ASG/afg

RLF1-3184463-1

The Honorable Sue L. Robinson
July 31, 2007
Page 2

cc:   Clerk of the Court (By Hand Delivery)
    Steven J. Balick, Esq. (By Hand Delivery)
    John G. Day, Esq. (By Hand Delivery)
    Paul H. Berghoff, Esq. (By Facsimile)
    Jeffrey J. Oelke, Esq. (By Facsimile)
    Scott T. Weingaertner, Esq. (By Facsimile)

RLF1-3184463-1