# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

August 2, 2007

**VIA CM/ECF FILING**
**& HAND DELIVERY**
The Honorable Sue L. Robinson
**Attn: Francesca Tassone**
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 31
Wilmington, DE 19801

     Re: *Novo Nordisk A/S v. Sanofi-Aventis, et al.*, **C.A. No. 05-645 SLR**

Dear Ms. Tassone:

  Pursuant to your discussion with my paralegal, Cynthia Lees, we inadvertently omitted Exhibit A to Novo Nordisk A/S's Reply to Aventis's Response to Novo Nordisk A/S's Motion to Voluntarily Dismiss the Complaint and Dismiss Defendants' Counterclaims For Lack of Subject Matter Jurisdiction (D.I. 164). Copies of Exhibit A have already been served on counsel of record. As discussed, I have enclosed with the hard copy of this letter two copies of Exhibit A for the Court's files.

  Should you have any questions or comments, please do not hesitate to contact me.

             Respectfully submitted,

             Anne Shea Gaza
             (#4093)

ASG:asg
Enclosures
cc: Jeffrey Oelke, Esq. (via electronic mail) (w/o encl.)
   Scott Weingaertner, Esq. (via electronic mail) (w/o encl.)
   Stephen J. Vitola, Esq. (via electronic mail) (w encl.)
   Paul H. Berghoff, Esq. (via electronic mail) (w encl.)
   Steven J. Balick, Esq. (via electronic mail) (w encl.)