## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| NOVO NORDISK A/S, | CA No. 05-645 SLR |
| Plaintiff and Counterdefendant, | |
| v. | |
| AVENTIS PHARMACEUTICALS INC, SANOFI-AVENTIS, and AVENTIS PHARMA DEUTSCHLAND GMBH | |
| Defendants and Counterplaintiffs. | |

### NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.7, please withdraw the appearance of Scott T. Weingaertner of

White & Case LLP as one of the attorneys of record for Plaintiff Novo Nordisk A/S in the above-

captioned case.

Of Counsel:

Jeffrey J. Oelke
Stephen J. Vitola
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200


Dated: August 6, 2007

Frederick L. Cottrell III (# 2555)
cottrell@rlf.com
Anne Shea Gaza (# 4093)
gaza@rlf.com
Richards, Layton & Finger, P.A
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Lauren E. Maguire, Esquire
> Ashby & Geddes
> 500 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899

I hereby certify that on August 6, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants:

> Paul Berghoff, Esquire
> McDonnell Boehnen Hulbert
> & Berghoff LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606-6709

Anne Shea Gaza (#4093)
Gaza@rlf.com

RLF1-2926952-1