IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVO NORDISK A/S, | ) | |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 05-645-SLR |
| SANOFI-AVENTIS, AVENTIS PHARMACEUTICALS INC., AVENTIS PHARMA DEUTSCHLAND GMBH, and AVENTIS PHARMA AG, | ) ) ) ) ) ) | |
|     Defendants. | ) | |

**ORDER**

At Wilmington this 10th day of September, 2007, having reviewed plaintiff's motion to voluntarily dismiss, filed in connection with plaintiff's covenant not to sue; and consistent with the covenant not to sue (D.I. 152, ex. A) and the litigation as observed by the court;

IT IS ORDERED that plaintiff's motion to voluntarily dismiss (D.I. 152) is granted as follows:

1. Plaintiff's claims asserted against defendants in the complaint are dismissed with prejudice.

2. Defendants' counterclaims against the plaintiff are dismissed without prejudice.

3. Each party shall bear its own costs.

                                                                       */s/ Sue L. Robinson*
                                                                       United States District Judge