AO 120 (Rev. 3/04)

| TO:    Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ Delaware _____ on the following    X Patents or    ☐ Trademarks:

| DOCKET NO.<br>05cv645 | DATE FILED<br>9/2/05 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Novo Nordisk A/S | | DEFENDANT<br>Sanofi-Avenits, et al. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 6,582,408 B1 | 6/24/03 | Thomas Buch-Rasmussen |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Voluntarily dismissed by plaintiff. See Court's Order dated 9-10-2007. |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>K. Neill | DATE<br>9-12-07 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NOVO NORDISK A/S,                          )
                                           )
          Plaintiff,                       )
                                           )
     v.                                    )    Civ. No. 05-645-SLR
                                           )
SANOFI-AVENTIS, AVENTIS                    )
PHARMACEUTICALS INC., AVENTIS              )
PHARMA DEUTSCHLAND GMBH, and )
AVENTIS PHARMA AG,                         )
                                           )
          Defendants.                      )

## O R D E R

At Wilmington this 10th day of September, 2007, having reviewed plaintiff's

motion to voluntarily dismiss, filed in connection with plaintiff's covenant not to sue; and

consistent with the covenant not to sue (D.I. 152, ex. A) and the litigation as observed

by the court;

IT IS ORDERED that plaintiff's motion to voluntarily dismiss (D.I. 152) is granted

as follows:

1. Plaintiff's claims asserted against defendants in the complaint are dismissed

with prejudice.

2. Defendants' counterclaims against the plaintiff are dismissed without

prejudice.

3. Each party shall bear its own costs.

_____
United States District Judge