IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-645-SLR |
| ) | |
| SANOFI-AVENTIS, AVENTIS ) | |
| PHARMACEUTICALS INC., and AVENTIS ) | |
| PHARMA DEUTSCHLAND GMBH, ) | |
| ) | |
| Defendants. ) | |

## AMENDED ORDER

At Wilmington this ____ day of September, 2007, having reviewed plaintiff's motion to voluntarily dismiss, filed in connection with plaintiff's covenant not to sue; and consistent with the covenant not to sue (D.I. 164, ex. A) and the litigation as observed by the court;

IT IS ORDERED that plaintiff's motion to voluntarily dismiss (D.I. 152) is granted as follows:

1. Plaintiff's claims asserted against defendants in the complaint are dismissed with prejudice.

2. Defendants' counterclaims against the plaintiff are dismissed without prejudice.

3. Each party shall bear its own costs.

_____
Untied States District Judge