WO 94/21213                                           PCT/US94/02738

17

cartridge to mix with the lyophilized drug. The syringe
is then removed and discarded.

A transfer needle 32, such as those manufactured by
Becton-Dickinson, can then be threadedly attached to cap
5  20 where connector 30 was attached during reconstitution.
This is shown in Fig. 6. The typical transfer needle 32
is a double-ended needle 110, which extends in one
direction through hole 46 in top 41 and seal 52 to
communicate with the reconstituted drug within the
10  cartridge. Needle 110 is secured in a needle housing 112
and protected during nonuse by a plastic cap 114 and
needle assembly protector cap 116.

Referring in particular now to Fig. 8, cartridge
assembly 90 is threadedly attached to an injector pen 104,
15  such as that manufactured by Disetronic AB of Burgdorf,
Switzerland. A plunger rod 108 fits into recess 107 of
rod tip 71 in order to effect ejection of the
reconstituted drug from the cartridge. The inside length
of rod tip 71 is adapted to retain the injector pen
20  plunger rod 108 during the injector pen's compression and
retraction stroke. When the drug is to be administered to
the patient, the needle assembly 32 as shown in Fig. 6 is
attached to cap 20 as described hereinabove.

One such type of injector pen is shown in Fig. 11 and
25  its operation described in conjunction with additional
Figs. 12-14. Referring to Fig. 11, cartridge assembly 90
is shown connected to injector pen 104 via complementary
threads 86, 101. Injector pen 104 includes a pen rod 108,
a dose knob 118 and a release button 120. Pen rod 108
30  fits into a suitable mechanism within pen body 106 for
providing the injector function as described below in
conjunction with Figs. 12-14.

It should be noted with respect to Figs. 12-14 that
for simplicity of discussion and understanding of an
35  aspect of the present invention that only rubber plunger
54 and plunger rod tip 71 of the cartridge assembly are
shown in relationship to pen 104 and, in particular pen

SAN00761490

18

rod 108. To load the assembly for the first time, release
button 120 is pushed such that dose knob 118 pops out. At
this point, pen rod 108 retracts a known, or predetermined
distance, for example 8.1 millimeters away from plunger 54
5     within recess 107. Dose knob 118 is then turned until
dose knob 118 stops which causes pen rod 108 to travel
forward towards plunger 54 a set maximum amount for
purging. Upon retraction, pen rod 108 cooperates with rod
tip 71 in that pen rod 108 does not travel any more than
10    8.1 millimeters out of the 8.9 mm (for example) recess 107
of the rod tip 71. End 109 of plunger rod 108 thus never
retracts past a plane defined at the end 83 of rod tip 71
perpendicular to an axis of elongation of rod tip 71.
Thus, rod 108 never disengages from recess 107.
15         The rod tip, being an integral part of the housing
for the cartridge assembly prevents the plunger 54 in the
cartridge from being forced out during the reconstitution
process. Further, rod tip 71 allows movement required by
the pen's plunger rod 108 during dose setting and
20    injection. When dose knob 118 is pushed in, the unit
purges 95 percent of all of the air in the cartridge in
order to obtain a proper head space. Thus, after
reconstitution, and initial purging, the injector pen
assembly is ready for the administration process as shown
25    in Fig. 11.
           In order to administer the drug to the patient,
release button 120 is pressed which causes dose knob 118
to pop out and correspondingly cause pen rod 108 to
retract the 8.1 mm maximum travel distance within the 8.9
30    mm rod tip 71, each action being depicted by respective
arrows in Fig. 12. As noted hereinabove, end 109 never
retracts past end 83. Dose knob 118 is then turned
through so many clicks, the clicks corresponding to volume
units of dosage depending on the required amount of
35    dosage. Each click corresponding to a given volume of
injectionable liquid. This is depicted in Fig. 13. As
the required number of clicks are set via dose knob 118,

SAN00761491

19

pen rod 108 correspondingly moves forward an amount equal
to the number of clicks; with each click correspondingly
moving pen rod 108 a predetermined distance being
coordinated with a set dosage amount.

5        As shown in Fig. 14, when dose knob 118 is depressed,
pen rod 108 thus contacts rod head 73 of rod tip 71 to
administer the drug by traveling the 8.1 mm distance.
Upon retraction of pen rod 108 in order to administer
another dose, pen rod 108 retracts the set 8.1 mm distance

10   within the 8.9 mm recess 107.  This ensures that pen rod
108 never comes out of rod tip 107.

The process as depicted in Figs. 12-14 is repeated at
the prescribed times until all of the drug has been
administered.  A dose indication device 122 is provided to

15   visually indicate the dosage set by dose knob 118.  Such
dose indication may be purely mechanical in nature or
electronic, such as an LCD display.

Once the entire drug has been administered to the
patient, the entire cartridge assembly and patient needle

20   assembly is then discarded.  The injector pen is then
ready for another cartridge assembly 90.

While this invention has been described as having a
preferred design, the present invention can be further
modified within the spirit and scope of this disclosure.

25   This application is therefore intended to cover any
variations, uses, or adaptations of the invention using
its general principles.  Further, this application is
intended to cover such departures from the present
disclosure as come within known or customary practice in

30   the art to which this invention pertains and which fall
within the limits of the appended claims.

SAN00761492

WO 94/21213

PCT/US94/02738

20

## CLAIMS

1.  A method of lyophilizing and sealing an
injectionable product within a cartridge, the method
comprising the steps of:  providing an elongate cartridge
(58) having on a first end thereof a shoulder (66), a rim
5      (63) defining a first opening and having a circumferential
radially outwardly extending flange (62) adjacent said
first opening, and a neck (64) disposed axially between
said flange and shoulder, said neck having a diameter
smaller than said flange and shoulder, said cartridge
10     including a second opening on a second end thereof distal
said first opening; and inserting a plunger (54) in said
second opening; characterized by:

providing a cap (20) having a cylindrical portion and
a seal (52), said cylindrical portion including an open
15     bottom receivable over said neck, said cap including a top
having an opening therein for receipt of a needle
therethrough, at least one vent (34) circumferentially
disposed in said cap, and at least two deformable ledges
(38,40) on said cap extending radially inwardly from said
20     cylindrical portion axially below said vent, said seal
being axially disposed between said vent and said top so
as to block said top opening;

inserting the product to be lyophilized into said
cartridge (58);

25     placing said cap onto said cartridge such that said
deformable ledges (38,40) rest upon said flange (62) and
said vent is in fluid communication with said cartridge
first opening;      placing said cartridge with said cap
in a lyophilizing chamber; lyophilizing the product; and

30     closing said cap by exerting a downward pressure upon
said cap such that said deformable ledges yieldably snap
around said flange (62) and into said neck to be lockingly
retained therein, said vent (34) is blocked from
communication with said cartridge first opening, and said
35     seal (52) is pressed into sealing engagement with said rim
(63) by downward pressure exerted by said top thereby

SAN00761493

21

providing an air impermeable barrier between said top
opening and said cartridge first opening.

2.    The method of claim 1, characterized in that the
step of closing said cap (20) is preceded by the steps of
purging oxygen from said cartridge (58) and providing a
nitrogen overlay in said cartridge.

3.    The method of claim 1, further characterized by:
providing a sleeve (78) having a first open end for
receiving said cartridge (58) and a radially inwardly
extending stop (84); and placing said cartridge into said
first open end of said sleeve such that said cartridge is
positively axially retained in said sleeve against said
stop.

4.    The method of claim 3, characterized by the
subsequent step of permanently attaching said sleeve (78)
to said cap (20).

5.    The method of claim 3, characterized in that
said sleeve (78) includes a second open end distal said
first open end and axially below said sleeve stop, and the
step of placing said cartridge into said sleeve is
preceded by the step of inserting a plunger rod tip (71)
having a head (73) in said sleeve such that said plunger
rod tip extends from said second opening and said head is
axially adjacent said plunger (54).

6.    The method of claim 5, further characterized by
the step of capturing said head (73) between said sleeve
ledge (84) and said plunger (54).

7.    The method of claim 1, characterized in that the
step of placing the cartridge (58) in a lyophilizing
chamber includes supporting said cartridge on a first
surface (74), and the step of closing said cap includes
exerting a downward pressure upon said cap (20) by contact
of a second surface (72) upon said cap induced by relative
vertical movement between said first and second surfaces.

8.    A cartridge assembly for holding a lyophilized
drug and forming a disposable part of an injection pen,
the cartridge assembly comprising:

SAN00761494

WO 94/21213

PCT/US94/02738

22

an elongate cartridge (58) having on a first end
thereof a shoulder (66), and a rim (63) defining a first
opening and having a circumferential radially outwardly
extending flange (62) adjacent said first opening and a
neck (64) disposed axially between said flange and
shoulder, said neck having a diameter smaller than said
flange and shoulder, said cartridge including a second
opening on a second end thereof distal said first opening;

a cap (20) disposed on said first end of said
cartridge, said cap having a first cylindrical portion
including an open bottom received over said first end, a
top having an opening therein for receipt of a needle
therethrough, and at least two elastically deformable
ledges (38,40) extending radially inwardly from said first
cylindrical portion and lockingly retained under said neck
flange;

a resilient seal (52) in said cap disposed between
said first opening and said top opening and forming an
impermeable barrier therebetween a vent opening in said
cap below said seal; a sleeve (78) radially disposed about
and permanently attached to said cap; and

a plunger rod tip (71) slidably disposed in said
sleeve, said plunger rod tip including a head (73) axially
adjacent said plunger for exerting pressure against said
plunger during administration of the drug.

9.    The cartridge assembly of claim 8, characterized
in that said sleeve (78) includes a first cylindrical
portion adapted to receive said cartridge and a second
cylindrical portion axially below said first cylindrical
portion and concentric therewith, and a radially inward
circumferentially extending ledge (84) defined at the
junction of said first and second cylinder for axially
retaining said one end of said cartridge.

10.    The cartridge assembly of claim 8, characterized
in that said rim (63) of said cartridge outwardly tapers
for compressingly sealing said resilient seal (52) between
said cartridge and said cap.

SAN00761495

WO 94/21213                                                    PCT/US94/02738

23

11.   The cartridge assembly of claim 8, characterized in that said cap (20) includes an oval shaped wall carrying said ledges (38,40) wherein said wall is thinner along the major axis of the oval than along the minor axis of the oval, and said ledges are disposed generally on the minor axis of the oval.

12.   The cap and cartridge assembly of claim 8, characterized in that said deformable ledge comprises two circumferential and inwardly extending ledges (38,40) separated by two arcuate portions of an oval-shaped wall (50) and said ledges are located on the minor axis of said oval-shaped wall.

13.   The cap and cartridge assembly of claim 12, characterized in that said oval-shaped wall (50) is thinner along the major axis of the oval than along the minor axis of the oval.

14.   A method reconstituting a lyophilized compound, the lyophilized compound contained within an interior space defined by an inner wall of a cartridge (59) having an inlet at one end thereof, the method comprising the steps of:  attaching a connector (30) to the inlet end of the cartridge, the connector having an interior space and defining an axis along a longitudinal length thereof, the axis of the connector forming an oblique angle relative to the axis of the cartridge; placing a syringe (96) having a needle (98) and containing the diluent into the interior space of the connector, such that the needle (98) is oriented obliquely toward the inner wall of the cartridge; and injecting a diluent from the syringe into the cartridge via the inlet such that the diluent impinges on and runs down the inner wall of the cartridge before contacting the compound (70) whereby foaming of the compound is prevented.

15.   An apparatus for reconstituting a lyophilized drug contained within an inner space of a cartridge, the cartridge (59) having an inlet on one end thereof, and defining a longitudinal axis extending through the inlet,

SAN00761496

24

the apparatus comprising:  a connector (30) releasably
secured to the inlet end of the cartridge and adapted to
receive and hold a syringe (96) containing a diluent, the
connector having a first portion (111) defining a
longitudinal axis which forms an oblique angle with the
longitudinal axis of the cartridge, the syringe being
supported by the connector at the oblique angle whereby
the diluent is injected into the cartridge via the inlet
at the oblique angle.

16.   The apparatus of claim 15, characterized in that
said connector (30) is received on the inlet end of the
cartridge, the connector further including a second
portion (113) eccentric with said first portion, said
second portion having a larger diameter than a diameter of
said first portion and adapted to retain and support the
syringe.

17.   An injector pen and cartridge apparatus for
administering a drug, the apparatus comprising:  a
cartridge assembly (90) having a cartridge with a movable
plunger (54) therein and an inlet on one end thereof, said
cartridge assembly including a rod tip (71) disposed
axially adjacent said plunger and adapted to exert
pressure upon said plunger for dispensing the drug from
said cartridge, said rod tip including a recess (107) of a
given axial length therein; and an injector pen releasably
engaged with said cartridge assembly, said pen including a
movable rod (108) received in said recess (107) and
engaging said rod tip in order to advance said rod tip
during dispensing of the drug; characterized in that said
movable rod (108) has a retraction travel length that is
less than the axial length of said recess  whereby said
movable rod remains engaged with said rod tip.

18.   The cartridge assembly of Claim 17 characterized
in that said plunger rod tip (73) is captured by said
ledge (84) of said sleeve to thereby retain said plunger
rod tip in said sleeve.

SAN00761497

WO 94/21213                                          PCT/US94/02738

1/5



FiG. 1A

FiG. 1B

FiG. 2

FiG. 3

FiG. 4

FiG. 5

SAN00761498

WO 94/21213                                    PCT/US94/02738

2 / 5



FIG. 6

FIG. 7

SAN00761499

3 / 5



FIG. 8

FIG. 9

4 / 5



FIG. 10

SAN00761501

WO 94/21213                                                    PCT/US94/02738

5 / 5



FIG. 11



FIG. 12



FIG. 13



FIG. 14

SAN00761502



# PCT

WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau

## INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification <sup>6</sup> : | | A1 | (11) International Publication Number: | WO 96/02290 |
|---|---|---|---|---|
| A61M 5/32 | | | (43) International Publication Date: | 1 February 1996 (01.02.96) |

(21) International Application Number: PCT/DK95/00506

(22) International Filing Date: 14 July 1995 (14.07.95)

(30) Priority Data:
0857/94    19 July 1994 (19.07.94)    DK

(71) Applicant (for all designated States except US): NOVO NORDISK A/S [DK/DK]; Novo Allé, DK-2880 Bagsværd (DK).

(72) Inventor; and
(75) Inventor/Applicant (for US only): LAV, Steffen [DK/DK]; 50 Lavendelgangen, Birkevang, DK-2700 Brønshøj (DK).

(74) Common Representative: NOVO NORDISK A/S; Corporate Patents, Hansen, Einar, Tronier, Novo Allé, DK-2880 Bagsværd (DK).

(81) Designated States: AM, AU, BB, BG, BR, BY, CA, CN, CZ, EE, FI, GE, HU, IS, JP, KE, KG, KP, KR, KZ, LK, LR, LT, LV, MD, MG, MN, MW, MX, NO, NZ, PL, RO, RU, SD, SG, SI, SK, TJ, TM, TT, UA, UG, US, UZ, VN, European patent (AT, BE, CH, DE, DK, ES, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, ML, MR, NE, SN, TD, TG), ARIPO patent (KE, MW, SD, SZ, UG).

Published
With international search report.

(54) Title: NEEDLE MAGAZINE

(57) Abstract

A magazine for storing and final disposal of a snap-on needle unit (2) has a compartment (1) having a bottom, a cylindric side wall, and an access opening, which compartment accomodates the needle unit with a gap between the outer side wall of this needle unit and the inner side wall of the compartment. A circle of tongue shaped protrusions (14) are at one end thereof hinged at the inner surface of the side wall of the compartment and are at their other end free. The length of the protrusions exceeds the width of the gap so that the protrusions are deflected to assume an oblique position with their free ends abutting the cylindric outer wall of the needle unit, the free ends pointing towards the access opening of the compartment when the unused needle is stored in the magazine and pointing towards the bottom of the compartment when the needle unit is reinserted in the magazine.



SAN00761503

### FOR THE PURPOSES OF INFORMATION ONLY

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AT | Austria | GB | United Kingdom | MR | Mauritania |
| AU | Australia | GE | Georgia | MW | Malawi |
| BB | Barbados | GN | Guinea | NE | Niger |
| BE | Belgium | GR | Greece | NL | Netherlands |
| BF | Burkina Faso | HU | Hungary | NO | Norway |
| BG | Bulgaria | IE | Ireland | NZ | New Zealand |
| BJ | Benin | IT | Italy | PL | Poland |
| BR | Brazil | JP | Japan | PT | Portugal |
| BY | Belarus | KE | Kenya | RO | Romania |
| CA | Canada | KG | Kyrgystan | RU | Russian Federation |
| CF | Central African Republic | KP | Democratic People's Republic | SD | Sudan |
| CG | Congo | | of Korea | SE | Sweden |
| CH | Switzerland | KR | Republic of Korea | SI | Slovenia |
| CI | Côte d'Ivoire | KZ | Kazakhstan | SK | Slovakia |
| CM | Cameroon | LI | Liechtenstein | SN | Senegal |
| CN | China | LK | Sri Lanka | TD | Chad |
| CS | Czechoslovakia | LU | Luxembourg | TG | Togo |
| CZ | Czech Republic | LV | Latvia | TJ | Tajikistan |
| DE | Germany | MC | Monaco | TT | Trinidad and Tobago |
| DK | Denmark | MD | Republic of Moldova | UA | Ukraine |
| ES | Spain | MG | Madagascar | US | United States of America |
| FI | Finland | ML | Mali | UZ | Uzbekistan |
| FR | France | MN | Mongolia | VN | Viet Nam |
| GA | Gabon | | | | |

SAN00761504

WO 96/02290                                                    PCT/DK95/00306

1

# NEEDLE MAGAZINE

The invention relates to a magazine for storing and final disposal of a snap-on needle unit carrying a needle mounted in a hub comprising a sleeve with an open end for insertion of a needle receiving part of a syringe and exhibiting a cylindric
5 outer wall.

A snap-on needle unit is a unit which may be mounted on a syringe by an axial movement of the syringe and the needle unit towards each other. During this movement a needle receiving part of the syringe is passed into a sleeve of a needle hub forming part of the needle unit until protrusions on the inner surface of the
10 sleeve engage recesses in the needle receiving part.

In opposition to needle units which a screwed onto the syringe an axial pressure must be exerted on the needle unit and the syringe to provide the snap engagement between the two parts. Correspondingly a certain axial force must be used to pull the syringe and the needle unit apart again when after use the needle
15 is removed from the syringe for final disposal.

During mounting and dismounting of the needle unit it is important that the outer pointed end of the needle is protected so that neither the user nor an assisting person scratch himself by this pointed end. Therefore the needle unit is stored in a magazine which covers the needle unit only leaving free the opening wherein the
20 needle receiving part of the syringe shall be inserted.

It is the object of the invention to provide a magazine which may further be used for removing a used needle from the syringe and for keeping it locked in the magazine in a position so that the used needle may not be removed from the magazine after the reinsertion therein. Further it is the object of the invention to show
25 appropriate modifications of the needle unit design which ensures a good collaboration between the needle unit and the magazine.

A magazine according to the invention is characterized in that it has a compartment having a bottom, a cylindric side wall, and an access opening, which compartment accommodates the needle unit with a gap between the outer side wall

SAN00761505

WO 96/02290                                              PCT/DK95/00306

2

of this needle unit and the inner side wall of the compartment, and that a circle of tongue shaped flexible protrusions at one end thereof are hinged at the inner surface of the side wall of the compartment and at their other end are free, the length of the protrusions exceeding the width of the gap so that the protrusions are
5    deflected to assume an oblique position with their free ends abutting the cylindric outer wall of the needle unit, the free ends pointing towards the access opening of the compartment when the unused needle is stored in the magazine and pointing towards the bottom of the compartment when the needle unit is reinserted in the magazine.

10       When the needle unit is stored in the magazine the bottom of this magazine supports the needle hub when a needle receiving end of a syringe is pressed into the needle hub to mount this hub onto the syringe. When the needle hub is snap engaged to the syringe it may easily be drawn out of the magazine with the protrusions sliding along the cylindric outer surface of the needle hub. When a used
15    needle unit is reinserted into the magazine the flexible protrusions will have assumed a position wherein the opening defined by the free end of the protrusion has a smaller diameter than has the cylindric part of the needle hub. When the hub is inserted the protrusions will be deflected with their free ends pointing toward the bottom of the compartment until these protrusions assume an oblique position
20    where the cylindric part of the needle unit may pass the free ends of the protrusions which may now slide over the surface of the cylindric part during the further insertion of the needle unit into the magazine. When hereafter the syringe is retracted the protrusions will jam in the gap and retain the needle unit back in the magazine so that pulling the syringe and the magazine away from each other will result in a
25    release of the snap engagement between the needle unit and the syringe.

         Not to rely only on the jamming of the protrusions in the gap between the compartment wall and the needle unit the free end of the protrusion abutting the cylindric part of the needle unit may be sharpened so that they will cut into this cylindric part when an attempt is made to move this unit in a direction opposite the
30    direction indicated by the protrusions.

SAN00761506

WO 96/02290                                                                PCT/DK95/00306

3

The circle of sharp ended flexible protrusions may appropriately be provided as radially inward extending tongues in a metal ring fixed to the inner wall of the compartment of the magazine.

Due to the locking function of the protrusions the new needle units which are
5  sold stored in the magazine may not just be inserted into the magazine as this would put the protrusion in their locking position. Therefore a special packing technique must be used to ensure that the protrusions of magazines with new needle units ready for use are pointing towards the access opening of the magazine. This may be obtained when the protrusions are provided on the inner surface of sleeve which
10  as a lining is inserted and secured in the compartment. This construction allows that a new and unused needle unit is placed in the magazine whereafter the lining sleeve is inserted in the compartment through the access opening thereof. During the insertion of the lining the free ends of the protrusions will be deflected towards the access opening by the cylindric part of the needle unit already placed in the
15  magazine. With this direction of the protrusions the needle unit may easily be drawn out of the magazine.

The collaboration of the locking means of the magazine and the cylindric part of the needle unit may be enhanced by appropriate design of said cylindric part. This design may consist in the provision of at least one circumferential edge on the
20  cylindric wall of the needle unit. The edge may be drawn past the protrusions as long as these protrusions point away from the edge, but a jamming will occur when the ends of the protrusions abuts against the edge as the protrusion not only have to be deflected but must be crumbled to let the edge pass.

Such an edge may be provided by the ends of a number of circumferentially
25  spaced axial ribs on the cylindric outer wall of the needle unit.

In another embodiment the cylindric part of the needle unit may be provided with a circumferential ring shaped protrusion to provide the circumferential edge.

In still another embodiment the circumferential edge may be provided as the edge of a circumferential recess in the cylindric part of the needle hub.

SAN00761507

WO 96/02290                                      PCT/DK95/00306

4

In the following the invention is further described with reference to the drawings, wherein

Figure 1      shows a sectional view of a not assembled embodiment of a magazine and needle according to the invention,

5     Figure 2      shows a sectional view of the embodiment in figure 1 assembled for storage,

Figure 3      shows a sectional view of the embodiment in figure 2 with the needle finally disposed of in the magazine,

Figure 4      shows a sectional view of another embodiment of a magazine
10            with a stored needle unit,

Figure 5      shows a locking ring for the magazine shown in figure 4, and

Figure 6      shows an exploded view of an embodiment of a magazine with a needle before assembling.

In figure 1 is shown a magazine 1, a needle unit 2, and a locking sleeve 3 in
15 a position ready to be assembled to store the needle unit in the magazine in a way making it possible to take the needle unit from the magazine and to reinsert the needle unit in the magazine for final disposal.

The needle unit 2 comprises an injection needle 4 carried in a needle hub comprising a bottom 5 which carries a cylindric sleeve 6 surrounding one end of the
20 needle 4 and having at its inner surface protrusions 7 for engagement with recesses in a needle receiving part of a syringe. On its outer surface the sleeve 6 has a circumferential rib 8 exhibiting an edge 9 facing the open syringe receiving end of the sleeve.

SAN00761508

WO 96/02290                                    PCT/DK95/00306

5

The magazine 1 comprises a needle accommodating compartment 10, needle hub support ribs 21, and a sleeve accommodating compartment 12. The needle unit 2 is inserted in the magazine 1 with the end of the needle not surrounded by the sleeve 6 inserted in the compartment 10 and the bottom 5 of the needle hub

5  abutting against the needle support ribs 21. Thereby the sleeve 6 will be centered in the compartment 12 leaving a uniform gap between the outer surface of the sleeve 6 and the inner surface of the cylindric wall of the compartment 12 allowing the locking sleeve 3 to be pressed in through an open end of the compartment 12.

The locking sleeve 3 has a cylindric wall 13 which is at its inner surface along

10  a circle in a plane perpendicular to the axis of the sleeve 13 provided with tongue shaped projections 14 which are flexible in their connection to the inner wall of the locking sleeve 13 and which extend radially so that the circle defined by their free ends has a minor diameter than has the needle hub. Consequently, when the locking sleeve 3 is inserted in the gap between the needle hub and the inner wall of

15  the compartment 12 the needle hub will abut the projections 14 and deflect them to adopt an oblique position with their free ends pointing towards the open end of the magazine as shown in figure 2. The locking sleeve 3 is secured in the compartment 12, e.g. by having a flange 15 which is received in a recess 16 surrounding the access opening of the magazine and a gluing or welding being established between

20  the flange 15 and the recess 16. Alternatively an irreversible snap lock connection may be provided between the outer surface of the locking sleeve and the inner cylindric surface of the compartment 12.

When the needle unit 2 is positioned in the magazine 1 and the locking sleeve is inserted in the gap between the needle hub and the magazine the magazine is

25  closed by a membrane 17 covering the access opening of the magazine and the needle unit may in this way be maintained sterile as long as it is stored in the magazine. The membrane may be made from paper which does not allow germs to pass but is permeable to hot steam used to sterilize the needle unit in the magazine.

When the needle unit is going to be used, the membrane 17 is removed and

30  the needle receiving part of a syringe is inserted into the open end of the sleeve 6

SAN00761509

WO 96/02290                                                    PCT/DK95/00306

6

and moved into this sleeve until the protrusions 7 engages the recesses in the
needle receiving part of the syringe. When the syringe is retracted the needle unit
will follow this syringe due to the snap connection between this needle unit and the
syringe. The protrusion 8 of the needle hub may pass the tongues of the locking

5   sleeve as these tongues are passed in a direction allowing them to be further
deflected. When the needle unit is removed from the magazine the tongues will due
to their flexibility return to a position with their free ends defining a circle having a
diameter smaller than the diameter of the needle hub.

When after use the needle hub mounted on the syringe is reinserted in the
10  magazine the needle hub will abut the tongues and deflect them to an oblique
position with their free ends pointing away from the access opening of the magazine.
During further insertion of the needle unit the protrusion 8 of this unit may pass the
tongues and after this passing the needle unit is locked in the magazine as a
retraction will cause the free ends of the tongues to abut against the edge 9 and

15  consequently the force exerted on the tongues during a retraction of the needle unit
is not a deflecting one but a force in the longitudinal direction of the tongues so that
the tongues must be crumbled before the needle unit may be removed from the
magazine. For such a crumbling a force is needed which far exceeds the force
needed to release the snap connection between the needle unit and the syringe,

20  and consequently the needle unit will remain in the magazine when the syringe is
retracted.

In the shown embodiment the needle unit was designed for use with the
magazine by having an edge 9 facing the access opening of the magazine. This
edge 9 is provided on a circumferential protrusion 8 of the needle unit. The edge

25  may alternatively be provided as end surfaces of circumferentially spaced ribs on the
outer surface of the sleeve 6 or as an edge of a circumferential recess in this outer
surface.

In a more universal embodiment of the magazine no special designed needle
unit is demanded. In such an embodiment tongues 14 having a sharp free end are

30  provided as radially inward pointing tongues of metal or a hard plastic. The sleeve

SAN00761510

WO 96/02290                                            PCT/DK95/00306

7

13 and the tongues 14 are preferably moulded as one integral part. However, if different materials are used for the sleeve and the tongues, a flat ring 18 is provided with radial inward pointing tongues 14 as shown in figure 5. This ring has a diameter corresponding to the diameter of the access opening of the magazine. When the

5  needle unit is positioned in the magazine the ring is placed in the gap between the needle unit and the wall of the compartment 12 so that the needle hub deflects the tongues 14 to an oblique position with their free ends abutting the outer surface of the sleeve 6. The ring 18 is placed so it abuts a shoulder formed by ends of the needle hub supporting ribs 21 and is secured in this position by a sleeve 20 inserted

10 from the access opening of the magazine as shown i figure 4. During the first removal and the reinsertion of the needle hub the tongues 14 will function in the same way as the tongues 14 in figure 1 - 3, but if an attempt is made to remove the reinserted needle unit from the magazine the sharp free end of the tongues will cut into the surface of the needle hub and provide a detent against removal of the

15 needle unit. This function is not depending on the needle unit design and the protrusions 8 shown in figure 4 are not actually needed.

Figure 6 shows an exploded view of a magazine with a needle unit. In this figure it is seen that some of the tongues in the locking sleeve are replaced by axial guiding ribs 22 which abutting an outer circumferential surface of the needle unit

20 contribute to the centering of the needle unit in the magazine.

SAN00761511

WO 96/02290                                           PCT/DK95/00306

8

## Claims

1. A magazine for storing and final disposal of a snap-on needle unit carrying a needle mounted in a hub comprising a sleeve with an open end for insertion of a needle receiving part of a syringe and exhibiting a mainly cylindric outer wall,
5  characterized in that the magazine has a compartment having a bottom, a cylindric side wall, and an access opening, which compartment accommodates the needle unit with a gap between the outer side wall of this needle unit and the inner side wall of the compartment, and that a circle of tongue shaped protrusions at one end thereof are hinged at the inner surface of the side wall of the compartment and at
10  their other end are free, the length of the protrusions exceeding the width of the gap so that the protrusions are deflected to assume an oblique position with their free ends abutting the cylindric outer wall of the needle unit, the free ends pointing towards the access opening of the compartment when the unused needle is stored in the magazine and pointing towards the bottom of the compartment when the
15  needle unit is reinserted in the magazine.

2. A magazine according to claim 1, characterized in that the free end of the protrusions abutting the cylindric part of the needle unit are sharpened.

3. A magazine according to claim 2, characterized in that the protrusions are provided as radially inward extending tongues in a metal ring fixed at the inner wall
20  of the compartment of the magazine.

4. A magazine according to anyone of the claims 1 - 3, characterized in that the protrusions are provided on the inner surface of a sleeve which as a lining is inserted and secured in the compartment.

SAN00761512

WO 96/02290                                                          PCT/DK95/00306

9

5. A needle hub for use in a magazine according to the claims 1-4, characterized in that on the mainly cylindric outer wall of the needle unit at least one circumferential edge is provided facing the open end of the sleeve.

6. A needle hub according to claim 5, characterized in that the edge is
5  defined by the ends of a number of circumferential spaced axial ribs on the cylindric outer wall of the needle unit.

7. A needle hub according to claim 5, characterized in that the edge is provided by the cylindric outer wall of the needle unit being provided with a circumferential ring shaped protrusion.

10      8. A needle hub according to claim 5, characterized in that the edge is provided as an edge of a circumferential recess in the cylindric outer wall of the needle hub.

SAN00761513

WO 96/02290                                             PCT/DK95/00306

1/2



Fig. 1



Fig. 6



Fig. 2



Fig. 3

SAN00761514

1

# INTERNATIONAL SEARCH REPORT

| | International application No. |
|---|---|
| | PCT/DK 95/00306 |

**A. CLASSIFICATION OF SUBJECT MATTER**

IPC6: A61M 5/32
According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)

IPC6: A61M

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

SE,DK,FI,NO classes as above

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | WO 8200412 A1 (ELISHA, BENJAMIN), 18 February 1982 (18.02.82), page 4, line 18 - line 27, figure 2 | 1-4 |
| X | figure 3 | 5,7 |

☐ Further documents are listed in the continuation of Box C.    ☒ See patent family annex.

| * | Special categories of cited documents | "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
|---|---|---|---|
| "A" | document defining the general state of the art which is not considered to be of particular relevance | | |
| "E" | earlier document but published on or after the international filing date | "X" | document of particular relevance: the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "L" | document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" | document of particular relevance: the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" | document referring to an oral disclosure, use, exhibition or other means | | |
| "P" | document published prior to the international filing date but later than the priority date claimed | "&" | document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 10 October 1995 | 10-11-1995 |
| Name and mailing address of the ISA/ | Authorized officer |
| Swedish Patent Office Box 5055, S-102 42 STOCKHOLM | May Hallne |
| Facsimile No. + 46 8 666 02 86 | Telephone No. + 46 8 782 25 00 |

Form PCT/ISA/210 (second sheet) (July 1992)

SAN00761516

**INTERNATIONAL SEARCH REPORT**
Information on patent family members

28/08/95

| International application No. |
|---|
| PCT/DK 95/00306 |

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| WO-A1- 8200412 | 18/02/82 | NONE | |

Form PCT/ISA/210 (patent family annex) (July 1992)

SAN00761517

Patentdirektoratet
Kopiservice

## PCT



ORGANISATION MONDIALE DE LA PROPRIETE INTELLECTUELLE
Bureau International



DEMANDE INTERNATIONALE PUBLIEE EN VERTU DU TRAITE DE COOPERATION EN MATIERE DE BREVETS (P

| (51) Classification Internationale des brevets 6 : | | (11) Numéro de publication Internationale: | WO 97/496? |
|---|---|---|---|
| B65D 83/14, B05B 11/00 | A1 | (43) Date de publication internationale: 31 décembre 1997 (31.12. | |

(21) Numéro de la demande internationale: PCT/FR97/01064

(22) Date de dépôt international: 13 juin 1997 (13.06.97)

(30) Données relatives à la priorité:
96/07798    24 juin 1996 (24.06.96)    FR

(71) Déposant (pour tous les Etats désignés sauf US): VALOIS S.A.
[FR/FR]; Boîte postale G, Le Prieuré, F-27110 Le Neubourg
(FR).

(72) Inventeurs; et
(75) Inventeurs/Déposants (US seulement): DE ROSA, Daniel
[FR/FR]; 9, côte de la Justice, F-27400 Louviers (FR).
POINTEL, Yannick [FR/FR]; 1, rue des Canadiens, F-27110
Epegard (FR).

(74) Mandataire: CAPRI S.A.R.L.; 94, avenue Mozart, F-75016
Paris (FR).

(81) Etats désignés: US, brevet européen (AT, BE, CH, DE, I
ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE).

Publiée
Avec rapport de recherche internationale.

(54) Title: DISPENSING DEVICE WITH SAFE OPERATION CONTROL AND REFILL FOR SAME

(54) Titre: DISPOSITIF DE DISTRIBUTION A SECURITE D'ACTIONNEMENT ET RECHARGE D'UN TEL DISPOSITIF

(57) Abstract

The invention discloses a dispensing device for a fluid product comprising a dispensing unit (1) provided with an axially movable control head (2) and a reservoir (3) containing the fluid to be dispensed, the said dispensing unit (1) being fixed on the reservoir (3), characterised in that the device further comprises means (4) for blocking any axial movement of the control head (2), and unlocking means (5) for engaging to the said blocking means (4) to cancel the action of the said blocking means (4) on the control head (2) and thus allow the axial movement of the said control head (2).

(57) Abrégé

Dispositif de distribution de produit fluide comprenant un organe de distribution (1) doté d'une tête d'actionnement (2) déplaçable axialement et d'un réservoir (3) contenant le produit fluide à distribuer, ledit organe de distribution (1) étant fixé sur le réservoir (3), caractérisé en ce que le dispositif comprend en outre des moyens de blocage (4) pour empêcher tout déplacement axial de la tête d'actionnement (2), et des moyens de déverrouillage (5) destinés à être mis en prise avec les moyens de blocage (4) pour effacer l'action desdits moyens de blocage (4) sur la tête d'actionnement (2) et ainsi permettre le déplacement axial de ladite tête d'actionnement (2).



SAN00761518

## UNIQUEMENT A TITRE D'INFORMATION

Codes utilisés pour identifier les Etats parties au PCT, sur les pages de couverture des brochures publiant des demandes internationales en vertu du PCT.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AL | Albanie | ES | Espagne | LS | Lesotho | SI | Slovénie |
| AM | Arménie | FI | Finlande | LT | Lituanie | SK | Slovaquie |
| AT | Autriche | FR | France | LU | Luxembourg | SN | Sénégal |
| AU | Australie | GA | Gabon | LV | Lettonie | SZ | Swaziland |
| AZ | Azerbaïdjan | GB | Royaume-Uni | MC | Monaco | TD | Tchad |
| BA | Bosnie-Herzégovine | GE | Géorgie | MD | République de Moldova | TG | Togo |
| BB | Barbade | GH | Ghana | MG | Madagascar | TJ | Tadjikistan |
| BE | Belgique | GN | Guinée | MX | Ex-République yougoslave | TM | Turkménistan |
| BF | Burkina Faso | GR | Grèce | | de Macédoine | TR | Turquie |
| BG | Bulgarie | HU | Hongrie | ML | Mali | TT | Trinité-et-Tobago |
| BJ | Bénin | IE | Irlande | MN | Mongolie | UA | Ukraine |
| BR | Brésil | IL | Israël | MR | Mauritanie | UG | Ouganda |
| BY | Bélarus | IS | Islande | MW | Malawi | US | Etats-Unis d'Amérique |
| CA | Canada | IT | Italie | MX | Mexique | UZ | Ouzbékistan |
| CF | République centrafricaine | JP | Japon | NE | Niger | VN | Viet Nam |
| CG | Congo | KE | Kenya | NL | Pays-Bas | YU | Yougoslavie |
| CH | Suisse | KG | Kirghizistan | NO | Norvège | ZW | Zimbabwe |
| CI | Côte d'Ivoire | KP | République populaire | NZ | Nouvelle-Zélande | | |
| CM | Cameroun | | démocratique de Corée | PL | Pologne | | |
| CN | Chine | KR | République de Corée | PT | Portugal | | |
| CU | Cuba | KZ | Kazakstan | RO | Roumanie | | |
| CZ | République tchèque | LC | Sainte-Lucie | RU | Fédération de Russie | | |
| DE | Allemagne | LI | Liechtenstein | SD | Soudan | | |
| DK | Danemark | LK | Sri Lanka | SE | Suède | | |
| EE | Estonie | LR | Libéria | SG | Singapour | | |

SAN00761519

WO 97/49620                                        PCT/FR97/01064

Dispositif de distribution à sécurité
d'actionnement et recharge d'un tel dispositif.

La présente invention concerne un dispositif de
distribution à sécurité d'actionnement ainsi qu'une
recharge d'un tel dispositif. L'invention s'applique plus
particulièrement au domaine de la parfumerie où le
5   conditionnement du produit joue un rôle esthétique
important. Le conditionnement peut représenter une
certaine valeur et il est alors avantageux de pouvoir le
rentabiliser. Des recharges peuvent alors être
spécialement prévues pour ce type de conditionnement.
10  L'application de l'invention dans le cadre d'un
conditionnement réutilisable n'est qu'une mise en oeuvre
préférentielle ; bien entendu, le dispositif de
distribution à sécurité d'actionnement de l'invention peut
être utilisé dans bien d'autres domaines tel que la
15  cosmétique, la pharmacie, l'alimentation, la droguerie
etc., sans application à un conditionnement réutilisable.
Il est déjà connu d'équiper certains dispositifs de
distribution du type réservoir ou flacon muni d'un organe
de distribution tel une pompe ou une valve, de sécurités
20  d'actionnement ou de garanties de premier usage, afin
d'assurer à l'utilisateur la primeur d'utilisation du
dispositif. Ces sécurités ou garanties se présentent
souvent sous la forme de bandes arrachables ou frangibles
reliées à la tête d'actionnement du dispositif pour
25  empêcher son actionnement. Une fois la bande arrachée ou
détruite, la tête d'actionnement peut se déplacer
axialement et distribuer le produit. Ce genre de sécurité
ou garantie est basé sur le principe de l'immobilisation
de la tête d'actionnement grâce à un élément à retirer ou
30  à détruire.

SAN00761520

WO 97/49620                                                          PCT/FR97/01064

2

L'arrachement ou la destruction de la bande nécessite
une certaine force de traction qui peut parfois conduire
au déchirement de la bande elle-même ; une partie de la
bande reste alors en place, et il est difficile de la
5    retirer complètement. En outre, la bande retirée constitue
un déchet de petite taille dont il faut se débarrasser
tout de même. Un autre inconvénient provient du fait que
ce type de sécurité est irréversible, en ce sens que la
bande ne peut plus être remise en place pour empêcher
10   l'actionnement de la tête.

Un problème à la base de la présente invention est de
réaliser un dispositif de distribution pourvu d'une
sécurité d'actionnement fiable, non destructive, c'est-à-
dire réversible, et dont la mise hors fonction s'effectue
15   sans nécessiter une force particulière.

On connait déjà du document US-3 885 717 une sécurité
à l'usage des enfants pour des bombes aérosols. La tête
d'actionnement de la valve est pourvue de part et d'autre
de pattes élastiques qui s'étendent vers le bas et dont
20   les extrémités sont dotées de crochets qui viennent en
prise sous la tête d'actionnement. Les pattes définissent
ainsi    ensemble    un    passage    que    le    doigt    doit
obligatoirement emprunter pour accéder à la tête
d'actionnement. Le doigt étant plus large que celui d'un
25   enfant, seul le doigt d'un adulte est apte à s'engager
dans le passage formé par les pattes élastiques en les
repoussant de manière à dégager les crochets d'en dessous
de la tête. Dans cette sécurité, le déverrouillage est
effectué par le doigt de l'utilisateur et par conséquent
30   tout adulte peut déverrouiller la bombe. Il ne s'agit donc
pas d'une sécurité totale, mais uniquement sélective à
l'égard des enfants. D'autre part, la largeur des doigts
chez les adultes est très variable, de sorte que cette
sécurité n'assure même pas la possibilité d'utilisation
35   pour tous les adultes.

SAN00761521

WO 97/49620                                              PCT/FR97/01064

3

La présente invention a pour but de remédier à ces inconvénients en définissant une sécurité dite de premier usage non sélective dont le déverrouillage ne dépend pas de la nature de l'utilisateur.

5      Pour ce faire, il est prévu un dispositif de distribution de produit fluide comprenant un organe de distribution doté d'une tête d'actionnement déplaçable axialement et d'un réservoir contenant le produit fluide à distribuer, ledit organe de distribution étant fixé sur le

10     réservoir, caractérisé en ce que le dispositif comprend en outre des moyens de blocage pour empêcher tout déplacement axial de la tête d'actionnement, et des moyens de déverrouillage pour effacer l'action desdits moyens de blocage sur la tête d'actionnement et ainsi permettre le

15     déplacement axial de ladite tête d'actionnement. Les moyens de déverrouillage assurent la mise hors fonction des moyens de blocage qui restent en place sur le dispositif.

Avantageusement, les moyens de blocage comprennent au

20     moins un élément de blocage disposé dans le chemin de déplacement axial de la tête d'actionnement, ledit élément de blocage étant écarté du chemin de déplacement axial de la tête d'actionnement par lesdits moyens de déverrouillage.

25     Selon une forme de réalisation, ledit au moins un élément de blocage est monté pivotant et comprend une surface de came, lesdits moyens de déverrouillage venant en prise avec ladite surface de came pour écarter par pivotement ledit élément de blocage hors du chemin de

30     déplacement axial de la tête d'actionnement.

De préférence, les moyens de blocage comprennent plusieurs éléments de blocage répartis à espacement angulaire régulier tout autour de la tête d'actionnement.

Alors que la mise hors fonction de la sécurité de

35     l'art antérieur constituée d'une bande est simplement

SAN00761522

WO 97/49620                                                    PCT/FR97/01064

4.

réalisée par son arrachement ou sa destruction, dans la
présente invention, les éléments de blocage sont écartés
par pivotement sans destruction de sorte que le retrait
des moyens de déverrouillage permet à nouveau aux éléments
5    de blocage de reprendre leur position initiale dans le
chemin de déplacement de la tête ; ceci assure la
réversibilité de la sécurité d'actionnement.

   Selon une forme pratique, les moyens de blocage se
présentent dans la forme d'une bague de blocage montée
10   fixement sur l'organe de distribution ou le réservoir,
ladite bague de blocage étant pourvue à son extrémité
supérieure desdits éléments de blocage pivotants, lesdits
moyens de déverrouillage se présentant sous la forme d'une
bague de déverrouillage rapportée sur la bague de blocage
15   en sollicitant les éléments de blocage par pivotement vers
l'extérieur hors du chemin de déplacement de la tête
d'actionnement.

   Les moyens de déverrouillage sont rapportés sur les
moyens de blocage avec lesquels ils viennent ainsi en
20   prise pour effacer leur action. De plus, les moyens de
déverrouillage agissent sur les moyens de
blocage indépendamment de l'actionnement de la tête
d'actionnement. Le déverrouillage n'est pas effectué par
le doigt de l'utilisateur comme dans le document US-3 885
25   717 mais par un organe rapporté qui n'agit sur la tête
d'actionnement.

   Selon une caractéristique très avantageuse de la
présente invention, le dispositif comprend en outre un
étui dans lequel le réservoir est introduit, les moyens de
30   déverrouillage connectant ledit étui de manière
démontable, de sorte que le réservoir équipé de son organe
de distribution peut être introduit et extrait de l'étui
en tant que recharge, la connexion des moyens de
déverrouillage sur l'étui mettant lesdits moyens de

SAN00761523

WO 97/49620                                                    PCT/FR97/01064

5

déverrouillage en prise avec les moyens de blocage pour
les déverrouiller.

Dans cette application préférentielle de l'invention,
le réservoir équipé de son organe de distribution

5    constitue une recharge pour un étui dont la partie
supérieure de fermeture est constituée par les moyens de
déverrouillage qui opèrent à la fois le déverrouillage des
moyens de blocage et la fermeture de l'étui. Cette forme
de réalisation est particulièrement avantageuse, car

10   l'utilisateur n'a même pas besoin d'effectuer une
opération particulière pour effacer l'action des moyens de
blocage qui se fait automatiquement lors de l'encliquetage
des moyens de déverrouillage sur l'étui.

Ainsi, il n'est même pas nécessaire d'informer

15   l'utilisateur que la recharge incorpore une sécurité
d'actionnement. De plus, si l'utilisateur souhaite bloquer
l'actionnement du dispositif pendant un certain temps, il
lui suffit de retirer légèrement les moyens de
déverrouillage et les éléments de blocage reprendront leur

20   place initiale sous la tête d'actionnement.

L'invention définit également une recharge de
dispositif de distribution de produit fluide comprenant un
organe de distribution doté d'une tête d'actionnement
déplaçable axialement et d'un réservoir contenant le

25   produit fluide à distribuer, ledit organe de distribution
étant fixé sur le réservoir, caractérisé en ce que la
recharge comprend en outre des moyens de blocage pour
empêcher tout déplacement axial de la tête d'actionnement,
lesdits moyens de blocage étant destinés à être

30   déverrouillés à l'aide de moyens de déverrouillage faisant
partie d'un ensemble de conditionnement destiné à recevoir
ladite recharge. La recharge peut être achetée dans le
commerce, équipée de sa sécurité d'actionnement, ce qui
assure la primeur d'utilisation. L'ensemble de

35   conditionnement est réutilisable et comprend un étui et

SAN00761524

WO 97/49620                                          PCT/FR97/01064

6

les moyens de déverrouillage qui viennent former l'étui en
ne laissant passer que la tête d'actionnement.

L'invention sera maintenant décrite plus amplement en
référence aux dessins joints, donnant à titre d'exemple
5   non limitatif plusieurs modes de réalisation de
l'invention.

Sur les dessins :

-   la figure 1 représente là partie supérieure d'un
    dispositif de distribution selon l'invention avec les
10  moyens de blocage en position de blocage, des moyens
    de déverrouillage étant omis,

-   la figure 2 représente un dispositif de distribution
    de la figure 1 avec les moyens de déverrouillage en
    prise avec les moyens de blocage de manière à
15  permettre le déplacement de la tête d'actionnement,

-   la figure 3 représente une forme préférentielle de
    réalisation d'un dispositif de distribution selon
    l'invention, les moyens de blocage étant en position
    de blocage et les moyens de déverrouillage étant omis,

20  -   la figure 4 est une vue du dispositif de distribution
    de la figure 3 avec les moyens de déverrouillage en
    prise avec les moyens de blocage de manière à libérer
    la tête d'actionnement dans son déplacement axial, et

-   la figure 5 est une vue agrandie en coupe des moyens
25  de blocage utilisé dans le dispositif de distribution
    représenté sur les figures 3 et 4.

En se référant d'abord aux figures 1 et 2, on voit que
le dispositif de distribution selon cette première forme
de réalisation ne représente que la partie supérieure du
30  dispositif, seul le goulot 30 du réservoir étant
représenté. Outre le réservoir qui peut être rigide ou
souple, en matière plastique en verre ou en métal, le
dispositif de distribution de l'invention comprend un
organe de distribution désigné dans son ensemble par la
35  référence numérique 1. Cet organe de distribution 1 qui

SAN00761525

WO 97/49620                                              PCT/FR97/01064

7

peut être une pompe ou une valve, comprend un corps de
pompe 10 engagé dans le goulot 30 du réservoir. L'organe
de distribution est  serti par la partie supérieure de son
corps 10 sur le goulot 30 à l'aide d'un sertissage 13. De
5   manière classique, un joint peut être interposé entre le
goulot 30 et le sertissage 13 pour assurer l'étanchéité du
dispositif au niveau du goulot du réservoir. L'organe de
distribution comprend en outre une tige d'actionnement 11
qui est montée coulissante dans le corps 10 de l'organe de
10  distribution 1. La tige d'actionnement 11  est creuse et
constitue ainsi un canal de refoulement du produit fluide
mis sous pression dans le corps 10. Pour l'actionnement de
la tige 11, il est prévu une tête d'actionnement désignée
dans son ensemble par la référence numérique 2. La tête
15  d'actionnement 2 comprend un canal  interne 22 en
communication avec l'intérieur de la tige d'actionnement
11 ainsi qu'avec un gicleur 21 destiné à pulvériser le
produit fluide en fines gouttelettes. La tête
d'actionnement 2 comprend également une surface de
20  pression 20 adaptée à l'application d'un doigt par
exemple. Une pression sur la surface 20 de la tête
d'actionnement 2 amène la tête et la tige 11 à se déplacer
axialement, comme on peut le voir sur les figures 1 et 2.
Dans le cas d'une pompe, l'enfoncement de la tige 11 a
25  pour effet de mettre la chambre de pompe comprise dans le
corps de pompe 10 sous pression jusqu'à ce que le clapet
de sortie de la pompe s'ouvre et refoule la dose de
produit fluide à travers l'intérieur creux de la tige
d'actionnement 11 jusqu'au gicleur 21 où la dose de
30  produit fluide est pulvérisée. Dans le cas d'une valve,
l'enfoncement de la tige de soupape 11 a pour effet de
mettre en communication fluide l'intérieur du réservoir ou
une partie de celui-ci avec l'extérieur à travers
l'intérieur creux de la tige de soupape 11 jusqu'au
35  gicleur 21 où le produit fluide est  pulvérisé. Dans les

SAN00761526

PCT/FR97/01064

8

deux cas, qu'il s'agisse d'une pompe ou d'une valve, la
distribution du produit fluide est réalisé grâce au
déplacement axial de la tige d'actionnement 11 surmontée
de son bouton poussoir 2 incorporant le gicleur 21.

5     Cette conception générale du dispositif de
distribution selon l'invention est commune à toute les
formes de réalisation décrite.

    En se référant maintenant plus particulièrement à la
figure 1, on voit que le goulot 30 du réservoir, ou plus
10 précisément le sertissage 13 de l'organe de distribution,
est recouvert par une pièce désignée dans son ensemble par
la référence numérique 4 qui sert de moyen de blocage pour
la tête d'actionnement 2. Cette pièce 4 réalisant un moyen
de blocage comprenant une bague de blocage formée avec des
15 pattes d'encliquetage 43 terminée par des dents
d'encliquetage 46 qui sont en prise avec le goulot 30 du
réservoir. Les pattes d'encliquetage 43 munies de leurs
dents 46 permettent une fixation solide et stable de la
pièce 4 sur le goulot 30. La bague de blocage 4 s'étend
20 jusqu'au dessus du goulot 30 où elle est pourvue
d'éléments de blocage 41 qui sont disposés dans le chemin
de déplacement axial de la tête d'actionnement 2 pour
bloquer la tête d'actionnement 2 en position de repos. Les
éléments de blocage 41 sont répartis tout autour de la
25 bague de blocage 4 dans le chemin de déplacement axial de
la tête d'actionnement 2. Les éléments de blocage 41
peuvent au nombre de trois ou de six mais il est également
envisageable de ne prévoir qu'un seul élément de blocage
41 sur la bague de blocage 4. Les éléments de blocage 41
30 sont montés pivotants sur la bague 4 autour d'un axe de
pivotement 40. Pour permettre le pivotement des éléments
de blocage 41, il est prévu une surface de came 42 qui est
reliée à l'élément de blocage 41 de manière rigide de
sorte qu'une pression exercée sur la surface de came 42
35 provoque le pivotement de l'élément de blocage 41 autour

SAN00761527

9

de l'axe de pivotement 40. Comme on peut le voir sur la figure 1, les axes de pivotement 40 s'étendent de manière tangentielle à la bague de blocage 4, de sorte que la direction de pivotement de l'élément de blocage 41 s'étend
5    radialement par rapport à la tige d'actionnement 11. Dans la position de repos de la bague de blocage 4, les éléments de blocage 41 sont disposés dans le chemin de déplacement axial de la tête d'actionnement 2. Afin d'assurer que les éléments de blocage sont correctement
10   disposés en dessous de la tête d'actionnement 2, les éléments de blocage 41 sont pourvu d'un épaississement 410, qui augmente considérablement la surface de butée de l'extrémité inférieure de la tête d'actionnement 2 sur l'extrémité supérieure des éléments de blocage 41. Ainsi,
15   grâce à l'interposition des éléments de blocage 41 en dessous de la tête d'actionnement 2, tout déplacement axial de la tête de et par conséquent de la tige d'actionnement 11, est empêché. Le dispositif de distribution ne peut alors pas être actionner de sorte
20   qu'aucune dose de produit fluide ne peut être émise.

En se référant maintenant à la figure 2, il va être expliqué de quelle manière les éléments de blocage 41 sont déplacés hors du chemin de déplacement axial de la tête d'actionnement 2. Comme on peut le voir sur la partie
25   gauche de la figure 2, les éléments de blocage 41 sont écartés hors du chemin de déplacement axial de la tête d'actionnement 2 à l'aide d'une bague de déverrouillage désignée dans son ensemble par la référence numérique 5. La bague de déverrouillage comprend une surface d'appui 51
30   qui coopère avec la surface de came 42 de l'élément de blocage 41 de manière à abaisser la surface de came 42. L'abaissement de la surface de came 42 provoque le pivotement de l'élément de blocage 41 vers l'extérieur en éloignement de la tige d'actionnement 11. La bague de
35   déverrouillage 5 doit donc être emmanchée sur la bague de

SAN00761528

10

blocage 4 jusqu'à ce que la surface d'appui 51 de la bague
de déverrouillage 5 sollicite la surface de came 42 de
l'élément de blocage 41 vers le bas. Le maintien en place
de la bague de déverrouillage 5 peut être réalisée grâce à
5    un encliquetage de la bague 5 sur la bague 4 ou sur une
autre partie du réservoir. Ainsi, la mise en place de la
bague de déverrouillage 5 sur la bague de blocage 4 a pour
effet d'écarter les éléments de blocage 41 hors du chemin
de déplacement axial de la tête d'actionnement 2. Comme
10   visible sur la figure 2, la tête d'actionnement peut alors
être déplacée vers le bas, ce qui a pour effet d'émettre
du produit fluide par le gicleur 21.

Il est à noter que l'utilisation d'une bague de
déverrouillage 5 pour effacer l'action des éléments de
15   blocage préserve la réversibilité de la fonction de
blocage des éléments de blocage 41 par simple retrait de
la bague de déverrouillage. En effet en retirant la bague
de déverrouillage 5, la surface de came 42 n'est plus
sollicitée vers le bas par la surface d'appui 51 de la
20   bague 5, ce qui a pour effet de faire pivoter les éléments
de blocage 41 à nouveau dans le chemin de déplacement
axial de la tête d'actionnement 2. Il est donc possible
grâce à l'invention de remettre le dispositif de
distribution à nouveau en sécurité par simple retrait de
25   la bague de déverrouillage 5, ce qui n'était pas possible
avec les dispositifs de sécurités ou de garanties de l'art
antérieur qui impliquait une destruction des éléments de
blocage.

En référence aux figures 3 et 4, il sera maintenant
30   décrit un mode de réalisation et d'application
préférentiel de la présente invention. Le caractère
préférentiel tient plus à la mise en application du
dispositif de distribution qu'à sa forme de réalisation
particulière. Dans cette forme de réalisation et
35   d'application, l'ensemble constitué du réservoir 3 et de

SAN00761529

11

son organe de distribution associé 1 surmonté de la tête
d'actionnement 2 constitue une recharge destinée à être
placée dans un ensemble de conditionnement constitué d'un
étui 7 enveloppant partiellement le réservoir 3, d'un
5    manchon de liaison 6 et de la bague de déverrouillage 5.
La recharge pourra être achetée dans le commerce déjà
équipé de sa bague de blocage 4 assurant la sécurité de
premier usage, afin de garantir la primeur d'utilisation à
l'acheteur du produit. Tout comme la bague de blocage de
10   la forme de réalisation des figures 1 et 2, la bague de
blocage de cette forme de réalisation préférentielle est
monté fixement sur un bossage périphérique annulaire
réalisé par le goulot du réservoir 3 recouvert par le
sertissage 13 de l'organe de distribution 1. Dans son état
15   encore non monté dans l'ensemble de conditionnement, et
disponible tel quel dans le commerce la recharge ne peut
pas être actionnée en raison de l'interposition des
éléments de blocage 41 en dessous de la tête
d'actionnement 2.

20       En se référant maintenant à la figure 4, la recharge
est représentée introduite dans un ensemble de condition
dont la partie supérieure de fermeture est réalisée par la
bague de déverrouillage 5. La bague de déverrouillage 5,
comme dans le mode de réalisation représenté sur les
25   figures 1 et 2, sollicite les éléments de blocage 41 par
pivotement vers l'extérieur hors du chemin de déplacement
axial de la tête d'actionnement 2. Le pivotement vers
l'extérieur des éléments de blocage 41 est réalisé par
appui de la bague de déverrouillage 5 sur les surfaces de
30   came 42 solidaires des éléments de blocage 41.

     Le détail de réalisation de la bague de blocage 4 sera
décrit plus précisément en référence à la figure 5 ci-
après. La bague de déverrouillage 5 coopère donc d'une
part avec les surfaces de came 42 des éléments de blocage
35   41 ainsi qu'avec un manchon de transition 6 qui lui est

SAN00761530

WO 97/49620                                                      PCT/FR97/01064

12

encliqueté dans l'extrémité supérieure ouverture de l'étui
.7. La connexion de la bague de déverrouillage 5 sur
l'extrémité supérieure du manchon de transition 7 peut
être du type encliquetage, emmanchage en force ou même
5    vissage. L'ensemble de condition réalisé par les éléments
constitutifs 5, 6 et 7 recouvrent la totalité de la
recharge à l'exception de la tête d'actionnement 2 qui
doit rester accessible en vue de son actionnement.

Dans cette application en tant que recharge pour un
10   ensemble de conditionnement réutilisable, l'effacement des
éléments de blocage 42 est réalisé de manière automatique
lors de la fermeture de l'ensemble de conditionnement en
rapportant simplement la bague de déverrouillage sur le
manchon de transition 6. Ainsi, en une seule opération
15   l'ensemble de condition est reconstitué et la sécurité
d'actionnement est effacée.

La figure 5 représente une section  agrandie de la
bague de blocage utilisée  dans la recharge représentée
sur les figures 3 et 4. La bague de blocage 4 est formée
20   avec les pattes d'encliquetage 43 pourvues d'un évidement
périphérique annulaire 46 destiné à recevoir le bossage
périphérique formé par le goulot 30 du récipient 3. Les
pattes d'encliquetage 43 sont surmontées par les éléments
de blocage 41 pourvus de leurs surfaces de came 42. Alors
25   que dans la forme de réalisation des figures 1 et 2 le
pivotement des éléments de blocage 4 était réalisé grâce à
un axe de pivotement 40, dans cette forme de réalisation,
le pivotement des éléments de blocage 41 est assuré par un
pont de matière 45 qui relie les éléments de blocage 41 au
30   restant de la bague. Les ponts de matière présentent une
section réduite de manière à créer une zone de faiblesse
définissant un point d'articulation. Le nombre d'élément
de blocage 41 répartie tout autour de la bague de blocage
peut être variable, mais en général ils seront au nombre
35   de 3 à 6.

SAN00761531

WO 97/49620

PCT/FR97/01064

13

Revendications :

1.- Dispositif de distribution de produit fluide
comprenant un organe de distribution (1) doté d'une tête
d'actionnement (2) déplaçable axialement et d'un réservoir
(3) contenant le produit fluide à distribuer, ledit organe
5   de distribution (1) étant fixé sur le réservoir (3),
caractérisé en ce que le dispositif comprend en outre des
moyens de blocage (4) pour empêcher tout déplacement axial
de la tête d'actionnement (2), et des moyens de
déverrouillage (5) pour effacer l'action desdits moyens de
10  blocage (4) sur la tête d'actionnement (2) et ainsi
permettre le déplacement axial de ladite tête
d'actionnement (2).

2.- Dispositif de distribution selon la revendication
1 dans lequel les moyens de blocage (4) comprennent au
15  moins un élément de blocage (41) disposé dans le chemin de
déplacement axial de la tête d'actionnement (2), ledit
élément de blocage (41) étant écarté du chemin de
déplacement axial de la tête d'actionnement (2) par
lesdits moyens de déverrouillage (5).

20  3.- Dispositif de distribution selon la revendication
2 dans lequel ledit au moins un élément de blocage (41)
est monté pivotant et comprend une surface de came (42),
lesdits moyens de déverrouillage (5) venant en prise avec
ladite surface de came (42) pour écarter par pivotement
25  ledit élément de blocage (41) hors du chemin de
déplacement axial de la tête d'actionnement (2).

4.- Dispositif de distribution selon les
revendications 1 ou 2 dans lequel les moyens de blocage
(4) comprennent plusieurs éléments de blocage (41)
30  répartis à espacement angulaire régulier tout autour de la
tête d'actionnement (2).

5.- Dispositif de distribution selon la revendication
4 dans lequel les moyens de blocage se présentent dans la

SAN00761532

forme d'une bague de blocage (4) montée fixement sur
l'organe de distribution (1) ou le réservoir (3), ladite
bague de blocage (4) étant pourvue à son extrémité
supérieure desdits éléments de blocage pivotants (41),

5    lesdits moyens de déverrouillage se présentant sous la
forme d'une bague de déverrouillage (5) rapportée sur la
bague de blocage (4) en sollicitant les éléments de
blocage (41) par pivotement vers l'extérieur hors du
chemin de déplacement de la tête d'actionnement (2).

10   6.- Dispositif de distribution selon l'une quelconque
des revendications précédentes, dans lequel les moyens de
déverrouillage sont rapportés sur les moyens de blocage
avec lesquels ils viennent ainsi en prise pour effacer
leur action.

15   7.- Dispositif de distribution selon l'une quelconque
des revendications précédentes, dans lequel les moyens de
déverrouillage agissent sur les moyens de blocage
indépendamment   de   l'actionnement   de   la   tête
d'actionnement.

20   8.- Dispositif de distribution selon l'une quelconque
des revendications précédentes, dans lequel le dispositif
comprend en outre un étui (7) dans lequel le réservoir (3)
est introduit, les moyens de déverrouillage (5) connectant
ledit étui (7) de manière démontable, de sorte que le

25   réservoir (3) équipé de son organe de distribution (1)
peut être introduit et extrait de l'étui (7) en tant que
recharge, la connexion des moyens de déverrouillage (5)
sur l'étui (7) mettant lesdits moyens de déverrouillage
(5) en prise avec les moyens de blocage (4) pour les

30   déverrouiller.

     9.- Dispositif de distribution selon la revendication
8, dans lequel les moyens de déverrouillage (5) sont
encliquetés sur l'étui (7), l'encliquetage opérant
simultanément le déverrouillage des moyens de blocage (4).

SAN00761533

WO 97/49620                                        PCT/FR97/01064

15

     10.- Recharge de dispositif de distribution de produit
fluide comprenant un organe de distribution (1) doté d'une
tête d'actionnement (2) déplaçable axialement et d'un
réservoir (3) contenant le produit fluide à distribuer,
5  ledit organe de distribution (1) étant fixé sur le
réservoir (3), caractérisé en ce que la recharge comprend
en outre des moyens de blocage (4) pour empêcher tout
déplacement axial de la tête d'actionnement (2), lesdits
moyens de blocage (4) étant destinés à être déverrouillés
10  à l'aide de moyens de déverrouillage (5) faisant partie
d'un ensemble de conditionnement destiné à recevoir ladite
recharge.

SAN00761534



SAN00761535

WO 97/49620                                                    PCT/FR97/01064

2/2



FIG.3

FIG.4

FIG.5

SAN00761536

# INTERNATIONAL SEARCH REPORT

Intern. .nal Application No
PCT/FR 97/01064

**A. CLASSIFICATION OF SUBJECT MATTER**

IPC 6  B65D83/14  B05B11/00

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)

IPC 6  B65D  B05B

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | US 3 885 717 A (EWALD RONALD F) 27 May 1975<br>see column 5, line 37 - column 5, line 53<br>see figures 5,6 | 1,10 |
| A | US 3 606 106 A (YUHAS EDWARD R) 20 September 1971<br>see column 1, line 33 - column 2, line 23<br>see figures 1,2 | 1,10 |
| A | EP 0 168 285 A (TELEPLASTICS IND) 15 January 1986<br>see abstract<br>see figures 4,4A | 1,10 |

☐ Further documents are listed in the continuation of box C.    ☒ Patent family members are listed in annex.

* Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 5 September 1997 | 10.09.97 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2<br>NL - 2280 HV Rijswijk<br>Tel. ( + ) 31-70) 340-2040, Tx. 31 651 epo nl,<br>Fax: ( + 31-70) 340-3016 | Farizon, P |

INTERNATIONAL SEARCH REPORT

Inte...ional Application No
PCT/FR 97/01864

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| US 3885717 A | 27-05-75 | CA 1014121 A | 19-07-77 |
| | | DE 2418720 A | 31-10-74 |
| | | FR 2226330 A | 15-11-74 |
| | | GB 1442607 A | 14-07-76 |
| | | GB 1442606 A | 14-07-76 |
| | | NL 7400450 A | 22-10-74 |
| | | US 4017009 A | 12-04-77 |
| | | US 3786968 A | 22-01-74 |
| US 3606106 A | 20-09-71 | NONE | |
| EP 0168285 A | 15-01-86 | FR 2565799 A | 20-12-85 |
| | | DE 3562007 A | 05-05-88 |
| | | US 4676408 A | 30-06-87 |

SAN00761538

RAPPORT DE RECHERCHE INTERNATIONALE

Dem... .i Internationale No
PCT/FR 97/01064

A. CLASSEMENT DE L'OBJET DE LA DEMANDE
CIB 6   B65D83/14   B05B11/00

Selon la classification internationale des brevets (CIB) ou à la fois selon la classification nationale et la CIB

B. DOMAINES SUR LESQUELS LA RECHERCHE A PORTE

Documentation minimale consultée (système de classification suivi des symboles de classement)
CIB 6   B65D   B05B

Documentation consultée autre que la documentation minimale dans la mesure où ces documents relèvent des domaines sur lesquels a porté la recherche

Base de données électronique consultée au cours de la recherche internationale (nom de la base de données, et si cela est réalisable, termes de recherche utilisés)

C. DOCUMENTS CONSIDERES COMME PERTINENTS

| Catégorie | Identification des documents cités, avec, le cas échéant, l'indication des passages pertinents | no. des revendications visées |
|---|---|---|
| A | US 3 885 717 A (EWALD RONALD F) 27 mai 1975<br>voir colonne 5, ligne 37 - colonne 5, ligne 53<br>voir figures 5,6<br>--- | 1,10 |
| A | US 3 606 106 A (YUHAS EDWARD R) 20 septembre 1971<br>voir colonne 1, ligne 33 - colonne 2, ligne 23<br>voir figures 1,2<br>--- | 1,10 |
| A | EP 0 168 285 A (TELEPLASTICS IND) 15 janvier 1986<br>voir abrégé<br>voir figures 4,4A<br>----- | 1,10 |

☐ Voir la suite du cadre C pour la fin de la liste des documents.    ☒ Les documents de familles de brevets sont indiqués en annexe

* Catégories spéciales de documents cités:

"A" document définissant l'état général de la technique, non considéré comme particulièrement pertinent

"E" document antérieur, mais publié à la date de dépôt international ou après cette date

"L" document pouvant jeter un doute sur une revendication de priorité ou cité pour déterminer la date de publication d'une autre citation ou pour une raison spéciale (telle qu'indiquée)

"O" document se référant à une divulgation orale, à un usage, à une exposition ou tous autres moyens

"P" document publié avant la date de dépôt international, mais postérieurement à la date de priorité revendiquée

"T" document ultérieur publié après la date de dépôt international ou la date de priorité et n'appartenant pas à l'état de la technique pertinent, mais cité pour comprendre le principe ou la théorie constituant la base de l'invention

"X" document particulièrement pertinent; l'invention revendiquée ne peut être considérée comme nouvelle ou comme impliquant une activité inventive par rapport au document considéré isolément

"Y" document particulièrement pertinent; l'invention revendiquée ne peut être considérée comme impliquant une activité inventive lorsque le document est associé à un ou plusieurs autres documents de même nature, cette combinaison étant évidente pour une personne du métier

"&" document qui fait partie de la même famille de brevets

| Date à laquelle la recherche internationale a été effectivement achevée | Date d'expédition du présent rapport de recherche internationale |
|---|---|
| 5 septembre 1997 | 10.09.97 |

| Nom et adresse postale de l'administration chargée de la recherche internationale | Fonctionnaire autorisé |
|---|---|
| Office Européen des Brevets, P.B. 5818 Patentlaan 2<br>NL - 2280 HV Rijswijk<br>Tél. ( + 31-70) 340-2040, Tx. 31 651 epo nl.<br>Fax ( + 31-70) 340-3016 | Farizon, P |

1

SAN00761539

# RAPPORT DE RECHERCHE INTERNATIONALE

Renseignements relatifs aux membres de familles de brevets

Dem... international No

**PCT/FR 97/01064**

| Document brevet cité au rapport de recherche | Date de publication | Membre(s) de la famille de brevet(s) | Date de publication |
|---|---|---|---|
| US 3885717  A | 27-05-75 | CA  1014121  A | 19-07-77 |
| | | DE  2418720  A | 31-10-74 |
| | | FR  2226330  A | 15-11-74 |
| | | GB  1442607  A | 14-07-76 |
| | | GB  1442606  A | 14-07-76 |
| | | NL  7400450  A | 22-10-74 |
| | | US  4017009  A | 12-04-77 |
| | | US  3786968  A | 22-01-74 |
| US 3606106  A | 20-09-71 | AUCUN | |
| EP 0168285  A | 15-01-86 | FR  2565799  A | 20-12-85 |
| | | DE  3562007  A | 05-05-88 |
| | | US  4676488  A | 30-06-87 |

SAN00761540

Patentdirektoratet
Kounservice
**PCT**
International Bureau

WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau



## INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification 6 : | | (11) International Publication Number: | **WO 95/13842** |
|---|---|---|---|
| **A61M 5/24** | **A1** | (43) International Publication Date: | 26 May 1995 (26.05.95) |

(21) International Application Number: PCT/GB94/02475

(22) International Filing Date: 10 November 1994 (10.11.94)

(30) Priority Data:
9323447.4    13 November 1993 (13.11.93)    GB

(71) Applicant (*for all designated States except US*): SELDOREN LIMITED [GB/GB]; 37 Knowsley Street, Bury, Lancashire BL9 0ST (GB).

(72) Inventor; and
(75) Inventor/Applicant (*for US only*): HYMANSON, Victor [GB/GB]; 42 Ringley Road, Whitefield, Manchester M25 7LL (GB).

(74) Agents: QUEST, Barry et al.; Wilson Gunn M'Caw & Co., 41-51 Royal Exchange, Cross Street, Manchester M2 7BD (GB).

(81) Designated States: GB, JP, US, European patent (AT, BE, CH, DE, DK, ES, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE).

Published
*With international search report.*

(54) Title: SYRINGES

(57) Abstract

A syringe has a drug-containing cartridge (7) with a bung (8) at one end which is engaged by a plunger (4), and a membrane (9) at its other end which is penetrated by a needle. A connecting structure (11) is connected to (or is formed integrally with) the needle (17) and fits onto the forward end of the cartridge (7) and the syringe. After use the cartridge (7), the connecting structure (11) and the needle (17) can be disposed together. A sleeve (19) is slidably mounted on the structure (11) and can be moved to sheath the needle (17).



### FOR THE PURPOSES OF INFORMATION ONLY

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | |
|---|---|---|---|---|---|
| AT | Austria | GB | United Kingdom | MR | Mauritania |
| AU | Australia | GE | Georgia | MW | Malawi |
| BB | Barbados | GN | Guinea | NE | Niger |
| BE | Belgium | GR | Greece | NL | Netherlands |
| BF | Burkina Faso | HU | Hungary | NO | Norway |
| BG | Bulgaria | IE | Ireland | NZ | New Zealand |
| BJ | Benin | IT | Italy | PL | Poland |
| BR | Brazil | JP | Japan | PT | Portugal |
| BY | Belarus | KE | Kenya | RO | Romania |
| CA | Canada | KG | Kyrgyzstan | RU | Russian Federation |
| CF | Central African Republic | KP | Democratic People's Republic of Korea | SD | Sudan |
| CG | Congo | | | SE | Sweden |
| CH | Switzerland | KR | Republic of Korea | SI | Slovenia |
| CI | Côte d'Ivoire | KZ | Kazakhstan | SK | Slovakia |
| CM | Cameroon | LI | Liechtenstein | SN | Senegal |
| CN | China | LK | Sri Lanka | TD | Chad |
| CS | Czechoslovakia | LU | Luxembourg | TG | Togo |
| CZ | Czech Republic | LV | Latvia | TJ | Tajikistan |
| DE | Germany | MC | Monaco | TT | Trinidad and Tobago |
| DK | Denmark | MD | Republic of Moldova | UA | Ukraine |
| ES | Spain | MG | Madagascar | US | United States of America |
| FI | Finland | ML | Mali | UZ | Uzbekistan |
| FR | France | MN | Mongolia | VN | Viet Nam |
| GA | Gabon | | | | |

SAN00761542

WO 95/13842                                                                    PCT/GB94/02475

- 1 -

## SYRINGES

This invention relates to syringes.

A conventional syringe, e.g. as used by a dentist to administer

anaesthetic, has a barrel with a plunger mechanism at one end and a

threaded connector for a needle at the opposite end. A drug-containing

5    glass cartridge is inserted into the barrel, the needle is screwed onto the

connector so that it penetrates a seal at the forward end of the cartridge,

and the plunger mechanism is operated to engage a bung at the rearward

end of the cartridge and thereby expel the drug through the needle. After

10   use, the needle and cartridge are removed and discarded.

In order to minimise contamination problems, European Application

EP 0394295-A describes a syringe in which, in place of the above

mentioned cartridge, there is a drug-containing housing which is attached

directly to the needle at one end and to the plunger mechanism at the other

end. After use the entire housing, including the needle, is detached from the

15   plunger mechanism and discarded thereby avoiding the need to sterilise the

barrel and needle connector of the conventional syringe.

Whilst this arrangement provides an effective solution to

contamination problems, it is necessary for the specially-constructed

20   detachable housing to be pre-filled with the drug which can be inconvenient

from a manufacturing point of view.

An object of the present invention is to provide a disposable syringe

housing which is convenient to manufacture.

SAN00761543

WO 95/13842                                              PCT/GB94/02475

- 2 -

According to one aspect of the invention therefore there is provided a detachable housing for a syringe comprising a drug-containing cartridge having a bung at one end and a penetrable member at the other end, the cartridge being adapted for connection to a needle at the said other end,

5   such that the needle penetrates the penetrable member, and being adapted for connection to a plunger mechanism at the said one end, so that the bung can be moved down the cartridge to expel the drug through the needle, characterised in that the cartridge is provided with at least one separate structure attachable relative thereto, said structure being adapted for the

10   said connection of the cartridge to the needle and providing means for releasable connection to the plunger mechanism, whereby the housing comprising the cartridge, the (or each) said structure, and the needle can be detached from the plunger mechanism for disposal together.

With this arrangement the advantages of disposability can be attained

15   with an arrangement which is particularly simple and convenient to manufacture in so far as it involves the use of a simple drug-containing cartridge which may be of the kind used with conventional syringes.

Most preferably there is one said structure which is attachable to the said other end of the cartridge and which is adapted for connection to the

20   needle and which provides the means for connection to the plunger mechanism.

Thus, and in accordance with a second aspect of the present invention there is provided a structure for attachment to a drug-containing

SAN00761544

WO 95/13842

PCT/GB94/02475

- 3 -

cartridge of a syringe, which cartridge has a bung at a rearward end and a penetrable membrane at a forward end, said structure being adapted for attachment to a needle and having means for attachment relative to the forward end of the cartridge, and means for attachment to a plunger
5 mechanism.

The means for attachment to the cartridge may comprise a clip or constriction or the like which fits around a neck at the forward end of the cartridge, such neck being a feature of conventional cartridges.

The structure may be formed integrally with the needle or alternatively
10 it may incorporate means for connection to the needle which may comprise a threaded boss or nipple.

The means for attachment to the plunger mechanism may comprise an outer peripheral retaining structure, such as a screw-thread, adapted to mate with a corresponding retaining structure at the end of a barrel
15 extension on the plunger mechanism, which extension fits around the cartridge from the rearward to the forward end thereof.

The barrel extension may have a longitudinally movable sleeve which can be moved forwardly to sheath the needle after use. This sleeve may be removable and disposable with the housing.
20 If desired, provision may be made for aspiration, or slight suck back with the syringe so that it can be seen if a vein or atery has been penetrated, such penetration being revealed by suck back of blood.

Thus, the said structure may be provided with a spring arrangement

SAN00761545

WO 95/13842                                    PCT/GB94/02475

- 4 -

which acts to urge the cartridge in a direction away from the needle, in conjunction with a releasable retention device bearing on the top rim of the cartridge. The spring arrangement may comprise a projection engageable with the resilient penetrable member of the cartridge, or an interposed spring

5      means.

The invention will now be described further by way of example only and with reference to the accompanying drawings in which:

Fig. 1      is an axial section of a syringe provided with one form of a disposable housing in accordance with the invention; and

10     Figs. 2 & 3  are enlarged axial sections of a bottom part of the arrangement of Fig. 1 showing alternative embodiments thereof.

Referring to Fig. 1, the syringe comprises a plunger mechanism 1 (e.g. of stainless steel) having a body part 2 with a finger grip 3, a plunger 4 slidable axially through a bore in the body 2, and a barrel extension 5 coaxial

15     with the plunger 4. The barrel extension 5 may comprise a tube, or apertured tube, or tubular framework.

At its forward end, the tubular extension 5 has an internal screw-thread 6.

A conventional drug-containing cartridge 7 is used with the syringe,

20     such cartridge comprising a glass tube with a bung 8 within one (rearward) end and a foil covered penetrable membrane 9 across the other (forward) end. The glass tube is shaped to provide a circumferential groove 10 defining a neck close to the forward end.

SAN00761546

WO 95/13842                                     PCT/GB94/02475

- 5 -

A connection structure 11 is attached to the forward end of the cartridge 7. This structure 11 comprises a plastics body of cup-shaped form with a cylindrical part 12 which is closed at one end and has a central axially projecting boss 13 on its outer face.

5          There is a narrow axial bore through the closed end and the boss 13. The boss 13 and the cylindrical part 12 both have external screw-threads 14, 15.

The cylindrical part 12 has an open end bounded by an inturned lip 16.

10          There is sufficient resilience in the lip 16 and/or the associated body of the connection structure 11 to enable the structure to be pushed over the forward end of the cartridge 7 so that the lip 16 springs into, or snap fits with, the groove 10 thereby to retain the structure 11 securely on the end of the cartridge 7.

15          With the connection structure 11 in position the cartridge 7 can be inserted into the barrel extension 5 and held securely in position by screwing the thread 15 of the cylindrical part 12 into engagement with the screw thread 6 at the end of the barrel extension 5.

A conventional needle 17 can then be screwed on to the boss 13 so 20          that its rear end penetrates the membrane 9.

In this position the rearward end of the cartridge 7 is at the rearward end of the barrel extension 5 and the bung 8 is close to the end of the plunger 4.

SAN00761547

WO 95/13842                                    PCT/GB94/02475

- 6 -

The syringe can now be operated in the usual way to cause the bung

8 to be displaced down the cartridge 7 with the plunger 4 to expel drug

through the needle 17.

After use, the connection structure 11 is unscrewed from the barrel

5    extension 5 so that the cartridge 7, connection structure 11, and needle 17

can be removed and disposed together.

It will be seen that the cylindrical part 12 of the connection structure

11 has a lower, or forward portion 18 which is not threaded and which

remains outside the barrel extension 5 to provide a convenient finger grip for

10    screwing and unscrewing the structure 11. This portion 18 may be enlarged

or shaped as desired to further facilitate gripping.

As shown in Fig. 1 a tubular sleeve 19 may be engaged around the

connection structure 11, such sleeve 19 being movable axially between a

rearward limit position (as shown) at which it overlies the barrel extension

15    5 and fully exposes the needle 17, and a forward limit position at which it

covers the needle 17.

The sleeve 19 is removed and disposed together with cartridge 7 and

needle 17 with the sleeve 19 covering the needle 17 to avoid needle stick

injuries.

20    The sleeve 19 has inwardly directed recesses 20 at each end which

snap fit with projections 21 on the structure 11 to hold the sleeve 19 in

each limit position. Also, the sleeve 19 may be internally longitudinally

grooved to accommodate the projections 21 whereby the sleeve 19 is free

SAN00761548

WO 95/13842

PCT/GB94/02475

- 7 -

to move axially but cannot rotate relative to the structure 11. The rotation of the structure 11 relative to barrel extension 5 can therefore be effected by rotation of the sleeve 19.

With the arrangement described above, full advantages of disposability can be attained using a conventional cartridge.

As shown in the modified embodiment of Fig. 2, the structure 11 has an upstanding small projection 22 which presses against the penetrable membrane 9 at the end of the cartridge. At the top end of the syringe there is a suitable structure (indicated diagrammatically at 23 in Fig. 1) which bears against the top rim of the cartridge and holds the projection 22 pressed firmly into the membrane 9.

If this top end bearing structure 23 is now released, and pressure is released from the plunger 4, the cartridge will move slightly upwards due to the resilience of the membrane 9. This gives a very small suck-back or aspiration effect through the needle.

This is useful e.g. in dentistry where an injection is being made into soft gum tissue and it is desired to avoid penetration of a vein or artery. If penetration of a vein or artery has occurred the aspiration will cause blood to flow back into the cartridge.

Other resilient or spring arrangements may be used to achieve aspiration. Thus, Fig. 3 shows a modification in which the structure 11 is formed integrally with the needle 17. Springy transverse projections 24 or fingers are incorporated for resilient engagement with the bottom of the

SAN00761549

WO 95/13842                                          PCT/GB94/02475

- 8 -

cartridge.

It is of course to be understood that the invention is not intended to be restricted to the details of the above embodiment which are described by way of example only.

5      Thus, for example, the embodiment of Fig. 1 utilises a conventional needle and therefore has said connection structure 11 which is separate from the needle and is adapted to be interconnected thereto by means of the threaded boss 13. However, if desired, and as shown in Fig. 3, the structure 11 may be formed integrally with the needle so that it is supplied

10     together with the needle.

Where the structure 11 is interconnected by means of the threaded boss 13 with a conventional needle, the structure 11 may be supplied with the needle, or ready fitted on the end of the cartridge or as a separate part to be fitted to the needle and to the cartridge prior to use.

15     The syringe may be as described adapted for end loading of the cartridge. It is however also possible to use a conventional side-loading syringe. The body of the syringe may be formed from plastics or stainless steel or any other suitable material or combination of materials as appropriate.

20     The interconnection between the structure 11 and the syringe body need not be through screw threads. Especially in the case of a rigid stainless steel syringe body, the interconnection may be achieved in the manner of a push-in or snap-fit or other clip type connection.

SAN00761550

WO 95/13842

PCT/GB94/02475

- 9 -

  Depending on the nature of the syringe and the mode of location of

the cartridge therewithin, the structure 11 need not clip around or otherwise

connect positively to or even engage the end of the cartridge.  The cartridge

may be held within the body of the syringe in conventional manner e.g. after

5  side loading thereof through the usual side slot or aperture.

SAN00761551

WO 95/13842

PCT/GB94/02475

- 10 -

## CLAIMS

1.    A detachable housing for a syringe comprising a drug-containing cartridge (7) having a bung (8) at one end and a penetrable member (9) at the other end, the cartridge being adapted for connection to a needle (17)

5    at the said other end, such that the needle (17) penetrates the penetrable member (9), and being adapted for connection to a plunger mechanism (1) at the said one end, so that the bung (8) can be moved down the cartridge (7) to expel the drug through the needle (17), characterised in that the cartridge (7) is provided with at least one separate structure (11) attachable

10    relative thereto, said structure (11) being adapted for the said connection of the cartridge (7) to the needle (17) and providing means for releasable connection to the plunger mechanism (1), whereby the housing comprising the cartridge (7), the (or each) said structure (11), and the needle (17) can be detached from the plunger mechanism (1) for disposal together.

15    2.    A housing according to claim 1 characterised in that there is one said structure (11) which is attachable to the said other end of the cartridge (7) and which is adapted for connection to the needle (17) and which provides the means for connection to the plunger mechanism (1).

3.    A structure for attachment to a drug-containing cartridge of a syringe,

20    which cartridge (7) has a bung (8) at a rearward end and a penetrable membrane (9) at a forward end, said structure (11) being adapted for attachment to a needle (17) and having means (16) for attachment relative to the forward end of the cartridge, and means (15) for attachment to a

SAN00761552

WO 95/13842

PCT/GB94/02475

- 11 -

plunger mechanism (1).

4.     A structure according to claim 3 characterised in that the means (16) for attachment to the forward end of the cartridge comprises means arranged to fit around a neck at the forward end of the cartridge.

5.     A structure according to claim 3 or 4 characterised in that said structure (11) is formed integrally with the needle (17).

6.     A structure according to claim 3 or 4 characterised in that said structure (11) is formed separately from the needle and incorporates means (13) for connection thereto.

7.     A structure according to any one of claims 3 to 6 characterised in that the means (15) for attachment to the plunger mechanism (1) comprises an outer peripheral retaining structure adapted to mate with a corresponding retaining structure at the end of a barrel extension (5) on the plunger mechanism (1).

8.     A structure according to any one of claims 3 to 7 characterised by the provision of a sleeve (19) which is mounted on the structure (11) for longitudinal movement forwardly to sheath the needle (17) after use.

9.     A structure according to any one of claims 3 to 8 characterised by the provision of a spring arrangement (22 or 24) on the structure (11) which acts to urge the cartridge in a direction away from the needle (17), a releasable retention device (23) being provided to bear on the top rim of the cartridge to resist said urging of the spring arrangement.

10.     A housing according to claim 1 or 2 when using the structure of any

SAN00761553

WO 95/13842                                    PCT/GB94/02475

- 12 -

one of claims 3 to 9.

SAN00761554

1 / 2



FIG.1

SAN00761555

WO 95/13842                                    PCT/GB94/02475

2 / 2



FIG.2

FIG.3

SUBSTITUTE SHEET (RULE 26)

SAN00761556

## INTERNATIONAL SEARCH REPORT

| | International Application No |
|---|---|
| | PCT/GB 94/02475 |

**A. CLASSIFICATION OF SUBJECT MATTER**
IPC 6   A61M5/24

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)

IPC 6   A61M

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X<br>Y | US,A,2 778 359 (FRIEDMAN) 22 January 1957<br>see column 4, line 20 - line 36; figures | 1-7, 10<br>8 |
| Y | WO,A,89 04680 (SELDOREN LTD) 1 June 1989<br>cited in the application<br>see abstract; figures | 8 |
| X | US,A,3 825 002 (PAIGE) 23 July 1974<br>see column 3, line 58 - column 4, line 15;<br>figures | 1-7, 10 |
| X | US,A,2 671 450 (DANN) 9 March 1954<br>see the whole document | 1-7, 10 |
| X | US,A,3 080 866 (FRIEDMAN) 12 March 1963<br>see column 3, line 57 - column 4, line 9;<br>figures | 1-7, 10 |

☐ Further documents are listed in the continuation of box C.       ☒ Patent family members are listed in annex.

* Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 10 February 1995 | 0 9. 03. 95 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2<br>NL - 2280 HV Rijswijk<br>Tel. (+31-70) 340-2040, Tx. 31 651 epo nl.<br>Fax: (+31-70) 340-3016 | Clarkson, P |

SAN00761557

## INTERNATIONAL SEARCH REPORT

Information on patent family members

Interna  l Application No

PCT/GB 94/02475

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| US-A-2778359 | 22-01-57 | NONE | |
| WO-A-8904680 | 01-06-89 | DE-D-    3887531 | 10-03-94 |
|  |  | EP-A-    0394295 | 31-10-90 |
|  |  | GB-A-    2230193 | 17-10-90 |
| US-A-3825002 | 23-07-74 | NONE | |
| US-A-2671450 | 09-03-54 | NONE | |
| US-A-3080866 | 12-03-63 | NONE | |

SAN00761558

(12) PATENT ABSTRACT

(19) AU

(11) AU-A -73 632/81

(54) DISPOSABLE VIAL-SYRINGE

(75) DASKAL, G.

(21) 73 632/81    (22) 3.8.81        (24) 3.8.81

(43) 10.2.83

(51)$^3$ A61M 5/18

(57) Claim 1. A disposable medicament injector containing its own vial and the vial being 'cylindrical' in shape and having a stopper at each end and the anterior end stopper being able to be pierced by a needle and the (rear) end stopper of the vial being also the anterior part of the plunger and the movements of this anterior part of plunger being inside the vial during use and the medicament – containing vial being enclosed inside the body of a disposable syringe so that these two structures are presented as one structure in a disposable vial / syringe.

SAN00761559



PATENTS ACT 1952

Form 10

# COMPLETE SPECIFICATION

## (ORIGINAL)

### FOR OFFICE USE

Short Title:

Int. Cl:

Application Number:
    Lodged:

Complete Specification—Lodged:
    Accepted:
    Lapsed:
    Published:

Priority:

Related Art:

---

### TO BE COMPLETED BY APPLICANT

Name of Applicant: GEORGE DASKAL

Address of Applicant: 57 JOHNSTON ST. ANNANDALE, SYDNEY 2038

Actual Inventor: GEORGE DASKAL

Address for Service: AS ABOVE

Complete Specification for the invention entitled: DISPOSABLE VIAL/SYRINGE

The following statement is a full description of this invention, including the best method of performing it known to me:—

* Note: The description is to be typed in double spacing, pica type face, in an area not exceeding 250 mm in depth and 160 mm in

SAN00761560

There exists at present in the field of Dental Analgesia several methods of giving injections. The two most common methods are:

(1) the use of a disposable pre-sterilised cartridge containing the anaesthetic drug and a re-usable metal syringe, and

(2) disposable standard plastic syringe and glass vial containing the anaesthetic drug. The vial is broken and the anaesthetic drug is aspirated into the syringe immediately prior to use in injection procedure.

This patent application presents a syringe which is disposable but which also contains its own drug. It can be said to be a vial / syringe combination. This disposable vial / syringe will also receive a needle which is the operator's choice (in needle length and needle bore size).

The disposable vial / syringe can be pre-sterilised and transported in a sterile state inside a suitable package. Hence, this disposable vial / syringe is ready for use as soon as its protective package is opened. There is no need for further sterilisation prior to use nor for any loading of cartridges or aspirating of anaesthetic drugs. (This eliminates these tedious procedures in a dental surgery and reduces time prior to injections as the disposable vial / syringe is ready for use as soon as its protective package is opened.)

This disposable vial / syringe has a further advantage in the dental surgery in that it has no visible metal parts and it is also smaller than the conventional metal syringe that receives disposable cartridges — both these features make it considerably less threatening to the patient. (Very important in dental surgery use.)

SAN00761561

In the broader field of general medical use this disposable vial / syringe has the following advantages:

(1) Emergency use at site of accident because it is ready for immediate use and requires no further sterilisation.

(2) In Third World countries where sterilisation facilities are poor and it requires no further sterilisation prior to use.

(3) With the armed forces in combat situations or during training where equipment carried is kept to a minimum and ability to be used without further sterilisation is an advantage.

The invention is now described in detail with reference to accompanying drawings and numerals relating to parts on the drawings.

The disposable vial / syringe consists of a body of disposable vial / syringe and a plunger. The body is made up of parts labelled 1,2,3,4,5,6,7,11 and the plunger is made up of parts labelled 8,9,10.

Parts 1,2,3,7,8,10,11 are plastics.

Parts 6 and 9 are rubber.

Part 5 is metal.

Part 4 is glass.

The glass cylinder part 4 with the rubber parts 6 and 9 contain the drug to be injected.

Part 6 is immovable, but this rubber part is pierced by the needle (when the needle is attached to part 7) so that the drug can be injected. Part 6 is held on the glass cylinder by metal part 5.

Part 9 is movable by the application of a light force on plunger part 10 and this force must be applied in a line approximately along the long axis of part 4 and the movement of part 9 is also along the long

SAN00761562

axis of part 4 (inside the cylinder formed by part 4).
For movement of plunger 9 to occur the needle must have
first pierced part 6.

Part 1 is the major plastic part of the body
of the disposable vial / syringe and houses the drug —
containing compartment (4,6,9).

Projections 3 and 2 are on either side of the
first and second fingers when the syringe is held in the
hand ready for use.  Part 2 is in front of the fingers and
part 3 is behind the fingers (front and back correspond
to operator's front and back when the syringe is held
in position ready for use).

During injection procedure the fingers (first
and second) press against part 3 while the thumb presses
against part 10 and as the drug is expelled and the plunger
moves inside the body of the disposable vial / syringe,
the distance between 3 and 10 becomes smaller.

The projections labelled part 2 and the ring
shape of 10 allow for aspiration (negative injection).

Aspiration is performed by pressing against
2 with back of first and second fingers and pressing
against 10 with back of thumb so that the distance between
2 and 10 is lengthened.

Aspiration is important during block injections
to ensure that the needle has not entered a blood vessel
prior to injection of the drug. (If needle has entered a
blood vessel then blood will be seen in the drug compartment
during aspiration procedure.)

The plunger consists of parts 8,9 and 10.
Part 10 is a ring into which the thumb of the operator fits.

Part 8 has an end that is conical shaped so
that it fits into the cavity in rubber part 9.  The

SAN00761563

shape of this cavity is such that the conical part of the plunger part 8 can easily enter but can only be removed with difficulty.

Part 7 is for attachment of the needle. This part 7 may be either luer lock or luer grip. The needle used must be "double ended". One end of the needle (shorter end) pierces rubber part 6 and the other end is used to penetrate tissues during the injection procedure.

SAN00761564

The claims defining the invention are as follows:

Claim 1.  A disposable medicament injector containing its own vial and the vial being 'cylindrical' in shape and having a stopper at each end and the anterior end stopper being able to be pierced by a needle and the (rear) end stopper of the vial being also the anterior part of the plunger and the movements of this anterior part of plunger being inside the vial during use and the medicament – containing vial being enclosed inside the body of a disposable syringe so that these two structures are presented as one structure in a disposable vial / syringe.

Claim 2.  The invention of claim 1 with the plunger containing a ring structure (for the thumb) at its distal end and the syringe body having lateral projections with two of these projections immediately at the rear end of body of syringe and another two lateral projections a little distance anteriorly so that operator's fingers that grip the syringe body are bounded by these projections during use.

Claim 3.  Invention of claim 1, wherein the vial cylinder containing the medicament is glass and stoppers of vial are rubber (natural or synthetic).

Claim 4.  Invention of claim 1 where the syringe part of disposable vial / syringe, as well as the plunger, are made of one of the plastics.

Claim 5.  Invention of claim 1 where the anterior projection from body of syringe that is to receive the needle, is of either luer lock or luer grip type.

SAN00761565

Claim 6.   The invention of claim 1 but where the invention
is presented as two parts, one being the body of disposable
vial / stringe together with the anterior part of the
plunger that forms the rear end stopper of vial compartment,
and the other part being the remaining part of plunger,
and these two parts are assembled prior to use by pushing
plunger part into cavity of distal end stopper.

SAN00761566

The claims defining the invention are as follows:

Dated this ___30th___ day of ___July___ 19 8 1    GEORGE DASKAL

NAME OF APPLICANT
(BLOCK LETTERS)

SAN00761567



73 632/81

SAN00761568



<span>Q 3734</span>

Attorney Docket No.: 5533.200-US

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Buch-Rasmussen et al.

Serial No.: 09/349,748

Group Art Unit: 3734

Filed: July 8, 1999

Examiner: To Be Assigned

For: Medical Device



### CERTIFICATE OF MAILING UNDER 37 CFR 1.8(a)

Assistant Commissioner for Patents
Washington, DC 20231

Sir:

I hereby certify that the attached correspondence comprising:

1. Transmittal of Supplemental Information Disclosure Statement
2. Supplemental Information Disclosure Statement
3. PTO-1449 Form
4. Copy of Reference

is being deposited with the United States Postal Service as first class mail in an envelope addressed to:

Commissioner of Patents and Trademarks
Washington, DC 20231

on February 2, 2000.

Carol McFarlane
(name of person mailing paper)

Carol McFarlane
(signature of person mailing paper)

SAN00761569

Attorney Docket No.: 5533.200-US                                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Buch-Rasmussen et al:

Application No.: 09/349,748                    Group Art Unit: 3734

Filed: July 8, 1999                            Examiner: To Be Assigned

For: Medical Device

## TRANSMITTAL OF SUPPLEMENTAL INFORMATION DISCLOSURE
## STATEMENT BEFORE MAILING OF FIRST OFFICE ACTION (37 C.F.R. 1.97(b))

Assistant Commissioner for Patents
Washington, DC 20231

Sir:

The supplemental information disclosure statement submitted herewith is being filed before the mailing date of a first Office action on the merits. Therefore, no fee is due.

Respectfully submitted,

Date: February 2, 2000

Elias J. Lambiris, Reg. No. 33,728
Novo Nordisk of North America, Inc.
405 Lexington Avenue, Suite 6400
New York, NY 10174-6401
(212) 867-0123

SAN00761570

Attorney Docket No.: 5533.200-US                                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Buch-Rasmussen et al.

Serial No.:    09/349,748                  Group Art Unit: 3734

Filed: July 8, 1999                         Examiner: To Be Assigned

For:  Medical Device



### SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, DC 20231

Sir:

In accordance with 37 C.F.R. 1.56, 1.97 and 1.98, Applicants submit herewith a reference which they believe may be material to the patentability of this application and with respect to which there may be a duty to disclose in accordance with 37 C.F.R. 1.56.

While this reference may be "material" under 37 C.F.R. 1.56, it is not intended to constitute an admission that said reference is "prior art" unless specifically designated as such.

The filing of this Supplemental Information Disclosure Statement shall not be construed as a representation that no other material references than this listed exists, or that a search has been conducted.

The reference is listed in PTO form 1449 which is in accordance with the requirements of M.P.E.P. 609. A copy of the reference is also enclosed.

The reference is as follows:

1. U.S. Patent 5,688,251.


It is respectfully requested that this reference be considered by the Patent and Trademark Office in its examination of the above-identified application and be made of

SAN00761571