WO 95/13842                                            PCT/GB94/02475

- 4 -

which acts to urge the cartridge in a direction away from the needle, in conjunction with a releasable retention device bearing on the top rim of the cartridge. The spring arrangement may comprise a projection engageable with the resilient penetrable member of the cartridge, or an interposed spring means.

5

The invention will now be described further by way of example only and with reference to the accompanying drawings in which:

Fig. 1        is an axial section of a syringe provided with one form of a disposable housing in accordance with the invention; and

10   Figs. 2 & 3  are enlarged axial sections of a bottom part of the arrangement of Fig. 1 showing alternative embodiments thereof.

Referring to Fig. 1, the syringe comprises a plunger mechanism 1 (e.g. of stainless steel) having a body part 2 with a finger grip 3, a plunger 4 slidable axially through a bore in the body 2, and a barrel extension 5 coaxial

15   with the plunger 4. The barrel extension 5 may comprise a tube, or apertured tube, or tubular framework.

At its forward end, the tubular extension 5 has an internal screw-thread 6.

A conventional drug-containing cartridge 7 is used with the syringe,

20   such cartridge comprising a glass tube with a bung 8 within one (rearward) end and a foil covered penetrable membrane 9 across the other (forward) end. The glass tube is shaped to provide a circumferential groove 10 defining a neck close to the forward end.

SAN00929286

WO 95/13842                                    PCT/GB94/02475

- 5 -

A connection structure 11 is attached to the forward end of the cartridge 7. This structure 11 comprises a plastics body of cup-shaped form with a cylindrical part 12 which is closed at one end and has a central axially projecting boss 13 on its outer face.

5      There is a narrow axial bore through the closed end and the boss 13. The boss 13 and the cylindrical part 12 both have external screw-threads 14, 15.

The cylindrical part 12 has an open end bounded by an inturned lip 16.

10     There is sufficient resilience in the lip 16 and/or the associated body of the connection structure 11 to enable the structure to be pushed over the forward end of the cartridge 7 so that the lip 16 springs into, or snap fits with, the groove 10 thereby to retain the structure 11 securely on the end of the cartridge 7.

15     With the connection structure 11 in position the cartridge 7 can be inserted into the barrel extension 5 and held securely in position by screwing the thread 15 of the cylindrical part 12 into engagement with the screw thread 6 at the end of the barrel extension 5.

A conventional needle 17 can then be screwed on to the boss 13 so
20     that its rear end penetrates the membrane 9.

In this position the rearward end of the cartridge 7 is at the rearward end of the barrel extension 5 and the bung 8 is close to the end of the plunger 4.

SAN00929287

- 6 -

The syringe can now be operated in the usual way to cause the bung 8 to be displaced down the cartridge 7 with the plunger 4 to expel drug through the needle 17.

5      After use, the connection structure 11 is unscrewed from the barrel extension 5 so that the cartridge 7, connection structure 11, and needle 17 can be removed and disposed together.

It will be seen that the cylindrical part 12 of the connection structure 11 has a lower, or forward portion 18 which is not threaded and which remains outside the barrel extension 5 to provide a convenient finger grip for 10    screwing and unscrewing the structure 11. This portion 18 may be enlarged or shaped as desired to further facilitate gripping.

As shown in Fig. 1 a tubular sleeve 19 may be engaged around the connection structure 11, such sleeve 19 being movable axially between a rearward limit position (as shown) at which it overlies the barrel extension 15    5 and fully exposes the needle 17, and a forward limit position at which it covers the needle 17.

The sleeve 19 is removed and disposed together with cartridge 7 and needle 17 with the sleeve 19 covering the needle 17 to avoid needle stick injuries.

20      The sleeve 19 has inwardly directed recesses 20 at each end which snap fit with projections 21 on the structure 11 to hold the sleeve 19 in each limit position. Also, the sleeve 19 may be internally longitudinally grooved to accommodate the projections 21 whereby the sleeve 19 is free

SAN00929288

WO 95/13842                                    PCT/GB94/02475

- 7 -

to move axially but cannot rotate relative to the structure 11. The rotation of the structure 11 relative to barrel extension 5 can therefore be effected by rotation of the sleeve 19.

With the arrangement described above, full advantages of disposability can be attained using a conventional cartridge.

As shown in the modified embodiment of Fig. 2, the structure 11 has an upstanding small projection 22 which presses against the penetrable membrane 9 at the end of the cartridge. At the top end of the syringe there is a suitable structure (indicated diagrammatically at 23 in Fig. 1) which bears against the top rim of the cartridge and holds the projection 22 pressed firmly into the membrane 9.

If this top end bearing structure 23 is now released, and pressure is released from the plunger 4, the cartridge will move slightly upwards due to the resilience of the membrane 9. This gives a very small suck-back or aspiration effect through the needle.

This is useful e.g. in dentistry where an injection is being made into soft gum tissue and it is desired to avoid penetration of a vein or artery. If penetration of a vein or artery has occurred the aspiration will cause blood to flow back into the cartridge.

Other resilient or spring arrangements may be used to achieve aspiration. Thus, Fig. 3 shows a modification in which the structure 11 is formed integrally with the needle 17. Springy transverse projections 24 or fingers are incorporated for resilient engagement with the bottom of the

SAN00929289

WO 95/13842                                    PCT/GB94/02475

- 8 -

cartridge.

It is of course to be understood that the invention is not intended to be restricted to the details of the above embodiment which are described by way of example only.

5      Thus, for example, the embodiment of Fig. 1 utilises a conventional needle and therefore has said connection structure 11 which is separate from the needle and is adapted to be interconnected thereto by means of the threaded boss 13.   However, if desired, and as shown in Fig. 3, the structure 11 may be formed integrally with the needle so that it is supplied

10     together with the needle.

Where the structure 11 is interconnected by means of the threaded boss 13 with a conventional needle, the structure 11 may be supplied with the needle, or ready fitted on the end of the cartridge or as a separate part to be fitted to the needle and to the cartridge prior to use.

15     The syringe may be as described adapted for end loading of the cartridge.  It is however also possible to use a conventional side-loading syringe.  The body of the syringe may be formed from plastics or stainless steel or any other suitable material or combination of materials as appropriate.

20     The interconnection between the structure 11 and the syringe body need not be through screw threads.  Especially in the case of a rigid stainless steel syringe body, the interconnection may be achieved in the manner of a push-in or snap-fit or other clip type connection.

SAN00929290

WO 95/13842                                    PCT/GB94/02475

- 9 -

Depending on the nature of the syringe and the mode of location of the cartridge therewithin, the structure 11 need not clip around or otherwise connect positively to or even engage the end of the cartridge. The cartridge may be held within the body of the syringe in conventional manner e.g. after

5    side loading thereof through the usual side slot or aperture.

SAN00929291

WO 95/13842                                   PCT/GB94/02475

- 10 -

<u>CLAIMS</u>

1.    A detachable housing for a syringe comprising a drug-containing cartridge (7) having a bung (8) at one end and a penetrable member (9) at the other end, the cartridge being adapted for connection to a needle (17)

5    at the said other end, such that the needle (17) penetrates the penetrable member (9), and being adapted for connection to a plunger mechanism (1) at the said one end, so that the bung (8) can be moved down the cartridge (7) to expel the drug through the needle (17), characterised in that the cartridge (7) is provided with at least one separate structure (11) attachable

10    relative thereto, said structure (11) being adapted for the said connection of the cartridge (7) to the needle (17) and providing means for releasable connection to the plunger mechanism (1), whereby the housing comprising the cartridge (7), the (or each) said structure (11), and the needle (17) can be detached from the plunger mechanism (1) for disposal together.

15    2.    A housing according to claim 1 characterised in that there is one said structure (11) which is attachable to the said other end of the cartridge (7) and which is adapted for connection to the needle (17) and which provides the means for connection to the plunger mechanism (1).

3.    A structure for attachment to a drug-containing cartridge of a syringe,

20    which cartridge (7) has a bung (8) at a rearward end and a penetrable membrane (9) at a forward end, said structure (11) being adapted for attachment to a needle (17) and having means (16) for attachment relative to the forward end of the cartridge, and means (15) for attachment to a

SAN00929292

- 11 -

plunger mechanism (1).

4.      A structure according to claim 3 characterised in that the means (16) for attachment to the forward end of the cartridge comprises means arranged to fit around a neck at the forward end of the cartridge.

5     5.     A structure according to claim 3 or 4 characterised in that said structure (11) is formed integrally with the needle (17).

6.     A structure according to claim 3 or 4 characterised in that said structure (11) is formed separately from the needle and incorporates means (13) for connection thereto.

10     7.     A structure according to any one of claims 3 to 6 characterised in that the means (15) for attachment to the plunger mechanism (1) comprises an outer peripheral retaining structure adapted to mate with a corresponding retaining structure at the end of a barrel extension (5) on the plunger mechanism (1).

15     8.     A structure according to any one of claims 3 to 7 characterised by the provision of a sleeve (19) which is mounted on the structure (11) for longitudinal movement forwardly to sheath the needle (17) after use.

9.     A structure according to any one of claims 3 to 8 characterised by the provision of a spring arrangement (22 or 24) on the structure (11) which

20     acts to urge the cartridge in a direction away from the needle (17), a releasable retention device (23) being provided to bear on the top rim of the cartridge to resist said urging of the spring arrangement.

10.     A housing according to claim 1 or 2 when using the structure of any

WO 95/13842

PCT/GB94/02475

- 12 -

one of claims 3 to 9.

SAN00929294

WO 95/13842                                    PCT/GB94/02475

1 / 2



FIG.1

SUBSTITUTE SHEET (RULE 26)

SAN00929295

WO 95/13842                                    PCT/GB94/02475

2 / 2



*FIG.2*

*FIG.3*

SUBSTITUTE SHEET (RULE 26)

SAN00929296

## INTERNATIONAL SEARCH REPORT

| International Application No |
|---|
| PCT/GB 94/02475 |

**A. CLASSIFICATION OF SUBJECT MATTER**

IPC 6    A61M5/24

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)

IPC 6    A61M

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category° | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X<br>Y | US,A,2 778 359 (FRIEDMAN) 22 January 1957<br>see column 4, line 20 - line 36; figures | 1-7,10<br>8 |
| Y | WO,A,89 04680 (SELDOREN LTD) 1 June 1989<br>cited in the application<br>see abstract; figures | 8 |
| X | US,A,3 825 002 (PAIGE) 23 July 1974<br>see column 3, line 58 - column 4, line 15;<br>figures | 1-7,10 |
| X | US,A,2 671 450 (DANN) 9 March 1954<br>see the whole document | 1-7,10 |
| X | US,A,3 080 866 (FRIEDMAN) 12 March 1963<br>see column 3, line 57 - column 4, line 9;<br>figures | 1-7,10 |

☐ Further documents are listed in the continuation of box C.

☒ Patent family members are listed in annex.

° Special categories of cited documents:

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 10 February 1995 | 0 9. 03. 95 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2<br>NL - 2280 HV Rijswijk<br>Tel. (+31-70) 340-2040, Tx. 31 651 epo nl,<br>Fax: (+31-70) 340-3016 | Clarkson, P |

Form PCT/ISA/210 (second sheet) (July 1992)

SAN00929297

# INTERNATIONAL SEARCH REPORT

Information on patent family members

Internat  l Application No

PCT/GB 94/02475

| Patent document cited in search report | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|
| US-A-2778359 | 22-01-57 | NONE | | |
| WO-A-8904680 | 01-06-89 | DE-D-<br>EP-A-<br>GB-A- | 3887531<br>0394295<br>2230193 | 10-03-94<br>31-10-90<br>17-10-90 |
| US-A-3825002 | 23-07-74 | NONE | | |
| US-A-2671450 | 09-03-54 | NONE | | |
| US-A-3080866 | 12-03-63 | NONE | | |

Form PCT/ISA/210 (patent family annex) (July 1992)

SAN00929298



Patentdirektoratet
Kopiservice

PCT    WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau



## INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification 5 : | (11) International Publication Number: WO 94/21213 |
|---|---|
| A61J 1/06, 1/00, A61M 5/24    A2 | (43) International Publication Date: 29 September 1994 (29.09.94) |

(21) International Application Number: PCT/US94/02738

(22) International Filing Date: 14 March 1994 (14.03.94)

(30) Priority Data:
08/031,683    15 March 1993 (15.03.93)    US

(71) Applicant: ELI LILLY AND COMPANY [US/US]; Lilly Corporate Center, Indianapolis, IN 46285 (US).

(72) Inventor: HARRIS, Dale, C.; 4699 North Frontage Road, Fairland, IN 46126 (US).

(74) Agents: HOFFMAN, John, F. et al.; Baker & Daniels, 2400 Fort Wayne National Bank Building, Fort Wayne, IN 46802 (US).

(81) Designated States: AT, AU, BB, BG, BR, BY, CA, CH, CN, CZ, DE, DK, ES, FI, GB, HU, JP, KP, KR, KZ, LK, LU, LV, MG, MN, MW, NL, NO, NZ, PL, PT, RO, RU, SD, SE, SK, UA, UZ, VN, European patent (AT, BE, CH, DE, DK, ES, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, ML, MR, NE, SN, TD, TG).

Published
    Without international search report and to be republished upon receipt of that report.

(54) Title: CARTRIDGE ASSEMBLY FOR A LYOPHILIZED COMPOUND FORMING A DISPOSABLE PORTION OF AN INJECTOR PEN AND METHOD FOR SAME

(57) Abstract

A cartridge assembly (90) for holding a lyophilized product, forming a disposable portion of a pen injector (104), includes a cylindrical glass cartridge (58) adapted to receive the product, a closure cap (20), a cartridge case (76), and a plunger mechanism. The closure cap (20) is adapted to retain an elastomeric disc seal (52) during lyophilization and includes diametrically opposed ledges (38, 40). The closure cap (20) and seal (52) are adapted to cover a neck portion of the ampule (58), the neck portion having on its end a radially extending circumferential flange (62). The ledges (38, 40) of the closure cap (20) and the flange (62) of the neck portion allow the closure cap (20) to remain open during lyophilization, oxygen purge and nitrogen overlay. An oval-shaped indentation formed on the inside of the closure cap (20) aids in snapping the closure cap (20) about the flange (62) without crimping to retain the closure cap (20) underneath the flange (62). Reconstitution of the lyophilized drug is accomplished without foaming by use of an obliquely angled connector (30) which causes the diluent to indirectly impinge on the drug. The injection pen (104) and cartridge assembly (90) cooperates such that the length of travel of the plunger rod (108) during retraction is less than the axial length of a recess (107) in the rod tip (73).



SAN00929299

### FOR THE PURPOSES OF INFORMATION ONLY

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | | |
|---|---|---|---|---|---|---|
| AT | Austria | GB | United Kingdom | MR | Mauritania |
| AU | Australia | GE | Georgia | MW | Malawi |
| BB | Barbados | GN | Guinea | NE | Niger |
| BE | Belgium | GR | Greece | NL | Netherlands |
| BF | Burkina Faso | HU | Hungary | NO | Norway |
| BG | Bulgaria | IE | Ireland | NZ | New Zealand |
| BJ | Benin | IT | Italy | PL | Poland |
| BR | Brazil | JP | Japan | PT | Portugal |
| BY | Belarus | KE | Kenya | RO | Romania |
| CA | Canada | KG | Kyrgystan | RU | Russian Federation |
| CF | Central African Republic | KP | Democratic People's Republic | SD | Sudan |
| CG | Congo | | of Korea | SE | Sweden |
| CH | Switzerland | KR | Republic of Korea | SI | Slovenia |
| CI | Côte d'Ivoire | KZ | Kazakhstan | SK | Slovakia |
| CM | Cameroon | LI | Liechtenstein | SN | Senegal |
| CN | China | LK | Sri Lanka | TD | Chad |
| CS | Czechoslovakia | LU | Luxembourg | TG | Togo |
| CZ | Czech Republic | LV | Latvia | TJ | Tajikistan |
| DE | Germany | MC | Monaco | TT | Trinidad and Tobago |
| DK | Denmark | MD | Republic of Moldova | UA | Ukraine |
| ES | Spain | MG | Madagascar | US | United States of America |
| FI | Finland | ML | Mali | UZ | Uzbekistan |
| FR | France | MN | Mongolia | VN | Viet Nam |
| GA | Gabon | | | | |

SAN00929300

WO 94/21213                                    PCT/US94/02738

1

## CARTRIDGE ASSEMBLY FOR A LYOPHILIZED COMPOUND
## FORMING A DISPOSABLE PORTION OF AN
## INJECTOR PEN AND METHOD FOR SAME

The present invention relates to the sealing and
5   dispensing of pharmaceuticals and, more particularly to
the sealing and dispensing of a lyophilized drug in a
cartridge assembly.

In current technology, drugs or compounds
manufactured for various injections are generally
10   encapsulated in sterile glass cartridges. The glass
cartridges characteristically have a sealed end with the
other end of the cartridge generally having a restricted
opening in the form of a neck having a circumferential
flange. The opening can be closed off with a rubber
15   membrane held into place with an aluminum seal crimped
therearound. Where the drug or compound is to be later
dispensed either directly from the cartridge or in a
dispensing device such as a pen dispenser, the cartridge
includes at the end opposite the restricted opening, an
20   open end generally having a rubber plunger closing the
open end. The rubber plunger also acts as a piston to
force the drug or compound contained within the cartridge
out of the restricted opening into which there has
generally been inserted a cannula, by action of a plunger
25   rod exerting axial pressure upon the rubber plunger.

Cartridges for use with dispenser devices or pens as
described above are generally known in the prior art.
U.S. Patent 4,936,833 Sams, shows a typical glass
cartridge having an open end with a plunger therein, and
30   an opposite end including a restricted opening sealed with
a rubber membrane and crimped metal collar. The cartridge
is insertable into a housing forming a part of a dispenser
pen, with a cap for receiving a two ended cannula.
Typical of these device are U.S. Patent 4,883,472 Michel,
35   and U.S. Patent 4,973,318 Holm et al.

Lyophilized drugs or compounds are currently being
utilized as the basis for injectionable compounds, such as

SAN00929301

WO 94/21213                                    PCT/US94/02738

2

human growth hormone (HGH), insulin, and the like.
Lyophilization is the rapid freezing of a material at a
very low temperature followed by rapid dehydration by
sublimation in a high vacuum.  The lyophilized compound
5   is generally contained in a glass vial or cartridge.
However, the process described above is not suitable for
lyophilized compounds which are moisture and oxygen
sensitive.  When the moisture is removed from the compound
during lyophilization, the oxygen in the glass cartridge
10  containing a lyophilized drug must be replaced with
nitrogen after the lyophilization process.  This step of
replacing the oxygen with nitrogen is termed nitrogen
overlay and is accomplished within the lyophilizing
chamber (freeze dryer).
15      One technique is to lyophilize the drugs or compounds
in rubber stoppered glass vials.  During lyophilization of
the compounds in the glass vials, the rubber stopper used
to close the vial is partially seated in the neck of the
vial.  The moisture which is removed from the compound
20  during lyophilization is vented out through grooves or
slots formed in the rubber stopper.  As a general method
of closing the vials, the shelves of the lyophilization
chamber vertically move together to press the rubber
stopper down into the vial, until the vents in the stopper
25  are well inside the neck opening of the vial.  An aluminum
seal is then crimped about a flange on the neck of the
vial.
        The use of aluminum as a crimping seal for the rubber
stopper is not, however, preferred due to the possibility
30  of aluminum dust or particles contaminating the compound
during the initial crimping, reconstitution, or
administration processes.  In addition, such processes as
above are not well suited for efficient lyophilization.
        Thus, it is desired to eliminate the aluminum
35  crimping seal as well as provide an easier method of
assuredly allowing lyophilization of a compound and
sealing the same.

SAN00929302

3

In order to administer a lyophilized compound, it is
necessary to reconstitute the compound prior to
administration with a suitable diluent.  Reconstitution is
accomplished by using a syringe with a needle to withdraw
5    the diluent from a separate vial and inject it into the
vial containing the lyophilized compound.  The vial
containing the lyophilized compound is placed in a holder
during reconstitution.  Because the cartridge is filled
with the lyophilized compound and nitrogen, addition of
10   the diluent produces extra pressure within the cartridge
which creates the possibility of forcing the plunger out
of the cartridge.  Having the plunger forced out of the
cartridge during reconstitution would undesirably result
in a total loss of the compound.

15       During reconstitution, the diluent injected from the
syringe into the cartridge directly impinges upon the
lyophilized compound which causes the lyophilized compound
to foam.  The foam undesirably creates extra head space
within the cartridge such that the proper amount of
20   diluent is not mixed with the compound, resulting in an
improper diluent to compound ratio.  In order to alleviate
this, one must wait for the foam to subside.

A patient needle is then attached to the disc sealed
end of the cartridge which thus allows the compound to be
25   injected. Current injector pens dispense a selectable
amount of drug depending on the required dosage.  A
plunger mechanism, including a plunger rod, pushes against
the plunger in the cartridge.  After each injection, the
plunger mechanism and plunger rod retract during a
30   resetting function of the injector pen.  However, complete
disengagement of the plunger rod from the plunger
mechanism during retraction is highly undesirable, and can
render the injector pen inoperative.

Because of the expanding use of pen dispensers or
35   injectors utilizing cartridges for the administration of
injectionable compounds, it is desired to provide a

SAN00929303

WO 94/21213                                              PCT/US94/02738

4

lyophilized compound in an improved cartridge suitable for
use in an injector pen.

    The present invention, in one form thereof, provides
a method of lyophilizing a compound in a glass cartridge
5  and sealing the same utilizing a closure cap with a seal,
and encapsulating the same into a cartridge assembly.

    A method of lyophilizing and sealing an injectionable
product within a cartridge is provided which includes,
providing a cartridge having a neck defining a first
10  opening therein, and a second opening therein distal the
first opening, the neck including a circumferential
radially outwardly extending flange adjacent the first
opening, inserting a plunger in the second opening, and
inserting the product to be lyophilized into the
15  cartridge.  Further, there is provided a cap having a
cylindrical portion and a seal, the cylindrical portion
including an open bottom receivable over the neck, the cap
including a top having an opening therein for receipt of a
needle therethrough, at least one vent circumferentially
20  disposed in the cap, and a deformable ledge in the cap
extending radially inwardly from the cylindrical portion
axially below the vent, the seal being axially disposed
between the vent and the top so as to block the top
opening.  The cap is then placed onto the neck such that
25  the deformable ledge rests upon the neck flange and the
vent is in communication with the neck opening, after
which the cartridge with the cap is placed in a
lyophilizing chamber, wherein the product is lyophilized,
and the cap is closed by exerting a downward pressure upon
30  the cap such that the deformable ledge yieldably snaps
around the neck flange to be lockingly retained
thereunder, the vent is closed from communication with the
neck opening, and the seal is compressed into sealing
engagement with the neck opening by downward pressure
35  exerted by the top thereby providing an air impermeable
barrier between the top opening and the neck opening.

SAN00929304

WO 94/21213                                                        PCT/US94/02738

5

The method of sealing a lyophilized product within a
cartridge is further characterized by providing a sleeve
having a first open end and a radially inwardly extending
circumferential ledge into which the cartridge is placed.

5    The cartridge is axially seated against the ledge and the
sleeve is permanently attached to the cap.

A plunger rod tip having a plunger head is received
in the sleeve between the plunger and ledge such that the
plunger head is axially adjacent the plunger.

10    The present invention, in one form thereof, provides
a cartridge assembly containing a lyophilized drug having
a cartridge, a cap and seal, a cartridge sleeve, and a
plunger mechanism forming a disposable portion of an
injector pen.

15    A cartridge assembly for holding a lyophilized drug
and forming a disposable part of an injection pen
comprises a cartridge having a plug in one end and a neck
on another end, the cartridge including a
circumferentially extending flange about the neck, the

20    neck defining an opening therein, a cap disposed about the
neck, the cap having a first cylindrical portion including
an open bottom received over the neck, a top having an
opening therein for receipt of a needle therethrough, and
a deformable ledge extending radially inwardly from the

25    first cylindrical portion and lockingly retained under the
neck flange. A resilient seal is disposed in the cap
between the neck opening and the top opening forming an
impermeable barrier therebetween, with a sleeve radially
disposed about and permanently attached to the cartridge.

30    Further, the sleeve is permanently attached to the
cap, and includes a first cylindrical portion adapted to
receive the cartridge and a second cylindrical portion
axially below the first cylindrical portion and concentric
therewith, and a radially inward circumferentially

35    extending ledge defined at the junction of the first and
second cylinder for axially retaining the one end of the
cartridge.

SAN00929305

WO 94/21213                                    PCT/US94/02738

6

In one form thereof the present invention provides a
method and apparatus for reconstituting a lyophilized
compound, the lyophilized compound contained within an
interior space defined by an inner wall of the cartridge
5    having an inlet at one end thereof. The method comprising
the step of injecting a diluent into the cartridge via the
inlet such that the diluent impinges on and runs down the
inner wall of the cartridge to thereby contact the
compound, whereby foaming of the compound is alleviated.

10   A connector is releasably secured to the inlet end of
the cartridge and adapted to receive and hold a syringe
containing a diluent. The connector has a first portion
defining a longitudinal axis which forms an oblique angle
with the longitudinal axis of the cartridge. The syringe
15   is supported by the connector at the oblique angle whereby
the diluent is injected into the cartridge via the inlet
at the oblique angle so that the diluent impinges on the
wall of the cartridge.

The cartridge of the present invention is adapted to
20   be used with an injector pen apparatus for administering a
drug. The apparatus comprises    a cartridge assembly
having a cartridge with a movable plunger therein and an
inlet on one end thereof. The cartridge assembly includes
a rod tip having a recess therein and disposed axially
25   adjacent the plunger and is adapted to exert pressure upon
the plunger for dispensing the drug from the cartridge.
An injector pen is releasably engaged with the cartridge
assembly, the pen including a movable rod adapted to
engage the recess of the rod tip in order to move the rod
30   tip during dispensing of the drug. For injection of the
drug, the rod retracts a known distance away from the
plunger within the recess of the rod tip. The rod is then
advanced towards the plunger a selected number of discrete
increments as determined by the number of clicks depending
35   on the desired dosage to be administered. During
injection, the rod then advances the known distance
towards the plunger which causes the plunger to advance.

SAN00929306

WO 94/21213                                    PCT/US94/02738

7

the distance determined by the amount of discrete
increments.  The rod then retracts the known distance
within the travel length of the rod tip.

It is an advantage of the present invention that the
5   closure cap does not require close tolerances in cartridge
manufacture.

It is another advantage of the present invention in
that the cartridge, closure cap with seal, and cartridge
case with plunger form a tamper resistant package.

10      It is yet another advantage of the present invention
that the cartridge assembly prevents the plunger from
outwardly moving during shipment of the cartridge assembly
and during reconstitution of the lyophilized drug
contained therein.

15      It is further an advantage of the present invention
that foaming of the lyophilized compound is prevented
during reconstitution thereof.

It is still another advantage of the present
invention in that the cartridge assembly is protected from
20   breakage.

It is also an advantage of the present invention that
container integrity for the drug is increased.

The above mentioned and other features and objects of
this invention, and the manner of attaining them, will
25   become more apparent and the invention itself will be
better understood by reference to the following
description of embodiments of the invention taken in
conjunction with the accompanying drawings, wherein:

Fig. 1A is a perspective view of the closure cap
30   according to an aspect of the present invention;

Fig. 1B is a bottom view of the closure cap taken
along line 1B-1B of Fig. 2;

Fig. 2 is a sectional elevational view of the closure
cap taken along line 2-2 of Fig. 1A;

35      Fig. 3 is an elevational cutaway view of the glass
cartridge and plunger;

WO 94/21213                                      PCT/US94/02738

8

Fig. 4 is an elevational cutaway view of the glass
cartridge with plunger seated on a shelf with the closure
cap in an open condition;

Fig. 5 is an elevational cutaway view of the glass
5 cartridge with plunger seated on a shelf with the closure
cap in a closed position;

Fig. 6 is an elevational cutaway view of a cartridge
assembly with user needle and cap;

Fig. 7 is an elevational cutaway view of the
10 cartridge assembly according to an embodiment of the
present invention;

Fig. 8 is a partial cutaway view of the cartridge
assembly according to an embodiment of the present
invention installed on a dispensing pen unit;

15 Fig. 9 is an elevational cutaway view of the
cartridge assembly during reconstitution;

Fig. 10 is an elevational cutaway view of the
cartridge assembly with connector and connector lid before
insertion into a dispensing pen and reconstitution;

20 Fig. 11 is a partial cutaway view of the cartridge
assembly installed on a dispensing pen; and

Figs. 12-14 are partial cutaway views of the plunger
and rod mechanism as utilized with the dispensing pen
illustrating the injection process.

25 Corresponding reference characters indicate
corresponding parts throughout the several views. The
exemplifications set out herein illustrate a preferred
embodiment of the invention, in one form thereof, and such
exemplifications are not to be construed as limiting the
30 scope of the invention in any manner.

Referring now to Figs. 1A, 1B, and 2, there is shown
a closure or lyophilization cap 20 in accordance with an
aspect of the present invention. In general, cap 20 is
preferably made of an injection molded plastic, although
35 other suitable materials as known in the art may be
utilized with the cap thus fabricated accordingly. Cap 20
has a cylindrical bottom portion or skirt 22 of a given

SAN00929308

WO 94/21213                                                    PCT/US94/02738

9

axial length and inner radius sufficient to extend about
at least a portion of a lyophilization cartridge.  As
further described hereinbelow, bottom portion or skirt 22
stabilizes cap 20 when placed onto cartridge 58 in the
5  open position during lyophilization, and serves as a guide
during closing of the cap.  Cylindrical bottom portion 22
has a slightly upwardly and inwardly sloping annular
shoulder 24, with a cylindrical top portion or neck 26
disposed axially above and inwardly concentric to
10  cylindrical bottom portion 22.  Top portion 26 includes
threads 28 circumferentially formed on the outer upper
periphery thereof which are adapted to threadedly receive
a connector 30 (Figs. 9 and 10) and needle assembly 32
(Fig. 6) both of which are described in more detail
15  hereinbelow.  Formed in cylindrical top portion 26 below
threads 28 are two diametrically opposed circumferentially
extending rectangular openings 34 and 36 which serve to
vent moisture from cartridge 58 (Figs. 3-5) during
lyophilization and which allow the oxygen purge and
20  nitrogen overlay process to occur thereafter.
      As best seen in Fig. 1B, extending radially inward
from wall 33 and 35 just below openings 34 and 36 are two
ledges 38 and 40 having a circumferential length roughly
corresponding to openings 34 and 36.  As will be described
25  in more detail hereinbelow, ledges 34 and 36 serve the
dual function of allowing closure cap 20 to be seated upon
cartridge 58 thus permitting communication between
openings 34, 36 and the interior 60 of cartridge 58, and
of snapping around and under circumferential flange 62 of
30  cartridge neck 64 upon closing cap 20.  Ledges 38 and 40
are sized and shaped so as to reduce the closing pressure
required during the closing process, described
hereinbelow, and to minimize the amount of cap deformation
as closure is taking place.  Cap 20 includes a top 41
35  which downwardly slopes from the outer upper edge of
cylindrical top portion 26 terminating at an aperture 46
adapted to expose a seal 52 and receive a needle as

SAN00929309

WO 94/21213                                                    PCT/US94/02738

10

described in detail hereinbelow. Two arched slots 42 and
44 are disposed in top portion 41 each axially upwardly of
a respective side opening 34, 36. Arched slots 42 and 44
are formed during the molding process in order to achieve
5   the undercut ledges 38 and 40 sufficiently large enough to
allow for variations in the diameters of cartridge
flanges.

Defined at the level 50 of ledges 38, 40 interior to
cap 20 are walls 33, 35, 47, and 48 that define an oval or
10  elliptic surface 49 whose major axis is transverse to an
axis defined by connecting the middle of side openings 34,
36 or ledges 38, 40 such that each longitudinal end of
oval or ellipse 49 is located 90° from each ledge 38 and
40. Walls 47 and 48 are thinner than walls 33 and 35
15  carrying ledge 38 and 40 so that as the ledges are forced
outwardly during seating of cap 20, walls 47, 48 can move
inward to accommodate such outward movement of walls 33
and 35 carrying ledges 38, 40. However, the thicker walls
33, 35 provide adequate support for ledges 38, 40 to
20  prevent dislodgement of cap 20 from cartridge 58. This
reduces the pressure required to close cap 20 onto
cartridge 58 after lyophilization and nitrogen purge in
order to prevent stress fractures in cap 20 and allow for
more cartridges to be closed at one time. Such elliptical
25  configuration of walls 33, 35, 47 and 48 extends the
entire inner axial length thereof.

A circumferential ridge 51 is disposed about the
interior of cylindrical top portion 26 axially below and
adjacent top 41. Ridge 51 permits seal 52, such as for
30  instance a laminated, two-piece rubber seal, to be seated
therein without dislodging for efficient covering of
opening 46.

The structure of cap 20 assists the natural
deformation that occurs during the closure process. Thus,
35  as cap 20 is pressed onto cartridge 58, ledges 38, 40
spring outward to allow it to go over and then underneath
neck flange 62 (see Fig. 3).

SAN00929310

WO 94/21213

PCT/US94/02738

11

What has thus been described hereinabove is a cap adapted to be seated upon a cartridge during lyophilization and which effectively and positively closes upon the cartridge to securely hold a disc seal about the

5  opening.- The cap is designed for efficient lyophilization and optimal nitrogen sealability while requiring only a minimum amount of closure force.

The process of lyophilizing a compound in cartridge 58 utilizing the hereinabove described cap 20 will now be

10  described in conjunction with Figs. 3-5.  First, it should be noted that the various parts are sterilized prior to placement in the freeze dryer so that the compound to be lyophilized will be free from contamination.  Secondly, it should be noted that a plurality of cartridges (up to 6000

15  or more) are generally lyophilized at one time.  The cartridges are held in blocks defining a matrix of rows and columns of cartridges with the blocks placed in a freeze dryer chamber between movable shelve units, described hereinbelow.  A typical configuration is 2000

20  per layer with three layers.  The general structure of the various elements will also be described when introduced during the description of the process.

Cartridge 58 is manufactured of glass and consists of a tube portion 59 defining an inner chamber 60 and which

25  openly terminates at one end with a circumferential inwardly bulbous lip 56.  The other end of tube 59 includes an upwardly and inwardly sloping shoulder portion 66, a reduced diameter neck 64 and a rim 63 having circumferential flange 62 having a circumferential radius

30  greater than that of neck 64.  The end of cartridge 58 including flange 62 defines an opening 68 which communicates with inner chamber 60.  Recessed neck 64 has a diameter that is smaller than shoulder 66.  A rubber plunger 54 having knobs 55 is first disposed in the end

35  having lip 56 just far enough into cartridge 58 such that the end of plunger 54 is adjacent lip 56.  This is to keep the inside of cartridge 58 sterile after lyophilization.

SAN00929311

WO 94/21213                                              PCT/US94/02738

. 12

Cartridge 58 with plunger 54 is placed between
shelves 72 and 74 in the freeze dryer (not shown) with the
liquid compound or drug 70 to be lyophilized contained
therein.  Cap 20 having rubber disc seal 52 disposed

5   therein is placed over flange 62 defining a first or open
position, the placement of cap 20 onto cartridge 58
occurring either before placement of cartridge 58 into the
freeze dryer or thereafter.  However, compound 70 is
placed into cartridge 58 before the placement of cap 20

10  upon flange 62.  Seal 52 is preferably a laminate of two
different materials, the upper material 52a being a good
sealing material, with the bottom material 52b being a
good product contact material such as, for example, a
normal butyl rubber compound. However, any resilient

15  sealing material may be utilized which provides a good
product contact material on the bottom and a good sealing
material on the top.

Referring specifically to Fig. 4, cap 20 is designed
such that ledges 38 and 40 rest on top of flange 62.  In

20  the first or open position a part of cylindrical bottom
portion 22 circumferentially surrounds an upper part of
tube 59 thereby serving as a stabilizer for cap 20 and a
guide when cap 20 is moved to the second or closed
position.  Seal 52 is held in an elevated position above

25  cartridge opening 68, while side openings 34 and 36 are
above opening 68 thus allowing communication between the
ambient atmosphere and inner chamber 60 of cartridge 58.
At this point lyophilization begins.

Lyophilization, or freeze drying, which is

30  represented in Fig. 4 as an upward and outward arrow,
purges the moisture from compound 70 such that a waterless
compound is left.  Although the arrow is shown exiting
only one side opening 36, it should be understood that the
moisture is vented out through both openings 34, 36 during

35  lyophilization.  Once the moisture has been vented out of
cartridge 58, oxygen is purged from the lyophilization
chamber and thus cartridge 58.  A nitrogen overlay process

SAN00929312

WO 94/21213                                    PCT/US94/02738

13

is then initiated. The nitrogen overlay process is
represented in Fig. 4 as an inward and downward arrow
entering from side opening 34, but as is the case for the
venting of moisture and oxygen purge, the nitrogen enters
5   through both side openings 34 and 36 to fill the entire
inner space 60 of cartridge 58 not occupied by the now
lyophilized compound 70. The nitrogen overlay process is
used where the lyophilized compound is oxygen sensitive,
as, for example, HGH.

10      At this point and referring now to Fig. 5, shelves 72
and 74 move vertically together in order to close cap 20
onto neck 64. As described above, cap 20 includes an oval
or elliptical indentation 47 and inner wall 48 which
allows cap 20 and ledges 38 and 40 to deform and flex so
15  that ledges 38 and 40 snap around flange 62 as cap 20 is
downwardly pressed by the pressure exerted by closing
shelves 72 and 74. A force of only about 10-12 lbs. is
thus necessary to effect closure of cap 20 about neck 64
and neck flange 62. Once in place, cylindrical bottom
20  portion 22 extends about an upper part of tube 59, while
ledges 38 and 40 prohibits removal of cap 20 by extending
under neck flange 62 between the flange and sloped
shoulder section 66.

Upon closure of cap 20, seal 52 is compressed between
25  the top of rim and downwardly sloped cap top 41 to effect
a positive, airtight seal between the ambient atmosphere
and the nitrogen and lyophilized compound within cartridge
58. There is no need for a crimp seal, while both the
lyophilization and closure processes are completed within
30  the lyophilizing chamber. At this point, the sealed
cartridge may be removed from the lyophilizing chamber. A
cake or plug of compound 70 is thus sealed within a
nitrogen filled cartridge.

After lyophilization, and referring to Fig. 7, sealed
35  cartridge 58 is then placed into a cartridge sleeve,
barrel, or retainer 76 through an opening 77 in one end
thereof. The sleeve is preferably made from a suitable

SAN00929313

WO 94/21213                                    PCT/US94/02738

14

plastic or other material which provides protection for
the glass cartridge.

   Sleeve 76 comprises a first tubular portion 78 having
an inner diameter 79 of sufficient size such that a
5  segment of first tubular portion 78 radially surrounds or
overlaps cylindrical bottom portion 22 of cap 20. At this
junction, sleeve 76 is attached or sealed to cap 20 by use
of a solvent, adhesive bond, snap fit, sonic weld, or the
like, such that cartridge 58 is retainingly held in sleeve
10  76. Sleeve 76 also includes a second tubular portion 80
having a smaller diameter than first tubular portion 78
such that tube 59 of cartridge 58 is inwardly circumjacent
the inner diameter thereof. Threads 86 on the outer
periphery of second tubular portion 80 permit sleeve 76 to
15  be received onto an injection pen device.

   Sleeve 76 further comprises a third tubular portion
82 having a smaller diameter than second tubular portion
80, the second tubular portion defining an annular stop or
ledge 84 at the junction of second and third tubular
20  portions 80 and 82. Stop 84 supports lip 56 such that
tube 59 is supported thereon. A sleeve cap 88 optionally
may fit about the top of the cartridge assembly 90 to
further protect the seal assembly. Thus, the cartridge is
securely held by and contained within sleeve 76 and ready
25  for reconstitution before administration and placement
into an injector pen dispenser.

   Sleeve 76 has a smaller diameter opening 69 at the
other end through which extends a plunger rod tip 71. Rod
tip 71 is placed within sleeve 76 before insertion of
30  cartridge 58, and has a circular rod head 73, slightly
less than the inner diameter of cartridge 58, on one end
of a hollow cylindrical body 85. The lower portion of rod
head 73 is seated against sleeve ledge 84 and is of
sufficient diameter such that rod tip 71 is retained in
35  sleeve 76. Rod tip body 85 is of sufficient length to
axially extend from head 73 to the axial end of third
tubular portion 82.     Cylindrical body 85 defines an

SAN00929314

WO 94/21213                                    PCT/US94/02738

15

axially elongated cylindrical recess or bore 107. Recess
107 defined by cylindrical body 85 between bottom portion
81 of rod head 73 and end portion 83 is of a specific
axial length, for example, eight and nine tenths
5    millimeters (8.9 mm). The upper surface of circular rod
head 73 of rod tip 71 abuts plunger 54 and includes an
annular groove 75 into which knobs 55 of plunger 54 are
seated. As pressure is applied to plunger 54 in order to
administer the reconstituted compound, plunger 54, being
10   an elastomeric or rubber, has a tendency to deform during
compression. However, because of its resiliency, plunger
54 returns to its original shape, which sequence could
cause weeping of the liquid from around the plunger. Rod
head 73 serves to distribute the load exerted by the
15   compression of rod tip 71 in order to eliminate weeping
from about plunger 54 which could occur as a result of
uneven or localized compression of plunger 54. Annular
groove 75 retains knobs 55 to prevent lateral deformation,
which could cause weeping.
20       As shown in Fig. 10, a connector 30 is threadedly
attached to threads 28 of cap 20. This occurs after
placement of cartridge 58 in sleeve 76 and attachment of
cap 20 thereto. Connector 30, introduced hereinabove, is
threadedly attached to threads 28 of cap 20 and includes
25   an angled first section 92 and a larger diameter second
section 94. First section 92 is tubular in shape and
includes an upper section 111 and, at its lower end, an
angled neck portion 113 having mating threads for threads
28. Neck portion 113 is essentially concentric and
30   defines a common axis with cartridge 58. Upper section
111 defines an axis which thus forms an oblique angle with
the axis of neck portion 113. Larger diameter portion 94
is eccentric with upper section 111 of first section 92.
A common axis is also defined between upper section 111
35   and portion 94.
     A lid 95 is snapped in place over cylindrical second
section 94 thereby sealing the space there between. This

SAN00929315

WO 94/21213                                        PCT/US94/02738

16

entire assembly is then sterilized so that the contents of
the cartridge and the area about the disc seal is sterile
for later reconstitution and administration.

Reconstitution is performed as shown in Fig. 9.
5    After removal of connector lid 95, connector 30 is thus
adapted to receive a syringe 96 in second section 94 which
supports syringe 96 but allows needle 98 to enter hole 46
and penetrate seal 52 such that only a small section of
needle 98 extends into cartridge 58.  During
10   reconstitution, the action produced by the force of moving
diluent upon the lyophilized cake (e.g. HGH) triggers a
reaction which causes the HGH cake to become agitated and
foam.  Foaming undesirably creates air bubbles, thereby
limiting the amount of diluent that can be added to the
15   cartridge.  This can result in improper dilution ratios of
the lyophilized compound.  Furthermore, once the foam
subsides, too large a headspace is created within the
cartridge.

According to one aspect of the present invention,
20   connector 30 is obliquely angled as described above such
that needle 98 is oriented toward and preferably in close
proximity to wall 58 and injects diluent 102 down the side
of the interior wall of cartridge 58 in order to prevent
foaming of the compound during the reconstitution process.
25   Side impingement of the diluent reduces the velocity of
the diluent as it travels toward and onto the HGH cake.
This indirect administration of the diluent by causing the
diluent to impinge on the inner side wall of cartridge 58
and then run down around and into the HGH prevents
30   foaming.

Syringe 96 is prefilled with a suitable diluent 102,
and as plunger 100 of syringe 96 forces fluid into the
lyophilized cartridge, the nitrogen in cartridge 58 is
compressed.  Releasing syringe plunger rod 100 while
35   holding the syringe above the cartridge, allows the
pressure in the cartridge to equilibrate by venting the
nitrogen into the syringe, leaving the diluent in the

SAN00929316

WO 94/21213                                      PCT/US94/02738

17

cartridge to mix with the lyophilized drug. The syringe
is then removed and discarded.

A transfer needle 32, such as those manufactured by
Becton-Dickinson, can then be threadedly attached to cap
5    20 where connector 30 was attached during reconstitution.
This is shown in Fig. 6. The typical transfer needle 32
is a double-ended needle 110, which extends in one
direction through hole 46 in top 41 and seal 52 to
communicate with the reconstituted drug within the
10   cartridge. Needle 110 is secured in a needle housing 112
and protected during nonuse by a plastic cap 114 and
needle assembly protector cap 116.

Referring in particular now to Fig. 8, cartridge
assembly 90 is threadedly attached to an injector pen 104,
15   such as that manufactured by Disetronic AB of Burgdorf,
Switzerland. A plunger rod 108 fits into recess 107 of
rod tip 71 in order to effect ejection of the
reconstituted drug from the cartridge. The inside length
of rod tip 71 is adapted to retain the injector pen
20   plunger rod 108 during the injector pen's compression and
retraction stroke. When the drug is to be administered to
the patient, the needle assembly 32 as shown in Fig. 6 is
attached to cap 20 as described hereinabove.

One such type of injector pen is shown in Fig. 11 and
25   its operation described in conjunction with additional
Figs. 12-14. Referring to Fig. 11, cartridge assembly 90
is shown connected to injector pen 104 via complementary
threads 86, 101. Injector pen 104 includes a pen rod 108,
a dose knob 118 and a release button 120. Pen rod 108
30   fits into a suitable mechanism within pen body 106 for
providing the injector function as described below in
conjunction with Figs. 12-14.

It should be noted with respect to Figs. 12-14 that
for simplicity of discussion and understanding of an
35   aspect of the present invention that only rubber plunger
54 and plunger rod tip 71 of the cartridge assembly are
shown in relationship to pen 104 and, in particular pen

SAN00929317

WO 94/21213                                    PCT/US94/02738

18

rod 108. To load the assembly for the first time, release
button 120 is pushed such that dose knob 118 pops out. At
this point, pen rod 108 retracts a known, or predetermined
distance, for example 8.1 millimeters away from plunger 54
5   within recess 107. Dose knob 118 is then turned until
dose knob 118 stops which causes pen rod 108 to travel
forward towards plunger 54 a set maximum amount for
purging. Upon retraction, pen rod 108 cooperates with rod
tip 71 in that pen rod 108 does not travel any more than
10   8.1 millimeters out of the 8.9 mm (for example) recess 107
of the rod tip 71. End 109 of plunger rod 108 thus never
retracts past a plane defined at the end 83 of rod tip 71
perpendicular to an axis of elongation of rod tip 71.
Thus, rod 108 never disengages from recess 107.
15        The rod tip, being an integral part of the housing
for the cartridge assembly prevents the plunger 54 in the
cartridge from being forced out during the reconstitution
process. Further, rod tip 71 allows movement required by
the pen's plunger rod 108 during dose setting and
20   injection. When dose knob 118 is pushed in, the unit
purges 95 percent of all of the air in the cartridge in
order to obtain a proper head space. Thus, after
reconstitution, and initial purging, the injector pen
assembly is ready for the administration process as shown
25   in Fig. 11.
        In order to administer the drug to the patient,
release button 120 is pressed which causes dose knob 118
to pop out and correspondingly cause pen rod 108 to
retract the 8.1 mm maximum travel distance within the 8.9
30   mm rod tip 71, each action being depicted by respective
arrows in Fig. 12. As noted hereinabove, end 109 never
retracts past end 83. Dose knob 118 is then turned
through so many clicks, the clicks corresponding to volume
units of dosage depending on the required amount of
35   dosage. Each click corresponding to a given volume of
injectionable liquid. This is depicted in Fig. 13. As
the required number of clicks are set via dose knob 118,

SAN00929318

WO 94/21213                                    PCT/US94/02738

19

pen rod 108 correspondingly moves forward an amount equal
to the number of clicks, with each click correspondingly
moving pen rod 108 a predetermined distance being
coordinated with a set dosage amount.

5    As shown in Fig. 14, when dose knob 118 is depressed,
pen rod 108 thus contacts rod head 73 of rod tip 71 to
administer the drug by traveling the 8.1 mm distance.
Upon retraction of pen rod 108 in order to administer
another dose, pen rod 108 retracts the set 8.1 mm distance
10    within the 8.9 mm recess 107.  This ensures that pen rod
108 never comes out of rod tip 107.

The process as depicted in Figs. 12-14 is repeated at
the prescribed times until all of the drug has been
administered.  A dose indication device 122 is provided to
15    visually indicate the dosage set by dose knob 118.  Such
dose indication may be purely mechanical in nature or
electronic, such as an LCD display.

Once the entire drug has been administered to the
patient, the entire cartridge assembly and patient needle
20    assembly is then discarded.  The injector pen is then
ready for another cartridge assembly 90.

While this invention has been described as having a
preferred design, the present invention can be further
modified within the spirit and scope of this disclosure.
25    This application is therefore intended to cover any
variations, uses, or adaptations of the invention using
its general principles.  Further, this application is
intended to cover such departures from the present
disclosure as come within known or customary practice in
30    the art to which this invention pertains and which fall
within the limits of the appended claims.

SAN00929319

WO 94/21213                                    PCT/US94/02738

20

## CLAIMS

1. A method of lyophilizing and sealing an injectionable product within a cartridge, the method comprising the steps of: providing an elongate cartridge (58) having on a first end thereof a shoulder (66), a rim
5    (63) defining a first opening and having a circumferential radially outwardly extending flange (62) adjacent said first opening, and a neck (64) disposed axially between said flange and shoulder, said neck having a diameter smaller than said flange and shoulder, said cartridge
10   including a second opening on a second end thereof distal said first opening; and inserting a plunger (54) in said second opening; characterized by:

providing a cap (20) having a cylindrical portion and a seal (52), said cylindrical portion including an open
15   bottom receivable over said neck, said cap including a top having an opening therein for receipt of a needle therethrough, at least one vent (34) circumferentially disposed in said cap, and at least two deformable ledges (38,40) on said cap extending radially inwardly from said
20   cylindrical portion axially below said vent, said seal being axially disposed between said vent and said top so as to block said top opening;

inserting the product to be lyophilized into said cartridge (58);
25   placing said cap onto said cartridge such that said deformable ledges (38,40) rest upon said flange (62) and said vent is in fluid communication with said cartridge first opening;      placing said cartridge with said cap in a lyophilizing chamber; lyophilizing the product; and
30   closing said cap by exerting a downward pressure upon said cap such that said deformable ledges yieldably snap around said flange (62) and into said neck to be lockingly retained therein, said vent (34) is blocked from communication with said cartridge first opening, and said
35   seal (52) is pressed into sealing engagement with said rim (63) by downward pressure exerted by said top thereby

SAN00929320

21

providing an air impermeable barrier between said top
opening and said cartridge first opening.

2.    The method of claim 1, characterized in that the
step of closing said cap (20) is preceded by the steps of
purging oxygen from said cartridge (58) and providing a
nitrogen overlay in said cartridge.

3.    The method of claim 1, further characterized by:
providing a sleeve (78) having a first open end for
receiving said cartridge (58) and a radially inwardly
extending stop (84); and placing said cartridge into said
first open end of said sleeve such that said cartridge is
positively axially retained in said sleeve against said
stop.

4.    The method of claim 3, characterized by the
subsequent step of permanently attaching said sleeve (78)
to said cap (20).

5.    The method of claim 3, characterized in that
said sleeve (78) includes a second open end distal said
first open end and axially below said sleeve stop, and the
step of placing said cartridge into said sleeve is
preceded by the step of inserting a plunger rod tip (71)
having a head (73) in said sleeve such that said plunger
rod tip extends from said second opening and said head is
axially adjacent said plunger (54).

6.    The method of claim 5, further characterized by
the step of capturing said head (73) between said sleeve
ledge (84) and said plunger (54).

7.    The method of claim 1, characterized in that the
step of placing the cartridge (58) in a lyophilizing
chamber includes supporting said cartridge on a first
surface (74), and the step of closing said cap includes
exerting a downward pressure upon said cap (20) by contact
of a second surface (72) upon said cap induced by relative
vertical movement between said first and second surfaces.

8.    A cartridge assembly for holding a lyophilized
drug and forming a disposable part of an injection pen,
the cartridge assembly comprising:

SAN00929321

WO 94/21213                                    PCT/US94/02738

22

an elongate cartridge (58) having on a first end
thereof a shoulder (66), and a rim (63) defining a first
opening and having a circumferential radially outwardly
extending flange (62) adjacent said first opening and a
neck (64) disposed axially between said flange and
shoulder, said neck having a diameter smaller than said
flange and shoulder, said cartridge including a second
opening on a second end thereof distal said first opening;

a cap (20) disposed on said first end of said
cartridge, said cap having a first cylindrical portion
including an open bottom received over said first end, a
top having an opening therein for receipt of a needle
therethrough, and at least two elastically deformable
ledges (38,40) extending radially inwardly from said first
cylindrical portion and lockingly retained under said neck
flange;

a resilient seal (52) in said cap disposed between
said first opening and said top opening and forming an
impermeable barrier therebetween a vent opening in said
cap below said seal; a sleeve (78) radially disposed about
and permanently attached to said cap; and

a plunger rod tip (71) slidably disposed in said
sleeve, said plunger rod tip including a head (73) axially
adjacent said plunger for exerting pressure against said
plunger during administration of the drug.

9.    The cartridge assembly of claim 8, characterized
in that said sleeve (78) includes a first cylindrical
portion adapted to receive said cartridge and a second
cylindrical portion axially below said first cylindrical
portion and concentric therewith, and a radially inward
circumferentially extending ledge (84) defined at the
junction of said first and second cylinder for axially
retaining said one end of said cartridge.

10.    The cartridge assembly of claim 8, characterized
in that said rim (63) of said cartridge outwardly tapers
for compressingly sealing said resilient seal (52) between
said cartridge and said cap.

SAN00929322

23

11. The cartridge assembly of claim 8, characterized in that said cap (20) includes an oval shaped wall carrying said ledges (38,40) wherein said wall is thinner along the major axis of the oval than along the minor axis of the oval, and said ledges are disposed generally on the minor axis of the oval.

12. The cap and cartridge assembly of claim 8, characterized in that said deformable ledge comprises two circumferential and inwardly extending ledges (38,40) separated by two arcuate portions of an oval-shaped wall (50) and said ledges are located on the minor axis of said oval-shaped wall.

13. The cap and cartridge assembly of claim 12, characterized in that said oval-shaped wall (50) is thinner along the major axis of the oval than along the minor axis of the oval.

14. A method reconstituting a lyophilized compound, the lyophilized compound contained within an interior space defined by an inner wall of a cartridge (59) having an inlet at one end thereof, the method comprising the steps of: attaching a connector (30) to the inlet end of the cartridge, the connector having an interior space and defining an axis along a longitudinal length thereof, the axis of the connector forming an oblique angle relative to the axis of the cartridge; placing a syringe (96) having a needle (98) and containing the diluent into the interior space of the connector, such that the needle (98) is oriented obliquely toward the inner wall of the cartridge; and injecting a diluent from the syringe into the cartridge via the inlet such that the diluent impinges on and runs down the inner wall of the cartridge before contacting the compound (70) whereby foaming of the compound is prevented.

15. An apparatus for reconstituting a lyophilized drug contained within an inner space of a cartridge, the cartridge (59) having an inlet on one end thereof, and defining a longitudinal axis extending through the inlet,

SAN00929323

24

the apparatus comprising:  a connector (30) releasably
secured to the inlet end of the cartridge and adapted to
receive and hold a syringe (96) containing a diluent, the
connector having a first portion (111) defining a
longitudinal axis which forms an oblique angle with the
longitudinal axis of the cartridge, the syringe being
supported by the connector at the oblique angle whereby
the diluent is injected into the cartridge via the inlet
at the oblique angle.

16.  The apparatus of claim 15, characterized in that
said connector (30) is received on the inlet end of the
cartridge, the connector further including a second
portion (113) eccentric with said first portion, said
second portion having a larger diameter than a diameter of
said first portion and adapted to retain and support the
syringe.

17.  An injector pen and cartridge apparatus for
administering a drug, the apparatus comprising:  a
cartridge assembly (90) having a cartridge with a movable
plunger (54) therein and an inlet on one end thereof, said
cartridge assembly including a rod tip (71) disposed
axially adjacent said plunger and adapted to exert
pressure upon said plunger for dispensing the drug from
said cartridge, said rod tip including a recess (107) of a
given axial length therein; and an injector pen releasably
engaged with said cartridge assembly, said pen including a
movable rod (108) received in said recess (107) and
engaging said rod tip in order to advance said rod tip
during dispensing of the drug; characterized in that said
movable rod (108) has a retraction travel length that is
less than the axial length of said recess  whereby said
movable rod remains engaged with said rod tip.

18.  The cartridge assembly of Claim 17 characterized
in that said plunger rod tip (73) is captured by said
ledge (84) of said sleeve to thereby retain said plunger
rod tip in said sleeve.

SAN00929324



WO 94/21213

PCT/US94/02738

1/5

FIG. 1A

FIG. 1B

FIG. 2

FIG. 3

FIG. 4

FIG. 5

SUBSTITUTE SHEET (RULE 26)

SAN00929325

WO 94/21213                                                      PCT/US94/02738

2 / 5



FIG. 6                    FIG. 7

SUBSTITUTE SHEET (RULE 26)

SAN00929326

WO 94/21213    PCT/US94/02738

3 / 5



FIG. 8

FIG. 9

SUBSTITUTE SHEET (RULE 26)

SAN00929327

4 / 5



FIG. 10

SUBSTITUTE SHEET (RULE 26)

SAN00929328

WO 94/21213

PCT/US94/02738

5/5



FiG. 11

FiG. 12

FiG. 13

FiG. 14

SUBSTITUTE SHEET (RULE 26)

SAN00929329

Patentdirektoratet 
Kopiservice

**PCT**



ORGANISATION MONDIALE DE LA PROPRIETE INTELLECTUELLE
Bureau International

DEMANDE INTERNATIONALE PUBLIEE EN VERTU DU TRAITE DE COOPERATION EN MATIERE DE BREVETS (P

| (51) Classification internationale des brevets 6 : | | (11) Numéro de publication internationale: WO 97/496 |
|---|---|---|
| **B65D 83/14, B05B 11/00** | **A1** | (43) Date de publication internationale: 31 décembre 1997 (31.12. |

(21) Numéro de la demande internationale: PCT/FR97/01064

(22) Date de dépôt international: 13 juin 1997 (13.06.97)

(30) Données relatives à la priorité:
96/07798    24 juin 1996 (24.06.96)    FR

(71) Déposant (pour tous les Etats désignés sauf US): VALOIS S.A. [FR/FR]; Boîte postale G, Le Prieuré, F-27110 Le Neubourg (FR).

(72) Inventeurs; et
(75) Inventeurs/Déposants (US seulement): DE ROSA, Daniel [FR/FR]; 9, côte de la Justice, F-27400 Louviers (FR). POINTEL, Yannick [FR/FR]; 1, rue des Canadiens, F-27110 Epegard (FR).

(74) Mandataire: CAPRI S.A.R.L.; 94, avenue Mozart, F-75016 Paris (FR).

(81) Etats désignés: US, brevet européen (AT, BE, CH, DE, I ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE).

Publiée
*Avec rapport de recherche internationale.*

(54) Title: DISPENSING DEVICE WITH SAFE OPERATION CONTROL AND REFILL FOR SAME

(54) Titre: DISPOSITIF DE DISTRIBUTION A SECURITE D'ACTIONNEMENT ET RECHARGE D'UN TEL DISPOSITIF

(57) Abstract

The invention discloses a dispensing device for a fluid product comprising a dispensing unit (1) provided with an axially movable control head (2) and a reservoir (3) containing the fluid to be dispensed, the said dispensing unit (1) being fixed on the reservoir (3), characterised in that the device further comprises means (4) for blocking any axial movement of the control head (2), and unlocking means (5) for engaging to the said blocking means (4) to cancel the action of the said blocking means (4) on the control head (2) and thus allow the axial movement of the said control head (2).

(57) Abrégé

Dispositif de distribution de produit fluide comprenant un organe de distribution (1) doté d'une tête d'actionnement (2) déplaçable axialement et d'un réservoir (3) contenant le produit fluide à distribuer, ledit organe de distribution (1) étant fixé sur le réservoir (3), caractérisé en ce que le dispositif comprend en outre des moyens de blocage (4) pour empêcher tout déplacement axial de la tête d'actionnement (2), et des moyens de déverrouillage (5) destinés à être mis en prise avec les moyens de blocage (4) pour effacer l'action desdits moyens de blocage (4) sur la tête d'actionnement (2) et ainsi permettre le déplacement axial de ladite tête d'actionnement (2).



SAN00929330

## UNIQUEMENT A TITRE D'INFORMATION

Codes utilisés pour identifier les Etats parties au PCT, sur les pages de couverture des brochures publiant des demandes internationales en vertu du PCT.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AL | Albanie | ES | Espagne | LS | Lesotho | SI | Slovénie |
| AM | Arménie | FI | Finlande | LT | Lituanie | SK | Slovaquie |
| AT | Autriche | FR | France | LU | Luxembourg | SN | Sénégal |
| AU | Australie | GA | Gabon | LV | Lettonie | SZ | Swaziland |
| AZ | Azerbaïdjan | GB | Royaume-Uni | MC | Monaco | TD | Tchad |
| BA | Bosnie-Herzégovine | GE | Géorgie | MD | République de Moldova | TG | Togo |
| BB | Barbade | GH | Ghana | MG | Madagascar | TJ | Tadjikistan |
| BE | Belgique | GN | Guinée | MK | Ex-République yougoslave | TM | Turkménistan |
| BF | Burkina Faso | GR | Grèce | | de Macédoine | TR | Turquie |
| BG | Bulgarie | HU | Hongrie | ML | Mali | TT | Trinité-et-Tobago |
| BJ | Bénin | IE | Irlande | MN | Mongolie | UA | Ukraine |
| BR | Brésil | IL | Israël | MR | Mauritanie | UG | Ouganda |
| BY | Bélarus | IS | Islande | MW | Malawi | US | Etats-Unis d'Amérique |
| CA | Canada | IT | Italie | MX | Mexique | UZ | Ouzbékistan |
| CF | République centrafricaine | JP | Japon | NE | Niger | VN | Viet Nam |
| CG | Congo | KE | Kenya | NL | Pays-Bas | YU | Yougoslavie |
| CH | Suisse | KG | Kirghizistan | NO | Norvège | ZW | Zimbabwe |
| CI | Côte d'Ivoire | KP | République populaire | NZ | Nouvelle-Zélande | | |
| CM | Cameroun | | démocratique de Corée | PL | Pologne | | |
| CN | Chine | KR | République de Corée | PT | Portugal | | |
| CU | Cuba | KZ | Kazakstan | RO | Roumanie | | |
| CZ | République tchèque | LC | Sainte-Lucie | RU | Fédération de Russie | | |
| DE | Allemagne | LI | Liechtenstein | SD | Soudan | | |
| DK | Danemark | LK | Sri Lanka | SE | Suède | | |
| EE | Estonie | LR | Libéria | SG | Singapour | | |

SAN00929331

WO 97/49620                                            . PCT/FR97/01064

### Dispositif de distribution à sécurité d'actionnement et recharge d'un tel dispositif.

La présente invention concerne un dispositif de distribution à sécurité d'actionnement ainsi qu'une recharge d'un tel dispositif. L'invention s'applique plus particulièrement au domaine de la parfumerie où le
5   conditionnement du produit joue un rôle esthétique important. Le conditionnement peut représenter une certaine valeur et il est alors avantageux de pouvoir le rentabiliser. Des recharges peuvent alors être spécialement prévues pour ce type de conditionnement.
10  L'application de l'invention dans le cadre d'un conditionnement réutilisable n'est qu'une mise en oeuvre préférentielle ; bien entendu, le dispositif de distribution à sécurité d'actionnement de l'invention peut être utilisé dans bien d'autres domaines tel que la
15  cosmétique, la pharmacie, l'alimentation, la droguerie etc., sans application à un conditionnement réutilisable.

Il est déjà connu d'équiper certains dispositifs de distribution du type réservoir ou flacon muni d'un organe de distribution tel une pompe ou une valve, de sécurités
20  d'actionnement ou de garanties de premier usage, afin d'assurer à l'utilisateur la primeur d'utilisation du dispositif. Ces sécurités ou garanties se présentent souvent sous la forme de bandes arrachables ou frangibles reliées à la tête d'actionnement du dispositif pour
25  empêcher son actionnement. Une fois la bande arrachée ou détruite, la tête d'actionnement peut se déplacer axialement et distribuer le produit. Ce genre de sécurité ou garantie est basé sur le principe de l'immobilisation de la tête d'actionnement grâce à un élément à retirer ou
30  à détruire.

SAN00929332

WO 97/49620                                           PCT/FR97/01064

2

L'arrachement ou la destruction de la bande nécessite
une certaine force de traction qui peut parfois conduire
au déchirement de la bande elle-même ; une partie de la
bande reste alors en place, et il est difficile de la
5   retirer complètement. En outre, la bande retirée constitue
un déchet de petite taille dont il faut se débarrasser
tout de même. Un autre inconvénient provient du fait que
ce type de sécurité est irréversible, en ce sens que la
bande ne peut plus être remise en place pour empêcher
10  l'actionnement de la tête.

    Un problème à la base de la présente invention est de
réaliser un dispositif de distribution pourvu d'une
sécurité d'actionnement fiable, non destructive, c'est-à-
dire réversible, et dont la mise hors fonction s'effectue
15  sans nécessiter une force particulière.

    On connait déjà du document US-3 885 717 une sécurité
à l'usage des enfants pour des bombes aérosols. La tête
d'actionnement de la valve est pourvue de part et d'autre
de pattes élastiques qui s'étendent vers le bas et dont
20  les extrémités sont dotées de crochets qui viennent en
prise sous la tête d'actionnement. Les pattes définissent
ainsi    ensemble    un    passage    que    le    doigt    doit
obligatoirement    emprunter    pour    accéder    à    la    tête
d'actionnement. Le doigt étant plus large que celui d'un
25  enfant, seul le doigt d'un adulte est apte à s'engager
dans le passage formé par les pattes élastiques en les
repoussant de manière à dégager les crochets d'en dessous
de la tête. Dans cette sécurité, le déverrouillage est
effectué par le doigt de l'utilisateur et par conséquent
30  tout adulte peut déverrouiller la bombe. Il ne s'agit donc
pas d'une sécurité totale, mais uniquement sélective à
l'égard des enfants. D'autre part, la largeur des doigts
chez les adultes est très variable, de sorte que cette
sécurité n'assure même pas la possibilité d'utilisation
35  pour tous les adultes.

SAN00929333

3

La présente invention a pour but de remédier à ces inconvénients en définissant une sécurité dite de premier usage non sélective dont le déverrouillage ne dépend pas de la nature de l'utilisateur.

5      Pour ce faire, il est prévu un dispositif de distribution de produit fluide comprenant un organe de distribution doté d'une tête d'actionnement déplaçable axialement et d'un réservoir contenant le produit fluide à distribuer, ledit organe de distribution étant fixé sur le

10    réservoir, caractérisé en ce que le dispositif comprend en outre des moyens de blocage pour empêcher tout déplacement axial de la tête d'actionnement, et des moyens de déverrouillage pour effacer l'action desdits moyens de blocage sur la tête d'actionnement et ainsi permettre le

15    déplacement axial de ladite tête d'actionnement. Les moyens de déverrouillage assurent la mise hors fonction des moyens de blocage qui restent en place sur le dispositif.

Avantageusement, les moyens de blocage comprennent au

20    moins un élément de blocage disposé dans le chemin de déplacement axial de la tête d'actionnement, ledit élément de blocage étant écarté du chemin de déplacement axial de la tête d'actionnement par lesdits moyens de déverrouillage.

25    Selon une forme de réalisation, ledit au moins un élément de blocage est monté pivotant et comprend une surface de came, lesdits moyens de déverrouillage venant en prise avec ladite surface de came pour écarter par pivotement ledit élément de blocage hors du chemin de

30    déplacement axial de la tête d'actionnement.

De préférence, les moyens de blocage comprennent plusieurs éléments de blocage répartis à espacement angulaire régulier tout autour de la tête d'actionnement.

Alors que la mise hors fonction de la sécurité de

35    l'art antérieur constituée d'une bande est simplement

SAN00929334

4

réalisée par son arrachement ou sa destruction, dans la
présente invention, les éléments de blocage sont écartés
par pivotement sans destruction de sorte que le retrait
des moyens de déverrouillage permet à nouveau aux éléments
5   de blocage de reprendre leur position initiale dans le
chemin de déplacement de la tête ; ceci assure la
réversibilité de la sécurité d'actionnement.

Selon une forme pratique, les moyens de blocage se
présentent dans la forme d'une bague de blocage montée
10  fixement sur l'organe de distribution ou le réservoir,
ladite bague de blocage étant pourvue à son extrémité
supérieure desdits éléments de blocage pivotants, lesdits
moyens de déverrouillage se présentant sous la forme d'une
bague de déverrouillage rapportée sur la bague de blocage
15  en sollicitant les éléments de blocage par pivotement vers
l'extérieur hors du chemin de déplacement de la tête
d'actionnement.

Les moyens de déverrouillage sont rapportés sur les
moyens de blocage avec lesquels ils viennent ainsi en
20  prise pour effacer leur action. De plus, les moyens de
déverrouillage agissent sur les moyens de blocage
indépendamment   de   l'actionnement   de   la   tête
d'actionnement. Le déverrouillage n'est pas effectué par
le doigt de l'utilisateur comme dans le document US-3 885
25  717 mais par un organe rapporté qui n'agit sur la tête
d'actionnement.

Selon une caractéristique très avantageuse de la
présente invention, le dispositif comprend en outre un
étui dans lequel le réservoir est introduit, les moyens de
30  déverrouillage   connectant   ledit   étui   de   manière
démontable, de sorte que le réservoir équipé de son organe
de distribution peut être introduit et extrait de l'étui
en tant que recharge, la connexion des moyens de
déverrouillage sur l'étui mettant lesdits moyens de

SAN00929335

déverrouillage en prise avec les moyens de blocage pour les déverrouiller.

Dans cette application préférentielle de l'invention, le réservoir équipé de son organe de distribution
5 constitue une recharge pour un étui dont la partie supérieure de fermeture est constituée par les moyens de déverrouillage qui opèrent à la fois le déverrouillage des moyens de blocage et la fermeture de l'étui. Cette forme de réalisation est particulièrement avantageuse, car
10 l'utilisateur n'a même pas besoin d'effectuer une opération particulière pour effacer l'action des moyens de blocage qui se fait automatiquement lors de l'encliquetage des moyens de déverrouillage sur l'étui.

Ainsi, il n'est même pas nécessaire d'informer
15 l'utilisateur que la recharge incorpore une sécurité d'actionnement. De plus, si l'utilisateur souhaite bloquer l'actionnement du dispositif pendant un certain temps, il lui suffit de retirer légèrement les moyens de déverrouillage et les éléments de blocage reprendront leur
20 place initiale sous la tête d'actionnement.

L'invention définit également une recharge de dispositif de distribution de produit fluide comprenant un organe de distribution doté d'une tête d'actionnement déplaçable axialement et d'un réservoir contenant le
25 produit fluide à distribuer, ledit organe de distribution étant fixé sur le réservoir, caractérisé en ce que la recharge comprend en outre des moyens de blocage pour empêcher tout déplacement axial de la tête d'actionnement, lesdits moyens de blocage étant destinés à être
30 déverrouillés à l'aide de moyens de déverrouillage faisant partie d'un ensemble de conditionnement destiné à recevoir ladite recharge. La recharge peut être achetée dans le commerce, équipée de sa sécurité d'actionnement, ce qui assure la primeur d'utilisation. L'ensemble de
35 conditionnement est réutilisable et comprend un étui et

SAN00929336

6

les moyens de déverrouillage qui viennent former l'étui en
ne laissant passer que la tête d'actionnement.

L'invention sera maintenant décrite plus amplement en
référence aux dessins joints, donnant à titre d'exemple
5    non limitatif plusieurs modes de réalisation de
l'invention.

Sur les dessins :

- la figure 1 représente la partie supérieure d'un
dispositif de distribution selon l'invention avec les
10    moyens de blocage en position de blocage, des moyens
de déverrouillage étant omis,

- la figure 2 représente un dispositif de distribution
de la figure 1 avec les moyens de déverrouillage en
prise avec les moyens de blocage de manière à
15    permettre le déplacement de la tête d'actionnement,

- la figure 3 représente une forme préférentielle de
réalisation d'un dispositif de distribution selon
l'invention, les moyens de blocage étant en position
de blocage et les moyens de déverrouillage étant omis,

20    - la figure 4 est une vue du dispositif de distribution
de la figure 3 avec les moyens de déverrouillage en
prise avec les moyens de blocage de manière à libérer
la tête d'actionnement dans son déplacement axial, et

- la figure 5 est une vue agrandie en coupe des moyens
25    de blocage utilisé dans le dispositif de distribution
représenté sur les figures 3 et 4.

En se référant d'abord aux figures 1 et 2, on voit que
le dispositif de distribution selon cette première forme
de réalisation ne représente que la partie supérieure du
30    dispositif, seul le goulot 30 du réservoir étant
représenté. Outre le réservoir qui peut être rigide ou
souple, en matière plastique en verre ou en métal, le
dispositif de distribution de l'invention comprend un
organe de distribution désigné dans son ensemble par la
35    référence numérique 1. Cet organe de distribution 1 qui

SAN00929337

7

peut être une pompe ou une valve, comprend un corps de
pompe 10 engagé dans le goulot 30 du réservoir. L'organe
de distribution est serti par la partie supérieure de son
corps 10 sur le goulot 30 à l'aide d'un sertissage 13. De

5    manière classique, un joint peut être interposé entre le
goulot 30 et le sertissage 13 pour assurer l'étanchéité du
dispositif au niveau du goulot du réservoir. L'organe de
distribution comprend en outre une tige d'actionnement 11
qui est montée coulissante dans le corps 10 de l'organe de

10   distribution 1. La tige d'actionnement 11 est creuse et
constitue ainsi un canal de refoulement du produit fluide
mis sous pression dans le corps 10. Pour l'actionnement de
la tige 11, il est prévu une tête d'actionnement désignée
dans son ensemble par la référence numérique 2. La tête

15   d'actionnement 2 comprend un canal interne 22 en
communication avec l'intérieur de la tige d'actionnement
11 ainsi qu'avec un gicleur 21 destiné à pulvériser le
produit fluide en fines gouttelettes. La tête
d'actionnement 2 comprend également une surface de

20   pression 20 adaptée à l'application d'un doigt par
exemple. Une pression sur la surface 20 de la tête
d'actionnement 2 amène la tête et la tige 11 à se déplacer
axialement, comme on peut le voir sur les figures 1 et 2.
Dans le cas d'une pompe, l'enfoncement de la tige 11 a

25   pour effet de mettre la chambre de pompe comprise dans le
corps de pompe 10 sous pression jusqu'à ce que le clapet
de sortie de la pompe s'ouvre et refoule la dose de
produit fluide à travers l'intérieur creux de la tige
d'actionnement 11 jusqu'au gicleur 21 où la dose de

30   produit fluide est pulvérisée. Dans le cas d'une valve,
l'enfoncement de la tige de soupape 11 a pour effet de
mettre en communication fluide l'intérieur du réservoir ou
une partie de celui-ci avec l'extérieur à travers
l'intérieur creux de la tige de soupape 11 jusqu'au

35   gicleur 21 où le produit fluide est pulvérisé. Dans les

SAN00929338

WO 97/49620                                    PCT/FR97/81064

8

deux cas, qu'il s'agisse d'une pompe ou d'une valve, la
distribution du produit    fluide est réalisé grâce au
déplacement axial de la tige d'actionnement 11 surmontée
de son bouton poussoir 2 incorporant le gicleur 21.

5      Cette conception générale du dispositif de
distribution selon l'invention est commune à toute les
formes de réalisation décrite.

En se référant maintenant plus particulièrement à la
figure 1, on voit que le goulot 30 du réservoir, ou plus
10   précisément le sertissage 13 de l'organe de distribution,
est recouvert par une pièce désignée dans son ensemble par
la référence numérique 4 qui sert de moyen de blocage pour
la tête d'actionnement 2. Cette pièce 4 réalisant un moyen
de blocage comprenant une bague de blocage formée avec des
15   pattes d'encliquetage 43 terminée par des dents
d'encliquetage 46 qui sont en prise avec le goulot 30 du
réservoir. Les pattes d'encliquetage 43 munies de leurs
dents 46 permettent une fixation solide et stable de la
pièce 4 sur le goulot 30. La bague de blocage 4 s'étend
20   jusqu'au dessus du goulot 30 où elle est pourvue
d'éléments de blocage 41 qui sont disposés dans le chemin
de déplacement axial de la tête d'actionnement 2 pour
bloquer la tête d'actionnement 2 en position de repos. Les
éléments de blocage 41 sont répartis tout autour de la
25   bague de blocage 4 dans le chemin de déplacement axial de
la tête d'actionnement 2. Les éléments de  blocage 41
peuvent au nombre de trois ou de six mais il est également
envisageable de ne prévoir qu'un seul élément de blocage
41 sur la bague de blocage 4. Les éléments de blocage 41
30   sont montés pivotants sur la bague 4 autour d'un axe de
pivotement  40. Pour permettre le pivotement des éléments
de blocage 41, il est prévu une surface de came 42 qui est
reliée à l'élément de blocage 41 de manière rigide de
sorte qu'une pression exercée sur  la surface de came 42
35   provoque le pivotement de l'élément de blocage 41 autour

SAN00929339

9

de l'axe de pivotement 40. Comme on peut le voir sur la
figure 1, les axes de pivotement 40 s'étendent de manière
tangentielle à la bague de blocage 4, de sorte que la
direction de pivotement de l'élément de blocage 41 s'étend
5    radialement par rapport à la tige d'actionnement 11. Dans
la position de repos de la bague de blocage 4, les
éléments de blocage 41 sont disposés dans le chemin de
déplacement axial de la tête d'actionnement 2. Afin
d'assurer que les éléments de blocage sont correctement
10   disposés en dessous de la tête d'actionnement 2, les
éléments de blocage 41 sont pourvu d'un épaississement
410, qui augmente considérablement la surface de butée de
l'extrémité inférieure de la tête d'actionnement 2 sur
l'extrémité supérieure des éléments de blocage 41. Ainsi,
15   grâce à l'interposition des éléments de blocage 41 en
dessous de la tête d'actionnement 2, tout déplacement
axial de la tête de et par conséquent de la tige
d'actionnement 11, est empêché. Le dispositif de
distribution ne peut alors pas être actionner de sorte
20   qu'aucune dose de produit fluide ne peut être émise.

En se référant maintenant à la figure 2, il va être
expliquer de quelle manière les éléments de blocage 41
sont déplacés hors du chemin de déplacement axial de la
tête d'actionnement 2. Comme on peut le voir sur la partie
25   gauche de la figure 2, les éléments de blocage 41 sont
écartés hors du chemin de déplacement axial de la tête
d'actionnement 2 à l'aide d'une bague de déverrouillage
désignée dans son ensemble par la référence numérique 5.
La bague de déverrouillage comprend une surface d'appui 51
30   qui coopère avec la surface de came 42 de l'élément de
blocage 41 de manière à abaisser la surface de came 42.
L'abaissement de la surface de came 42 provoque le
pivotement de l'élément de blocage 41 vers l'extérieur en
éloignement de la tige d'actionnement 11. La bague de
35   déverrouillage 5 doit donc être emmanchée sur la bague de

SAN00929340

WO 97/49620

PCT/FR97/01064

10

blocage 4 jusqu'à ce que la surface d'appui 51 de la bague de déverrouillage 5 sollicite la surface de came 42 de l'élément de blocage 41 vers le bas. Le maintien en place de la bague de déverrouillage 5 peut être réalisée grâce à

5    un encliquetage de la bague 5 sur la bague 4 ou sur une autre partie du réservoir. Ainsi, la mise en place de la bague de déverrouillage 5 sur la bague de blocage 4 a pour effet d'écarter les éléments de blocage 41 hors du chemin de déplacement axial de la tête d'actionnement 2. Comme

10   visible sur la figure 2, la tête d'actionnement peut alors être déplacée vers le bas, ce qui a pour effet d'émettre du produit fluide par le gicleur 21.

Il est à noter que l'utilisation d'une bague de déverrouillage 5 pour effacer l'action des éléments de

15   blocage préserve la réversibilité de la fonction de blocage des éléments de blocage 41 par simple retrait de la bague de déverrouillage. En effet en retirant la bague de déverrouillage 5, la surface de came 42 n'est plus sollicitée vers le bas par la surface d'appui 51 de la

20   bague 5, ce qui a pour effet de faire pivoter les éléments de blocage 41 à nouveau dans le chemin de déplacement axial de la tête d'actionnement 2. Il est donc possible grâce à l'invention de remettre le dispositif de distribution à nouveau en sécurité par simple retrait de

25   la bague de déverrouillage 5, ce qui n'était pas possible avec les dispositifs de sécurités ou de garanties de l'art antérieur qui impliquait une destruction des éléments de blocage.

En référence aux figures 3 et 4, il sera maintenant

30   décrit un mode de réalisation et d'application préférentiel de la présente invention. Le caractère préférentiel tient plus à la mise en application du dispositif de distribution qu'à sa forme de réalisation particulière. Dans cette forme de réalisation et

35   d'application, l'ensemble constitué du réservoir 3 et de

SAN00929341

WO 97/49620                              PCT/FR97/01064

11

son organe de distribution associé 1 surmonté de la tête
d'actionnement 2 constitue une recharge destinée à être
placée dans un ensemble de conditionnement constitué d'un
étui 7 enveloppant partiellement le réservoir 3, d'un

5    manchon de liaison 6 et de la bague de déverrouillage 5.
La recharge pourra être achetée dans le commerce déjà
équipé de sa bague de blocage 4 assurant la sécurité de
premier usage, afin de garantir la primeur d'utilisation à
l'acheteur du produit. Tout comme la bague de blocage de

10   la forme de réalisation des figures 1 et 2, la bague de
blocage de cette forme de réalisation préférentielle est
monté fixement sur un bossage périphérique annulaire
réalisé par le goulot du réservoir 3 recouvert par le
sertissage 13 de l'organe de distribution 1. Dans son état

15   encore non monté dans l'ensemble de conditionnement, et
disponible tel quel dans le commerce la recharge ne peut
pas être actionnée en raison de l'interposition des
éléments de blocage 41 en dessous de la tête
d'actionnement 2.

20       En se référant maintenant à la figure 4, la recharge
est représentée introduite dans un ensemble de condition
dont la partie supérieure de fermeture est réalisée par la
bague de déverrouillage 5. La bague de déverrouillage 5,
comme dans le mode de réalisation représenté sur les

25   figures 1 et 2, sollicite les éléments de blocage 41 par
pivotement vers l'extérieur hors du chemin de déplacement
axial de la tête d'actionnement 2. Le pivotement vers
l'extérieur des éléments de blocage 41 est réalisé par
appui de la bague de déverrouillage 5 sur les surfaces de

30   came 42 solidaires des éléments de blocage 41.

    Le détail de réalisation de la bague de blocage 4 sera
décrit plus précisément en référence à la figure 5 ci-
après. La bague de déverrouillage 5 coopère donc d'une
part avec les surfaces de came 42 des éléments de blocage

35   41 ainsi qu'avec un manchon de transition 6 qui lui est

SAN00929342

WO 97/49620                                                      PCT/FR97/01064

12

encliqueté dans l'extrémité supérieure ouverture de l'étui
7. La connexion de la bague de déverrouillage 5 sur
l'extrémité supérieure du manchon de transition 7 peut
être du type encliquetage, emmanchage en force ou même
5   vissage. L'ensemble de condition réalisé par les éléments
constitutifs 5, 6 et 7 recouvrent la totalité de la
recharge à l'exception de la tête d'actionnement 2 qui
doit rester accessible en vue de son actionnement.

Dans cette application en tant que recharge pour un
10  ensemble de conditionnement réutilisable, l'effacement des
éléments de blocage 42 est réalisé de manière automatique
lors de la fermeture de l'ensemble de conditionnement en
rapportant simplement la bague de déverrouillage sur le
manchon de transition 6. Ainsi, en une seule opération
15  l'ensemble de condition est reconstitué et la sécurité
d'actionnement est effacée.

La figure 5 représente une section  agrandie de la
bague de blocage utilisée dans la recharge représentée
sur les figures 3 et 4. La bague de blocage 4 est formée
20  avec les pattes d'encliquetage 43 pourvues d'un évidement
périphérique annulaire 46 destiné à recevoir le bossage
périphérique formé par le goulot 30 du récipient 3. Les
pattes d'encliquetage 43 sont surmontées par les éléments
de blocage 41 pourvus de leurs surfaces de came 42. Alors
25  que dans la forme de réalisation des figures 1 et 2 le
pivotement des éléments de blocage 4 était réalisé grâce à
un axe de pivotement 40, dans cette forme de réalisation,
le pivotement des éléments de blocage 41 est assuré par un
pont de matière 45 qui relie les éléments de blocage 41 au
30  restant de la bague. Les ponts de matière présentent une
section réduite de manière à créer une zone de faiblesse
définissant un point d'articulation. Le nombre d'élément
de blocage 41 répartie tout autour de la bague de blocage
peut être variable, mais en général ils seront au nombre
35  de 3 à 6.

SAN00929343

13

Revendications :

1.- Dispositif de distribution de produit fluide
comprenant un organe de distribution (1) doté d'une tête
d'actionnement (2) déplaçable axialement et d'un réservoir
(3) contenant le produit fluide à distribuer, ledit organe
5 de distribution (1) étant fixé sur le réservoir (3),
caractérisé en ce que le dispositif comprend en outre des
moyens de blocage (4) pour empêcher tout déplacement axial
de la tête d'actionnement (2), et des moyens de
déverrouillage (5) pour effacer l'action desdits moyens de
10 blocage (4) sur la tête d'actionnement (2) et ainsi
permettre le déplacement axial de ladite tête
d'actionnement (2).

2.- Dispositif de distribution selon la revendication
1 dans lequel les moyens de blocage (4) comprennent au
15 moins un élément de blocage (41) disposé dans le chemin de
déplacement axial de la tête d'actionnement (2), ledit
élément de blocage (41) étant écarté du chemin de
déplacement axial de la tête d'actionnement (2) par
lesdits moyens de déverrouillage (5).

20 3.- Dispositif de distribution selon la revendication
2 dans lequel ledit au moins un élément de blocage (41)
est monté pivotant et comprend une surface de came (42),
lesdits moyens de déverrouillage (5) venant en prise avec
ladite surface de came (42) pour écarter par pivotement
25 ledit élément de blocage (41) hors du chemin de
déplacement axial de la tête d'actionnement (2).

4.- Dispositif de distribution selon les
revendications 1 ou 2 dans lequel les moyens de blocage
(4) comprennent plusieurs éléments de blocage (41)
30 répartis à espacement angulaire régulier tout autour de la
tête d'actionnement (2).

5.- Dispositif de distribution selon la revendication
4 dans lequel les moyens de blocage se présentent dans la

SAN00929344

14

forme d'une bague de blocage (4) montée fixement sur
l'organe de distribution (1) ou le réservoir (3), ladite
bague de blocage (4) étant pourvue à son extrémité
supérieure desdits éléments de blocage pivotants (41),
5    lesdits moyens de déverrouillage se présentant sous la
forme d'une bague de déverrouillage (5) rapportée sur la
bague de blocage (4) en sollicitant les éléments de
blocage (41) par pivotement vers l'extérieur hors du
chemin de déplacement de la tête d'actionnement (2).

10        6.- Dispositif de distribution selon l'une quelconque
des revendications précédentes, dans lequel les moyens de
déverrouillage sont rapportés sur les moyens de blocage
avec lesquels ils viennent ainsi en prise pour effacer
leur action.

15        7.- Dispositif de distribution selon l'une quelconque
des revendications précédentes, dans lequel les moyens de
déverrouillage agissent sur les moyens de blocage
indépendamment de l'actionnement de la tête
d'actionnement.

20        8.- Dispositif de distribution selon l'une quelconque
des revendications précédentes, dans lequel le dispositif
comprend en outre un étui (7) dans lequel le réservoir (3)
est introduit, les moyens de déverrouillage (5) connectant
ledit étui (7) de manière démontable, de sorte que le
25   réservoir (3) équipé de son organe de distribution (1)
peut être introduit et extrait de l'étui (7) en tant que
recharge, la connexion des moyens de déverrouillage (5)
sur l'étui (7) mettant lesdits moyens de déverrouillage
(5) en prise avec les moyens de blocage (4) pour les
30   déverrouiller.

          9.- Dispositif de distribution selon la revendication
8, dans lequel les moyens de déverrouillage (5) sont
encliquetés sur l'étui (7), l'encliquetage opérant
simultanément le déverrouillage des moyens de blocage (4).

SAN00929345

WO 97/49620                                             PCT/FR97/01064

15

10.- Recharge de dispositif de distribution de produit
fluide comprenant un organe de distribution (1) doté d'une
tête d'actionnement (2) déplaçable axialement et d'un
réservoir (3) contenant le produit fluide à distribuer,
5   ledit organe de distribution (1) étant fixé sur le
réservoir (3), caractérisé en ce que la recharge comprend
en outre des moyens de blocage (4) pour empêcher tout
déplacement axial de la tête d'actionnement (2), lesdits
moyens de blocage (4) étant destinés à être déverrouillés
10  à l'aide de moyens de déverrouillage (5) faisant partie
d'un ensemble de conditionnement destiné à recevoir ladite
recharge.

SAN00929346

WO 97/49620

PCT/FR97/01064

1/2



SAN00929347



WO 97/49628

PCT/FR97/01064

2/2

FIG.3

FIG.4

FIG.5

SAN00929348

## INTERNATIONAL SEARCH REPORT

| Interr ...inal Application No |
|---|
| PCT/FR 97/01064 |

**A. CLASSIFICATION OF SUBJECT MATTER**
IPC 6    B65D83/14    B05B11/00

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC 6    B65D    B05B

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category° | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | US 3 885 717 A (EWALD RONALD F) 27 May 1975<br>see column 5, line 37 - column 5, line 53<br>see figures 5,6<br>--- | 1,10 |
| A | US 3 606 106 A (YUHAS EDWARD R) 20 September 1971<br>see column 1, line 33 - column 2, line 23<br>see figures 1,2<br>--- | 1,10 |
| A | EP 0 168 285 A (TELEPLASTICS IND) 15 January 1986<br>see abstract<br>see figures 4,4A<br>----- | 1,10 |

| ☐ Further documents are listed in the continuation of box C. | ☒ Patent family members are listed in annex. |
|---|---|

° Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 5 September 1997 | 10.09.97 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2<br>NL - 2280 HV Rijswijk<br>Tel. ( +31-70) 340-2040, Tx. 31 651 epo nl,<br>Fax: ( +31-70) 340-3016 | Farizon, P |

Form PCT/ISA/210 (second sheet) (July 1992)

1

SAN00929349

## INTERNATIONAL SEARCH REPORT

Information on patent family members

Intc. ...onal Application No

PCT/FR 97/01064

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| US 3885717 A | 27-05-75 | CA 1014121 A | 19-07-77 |
| | | DE 2418720 A | 31-10-74 |
| | | FR 2226330 A | 15-11-74 |
| | | GB 1442607 A | 14-07-76 |
| | | GB 1442606 A | 14-07-76 |
| | | NL 7400450 A | 22-10-74 |
| | | US 4017009 A | 12-04-77 |
| | | US 3786968 A | 22-01-74 |
| US 3606106 A | 20-09-71 | NONE | |
| EP 0168285 A | 15-01-86 | FR 2565799 A | 20-12-85 |
| | | DE 3562007 A | 05-05-88 |
| | | US 4676408 A | 30-06-87 |

Form PCT/ISA/210 (patent family annex) (July 1992)

SAN00929350

# RAPPORT DE RECHERCHE INTERNATIONALE

| | Dem. a Internationale No |
|---|---|
| | PCT/FR 97/01064 |

**A. CLASSEMENT DE L'OBJET DE LA DEMANDE**
CIB 6     B65D83/14     B05B11/00

Selon la classification internationale des brevets (CIB) ou à la fois selon la classification nationale et la CIB

**B. DOMAINES SUR LESQUELS LA RECHERCHE A PORTE**

Documentation minimale consultée (système de classification suivi des symboles de classement)
CIB 6     B65D     B05B

Documentation consultée autre que la documentation minimale dans la mesure où ces documents relèvent des domaines sur lesquels a porté la recherche

Base de données électronique consultée au cours de la recherche internationale (nom de la base de données, et si cela est réalisable, termes de recherche utilisés)

**C. DOCUMENTS CONSIDERES COMME PERTINENTS**

| Catégorie * | Identification des documents cités, avec, le cas échéant, l'indication des passages pertinents | no. des revendications visées |
|---|---|---|
| A | US 3 885 717 A (EWALD RONALD F) 27 mai 1975<br>voir colonne 5, ligne 37 - colonne 5, ligne 53<br>voir figures 5,6<br>--- | 1,10 |
| A | US 3 606 106 A (YUHAS EDWARD R) 20 septembre 1971<br>voir colonne 1, ligne 33 - colonne 2, ligne 23<br>voir figures 1,2<br>--- | 1,10 |
| A | EP 0 168 285 A (TELEPLASTICS IND) 15 janvier 1986<br>voir abrégé<br>voir figures 4,4A<br>----- | 1,10 |

| ☐ Voir la suite du cadre C pour la fin de la liste des documents | ☒ Les documents de familles de brevets sont indiqués en annexe |
|---|---|

\* Catégories spéciales de documents cités:

"A" document définissant l'état général de la technique, non considéré comme particulièrement pertinent

"E" document antérieur, mais publié à la date de dépôt international ou après cette date

"L" document pouvant jeter un doute sur une revendication de priorité ou cité pour déterminer la date de publication d'une autre citation ou pour une raison spéciale (telle qu'indiquée)

"O" document se référant à une divulgation orale, à un usage, à une exposition ou tous autres moyens

"P" document publié avant la date de dépôt international, mais postérieurement à la date de priorité revendiquée

"T" document ultérieur publié après la date de dépôt international ou la date de priorité et n'appartenant pas à l'état de la technique pertinent, mais cité pour comprendre le principe ou la théorie constituant la base de l'invention

"X" document particulièrement pertinent; l'invention revendiquée ne peut être considérée comme nouvelle ou comme impliquant une activité inventive par rapport au document considéré isolément

"Y" document particulièrement pertinent; l'invention revendiquée ne peut être considérée comme impliquant une activité inventive lorsque le document est associé à un ou plusieurs autres documents de même nature, cette combinaison étant évidente pour une personne du métier

"&" document qui fait partie de la même famille de brevets

| Date à laquelle la recherche internationale a été effectivement achevée | Date d'expédition du présent rapport de recherche internationale |
|---|---|
| 5 septembre 1997 | 10.09.97 |

| Nom et adresse postale de l'administration chargée de la recherche internationale | Fonctionnaire autorisé |
|---|---|
| Office Européen des Brevets, P.B. 5818 Patentlaan 2<br>NL - 2280 HV Rijswijk<br>Tél. (+31-70) 340-2040, Tx. 31 651 epo nl,<br>Fax (+31-70) 340-3016 | Farizon, P |

Formulaire PCT/ISA/210 (deuxième feuille) (juillet 1992)

SAN00929351

## RAPPORT DE RECHERCHE INTERNATIONALE

Renseignements relatifs aux membres de familles de brevets

Dem.. .. Internationale No

PCT/FR 97/01064

| Document brevet cité au rapport de recherche | Date de publication | Membre(s) de la famille de brevet(s) | Date de publication |
|---|---|---|---|
| US 3885717 A | 27-05-75 | CA 1014121 A | 19-07-77 |
| | | DE 2418720 A | 31-10-74 |
| | | FR 2226330 A | 15-11-74 |
| | | GB 1442607 A | 14-07-76 |
| | | GB 1442606 A | 14-07-76 |
| | | NL 7400450 A | 22-10-74 |
| | | US 4017009 A | 12-04-77 |
| | | US 3786968 A | 22-01-74 |
| US 3606106 A | 20-09-71 | AUCUN | |
| EP 0168285 A | 15-01-86 | FR 2565799 A | 20-12-85 |
| | | DE 3562007 A | 05-05-88 |
| | | US 4676408 A | 30-06-87 |

Formulaire PCT/ISA/210 (annexe familles de brevets) (juillet 1992)

SAN00929352