# EXHIBIT H



# Kongeriget Danmark

**PRIORITY
DOCUMENT**

Patent application No.:     PA 1998 00910

Date of filing:            08 July 1998

Applicant:                 Novo Nordisk A/S
                           Novo Allé
                           DK-2880 Bagsværd

This is to certify the correctness of the following information:

The attached photocopy is a true copy of the following document:

-   The specification, claims and drawings as filed with the application
    on the filing date indicated above.





**Patent- og
Varemærkestyrelsen**
Erhvervsministeriet

TAASTRUP  26 November 1999

Karin Schlichting
Head Clerk

SAN00828623

08/07/98    13:14    HEIDEN & HOIBERG → 43508001                                    NR.571    04

Modtaget PD
- 8 JULI 1998

P 227 DK                              1

The present invention relates to a medication delivery device having a cartridge as-
sembly and a dosing assembly coupled together for delivering selected doses of
medication.

5

**Background**

Some medication, such as insulin is self-administered. The typical diabetes patient
will require injections of insulin several times during the day. The required insulin
10    dose will vary from patient to patient, and will for each patient often also vary during
the day. Each patient will often establish a regimen for the insulin administration
adjusted to his or her insulin need as well as lifestyle. Medication delivery pens have
been developed to facilitate the self-administration of medication, such as insulin.

15    One prior art medication delivery pen includes a pen body assembly comprising a
medication cartridge and a plunger device. A needle assembly may be connected to
the pen body assembly. The medication is delivered by moving or pressing a
plunger in the direction of the needle assembly thereby delivering the medication.
When the medication in the cartridge is exhausted the pen body assembly is dis-
20    carded. Depending on the medication needs for each individual the medication in
the cartridge will last for several days. During this period the needle assembly will
often have to be displaced by a new assembly or new needle due to increasing
bluntness of the needle making injections painful for the patient.

25    Due to the environmental and economical reasons medication delivery pens were
developed, for which pens only a part of the pen was discarded after medication
exhaustion, such as the cartridge only.

An example of prior art pens is disclosed in EP 0 688 571 wherein a medication de-
30    livery pen has a reusable pen body assembly and a disposable cartridge assembly
that are threadedly engageable with one another. The disposable cartridge assem-
bly includes a plunger and can releasably receive a needle cannula assembly
through a threaded coupling. A driving means in the pen body assembly engages
the plunger after engagement of the pen body assembly and the cartridge assembly,
35    whereby the pen is ready for dosing the medicine within the cartridge. The cartridge

08-07-98                                        Tekst-ans.doc

4

SAN00828624

08/07/98     13:14     HEIDEN & HOIBERG + 43508001                    NR.571     05

2

holder assembly can be disassembled from the pen body assembly after the medi-
cation therein has been exhausted, discarded and replaced.

5    However, a drawback of the above-mentioned pen is that the driving means of the
pen body may be disengaged from the plunger of the cartridge during normal use
resulting in inaccurate dosing of the medicine.

For the device disclosed in EP 0 688 571, the needle assembly will often have to be
replaced independently of replacement of the cartridge. When releasing the needle
10   assembly from the cartridge assembly the cartridge assembly may inadvertently be
released or partly released from the pen body assembly. Thereby the driving means
of the pen body may be disengaged from the plunger of the cartridge. In particular if
the pen body assembly is only partly released from the cartridge assembly the user
will most probably not be aware of the disengagement but will receive only a portion
15   or even nothing of the medicine.

Even pens with differently pitched threaded couplings and/or threaded couplings
having different diameters whereby the force exerted to fasten and/or release one
coupling is greater than the force necessary for the other coupling present this
20   problem. It is easy to imagine that a small obstruction (a sandskorn, for example) to
the smoothest going coupling will necessitate a greater force to fasten/release that
coupling which force tends towards the force necessary for the other coupling.

Accordingly, it is an object of the present invention to provide a medication delivery
25   device with which the inadvertent disengagement of the driving means and plunger
means from the plunger or stopper in the cartridge is avoided.

Summary of the invention

30   According to a first aspect of the invention a medication delivery device is provided
which comprises

a cartridge assembly, having one end sealed with a pierceable sealing, said end of
the cartridge assembly comprising coupling means for releasably mounting a needle

5

SAN00828625

3

assembly, and comprising a cartridge having a stopper adapted to receive plunger means,

a dosing assembly comprising plunger means,

5    and optionally a needle assembly,

wherein the cartridge assembly and the dosing assembly are coupled together, and the device further comprises means for securing that the plunger means abuts on

10   the stopper during use of the device

In a preferred embodiment the dosing assembly is reusable and the cartridge assembly is disposable, and accordingly, a second aspect of the present invention is a medication delivery device wherein the dosing assembly is releasably coupled to the

15   cartridge assembly.

By the term "use of the device" is meant the normal use, including measuring and delivering the medication, removing a cap from the cartridge assembly and/or needle as well as attaching and releasing the needle assembly. It is understood that the

20   plunger means must disengage the stopper when the cartridge assembly is deliberately released from the dosing assembly because the medication in the cartridge has been exhausted and the cartridge assembly is to be discarded. In this situation the plunger means is to be retracted to the dosing assembly before assembling the device with a new cartridge assembly.

25

Securing the abutment of the plunger means on the stopper during use of the medication delivery device, in particular when the needle assembly is coupled to and/or decoupled from the cartridge assembly, may be carried out by a variety of means. In a preferred embodiment the abutment is secured by preventing the cartridge as-

30   sembly from being inadvertently released from the dosing assembly.

Furthermore, it is a preferred aspect of the invention to provide a medication delivery device, which device is arranged for securing that the plunger means abuts on the stopper during coupling and/or decoupling of the needle assembly.

35

6

SAN00828626

08/07/99    13:14    HEIDEN & HOIBERG → 43508801    NR.571    07

4

In one embodiment of the invention the dosing assembly is coupled to the cartridge
assembly at the end of the cartridge assembly opposite the means for mounting the
needle assembly, and the plunger means is a rod element adapted to exert an axial
movement of the stopper towards the sealed end of the cartridge.

5

Accordingly, it is an aspect of the present invention to provide a medication delivery
device, wherein the means for coupling the dosing assembly and the cartridge as-
sembly together are such that the coupling and/or decoupling of the needle assem-
bly does not cause an axial movement of the cartridge assembly with respect to the
10    dosing assembly. In this way it is assured that the rod element does not disengage
the stopper in the cartridge when the user attaches the needle assembly or removes
it after use. Thereby the user can be confident of the accuracy of the dosage se-
lected

15    The means for coupling the dosing assembly and the cartridge assembly together
may be any suitable coupling, preferably a releasable coupling. Examples of the
coupling are snap locks, such as snap locks with guidewire and sideways snap
locks, snap locks released through threads, bajonet locks, luer locks, hinged locks,
threaded locks and any suitable combinations thereof.

20

In particular, when the cartridge assembly is released from the dosing assembly
through a movement including an axial movement, such as through a threaded cou-
pling, it is preferred that the means for releasably coupling the needle assembly and
the cartridge assembly together are such that the coupling and/or decoupling of the
25    needle assembly cannot cause an axial movement of the cartridge assembly with
respect to the dosing assembly. Thus, in that respect examples of the preferred
couplings between the needle assembly and the cartridge assembly include releas-
able snap locks. Another preferred embodiment includes a safety on the coupling
between the dosing assembly and the cartridge assembly, such as hinge on the
30    coupling or a threaded coupling releasable only after exerting an axial pressure on
the coupling.

According to the invention preferred combinations of couplings between the dosing
assembly and the cartridge assembly and between the needle assembly and the
35    cartridge assembly, respectively, are a threaded coupling combined with a snap

7

SAN00828627

08/07/98    13:14    HEIDEN & HOIBERG + 43588881    NR.571    08

5

coupling, a bajonet lock or a luer lock combined with a snap lock, or a snap lock combined with a snap lock, or any other combination for which the couplings are independently working.

5    Another aspect of the present invention is a cartridge assembly for use in the medication delivery device according to the invention. The cartridge assembly comprises a cartridge for the medication to be delivered. The cartridge assembly has one end sealed with a pierceable sealing, said end of the cartridge assembly comprising coupling means for releasable mounting a needle assembly, and another end com-

10    prising coupling means adapted to engage a dosing assembly. Furthermore, the cartridge comprises a stopper.

The cartridge assembly may further comprise a housing for protecting at least a part of the cartridge assembly.

15

In a preferred embodiment at least one of the coupling means of the cartridge assembly is unitarily moulded with the cartridge, and in a more preferred embodiment all the coupling means are unitarily moulded with the cartridge. In the latter case the cartridge assembly may be comprised of just one part, i.e. the cartridge including the

20    coupling means.

Drawings

Fig. 1 is an exploded perspective view of the medication delivery device.

25

Fig 2 is a cross-sectional view showing part of the medication delivery device, 2a immediately after assembling before the first injection, and 2b after some time of use

30    Fig 3 is a cross-sectional view showing the cartridge before assembling of the medication delivery device.

8

SAN00828628

09/07/98    13:14    HEIDEN & HOISERG + 43500001    NR.571    09

8

### Detailed description of the invention

A medication delivery device in accordance with the present invention is identified
generally by the numeral 20 in Fig. 1 and 2. Medication delivery device 20 includes
5   a dosing assembly 6, and cartridge assembly 1, a needle assembly 16 and a cap
14

The dosing assembly 6 is illustrated in Fig 1 and 2. It is understood, however, that
the dosing assembly 6 according to the invention may be any suitable dosing unit
10   including plunger means, and accordingly, that variations from the depicted em-
bodiment may be provided, and are considered to be within the scope of this inven-
tion. In the depicted embodiment the dosing assembly 6 includes a cylindrical
housing surrounding the plunger means 17 of the dosing unit and having opposed
proximal and distal ends

15

In one aspect of the invention the plunger means comprises a rod element 7 which
is adapted to engage the stopper 4 of the cartridge assembly 1. The rod element 7
advances axially into the cartridge 5 during injections. The dosing assembly may
20   have any suitable driving means for advancing the rod element 7.

The dosing unit 6 preferably also comprises scale means 10 indicating the dosing
quantity selected by activating the dose setting means 9 for defining specified se-
lected doses of medication to be delivered. The selected dose may be delivered by
25   actuating the actuator button 18. The actuator button is part of the driving means of
the dosing assembly exerting its force on the rod element 7.

The dosing assembly further comprises coupling means 8 adapted for engagement
with the cartridge assembly. The coupling means 8 may be internal or external cou-
plings. In a preferred embodiment the coupling 8 is an internal coupling.
30

The cartridge assembly 1 is illustrated in Fig 1 and 2, and in greater detail in Fig. 3.
In Fig 1 cartridge assembly 1 includes a moulded cartridge 5 extending from proxi-
mal end 21 to distal end 22.

9

SAN00828629

08/07/98    13:14    HEIDEN & HOIBERG → 43508001                    NR.571    18

7

At the distal end 22 of the cartridge assembly 1 is provided coupling means 2 for releasably mounting a needle assembly 11  At the proximal end 21 of the cartridge assembly 1 is provided coupling means 3 for mounting a dosing assembly 6. The coupling means are as described above

5

Cartridge 5 also comprises a stopper 4 in sliding fluid tight engagement within said cartridge 5. The stopper 4 is adapted to receive the plunger means, such as a rod element 7 of the dosing assembly 6.

10    The cartridge assembly 1 may further comprise a housing for protecting some or all of the cartridge 5  When the cartridge assembly 1 includes a housing, one or both of the couplings 2, 3 of the cartridge may be moulded unitarily with the housing.

In a preferred embodiment at least one of the couplings 2, 3 is moulded unitarily with
15    the cartridge 5, minimising the total number of parts of the device and thereby the production costs

Instead of the protective housing the cartridge 5 may have integrally moulded rein-forcements of the cartridge wall.
20

The depicted cartridge 5 is cylindrical having couplings 2, 3 at opposed ends. How-ever, the cartridge may obtain any suitable form and the cross-section may be cir-cular or non-circular, such as substantially triangular or oval.

25    In Fig. 1 and Fig. 2 the couplings 2, 3 are opposing each other. However, coupling 2 being separate from coupling 3 may be arranged in any angle with respect to cou-pling 3.

A suitable choice of material allows the cartridge to be at least partly transparent,
30    whereby the user can see whether liquid is left in the cartridge.

Referring to Fig. 3 the coupling means of the cartridge are shown in greater detail. The coupling means 3 is an external thread, whereas the coupling means 2 is a re-cess for a snap lock of the needle assembly. Both coupling means are moulded
35    unitarily with the cartridge.

10

SAN00828630

8

The device according to the invention may include a protective cap 14 that is re-
movably mounted over the cartridge assembly 1 and/or the needle 11 and which is
removed before injection of the medication in the cartridge 5. The cap further en-
5   sures that the content of the cartridge is protected against sunlight.

The various parts of the medication delivery device are advantageously made of
plastics, e.g. by injection moulding

10   The medication delivery device 20 may further comprise any appropriate needle
assembly 11, such as a double ended needle 13 having opposed proximal and dis-
tal points and a lumen extending axially therebetween.

A mounting hub 12 is engaged on the needle 13 and is removably connected to the
15   coupling means 2 at the needle end of the cartridge assembly. The relative location
of the mounting hub 12 ensures that the proximal point of the needle 13 will pierce
the sealing when the mounting hub 12 is engaged with the coupling means 2 on the
cartridge assembly 1.

20   The needle assembly 11 may further comprise a removable shield or cap 15 for
protecting against accidental needle sticks.

The device according to the invention is suitable for delivering pre-set dosages of
insulin. It is however understood that the device is suitable for the injection of pre-set
25   dosages of other liquids.

In use the user will set the dose by means of the dose setting means 9. Before acti-
vating the actuator button 18 the cap 14 must be removed from the cartridge as-
sembly 1 whereby the device 20 is prepared for an injection. The injection is ef-
30   fected by activating the actuator button 18, which again will effect the stopper 4 to
be moved towards the needle at the sealed end 22 of the cartridge 5, thereby deliv-
ering the desired pre-set dosage. A subsequent dosage of medication will be set in
exactly the same manner as described above. However, for such a subsequent
dosage, the rod element 7 and the stopper 4 will be in a partly advanced position as

11

SAN00828631

08/07/98    13:14    HEIDEN & HOIBERG + 4350001                    NR.571    12

9

starting point. Dose setting and injections can be carried out until all of the medica-
tion has been used.

12

SAN00828632

10

Claims:

1. A medication delivery device comprising

5      a cartridge assembly, having one end sealed with a pierceable sealing, said end
       of the cartridge assembly comprising coupling means for releasably mounting a
       needle assembly, and comprising a cartridge having a stopper adapted to re-
       ceive plunger means,

10     a dosing assembly comprising plunger means,

       and optionally a needle assembly,

       wherein the cartridge assembly and the dosing assembly are coupled together,
15     and the device further comprises means for securing that the plunger means
       abuts on the stopper during use of the device.

2  A medication delivery device according to claim 1, wherein the dosing assembly
       is releasably coupled to the cartridge assembly.
20

3. A medication delivery device according to any of the preceding claims, wherein
       the device is arranged for securing that the plunger means abuts on the stopper
       during coupling and/or decoupling of the needle assembly.

25     4. A medication delivery device according to any of the preceding claims, wherein
       the plunger means comprises a rod element adapted to exert an axial movement
       of the stopper towards the sealed end of the cartridge.

       5. A medication delivery device according to any of the preceding claims, wherein
30     the means for releasably coupling the dosing assembly and the cartridge as-
       sembly together are such that the coupling and/or decoupling of the needle as-
       sembly does not cause an axial movement of the cartridge assembly with re-
       spect to the dosing assembly.

35

SAN00828633

11

6. A medication delivery device according to any of the preceding claims, wherein the dosing assembly is released from the cartridge assembly through a movement including an axial movement

5    7. A medication delivery device according to claim 6, wherein the dosing assembly is released from the cartridge assembly through a threaded coupling.

8. A medication delivery device according to any of the preceding claims, wherein the dosing assembly comprises scale means.

10

9. A medication delivery device according to any of the preceding claims, wherein the dosing assembly comprises dose setting means for defining specified selected doses of medication to be delivered

15    10. A medication delivery device according to any of the preceding claims, wherein the cartridge assembly comprises a housing.

11. A medication delivery device according to any of the preceding claims, wherein the cartridge is unitarily moulded with at least one coupling means.

20

12. A medication delivery device according to any of the preceding claims, further comprising a cap for protecting the needle assembly and/or the cartridge assembly.

25    13. A cartridge assembly for use in the medication delivery device as claimed in any of claims 1-12, having one end sealed with a pierceable sealing, said end of the cartridge assembly comprising coupling means for engaging a needle assembly, and another end comprising coupling means adapted to engage a dosing assembly, further comprising a cartridge said cartridge comprising a slidable stopper

30

14. A cartridge assembly according to claim 13, further comprising a housing.

15. A cartridge assembly according to claim 13 or 14, wherein the cartridge is unitarily moulded with at least one coupling means.

35

14

SAN00828634

12

16  A cartridge assembly according to any of claims 13-15, wherein the coupling means adapted to engage the dosing unit is such that coupling and/or decoupling of the needle assembly does not cause an axial movement of the cartridge

5       assembly with respect to the dosing assembly.

17. A cartridge assembly according to any of claims 13-16, wherein the dosing assembly is released from the cartridge assembly through a movement including an axial movement

10

18  A cartridge assembly according to claim 17, wherein the dosing assembly is released from the cartridge assembly through a threaded coupling.

15

15

SAN00828635

08/07/98    13:14    HEIDEN & HOIBERG → 43580001    Modtaget PD    NR.571    16

– 8 JULI 1998

1/2



Fig. 1

16

SAN00828636

08/07/98    13:14    HEIDEN & HOIBERG → 43508081    Modtaget PC    NR.971    17

−8 JULI 1998

2/2



Fig. 2 a



Fig. 2 b



Fig. 3

17

SAN00828637



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

### United States Patent and Trademark Office

June 28, 2006

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

**APPLICATION NUMBER:** *60/098,707*
**FILING DATE:** *September 01, 1998*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

W. MONTGOMERY
Certifying Officer

| Class | Subclass |
|-------|----------|

ISSUE CLASSIFICATION

PROVISIONAL
APPLICATION
NUMBER

Form PTO-1625
(Rev. 5/95)

(FACE)

SAN00761741

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 60/098,707 PROVISIONAL | 09/01/98 | | 0000 | 5533.003-US |

APPLICANT

THOMAS BUCH-RASSMUSSEN, GENTOFTE, DENMARK; BENNY MUNK, VANLOSE, DENMARK;
JENS-ULRIK POULSEN, VIRUM, DENMARK; HENRIK LJUNGREEN, BALLERUP, DENMARK;
PETER MOLLER JENSEN, HORSHOLM, DENMARK; JENS MOLLER JENSEN, KOBENHAVN K,
DENMARK.

**CONTINUING DOMESTIC DATA*******************
VERIFIED

—————

**371 (NAT'L STAGE) DATA*****************
VERIFIED

—————

**FOREIGN APPLICATIONS************
VERIFIED

—————

| Foreign Priority claimed ☐yes ☐no 35 USC 119 (a-d) conditions met ☐yes ☐no ☐Met after Allowance Verified end Acknowledged _____ Examiner's Initials _____ Initials | STATE OR COUNTRY DKX | SHEETS DRAWING 2 | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|

ADDRESS

STEVE T ZELSON
NOVO NORDISK OF NORTH AMERICA INC
405 LEXINGTON AVENUE
SUITE 6400
NEW YORK NY 10174-6401

TITLE

MEDICAL DEVICE

| FILING FEE RECEIVED $150 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT NO. _____ for the following: | ☐ All Fees ☐ 1.16 Fees (Filing) ☐ 1.17 Fees (Processing Ext. of time) ☐ 1.18 Fees (Issue) ☐ Other _____ ☐ Credit |
|---|---|---|

SAN00761742

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

03/09/1990 GRHINE 00000054 141447 60098767
01 FC:114 150.00 CH

PTO-1556
(5/87)

SAN00761743

Approv

Attorney Docket No.: 5533.003-US                                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

### EXPRESS MAIL CERTIFICATE

Assistant Commissioner for Patents
Washington, DC  20231

> Re:  U.S. Provisional Application for
>       "Medical Device"
>       Applicants:  Buch-Rasmussen et al.

Sir:

Express Mail Label No. EL021372400US

Date of Deposit September 1, 1998

I hereby certify that the following attached paper(s) or fee

1. Filing Under 37 C.F.R. §1.53(c) (in duplicate)
2. Provisional Application

are being deposited with the United States Postal Service "Express Mail Post Office to Addressee" under 37 C.F.R. 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, DC  20231.

Gina Maldonado
(Name of person mailing paper(s) or fee)

(Signature of person mailing paper(s) or fee)

Mailing Address:

Novo Nordisk of North America, Inc.
405 Lexington Avenue, Suite 6400
New York, NY  10017
(212) 867-0123

SAN00761744

Attorney Docket No.: 5533.003-US                          PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

### FILING UNDER 37 C.F.R. §1.53(c)

Assistant Commissioner for Patents
Washington, DC 20231

Express Mail Label No. EL021372400US
Date of Deposit <u>September 1, 1998</u>

Sir:

This is a request for filing a provisional application under 37 C.F.R. §1.53(c), of the inventors:

Büch-Rasmussen, Thomas, a citizen of Denmark, residing at Dalvej 28, DK-2820 Gentofte, Denmark;

Munk, Benny, a citizen of Denmark, residing at Bæverskov Allè 52, DK-2720 Vanløse, Denmark;

Poulsen, Jens-Ulrik, a citizen of Denmark, residing at Virumgade 54 C, DK-2830 Virum, Denmark;

Ljungreen, Henrik, a citizen of Denmark, residing at Jonstrupvej 244 A, DK-2750 Ballerup, Denmark;

Jensen, Peter Møller, a citizen of Denmark, residing at Svenstrupvej 6, DK-2970 Hørsholm, Denmark; and

Jensen, Jens Møller, a citizen of Denmark, residing at Nyhavn 37, DK-1051 København K, Denmark

for application entitled: **Medical Device.**

The provisional application contains:

<u>  12 </u> pages of specification

<u>  2  </u> sheets of drawings

Address all future communications to Steve T. Zelson, Esq., Novo Nordisk of North America, Inc., 405 Lexington Avenue, Suite 6400, New York, NY 10174-6401.

SAN00761745

Please charge the required fee, estimated to be $150, to Novo Nordisk of North America, Inc., Deposit Account No. 14-1447. A duplicate of this sheet is enclosed.

Respectfully submitted,

Date: September 1, 1998

Elias J. Lambiris, Reg. No. 33,728
Novo Nordisk of North America, Inc.
405 Lexington Avenue, Suite 6400
New York, NY 10174-6401
(212) 867-0123

SAN00761746

Attorney Dkt : 5533.003-US

1

The present invention relates to a medication delivery device having a cartridge assembly and a dosing assembly coupled together for delivering selected doses of medication.

5

**Background**

Some medication, such as insulin is self-administered. The typical diabetes patient will require injections of insulin several times during the day. The required insulin
10    dose will vary from patient to patient, and will for each patient often also vary during the day. Each patient will often establish a regimen for the insulin administration adjusted to his or her insulin need as well as lifestyle. Medication delivery pens have been developed to facilitate the self-administration of medication, such as insulin.

15    One prior art medication delivery pen includes a pen body assembly comprising a medication cartridge and a plunger device. A needle assembly may be connected to the pen body assembly. The medication is delivered by moving or pressing a plunger in the direction of the needle assembly thereby delivering the medication. When the medication in the cartridge is exhausted the pen body assembly is dis-
20    carded. Depending on the medication needs for each individual the medication in the cartridge will last for several days. During this period the needle assembly will often have to be displaced by a new assembly or new needle due to increasing bluntness of the needle making injections painful for the patient.

25    Due to the environmental and economical reasons medication delivery pens were developed, for which pens only a part of the pen was discarded after medication exhaustion, such as the cartridge only.

An example of prior art pens is disclosed in EP 0 688 571 wherein a medication de-
30    livery pen has a reusable pen body assembly and a disposable cartridge assembly that are threadedly engageable with one another. The disposable cartridge assembly includes a plunger and can releasably receive a needle cannula assembly through a threaded coupling. A driving means in the pen body assembly engages the plunger after engagement of the pen body assembly and the cartridge assembly,
35    whereby the pen is ready for dosing the medicine within the cartridge. The cartridge

SAN00761747

2

holder assembly can be disassembled from the pen body assembly after the medi-
cation therein has been exhausted, discarded and replaced.

However, a drawback of the above-mentioned pen is that the driving means of the
pen body may be disengaged from the plunger of the cartridge during normal use
resulting in inaccurate dosing of the medicine.

For the device disclosed in EP 0 688 571, the needle assembly will often have to be
replaced independently of replacement of the cartridge. When releasing the needle
assembly from the cartridge assembly the cartridge assembly may inadvertently be
released or partly released from the pen body assembly. Thereby the driving means
of the pen body may be disengaged from the plunger of the cartridge. In particular if
the pen body assembly is only partly released from the cartridge assembly the user
will most probably not be aware of the disengagement but will receive only a portion
or even nothing of the medicine.

Even pens with differently pitched threaded couplings and/or threaded couplings
having different diameters whereby the force exerted to fasten and/or release one
coupling is greater than the force necessary for the other coupling present this
problem. It is easy to imagine that a small obstruction (a sandskorn, for example) to
the smoothest going coupling will necessitate a greater force to fasten/release that
coupling which force tends towards the force necessary for the other coupling.

Accordingly, it is an object of the present invention to provide a medication delivery
device with which the inadvertent disengagement of the driving means and plunger
means from the plunger or stopper in the cartridge is avoided.

Summary of the invention

According to a first aspect of the invention a medication delivery device is provided
which comprises

a cartridge assembly, having one end sealed with a pierceable sealing, said end of
the cartridge assembly comprising coupling means for releasably mounting a needle

SAN00761748

3

assembly, and comprising a cartridge having a stopper adapted to receive plunger means,

a dosing assembly comprising plunger means,

5

and optionally a needle assembly,

wherein the cartridge assembly and the dosing assembly are coupled together, and the device further comprises means for securing that the plunger means abuts on

10    the stopper during use of the device.

In a preferred embodiment the dosing assembly is reusable and the cartridge assembly is disposable, and accordingly, a second aspect of the present invention is a medication delivery device wherein the dosing assembly is releasably coupled to the

15    cartridge assembly.

By the term "use of the device" is meant the normal use, including measuring and delivering the medication, removing a cap from the cartridge assembly and/or needle as well as attaching and releasing the needle assembly. It is understood that the

20    plunger means must disengage the stopper when the cartridge assembly is deliberately released from the dosing assembly because the medication in the cartridge has been exhausted and the cartridge assembly is to be discarded. In this situation the plunger means is to be retracted to the dosing assembly before assembling the device with a new cartridge assembly.

25

Securing the abutment of the plunger means on the stopper during use of the medication delivery device, in particular when the needle assembly is coupled to and/or decoupled from the cartridge assembly, may be carried out by a variety of means. In a preferred embodiment the abutment is secured by preventing the cartridge as-

30    sembly from being inadvertently released from the dosing assembly.

Furthermore, it is a preferred aspect of the invention to provide a medication delivery device, which device is arranged for securing that the plunger means abuts on the stopper during coupling and/or decoupling of the needle assembly.

35

SAN00761749

4

In one embodiment of the invention the dosing assembly is coupled to the cartridge assembly at the end of the cartridge assembly opposite the means for mounting the needle assembly, and the plunger means is a rod element adapted to exert an axial movement of the stopper towards the sealed end of the cartridge.

5

Accordingly, it is an aspect of the present invention to provide a medication delivery device, wherein the means for coupling the dosing assembly and the cartridge assembly together are such that the coupling and/or decoupling of the needle assembly does not cause an axial movement of the cartridge assembly with respect to the dosing assembly. In this way it is assured that the rod element does not disengage the stopper in the cartridge when the user attaches the needle assembly or removes it after use. Thereby the user can be confident of the accuracy of the dosage selected.

15    The means for coupling the dosing assembly and the cartridge assembly together may be any suitable coupling, preferably a releasable coupling. Examples of the coupling are snap locks, such as snap locks with guidewire and sideways snap locks, snap locks released through threads, bajonet locks, luer locks, hinged locks, threaded locks and any suitable combinations thereof.

20

In particular, when the cartridge assembly is released from the dosing assembly through a movement including an axial movement, such as through a threaded coupling, it is preferred that the means for releasably coupling the needle assembly and the cartridge assembly together are such that the coupling and/or decoupling of the needle assembly cannot cause an axial movement of the cartridge assembly with respect to the dosing assembly. Thus, in that respect examples of the preferred couplings between the needle assembly and the cartridge assembly include releasable snap locks. Another preferred embodiment includes a safety on the coupling between the dosing assembly and the cartridge assembly, such as hinge on the coupling or a threaded coupling releasable only after exerting an axial pressure on the coupling.

According to the invention preferred combinations of couplings between the dosing assembly and the cartridge assembly and between the needle assembly and the cartridge assembly, respectively, are a threaded coupling combined with a snap

SAN00761750

5

coupling, a bajonet lock or a luer lock combined with a snap lock, or a snap lock combined with a snap lock, or any other combination for which the couplings are independently working.

5    Another aspect of the present invention is a cartridge assembly for use in the medication delivery device according to the invention. The cartridge assembly comprises a cartridge for the medication to be delivered. The cartridge assembly has one end sealed with a pierceable sealing, said end of the cartridge assembly comprising coupling means for releasable mounting a needle assembly, and another end comprising coupling means adapted to engage a dosing assembly. Furthermore, the cartridge comprises a stopper.

The cartridge assembly may further comprise a housing for protecting at least a part of the cartridge assembly.

15    In a preferred embodiment at least one of the coupling means of the cartridge assembly is unitarily moulded with the cartridge, and in a more preferred embodiment all the coupling means are unitarily moulded with the cartridge. In the latter case the cartridge assembly may be comprised of just one part, i.e. the cartridge including the coupling means.

Drawings

Fig. 1 is an exploded perspective view of the medication delivery device.

25    Fig. 2 is a cross-sectional view showing part of the medication delivery device, 2a immediately after assembling before the first injection, and 2b after some time of use.

30    Fig. 3 is a cross-sectional view showing the cartridge before assembling of the medication delivery device.

SAN00761751

6

## Detailed description of the invention

A medication delivery device in accordance with the present invention is identified
generally by the numeral 20 in Fig. 1 and 2. Medication delivery device 20 includes
5      a dosing assembly 6, and cartridge assembly 1, a needle assembly 16 and a cap
14.

The dosing assembly 6 is illustrated in Fig. 1 and 2. It is understood, however, that
the dosing assembly 6 according to the invention may be any suitable dosing unit
10     including plunger means, and accordingly, that variations from the depicted em-
bodiment may be provided, and are considered to be within the scope of this inven-
tion. In the depicted embodiment the dosing assembly 6 includes a cylindrical
housing surrounding the plunger means 17 of the dosing unit and having opposed
proximal and distal ends.

15     In one aspect of the invention the plunger means comprises a rod element 7 which
is adapted to engage the stopper 4 of the cartridge assembly 1. The rod element 7
advances axially into the cartridge 5 during injections. The dosing assembly may
have any suitable driving means for advancing the rod element 7.

20     The dosing unit 6 preferably also comprises scale means 10 indicating the dosing
quantity selected by activating the dose setting means 9 for defining specified se-
lected doses of medication to be delivered. The selected dose may be delivered by
actuating the actuator button 18. The actuator button is part of the driving means of
25     the dosing assembly exerting its force on the rod element 7.

The dosing assembly further comprises coupling means 8 adapted for engagement
with the cartridge assembly. The coupling means 8 may be internal or external cou-
plings. In a preferred embodiment the coupling 8 is an internal coupling.
30
The cartridge assembly 1 is illustrated in Fig. 1 and 2, and in greater detail in Fig. 3.
In Fig. 1 cartridge assembly 1 includes a moulded cartridge 5 extending from proxi-
mal end 21 to distal end 22.

7

At the distal end 22 of the cartridge assembly 1 is provided coupling means 2 for releasably mounting a needle assembly 11. At the proximal end 21 of the cartridge assembly 1 is provided coupling means 3 for mounting a dosing assembly 6. The coupling means are as described above.

5

Cartridge 5 also comprises a stopper 4 in sliding fluid tight engagement within said cartridge 5. The stopper 4 is adapted to receive the plunger means, such as a rod element 7 of the dosing assembly 6.

10    The cartridge assembly 1 may further comprise a housing for protecting some or all of the cartridge 5. When the cartridge assembly 1 includes a housing, one or both of the couplings 2, 3 of the cartridge may be moulded unitarily with the housing.

In a preferred embodiment at least one of the couplings 2, 3 is moulded unitarily with

15    the cartridge 5, minimising the total number of parts of the device and thereby the production costs.

Instead of the protective housing the cartridge 5 may have integrally moulded reinforcements of the cartridge wall.

20    The depicted cartridge 5 is cylindrical having couplings 2, 3 at opposed ends. However, the cartridge may obtain any suitable form and the cross-section may be circular or non-circular, such as substantially triangular or oval.

25    In Fig. 1 and Fig. 2 the couplings 2, 3 are opposing each other. However, coupling 2 being separate from coupling 3 may be arranged in any angle with respect to coupling 3.

A suitable choice of material allows the cartridge to be at least partly transparent,

30    whereby the user can see whether liquid is left in the cartridge.

Referring to Fig. 3 the coupling means of the cartridge are shown in greater detail. The coupling means 3 is an external thread, whereas the coupling means 2 is a recess for a snap lock of the needle assembly. Both coupling means are moulded

35    unitarily with the cartridge.

SAN00761753

8

The device according to the invention may include a protective cap 14 that is re-movably mounted over the cartridge assembly 1 and/or the needle 11 and which is removed before injection of the medication in the cartridge 5. The cap further en-

5    sures that the content of the cartridge is protected against sunlight.

The various parts of the medication delivery device are advantageously made of plastics, e.g. by injection moulding.

10    The medication delivery device 20 may further comprise any appropriate needle assembly 11, such as a double ended needle 13 having opposed proximal and dis-tal points and a lumen extending axially therebetween.

A mounting hub 12 is engaged on the needle 13 and is removably connected to the
15    coupling means 2 at the needle end of the cartridge assembly. The relative location of the mounting hub 12 ensures that the proximal point of the needle 13 will pierce the sealing when the mounting hub 12 is engaged with the coupling means 2 on the cartridge assembly 1.

20    The needle assembly 11 may further comprise a removable shield or cap 15 for protecting against accidental needle sticks.

The device according to the invention is suitable for delivering pre-set dosages of insulin, it is however understood that the device is suitable for the injection of pre-set
25    dosages of other liquids.

In use the user will set the dose by means of the dose setting means 9. Before acti-vating the actuator button 18 the cap 14 must be removed from the cartridge as-sembly 1 whereby the device 20 is prepared for an injection. The injection is ef-
30    fected by activating the actuator button 18, which again will effect the stopper 4 to be moved towards the needle at the sealed end 22 of the cartridge 5, thereby deliv-ering the desired pre-set dosage. A subsequent dosage of medication will be set in exactly the same manner as described above. However, for such a subsequent dosage, the rod element 7 and the stopper 4 will be in a partly advanced position as

SAN00761754

9

starting point. Dose setting and injections can be carried out until all of the medica

tion has been used.

SAN00761755

10

Claims:

1. A medication delivery device comprising

5      a cartridge assembly, having one end sealed with a pierceable sealing, said end
       of the cartridge assembly comprising coupling means for releasably mounting a
       needle assembly, and comprising a cartridge having a stopper adapted to re-
       ceive plunger means,

10     a dosing assembly comprising plunger means,

       and optionally a needle assembly,

       wherein the cartridge assembly and the dosing assembly are coupled together,
15     and the device further comprises means for securing that the plunger means
       abuts on the stopper during use of the device.

2. A medication delivery device according to claim 1, wherein the dosing assembly
   is releasably coupled to the cartridge assembly.

20

3. A medication delivery device according to any of the preceding claims, wherein
   the device is arranged for securing that the plunger means abuts on the stopper
   during coupling and/or decoupling of the needle assembly.

25  4. A medication delivery device according to any of the preceding claims, wherein
    the plunger means comprises a rod element adapted to exert an axial movement
    of the stopper towards the sealed end of the cartridge.

    5. A medication delivery device according to any of the preceding claims, wherein
30     the means for releasably coupling the dosing assembly and the cartridge as-
       sembly together are such that the coupling and/or decoupling of the needle as-
       sembly does not cause an axial movement of the cartridge assembly with re-
       spect to the dosing assembly.

35

11

6.  A medication delivery device according to any of the preceding claims, wherein the dosing assembly is released from the cartridge assembly through a movement including an axial movement.

5    7.  A medication delivery device according to claim 6, wherein the dosing assembly is released from the cartridge assembly through a threaded coupling.

8.  A medication delivery device according to any of the preceding claims, wherein the dosing assembly comprises scale means.

10    9.  A medication delivery device according to any of the preceding claims, wherein the dosing assembly comprises dose setting means for defining specified selected doses of medication to be delivered.

15    10. A medication delivery device according to any of the preceding claims, wherein the cartridge assembly comprises a housing.

11. A medication delivery device according to any of the preceding claims, wherein the cartridge is unitarily moulded with at least one coupling means.

20    12. A medication delivery device according to any of the preceding claims, further comprising a cap for protecting the needle assembly and/or the cartridge assembly.

25    13. A cartridge assembly for use in the medication delivery device as claimed in any of claims 1-12, having one end sealed with a pierceable sealing, said end of the cartridge assembly comprising coupling means for engaging a needle assembly, and another end comprising coupling means adapted to engage a dosing assembly, further comprising a cartridge said cartridge comprising a slidable stop-
30    per.

14. A cartridge assembly according to claim 13, further comprising a housing.

15. A cartridge assembly according to claim 13 or 14, wherein the cartridge is uni-
35    tarily moulded with at least one coupling means.

SAN00761757

12

16. A cartridge assembly according to any of claims 13-15, wherein the coupling
    means adapted to engage the dosing unit is such that coupling and/or decou-
    pling of the needle assembly does not cause an axial movement of the cartridge
5   assembly with respect to the dosing assembly.

17. A cartridge assembly according to any of claims 13-16, wherein the dosing as-
    sembly is released from the cartridge assembly through a movement including
    an axial movement.
10

18. A cartridge assembly according to claim 17, wherein the dosing assembly is re-
    leased from the cartridge assembly through a threaded coupling.

15

SAN00761758

1 / 2



Fig. 1

SAN00761759

2 / 2



Fig. 2 a





Fig. 2 b



Fig. 3

SAN00761760

PTO/SB/68 (11-04)
Approved for use through 7/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN ABANDONED APPLICATION UNDER 37 CFR 1.14

| Bring completed form to:<br>File Information Unit, Room 2E04<br>2900 Crystal Drive<br>Arlington, VA 22202-3514<br><br>Telephone: (703) 308-2733 | In re Application of |
|---|---|
| | Application Number<br>60/098 707 | Filed<br>Sept 1, 1998 |
| | Paper No. 2 |

I hereby request access under 37 CFR 1.14(a)(1)(iv) to the application file record of the above-identified **ABANDONED** application, which is not within the file jacket of a pending Continued Prosecution Application (CPA) (37 CFR 1.53(d)) and which is identified in, or to which a benefit is claimed, in the following document (as shown in the attachment):

United States Patent Application Publication No. _____, page, _____ line _____.

United States Patent Number 6 582 408, column _____, line, _____ or

WIPO Pub. No. _____, page _____, line _____.

### Related Information About Access to Applications Maintained in the Image File Wrapper System (IFW) and Access to Pending Applications in General

A member of the public, acting without a power to inspect, cannot order applications maintained in the IFW system through the FIU. If the member of the public is entitled to a copy of the application file, then the file is made available through the Public Patent Application Information Retrieval system (Public PAIR) on the USPTO internet web site (www.uspto.gov). Terminals that allow access to Public PAIR are available in the Public Search Room. The member of the public may also be entitled to obtain a copy of all or part of the application file upon payment of the appropriate fee. Such copies must be purchased through the Office of Public Records upon payment of the appropriate fee (37 CFR 1.19(b)).

For published applications that are still pending, a member of the public may obtain a copy of:
the file contents; the pending application as originally filed; or any document in the file of the pending application.

For unpublished applications that are still pending:
(1) If the benefit of the pending application is claimed under 35 U.S.C. 119(e), 120, 121, or 365 in another application that has: (a) issued as a U.S. patent, or (b) published as a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of: the file contents; the pending application as originally filed; or any document in the file of the pending application.
(2) If the application is incorporated by reference or otherwise identified in a U.S. patent, a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of the pending application as originally filed.

_Darlene Jones_
Signature

DARLENE JONES
Typed or printed name

10 · 6 · 05
Date

FOR PTO USE ONLY
RECEIVED
Approved by OCT 06 2005 (initials)
Unit File Information Unit

Registration Number, if applicable

703 418-0330
Telephone Number

This collection of information is required by 37 CFR 1.11 and 1.14. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. BRING TO: File Information Unit, Room 2E04, 2900 Crystal Drive, Arlington, Virginia.

_If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2._



US006582408B1

(12) **United States Patent**
Buch-Rasmussen et al.

(10) Patent No.:    US 6,582,408 B1
(45) Date of Patent:    Jun. 24, 2003

(54) **MEDICAL DEVICE**

(76) Inventors: Thomas Buch-Rasmussen, Dalvej 28, DK-2820 Gentofte (DK); Benny Munk, Bjæverskov Allé 52, DK-2650 Hvidovre (DK); Jens Ulrik Poulsen, Virumgade 54 C, DK-2830 Virum (DK); Henrik Ljungreen, Joustrupvej 244A, DK-2750 Ballerup (DK); Peter Møller Jensen, Svenstrupvej 6, D-2970 Hørsholm (DK); Jens Møller Jensen, Nyhavn 37, DK-1051 Copenhagen K (DK)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/349,748

(22) Filed: Jul. 8, 1999

**Related U.S. Application Data**

(60) Provisional application No. 60/094,707, filed on Sep. 1, 1998.

(30) **Foreign Application Priority Data**

Jul. 8, 1998    (DK) ................................. PA 1998 00910
Nov. 17, 1998    (DK) ................................. PA 1998 01501

(51) Int. Cl.⁷ ................................. A61M 5/00
(52) U.S. Cl. ................................. 604/232; 604/187
(58) Field of Search ................................. 604/186, 187, 604/232, 188, 192, 195, 207-218, 200, 201, 228, 233, 234

(56) **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,744,790 A | 5/1988 | Jankowski et al. | 604/232 |
| 4,865,591 A | * 9/1989 | Sams | 604/186 |
| 4,973,318 A | 11/1990 | Holm et al. | 604/208 |
| 4,990,142 A | 2/1991 | Hoffman et al. | 604/232 |
| 5,364,369 A | * 11/1994 | Reynolds | 604/187 |
| 5,688,251 A | 11/1997 | Chanoch | 604/208 |

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| EP | 0 702 970 A2 | 3/1996 |

| | | |
|---|---|---|
| WO | WO 93/00943 | 1/1993 |
| WO | WO 94/21213 | 9/1994 |
| WO | WO 95/13842 | 5/1995 |
| WO | 0 683 571 A1 | 12/1995 |
| WO | WO 96/02290 | 2/1996 |
| WO | WO 97/49620 | 12/1997 |
| WO | WO 99/16487 | 4/1999 |

**OTHER PUBLICATIONS**

Abstract of Australian patent application AU–A–73 632/81.

* cited by examiner

*Primary Examiner*—Brian L. Casler
*Assistant Examiner*—Kevin C. Sirmons
(74) *Attorney, Agent, or Firm*—Marc A. Began, Esq.; Richard W. Bork, Esq.; Reza Green, Esq.

(57) **ABSTRACT**

The present invention relates to a medication delivery device comprising a cartridge assembly, a dosing assembly and optionally a needle assembly. The cartridge assembly comprises a cartridge having a stopper adapted to receive a plunger. Furthermore, the cartridge assembly has one end sealed with a pierceable sealing, said end comprising coupling device for engaging a needle assembly, and another end comprising coupling device for engaging the dosing assembly. The dosing assembly comprises a plunger and has coupling device for engaging the cartridge assembly. The cartridge assembly and the dosing assembly are coupled together for delivering selected doses of medication. The device further comprises mechanism for securing that the plunger abuts on the stopper during use of the device, in particular when the dosing assembly is releasable coupled to the cartridge assembly. The securing mechanism is preferably a mechanism for preventing the cartridge assembly from being inadvertently released from the dosing assembly. The cartridge is preferably molded from a plastic material, such as a transparent material, and may be housed in a cartridge housing for protection of the cartridge. The medication delivery device is especially suitable for delivering insulin, growth hormone or the like medicines.

**11 Claims, 2 Drawing Sheets**





SAN00761762

UNI OF ____ ___
S ORIGINALLY FILED

# United States Patent & Trademark Office

### Office of Initial Patent Examination -- Scanning Division



**Application deficiencies found during scanning:**

1. Application papers are not suitable for scanning and are not in compliance with 37 CFR 1.52 because:
   - ☐ All sheets must be the same size and either A4 (21 cm x 29.7 cm) or 8-1/2" x 11". Pages _____ do not meet these requirements.
   - ☐ Papers are not flexible, strong, smooth, non-shiny, durable, and white.
   - ☐ Papers are not typewritten or mechanically printed in permanent ink on one side.
   - ☐ Papers contain improper margins. Each sheet must have a left margin of at least 2.5 cm (1") and top, bottom and right margins of at least 2.0 cm (3/4").
   - ☐ Papers contain hand lettering.

2. Drawings are not in compliance and were not scanned because:
   - ☐ The drawings or copy of drawings are not suitable for electronic reproduction.
   - ☐ All drawings sheets are not the same size. Pages must be either A4 (21 cm x 29.7 cm) or 8-1/2" x 11".
   - ☐ Each sheet must include a top and left margin of at least 2.5 cm (1"), a right margin of at least 1.5 cm (9/16") and a bottom margin of at least 1.0 cm (3/8").

3. Page(s) _____ are not of sufficient clarity, contrast and quality for electronic reproduction.

4. Page(s) _____ are missing.

5. OTHER:  *No Declaration.* _____

SAN00761763

PAT

(RIGHT OUTSIDE)

SAN00761764

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | | |
| EXAMINER | 71473 | 10-2-98 |
| TYPIST | | |
| VERIFIER | | |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT | | |
| DRAFTING | | |

(LEFT INSIDE)

SAN00761765

**PATENT APPLICATION**

60098707

Date
Entered
or
Counted

CONTENTS

Received
or
Mailed

1. Application _____ papers.

2. *Request for Access*

3. _____

4. _____

11. _____

12. _____

13. _____

14. _____

15. _____

16. _____

17. _____

18. _____

19. _____

20. _____

21. _____

22. _____

23. _____

24. _____

25. _____

26. _____

27. _____

28. _____

29. _____

30. _____

31. _____

32. _____

(FRONT)

SAN00761766



# Kongeriget Danmark

**PRIORITY
DOCUMENT**

Patent application No :        PA 1998 01501

Date of filing:              17 November 1998

Applicant:                Novo Nordisk A/S
                  Novo Allé
                  DK-2880  Bagsværd

This is to certify the correctness of the following information:

The attached photocopy is a true copy of the following document:

-    The specification, claims and drawings as filed with the application
     on the filing date indicated above.





Patent- og
Varemærkestyrelsen
Erhvervsministeriet

TAASTRUP  26 November 1999

Karin Schlichting
Head Clerk

SAN00828638

P 227 DK 1                           1

The present invention relates to a medication delivery device having a cartridge as-
sembly and a dosing assembly coupled together for delivering selected doses of
medication.

5        **Background**

Some medication, such as insulin is self-administered. The typical diabetes patient
will require injections of insulin several times during the day. The required insulin
dose will vary from patient to patient, and will for each patient often also vary during
10       the day. Each patient will often establish a regimen for the insulin administration
adjusted to his or her insulin need as well as lifestyle. Medication delivery pens have
been developed to facilitate the self-administration of medication, such as insulin.

15       One prior art medication delivery pen includes a pen body assembly comprising a
medication cartridge and a plunger device. A needle assembly may be connected to
the pen body assembly. The medication is delivered by moving or pressing a
plunger in the direction of the needle assembly thereby delivering the medication.
When the medication in the cartridge is exhausted the pen body assembly is dis-
20       carded. Depending on the medication needs for each individual the medication in
the cartridge will last for several days. During this period the needle assembly will
often have to be displaced by a new assembly or new needle due to increasing
bluntness of the needle making injections painful for the patient.

25       Due to the environmental and economical reasons medication delivery pens were
developed, for which pens only a part of the pen was discarded after medication
exhaustion, such as the cartridge only.

An example of prior art pens is disclosed in EP 0 688 571 wherein a medication de-
30       livery pen has a reusable pen body assembly and a disposable cartridge assembly
that are threadedly engageable with one another. The disposable cartridge assem-
bly includes a plunger and can releasably receive a needle cannula assembly
through a threaded coupling. A driving means in the pen body assembly engages
the plunger after engagement of the pen body assembly and the cartridge assembly,
35       whereby the pen is ready for dosing the medicine within the cartridge. The cartridge

17-11-98

4

SAN00828639

2

holder assembly can be disassembled from the pen body assembly after the medi-
cation therein has been exhausted, discarded and replaced.

5    However, a drawback of the above-mentioned pen is that the driving means of the
pen body may be disengaged from the plunger of the cartridge during normal use
resulting in inaccurate dosing of the medicine.

For the device disclosed in EP 0 688 571, the needle assembly will often have to be
replaced independently of replacement of the cartridge. When releasing the needle
10    assembly from the cartridge assembly the cartridge assembly may inadvertently be
released or partly released from the pen body assembly. Thereby the driving means
of the pen body may be disengaged from the plunger of the cartridge. In particular if
the pen body assembly is only partly released from the cartridge assembly the user
will most probably not be aware of the disengagement but will receive only a portion
15    or even nothing of the medicine.

Even pens with differently pitched threaded couplings and/or threaded couplings
having different diameters whereby the force exerted to fasten and/or release one
coupling is greater than the force necessary for the other coupling present this
20    problem. It is easy to imagine that a small obstruction (a sandskorn, for example) to
the smoothest going coupling will necessitate a greater force to fasten/release that
coupling which force tends towards the force necessary for the other coupling.

Accordingly, it is an object of the present invention to provide a medication delivery
25    device with which the inadvertent disengagement of the driving means and plunger
means from the plunger or stopper in the cartridge is avoided.

Summary of the invention

30    According to a first aspect of the invention a medication delivery device is provided
which comprises

a cartridge assembly, having one end sealed with a pierceable sealing, said end of
the cartridge assembly comprising coupling means for releasably mounting a needle

5

SAN00828640

3

assembly, and comprising a cartridge having a stopper adapted to receive plunger means.

a dosing assembly comprising plunger means,

5

and optionally a needle assembly.

wherein the cartridge assembly and the dosing assembly are coupled together, and the device further comprises means for securing that the plunger means abuts on

10    the stopper during use of the device.

In a preferred embodiment the dosing assembly is reusable and the cartridge assembly is disposable, and accordingly, a second aspect of the present invention is a medication delivery device wherein the dosing assembly is releasably coupled to the

15    cartridge assembly.

By the term "use of the device" is meant the normal use, including measuring and delivering the medication, removing a cap from the cartridge assembly and/or needle as well as attaching and releasing the needle assembly. It is understood that the

20    plunger means must disengage the stopper when the cartridge assembly is deliberately released from the dosing assembly because the medication in the cartridge has been exhausted and the cartridge assembly is to be discarded. In this situation the plunger means is to be retracted to the dosing assembly before assembling the device with a new cartridge assembly.

25

Securing the abutment of the plunger means on the stopper during use of the medication delivery device, in particular when the needle assembly is coupled to and/or decoupled from the cartridge assembly, may be carried out by a variety of means. In a preferred embodiment the abutment is secured by preventing the cartridge as-

30    sembly from being inadvertently released from the dosing assembly.

Furthermore, it is a preferred aspect of the invention to provide a medication delivery device, which device is arranged for securing that the plunger means abuts on the stopper during coupling and/or decoupling of the needle assembly

35

6

SAN00828641

4

In one embodiment of the invention the dosing assembly is coupled to the cartridge
assembly at the end of the cartridge assembly opposite the means for mounting the
needle assembly, and the plunger means is a rod element adapted to exert an axial
movement of the stopper towards the sealed end of the cartridge.

5

Accordingly, it is an aspect of the present invention to provide a medication delivery
device, wherein the means for coupling the dosing assembly and the cartridge as-
sembly together are such that the coupling and/or decoupling of the needle assem-
bly does not cause an axial movement of the cartridge assembly with respect to the
10    dosing assembly. In this way it is assured that the rod element does not disengage
the stopper in the cartridge when the user attaches the needle assembly or removes
it after use. Thereby the user can be confident of the accuracy of the dosage se-
lected.

15    The means for coupling the dosing assembly and the cartridge assembly together
may be any suitable coupling, preferably a releasable coupling. Examples of the
coupling are snap locks, such as snap locks with guidewire and sideways snap
locks, snap locks released through threads, bajonet locks, luer locks, hinged locks,
threaded locks and any suitable combinations thereof.

20

In particular, when the cartridge assembly is released from the dosing assembly
through a movement including an axial movement, such as through a threaded cou-
pling, it is preferred that the means for releasably coupling the needle assembly and
the cartridge assembly together are such that the coupling and/or decoupling of the
25    needle assembly cannot cause an axial movement of the cartridge assembly with
respect to the dosing assembly Thus, in that respect examples of the preferred
couplings between the needle assembly and the cartridge assembly include releas-
able snap locks. Another preferred embodiment includes a safety on the coupling
between the dosing assembly and the cartridge assembly, such as hinge on the
30    coupling or a threaded coupling releasable only after exerting an axial pressure on
the coupling.

According to the invention preferred combinations of couplings between the dosing
assembly and the cartridge assembly and between the needle assembly and the
35    cartridge assembly, respectively, are a threaded coupling combined with a snap

7

SAN00828642

5

coupling, a bajonet lock or a luer lock combined with a snap lock, or a snap lock
combined with a snap lock, or any other combination for which the couplings are
independently working.

5    Another aspect of the present invention is a cartridge assembly for use in the medi-
cation delivery device according to the invention. The cartridge assembly comprises
a cartridge for the medication to be delivered. The cartridge assembly has one end
sealed with a pierceable sealing, said end of the cartridge assembly comprising
coupling means for releasable mounting a needle assembly, and another end com-
10   prising coupling means adapted to engage a dosing assembly. Furthermore, the
cartridge comprises a stopper.

The cartridge assembly may further comprise a housing for protecting at least a part
of the cartridge assembly.

15   In a preferred embodiment at least one of the coupling means of the cartridge as-
sembly is unitarily moulded with the cartridge, and in a more preferred embodiment
all the coupling means are unitarily moulded with the cartridge. In the latter case the
cartridge assembly may be comprised of just one part, i.e. the cartridge including the
20   coupling means.

In another embodiment the invention relates to a medication delivery device for
transferring medication from the cartridge into a syringe with a needle. In this em-
bodiment the coupling means for engaging the needle assembly may be replaced by
25   coupling means for engaging the syringe, or coupling means for both may be pro-
vided. The coupling means may be a syringe holder, for example a cylinder coupled
to the cartridge comprising a central bore for receiving the syringe. The syringe is
coupled to the cartridge having the needle piercing the sealing. By activation of the
dosing means the metered amount of medication is driven into the syringe. The sy-
30   ringe is then ready for injection after being removed from the cartridge.

Drawings

Fig. 1 is an exploded perspective view of the medication delivery device.

35

8

SAN00828643

6

Fig. 2 is a cross-sectional view showing part of the medication delivery device, 2a immediately after assembling before the first injection, and 2b after some time of use

5    Fig. 3 is a cross-sectional view showing the cartridge before assembling of the medication delivery device.

**Detailed description of the invention**

10    A medication delivery device in accordance with the present invention is identified generally by the numeral 20 in Fig. 1 and 2. Medication delivery device 20 includes a dosing assembly 6, and cartridge assembly 1, a needle assembly 16 and a cap 14.

15    The dosing assembly 6 is illustrated in Fig. 1 and 2. It is understood, however, that the dosing assembly 6 according to the invention may be any suitable dosing unit including plunger means, and accordingly, that variations from the depicted embodiment may be provided, and are considered to be within the scope of this invention. In the depicted embodiment the dosing assembly 6 includes a cylindrical

20    housing surrounding the plunger means 17 of the dosing unit and having opposed proximal and distal ends

In one aspect of the invention the plunger means comprises a rod element 7 which is adapted to engage the stopper 4 of the cartridge assembly 1. The rod element 7

25    advances axially into the cartridge 5 during injections. The dosing assembly may have any suitable driving means for advancing the rod element 7.

The dosing unit 6 preferably also comprises scale means 10 indicating the dosing quantity selected by activating the dose setting means 9 for defining specified se-

30    lected doses of medication to be delivered. The selected dose may be delivered by actuating the actuator button 18. The actuator button is part of the driving means of the dosing assembly exerting its force on the rod element 7.

9

SAN00828644

7

The dosing assembly further comprises coupling means 8 adapted for engagement
with the cartridge assembly. The coupling means 8 may be internal or external cou-
plings. In a preferred embodiment the coupling 8 is an internal coupling.

5   The cartridge assembly 1 is illustrated in Fig. 1 and 2, and in greater detail in Fig. 3.
In Fig. 1 cartridge assembly 1 includes a moulded cartridge 5 extending from proxi-
mal end 21 to distal end 22.

At the distal end 22 of the cartridge assembly 1 is provided coupling means 2 for
10  releasably mounting a needle assembly 11. At the proximal end 21 of the cartridge
assembly 1 is provided coupling means 3 for mounting a dosing assembly 6. The
coupling means are as described above

Cartridge 5 also comprises a stopper 4 in sliding fluid tight engagement within said
15  cartridge 5. The stopper 4 is adapted to receive the plunger means, such as a rod
element 7 of the dosing assembly 6

The cartridge assembly 1 may further comprise a housing for protecting some or all
of the cartridge 5. When the cartridge assembly 1 includes a housing, one or both of
20  the couplings 2, 3 of the cartridge may be moulded unitarily with the housing.

In a preferred embodiment at least one of the couplings 2, 3 is moulded unitarily with
the cartridge 5, minimising the total number of parts of the device and thereby the
production costs.
25

Instead of the protective housing the cartridge 5 may have integrally moulded rein-
forcements of the cartridge wall

The depicted cartridge 5 is cylindrical having couplings 2, 3 at opposed ends. How-
30  ever, the cartridge may obtain any suitable form and the cross-section may be cir-
cular or non-circular, such as substantially triangular or oval.

In Fig. 1 and Fig. 2 the couplings 2, 3 are opposing each other. However, coupling 2
being separate from coupling 3 may be arranged in any angle with respect to cou-
35  pling 3

10

SAN00828645

8

A suitable choice of material allows the cartridge to be at least partly transparent, whereby the user can see whether liquid is left in the cartridge.

5    Referring to Fig. 3 the coupling means of the cartridge are shown in greater detail. The coupling means 3 is an external thread, whereas the coupling means 2 is a recess for a snap lock of the needle assembly. Both coupling means are moulded unitarily with the cartridge.

10    The device according to the invention may include a protective cap 14 that is removably mounted over the cartridge assembly 1 and/or the needle 11 and which is removed before injection of the medication in the cartridge 5. The cap further ensures that the content of the cartridge is protected against sunlight.

15    The various parts of the medication delivery device are advantageously made of plastics, e.g. by injection moulding.

The medication delivery device 20 may further comprise any appropriate needle assembly 11, such as a double ended needle 13 having opposed proximal and dis-
20    tal points and a lumen extending axially therebetween.

A mounting hub 12 is engaged on the needle 13 and is removably connected to the coupling means 2 at the needle end of the cartridge assembly. The relative location of the mounting hub 12 ensures that the proximal point of the needle 13 will pierce
25    the sealing when the mounting hub 12 is engaged with the coupling means 2 on the cartridge assembly 1.

The needle assembly 11 may further comprise a removable shield or cap 15 for protecting against accidental needle sticks.
30
The device according to the invention is suitable for delivering pre-set dosages of insulin. It is however understood that the device is suitable for the injection of pre-set dosages of other liquids.

11

SAN00828646

9

In use the user will set the dose by means of the dose setting means 9. Before acti-
vating the actuator button 18 the cap 14 must be removed from the cartridge as-
sembly 1 whereby the device 20 is prepared for an injection. The injection is ef-
fected by activating the actuator button 18, which again will effect the stopper 4 to
5      be moved towards the needle at the sealed end 22 of the cartridge 5, thereby deliv-
ering the desired pre-set dosage. A subsequent dosage of medication will be set in
exactly the same manner as described above. However, for such a subsequent
dosage, the rod element 7 and the stopper 4 will be in a partly advanced position as
starting point. Dose setting and injections can be carried out until all of the medica-
10     tion has been used.

12

SAN00828647

10

**Claims:**

1. A medication delivery device comprising

5    a cartridge assembly, having one end sealed with a pierceable sealing, said end
     of the cartridge assembly comprising coupling means for releasably mounting a
     needle assembly, and comprising a cartridge having a stopper adapted to re-
     ceive plunger means,

10   a dosing assembly comprising plunger means,

     and optionally a needle assembly,

     wherein the cartridge assembly and the dosing assembly are coupled together,
15   and the device further comprises means for securing that the plunger means
     abuts on the stopper during use of the device.

2. A medication delivery device according to claim 1, wherein the dosing assembly
   is releasably coupled to the cartridge assembly.

20
3. A medication delivery device according to any of the preceding claims, wherein
   the device is arranged for securing that the plunger means abuts on the stopper
   during coupling and/or decoupling of the needle assembly.

25   4. A medication delivery device according to any of the preceding claims, wherein
      the plunger means comprises a rod element adapted to exert an axial movement
      of the stopper towards the sealed end of the cartridge.

      5  A medication delivery device according to any of the preceding claims, wherein
30    the means for releasably coupling the dosing assembly and the cartridge as-
      sembly together are such that the coupling and/or decoupling of the needle as-
      sembly does not cause an axial movement of the cartridge assembly with re-
      spect to the dosing assembly.

35

13

SAN00828648

11

6. A medication delivery device according to any of the preceding claims, wherein the dosing assembly is released from the cartridge assembly through a movement including an axial movement

5    7. A medication delivery device according to claim 6, wherein the dosing assembly is released from the cartridge assembly through a threaded coupling.

8. A medication delivery device according to any of the preceding claims, wherein the dosing assembly comprises scale means.

10    9. A medication delivery device according to any of the preceding claims, wherein the dosing assembly comprises dose setting means for defining specified selected doses of medication to be delivered.

15    10. A medication delivery device according to any of the preceding claims, wherein the cartridge assembly comprises a housing

11. A medication delivery device according to any of the preceding claims, wherein the cartridge is unitarily moulded with at least one coupling means.

20    12. A medication delivery device according to any of the preceding claims, further comprising a cap for protecting the needle assembly and/or the cartridge assembly.

25    13. A cartridge assembly for use in the medication delivery device as claimed in any of claims 1-12, having one end sealed with a pierceable sealing, said end of the cartridge assembly comprising coupling means for engaging a needle assembly, and another end comprising coupling means adapted to engage a dosing assembly, further comprising a cartridge said cartridge comprising a slidable stop-
30    per.

14. A cartridge assembly according to claim 13, further comprising a housing.

15. A cartridge assembly according to claim 13 or 14, wherein the cartridge is uni-
35    tarily moulded with at least one coupling means.

14

SAN00828649

12

16 A cartridge assembly according to any of claims 13-15, wherein the coupling
means adapted to engage the dosing unit is such that coupling and/or decou-
pling of the needle assembly does not cause an axial movement of the cartridge
5        assembly with respect to the dosing assembly.

17 A cartridge assembly according to any of claims 13-16, wherein the dosing as-
sembly is released from the cartridge assembly through a movement including
an axial movement.

10

18 A cartridge assembly according to claim 17, wherein the dosing assembly is re-
leased from the cartridge assembly through a threaded coupling.

15

15

SAN00828650

17/11/98      16:29    HEIDEN & HOIBERG + 43500001                    NR.023    16

1 / 2

14

15

16

13

12

11

22

2

5

20

4 ◄— 1

3

21

7

8

6

17

10

9

18

Fig. 1

16

SAN00828651

2/2



Fig. 2 a

Fig. 2 b

Fig. 3

17

SAN00828652