# EXHIBIT I





# Kongeriget Danmark

Patent application No.:    PA 1998 00909

Date of filing:    08 July 1998

Applicant:    Novo Nordisk A/S
Novo Allé
DK-2880 Bagsværd

This is to certify the correctness of the following information:

The attached photocopy is a true copy of the following information:

-    The specification, claims and figures as filed with the application
on the filing date indicated above.



Patent- og Varemærkestyrelsen
Økonomi- og Erhvervsministeriet

TAASTRUP  03 December 2002

Karin Schlichting
Head Clerk

PATENT- OG VAREMÆRKESTYRELSEN

SAN00828372

08/07/98     13:01     HEIDEN & HOIBERG + 43588801     NR.570     03

Modtaget PD

÷ 8 JULI 1998

P 226 DK                                    1

The present invention relates to a medication delivery device having a cartridge and
a dosing assembly coupled together for delivering selected doses of medication,
wherein at least one of the coupling means of the cartridge is unitarily moulded with
5    the cartridge.

**Background**

Some medication, such as insulin is self-administered. The typical diabetes patient
10   will require injections of insulin several times during the day. The required insulin
dose will vary from patient to patient, and will for each patient often also vary during
the day. Each patient will often establish a regimen for the insulin administration
adjusted to his or her insulin need as well as lifestyle. Medication delivery pens have
been developed to facilitate the self-administration of medication, such as insulin.
15

One prior art medication delivery pen includes a pen body assembly comprising a
medication cartridge and a plunger device. A needle assembly may be connected to
the pen body assembly. The medication is delivered by moving or pressing a
plunger in the direction of the needle assembly thereby delivering the medication.
20   When the medication in the cartridge is exhausted the pen body assembly is dis-
carded. Depending on the medication needs for each individual the medication in
the cartridge will last for several days. During this period the needle assembly will
often have to be displaced by a new assembly or new needle due to increasing
bluntness of the needle making injections painful for the patient.
25

More recent developments have revealed medication delivery pens, wherein the
cartridge holder assembly can be disassembled from the pen body assembly after
the medication therein has been exhausted, discarded and replaced by a new medi-
cine-containing cartridge assembly.
30

An example of this is shown in EP 0 686 571 disclosing a medication delivery pen
having a reusable pen body assembly and a disposable cartridge assembly that are
threadedly engageable with one another. The cartridge assembly comprises a car-
tridge, a cartridge housing, a cap between the distal end of the cartridge and the
35   housing, securing the cartridge in the housing and being adapted for engagement

08-07-98                                              Tekst.ans.doc

3

SAN00828373

08/07/98    13:81    HEIDEN & HOIBERG + 43508001                    NR.578    84

2

with a needle assembly. Furthermore, the cartridge comprises a plunger within the cartridge. The reusable pen body assembly is coupled through a threaded coupling to the cartridge housing. Thus, the total number of parts comprising the prior art cartridge assembly is high.

5    It is an object of the present invention to provide a medicaiton delivery device wherein the amount of parts of the cartridge is minimised.

Summary of the invention

10    Accordingly, the present invention relates to a medication delivery device comprising a cartridge assembly, a dosing assembly and optionally a needle assembly,

15    said cartridge assembly having one end sealed with a pierceable sealing, said end of the cartridge assembly comprising coupling means for engaging a needle assembly, and another end comprising coupling means for engaging the dosing assembly, said cartridge assembly further comprising a cartridge wherein at least one of the coupling means of said cartridge assembly is unitarily moulded with the cartridge, the cartridge further comprising a stopper adapted to receive
20    plunger means, and

said dosing assembly comprising plunger means has coupling means for engaging the cartridge assembly, and said plunger means is adapted to engage the stopper of the cartridge when the dosing assembly is coupled to the cartridge.
25    tridge.

The above-described medication delivery device has fewer parts that the prior art devices because at least one coupling means is moulded unitarily with the cartridge. Thereby the costs involved in the production and assembling of the device are re-
30    duced, and the device is more economical, which is an important feature for a disposable device.

The medical delivering device may either be manufactured as a disposable device which is sold pre-filled with the insulin or it may appear as a durable medical deliv-
35    ering device so designed that it can receive disposable cartridges with insulin.

4

SAN00828374

08/07/98     13:81     HEIDEN & HOIBERG → 43580081                    NR.570     05

3

In a preferred embodiment the dosing assembly is reusable and the cartridge as-
sembly is disposable, and accordingly, a second aspect of the present invention is a
5  medication delivery device wherein the dosing assembly is releasably coupled to the
cartridge assembly.

The medication delivery device is preferably constructed as to secure that the
plunger means abuts on the stopper during use of the device, such as attaching and
10 releasing the needle assembly. It is understood that the plunger means must disen-
gage the stopper when the cartridge assembly is deliberately released from a reus-
able dosing assembly because the medication in the cartridge has been exhausted
and the cartridge assembly is to be discarded. In this situation the plunger means is
to be retracted to the dosing assembly before assembling the device with a new
15 cartridge assembly.

Securing the abutment of the plunger means on the stopper during use of the medi-
cation delivery device, in particular when the needle assembly is coupled to and/or
decoupled from the cartridge assembly, may be carried out by a variety of means. In
20 a preferred embodiment the abutment is secured by preventing the cartridge as-
sembly from being inadvertently released from the dosing assembly.

In particular, when the cartridge assembly is released from the dosing assembly
through a movement including an axial movement, such as through a threaded cou-
25 pling, it is preferred that the means for releasably coupling the needle assembly and
the cartridge assembly together are such that the coupling and/or decoupling of the
needle assembly cannot cause an axial movement of the cartridge assembly with
respect to the dosing assembly. Thus, in that respect examples of the preferred
couplings between the needle assembly and the cartridge assembly include releas-
30 able snap locks. Another preferred embodiment includes a safety on the coupling
between the dosing assembly and the cartridge assembly, such as hinge on the
coupling or a threaded coupling releasable only after exerting an axial pressure on
the coupling.

5

SAN00828375

20/07/98    13:01    HEIDEN & HOIBERG + 43500001                    NR.570    06

4

A second aspect of the present invention is a cartridge assembly for use in a medication delivery device, said cartridge assembly having one end sealed with a pierceable sealing, said end of the cartridge assembly comprising coupling means for engaging a needle assembly, and another end comprising coupling means for engaging the dosing assembly, said cartridge assembly further comprising a cartridge

5   wherein at least one of the coupling means of said cartridge assembly is unitarily moulded with the cartridge, said cartridge further comprising a stopper.

The cartridge assembly may further comprise a cartridge housing for protecting the

10   cartridge in use. Furthermore, when the cartridge is moulded unitarily with one coupling means the cartridge housing may comprise the other coupling means. Accordingly, in one embodiment of the invention the housing of the cartridge assembly comprises coupling means for coupling the cartridge assembly to the dosing assembly, preferably the coupling means is moulded unitarily with the housing. The

15   cartridge is arranged within the cartridge housing. The cartridge housing may be non-releasably attached to the cartridge, once the cartridge is arranged in the housing, whereby the housing is disposed with the cartridge. In another embodiment the housing is reusable and the cartridge is arranged releasably in the housing.

20   In a preferred embodiment all the coupling means of the cartridge assembly are unitarily moulded with the cartridge. Thereby, it is possible to construct the cartridge assembly without the housing providing a cartridge assembly with even fewer parts.

The coupling means of the cartridge assembly may be for any suitable coupling,

25   preferably a releasable coupling. Examples of the coupling are snap locks, such as snap locks with guidewire and sideways snap locks, snap locks released through threads, bajonet locks, luer locks, hinged locks, threaded locks and any suitable combinations thereof.

30   The coupling means unitarily moulded with the cartridge are preferably external coupling means, such as an external threaded coupling.

The cartridge may be moulded from any material suitable for medical containers. The cartridge is preferably moulded from a plastic material, e.g. by injection mould-

35   ing. A suitable choice of material allows the cartridge to be at least partly transpar-

6

SAN00828376

08/07/98    13:01    HEIDEN & HOIBERG + 43588001                    NR.570    07

5

ent, whereby the user can see whether liquid is left in the cartridge. In a preferred
embodiment the cartridge is totally transparent giving the user a greater possibility of
inspecting the content of the cartridge.

5       By using a plastic material as compared to the usual glass material a great advan-
tage is achieved in the production lines. Normally a significant quantity of the pro-
duced glass cartridges will be spoiled in the lines due to breakage, however the loss
is greatly reduced by the use of plastic cartridges. Furthermore, the risk of small
loose glass particles in the cartridges have been eliminated.

10      The cartridge may be of any suitable form, such as a cylinder. The cylinder may be
constructed with various combinations of circular or non-circular inner and outer
cross-section. In another embodiment the cartridge may be box-shaped having es-
sentially rectangular or triangular cross-section.

15      The stopper is in sliding fluid tight engagement in the cartridge. The stopper is pref-
erably made of plastic and/or rubber material.

        The flexibility of the cartridge wall is not critical, however if the cartridge is too flexi-
20      ble the function of the stopper may be impaired. Mostly, the cartridge is made of a
material only slightly flexible to non-flexible.

        In order to enforce and strengthen the cartridge wall the cartridge may be integrally
moulded with reinforcements. Thereby, the necessity of a protective housing may be
25      obviated. Furthermore, a scale may be integrally moulded with the cartridge wall
providing the user with a measure for the medication used and left.

        In a most preferred embodiment the cartridge assembly is comprised only of a car-
tridge being sealed in one end with a sealing, being unitarily moulded with all cou-
30      plings means and comprising a stopper.

        In a cylindrical cartridge the two couplings of the cartridge assembly are generally
opposing each other. However, the coupling for engaging with the dosing assembly
being separate from coupling for engaging the needle assembly may be arranged in
35      any angle with respect to the latter coupling.

7

SAN00828377

08/07/98    13:01    HEIDEN & HOIBERG + 43508201                    NR.578    08

6

Another aspect of the present invention is a cartridge being at least partly filled with liquid medication, such as insulin.

5    Drawings

Fig. 1 is an exploded perspective view of the medication delivery device.

Fig. 2 is a cross-sectional view showing part of the medication delivery device, 2a
10    immediately after assembling before the first injection, and 2b after some time of use.

Fig. 3 is a cross-sectional view showing the cartridge before assembling of the medication delivery device.

15    Detailed description of the invention

A medication delivery device in accordance with the present invention is identified generally by the numeral 20 in Fig. 1 and 2. Medication delivery device 20 includes
20    a dosing assembly 6, and cartridge assembly 1, a needle assembly 16 and a cap 14.

The dosing assembly 6 is illustrated in Fig. 1 and 2. It is understood, however, that the dosing assembly 6 according to the invention may be any suitable dosing unit
25    including plunger means, and accordingly, that variations from the depicted embodiment may be provided, and are considered to be within the scope of this invention. In the depicted embodiment the dosing assembly 6 includes a cylindrical housing surrounding the plunger means 17 of the dosing unit and having opposed proximal and distal ends.
30
In one aspect of the invention the plunger means comprises a rod element 7 which is adapted to engage the stopper 4 of the cartridge assembly 1. The rod element 7 advances axially into the cartridge 5 during injections. The dosing assembly may
35    have any suitable driving means for advancing the rod element 7.

8

SAN00828378

08/07/98     13:01     HEIDEN & HOIBERG + 43508001                                 NR.570     09

7

The dosing unit 5 preferably also comprises scale means 10 indicating the dosing
quantity selected by activating the dose setting means 9 for defining specified se-
lected doses of medication to be delivered. The selected dose may be delivered by
actuating the actuator button 18. The actuator button is part of the driving means of
5     the dosing assembly exerting its force on the rod element 7.

The dosing assembly further comprises coupling means 8 adapted for engagement
with the cartridge assembly. The coupling means 8 may be internal or external cou-
plings. In a preferred embodiment the coupling 8 is an internal coupling.

10     The cartridge assembly 1 is illustrated in Fig. 1 and 2, and in greater detail in Fig. 3.
In Fig. 1 cartridge assembly 1 includes a moulded cartridge 5 extending from proxi-
mal end 21 to distal end 22.

15     At the distal end 22 of the cartridge assembly 1 is provided coupling means 2 for
releasably mounting a needle assembly 11. At the proximal end 21 of the cartridge
assembly 1 is provided coupling means 3 for mounting a dosing assembly 6. The
coupling means are as described above.

20     Cartridge 5 also comprises a stopper 4 in sliding fluid tight engagement within said
cartridge 5. The stopper 4 is adapted to receive the plunger means, such as a rod
element 7 of the dosing assembly 6. The rod element 7 is adapted to exert an axial
movement of the stopper 4 towards the sealed end 22 of the cartridge 5.

25     The cartridge assembly 1 may further comprise a housing for protecting some or all
of the cartridge 5. When the cartridge assembly 1 includes a housing, one of the
couplings 2, 3 of the cartridge may be moulded unitarily with the housing.

Instead of the protective housing the cartridge 5 may have integrally moulded rein-
30     forcements of the cartridge wall.

The depicted cartridge 5 is cylindrical having couplings 2, 3 at opposed ends. How-
ever, the cartridge may obtain any suitable form and the cross-section may be cir-
cular or non-circular, such as substantially triangular or oval.
35

9

SAN00828379

08/07/98    13:01    HEIDEN & HOIBERG + 43500001                    NR.578    18

8

The device according to the invention may include a protective cap 14 that is re-
movably mounted over the cartridge assembly 1 and/or the needle 11 and which is
removed before injection of the medication in the cartridge 5. The cap further en-
sures that the content of the cartridge is protected against sunlight.

5

Referring to Fig. 3 the coupling means of the cartridge are shown in greater detail.
The coupling means 3 is an external thread, whereas the coupling means 2 is a re-
cess for a snap lock of the needle assembly. Both coupling means are moulded
unitarily with the cartridge.

10

The various parts of the medication delivery device are advantageously made of
plastics, e.g. by injection moulding.

The medication delivery device 20 may further comprise any appropriate needle

15    assembly 11, such as a double ended needle 13 having opposed proximal and dis-
tal points and a lumen extending axially therebetween.

A mounting hub 12 is engaged on the needle 13 and is removably connected to the
coupling means 2 at the needle end of the cartridge assembly. The relative location

20    of the mounting hub 12 ensures that the proximal point of the needle 13 will pierce
the sealing when the mounting hub 12 is engaged with the coupling means 2 on the
cartridge assembly 1.

The needle assembly 11 may further comprise a removable shield or cap 15 for

25    protecting against accidental needle sticks.

The device according to the invention is suitable for delivering pre-set dosages of
insulin, it is however understood that the device is suitable for the injection of pre-set
dosages of other liquids.

30

In use the user will set the dose by means of the dose setting means 9. Before acti-
vating the actuator button 18 the cap 14 must be removed from the cartridge as-
sembly 1 whereby the device 20 is prepared for an injection. The injection is ef-
fected by activating the actuator button 18, which again will effect the stopper 4 to

35    be moved towards the sealed end 22 of the cartridge 5, thereby delivering the desi-

10

SAN00828380

08/27/98    13:21    HEIDEN & HOIBERG + 43500001                    NR.570    11

9

red pre-set dosage. A subsequent dosage of medication will be set in exactly the
same manner as described above. However, for such a subsequent dosage, the rod
element 7 and the stopper 4 will be in a partly advanced position as starting point.
Dose setting and injections can be carried out until all of the medication has been
used.

SAN00828381

06/07/98    13:01    HEIDEN & HOIBERG → 43500001                    NR.570    12

10

## Claims:

1. A medication delivery device comprising a cartridge assembly, a dosing assembly and optionally a needle assembly,

   said cartridge assembly having one end sealed with a pierceable sealing, said end of the cartridge assembly comprising coupling means for engaging a needle assembly, and another end comprising coupling means for engaging the dosing assembly, said cartridge assembly further comprising a cartridge wherein at least one of the coupling means of said cartridge assembly is unitarily moulded with the cartridge, the cartridge further comprising a stopper adapted to receive plunger means, and

   said dosing assembly comprising plunger means having coupling means for engaging the cartridge, and said plunger means is adapted to engage the stopper of the cartridge when the dosing assembly is coupled to the cartridge.

2. A medication delivery device according to claim 1, wherein all the coupling means of the cartridge assembly are unitarily moulded with the cartridge.

3. A medication delivery device according to claim 1 or 2, wherein at least one coupling means of the cartridge is an external coupling.

4. A medication delivery device according to any of the preceding claims, wherein at least one coupling means of the cartridge is a threaded coupling.

5. A medication delivery device according to any of the preceding claims, wherein the cartridge is moulded of a plastic material.

6. A medication delivery device according to any of the preceding claims, wherein the cartridge is at least partly transparent.

7. A medication delivery device according to any of the preceding claims, wherein reinforcements of the cartridge wall are integrally moulded with the cartridge.

12

SAN00828382

08/07/98    13:01    HEIDEN & HOIBERG + 43528281                                    NR.570    13

11

8. A medication delivery device according to any of the preceding claims, wherein the cartridge further comprises a cartridge housing.

5   9. A medication delivery device according to any of the preceding claims, wherein the cartridge further comprise a scale.

10. A medication delivery device according to any of the preceding claims, wherein the cross-section of the cartridge is non-circular.

10

11. A medication delivery device according to any of the preceding claims, wherein the coupling means of the cartridge are opposed each other.

12. A cartridge assembly for use in a medication delivery device, said cartridge as-
15   sembly having one end sealed with a pierceable sealing, said end of the car-
tridge assembly comprising coupling means for engaging a needle assembly,
and another end comprising coupling means for engaging the dosing assembly,
said cartridge assembly further comprising a cartridge wherein at least one of
the coupling means of said cartridge assembly is unitarily moulded with the car-
20   tridge, said cartridge further comprising a stopper.

13. A cartridge assembly according to claim 12, wherein all the coupling means of the cartridge are unitarily moulded with the cartridge.

25   14. A cartridge assembly according to claim 12 or 13, wherein at least one coupling means of the cartridge is an external coupling.

15. A cartridge assembly according to any of the claims 12-14, wherein at least one coupling means of the cartridge is a threaded coupling.

30

16. A cartridge assembly according to any of the claims 12-15, wherein the cartridge is moulded of a plastic material.

17. A cartridge assembly according to any of the preceding 12-16, wherein the car-
35   tridge is at least partly transparent.

13

SAN00828383

12

18. A cartridge assembly according to any of the claims 12-17, wherein reinforce-
ments of the cartridge wall are integrally moulded with the cartridge.

5    19. A cartridge assembly according to any of the claims 12-18, wherein the cartridge
further comprises a cartridge housing.

20. A cartridge assembly according to any of the claims 12-19, wherein the cartridge
further comprise a scale.

10   21. A cartridge assembly according to any of the claims 12-20, wherein the cross-
section of the cartridge is non-circular.

22. A cartridge assembly according to any of the claims 12-21, wherein the coupling
16   means of the cartridge are opposed each other.

23. A cartridge assembly according to any of the claims 12-22, which is filled with
medicine.

14

SAN00828384

00/07/98    13:01    HEIDEN & HOIBERG → 43500001                    NR.570    15

1/2



Fig. 1

15

SAN00828385

08/07/98    13:01    HEIDEN & HOIBERG → 43508001                    NR.578    16

2 / 2



Fig. 2 a



Fig. 2 b



Fig. 3

SAN00828386



Form PTO-1625
(Rev. 5/95)

SCAN IT
01

(FACE)

SAN00762588



PATENT APPLICATION

60098702

CONTENTS

Received
or
Mailed

Application _____ papers.

2. _____    7/26/05

3. Request for access    7/18-06

4.

11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.
32.

(FRONT)

SAN00762589

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | | |
| EXAMINER | | 9/30/98 |
| TYPIST | | |
| VERIFIER | | |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT | | |
| DRAFTING | | |

(LEFT INSIDE)

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

09/02/1994 BMYNE    00000004 141447  60098782
01 FC:114          190.00 CH

PTO-1556
(5/87)

SAN00762591

ABSTRACT IS MISSING IN THE FILE.


SORRY FOR THE INCONVENIENCE.

SAN00762592

5687.003-US                                            1

The present invention relates to a medication delivery device having a cartridge and
a dosing assembly coupled together for delivering selected doses of medication,
wherein at least one of the coupling means of the cartridge is unitarily moulded with
5    the cartridge.

Background

Some medication, such as insulin is self-administered. The typical diabetes patient
10   will require injections of insulin several times during the day. The required insulin
dose will vary from patient to patient, and will for each patient often also vary during
the day. Each patient will often establish a regimen for the insulin administration
adjusted to his or her insulin need as well as lifestyle. Medication delivery pens have
been developed to facilitate the self-administration of medication, such as insulin.

15

One prior art medication delivery pen includes a pen body assembly comprising a
medication cartridge and a plunger device. A needle assembly may be connected to
the pen body assembly. The medication is delivered by moving or pressing a
plunger in the direction of the needle assembly thereby delivering the medication.
20   When the medication in the cartridge is exhausted the pen body assembly is dis-
carded. Depending on the medication needs for each individual the medication in
the cartridge will last for several days. During this period the needle assembly will
often have to be displaced by a new assembly or new needle due to increasing
bluntness of the needle making injections painful for the patient.

25

More recent developments have revealed medication delivery pens, wherein the
cartridge holder assembly can be disassembled from the pen body assembly after
the medication therein has been exhausted, discarded and replaced by a new medi-
cine-containing cartridge assembly.

30

An example of this is shown in EP 0 688 571 disclosing a medication delivery pen
having a reusable pen body assembly and a disposable cartridge assembly that are
threadedly engageable with one another. The cartridge assembly comprises a car-
tridge, a cartridge housing, a cap between the distal end of the cartridge and the
35   housing, securing the cartridge in the housing and being adapted for engagement

SAN00762593

2

with a needle assembly. Furthermore, the cartridge comprises a plunger within the cartridge. The reusable pen body assembly is coupled through a threaded coupling to the cartridge housing. Thus, the total number of parts comprising the prior art cartridge assembly is high.

5

It is an object of the present invention to provide a medicaiton delivery device wherein the amount of parts of the cartridge is minimised.

## Summary of the invention

10

Accordingly, the present invention relates to a medication delivery device comprising a cartridge assembly, a dosing assembly and optionally a needle assembly,

15  said cartridge assembly having one end sealed with a pierceable sealing, said end of the cartridge assembly comprising coupling means for engaging a needle assembly, and another end comprising coupling means for engaging the dosing assembly, said cartridge assembly further comprising a cartridge wherein at least one of the coupling means of said cartridge assembly is unitarily moulded with the cartridge, the cartridge further comprising a stopper adapted to receive

20  plunger means, and

said dosing assembly comprising plunger means has coupling means for engaging the cartridge assembly, and said plunger means is adapted to engage the stopper of the cartridge when the dosing assembly is coupled to the cartridge.

25  tridge.

The above-described medication delivery device has fewer parts that the prior art devices because at least one coupling means is moulded unitarily with the cartridge. Thereby the costs involved in the production and assembling of the device are re-

30  duced, and the device is more economical, which is an important feature for a disposable device.

The medical delivering device may either be manufactured as a disposable device which is sold pre-filled with the insulin or it may appear as a durable medical deliv-

35  ering device so designed that it can receive disposable cartridges with insulin.

SAN00762594

3

In a preferred embodiment the dosing assembly is reusable and the cartridge as-
sembly is disposable, and accordingly, a second aspect of the present invention is a
5   medication delivery device wherein the dosing assembly is releasably coupled to the
cartridge assembly.

The medication delivery device is preferably constructed as to secure that the
plunger means abuts on the stopper during use of the device, such as attaching and
10  releasing the needle assembly. It is understood that the plunger means must disen-
gage the stopper when the cartridge assembly is deliberately released from a reus-
able dosing assembly because the medication in the cartridge has been exhausted
and the cartridge assembly is to be discarded. In this situation the plunger means is
to be retracted to the dosing assembly before assembling the device with a new
15  cartridge assembly.

Securing the abutment of the plunger means on the stopper during use of the medi-
cation delivery device, in particular when the needle assembly is coupled to and/or
decoupled from the cartridge assembly, may be carried out by a variety of means. In
20  a preferred embodiment the abutment is secured by preventing the cartridge as-
sembly from being inadvertently released from the dosing assembly.

In particular, when the cartridge assembly is released from the dosing assembly
through a movement including an axial movement, such as through a threaded cou-
25  pling, it is preferred that the means for releasably coupling the needle assembly and
the cartridge assembly together are such that the coupling and/or decoupling of the
needle assembly cannot cause an axial movement of the cartridge assembly with
respect to the dosing assembly. Thus, in that respect examples of the preferred
couplings between the needle assembly and the cartridge assembly include releas-
30  able snap locks. Another preferred embodiment includes a safety on the coupling
between the dosing assembly and the cartridge assembly, such as hinge on the
coupling or a threaded coupling releasable only after exerting an axial pressure on
the coupling.

4

A second aspect of the present invention is a cartridge assembly for use in a medi-
cation delivery device, said cartridge assembly having one end sealed with a pier-
ceable sealing, said end of the cartridge assembly comprising coupling means for
engaging a needle assembly, and another end comprising coupling means for en-
5  gaging the dosing assembly, said cartridge assembly further comprising a cartridge
wherein at least one of the coupling means of said cartridge assembly is unitarily
moulded with the cartridge, said cartridge further comprising a stopper.

The cartridge assembly may further comprise a cartridge housing for protecting the
10  cartridge in use. Furthermore, when the cartridge is moulded unitarily with one cou-
pling means the cartridge housing may comprise the other coupling means. Ac-
cordingly, in one embodiment of the invention the housing of the cartridge assembly
comprises coupling means for coupling the cartridge assembly to the dosing as-
sembly, preferably the coupling means is moulded unitarily with the housing. The
15  cartridge is arranged within the cartridge housing. The cartridge housing may be
non-releasably attached to the cartridge, once the cartridge is arranged in the
housing, whereby the housing is disposed with the cartridge. In another embodiment
the housing is reusable and the cartridge is arranged releasably in the housing.

20  In a preferred embodiment all the coupling means of the cartridge assembly are
unitarily moulded with the cartridge. Thereby, it is possible to construct the cartridge
assembly without the housing providing a cartridge assembly with even fewer parts.

The coupling means of the cartridge assembly may be for any suitable coupling,
25  preferably a releasable coupling. Examples of the coupling are snap locks, such as
snap locks with guidewire and sideways snap locks, snap locks released through
threads, bajonet locks, luer locks, hinged locks, threaded locks and any suitable
combinations thereof.

30  The coupling means unitarily moulded with the cartridge are preferably external
coupling means, such as an external threaded coupling.

The cartridge may be moulded from any material suitable for medical containers.
The cartridge is preferably moulded from a plastic material, e.g. by injection mould-
35  ing. A suitable choice of material allows the cartridge to be at least partly transpar-

SAN00762596

5

ent, whereby the user can see whether liquid is left in the cartridge. In a preferred embodiment the cartridge is totally transparent giving the user a greater possibility of inspecting the content of the cartridge.

5      By using a plastic material as compared to the usual glass material a great advantage is achieved in the production lines. Normally a significant quantity of the produced glass cartridges will be spoiled in the lines due to breakage, however the loss is greatly reduced by the use of plastic cartridges. Furthermore, the risk of small loose glass particles in the cartridges have been eliminated.

10

The cartridge may be of any suitable form, such as a cylinder. The cylinder may be constructed with various combinations of circular or non-circular inner and outer cross-section. In another embodiment the cartridge may be box-shaped having essentially rectangular or triangular cross-section.

15

The stopper is in sliding fluid tight engagement in the cartridge. The stopper is preferably made of plastic and/or rubber material.

The flexibility of the cartridge wall is not critical, however if the cartridge is too flexi-
20    ble the function of the stopper may be impaired. Mostly, the cartridge is made of a material only slightly flexible to non-flexible.

In order to enforce and strengthen the cartridge wall the cartridge may be integrally moulded with reinforcements. Thereby, the necessity of a protective housing may be
25    obviated. Furthermore, a scale may be integrally moulded with the cartridge wall providing the user with a measure for the medication used and left.

In a most preferred embodiment the cartridge assembly is comprised only of a cartridge being sealed in one end with a sealing, being unitarily moulded with all cou-
30    plings means and comprising a stopper.

In a cylindrical cartridge the two couplings of the cartridge assembly are generally opposing each other. However, the coupling for engaging with the dosing assembly being separate from coupling for engaging the needle assembly may be arranged in
35    any angle with respect to the latter coupling.

6

Another aspect of the present invention is a cartridge being at least partly filled with liquid medication, such as insulin.

5    **Drawings**

Fig. 1 is an exploded perspective view of the medication delivery device.

Fig. 2 is a cross-sectional view showing part of the medication delivery device, 2a immediately after assembling before the first injection, and 2b after some time of use.

Fig. 3 is a cross-sectional view showing the cartridge before assembling of the medication delivery device.

15    **Detailed description of the invention**

A medication delivery device in accordance with the present invention is identified generally by the numeral 20 in Fig. 1 and 2. Medication delivery device 20 includes a dosing assembly 6, and cartridge assembly 1, a needle assembly 16 and a cap 14.

The dosing assembly 6 is illustrated in Fig. 1 and 2. It is understood, however, that the dosing assembly 6 according to the invention may be any suitable dosing unit including plunger means, and accordingly, that variations from the depicted embodiment may be provided, and are considered to be within the scope of this invention. In the depicted embodiment the dosing assembly 6 includes a cylindrical housing surrounding the plunger means 17 of the dosing unit and having opposed proximal and distal ends.

In one aspect of the invention the plunger means comprises a rod element 7 which is adapted to engage the stopper 4 of the cartridge assembly 1. The rod element 7 advances axially into the cartridge 5 during injections. The dosing assembly may have any suitable driving means for advancing the rod element 7.

SAN00762598

7

The dosing unit 6 preferably also comprises scale means 10 indicating the dosing quantity selected by activating the dose setting means 9 for defining specified se-lected doses of medication to be delivered. The selected dose may be delivered by actuating the actuator button 18. The actuator button is part of the driving means of

5     the dosing assembly exerting its force on the rod element 7.

The dosing assembly further comprises coupling means 8 adapted for engagement with the cartridge assembly. The coupling means 8 may be internal or external cou-plings. In a preferred embodiment the coupling 8 is an internal coupling.

10

The cartridge assembly 1 is illustrated in Fig. 1 and 2, and in greater detail in Fig. 3. In Fig. 1 cartridge assembly 1 includes a moulded cartridge 5 extending from proxi-mal end 21 to distal end 22.

15     At the distal end 22 of the cartridge assembly 1 is provided coupling means 2 for releasably mounting a needle assembly 11. At the proximal end 21 of the cartridge assembly 1 is provided coupling means 3 for mounting a dosing assembly 6. The coupling means are as described above.

20     Cartridge 5 also comprises a stopper 4 in sliding fluid tight engagement within said cartridge 5. The stopper 4 is adapted to receive the plunger means, such as a rod element 7 of the dosing assembly 6. The rod element 7 is adapted to exert an axial movement of the stopper 4 towards the sealed end 22 of the cartridge 5.

25     The cartridge assembly 1 may further comprise a housing for protecting some or all of the cartridge 5. When the cartridge assembly 1 includes a housing, one of the couplings 2, 3 of the cartridge may be moulded unitarily with the housing.

Instead of the protective housing the cartridge 5 may have integrally moulded rein-
30     forcements of the cartridge wall.

The depicted cartridge 5 is cylindrical having couplings 2, 3 at opposed ends. How-
ever, the cartridge may obtain any suitable form and the cross-section may be cir-
cular or non-circular, such as substantially triangular or oval.

35

SAN00762599

8

The device according to the invention may include a protective cap 14 that is re-
movably mounted over the cartridge assembly 1 and/or the needle 11 and which is
removed before injection of the medication in the cartridge 5. The cap further en-
sures that the content of the cartridge is protected against sunlight.

5

Referring to Fig. 3 the coupling means of the cartridge are shown in greater detail.
The coupling means 3 is an external thread, whereas the coupling means 2 is a re-
cess for a snap lock of the needle assembly. Both coupling means are moulded
unitarily with the cartridge.

10

The various parts of the medication delivery device are advantageously made of
plastics, e.g. by injection moulding.

15     The medication delivery device 20 may further comprise any appropriate needle
assembly 11, such as a double ended needle 13 having opposed proximal and dis-
tal points and a lumen extending axially therebetween.

A mounting hub 12 is engaged on the needle 13 and is removably connected to the
coupling means 2 at the needle end of the cartridge assembly. The relative location
20     of the mounting hub 12 ensures that the proximal point of the needle 13 will pierce
the sealing when the mounting hub 12 is engaged with the coupling means 2 on the
cartridge assembly 1.

The needle assembly 11 may further comprise a removable shield or cap 16 for
25     protecting against accidental needle sticks.

The device according to the invention is suitable for delivering pre-set dosages of
insulin, it is however understood that the device is suitable for the injection of pre-set
dosages of other liquids.

30

In use the user will set the dose by means of the dose setting means 9. Before acti-
vating the actuator button 18 the cap 14 must be removed from the cartridge as-
sembly 1 whereby the device 20 is prepared for an injection. The injection is ef-
fected by activating the actuator button 18, which again will effect the stopper 4 to
35     be moved towards the sealed end 22 of the cartridge 5, thereby delivering the desi-

SAN00762600

9

red pre-set dosage. A subsequent dosage of medication will be set in exactly the same manner as described above. However, for such a subsequent dosage, the rod element 7 and the stopper 4 will be in a partly advanced position as starting point. Dose setting and injections can be carried out until all of the medication has been

5      used.

SAN00762601

10

Claims:

1. A medication delivery device comprising a cartridge assembly, a dosing assem-
5      bly and optionally a needle assembly,

said cartridge assembly having one end sealed with a pierceable sealing, said
end of the cartridge assembly comprising coupling means for engaging a needle
assembly, and another end comprising coupling means for engaging the dosing
10     assembly, said cartridge assembly further comprising a cartridge wherein at
least one of the coupling means of said cartridge assembly is unitarily moulded
with the cartridge, the cartridge further comprising a stopper adapted to receive
plunger means, and

15     said dosing assembly comprising plunger means having coupling means for en-
gaging the cartridge, and said plunger means is adapted to engage the stopper
of the cartridge when the dosing assembly is coupled to the cartridge.

2. A medication delivery device according to claim 1, wherein all the coupling
20     means of the cartridge assembly are unitarily moulded with the cartridge.

3. A medication delivery device according to claim 1 or 2, wherein at least one
coupling means of the cartridge is an external coupling.

25   4. A medication delivery device according to any of the preceding claims, wherein
at least one coupling means of the cartridge is a threaded coupling.

5. A medication delivery device according to any of the preceding claims, wherein
the cartridge is moulded of a plastic material.
30

6. A medication delivery device according to any of the preceding claims, wherein
the cartridge is at least partly transparent.

7. A medication delivery device according to any of the preceding claims, wherein
35     reinforcements of the cartridge wall are integrally moulded with the cartridge.

SAN00762602

11

8. A medication delivery device according to any of the preceding claims, wherein the cartridge further comprises a cartridge housing.

9. A medication delivery device according to any of the preceding claims, wherein the cartridge further comprise a scale.

10. A medication delivery device according to any of the preceding claims, wherein the cross-section of the cartridge is non-circular.

11. A medication delivery device according to any of the preceding claims, wherein the coupling means of the cartridge are opposed each other.

12. A cartridge assembly for use in a medication delivery device, said cartridge assembly having one end sealed with a pierceable sealing, said end of the cartridge assembly comprising coupling means for engaging a needle assembly, and another end comprising coupling means for engaging the dosing assembly, said cartridge assembly further comprising a cartridge wherein at least one of the coupling means of said cartridge assembly is unitarily moulded with the cartridge, said cartridge further comprising a stopper.

13. A cartridge assembly according to claim 12, wherein all the coupling means of the cartridge are unitarily moulded with the cartridge.

14. A cartridge assembly according to claim 12 or 13, wherein at least one coupling means of the cartridge is an external coupling.

15. A cartridge assembly according to any of the claims 12-14, wherein at least one coupling means of the cartridge is a threaded coupling.

16. A cartridge assembly according to any of the claims 12-15, wherein the cartridge is moulded of a plastic material.

17. A cartridge assembly according to any of the preceding 12-16, wherein the cartridge is at least partly transparent.

12

18. A cartridge assembly according to any of the claims 12-17, wherein reinforce-ments of the cartridge wall are integrally moulded with the cartridge.

5    19. A cartridge assembly according to any of the claims 12-18, wherein the cartridge further comprises a cartridge housing.

20. A cartridge assembly according to any of the claims 12-19, wherein the cartridge further comprise a scale.

10    21. A cartridge assembly according to any of the claims 12-20, wherein the cross-section of the cartridge is non-circular.

22. A cartridge assembly according to any of the claims 12-21, wherein the coupling
15    means of the cartridge are opposed each other.

23. A cartridge assembly according to any of the claims 12-22, which is filled with medicine.

SAN00762604

Attorney Docket No.: 5637.003-US                                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

### FILING UNDER 37 C.F.R. §1.53(c)

Assistant Commissioner for Patents
Washington, DC 20231

Express Mail Label No. TB265589918US
Date of Deposit September 1, 1998

Sir:

This is a request for filing a **Provisional** application under 37 C.F.R. §1.53(c), of the inventors:

Thomas **BUCH-RASMUSSEN**, a citizen of Denmark residing at Dalvej 28, DK-2820 Gentofte, Denmark;

Benny **MUNK**, a citizen of Denmark, residing at Baeverskov Alle 52, DK-2720 Vanlose, Denmark;

Jens Ulrik **POULSEN**, a citizen of Denmark, residing at Virumgade 54 C, DK-2830 Virum, Denmark;

Henrik **LJUNGREEN**, a citizen of Denmark, residing at Jonstrupvej 244 A, DK-2750 Ballerup, Denmark;

Peter Moller **JENSEN**, a citizen of Denmark, residing at Svenstrupvej 6, DK-2970 Horsholm, Denmark; and

Jens Moller **JENSEN**, a citizen of Denmark, residing at Nyhavn 37, DK-1051 Kobenhavn K, Denmark.

for application entitled: "**MEDICAL DEVICE**".

The provisional application contains:

_12_ pages of specification

_2_ sheets of drawings

Address all future communications to Steve T. Zelson, Esq., Novo Nordisk of North America, Inc., 405 Lexington Avenue, Suite 6400, New York, NY 10174-6401.

SAN00762605

Please charge the required fee, estimated to be $150, to Novo Nordisk of North America, Inc., Deposit Account No. 14-1447.  A duplicate of this sheet is enclosed.

Respectfully submitted,

Date:  September 1, 1998

*Carol E. Rozek*

Carol E. Rozek, Reg. No. 36,993
Novo Nordisk of North America, Inc.
405 Lexington Avenue, Suite 6400
New York, NY  10174-6401
(212) 867-0123

SAN00762606

1 / 2



Fig. 1

SAN00762607

2 / 2



Fig. 2 a





Fig. 2 b



Fig. 3

SAN00762608

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 60/098,702 PROVISIONAL | 09/01/98 | | 0000 | 5637.003-US |

APPLICANT

THOMAS BUCH-RASMUSSEN, GENTOFTE, DENMARK; HUNK BENNY, VANLOSE, DENMARK;
HENRIK LJUNGREEN, BALLERUP, DENMARK; PETER M. JENSEN, HORSHOLM, DENMARK;
JENS M. JENSEN, KOBENHAVN K, DENMARK.


**CONTINUING DOMESTIC DATA*********************
VERIFIED


**371 (NAT'L STAGE) DATA*********************
VERIFIED


**FOREIGN APPLICATIONS************
VERIFIED


IF REQUIRED, FOREIGN FILING LICENSE GRANTED 07/26/99

| Foreign Priority claimed ☐yes ☐no | | STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met. ☐yes ☐no ☐Met after Allowance | | DKK | 2 | | |
| Verified and Acknowledged    Examiner's initials | | | | | |

ADDRESS

NOVO NORDISK OF NORTH AMERICA INC
405 LEXINGTON AVENUE STE 6400
NEW YORK NY 10017

TITLE

MEDICAL DEVICE

| FILING FEE RECEIVED | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT NO. _____ for the following: | ☐ All Fees |
|---|---|---|
| $150 | | ☐ 1.16 Fees (Filing) ☐ 1.17 Fees (Processing Ext. of time) ☐ 1.18 Fees (Issue) ☐ Other _____ ☐ Credit |

SAN00762609

A |prov

Attorney Docket No.: 5637.003-US                                          PATENT

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

## EXPRESS MAIL CERTIFICATE

Assistant Commissioner for Patents
Washington, DC 20231

Re: U.S. Provisional Application for
"Medical Device"
Applicants: Buch-Rasmussen et al.

Sir:

Express Mail Label No. TB265589918US

Date of Deposit September 1, 1998

        I hereby certify that the following attached paper(s) or fee

      1. Filing Under 37 C.F.R. §1.53(c) (in duplicate)
      2. Provisional Application

are being deposited with the United States Postal Service "Express Mail Post Office to
Addressee" under 37 C.F.R. 1.10 on the date indicated above and is addressed to the
Commissioner of Patents and Trademarks, Washington, DC 20231.

                  Miriam Kelly
                (Name of person mailing paper(s) or fee)

                (Signature of person mailing paper(s) or fee)

Mailing Address:

Novo Nordisk of North America, Inc.
405 Lexington Avenue, Suite 6400
New York, NY 10017
(212) 867-0123

SAN00762610

*Receipt*

Attorney Docket No.: 5637.003-US

PATENT #2

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Buch-Rasmussen et al.

Serial No.: 60/098,702                     Group Art Unit: to be assigned

Filed: September 1, 1998               Examiner: to be assigned

For: Medical Device

## REQUEST FOR CORRECTED FILING RECEIPT

Assistant Commissioner for Patents
Washington, DC  20231

Sir:

    Applicant filed the above-captioned application on September 1, 1998.

    The filing receipt received by Applicant incorrectly indicated that the filing date
is **09/10/98**. A copy of the filing receipt is attached to this request.

    Applicant therefore requests the issuance of a corrected filing receipt with
revised filing date to **09/01/98**.

    Applicant submits that the error was the fault of the USPTO. Therefore, a fee
for this service is not required.

                      Respectfully submitted,

Date:  June 25, 1999

Carol E. Rozek, Reg. No. 36,993
Novo Nordisk of North America, Inc.
405 Lexington Avenue, Suite 6400
New York, NY  10174-6401
(212) 867-0123

SAN00762611

Attorney Docket No.: 5637.003-US                                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Buch-Rasmussen et al.

Serial No.: 60/098,702                    Group Art Unit: to be assigned

Filed: September 1, 1998                   Examiner: to be assigned

For: Medical Device

### CERTIFICATE OF MAILING UNDER 37 CFR 1.8(a)

Assistant Commissioner for Patents
Washington, DC 20231

Sir:

        I hereby certify that the attached correspondence comprising:

    1.   Request for Corrected Filing Receipt
    2.   Copy of Filing Receipt

is being deposited with the United States Postal Service as first class mail in an envelope
addressed to:

        Commissioner of Patents and Trademarks
        Washington, DC 20231

on June 25, 1999.

        Miriam Kelly
        (name of person mailing paper)

        (signature of person mailing paper)

SAN00762612

RECEIVED
OCT 28 1998

TO-103P
(ev. 8-98) PROVISIONAL APPLICATION
FILING RECEIPT

UNITED STATE  E  ARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D C  20231

| APPLICATION NUMBER | FILING DATE | FIL FEE REC'D | ATTO  EY DOCKET NO. | DRWGS |
|---|---|---|---|---|
| 60/098,792 | 09/10/98 | $150.00 | 5637.003-US | 2 |

NOVO NORDISK OF NORTH AMERICA INC
405 LEXINGTON AVENUE STE 6400
NEW YORK NY 10017

Receipt is acknowledged of this Provisional Application. (The Provisional Application will not be examined for patentability. Be sure to provide
the PROVISIONAL APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application.
Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error
is noted on this Filing Receipt, please write to Box Provisional Application within 10 days of receipt. Please provide a copy of the
Provisional Application Filing Receipt with the changes noted thereon. This Provisional Application will automatically be abandoned twelve (12) months
after its filing date and will not be subject to revival to restore it to pending status beyond a date which is after twelve (12) months from its filing date.

Applicant(s)    THOMAS BUCH-RASMUSSEN, GENTOFTE, DENMARK; MUNK BENNY,
VANLOSE, DENMARK; HENRIK LJUNGREEN, BALLERUP, DENMARK;
PETER M. JENSEN, HORSHOLM, DENMARK; JENS M. JENSEN,
KOBENHAVN K, DENMARK.

TITLE
MEDICAL DEVICE

9/1/98

(see reverse)

SAN00762613

PTO/SB/68 (08-03)
Approved for use through 7/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN ABANDONED APPLICATION UNDER 37 CFR 1.14

|  | In re Application of |
|---|---|
| Bring completed form to:<br>File Information Unit<br>Crystal Plaza Three, Room 1D01<br>2021 South Clark Place<br>Arlington, VA<br>Telephone: (703) 308-2733 | Application Number: 60-098702  Filed: 9-1-98<br><br>Paper No.: #3 |

I hereby request access under 37 CFR 1.14(a)(1)(iv) to the application file record of the above-identified ABANDONED application, which is identified in, or to which a benefit is claimed, in the following document (as shown in the attachment):

United States Patent Application Publication No. _____, page, _____ line _____

United States Patent Number 6562011, column _____, line, _____ or

WIPO Pub. No. _____, page _____, line _____

**Related Information about Access to Pending Applications (37 CFR 1.14):**
Direct access to pending applications is not available to the public (see 37 CFR 1.14(a) if applicant) but copies may be available and may be purchased from the Office of Public Records upon payment of the appropriate fee (37 CFR 1.19(b)), as follows:
For published applications that are still pending, a member of the public may obtain a copy of:
    the file contents;
    the pending application as originally filed; or
    any document in the file of the pending application.
For unpublished applications that are still pending:
(1)  If the benefit of the pending application is claimed under 35 U.S.C. 119(e), 120, 121, or 365 in another application that has: (a) issued as a U.S. patent, or (b) published as a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
    the file contents;
    the pending application as originally filed; or
    any document in the file of the pending application.
(2)  If the application is incorporated by reference or otherwise identified in a U.S. patent, a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
    the pending application as originally filed.

| | |
|---|---|
| *Darlene Jones*<br>Signature | 7/18/06<br>Date |
| Darlene Jones<br>Typed or printed name | **RECEIVED**<br>Approved by JUL 18 2006 (initials) Dec<br>Unit: File Information Unit |
| 7) 418-0330<br>Telephone Number | |

Registration Number, if applicable

This collection of information is required by 37 CFR 1.14. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. BRING TO: File Information Unit, Crystal Plaza Three, Room 1D01, 2021 South Clark Place, Arlington, VA.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

SAN00762614

US006562011B1

#3

(12) **United States Patent**
Buch-Rasmussen et al.

(10) Patent No.: **US 6,562,011 B1**
(45) Date of Patent: **May 13, 2003**

(54) MEDICATION DELIVERY DEVICE

(75) Inventors: Thomas Buch-Rasmussen, Gentofte (DK); Benny Munk, Hvidovre (DK); Jens Ulrik Poulsen, Virum (DK); Henrik Ljunggreen, Ballerup (DK); Peter Møller Jensen, Herskind (DK); Jens Møller Jensen, Copenhagen (DK)

(73) Assignee: Novo Nordisk A/S, Bagsvaerd (DK)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/348,534

(22) Filed: Jul. 7, 1999

Related U.S. Application Data

(60) Provisional application No. 60/098,703, filed on Sep. 1, 1998.

(30) Foreign Application Priority Data

Jul. 8, 1998 (DK) .................................... 1998 00909
Nov. 17, 1998 (DK) .................................... 1998 01500

(51) Int. Cl.⁷ .................................... A61M 5/00
(52) U.S. Cl. .................................... 604/232
(58) Field of Search .................... 604/200–201, 604/228, 232–234

(56) References Cited

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,597,753 A | * | 7/1986 | Turley | 604/88 |
| 4,865,591 A | * | 9/1989 | Sams | 604/186 |
| 4,936,833 A | * | 6/1990 | Sams | |
| 4,973,318 A | * | 11/1990 | Holm et al. | |
| 5,137,511 A | * | 8/1992 | Reynolds | 604/88 |
| 5,226,895 A | * | 7/1993 | Harris | |
| 5,364,369 A | * | 11/1994 | Reynolds | 604/87 |
| 5,549,575 A | | 8/1996 | Giambattista et al. | |
| 5,554,125 A | * | 9/1996 | Reynolds | 604/88 |
| 5,688,251 A | * | 11/1997 | Chanoch | |
| 6,146,361 A | * | 11/2000 | DiBiasi et al. | 604/232 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 686 571 | 12/1995 |
| WO | WO 94/21213 | 9/1994 |
| WO | WO 95/13842 | 5/1995 |
| WO | WO 96/02290 | 2/1996 |
| WO | WO 97/49620 | 12/1997 |

* cited by examiner

Primary Examiner—Brian L. Casler
Assistant Examiner—Kevin C. Sirmons
(74) Attorney, Agent, or Firm—Marc A. Began, Esq.; Richard W. Bork, Esq.; Reza Green, Esq.

(57) ABSTRACT

The present invention relates to a medication delivery device comprising a cartridge assembly, a dosing assembly and optionally a needle assembly. The cartridge assembly comprises a cartridge having a stopper adapted to receive a plunger means. Furthermore, the cartridge assembly has one end sealed with a pierceable sealing, said end comprising coupling means for engaging a needle assembly, and another end comprising coupling means for engaging the dosing assembly At least one of the coupling means of the cartridge assembly is unitarily moulded with the cartridge. The dosing assembly comprises a plunger means and has coupling means for engaging the cartridge assembly. The cartridge assembly and the dosing assembly are coupled together for delivering selected doses of medication. The cartridge is preferably moulded from a plastic material, such as a transparent material, and may be housed in a cartridge housing for protection of the cartridge. The coupling means may be selected from threaded locks, snap locks, hinged locks, or bajonet locks. The medication delivery device is especially suitable for delivering insulin, growth hormone or other medicines.

7 Claims, 2 Drawing Sheets







# Kongeriget Danmark

Patent application No.:     PA 1998 01500

Date of filing:             17 November 1998

Applicant:                  Novo Nordisk A/S
                            Novo Allé
                            DK-2880  Bagsværd

This is to certify the correctness of the following information:

The attached photocopy is a true copy of the following information:



-        The specification, claims and figures as filed with the application
         on the filing date indicated above.

Patent- og Varemærkestyrelsen
Økonomi- og Erhvervsministeriet

TAASTRUP  03 December 2002

Karin Schlichting
Head Clerk
PATENT- OG VAREMÆRKESTYRELSEN

SAN00828387

17/11/98    16:45    HEIDEN & HOIBERG → 43500001    NR.019    04

Modtaget PD
1 7 NOV. 1998

P 226 DK 1                                1

The present invention relates to a medication delivery device having a cartridge and
a dosing assembly coupled together for delivering selected doses of medication,
wherein at least one of the coupling means of the cartridge is unitarily moulded with
5    the cartridge.

Background

Some medication, such as insulin is self-administered. The typical diabetes patient
10   will require injections of insulin several times during the day. The required insulin
dose will vary from patient to patient, and will for each patient often also vary during
the day. Each patient will often establish a regimen for the insulin administration
adjusted to his or her insulin need as well as lifestyle. Medication delivery pens have
been developed to facilitate the self-administration of medication, such as insulin.

15

One prior art medication delivery pen includes a pen body assembly comprising a
medication cartridge and a plunger device. A needle assembly may be connected to
the pen body assembly. The medication is delivered by moving or pressing a
plunger in the direction of the needle assembly thereby delivering the medication.
20   When the medication in the cartridge is exhausted the pen body assembly is dis-
carded. Depending on the medication needs for each individual the medication in
the cartridge will last for several days. During this period the needle assembly will
often have to be displaced by a new assembly or new needle due to increasing
bluntness of the needle making injections painful for the patient.

25

More recent developments have revealed medication delivery pens, wherein the
cartridge holder assembly can be disassembled from the pen body assembly after
the medication therein has been exhausted, discarded and replaced by a new medi-
cine-containing cartridge assembly.

30

An example of this is shown in EP 0 688 571 disclosing a medication delivery pen
having a reusable pen body assembly and a disposable cartridge assembly that are
threadedly engageable with one another. The cartridge assembly comprises a car-
tridge, a cartridge housing, a cap between the distal end of the cartridge and the
35   housing, securing the cartridge in the housing and being adapted for engagement

7-11-98

4

17/11/98     15:45     HEIDEN & HOIBERG + 43508001                    NR.019     05

2

with a needle assembly. Furthermore, the cartridge comprises a plunger within the cartridge. The reusable pen body assembly is coupled through a threaded coupling to the cartridge housing. Thus, the total number of parts comprising the prior art cartridge assembly is high.

5      It is an object of the present invention to provide a medicaliton delivery device wherein the amount of parts of the cartridge is minimised.

Summary of the Invention

10     Accordingly, the present invention relates to a medication delivery device comprising a cartridge assembly, a dosing assembly and optionally a needle assembly,

15     said cartridge assembly having one end sealed with a pierceable sealing, said end of the cartridge assembly comprising coupling means for engaging a needle assembly, and another end comprising coupling means for engaging the dosing assembly, said cartridge assembly further comprising a cartridge wherein at least one of the coupling means of said cartridge assembly is unitarily moulded with the cartridge, the cartridge further comprising a stopper adapted to receive

20     plunger means, and

said dosing assembly comprising plunger means has coupling means for engaging the cartridge assembly, and said plunger means is adapted to engage the stopper of the cartridge when the dosing assembly is coupled to the car-

25     tridge.

The above-described medication delivery device has fewer parts that the prior art devices because at least one coupling means is moulded unitarily with the cartridge. Thereby the costs involved in the production and assembling of the device are re-

30     duced, and the device is more economical, which is an important feature for a disposable device.

The medical delivering device may either be manufactured as a disposable device which is sold pre-filled with the insulin or it may appear as a durable medical deliv-

35     ering device so designed that it can receive disposable cartridges with insulin.

5

SAN00828389

17/11/98    15:45    HEIDEN & HOIBERG + 43500001                              NR.019    06

3

In a preferred embodiment the dosing assembly is reusable and the cartridge as-
sembly is disposable, and accordingly, a second aspect of the present invention is a
5    medication delivery device wherein the dosing assembly is releasably coupled to the
cartridge assembly.

The medication delivery device is preferably constructed as to secure that the
plunger means abuts on the stopper during use of the device, such as attaching and
10    releasing the needle assembly. It is understood that the plunger means must disen-
gage the stopper when the cartridge assembly is deliberately released from a reus-
able dosing assembly because the medication in the cartridge has been exhausted
and the cartridge assembly is to be discarded. In this situation the plunger means is
to be retracted to the dosing assembly before assembling the device with a new
15    cartridge assembly.

Securing the abutment of the plunger means on the stopper during use of the medi-
cation delivery device, in particular when the needle assembly is coupled to and/or
decoupled from the cartridge assembly, may be carried out by a variety of means. In
20    a preferred embodiment the abutment is secured by preventing the cartridge as-
sembly from being inadvertently released from the dosing assembly.

In particular, when the cartridge assembly is released from the dosing assembly
through a movement including an axial movement, such as through a threaded cou-
25    pling, it is preferred that the means for releasably coupling the needle assembly and
the cartridge assembly together are such that the coupling and/or decoupling of the
needle assembly cannot cause an axial movement of the cartridge assembly with
respect to the dosing assembly. Thus, in that respect examples of the preferred
couplings between the needle assembly and the cartridge assembly include releas-
30    able snap locks. Another preferred embodiment includes a safety on the coupling
between the dosing assembly and the cartridge assembly, such as hinge on the
coupling or a threaded coupling releasable only after exerting an axial pressure on
the coupling.

6

SAN00828390

4

A second aspect of the present invention is a cartridge assembly for use in a medi-
cation delivery device, said cartridge assembly having one end sealed with a pier-
ceable sealing, said end of the cartridge assembly comprising coupling means for
engaging a needle assembly, and another end comprising coupling means for en-
5    gaging the dosing assembly, said cartridge assembly further comprising a cartridge
wherein at least one of the coupling means of said cartridge assembly is unitarily
moulded with the cartridge, said cartridge further comprising a stopper.

The cartridge assembly may further comprise a cartridge housing for protecting the
10   cartridge in use. Furthermore, when the cartridge is moulded unitarily with one cou-
pling means the cartridge housing may comprise the other coupling means. Ac-
cordingly, in one embodiment of the invention the housing of the cartridge assembly
comprises coupling means for coupling the cartridge assembly to the dosing as-
sembly, preferably the coupling means is moulded unitarily with the housing. The
15   cartridge is arranged within the cartridge housing. The cartridge housing may be
non-releasably attached to the cartridge, once the cartridge is arranged in the
housing, whereby the housing is disposed with the cartridge. In another embodiment
the housing is reusable and the cartridge is arranged releasably in the housing.

20   In a preferred embodiment all the coupling means of the cartridge assembly are
unitarily moulded with the cartridge. Thereby, it is possible to construct the cartridge
assembly without the housing providing a cartridge assembly with even fewer parts.

The coupling means of the cartridge assembly may be for any suitable coupling,
25   preferably a releasable coupling. Examples of the coupling are snap locks, such as
snap locks with guidewire and sideways snap locks, snap locks released through
threads, bajonet locks, luer locks, hinged locks, threaded locks and any suitable
combinations thereof.

30   The coupling means unitarily moulded with the cartridge are preferably external
coupling means, such as an external threaded coupling.

The cartridge may be moulded from any material suitable for medical containers.
The cartridge is preferably moulded from a plastic material, e.g. by injection mould-
35   ing. A suitable choice of material allows the cartridge to be at least partly transpar-

7

SAN00828391

5

ent, whereby the user can see whether liquid is left in the cartridge. In a preferred embodiment the cartridge is totally transparent giving the user a greater possibility of inspecting the content of the cartridge.

5   By using a plastic material as compared to the usual glass material a great advantage is achieved in the production lines. Normally a significant quantity of the produced glass cartridges will be spoiled in the lines due to breakage, however the loss is greatly reduced by the use of plastic cartridges. Furthermore, the risk of small loose glass particles in the cartridges have been eliminated.

10  The cartridge may be of any suitable form, such as a cylinder. The cylinder may be constructed with various combinations of circular or non-circular inner and outer cross-section. In another embodiment the cartridge may be box-shaped having essentially rectangular or triangular cross-section.

15  The stopper is in sliding fluid tight engagement in the cartridge. The stopper is preferably made of plastic and/or rubber material.

The flexibility of the cartridge wall is not critical, however if the cartridge is too flexible the function of the stopper may be impaired. Mostly, the cartridge is made of a
20  material only slightly flexible to non-flexible.

In order to enforce and strengthen the cartridge wall the cartridge may be integrally moulded with reinforcements. Thereby, the necessity of a protective housing may be obviated. Furthermore, a scale may be integrally moulded with the cartridge wall
25  providing the user with a measure for the medication used and left.

In a most preferred embodiment the cartridge assembly is comprised only of a cartridge being sealed in one end with a sealing, being unitarily moulded with all couplings means and comprising a stopper.
30

In a cylindrical cartridge the two couplings of the cartridge assembly are generally opposing each other. However, the coupling for engaging with the dosing assembly being separate from coupling for engaging the needle assembly may be arranged in
35  any angle with respect to the latter coupling.

8

SAN00828392

17/11/98     15:45     HEIDEN & HOIBERG + 43508001     NR.019     09

6

Another aspect of the present invention is a cartridge being at least partly filled with liquid medication, such as insulin.

5      In another embodiment the invention relates to a medication delivery device for transferring medication from the cartridge into a syringe with a needle. In this embodiment the coupling means for engaging the needle assembly may be replaced by coupling means for engaging the syringe, or coupling means for both may be provided. The coupling means may be a syringe holder, for example a cylinder coupled

10     to the cartridge comprising a central bore for receiving the syringe. The syringe is coupled to the cartridge having the needle piercing the sealing. By activation of the dosing means the metered amount of medication is driven into the syringe. The syringe is then ready for injection after being removed from the cartridge.

15     Drawings

Fig. 1 is an exploded perspective view of the medication delivery device.

Fig. 2 is a cross-sectional view showing part of the medication delivery device, 2a

20     immediately after assembling before the first injection, and 2b after some time of use.

Fig. 3 is a cross-sectional view showing the cartridge before assembling of the medication delivery device.

25     Detailed description of the invention

A medication delivery device in accordance with the present invention is identified generally by the numeral 20 in Fig. 1 and 2. Medication delivery device 20 includes

30     a dosing assembly 6, and cartridge assembly 1, a needle assembly 16 and a cap 14.

The dosing assembly 6 is illustrated in Fig. 1 and 2. It is understood, however, that the dosing assembly 6 according to the invention may be any suitable dosing unit

35     including plunger means, and accordingly, that variations from the depicted embodiment may be provided, and are considered to be within the scope of this inven-

9

SAN00828393

17/11/98    15:45    HEIDEN & HOIBERG + 43580001    NR.019    10

7

tion. In the depicted embodiment the dosing assembly 6 includes a cylindrical housing surrounding the plunger means 17 of the dosing unit and having opposed proximal and distal ends.

5    In one aspect of the invention the plunger means comprises a rod element 7 which is adapted to engage the stopper 4 of the cartridge assembly 1. The rod element 7 advances axially into the cartridge 5 during injections. The dosing assembly may have any suitable driving means for advancing the rod element 7.

10    The dosing unit 6 preferably also comprises scale means 10 indicating the dosing quantity selected by activating the dose setting means 9 for defining specified selected doses of medication to be delivered. The selected dose may be delivered by actuating the actuator button 18. The actuator button is part of the driving means of the dosing assembly exerting its force on the rod element 7.

15

The dosing assembly further comprises coupling means 8 adapted for engagement with the cartridge assembly. The coupling means 8 may be internal or external couplings. In a preferred embodiment the coupling 8 is an internal coupling.

20    The cartridge assembly 1 is illustrated in Fig. 1 and 2, and in greater detail in Fig. 3. In Fig. 1 cartridge assembly 1 includes a moulded cartridge 5 extending from proximal end 21 to distal end 22.

At the distal end 22 of the cartridge assembly 1 is provided coupling means 2 for
25    releasably mounting a needle assembly 11. At the proximal end 21 of the cartridge assembly 1 is provided coupling means 3 for mounting a dosing assembly 6. The coupling means are as described above.

Cartridge 5 also comprises a stopper 4 in sliding fluid tight engagement within said
30    cartridge 5. The stopper 4 is adapted to receive the plunger means, such as a rod element 7 of the dosing assembly 6. The rod element 7 is adapted to exert an axial movement of the stopper 4 towards the sealed end 22 of the cartridge 5.

10

SAN00828394

17/11/98    15:45    HEIDEN & HOIBERG + 43508001                    NR.019    11

8

The cartridge assembly 1 may further comprise a housing for protecting some or all of the cartridge 5. When the cartridge assembly 1 includes a housing, one of the couplings 2, 3 of the cartridge may be moulded unitarily with the housing.

5    Instead of the protective housing the cartridge 5 may have integrally moulded reinforcements of the cartridge wall.

The depicted cartridge 5 is cylindrical having couplings 2, 3 at opposed ends. However, the cartridge may obtain any suitable form and the cross-section may be cir-

10    cular or non-circular, such as substantially triangular or oval.

The device according to the invention may include a protective cap 14 that is removably mounted over the cartridge assembly 1 and/or the needle 11 and which is removed before injection of the medication in the cartridge 5. The cap further en-

15    sures that the content of the cartridge is protected against sunlight.

Referring to Fig. 3 the coupling means of the cartridge are shown in greater detail. The coupling means 3 is an external thread, whereas the coupling means 2 is a recess for a snap lock of the needle assembly. Both coupling means are moulded

20    unitarily with the cartridge.

The various parts of the medication delivery device are advantageously made of plastics, e.g. by injection moulding.

25    The medication delivery device 20 may further comprise any appropriate needle assembly 11, such as a double ended needle 13 having opposed proximal and distal points and a lumen extending axially therebetween.

A mounting hub 12 is engaged on the needle 13 and is removably connected to the

30    coupling means 2 at the needle end of the cartridge assembly. The relative location of the mounting hub 12 ensures that the proximal point of the needle 13 will pierce the sealing when the mounting hub 12 is engaged with the coupling means 2 on the cartridge assembly 1.

11

SAN00828395

17/11/98    15:45    HEIDEN & HOIBERG → 43588001                    NR.019    12

9

The needle assembly 11 may further comprise a removable shield or cap 15 for protecting against accidental needle sticks.

The device according to the invention is suitable for delivering pre-set dosages of insulin. It is however understood that the device is suitable for the injection of pre-set dosages of other liquids.

In use the user will set the dose by means of the dose setting means 9. Before activating the actuator button 18 the cap 14 must be removed from the cartridge assembly 1 whereby the device 20 is prepared for an injection. The injection is effected by activating the actuator button 18, which again will effect the stopper 4 to be moved towards the sealed end 22 of the cartridge 5, thereby delivering the desired pre-set dosage. A subsequent dosage of medication will be set in exactly the same manner as described above. However, for such a subsequent dosage, the rod element 7 and the stopper 4 will be in a partly advanced position as starting point. Dose setting and injections can be carried out until all of the medication has been used.

12

SAN00828396

17/11/98     15:45     HEIDEN & HOIBERG + 43500001                    NR.019    13

10

Claims:

1. A medication delivery device comprising a cartridge assembly, a dosing assem-
   bly and optionally a needle assembly,

   said cartridge assembly having one end sealed with a pierceable sealing, said
   end of the cartridge assembly comprising coupling means for engaging a needle
   assembly, and another end comprising coupling means for engaging the dosing
   assembly, said cartridge assembly further comprising a cartridge wherein at
   least one of the coupling means of said cartridge assembly is unitarily moulded
   with the cartridge, the cartridge further comprising a stopper adapted to receive
   plunger means, and

   said dosing assembly comprising plunger means having coupling means for en-
   gaging the cartridge, and said plunger means is adapted to engage the stopper
   of the cartridge when the dosing assembly is coupled to the cartridge.

2. A medication delivery device according to claim 1, wherein all the coupling
   means of the cartridge assembly are unitarily moulded with the cartridge.

3. A medication delivery device according to claim 1 or 2, wherein at least one
   coupling means of the cartridge is an external coupling.

4. A medication delivery device according to any of the preceding claims, wherein
   at least one coupling means of the cartridge is a threaded coupling.

5. A medication delivery device according to any of the preceding claims, wherein
   the cartridge is moulded of a plastic material.

6. A medication delivery device according to any of the preceding claims, wherein
   the cartridge is at least partly transparent.

7. A medication delivery device according to any of the preceding claims, wherein
   reinforcements of the cartridge wall are integrally moulded with the cartridge.

13

SAN00828397

11

8. A medication delivery device according to any of the preceding claims, wherein the cartridge further comprises a cartridge housing.

5      9. A medication delivery device according to any of the preceding claims, wherein the cartridge further comprise a scale.

10. A medication delivery device according to any of the preceding claims, wherein the cross-section of the cartridge is non-circular.

10

11. A medication delivery device according to any of the preceding claims, wherein the coupling means of the cartridge are opposed each other.

12. A cartridge assembly for use in a medication delivery device, said cartridge as-
15     sembly having one end sealed with a pierceable sealing, said end of the car-
tridge assembly comprising coupling means for engaging a needle assembly,
and another end comprising coupling means for engaging the dosing assembly,
said cartridge assembly further comprising a cartridge wherein at least one of
the coupling means of said cartridge assembly is unitarily moulded with the car-
20     tridge, said cartridge further comprising a stopper.

13. A cartridge assembly according to claim 12, wherein all the coupling means of
the cartridge are unitarily moulded with the cartridge.

25     14. A cartridge assembly according to claim 12 or 13, wherein at least one coupling
means of the cartridge is an external coupling.

15. A cartridge assembly according to any of the claims 12-14, wherein at least one
coupling means of the cartridge is a threaded coupling.

30

16. A cartridge assembly according to any of the claims 12-15, wherein the cartridge
is moulded of a plastic material.

17. A cartridge assembly according to any of the preceding 12-15, wherein the car-
35     tridge is at least partly transparent.

14

SAN00828398

17/11/98     15:45     HEIDEN & HOIBERG + 43506001                    NR.019     15

12

18. A cartridge assembly according to any of the claims 12-17, wherein reinforcements of the cartridge wall are integrally moulded with the cartridge.

5       19. A cartridge assembly according to any of the claims 12-18, wherein the cartridge further comprises a cartridge housing.

20. A cartridge assembly according to any of the claims 12-19, wherein the cartridge further comprise a scale.

10      21. A cartridge assembly according to any of the claims 12-20, wherein the cross-section of the cartridge is non-circular.

22. A cartridge assembly according to any of the claims 12-21, wherein the coupling

15      means of the cartridge are opposed each other.

23. A cartridge assembly according to any of the claims 12-22, which is filed with medicine.

15

SAN00828399

17/11/98    15:45    HEIDEN & HOIBERG → 43500001                    NR.019    16

Modtaget PD    1/2
17 NOV. 1998



Fig. 1

SAN00828400

17/11/98    15:45    HEIDEN & HOIBERG + 43588081                    NR.019    17

Modtaget PD

17 NOV. 1998                    2/2



Fig. 2 a



Fig. 2 b



Fig. 3

17

SAN00828401