# EXHIBIT J



US006146361A

# United States Patent [19]
## DiBiasi et al.

[11] Patent Number: 6,146,361
[45] Date of Patent: *Nov. 14, 2000

[54] **MEDICATION DELIVERY PEN HAVING A 31 GAUGE NEEDLE**

[75] Inventors: **Michael D. DiBiasi**, West Milford; **Elizabeth A. Harbin**, Wayne; **Robert E. West**, Morristown, all of N.J.

[73] Assignee: **Becton Dickinson and Company**, Franklin Lakes, N.J.

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

[21] Appl. No.: **08/721,368**

[22] Filed: **Sep. 26, 1996**

[51] Int. Cl.$^7$ ..................................................... **A61M 5/00**

[52] U.S. Cl. .......................................... **604/232**; 604/272

[58] Field of Search ..................................... 604/232, 233, 604/234, 272, 207, 208, 211, 187

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,313,439 | 2/1982 | Babb et al. | 128/214 |
| 4,552,561 | 11/1985 | Eckenhoff | 604/896 |
| 4,692,142 | 9/1987 | Dignam et al. | 604/117 |
| 4,894,054 | 1/1990 | Miskinyar | 604/136 |
| 4,917,670 | 4/1990 | Hurley et al. | 604/51 |
| 4,944,677 | 7/1990 | Alexandre | 433/165 |
| 4,969,884 | 11/1990 | Yum | 604/892 |
| 4,973,318 | 11/1990 | Holm | 604/208 |
| 5,015,235 | 5/1991 | Crossman | 604/117 |
| 5,151,093 | 9/1992 | Theeuwes et al. | 604/892 |
| 5,279,586 | 1/1994 | Balkwill | 604/232 X |
| 5,295,976 | 3/1994 | Harris | 604/211 |
| 5,374,256 | 12/1994 | Kriesel | 604/232 |
| 5,462,535 | 10/1995 | Bonnichsen et al. | 604/272 |
| 5,540,657 | 7/1996 | Kurjan et al. | 604/117 |
| 5,599,323 | 2/1997 | Bonnichsen et al. | 604/272 |
| 5,709,668 | 1/1998 | Wacks | 604/232 |
| 5,951,530 | 4/1999 | Steengaard et al. | 604/272 |
| 5,984,906 | 11/1999 | Bonnichsen et al. | 604/272 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 702 970 | 3/1996 | European Pat. Off. . |
| 3-275214 | 12/1991 | Japan . |
| 4-502877 | 5/1992 | Japan . |
| 6-86745 | 12/1994 | Japan . |
| WO90/07348 | 7/1990 | WIPO . |
| WO 92/17131 | 10/1992 | WIPO . |
| WO 93/00948 | 1/1993 | WIPO . |
| WO 93/07877 | 4/1993 | WIPO . |
| WO93/07922 | 4/1993 | WIPO . |
| WO95/12425 | 5/1995 | WIPO . |

OTHER PUBLICATIONS

Applied Radiology, Jun. 1994, vol. 23, No. 6., advertisement for Ranfac corporation.

The Journal of Pharmacology and Experimental Therapeutics, Dorothea E. Blandford et al., "Role of Vasopressin in Response to Intrarenal Infusions of Alpha–2 Adrenoceptor Agonists", vol. 255, No. 1 (1990).

The Journal of Pharmacology and Experimental Therapeutics, D.D. Smyth et al., Opposite Rank Order of Potency for Alpha–2 Adrenoceptor Agonists on Water and Solute Excretion in the Rat: Two Sites and/or Receptors; vol. 261, No. 3 (1992).

BMJ, "Insulin Injection Technique", Jonathan Thow, et al., vol. 301, Jul. 7, 1990.

Diabetes Care, Anders Frid, et al., "Effects of Accidental Intramuscular Injection on Insulin Absorption in IDDM", 1988, vol. 11, pp. 41–45.

Diabetic Medicine, J.C. Thow, et al., "Insulin Injection Site Tissue Depths and Localization of a Simulated Insulin Bolus Using a Novel Air Contrast Ultrasonographic Technique in Insulin Treated Diabetic Subjects", 1992, pp. 915–920.

(List continued on next page.)

Primary Examiner—John D. Yasko
Attorney, Agent, or Firm—Alan W. Fiedler

[57] **ABSTRACT**

A needle assembly for a medication delivery pen having a 31 gauge needle cannula that reduces penetration force during an injection process resulting in less pain to the patient without causing any loss in performance or structural integrity.

**9 Claims, 2 Drawing Sheets**



6,146,361
Page 2

## OTHER PUBLICATIONS

Diabetes Care, Per Hildebrandt, et al., "The Absorption of Subcutaneously Injected Short–Acting Soluble Insulin: Influence of Injection Technique and Concentration", 1983, vol. 6, pp. 459–462.

Diabetic Medicine, A. Vaag, et al., "Intramuscular Versus Subcutaneous Injection of Unmodified Insulin: Consequences for Blood Glucose Control in Patients with Type 1 Diabetes Mellitus", 1990, pp. 335–342.

Diabetes Care, Allan Vaag, et al, "Variation in Absorption of NPH Insulin", 1990, vol. 13, pp. 74–76.

Scand J. Caring Science, Lars Engstrom, et al., "Short Communication", 1993, pp. 57–59.

Diabetes Care, Jiten P. Vora, et al., "Relationship Between Absorption of Radiolabeled Soluble Insulin, Subcutaneous Blood Flow, and Anthropometry", 1992, vol. 15, pp. 1484–1493.

Archives of Disease in Childhood, C.P. Smith, et al., "Subcutaneous or Intramuscular Insulin Injections", 1991, pp. 879–882.

Diabetic Medicine, P.H.E.M. de Meijer, et al., "The Variability of Absorption of Subcutaneously Injected Insulin: Effect of Injection Technique and Relation with Brittleness", 1990, pp. 499–505.

Diabetes Care, Michel Polak, et al, "Subcutaneous or Intramuscular Injections of Insulin in Children", 1996, vol. 19, pp. 1434–1436.

Diabetic Medicine, J.C. Thow, et al., "Different Absorption of Isophase (NPH) Insulin from Subcutaneous and Intramuscular Sites Suggests a Need to Reassess Recommended Insulin Injection Technique", 1990 pp. 600–602.

Diabetic Medicine, J.E. Henriksen, et al, "Absorption of NPH (Isophane) Insulin in Resting Diabetic Patients: Evidence for Subcutaneous Injection in the Thigh as the Preferred Site", 1991, pp. 453–457.

Diabetes Care, John P. Bantle, et al., "Effects of the Anatomical Region Used for Insulin Injections on Glycemia in Type I Diabetes Subjects", 1993, vol. 16, pp. 1592–1596.

Diabetologia, J.E. Henriksen, et al., "Impact of Injection Sites for Soluble Insulin on Glycaemic Control Type 1 (insulin–dependent) Diabetic Patients Treated with a Multiple Insulin Injection Regimen", 1993, pp. 752–758.

Opinion & Order, 96 Civ. 9506 (BSJ), Mar. 9, 1998 (USDC, SDNY). Hypodermic Disposable Needles: Mechanical Properties and Pain Perception as a Function of Needle Diameter: Lene Lytzen Jun. 1991

Photocopy of package for Terumo needle sold in 1989, having needle internal diameter 0.13 to 0.15 mm.

"Announcing The New Micro–Fine IV Pen Needle", pp. BD386–BD 389, published Jul. 1, 1991.

Australian Standard 2145–1985, "Hypodermic Equipment––Hypodermic Needle Tubing", published by The Standards Association of Australia, Jul. 12, 1985, pp. 24–37.

NovoFine 30G 8mm, "NovoFine reduces pain and the risk of intramuscular injections", pp. 18.1–18.4, May, 1993.

United States Court of Appeals for the Federal Circuit Civil Action 98–1312,–1313, Novo Nordisk A/S, Novo Nordisk of North America, Inc., and Novo Nordisk Pharmaceuticals, Inc., v. Eli Lilly and Co., and Becton Dickinson and Company, Decided Feb. 23, 1999.

Insuject–Insuject–X, The Insulin Pens From Nordisk–Wellcome, Freedom of Choice–Freedom of Lifestyle, pp. BD 17378–17383, –BD 17395, c. 1988–1989.

Novolin Pen, Dial–A–Dose Insulin Delivery System, Teaching Manual, Squibb Novo, pp. BD 15360–BD 15373, 1988.

Brochure, "The Outstanding Insulin Cartridge for the Insuject System", BD 017384–BD 017395, c. 1988–1989.

Novo Nordisk A/S, Novo Nordisk of North America, Inc. and Novo Nordisk Pharmaceuticals Inc. v. Becton Dickinson and Company, 96 Civ. 9506 (BSJ), Declarations of Arthur D. Dawson, Ph.D, Red Cassel, and Justin Boylan, and attached Exhibits 47–49.

International Standard, ISO 9626, "Stainless Steel Needle Tubing for Manufacture of Medical Devices ", pp. 2630–2639; Sep. 1, 1991.

The Advanced Approach to Insulin Injection, The Individually Adapted and Flexible Insulin Therapy, BD 000551–BD 000554, Jun., 1987.

"State–of–the–art, Injection Technology from Switzerland", BD000555–000558, 1998.

Advertising Brochure for Terumo 29 Gauge Insulin Syringe, Diabetes Educator, Jan.–Feb. 1989, p. Nov 0034718.

Product Information, Terumo Insulin Syringe, published c. 1989, p. Nov. 0034714.

Novo Nordisk internal memorandum dated Oct. 23, 1989 re: testing of Terumo 29 gauge syringes having measured inner diameter of 0.13–0.15mm.



FIG-1



FIG-2

6,146,361

1

# MEDICATION DELIVERY PEN HAVING A 31 GAUGE NEEDLE

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The subject invention relates to a medication delivery pen having a 31 gauge needle.

2. Background Description

Medication delivery pens are hypodermic syringes used for self-injection of precisely measured doses of medication. Pens are widely used, for example, by diabetics to dispense insulin.

A typical prior art medication delivery pen includes a cartridge which contains a volume of liquid medication sufficient for several doses. The cartridge includes an elongated generally tubular glass cartridge having a pierceable rubber septum which extends across the open distal end of the cartridge and is securely held in position by a metallic sleeve that is crimped to the distal end of the cartridge. The cartridge also includes a rubber stopper in sliding fluid-tight engagement with interior walls of the cartridge.

Such a medication delivery pen also includes a unitarily molded cartridge retainer having a small diameter tubular neck dimensioned for tightly engaging the neck of the cartridge and the metallic sleeve crimped thereon so as to support and position the entire cartridge. Exterior regions at the extreme distal end of the tubular neck are formed with an array of threads for threadedly receiving the mounting cap of a needle assembly. The medication delivery pen further includes a dosing apparatus that is engaged with the proximal end of the cartridge retainer having a plunger for engaging the rubber stopper of the cartridge. The dosing apparatus includes a dose setting structure used to select the longitudinal distance through which the plunger will move, and dispensing means for driving the plunger the selected distance.

The needle assembly for the medication delivery pen includes an elongate needle cannula having opposed proximal and distal points and a lumen extending therethrough. A plastic cork is adhered to an intermediate position along the needle cannula and in turn is rigidly connected to an end wall of a cylindrical cap. The cylindrical wall of the cap surrounds the proximal point on the needle cannula and includes an array of internal threads for engaging the external threads on the neck of the cartridge retainer.

The medication delivery pen may be used by urging the cap of the needle assembly over the neck of the cartridge retainer sufficiently for the proximal point of the needle cannula to pierce the rubber septum of the cartridge. The cap is then rotated to threadedly engage the neck of the cartridge retainer. The user then manipulates the dosing apparatus to select an appropriate dose. A protective shield over the distal end of the needle cannula is then removed, and the distal point of the needle cannula is injected. The user then actuates the dispensing means of the prior art dosing apparatus to urge the stopper of the cartridge distally and to deliver medication through the lumen of the needle cannula. The needle is then withdrawn, and the needle assembly is separated from the cartridge retainer and safely discarded. The rubber septum of the cartridge reseals itself, and may be pierced again for a subsequent administration of medication. This process may be carried out repeatedly until all of the medication in the cartridge has been used.

A problem with currently available needle assemblies for use on medication delivery pens is the size of the cannula.

2

Prior to the present invention, 27, 28, 29 and 30 gauge needle cannulas have been commonly used on medication delivery pens, with 30 gauge being the smallest diameter possible. Even though smaller gauges, i.e., 29 and 30 gauge, have helped to reduce pain to patients during injection, there is still a need to provide needle assemblies for medication delivery pens with smaller cannula diameters since small diameter needles are perceived by patients to cause less pain during the injection. However, no one skilled in the art has suggested and no one has provided patients with needle assemblies having a diameter less than 30 gauge.

## SUMMARY OF THE INVENTION

The present invention overcomes the 30 gauge limit that has existed for pen needle assemblies by providing a 31 gauge needle assembly for use on medication delivery pens. The 31 gauge needle provides a patient with a needle assembly having a smaller cannula size without loss in performance or structural integrity. The 31 gauge needle assembly mounts on a needle mounting tip of a cartridge retainer assembly on a medication delivery pen and is used like prior art needle assemblies to pierce a patient's arm during an injection process.

However, since the 31 gauge needle cannula is smaller than prior art needle cannulas the penetration force is decreased which reduces the pain caused during an injection procedure. In addition, the smaller cannula size will be seen by the patient prior to the injection so that perceived pain or anticipated pain is also reduced. The reduction in actual and perceived/anticipated pain provided by using the 31 gauge needle on the medication delivery pen is a major benefit to patients that need numerous injections each day, i.e., diabetics requiring insulin injections.

These and other aspects, features and advantages of the present invention will become apparent from the following detailed description taken in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an exploded perspective view of a medication delivery pen having a needle assembly in accordance with the subject invention; and

FIG. 2 is a cross-sectional view of a cartridge retainer assembly of the medication delivery pen.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

A needle assembly for use on a medication delivery pen 11, in accordance with the subject invention, is identified generally by the numeral 46 in FIG. 1. As shown in FIG. 1 medication delivery pen 11 includes a cartridge retainer assembly 10, a dosing apparatus 38 and a cartridge assembly 22. Needle assembly 46, as described in more detail below, is designed to be attached to a needle mounting insert tip 20 on cartridge retainer assembly 10.

Cartridge retainer assembly 10, as shown in FIGS. 1 and 2, includes an elongate generally tubular body 12 with opposed proximal and distal ends 14 and 16, respectively. A generally tubular needle mounting insert tip 20 is snap-fit mounted in distal end 16 of body 12 and cartridge retainer assembly 10 is dimensioned and configured to receive a cartridge assembly 22 therein.

Cartridge assembly 22 includes an open proximal end 26 and a distal end 25 defined by an inwardly converging shoulder 28. A small diameter neck 30 projects distally from

6,146,361

3

shoulder **28** on cartridge assembly **22**, and is provided with a large diameter annular bead **24** extending circumferentially thereabout at the extreme distal end of neck **30**. A pierceable and resealable rubber septum **32** extends completely across the open distal end defined by neck **30**. Rubber septum **32** is held in place by a metallic sleeve **34** which is crimped around bead **24** at the distal end of neck **30**. Medication such as insulin or heparin is pre-filled into cartridge assembly **22** and is retained therein by a rubber stopper **36**. Stopper **36** is in sliding fluid-tight engagement with the tubular wall of cartridge assembly **22**. Distally directed forces on stopper **36** urge the medication from pen **11** as explained further below.

Dosing apparatus **38** in medication delivery pen **11** is generally cylindrical and includes opposed proximal and distal ends **40** and **42**, respectively. Threads **41** are disposed at distal end **42** of dosing apparatus **38** for releasable threaded engagement with proximal end **14** of body **12** of cartridge retainer assembly **10**. A plunger rod **44** projects distally from dosing apparatus **38** and is dimensioned to engage stopper **36** of cartridge assembly **22**. Dosing apparatus **38** also includes known mechanisms for setting a selected dose of medication to be delivered by pen **11**. A dispensing mechanism (not shown) is operative to drive plunger rod **44** a selected distance in a distal direction for moving stopper **36** a distance that will inject the selected dose of medication from cartridge assembly **22**. Although a particular prior art dosing apparatus **38** is depicted in FIG. **1**, it is to be understood that other dosing apparatus can be used with the needle assembly of the subject invention.

Needle assembly **46**, according to the present invention, includes a 31 gauge needle cannula **48** with opposed proximal and distal tips **50** and **52**, respectively, and a lumen **51** extending entirely therethrough. The dimensions of 31 gauge needle cannula **48** are set forth below:

| Parameter | Value |
| --- | --- |
| Outer Diameter | 0.010"–0.0105" |
| Inner Diameter | 0.0045"–0.006" |
| Wall Thickness | 0.00225"–0.00275" |
| Usable length | 0.315" (8 mm) |
| Cannula Material | Stainless Steel |

Of course, 31 gauge needle cannulas of other lengths can also be used, i.e., 0.236" (6 mm) or 0.394" (10 mm), and still remain within the scope of the present invention. A cork **54** is securely affixed at an intermediate position along needle cannula **48**, and a cap **56** is securely affixed to cork **54**. Cap **56** of needle assembly **46** includes an array of internal threads (not shown) for removable mounting needle assembly **46** to needle mounting insert tip **20** on cartridge retainer assembly **10**. It is to be understood, however, that other releasable engagement means between needle assembly **46** and cartridge retainer assembly can be provided. For example, external threads can be formed on needle assembly **46** and corresponding internal threads can be defined on cartridge retainer assembly **10** or a bayonet style mounting using lugs and slots can be used. In addition, needle assembly **46** could be "snap fit" on to cartridge retainer assembly **10**.

As shown in FIG. **1**, body **12** of cartridge retainer assembly **10** includes a plurality of inwardly projecting supports **65** separated from one another by notches **62**, wherein supports **65** are used to hold insert tip **20** in distal end **16** of cartridge retainer assembly **10**. FIG. **2** is a cross-sectional

4

view of cartridge retainer assembly **10** that shows cartridge assembly **22** within a cartridge receiving chamber **68**. FIGS. **1** and **2** also show an array of threads **13** on proximal end **14** of body **12** used to engage threads **41** on distal end **42** of dosing apparatus **38**.

Needle mounting insert tip **20** of cartridge retainer assembly **10** includes opposed proximal and distal ends **72** and **74**, respectively. As shown in FIG. **2**, proximal end **72** of needle mounting insert tip **20** includes a rim **76** extending therefrom that is diametrically dimensioned to closely engage metallic sleeve **34** crimped to cartridge assembly **22** for holding rubber septum **32** in place. Distal end **74** of needle mounting insert tip **20** includes a generally annular end wall **84** having an aperture **86** extending therethrough for access by proximal point **50** of needle cannula **48**. An array of outwardly disposed threads **88** is defined intermediate proximal and distal ends **72** and **74**, respectively. Threads **88** are disposed and dimensioned for engaging threads on needle assembly **46**.

Assembly of medication delivery pen **11** is performed by inserting cartridge assembly **22** into cartridge retainer assembly **10**. More particularly, neck **30** and crimped metallic sleeve **34** of cartridge assembly **22** are inserted in a proximal to distal direction into open proximal end **14** of body **12** of cartridge retainer assembly **10**. Crimped metallic sleeve **34** eventually will pass entirely through body **12**, and further advancement of cartridge assembly **22** into cartridge retainer assembly **10** will require entry of crimped metallic sleeve **34** into rim **76** extending from proximal end **72** of needle mounting insert tip **20**. Considerable dimensional variation and eccentricities between the neck and body of prior art cartridges are known to exist. If such eccentricities do exist, crimped metallic sleeve **34** will rest on rim **76** of insert tip **20** to center sleeve **34** relative to body **12** into a position that conforms with any dimensional inconsistencies or eccentricities in cartridge assembly **22**.

Further distally directed movement of cartridge assembly **22** into cartridge retainer assembly **10** will cause shoulder **28** of cartridge assembly **22** to seat against rim **76** of insert tip **20**. Rim **76** therefore defines the fully seated position of cartridge assembly **22** in cartridge retainer assembly **10** and functions to securely engage cartridge assembly **22**. In this fully seated position, as shown most clearly in FIG. **2**, septum **32** of cartridge assembly **22** is spaced proximally from distal wall **84** of needle mounting insert tip **20**. Dosing apparatus **38** is then assembled to proximal end **14** of the body of cartridge retainer assembly **10** such that plunger rod **44** of dosing apparatus **38** engages stopper **26** of cartridge assembly **22**.

Medication delivery pen **11** is used by mounting needle assembly **46** to needle mounting insert tip **20** of cartridge retainer assembly **10**. This mounting is achieved by moving needle assembly **46** in a proximal direction over needle mounting insert tip **20** until the threads (not shown) of cap **56** engage external threads **88** on needle mounting insert tip **20**. Threads **88** of needle mounting insert tip **20** are spaced from the extreme distal end of needle mounting insert tip **20**, therefore, the initial axial advancement of cap **56** over needle mounting insert tip **20** will cause proximal point **50** of needle cannula **48** to pierce rubber septum **32** of cartridge assembly **22** prior to rotational threaded engagement of needle assembly **46** with needle mounting insert tip **20**. Thus, the bevel which defines proximal point **50** will advance axially through septum **32** without a rotation that could tear rubber septum **32**.

After threads of cap **56** engage threads **88** of needle mounting insert tip **20**, further advancement of needle

6,146,361

| 5 | 6 |

assembly **46** requires relative rotation between cap **56** and needle mounting insert tip **20**. It will be appreciated that needle mounting insert tip **20** is too small to be readily griped by the user of medication delivery pen **11**, and is partly covered by cap **56**. However, the relative rotation can be achieved by rotating body **12** of cartridge retainer assembly **10**. Since needle mounting insert tip **20** is locked to distal end **16** on body **12** of cartridge retainer assembly **10**, rotation of body **12** is transmitted to needle mounting insert tip **20** and enables complete rotational engagement of needle assembly **46**.

Use of medication delivery pen **11** proceeds in a conventional manner with dosing apparatus **38**. Actuation of dosing apparatus **38** causes liquid medication in cartridge assembly **22** to be urged in a distal direction through lumen **51** of needle cannula **48**. This distally directed liquid pressure also will cause septum **32** to distend in a distal direction. However, as noted above and as shown in FIG. 2, septum **32** is spaced proximally from cork **54** of needle assembly **46**, and will not be urged into contact with cork **54**. Thus, drooling or weeping of liquid medication can be substantially prevented. This is enabled because cartridge assembly **22** is supported and accurately positioned by engagement of cartridge shoulder **28** with rim **76** on insert tip **20**. Hence neck **30** and crimped metallic sleeve **34** need not be closely engaged by needle mounting insert tip **20**. After medication delivery pen **11** has been used, needle assembly **46** is separated from needle mounting insert tip **20** and discarded.

In the foregoing discussion, it is to be understood that the above-described embodiments of the present invention are simply illustrative of various features of a cartridge retainer assembly for a medication delivery pen. Other suitable variations, modifications and combinations of these features could be made to or used in these embodiments and still remain within the scope of the present invention.

What is claimed is:

1. A medication delivery pen for delivering medication to a patient during an injection procedure comprising:

   a needle assembly having a 31 gauge needle cannula;

   a cartridge assembly containing medication having a proximal and distal end, said proximal end including an array of threads and a stopper and said distal end including means for attaching said needle assembly so that medication can flow through said 31 gauge needle cannula during an injection procedure; and

   a dosing apparatus having opposed proximal and distal ends with an array of threads at said distal end for threaded engagement with said threads at said proximal end of said cartridge assembly, said dosing apparatus further comprising a plunger rod projecting beyond said distal end of said dosing apparatus for selective engagement with said stopper in said cartridge assembly, and means for moving said plunger rod distally in said dosing apparatus selected amounts, whereby said plunger rod moves said stopper in said cartridge assembly to dispense medication from said cartridge assembly through said 31 gauge needle cannula.

2. A medication delivery pen according to claim **1**, wherein said 31 gauge needle cannula has an outer diameter less than 0.0105 inches.

3. A medication delivery pen according to claim **1**, wherein said 31 gauge needle cannula has an outer diameter no smaller than 0.010 inches and no larger than 0.0105 inches.

4. A medication delivery pen according to claim **1**, wherein said 31 gauge needle cannula has an inner diameter no smaller than 0.0045 inches and no larger than 0.006 inches.

5. A medication delivery pen according to claim **1**, wherein said 31 gauge needle cannula is made of stainless steel.

6. A medication delivery pen according to claim **1**, wherein said 31 gauge needle cannula has a usable length of approximately 0.315 inches.

7. A medication delivery pen according to claim **1**, wherein said 31 gauge needle cannula has a usable length of approximately 0.236 inches.

8. A medication delivery pen according to claim **1**, wherein said 31 gauge needle cannula has a usable length of approximately 0.394 inches.

9. A medication delivery pen according to claim **1**, wherein said 31 gauge needle cannula has a wall thickness no smaller than 0.00225 inches and no larger than 0.00275 inches.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 6,146,361                              Page 1 of 2
DATED        : November 14, 2000
INVENTOR(S)  : Michael A. Dibiasi et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page,
Item [56], **References Cited,** FOREIGN PATENT DOCUMENTS, insert
-- 279583B1    10/1993         European Pat. Off. --.
OTHER PUBLICATIONS, after "Novo Nordisk A/S":"Red Cassel" should read
-- Fred Cassel --.
Item [75], Inventors, "**Michael D. DiBiasi**" should read -- **Michael A. DiBiasi** --.

Column 3,
Line 50, "cap 56" should read -- cap or hub 56 --;
Line 52, "removable" should read -- removably --;
Line 56, "assembly" should read -- assembly 10 --.

Column 5,
Line 4, "griped" should read -- gripped --.

Column 6,
Line 42, insert
--     10.    An insulin injection system comprising a pen shaped syringe comprising a cartridge with insulin and an injection needle, wherein the needle is a 31 gauge needle and the cartridge contains an insulin type that may freely flow through a 31 gauge needle.

       11.    An insulin injection system according to Claim 10, wherein the pen shaped syringe is designed to receive cartridges containing insulin which may pass freely through a 31 gauge needle.

       12.    An insulin injection system according to Claim 10, wherein the needle has attaching means for cooperation with attaching means on the pen shaped syringe.

       13.    An insulin injection system according to Claim 12, wherein the needle attaching means is a needle hub having a thread cooperating with a corresponding thread on the pen shaped syringe.

       14.    An insulin injection system according to Claim 13, wherein the needle hub has a central protrusion covering part of the length of the needle.

       15. An insulin injection system according to Claim 14, wherein the length of the injection part of the needle is 8mm.

       16. An insulin injection system according to Claim 14, wherein the length of the injection part of the needle is 10mm.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 6,146,361                                              Page 2 of 2
DATED         : November 14, 2000
INVENTOR(S) : Michael A. Dibiasi et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

    17. A needle assembly comprising:
        (a)   a needle hub having a base and a needle fitting for removably mounting said needle assembly on a pen-type insulin syringe having a mounting and which accepts cartridges containing insulin that may flow freely through a 31 gauge needle; and
        (b)   a 31 gauge needle secured in said base and having first and second needle portions extending from said base in opposite directions.

    18.   A needle assembly according to Claim 17, wherein said needle fitting includes an annular sleeve extending from said base such that said sleeve surrounds said first needle portion concentrically and is spaced therefrom, and wherein said sleeve has a threaded interior by which it may be screwed onto an externally threaded hub-receiving part of a pen-type insulin syringe.

    19.   A needle assembly according to Claim 18, wherein said second needle portion has a predetermined length appropriate for injecting insulin into a human patient.

    20.   A needle assembly according to Claim 19, wherein said base further comprises a central protrusion which extends from said base for a predetermined distance along said second needle portion and embeds said second needle portion along the said distance, and wherein said second needle portion further comprises an exposed end which projects axially from said central protrusion and which has a length corresponding to the desired depth of needle insertion into a human patient. --

Signed and Sealed this

Seventeenth Day of December, 2002

*JAMES E. ROGAN*
*Director of the United States Patent and Trademark Office*