# EXHIBIT L

Case 1:05-cv-00645-SLR    Document 176-24    Filed 10/01/2007    Page 1 of 2

**REDACTED**