# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

October 16, 2007

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re: *Novo Nordisk A/S v. sanofi-aventis et al.*,
C.A. No. 05-645-SLR

Dear Judge Robinson:

Defendants Aventis Pharmaceuticals, Inc., sanofi-aventis and sanofi-aventis Deutschland GmbH hereby waive their right to file a reply brief in support of their motion for attorney fees (D.I. 175), and will rely on their opening papers. Accordingly, the motion for attorney fees is now ready for decision.

Respectfully,

*/s/ Lauren E. Maguire*

Lauren E. Maguire (I.D. #4261)

185004.1

cc   Frederick L. Cottrell, III, Esquire (via electronic mail)
     Stephen J. Vitola, Esquire (via electronic mail)
     Paul H. Berghoff, Esquire (via electronic mail)