# EXHIBIT 1

(12) **United States Patent**
Buch-Rasmussen et al.

(10) **Patent No.:** **US 6,582,408 B1**
(45) **Date of Patent:** **Jun. 24, 2003**

(54) **MEDICAL DEVICE**

(76) Inventors: **Thomas Buch-Rasmussen**, Dalvej 28, DK-2820 Gentofte (DK); **Benny Munk**, Bjæverskov Allé 52, DK-2650 Hvidorre (DK); **Jens Ulrik Poulsen**, Virumgade 54 C, DK-2830 Virum (DK); **Henrik Ljungreen**, Jonstrupvej 244A, DK-2750 Ballerup (DK); **Peter Møller Jensen**, Svenstrupvej 6, D-2970 Hørsholm (DK); **Jens Møller Jensen**, Nyhavn 37, DK-1051 Copenhagen K (DK)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/349,748**

(22) Filed: **Jul. 8, 1999**

**Related U.S. Application Data**

(60) Provisional application No. 60/098,707, filed on Sep. 1, 1998.

(30) **Foreign Application Priority Data**

Jul. 8, 1998 (DK) .................... PA 1998 00910
Nov. 17, 1998 (DK) .................... PA 1998 01501

(51) Int. Cl.[7] ............................ A61M 5/00
(52) U.S. Cl. .................... 604/232; 604/187
(58) Field of Search ................ 604/186, 187, 604/232, 188, 192, 195, 207–218, 200, 201, 228, 233, 234

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,744,790 A | | 5/1988 | Jankowski et al. | 604/232 |
| 4,865,591 A | * | 9/1989 | Sams | 604/186 |
| 4,973,318 A | | 11/1990 | Holm et al. | 604/208 |
| 4,990,142 A | | 2/1991 | Hoffman et al. | 604/232 |
| 5,364,369 A | * | 11/1994 | Reynolds | 604/187 |
| 5,688,251 A | | 11/1997 | Chanoch | 604/208 |

FOREIGN PATENT DOCUMENTS

EP    0 702 970 A2    3/1996

| | | |
|---|---|---|
| WO | WO 93/00948 | 1/1993 |
| WO | WO 94/21213 | 9/1994 |
| WO | WO 95/13842 | 5/1995 |
| WO | 0 688 571 A1 | 12/1995 |
| WO | WO 96/02290 | 2/1996 |
| WO | WO 97/49620 | 12/1997 |
| WO | WO 99/16487 | 4/1999 |

OTHER PUBLICATIONS

Abstract of Australian patent application AU–A–73 632/81.

* cited by examiner

*Primary Examiner*—Brian L. Casler
*Assistant Examiner*—Kevin C. Sirmons
(74) *Attorney, Agent, or Firm*—Marc A. Began, Esq.; Richard W. Bork, Esq.; Reza Green, Esq.

(57) **ABSTRACT**

The present invention relates to a medication delivery device comprising a cartridge assembly, a dosing assembly and optionally a needle assembly. The cartridge assembly comprises a cartridge having a stopper adapted to receive a plunger. Furthermore, the cartridge assembly has one end sealed with a pierce able sealing, said end comprising coupling device for engaging a needle assembly, and another end comprising coupling device for engaging the dosing assembly. The dosing assembly comprises a plunger and has coupling device for engaging the cartridge assembly. The cartridge assembly and the dosing assembly are coupled together for delivering selected doses of medication. The device further comprises mechanism for securing that the plunger abuts on the stopper during use of the device, in particular when the dosing assembly is releasable coupled to the cartridge assembly. The securing mechanism is preferably a mechanism for preventing the cartridge assembly from being inadvertently released from the dosing assembly. The cartridge is preferably molded from a plastic material, such as a transparent material, and may be housed in a cartridge housing for protection of the cartridge. The medication delivery device is especially suitable for delivering insulin, growth hormone or the like medicines.

**11 Claims, 2 Drawing Sheets**





Fig. 1



FIG. 2a



FIG. 2b



FIG. 3

1

# MEDICAL DEVICE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims priority under 35 U.S.C. 119 of Danish application serial nos. PA 1998 00910 filed Jul. 8, 1998, PA 1998 01501 filed Nov. 17, 1998, and U.S. Provisional application serial No. 60/098,707 filed Sep. 1, 1998, the contents of which are fully incorporated herein by reference.

## BACKGROUND

Some medication, such as insulin is self-administered. The typical diabetes patient will require injections of insulin several times during the day. The required insulin dose will vary from patient to patient, and will for each patient often also vary during the day. Each patient will often establish a regimen for the insulin administration adjusted to his or her insulin need as well as lifestyle. Medication delivery pens have been developed to facilitate the self-administration of medication, such as insulin.

One prior art medication delivery pen includes a pen body assembly comprising a medication cartridge and a plunger device. A needle assembly may be connected to the pen body assembly. The medication is delivered by moving or pressing a plunger in the direction of the needle assembly, thereby delivering the medication. When the medication in the cartridge is exhausted, the pen body assembly is discarded. Depending on the medication needs for each individual the medication in the cartridge will last for several days. During this period the needle assembly will often have to be replaced by a new needle or new needle due to increasing bluntness of the needle making injections painful for the patient.

Due to the environmental and economical reasons medication delivery pens were developed, for which pens only a part of the pen was discarded after medication exhaustion, such as the cartridge only.

An example of prior art pens is disclosed in EP 0 688 571 wherein a medication delivery pen has a reusable pen body assembly and a disposable cartridge assembly that are threadedly engageable with one another. The disposable cartridge assembly includes a plunger and can releasable receive a needle cannula assembly through a threaded coupling. A driving means in the pen body assembly engages the plunger after engagement of the pen body assembly and the cartridge assembly, whereby the pen is ready for dosing the medicine within the cartridge. The cartridge holder assembly can be disassembled from the pen body assembly after the medication therein has been exhausted, discarded and replaced.

However, a drawback of the above-mentioned pen is that the driving means of the pen body may be disengaged from the plunger of the cartridge during normal use resulting in inaccurate dosing of the medicine.

For the device disclosed in EP 0 688 571, the needle assembly will often have to be replaced independently of replacement of the cartridge. When releasing the needle assembly from the cartridge assembly the cartridge assembly may inadvertently be released or partly released from the pen body assembly. Thereby the driving means of the pen body may be disengaged from the plunger of the cartridge. In particular if the pen body assembly is only partly released from the cartridge assembly the user will most probably not be aware of the disengagement but will receive only a portion or even nothing of the medicine.

2

Even pens with differently pitched threaded couplings and/or threaded couplings having different diameters whereby the force exerted to fasten and/or release one coupling is greater than the force necessary for the other coupling present this problem. It is easy to imagine that a small obstruction (a sandskorn, for example) to the smoothest going coupling will necessitate a greater force to fasten/release that coupling which force tends towards the force necessary for the other coupling.

Accordingly, it is an object of the present invention to provide a medication delivery device with which the inadvertent disengagement of the driving means and plunger means from the plunger or stopper in the cartridge is avoided.

## SUMMARY OF THE INVENTION

According to a first aspect of the invention a medication delivery device is provided which comprises

a cartridge assembly, having one end sealed with a pierce able sealing, said end of the cartridge assembly comprising coupling means for releasable mounting a needle assembly, and comprising a cartridge having a stopper adapted to receive plunger means,

a dosing assembly comprising plunger means,

and optionally a needle assembly,

wherein the cartridge assembly and the dosing assembly are coupled together, and the device further comprises means for securing that the plunger means abuts on the stopper during use of the device.

In a preferred embodiment the dosing assembly is reusable and the cartridge assembly is disposable, and accordingly, a second aspect of the present invention is a medication delivery device wherein the dosing assembly is releasable coupled to the cartridge assembly.

By the term "use of the device" is meant the normal use, including metering and delivering the medication, removing a cap from the cartridge assembly and/or needle as well as attaching and releasing the needle assembly. It is understood that the plunger means must disengage the stopper when the cartridge assembly is deliberately released from the dosing assembly because the medication in the cartridge has been exhausted and the cartridge assembly is to be discarded. In this situation the plunger means is to be retracted to the dosing assembly before assembling the device with a new cartridge assembly.

Securing the abutment of the plunger means on the stopper during use of the medication delivery device, in particular when the needle assembly is coupled to and/or decoupled from the cartridge assembly, may be carried out by a variety of means. In a preferred embodiment the abutment is secured by preventing the cartridge assembly from being inadvertently released from the dosing assembly.

Furthermore, it is a preferred aspect of the invention to provide a medication delivery device, which device is arranged for securing that the plunger means abuts on the stopper during coupling and/or decoupling of the needle assembly.

In one embodiment of the invention the dosing assembly is coupled to the cartridge assembly at the end of the cartridge assembly opposite the stopper for mounting the needle assembly, and the plunger means is a rod element adapted to exert an axial movement of the stopper towards the sealed end of the cartridge.

Accordingly, it is an aspect of the present invention to provide a medication delivery device, wherein the means for coupling the dosing assembly and the cartridge assembly

3

together are such that the coupling and/or decoupling of the needle assembly does not cause an axial movement of the cartridge assembly with respect to the dosing assembly. In this way it is assured that the rod element does not disengage the stopper in the cartridge when the user attaches the needle assembly or removes it after use. Thereby the user can be confident of the accuracy of the dosage selected.

The means for coupling the dosing assembly and the cartridge assembly together may be any suitable coupling, preferably a releasable coupling. Examples of the coupling are snap locks, such as snap locks with guidewire and sideways snap locks, snap locks released through threads, bajonet locks, luer locks, hinged locks, threaded locks and any suitable combinations thereof.

In particular, when the cartridge assembly is released from the dosing assembly through a movement including an axial movement, such as through a threaded coupling, it is preferred that the means for releasable coupling the needle assembly and the cartridge assembly together are such that the coupling and/or decoupling of the needle assembly cannot cause an axial movement of the cartridge assembly with respect to the dosing assembly. Thus, in that respect examples of the preferred couplings between the needle assembly and the cartridge assembly include releasable snap locks. Another preferred embodiment includes a safety on the coupling between the dosing assembly and the cartridge assembly, such as hinge on the coupling or a threaded coupling releasable only after exerting an axial pressure on the coupling.

According to the invention preferred combinations of couplings between the dosing assembly and the cartridge assembly and between the needle assembly and the cartridge assembly, respectively, are a threaded coupling combined with a snap coupling, a bajonet lock or a luer lock combined with a snap lock, or a snap lock combined with a snap lock, or any other combination for which the couplings are independently working.

Another aspect of the present invention is a cartridge assembly for use in the medication delivery device according to the invention. The cartridge assembly comprises a cartridge for the medication to be delivered. The cartridge assembly has one end sealed with a pierce able sealing, said end of the cartridge assembly comprising coupling means for releasable mounting a needle assembly, and another end comprising coupling means adapted to engage a dosing assembly. Furthermore, the cartridge comprises a stopper.

The cartridge assembly may further comprise a housing for protecting at least a part of the cartridge assembly.

In a preferred embodiment at least one of the coupling means of the cartridge assembly is unitarily molded with the cartridge, and in a more preferred embodiment all the coupling means are unitarily molded with the cartridge. In the latter case the cartridge assembly may be comprised of just one part, i.e. the cartridge including the coupling means.

In another embodiment the invention relates to a medication delivery device for transferring medication from the cartridge into a syringe with a needle. In this embodiment the coupling means for engaging the needle assembly may be replaced by coupling means for engaging the syringe, or coupling means for both may be provided. The coupling means may be a syringe holder, for example a cylinder coupled to the cartridge comprising a central bore for receiving the syringe. The syringe is coupled to the cartridge having the needle piercing the sealing. By activation of the dosing means the metered amount of medication is driven into the syringe. The syringe is then ready for injection after being removed from the cartridge.

4

FIG. 1 is an exploded perspective view of the medication delivery device.

FIG. 2 is a cross-sectional view showing part of the medication delivery device, 2a immediately after assembling before the first injection, and 2b after some time of use.

FIG. 3 is a cross-sectional view showing the cartridge before assembling of the medication delivery device.

DETAILED DESCRIPTION OF THE INVENTION

A medication delivery device in accordance with the present invention is identified generally by the numeral 20 in FIG. 1 and 2. Medication delivery device 20 includes a dosing assembly 6, and cartridge assembly 1, a needle assembly 16 and a cap 14.

The dosing assembly 6 is illustrated in FIGS. 1 and 2. It is understood, however, that the dosing assembly 6 according to the invention may be any suitable dosing unit including plunger means and, accordingly, that variations from the depicted embodiment may be provided, and are considered to be within the scope of this invention. In the depicted embodiment, the dosing assembly 6 includes a cylindrical housing 17 surrounding the plunger means of the dosing unit and having opposed proximal and distal ends.

In one aspect of the invention the plunger means comprises a rod element 7 which is adapted to engage the stopper 4 of the cartridge assembly 1. The rod element 7 advances axially into the cartridge 5 during injections. The dosing assembly may have any suitable driving means for advancing the rod element 7.

The dosing unit 6 preferably also comprises scale means 10 indicating the dosing quantity selected by activating the dose setting means 9 for defining specified selected doses of medication to be delivered. The selected dose may be delivered by actuating the actuator button 18. The actuator button is part of the driving means of the dosing assembly exerting its force on the rod element 7.

The dosing assembly further comprises coupling means 8 adapted for engagement with the cartridge assembly. The coupling means 8 may be internal or external couplings. In a preferred embodiment the coupling 8 is an internal coupling.

The cartridge assembly 1 is illustrated in FIGS. 1 and 2, and in greater detail in FIG. 3. In FIG. 1 cartridge assembly 1 includes a molded cartridge 5 extending from proximal end 21 to distal end 22.

At the distal end 22 of the cartridge assembly 1 is provided coupling means 2 for releasable mounting a needle assembly 11. At the proximal end 21 of the cartridge assembly 1 is provided coupling means 3 for mounting a dosing assembly 6. The coupling means are as described above.

Cartridge 5 also comprises a stopper 4 in sliding fluid tight engagement within said cartridge 5. The stopper 4 is adapted to receive the plunger means, such as a rod element 7 of the dosing assembly 6.

The cartridge assembly 1 may further comprise a housing for protecting some or all of the cartridge 5. When the cartridge assembly 1 includes a housing, one or both of the couplings 2, 3 of the cartridge may be molded unitarily with the housing.

In a preferred embodiment at least one of the couplings 2, 3 is molded unitarily with the cartridge 5, minimising the

5

total number of parts of the device and thereby the production costs Also, a very precise coupling is obtained, since no further steps are to be taken to attach the coupling means to the catridge.

Instead of the protective housing the cartridge 5 may have integrally molded reinforcements of the cartridge wall

The depicted cartridge 5 is cylindrical having couplings 2, 3 at opposed ends. However, the cartridge may obtain any suitable form and the cross-section may be circular or non-circular, such as substantially triangular or oval.

In FIG. 1 and FIG. 2 the couplings 2, 3 are opposing each other having the same axis. However, the axis of coupling 2 may be arranged to be separate from coupling 3, that is in any angle with respect to the axis of coupling 3. Thus, the axis of coupling 2 may be perpendicular to the axis of coupling 3, or they may be parallel but not overlapping.

A suitable choice of material allows the cartridge to be at least partly transparent, whereby the user can see whether any content, such as a liquid is left in the cartridge.

Referring to FIG. 3 the coupling means of the cartridge are shown in greater detail. The coupling means 3 is an external thread, whereas the coupling means 2 is a recess for a snap lock of the needle assembly Both coupling means are molded unitarily with the cartridge.

The device according to the invention may include a protective cap 14 that is removably mounted over the cartridge assembly 1 and/or the needle 11 and which is removed before injection of the medication in the cartridge 5 The cap further ensures that the content of the cartridge is protected against sunlight.

The various parts of the medication delivery device are advantageously made of plastics, e.g. by injection moulding

The medication delivery device 20 may further comprise any appropriate needle assembly 11, such as a double ended needle 13 having opposed proximal and distal points and a lumen extending axially therebetween.

A mounting hub 12 is engaged on the needle 13 and is removably connected to the coupling means 2 at the needle end of the cartridge assembly. The relative location of the mounting hub 12 ensures that the proximal point of the needle 13 will pierce the sealing when the mounting hub 12 is engaged with the coupling means 2 on the cartridge assembly 1

The needle assembly 11 may further comprise a removable shield or cap 15 for protecting against accidental needle sticks.

The device according to the invention is suitable for delivering pre-set dosages of insulin, it is however understood that the device is suitable for the injection of pre-set dosages of other liquids

In use the user will set the dose by means of the dose setting means 9. Before activating the actuator button 18 the cap 14 must be removed from the cartridge assembly 1 whereby the device 20 is prepared for an injection. The injection is effected by activating the actuator button 18, which again will effect the stopper 4 to be moved towards the needle at the sealed end 22 of the cartridge 5, thereby delivering the desired pre-set dosage A subsequent dosage of medication will be set in exactly the same manner as described above. However, for such a subsequent dosage, the rod element 7 and the stopper 4 will be in a partly advanced position as starting point. Dose setting and injections can be carried out until all of the medication has been used.

6

What is claimed is:

1. A medication delivery device comprising:
   a cartridge assembly comprising a cartridge having a pierceable seal at one end and a moveable stopper at an opposite end;
   a dosage assembly comprising a plunger means for acting on the stopper; a mechanism for setting a specified dose; and a drive means for advancing the plunger means to deliver the specified dose;
   a needle assembly;
   a first coupling means for coupling and uncoupling the needle assembly to and from the cartridge assembly;
   a second coupling means for coupling and uncoupling the cartridge assembly to and from the dosage assembly;
   wherein the first coupling means comprises a snap lock; and
   wherein the second coupling means is selected such that when a user grasps the needle assembly and applies a force to couple it to and to uncouple it from the cartridge assembly, while simultaneously grasping the dosage assembly and applying an equal but opposite force thereto, the cartridge assembly cannot move axially with respect to the dosage assembly.

2. The medication delivery device of claim 1, wherein the first coupling means comprises a means for coupling or uncoupling the needle assembly through an axial movement of the needle assembly relative to the cartridge assembly and the second means comprises a threaded means

3. The medication delivery device of claim 2, wherein the cartridge assembly comprises a housing for receiving the cartridge and wherein the snap lock is an integral part of the needle assembly.

4. A medication delivery device upon which a needle assembly can be mounted, the device comprising:
   a cartridge assembly comprising a cartridge having a movable stopper at one end and a pierceable seal at an opposite end;
   a dosage assembly comprising a mechanism for setting a specified dose, a plunger means for abutting the moveable stopper, and a drive means for driving the plunger means to deliver the set doseage;
   a first coupling means for coupling and uncoupling the cartridge assembly to and from the dosage assembly; and
   a second coupling means for coupling and uncoupling a needle assembly to and from the cartridge assembly;
   wherein the first and second coupling means are selected so that when a user grasps the needle assembly and applies force to the needle assembly to couple and uncouple it from the device while simultaneously grasping the dosage assembly and applying a equal and opposite force to the dosage assembly, the dosage assembly cannot move relative to the cartridge assembly, thereby ensuring that the plunger means remains abutted against the stopper; and
   wherein the first or second coupling means comprises a snap lock.

5. The medication delivery device recited in claim 4, wherein the second coupling means comprises a threaded coupling means and wherein the second coupling means comprises a means for coupling and uncoupling through an axial movement of the needle assembly relative to the cartridge assembly.

6. The medication delivery device of claim 4, wherein the first coupling means comprises a means for uncoupling

7

through an axial movement of the cartridge assembly relative to the dosing assembly.

7. The medication delivery device of claim 4, wherein the first coupling means comprises a threaded coupling means.

8. The medication delivery device of claim 4, wherein the cartridge assembly comprises a housing to accommodate the cartridge and wherein the second coupling means comprises a means for axially coupling or uncoupling the needle assembly from the cartridge assembly.

9. The medication delivery device of claim 4, wherein the second coupling means comprises a threaded coupling means.

10. A medication delivery device comprising:

a cartridge assembly comprising:

a housing capable of housing a removable cartridge that has a pierceable seal at one end, is filled with medication, and has a moveable stopper at an opposite end that when moved toward the medication pressurizes the medication; and

a needle mounting means for mounting a needle on the cartridge assembly;

a dosage assembly for delivering a set dose of medication, comprising:

a plunger means for moving the stopper, a dose setting means for setting a dose, and a drive means for driving the plunger means to deliver the set dose, wherein after a portion of medication is expelled from the cartridge, the plunger means abuts the stopper;

a first means for coupling and uncoupling a needle assembly to and from the cartridge assembly;

a second means for coupling and uncoupling the dosage assembly to and from the cartridge assembly;

8

wherein the first and second coupling means are chosen so that when a user simultaneously grasps the dosage assembly and the needle assembly and applies a force to the needle assembly to couple (or uncouple) the needle to or from the device the cartridge assembly is positively precluded from moving axially relative to the cartridge assembly; and

wherein at least the first or the second coupling means comprises a snap lock.

11. A medication delivery device comprising:

a cartridge assembly for housing a removable cartridge containing a medication;

a needle assembly;

a dosage assembly comprising a mechanism for setting a dosage less than the full amount of medication contained in the cartridge;

a first coupling means for coupling and uncoupling the needle to and from a removable cartridge housed in the cartridge assembly; and

a second coupling means for coupling and uncoupling the cartridge assembly to and from the dosage assembly;

wherein the first coupling means comprises a snap lock; and

wherein the second coupling means is chosen so that when a user couples or uncouples the needle assembly from the cartridge by grasping the needle assembly and the dosage assembly simultaneously and applying force to both, the second coupling means prevents axial movement of the cartridge assembly relative to the dosage assembly.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.　: 6,582,408 B1　　　　　　　　　　　　　　Page 1 of 1
DATED　　　 : June 24, 2003
INVENTOR(S) : Buch-Rasmussen et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 6,
Line 23, "cannot not move" should read -- cannot move --.

Column 8,
Line 7, "cartridge assembly" should read -- dosage assembly --.

Signed and Sealed this

Thirteenth Day of September, 2005

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# EXHIBIT 2



# UNITED STATES  INTERNATIONAL TRADE COMMISSION

## FAX COVERSHEET

### Setting Target Date -337-TA-572

| | |
|---|---|
| TO: Delbert R. Terrill, Jr. Esq./ White & Case LLP<br>202-639-9355 | |
| Paul Berghoff, Esq./ McDonnell, Boehnen, Hulbert &<br>Berghoff LLP · 1-312-913-0002 | |
| TO: Arthur Wineburg, Esq.<br>     Tobias Zimmerman, Esq.<br>     Colleen Coylee, Esq.<br>AKIN GUMP STRAUSS HAUER & FELD | |
| FAX: 202-887-4288 | |

UNITED STATES INTERNATIONAL TRADE COMMISSION
Washington, D.C.

<table>
<tr><td>

In the Matter of

**CERTAIN INSULIN DELIVERY
DEVICES, INCLUDING CARTRIDGES
HAVING ADAPTORS TOPS AND
COMPONENTS THEREOF**

</td><td>

Inv. No. 337-TA-572

</td></tr>
</table>

### Order No. 5: Denying Respondents' Motion for Sanctions

By publication of a notice in the *Federal Register* on June 9, 2006, pursuant to

subsection (b) of section 337 of the Tariff Act of 1930, as amended, the Commission instituted

this investigation to determine:

> [W]hether there is a violation of subsection (a)(1)(B) of section 337
> in the importation into the United States, the sale for importation, or
> the sale within the United States after importation of certain insulin
> delivery devices, including cartridges having adaptor tops, or
> components thereof, by reason of infringement of claims 1-3, 5-7, 11,
> 18, or 19 of U.S. Patent 5,693,027, and whether an industry in the
> United States exists or is in the process of being established as
> required by subsection (a)(2) of section 337.

71 Fed. Reg 33484 (2006).

The complainants are: Novo Nordisk A/S of Denmark; Novo Nordisk Inc. of Princeton,

New Jersey; and Novo Nordisk Pharmaceuticals Industries, Inc. of North Carolina. The

Commission named as the respondents: Sanofi-Aventis Deutschland GmbH of Germany;

Sanofi-Aventis of France; and Aventis Pharmaceuticals, Inc. of Bridgewater, New Jersey. The

Commission Investigative Staff is also a party in this investigation. *Id.*

On October 5, 2006, pursuant to 19 C.F.R. 210.21(a)(1), complainants filed their "Motion to Withdraw the Complaint and Terminate the Investigation As to All Parties." Motion Docket No. 572-4.

On October 13, 2006, respondents filed their "Motion to Sanction Complainants." Motion Docket No. 572-5. Respondents argue that complainants lacked a good faith basis for filing the complaint upon which this investigation is based, and withdrew the complaint only after respondents independently discovered prior art (developed by complainants' own company) that invalidates the '027 suit patent. Respondents request an order requiring complainants to pay respondents' litigations costs, and also barring complainants from asserting the '027 patent at the Commission. Motion at 1-3. It is argued that the Commission's authority to issue such an order resides in 19 C.F.R. § 210.4(d), and in "the inherent powers of the [Commission] to manage and administer the conduct of parties to ITC investigations and accepted principles of jurisprudence . . . ." *Id.* at 1.

On October 23, 2006, complainants filed their response in opposition to the motion for sanctions. Complainants argue that respondents are unable to support their motion with legal authority, and argue that they withdrew their complaint for reasons unrelated to alleged prior art discovered by respondents.

On October 25, 2007, the Commission Investigative Staff of the Office of Unfair Import Investigations filed its response in opposition to respondents' motion for sanctions.

On November 3, 2006, respondents filed a motion for leave to reply and a reply.[1] On November 10, 2006, complainants filed an opposition to respondents' motion for leave.

---

[1]Respondents' motion for leave is docketed out of sequence as Motion No. 572-21.

Respondents' motion for leave is GRANTED.

Notwithstanding respondents' arguments concerning the inherent powers of the Commission to regulate the conduct of its investigations, the Commission's Rules set forth the procedures to be used in determining whether or not to issue sanctions in connection with the filing of documents, such as a complaint. The so-called "safe harbor" provision of Commission Rule 210.4 dictates that respondents' motion for sanctions must be denied.

In particular, Commission Rule 210.4 requires that a pleading may not be filed for an improper purpose and must be supported by a reasonable inquiry on the part of the person filing the pleading. *See* 19 C.F.R. § 210.4(c). However, sanctions cannot automatically be requested any time a party believes that this Rule has been violated. Rather, if a party seeks to file a motion for sanctions due to an alleged violation of the Rule, the prospective movant must first serve the motion on the nonmoving parties. The party or person against whom sanctions might be sought then has seven days to withdraw or correct the challenged document. If withdrawal or correction does not occur within that period, the movant is free to file the motion for sanctions. *See* 19 C.F.R. § 210.4(d)(1)(I). *See Certain Hardware Logic Emulation Systems and Components Thereof*, Inv. No. 337-TA-383, Commission Opinion on Appeals of ALJ Order No. 96 at 19 (May 27, 1998); *Certain Semiconductor Light Emitting Devices, Components Thereof, and Products Containing*, Inv. No. 337-TA-444, Order No. 6 at 4 (June 27, 2001)(following the aforementioned Commission Opinion); *see also Certain Point of Sale Terminals and Components Thereof*, Inv. No. 337-TA-524, Commission Opinion at 13 (Aug. 23, 2006)(The Commission declined to issue sanctions based on "inherent authority" outside Commission Rule 210.4).

3

JAN-29-2007  16:31        OFFICE OF THE ALJ                    2022051852    P.05/05

In this instance, it has not been established that respondents followed the "safe harbor" provision of Commission Rule 210.4 by serving their motion upon complainants and the Staff seven days before service upon the Commission, presumably with a request to withdraw the complaint. In any event, complainants moved to withdraw their complaint 10 days before respondents filed the pending motion for sanctions.

In addition, the substance of respondents' motion for sanctions requires a determination concerning the meaning of asserted patent claims and their relationship to alleged prior art. This investigation has not reached a state at which such determinations can be made.

Accordingly, respondents' Motion No. 572-5 for sanctions is DENIED.

Sidney Harris
Administrative Law Judge

Issued: January 29, 2007

4

TOTAL P.05

°

# **<u>EXHIBIT 3</u>**

Docket No. 5533.200-US    AF/3763

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522

(212) 735-3000
Fax: (212) 735-2000

RECEIVED #13

JAN 1 6 200? Ex. of Time (1)

TECHNOLOGY CENTER R5700  D. Bryce
1/17/02

*O I P E JC67*
*JAN 0 9 2002*
*PATENT & TRADEMARK*

| | | |
|---|---|---|
| Applicant(s) : | Buch-Rasmussen et al. | |
| Serial No. : | 09/349,748 | Examiner: Sirmons, K. |
| Filed : | July 8, 1999 | Art Unit: 3763 |
| Title : | Medical Device | |

## AMENDMENT TRANSMITTAL
## AND REQUEST FOR EXTENSION OF TIME

Date:  December 10, 2001

Box AF
Assistant Commissioner For Patents
Washington, DC 20231

Sir:

I hereby certify that this paper is being deposited with the United
States Postal Service, as first class mail, in an envelope addressed to:
Assistant Commissioner for Patents, Washington, DC 20231, on
December 10, 2001.

Robert B. Smith                    Reg. No. 28,538

_Robert B. Smith_                  December 10, 2001
Signature                          Date

Transmitted herewith is an Amendment in the above-identified
application.

1.    ( )    No additional fee is required.

V/14/2002 CCHAU1   00000092 192385   09349748
RFC:115        110.00 CH



Docket No. 5533.200-US

2.    ( )    The fee has been calculated as shown below:

| Claims remaining | Prior Paid Claims | | Extra | Rate | Fee |
|---|---|---|---|---|---|
| Total: | minus (at least 20) | = | @ | $18 | = $ |
| Independent | minus (at least 3) | = | @ | $80 | = $ |
| | | TOTAL ADDITIONAL FEE: | | | $ |

3.    (X)    An extension of time to respond to the PTO Communication dated <u>August 24, 2001</u> is hereby requested. The required fee is indicated below:

| | | |
|---|---|---|
| Within first month: | (X) | $ 110 |
| Within second month | ( ) | $ 400 |
| Within third month | ( ) | $ 920 |
| Within fourth month | ( ) | $1,440 |
| Within the fifth month | ( ) | $1,960 |

4.    ( )    Enclosed please find a check in the amount of $ 0.00 representing (a) additional claims fee ($ 0 ) and (b) the extension fee ($ 0).

5.    (X)    The Commissioner is hereby authorized to charge the amount of $ 110.00 representing (a) additional claims fee ($ ); and (b) the extension fee ($ 110) to deposit account No. 19-2385. A copy of this sheet is enclosed for such purpose.

6.    (X)    In the event that an extension of time is required and applicant has inadvertently overlooked the need to request a petition and file the fee, the applicant hereby petitions for such extension of time. The Commissioner is authorized to charge the required fee to deposit account No. 19-2385. A copy of this sheet is enclosed for such purpose.

7.    (X)    The Commissioner is hereby authorized to charge payment of any additional fees required in connection with this application, and credit any overpayment, to deposit account No. 19-2385. A copy of this sheet is enclosed.

Skadden, Arps, Slate, Meagher & Flom

By _Robert B. Smith_

Robert B. Smith
Registration No. 28,538
Attorneys for Applicant(s)
(212) 735-3020

2



Docket No. 5533-200-US #14

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant(s) | : | Buch-Rasmussen et al. |
| Serial No. | : | 09/349,748 |
| Filed | : | July 8, 1999 |
| Title | : | Medical Device |

Examiner: Sirmons, K.

Art Unit: 3763

RECEIVED
JAN 16 2002
TECHNOLOGY CENTER R3700

---

I hereby certify that this paper is being deposited with the United States Postal Service, as first class mail, in an envelope addressed to: Assistant Commissioner for Patents, Washington, DC 20231, on December 10, 2001.

Robert B. Smith                    Reg. No. 28,538

_Robert B. Smith_                  December 10, 2001
Signature                          Date

---

December 10, 2001

## AMENDMENT AFTER FINAL REJECTION

Box AF
Assistant Commissioner For Patents
Washington, DC 20231

Sir:

In response to the Office Action dated August 24, 2000, the applicants respectfully request entry of the following amendments, to render the claims allowable or at least in better form for appeal:

### IN THE CLAIMS:

Cancel claims 2-18, 20, and 24.

Docket No. 5533.200-US

Replace claims 1, 21, 25, 28, and 31 with the following claims:

1. (Twice Amended) A medication delivery device comprising:

a cartridge assembly having a distal end and a proximal end, said distal end of the cartridge assembly comprising coupling means for releasably mounting a needle assembly, and said cartridge assembly comprising a cartridge having one end sealed with a pierceable seal and having a stopper adapted to receive a plunger means,

a dosing assembly comprising a plunger means for acting on said stopper, a mechanism for setting a specified dose, and a driving means for advancing said plunger means to deliver the set dose, and

a needle assembly including a coupling means for engaging the coupling means of said cartridge assembly to form a releasable coupling between said needle assembly and said cartridge assembly,

wherein the cartridge assembly and the dosing assembly are releasably coupled together, and wherein the combination of couplings between the dosing assembly and the cartridge assembly, and between the needle assembly and the cartridge assembly, respectively, is selected to ensure that the force applied to couple and decouple said needle assembly to and from said cartridge assembly does not cause said dosing assembly to move away from said cartridge assembly during coupling and decoupling of said needle assembly, such that said plunger means remains in abutment with said stopper during such coupling and decoupling.

Docket No. 5533.200-US

21. (Amended) A medication delivery device according to claim 1,
wherein the dosing assembly is released from the cartridge assembly through a
movement including an axial movement.

25. (Amended) A medication delivery device according to claim 1,
wherein the cartridge assembly comprises a housing for receiving a cartridge.

28. (Amended)  A medication delivery device comprising:

a cartridge assembly comprising a cartridge having one end sealed
with a pierceable seal and having a stopper adapted to receive a plunger means,

a dosing assembly comprising a plunger means for acting on said
stopper, a mechanism for setting a specified dose, and a drive means for advancing
said plunger means to deliver the set dose, and

a needle assembly,

a first releasable coupling between the needle assembly and the
cartridge assembly, and

a second releasable coupling between the cartridge assembly and the
dosing assembly, wherein said first and second releasable couplings are of different
types and are selected such that the force applied to couple and decouple said needle
assembly to and from said cartridge assembly does not urge said second releasable
coupling to disengage, thereby ensuring that said dosing assembly does not move
away from said cartridge assembly during coupling and decoupling of said needle
assembly, such that said plunger means remains in abutment with said stopper.

3

Docket No. 5533.200-US

31. (Amended)  A medication delivery device comprising:

a cartridge assembly comprising a cartridge having one end sealed with a pierceable seal and having a stopper adapted to receive a plunger means,

a dosing assembly comprising a housing and a plunger means movable relative to said housing for acting on said stopper,

a needle assembly,

a first releasable coupling between the needle assembly and the cartridge assembly, and a second releasable coupling between the cartridge assembly and the dosing assembly housing, wherein said first and second releasable couplings are of different types and are selected such that the force applied to couple and decouple said needle assembly to and from said cartridge assembly does not urge said second releasable coupling to disengage, thereby ensuring that the dosing assembly does not move away from the cartridge assembly during coupling and decoupling of said needle assembly, such that said plunger means remains in abutment with said stopper.

4

Docket No. 5533.200-US

## REMARKS

Enclosed herewith is a new sheet of formal drawings containing Figs. 2a, 2b, and 3, which is submitted to overcome the objection raised in the Notice of Draftsperson's Patent Drawing Review.

The applicants respectfully request entry of the foregoing amendments to the claims. By the foregoing amendments, the non-elected claims (13-18) would be canceled, along with dependent claims 2-12, 20, and 24. In addition, independent claims 1 and 28 would be amended to overcome the rejection under 35 U.S.C. § 112 (i.e., that it is unclear what the applicant regards as the injection mechanism). As amended, such claims would recite a mechanism for setting a specified dose, e.g., dose setting wheel 9, and a "driving means" for advancing the plunger means (e.g., plunger rod 7). As disclosed in the specification on page 6, the "driving means" includes the actuator button 18 together with any suitable mechanism for advancing the plunger rod element 7 in response to actuating the actuator button 18. Page 6, lines 18-25.

The Examiner objected to the drawings as not showing an "injection mechanism." As noted above, the term "injection mechanism" has been replaced by the term "driving means" for clarity. The drawings expressly show part of a suitable "driving means," in the form of the actuator button 18. Page 6, lines 24-25. More-over, the specification discloses that the remaining part of the driving mechanism is contained in the dosing assembly housing 17. Page 6, lines 12-25. Thus, element 17

5

Docket No. 5533.200-US

schematically depicts the remaining parts of the "driving means." Because driving

mechanisms which advance the plunger rod in response to depressing an actuator

button are well known, and because the specification discloses that any suitable

driving mechanism may be employed, Page 6, lines 12-25, the applicants respectfully

submit that the drawings need only show such mechanism schematically, as the

current drawings do. Thus, the applicants respectfully request reconsideration of the

objection to the drawings in light of the change in terminology in claims 1 and 28.

By the foregoing amendments, independent claims 1, 28, and 31

would be amended to clarify the function of selecting the first and second couplings

in the manner already specified in those claims, in order to point out more clearly the

novel features of the claimed invention.

In the device according to claims 1, 28, and 31, a plunger means, such

as a rigid or flexible piston rod, pushes a movable stopper in the cartridge barrel in a

forward direction in order to administer set doses of medicine. A dose setting

mechanism is used to set the size of the dose. When the dose is administered, the

piston rod is pushed forward a distance proportional to the set dose, pushing the

stopper forward by exactly the same distance. In order to administer accurate doses,

it is essential that, between doses, the forward end of the piston rod is not allowed to

retract from the stopper. If that were to occur, the initial portion of the piston rod

movement, when administering the next dose, would merely close the gap between

6

Docket No. 5533.200-US

the piston rod and the stopper. Because less than the entire movement of the piston rod would push the stopper, a dose smaller than the set dose would be administered.

In conventional durable insulin syringes ("durable" meaning that the cartridge can be replaced), the cartridge assembly is coupled to the dosing assembly by threads. A needle assembly is also removably mounted on the cartridge assembly by threads. The former coupling allows the cartridge (or the entire cartridge assembly, if the cartridge assembly does not contain a separate cartridge holder, such as is shown in Figs. 1-3 of the present application) to be changed when empty. The latter coupling permits the needle to be removed from the device after a dose has been administered, and replaced when a new dose is to be administered.

Because the two threaded couplings are coaxial with one another, if the user grasps the dosing assembly housing when screwing or unscrewing the needle assembly, the cartridge assembly may rotate relative to the dosing assembly housing. If this occurs, the dosing assembly will move, at least by a small distance, in a direction away from the cartridge assembly, causing the piston rod to move axially away from the stopper. And, if the user does not notice such separation, and does not screw the cartridge assembly back into its original, seated position in the dosing assembly, as noted above the next dose administered will be less than the set dose, because the initial segment of the forward movement of the plunger rod will merely close the gap between the plunger rod and the cartridge stopper, rather than push the stopper forward to expel medicine.

7

Docket No. 5533.200-US

The possibility that mounting or removing the needle assembly will cause the plunger to retract from the stopper is eliminated in the device claimed in claims 1, 28, and 31.

As recited in claim 1, the couplings between the needle assembly and cartridge assembly, on the one hand, and between the cartridge assembly and the dosing assembly, on the other hand, are chosen so as to **ensure** that the cartridge assembly does not move away from the dosing assembly during coupling and decoupling of the needle assembly. In other words, such couplings are chosen to ensure that the act of mounting ore removing the needle assembly does not cause the dosing assembly to move in a direction away from the stopper. The limitation in claim 1, that the two couplings must be chosen so that they will inherently **ensure** that such movement between the cartridge assembly and dosing assembly does not occur during needle mounting or removal, ensures that the plunger means will not retract from the stopper during needle mounting and removal.

Claims 28 and 31 recite a preferred structure for ensuring that the plunger will not be retracted from the stopper when changing needles. More particularly, claims 28 and 31 recite that the first and second couplings are different from one another, and further recite that the force applied to couple and decouple the needle assembly will not urge the dosing assembly/cartridge assembly coupling to disengage. In other words, the first and second couplings are chosen such that the force required to disengage the first releasable coupling is in a direction which is

8

Docket No. 5533.200-US

different from the force required to mount or remove the needle assembly. For example, if the first releasable coupling (between the dosing assembly and cartridge assembly) comprises threads, thus requiring a torque about the longitudinal axis to disengage such coupling, the second releasable coupling (for mounting the needle on the cartridge assembly) would not be one which uses a torque about the longitudinal axis to mount and remove the needle.

In the last Office Action, claim 1 was rejected under 35 U.S.C. § 102(b) as being anticipated by Chanoch U.S. patent No. 5,688,251. Claims 28 and 31 were rejected under 35 U.S.C. § 103(a) as being obvious over Chanoch. The Examiner conceded that Chanoch does not disclose the concept of using two different couplings in the same device. However, the Examiner noted that Chanoch discloses that other means for mounting the needle assembly may be used (Col. 8, lines 15-20), and concluded that it would be obvious to modify the releasable couplings of Chanoch to have two different couplings for quicker disconnection. August 24, 2001, Office Action, page 4.

With respect to the anticipation rejection of claim 1, in Chanoch, both couplings are shown as concentric threaded couplings. Therefore, a risk exists that the dosing assembly can be partly unscrewed from the cartridge assembly if the user grasps the dosing assembly housing instead of the cartridge assembly when screwing or unscrewing the needle. Thus, the example disclosed in Chanoch does not have a pair of couplings that will <u>ensure</u> that the dosing assembly will not move away

9

Docket No. 5533.200-US

slightly, i.e., partially separate, from cartridge assembly when the needle is screwed onto or off of the cartridge assembly, as recited in claim 1.

Although Chanoch discloses that alternate couplings can be used to mount the needle assembly on the cartridge assembly, there is no suggestion that, if a different type of coupling type is to be employed to mount the needle, it should be selected to <u>ensure</u> that the force applied in mounting or removing the needle cannot cause the dosing assembly to move away from the cartridge assembly, as recited in claim 1. In other words, Chanoch fails to disclose that the alternative coupling for the needle assembly should be chosen to prevent any possibility that the dosing assembly could rotate relative to the cartridge assembly, and thereby partially unscrew from the cartridge assembly, during needle mounting/removal.

To support a finding of anticipation, a reference must expressly or at least inherently disclose every element of the claim. <u>Continental Can Co. USA v. Monsanto Co.,</u> 948 F.2d 1264, 1268, 20 U.S.P.Q.2d 1746, 1749 (Fed. Cir. 1991). Moreover, in order for a disclosure to be "inherent," the missing descriptive matter <u>must necessarily be present</u> in the prior art reference such that one skilled in the art would recognize such a disclosure. <u>Id.</u> In the case of Chanoch, if a different type of coupling were to be chosen for the needle assembly, it would not necessarily ensure that movement between the doser assembly and cartridge assembly, and consequently between the plunger and stopper, is prevented. Because the features recited in claim 1 would <u>necessarily</u> be present if an alternative coupling were to be used for the needle

10

assembly, the applicants respectfully submit that Chanoch does not anticipate claim 1.

Because amended claim 1 is not anticipated by Chanoch (and, for reasons discussed below in connection with claims 28 and 31, the features recited in claim 1 are not obvious), the applicants respectfully request allowance of such claim.

With respect to the obviousness rejection of claims 28 and 31, which recite specifically that the coupling pair must be chosen such that the force of mounting or removing the needle will not urge the cartridge assembly/dosing assembly coupling to disengage, the exemplary embodiment in Chanoch does not provide a combination of couplings wherein screwing the needle onto or off of the cartridge assembly will not <u>urge</u> the other coupling to disengage, as recited in claims 28 and 31. In Chanoch, if the user grasps the dosing housing while screwing the needle onto the cartridge assembly housing or unscrewing the needle from such housing, such twisting force will be transmitted across the cartridge assembly/dosing assembly threaded coupling. In one of the two rotational directions, i.e., either screwing the needle on or unscrewing the needle, such twisting force will <u>urge</u> the cartridge assembly to unscrew from the dosing assembly (even if no separation of the two syringe parts actually results).

Although, as the Examiner notes, Chanoch discloses that other couplings can be used for the needle assembly, Chanoch contains no suggestion to select an alternative coupling for the needle assembly such that the force applied in

11

Docket No. 5533.200-US

mounting or removing the needle will be in a direction that will not urge the coupling

between the dosing assembly and cartridge assembly to disengage, as recited in

claims 28 and 31.

Applicant's disclosure of selecting two couplings that do not interact

with one another, i.e., where the actuation of one will never cause actuation of the

other, is obvious only in hindsight. While it is true that, if a person skilled in the art

were to try different couplings for the needle assembly as suggested in Chanoch, such

person might discover that pairing certain couplings produces the benefits of the

invention recited in claims 1, 28, and 31, it is well settled that "obvious to try" is an

improper standard for determining obviousness. In re Deuel, 51 F.3d 1552, 1559, 34

U.S.P.Q.2d 1210, 1216 (Fed. Cir. 1995).

The conclusion that the invention claimed in claims 1, 28, and 31 is

not obvious, except in hindsight, can no better be illustrated than by the fact that,

while Chanoch discloses that other needle couplings can be employed, the only

embodiment disclosed in Chanoch (i.e., the most preferable embodiment known to

Chanoch) utilizes couplings where screwing and unscrewing the needle can cause the

dosing assembly/cartridge assembly coupling to partly disengage. Thus, the invention

claimed in claims 1, 28, and 31 was not obvious to Chanoch.

The applicants urge the entry of such language changes in claims 28,

and 31, insofar as the Examiner already appears to interpret claims 28 and 31 in such

a manner. With respect to claim 1, prior to amendment, such claim recited that the

12

Docket No. 5533.200-US

choice of couplings "secure" that the plunger abuts the stopper when the needle is mounted or removed. The term "secure" has been changed to "ensure" for idiomatic reasons, and insofar as the Examiner, in rejecting claim 1 based on anticipation, appears to have given the phrase "secure . . ." no weight. The language revisions thus do not change the scope of the existing claims, and for such reasons entry is respect-fully requested.

Finally, the applicants note that claims 1 and 28 would be amended to change the term "selected dose" to "set dose" for clarity, insofar as those claims refer previously to "setting" a dose rather than "selecting" a dose. Such amendment is thus merely of form, to conform the language used in the claim, and does not affect the scope of the claim.

For the reasons discussed above, entry of the proposed amendments, and favorable reconsideration and allowance of the application, are respectfully requested.

Respectfully submitted,

Robert B. Smith
PTO Registration No. 28,538
Attorney for applicant(s)

Skadden, Arps , Slate, Meagher, & Flom
Four Times Square
New York, NY 10036-6522
(212) 735-3020

13

Docket No. 5533.200-US

VERSION WITH MARKINGS TO SHOW CHANGES MADE

**CHANGES IN THE AMENDED CLAIMS**

1. (Twice Amended) A medication delivery device comprising:

a cartridge assembly having a distal end and a proximal end, said distal end of the cartridge assembly comprising coupling means for releasably mounting a needle assembly, and said cartridge assembly comprising a cartridge having one end sealed with a pierceable seal and having a stopper adapted to receive a plunger means,

a dosing assembly comprising a plunger means for acting on said stopper, a [and a dose-setting and injection] mechanism for setting a specified dose, and [for driving] a driving means for advancing said plunger means to deliver the [selected] set dose, and

a needle assembly including a coupling means for engaging the coupling means of said cartridge assembly to form a releasable coupling between said needle assembly and said cartridge assembly,

wherein the cartridge assembly and the dosing assembly are releasably coupled together, and wherein the combination of couplings between the dosing assembly and the cartridge assembly, and between the needle assembly and the cartridge assembly, respectively, is selected to [secure] ensure that the force applied to couple and decouple said needle assembly to and from said cartridge assembly

14

Docket No. 5533.200-US

does not cause said dosing assembly to move away from said cartridge assembly

during coupling and decoupling of said needle assembly, such that said [the] plunger

means [abuts on] remains in abutment with said [the] stopper during such coupling

and decoupling [of the needle assembly].

    21. (Amended) A medication delivery device according to claim [20]

1, wherein the dosing assembly is released from the cartridge assembly through a

movement including an axial movement.

    25. (Amended) A medication delivery device according to claim 1,

wherein the cartridge assembly comprises a housing for receiving a cartridge.

    28. (Amended)  A medication delivery device comprising:

    a cartridge assembly comprising a cartridge having one end sealed

with a pierceable seal and having a stopper adapted to receive a plunger means,

    a dosing assembly comprising a plunger means for acting on said

stopper, a [and a dose-setting and injection] mechanism for setting a specified dose,

and [for driving] a drive means for advancing said plunger means to deliver the

[selected] set dose, and

    a needle assembly,

    a first releasable coupling between the needle assembly and the

cartridge assembly, and

    a second releasable coupling between the cartridge assembly and the

dosing assembly, wherein said first and second releasable couplings are of different

15

Docket No. 5533.200-US

types and are selected such that the force applied to couple and decouple [releasing or attaching] said needle assembly [onto] to and from said cartridge assembly does not urge said second releasable coupling to disengage, thereby ensuring that said dosing assembly does not move away from said cartridge assembly during coupling and decoupling of said needle assembly, such that said plunger means remains in abutment with said stopper.

      31. (Amended)  A medication delivery device comprising:

      a cartridge assembly comprising a cartridge having one end sealed with a pierceable seal and having a stopper adapted to receive a plunger means,

      a dosing assembly comprising a housing and a plunger means movable relative to said housing for acting on said stopper,

      a needle assembly,

      a first releasable coupling between the needle assembly and the cartridge assembly, and a second releasable coupling between the cartridge assembly and the dosing assembly housing, wherein said first and second releasable couplings are of different types and are selected such that the force applied to couple and decouple [releasing or attaching] said needle assembly [onto] to and from said cartridge assembly does not urge said second releasable coupling to disengage, thereby ensuring that the dosing assembly does not move away from the cartridge assembly during coupling and decoupling of said needle assembly, such that said plunger means remains in abutment with said stopper.

# EXHIBIT 4

3763

Attorney Docket No.: 5533.200-US                                                      PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Buch-Rasmussen et al.

Serial No.: 09/349,748                    Group Art Unit: 3763              **RECEIVED**

Filed: July 8, 1999                       Examiner: K. Simons              AUG 3 0 2002

Confirmation No: 7085                                                      TECHNOLOGY CENTER R3700

For: Medical Device

### CERTIFICATE OF MAILING UNDER 37 CFR 1.8(a)

Commissioner for Patents
Washington, DC 20231

Sir:

        I hereby certify that the attached correspondence comprising:

      1.  Amendment No Fee Transmittal
      2.  Amendment

is being deposited with the United States Postal Service as first class mail in an envelope
addressed to:

        Commissioner for Patents
        Washington, DC 20231

on August 15, 2002

                   Tracy Bronner
                   (name of person mailing paper)

                   (signature of person mailing paper)

Attorney Docket No.: 5533.200-US                                          PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Buch-Rasmussen et al.

Serial No.: 09/349,748                    Group Art Unit: 3763          RECEIVED

Filed: July 8, 1999                       Examiner: K. Sirmons          AUG 3 0 2002

Confirmation No: 7085                                                   TECHNOLOGY CENTER

For: Medical Device

### AMENDMENT NO FEE TRANSMITTAL

Commissioner for Patents
Washington, DC 20231

Sir:

       Transmitted herewith is an Amendment for the above-identified application.

       No fee extension fee is required for this Amendment as it is being submitted within the shortened statutory reply period. Please charge any and all additional fees that may due in connection with this paper or application, including the fee for the additional independent claim added by this amendment, estimated to be $84, to Novo Nordisk of North America, Inc., Deposit Account No. 14-1447. A duplicate of this authorization is attached.

       Respectfully submitted,

Date: August 15, 2002

Marc A. Began Reg. No. 48,829
Novo Nordisk of North America, Inc.
405 Lexington Avenue, Suite 6400
New York, NY 10174-6401
(212) 867-0123

23650
PATENT TRADEMARK OFFICE

Attorney Docket No.: 5533.200-US

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Buch-Rasmussen et al.

RECEIVED

Application No.: 09/349,748          Group Art Unit: 3763

AUG 3 0 2002

Filed: February 11, 2002          Examiner: K. Sirmons

TECHNOLOGY CENTER

For: Medical Device

### AMENDMENT UNDER 37 C.F.R. 1.111

Commissioner for Patents
Washington, DC  20231

Sir:

In response to the Office Action mailed May 15, 2002, please amend the above-captioned application as follows (a marked up version pursuant to 37 C.F.R. 1.21 is attached hereto, where applicable):

### IN THE CLAIMS:

Please cancel claims 1-13 and 19-33 without prejudice or disclaimer.

Please add new claims 34-48 as shown below:

34.    A medication delivery device comprising:

a cartridge assembly comprising a cartridge having a pierceable seal at one end and a moveable stopper at an opposite end;

a dosage assembly comprising a plunger means for acting on the stopper; a mechanism for setting a specified dose; and a drive means for advancing the plunger means to deliver the specified dose;

a needle assembly;

a first coupling means for coupling and uncoupling the needle assembly to and from the cartridge assembly;

a second coupling means for coupling and uncoupling the cartridge assembly to and from the dosage assembly;

wherein the first and second coupling means are selected such that when a user grasps the needle assembly and applies a force to couple it to and to uncouple it from the cartridge assembly, while simultaneously grasping the dosage assembly and applying an equal but opposite force thereto, the cartridge assembly cannot not move axially with respect to the dosage assembly.

35.    The medication delivery device of claim 34, wherein the first coupling means comprises a means for coupling or uncoupling the needle assembly through an axial movement of the needle assembly relative to the cartridge assembly and the second means comprises a threaded means.

36.    The medication delivery device of claim 35, wherein the cartridge assembly comprises a housing for receiving the cartridge and wherein the first coupling means comprises a snap lock and wherein the snap lock is an integral part of the needle assembly.

37.    A medication delivery device upon which a needle assembly can be mounted, the device comprising:

a cartridge assembly comprising a cartridge having a movable stopper at one end and a pierceable seal at an opposite end;

a dosage assembly comprising a mechanism for setting a specified dose, a plunger means for abutting the moveable stopper, and a drive means for driving the plunger means to deliver the set doseage;

a first coupling means for coupling and uncoupling the cartridge assembly to and from the dosage assembly; and

a second coupling means for coupling and uncoupling a needle assembly to and from the cartridge assembly;

wherein the first and second coupling means are selected so that when a user grasps the needle assembly and applies force to the needle assembly to couple and uncouple it

- 2 -

from the device while simultaneously grasping the dosage assembly and applying a equal and opposite force to the dosage assembly, the dosage assembly cannot move relative to the cartridge assembly, thereby ensuring that the plunger means remains abutted against the stopper.

38.    The medication delivery device recited in claim 37, wherein the second coupling means comprises a threaded coupling means and wherein the second coupling means comprises a means for coupling and uncoupling through an axial movement of the needle assembly relative to the cartridge assembly.

39.    The medication delivery device of claim 37, wherein the first coupling means comprises a means for uncoupling through an axial movement of the cartridge assembly relative to the dosing assembly.

40.    The medication delivery device of claim 37, wherein the first coupling means comprises a threaded coupling means.

41.    The medication delivery device of claim 37, wherein the cartridge assembly comprises a housing to accommodate the cartridge and wherein the second coupling means comprises a means for axially coupling or uncoupling the needle assembly from the cartridge assembly.

42.    The medication delivery device of claim 37, wherein the second coupling means comprises a threaded coupling means.

43.    A medication delivery device comprising:

a cartridge assembly comprising:

a housing capable of housing a removable cartridge that has a pierceable seal at one end, is filled with medication, and has a moveable stopper at an opposite end that when moved toward the medication pressurizes the medication; and

- 3 -

a needle mounting means for mounting a needle on the cartridge assembly;

a dosage assembly for delivering a set dose of medication. comprising:

a plunger means for moving the stopper, a dose setting means for setting a dose, and a drive means for driving the plunger means to deliver the set dose, wherein after a portion of medication is expelled from the cartridge, the plunger means abuts the stopper;

a first means for coupling and uncoupling a needle assembly to and from the cartridge assembly; and

a second means for coupling and uncoupling the dosage assembly to and from the cartridge assembly,

wherein the first and second coupling means are chosen so that when a user simultaneously grasps the dosage assembly and the needle assembly and applies a force to the needle assembly to couple (or uncouple) the needle to or from the device the cartridge assembly is positively precluded from moving axially relative to the cartridge assembly.

44      A medication delivery device comprising:

a cartridge assembly for housing a removable cartridge containing a medication;

a needle assembly;

a dosage assembly comprising a mechanism for setting a dosage less than the full amount of medication contained in the cartridge;

a first coupling means for coupling and uncoupling the needle to and from a removable cartridge housed in the cartridge assembly; and

a second coupling means for coupling and uncoupling the cartridge assembly to and from the dosage assembly;

wherein the first and second coupling means are chosen so that when a user couples or uncouples the needle assembly from the cartridge by grasping the needle assembly and the dosage assembly simultaneously and applying force to both, the second coupling

- 4 -

means prevents axial movement of the cartridge assembly relative to the dosage assembly.

45.    The medication delivery device of claim 44, wherein the dosage assembly comprises a plunger means and a drive means and wherein the second coupling means is selected to ensure that uncoupling of the needle assembly from the dosage assembly does not result in movement of the plunger means relative to a removable cartridge that is housed in the cartridge assembly.

46.    The medication delivery device of claim 45, wherein the first coupling means comprises a snap-lock means for allowing axial coupling and uncoupling of the needle assembly to and from the cartridge assembly without the need to rotate the needle assembly relative to the dosage assembly.

47.    The medication delivery decide of claim 46, wherein the second coupling means comprises a threaded coupling and wherein the first coupling means is at least partially integrated into the needle assembly.

48.    The medication delivery device of claim 47, wherein the snap lock means is fully integrated into the needle assembly.

## REMARKS

Claims 1-13 and 19-33 have been canceled without prejudice or disclaimer. Claims 34-48 have been added and therefore are pending in the present application. Claims 34-48 are supported by the drawings, the original claims, and the specification.

It is respectfully submitted that the present amendment presents no new matter and places this case in condition for allowance. Reconsideration of the application in view of the above amendments and the following remarks is requested.

In the previous office action, the Examiner rejected claims 1, 19, 21-23 and 25-27 under 35 USC § 102(b) in view of Chanoch US Pat. No. 5,688,251 and rejected claims 28-33 under 35 USC § 103(a) in view of Chanoch. The Examiner dismissed the Applicants' previous arguments that their invention is novel and non-obvious because Chanoch does not disclose selection of a means for securing the needle to cartridge assembly and a means for securing the dosing assembly to the cartridge assembly such that the dosing assembly does not move relative to the cartridge assembly during removal or attachment of a needle. The Examiner has, ostensibly, taken the position that one of ordinary skill in the art would grasp the Chanoch cartridge assembly or both the Chancoch cartridge assembly and the Chanoch dosing assembly when removing or attaching a needle and therefore the dosing assembly would not move relative to the cartridge assembly during a needle change. The Examiner, also asserts that because Chanoch states that other means for mounting the needle cannula to the cartridge holder may be provided, it discloses that two different types of coupling means on a single device or that something other than threads as shown in the figures may be used.

Applicants note that even if the Examiner's view of Chanoch is correct, Chanoch does not disclose or even suggest a means for ensuring that the dosing assembly does not move relative to the cartridge assembly <u>when the dosing assembly and the needle are intentionally grasped during a needle change</u>. Chanoch is silent as to how and what criteria should be used when selecting a means for securing the needle assembly to the cartridge assembly and the cartridge assembly to the dosing assembly. Moreover, Chanoch fails to disclose or even suggest that the two securing means should be chosen so that when force is applied to remove (or attach) the needle while the

- 6 -

dosage assembly is grasped, the security of the dosage assembly to the cartridge assembly is not jeopardized.

As presently claimed in the new pending claims (i.e., claims 34-48), Applicants' invention specifically requires that the means for securing the needle to the cartridge assembly and the means for securing the cartridge assembly to the dosing assembly be chosen so that when the needle assembly and the dosing assembly are grasped and a force applied to both to remove (or attach) the needle assembly, the cartridge assembly remains securely fixed to the dosing assembly. Thus, it is irrelevant to the patentability of the present claims whether one would grasp the cartridge assembly during a needle change. By their own terms, the claims now require that when the dosing assembly and needle assembly are grasped during needle attachment or removal, the means for securing the dosing assembly to the cartridge assembly must prevent unintended axial movement of the dosage assembly relative to the cartridge assembly. By preventing the cartridge assembly from moving relative to the dosing assembly when changing a needle the accuracy of a subsequently administered dose can be guaranteed.

### Conclusion

In view of the above, it is respectfully submitted that all claims are in condition for allowance. Early action to that end is respectfully requested. The Examiner is hereby invited to

- 7 -

contact the undersigned by telephone if there are any questions concerning this amendment or application.

Respectfully submitted,

Date:  August 15, 2002

Marc A. Began Reg. No. 48,829
Novo Nordisk of North America, Inc.
405 Lexington Avenue, Suite 6400
New York, NY  10174-6401
(212) 867-0123

23650
PATENT TRADEMARK OFFICE

- 8 -

# EXHIBIT 5



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/349,748 | 07/08/1999 | THOMAS BUCH-RASMUSSEN | 5533.200-US | 7085 |

26137    7590    05/15/2002
PATENT DEPARTMENT
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK, NY 10036

| EXAMINER |
|---|
| SIRMONS, KEVIN C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3763 | |

DATE MAILED: 05/15/2002

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

SAN00761712

| | Application No. | Applicant(s) |
|---|---|---|
| ***Notice of Allowability*** | 09/349,748 | BUCH-RASMUSSEN ET AL. |
| | Examiner | Art Unit |
| | Kevin C. Sirmons | 3763 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MEP 1308.

1. ☒ This communication is responsive to *1/22/02*.

2. ☒ The allowed claim(s) is/are *1-11*.

3. ☒ The drawings filed on *1/5/0* are accepted by the Examiner.

4. ☒ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

       a) ☐ All    b) ☐ Some*    c) ☒ None    of the:

          1. ☒ Certified copies of the priority documents have been received.

          2. ☐ Certified copies of the priority documents have been received in Application No. _____.

          3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the
             International Bureau (PCT Rule 17.2(a)).

       * Certified copies not received: _____.

5. ☒ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

       (a) ☐ The translation of the foreign language provisional application has been received.

6. ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE**

7. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

8. ☐ CORRECTED DRAWINGS must be submitted.

       (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

          1) ☐ hereto or 2) ☐ to Paper No. _____.

       (b) ☐ including changes required by the proposed drawing correction filed _____, which has been approved by the Examiner.

       (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____.

   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the top margin (not the back) of each sheet. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

9. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Attachment(s)

1☐ Notice of References Cited (PTO-892)
3☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
5☐ Information Disclosure Statements (PTO-1449), Paper No. _____.
7☐ Examiner's Comment Regarding Requirement for Deposit
    of Biological Material

2☐ Notice of Informal Patent Application (PTO-152)
4☐ Interview Summary (PTO-413), Paper No. _____.
6☐ Examiner's Amendment/Comment
8☒ Examiner's Statement of Reasons for Allowance
9☐ Other

SAN00761713

Application/Control Number: 09/349,748                                    Page 2
Art Unit: 3763

## DETAILED ACTION

### *Allowable Subject Matter*

Claims 34–44 are allowable over the prior art of record at the time the invention was

made.

The following is an examiner's statement of reasons for allowance: Claims 34, 37, 43 and

44 are allowable over the prior art of record because the prior art does not disclose or render

obvious the combination of a first or second coupling means which comprises a snap lock for

assisting in coupling or uncoupling of a needle assembly from a cartridge by grasping the needle

assembly and the dosage assembly simultaneously and applying force to both, thus preventing

the cartridge assembly from moving axially with respect to the dosage assembly.

Any comments considered necessary by applicant must be submitted no later than the

payment of the issue fee and, to avoid processing delays, should preferably accompany the issue

fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for

Allowance."

### *Conclusion*

Any inquiry concerning this communication or earlier communication from the examiner
should be directed to Kevin C. Sirmons whose telephone number is (703) 306-5410. The
examiner can normally be reached on Monday – Thursday from 6:30 am to 4:00 pm. The
examiner can also be reached on alternate Fridays.

Kevin C. Sirmons
Patent Examiner
1/23/03

BRIAN L. CASLER
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 3700

SAN00761714

# EXHIBIT 6

US005688251A

# United States Patent [19]

Chanoch

[11] Patent Number: 5,688,251
[45] Date of Patent: Nov. 18, 1997

[54] **CARTRIDGE LOADING AND PRIMING MECHANISM FOR A PEN INJECTOR**

[75] Inventor: **Lawrence H. Chanoch**, Mahwah, N.J.

[73] Assignee: **Becton Dickinson and Company**, Franklin Lakes, N.J.

[21] Appl. No.: **530,527**

[22] Filed: **Sep. 19, 1995**

[51] Int. Cl.$^6$ ......................................... A61M 5/00
[52] U.S. Cl. .................. 604/208; 604/186; 604/187; 604/232; 222/46; 222/309
[58] Field of Search ...................... 604/110, 186, 604/187, 188, 192, 195, 196, 221, 207–211, 232, 71, 72, 218, 224, 234; 222/46, 48, 309

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,592,745   6/1986   Rex et al. ............................ 604/211

| | | | |
|---|---|---|---|
| 4,865,591 | 9/1989 | Sams | 604/186 |
| 4,936,833 | 6/1990 | Sams | 604/232 |
| 5,112,317 | 5/1992 | Michel | 604/208 |
| 5,226,895 | 7/1993 | Harris | 604/208 |
| 5,279,585 | 1/1994 | Balkwill | 604/207 |
| 5,304,152 | 4/1994 | Sams | 604/207 |
| 5,383,865 | 1/1995 | Michel | 604/232 |

*Primary Examiner*—Corrine M. McDermott
*Assistant Examiner*—Cris L. Rodriguez
*Attorney, Agent, or Firm*—Alan W. Fiedler

[57] **ABSTRACT**

A medication delivery pen is provided having a medication cartridge holder assembly, a pen body assembly and a cap. The reusable pen body assembly includes an improved loading and priming mechanism that allows the user to easily load a new cartridge and prime the pen without having to manually manipulate the pen's lead screw and related driving components.

**9 Claims, 5 Drawing Sheets**





FIG-1





FIG—4



FIG-5



FIG—6

5,688,251

# 1

## CARTRIDGE LOADING AND PRIMING MECHANISM FOR A PEN INJECTOR

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

The subject invention relates to an improved cartridge loading and priming mechanism for a medication delivery pen having a cartridge holder assembly and a pen body assembly removably mounted to the cartridge holder assembly for delivering selected doses of medication.

#### 2. Description of Related Art

Hypodermic syringes are used to deliver selected doses of medication to patients. The prior art hypodermic syringe includes a syringe barrel having opposed proximal and distal ends. A cylindrical chamber wall extends between the ends and defines a fluid receiving chamber. The proximal end of the prior art syringe barrel is substantially open and receives a plunger in sliding fluid tight engagement. The distal end of the prior art syringe barrel includes a passage communicating with the chamber. A needle cannula is mounted to the distal end of the prior art syringe barrel, such that the lumen of the needle cannula communicates with the passage and the chamber of the syringe barrel. Movement of the plunger in a proximal direction draws fluid through the lumen of the needle cannula and into the chamber. Movement of the plunger in a proximal-to-distal direction urges fluid from the chamber and through the lumen of the needle cannula.

Medication to be injected with the prior art hypodermic syringe often is stored in a vial having a pierceable elastomeric seal and accessed by piercing the elastomeric seal with the needle cannula. A selected dose of the medication may be drawn into the chamber of the syringe barrel by moving the plunger a selected distance in a proximal direction. The needle cannula is withdrawn from the vial, and the medication is injected into a patient by moving the plunger in a distal direction.

Some medication, such as insulin is self-administered. The typical diabetes patient will require injections of insulin several times during the course of the day. The required dose of insulin will vary from patient to patient, and for each patient may vary during the course of the day and from day to day. Each diabetes patient will establish a regimen that is appropriate for his or her own medical condition and for his or her lifestyle. The regimen typically includes some combination of a slow or medium acting insulin and a faster acting insulin. Each of these regimens may require the diabetes patient to periodically self-administer insulin in public locations, such as places of employment or restaurants. The required manipulation of the standard prior art hypodermic syringe and vial can be inconvenient and embarrassing in these public environments.

Medication delivery pens have been developed to facilitate the self-administration of medication. One prior art medication delivery pen includes a vial holder into which a vial of insulin or other medication may be received. The vial holder is an elongate generally tubular structure with proximal and distal ends. The distal end of the prior art vial holder includes mounting means for engaging a double-ended needle cannula. The proximal end also includes mounting means for engaging a driver and dose setting apparatus as explained further below. A disposable vial for use with the prior art vial holder includes a distal end having a pierceable elastomeric seal that can be pierced by one end of a double-ended needle cannula. The proximal end of this prior art vial includes a plunger slidably disposed in fluid tight engagement with the cylindrical wall of the vial. This prior

# 2

art medication delivery pen is used by inserting the vial of medication into the vial holder. A prior art pen body then is connected to the proximal end of the vial holder. The pen body includes a dose setting apparatus for designating a dose of medication to be delivered by the pen and a driving apparatus for urging the plunger of the vial distally for a distance corresponding to the selected dose.

The user of the pen mounts a prior art double-ended needle cannula to the distal end of the vial holder such that the proximal point of the needle cannula pierces the elastomeric seal on the vial. The patient then selects a dose and operates the pen to urge the plunger distally to deliver the selected dose. The dose selecting apparatus returns to zero upon injection of the selected dose with this prior art medication delivery pen. The patient then removes and discards the needle cannula, and keeps the prior art medication delivery pen in a convenient location for the next required medication administration. The medication in the vial will become exhausted after several such administrations of medication. The patient then separates the vial holder from the pen body. The empty vial may then be removed and discarded. A new vial can be inserted into the vial holder, and the vial holder and pen body can be reassembled and used as explained above.

The above described reusable medication delivery pen is effective and much more convenient for self-administration of medication than the typical hypodermic syringe and separate medication vial. However, the disassembly of the pen to remove empty medication vials and to insert new ones is an inconvenience. As a result, disposable pens have been developed. The prior art disposable medication delivery pen includes a vial of insulin or other such medication permanently encapsulated therein. The patient need merely connect a double-ended needle cannula to the disposable pen for each administration of medication. The prior art disposable pen can be discarded when the supply of medication permanently encapsulated therein has been exhausted.

Disposable medication delivery pens offer certain conveniences to the patient who is required to self-administer medication. However, the dose selecting and driving mechanisms of prior art medication delivery pens are fairy complex devices and costly to manufacture. Hence, a substantial cost penalty is associated with the convenience of using a disposable medication delivery pen.

Another problem with the above-described medication delivery pens is in loading and priming the penis. These pens usually utilize a lead screw and matching nut combination that translate a rotary dose setting motion into a linear lead screw motion required to expel medication from the pen or cartridge. In such a mechanism, the nut is allowed to rotate during medication delivery while rotation of the lead screw is prevented by means of a rigidly mounted ring with tabs extending into the lead screw. Therefore, as the nut turns the pre-selected amount, threads on the nut and lead screw cause the lead screw to move axially to deliver the medication. Then, when the cartridge is empty and must be replaced, the fully extended lead screw must be manually rotated and returned to a starting position to receive a new cartridge. However, manual rotation of the lead screw is very difficult since the tabbed ring is intended to prevent rotation of the lead screw.

### SUMMARY OF THE INVENTION

It is an objective of the present invention to overcome the problem with moving the lead screw back into the pen during cartridge loading found in prior art pens by providing

5,688,251

| 3 | 4 |

a medication delivery pen having an improved cartridge loading and priming mechanism that allows a patient to easily load and prime the pen. The present invention provides a pen with a lead screw that is easily slid back into the pen during cartridge loading and thereby eliminates the need for a patient to manipulate an anti-rotation tabbed ring. In the present invention the lead screw does not stop sliding until the cartridge holder assembly has been fully threaded onto the pen housing and, therefore, provides automatic priming of the pen during the threading operation and causes the lead screw to automatically engage with a drive mechanism.

In particular, the medication delivery pen of the present invention includes a medication cartridge holder assembly that is selectively engageable with and disengageable from a pen body assembly. In particular, the medication delivery pen includes means for allowing the lead screw in the medication delivery pen to automatically and easily slide into and prime the medication delivery pen as the cartridge assembly approaches the pen body assembly, when the lead screw is in contact with the plunger in the cartridge. The medication pen also includes means for engaging the lead screw to the cartridge holder assembly as the cartridge is being threaded to the pen body assembly and means for engaging the lead screw to the drive mechanism when the cartridge holder assembly has been fully threaded to the pen body assembly.

These and other aspects, features and advantages of the present invention will become apparent from the following detailed description taken in conjunction with the accompanying drawings.

DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of the medication delivery pen of the subject invention;

FIG. 2 is a longitudinal cross-sectional view of an unassembled medication delivery pen shown in FIG. 1 along lines 2—2;

FIG. 3 is a longitudinal cross-sectional view of an assembled medication delivery pen shown in FIG. 2;

FIG. 4 is an exploded perspective view of the medication delivery pen shown in FIG. 1;

FIG. 5 is a cross-sectional view of the medication delivery pen shown in FIG. 2 along lines 5—5; and FIG. 6 is a further exploded perspective view of dose knob 400 and driver 450, shown in FIG. 2.

DETAILED DESCRIPTION

A medication delivery pen in accordance with the subject invention is identified generally by the numeral 10 in FIGS. 1–4. Medication delivery pen 10, as shown in FIGS. 1–4, includes a reusable pen body assembly 100, a cap 200, a cartridge holder assembly 300, and a needle cannula assembly 500. Cartridge holder assembly 300 includes opposed proximal and distal ends 301 and 302, respectively. Proximal end 301 of cartridge holder assembly 300 is dimensioned and configured to threadedly engage pen body assembly 100, as explained further herein. Distal end 302 of cartridge holder assembly 300 is configured to securely but releasably engage needle cannula assembly 500.

The preferred embodiment of reusable pen body assembly 100 is illustrated in detail in FIGS. 2–4. It is understood, however, that variations from this preferred embodiment may be provided, and are considered to be within the scope of the subject invention. Reusable pen body assembly 100

includes a cylindrical housing 101 having opposed proximal and distal ends 102 and 103. An array of external threads 105 extends proximally from distal end 103 for threaded engagement with threads 303 in proximal end 301 of cartridge holder assembly 300. Portions of housing 101 adjacent distal end 103 are characterized by an array of clutch teeth (not shown) molded therein. Proximal end 102 of housing 101 is characterized by a cut-out 106 formed therein for receiving a window insert 150 having a window 151 and a button 152.

Pen body assembly 100 further includes a nut 110 having opposed proximal and distal ends 111 and 112, respectively. Exterior surface regions of nut 110 between proximal and distal ends 111 and 112 define a plurality of longitudinally extending splines 113. Proximal end 111 of nut 110 is characterized by a plurality of longitudinally extending resilient fingers 114 with enlarged ends that enable snap engagement of nut 110 into other portions of pen body assembly 100 as explained further herein. Distal end 112 of nut 110 is radially enlarged to limit axial movement of nut 110 into distal end 103 of housing 101. Thus, nut 110 is axially constrained within housing 101. However, the dimensions and configurations of nut 110 and housing 101 permit free relative rotation therebetween.

Pen body assembly 100 further includes a clutch assembly having a proximal clutch 141, a distal clutch 143 and an annular spring 142 biasingly engaged therebetween. Proximal and distal clutches 141 and 143 are both configured for non-rotatable engagement over splines 113 of nut 110. Distal clutch 143 includes an array of distally facing saw teeth (not shown) dimensioned, disposed and configured for engagement with the teeth (not shown) on interior surface 108 of housing 101, such that distal clutch 143 can rotate only in one direction relative to housing 101. Proximal clutch 141 includes an array of proximally facing teeth (not shown) which are also configured for unidirectional rotation as explained further herein.

Pen body assembly 100 further includes a drive mechanism having a generally cylindrical driver 50 with opposed proximal and distal ends 451 and 452. Driver 450 is slidably inserted into housing 101 of pen body assembly 100 such that distal end 452 of driver 450 is snap fit over the enlarged ends of resilient fingers 114 at proximal end 111 of nut 110. This snap fit engagement prevents axial movement between nut 110 and driver 450, but permits free relative rotational movement within housing 101. Distal end 452 of driver 450 is also characterized by an array of saw teeth (not shown) that engage with the saw teeth on proximal clutch 141. Outer surface regions of driver 450 are characterized by splines 454 extending radially outwardly thereon and along a substantial portion of the length of driver 450.

Pen body assembly 100 further includes a dose knob 400 which is a hollow generally cylindrical structure having opposed proximal and distal ends 401 and 402 and opposed inner and outer surfaces. As shown in FIG. 6, the inner surface is characterized by longitudinally extending grooves 405 which are disposed and dimensioned for engagement with splines 454 on driver 450. More particularly, dose knob 400 is spline mounted over driver 450 within housing 101 of pen body assembly 100. Thus, axially extending grooves 405 in dose knob 400 engage splines 454 of driver 450 to prevent relative rotation therebetween, but permitting relative axial movement. The outer surface of dose knob 400 is characterized by a helical groove 403 with dosage indicia to define dose amounts corresponding to different positions along helical groove 403. Proximal end 401 of dose knob 400 is characterized by a gnarled exterior surface to facilitate manipulation for setting a selected dose having an

5,688,251

| 5 | 6 |

actuator button 407 snapped therein to permit relative rotation therebetween.

Insert 150 is snapped into engagement with cut-out 106 in the proximal end 102 of housing 101. Insert 150 includes a window 151 therethrough and button 152 on an interior face that is dimensioned and disposed to engage with helical groove 403 on dose setting knob 400. Button 152 and window 151 are disposed to also enable the dosage indicia on dose setting knob 400 to be visible through window 151 as dose knob 400 is rotated.

Pen body assembly 100 includes a lead screw 120 with opposed proximal and distal ends 121 and 122 and an array of external threads 123. External threads 123 are characterized, however, by a pair of opposed axially extending grooves 124 which extend from an enlarged head 125 at distal end 122 substantially to the proximal end 121. Threads 123 are threadably engaged in nut 110, such that proximal end 121 of lead screw 120 is within housing 101 and distal end 122 projects distally beyond housing 101. Threads 123 on lead screw 120 have exactly the same pitch and the same hand as threads 105 on distal end 103 of housing 101.

Pen body assembly 100 further includes an anti-rotation ring 160, shown in FIGS. 2–5, having a pair of tabs 161 extending therein and splines 162 on its distal surface. Each tab 161 slidable engages groove 124 on lead screw 120 to allow anti-rotation ring 160 to travel on and rotate with lead screw 120. Thus, lead screw 120 can slidably move relative to anti-rotation tabs 161, but is prevented from rotating relative to anti-rotation tabs 161.

Pen body assembly 100 is assembled by placing nut 110 into housing 101 from distal end 103. Clutch assembly 141,142 and 143 then is mounted over splines 113 on nut 110. Driver 450 is then inserted into proximal end 102 of housing 101, and is urged sufficiently in a distal direction for snap fit engagement with nut 110. In this snapped engagement, the saw teeth of distal clutch 143 will be secured in engagement with the teeth in of housing 101, and the saw teeth of proximal clutch 141 will be engaged with the saw teeth at distal end 452 of driver 450. Spring 142 will maintain constant selected pressure between these interengaged saw teeth. Insert 156 then is positioned over dose knob 400 such that button 152 of insert 150 is engaged in the helical groove 403 in dose knob 400. The temporarily assembled insert 150 and dose knob 400 then are into housing 101. Lead screw 120 then is threaded into nut 110, and actuator button 407 is snapped into engagement with proximal end 401 of dose knob 400. Finally, anti-rotation ring 160 is slid onto lead screw 120 and a retaining ring 163 on ring 160 is rotatably attached to a receiving ring 165 at distal end 103 of pen housing 101.

Cartridge holder assembly 300, shown in detail in FIGS. 2 and 3, includes a molded housing 304 which extends from proximal end 301 to distal end 302 of cartridge holder assembly 300. Housing 304 includes a mounting cavity 305 extending inwardly from proximal end 301. Mounting cavity 305 is characterized by an array of internal threads 303 for threaded engagement with external threads 105 on distal end 103 of housing 101. A set of splines 306 are located in proximal end 301 of cartridge holder assembly 300 to receive splines 162 on anti-rotation ring 160 when cartridge holder assembly 300 is threaded onto housing 101 to prevent cartridge holder assembly 300 from rotating with respect to lead screw 120 but continue to rotate with respect to pen housing 101. However, when pen 10 is fully assembled, splines 162 are fully engaged with splines 306 so that lead screw 120 is then engaged with the remaining drive mechanism in the pen and ready for dose setting and dispensing operations.

Cartridge holder assembly 300, further includes a medication cartridge 350 securely retained in housing 304 between proximal end 301 and distal end 302. Medication cartridge 350 includes an open proximal end 351 and a distal end 352 having a pierceable elastomeric seal 353 securely mounted thereto. A cap 354 extends between housing 304 and cartridge 350 for securely and permanently holding medication cartridge 350 in housing 304. A plunger 355 is disposed in sliding fluid tight engagement in cartridge 350. As shown in FIG. 3, plunger 355 is disposed in primed contact with plunger 355 of medication cartridge 350 when fully threaded to cartridge holder assembly 300. Portions of cartridge 350 between plunger 355 and seal 353 are filled with a medication 356, such as insulin.

Needle cannula assembly 500 includes a double ended needle cannula 501 having opposed proximal and distal points 502 and 503, respectively, and a lumen extending axially therebetween. A mounting hub 504 is engaged on needle cannula 501 and is threadably engageable with cap 354 of cartridge holder assembly 300. The relative location of mounting hub 504 ensures that proximal point 502 of needle cannula 501 will pierce seal 353 when mounting hub 504 is engaged with cap 354. Needle cannula assembly 500 further includes a shield 600 removably mounted thereon for protecting against accidental needle sticks until immediately prior to use of pen 10.

As noted above, pen body assembly 100 is reusable and cartridge holder assembly 300 is disposable. More particularly, cartridge 350 in cartridge holder assembly 300 will contain a volume of medication 356 sufficient for administration of several doses. After exhaustion of the medication 356, cartridge holder assembly 300 will be threadedly disengaged from pen body assembly 100 and discarded. A new cartridge holder assembly 300 may then be mounted to the reusable pen body assembly 100.

To effect the mounting of a new cartridge holder assembly 300 to the reusable pen body assembly 100, the patient need merely advance distal end 122 of lead screw 120 into cartridge holder assembly 300 until distal end 122 of lead screw 120 engages plunger 355. Assembly continues by merely exerting axial forces on actuator button 407 and on cartridge holder assembly 300 Additionally, friction between plunger 355 and cartridge 350 and fluid forces exerted by medication 356 and seal 353 will prevent axial advancement of lead screw 120 beyond the position depicted in FIG. 3 during assembly. Additionally, the splined engagement of distal clutch 143 with nut 110 and the engagement of the teeth on distal clutch 143 with the corresponding teeth in housing 101 prevent independent rotation of nut 110 with respect to housing 101, during this initial mounting of reusable pen body assembly 100 with a new cartridge holder assembly 300. Therefore, axial forces exerted on actuator button 407 will cause housing 101 to rotate and advance towards cartridge holder assembly 300 as nut 110 rotates on threads 123 of lead screw 120.

After sufficient axial advancement, threads 105 at distal end 103 of pen body housing 101 will engage internal threads 303 at proximal end 301 of cartridge holder assembly 300. As noted above, external threads 105 at distal end 103 of housing 101 have exactly the same pitch and hand as threads 123 on lead screw 120. Hence, further axial forces exerted on actuator button 407 will cause the simultaneous threaded advancement of housing 101 along lead screw 120 and into cavity 305 at proximal end 301 of cartridge holder assembly 300. Because of the identical pitches, lead screw 120 will move proximally relative to pen body housing 101, while pen body housing 101 and cartridge holder assembly

5,688,251

7

300 are approaching their fully seated and threaded condition. When fully seated and threaded, lead screw 120 is fully engaged to the drive mechanism and can be driven by the drive mechanism when medication dispensing is desired.

The assembled reusable pen body assembly 100 and cartridge holder assembly 300 may be stored until a selected dose of medication is required. Just prior to use, a needle cannula assembly 500 may be threadedly engaged to distal end 302 of cartridge holder assembly 300. This threaded engagement will cause proximal point 502 of needle cannula 501 to pierce seal 353 and provide communication with medication 356. Shield 600 may then be removed.

A desired dose of medication 356 is then set by rotating dose knob 400 until indicia corresponding to the desired dose appears in window 151 of insert 150. The engagement of button 152 on insert 150 in helical groove 403 in dose knob 400 will cause a threaded retraction of dose knob 400 relative to housing 101 of reusable pen body assembly 100. This threaded retraction of dose knob 400 will cause a simultaneous rotation of driver 450 splined thereto. However, nut 110 will not rotate because the saw teeth on distal clutch 143 and the saw teeth on interior portions of housing 101 are locked to prevent rotation in that direction. Proximal clutch 141 is splined to nut 110, and hence also will not turn. However, saw teeth 453, shown in FIG. 6, at distal end 452 of driver 450 are shaped to allow rotation relative to proximal clutch 141 and provide an audible click for each unit of medication in the selected dose. This is helpful for visually impaired patients who may be required to set doses and administer insulin or other medication to themselves. Annular spring 142 contributes to the engagement that provides these audible clicking sounds.

When the desired dose is set, injection is achieved by merely pushing on actuator button 407. This causes dose knob 400 to turn about helix 403 relative to pen body housing 101, and driver 450 rotates through the same number of degrees. This rotation is opposite to the rotation generated by the dose setting procedure, and the rotational freedom of the clutch assembly 140 is reversed. Thus, as driver 450 turns the previously clicking proximal clutch 141 is locked to and turns with driver 450. This driving movement of proximal clutch 141 causes a corresponding rotational movement of nut 110 because of the splined engagement therebetween. Distal clutch 143 is now free to rotate against the saw teeth on housing 101, and makes an audible clicking indication during injection of medication.

Rotation of lead screw 120 is prevented by splines 306 unitary molded in cartridge holder assembly 300 mating with splines 162 on anti-rotation ring 160 engaged with lead screw 120 and causes lead screw 120 to be engaged with the drive mechanism. Therefore, as nut 110 rotates under the driving action of proximal clutch 141 and driver 450, lead screw 120 will be advanced axially into cartridge holder assembly 300. This axial advancement of lead screw 120 causes distal end 122 to urge plunger 355 distally into cartridge 350, and hence causes medication 356 to be injected through needle cannula 501. Injection will be terminated when proximal end 401 of dose knob 400 engages proximal end 102 of pen body housing 101.

Upon completion of the injection, needle cannula assembly 500 may be disengaged from cartridge holder assembly 300 and safely discarded. Cap 200 may be mounted over cartridge holder assembly 300, and pen 10 may be stored or carried in a convenient location until the next dose of medication is required. A subsequent dose of medication will be set in exactly the manner as described above.

8

However, for such a subsequent dose, lead screw 120 and plunger 355 will be in a partly advanced position as a starting point. Dose setting and injections can be carried out until all of medication 356 has been used. Cartridge holder assembly 300 may then be threadedly disengaged from pen body assembly 100, and slidably separated from lead screw 120. The separated cartridge holder assembly may then be discarded and replaced as described above.

While the invention has been described with respect to a preferred embodiment, it is apparent that various changes can be made without departing from the scope of the invention as defined by the appended claims. In particular, the reusable pen body assembly may have other driving and/or clutch mechanisms. Additionally, different means for preventing and/or enabling rotation during the dose setting and injection phases may be provided. Similarly, other means for mounting needle cannula to the cartridge holder assembly may be provided. These various optional constructions will be apparent to those skilled in the art after having read the subject disclosure.

What is claimed is:

1. A medication delivery pen comprising:

a cartridge holder assembly for holding a cartridge having a plunger, said cartridge holder assembly having a plurality of threads at a proximal end; and

a pen body assembly releasably mountable on said cartridge holder assembly of said medication delivery pen for moving said plunger within said cartridge, said pen body assembly comprising:

a plurality of threads at a distal end for threading with said plurality of threads in said cartridge holder assembly;

a lead screw extending from the distal end for engaging the plunger in the cartridge in said cartridge holder;

means in said pen body assembly for driving said lead screw into said cartridge to move the plunger in the distal direction;

means in said pen body assembly for disengaging said driving means from said lead screw to permit said lead screw to automatically and easily retract into said pen body assembly as said pen body assembly approaches and is being threaded to said cartridge holder assembly; and

means in said pen body assembly for engaging said driving means to said lead screw to prime said medication delivery pen, when said pen body assembly is fully threaded onto said cartridge holder assembly,

wherein said means for disengaging and means for engaging include:

an anti-rotation ring slidably mounted on said lead screw to prevent said lead screw from rotating with respect thereto, said anti-rotation ring having a spline extending in the distal direction into said cartridge holder assembly; and

a spline located within said cartridge holder assembly for mating with said spline on said anti-rotation ring to prevent said lead screw from rotating with respect to said cartridge holder assembly and engage said lead screw to said driving means, when said pen body assembly is fully threaded onto said cartridge holder assembly.

2. A medication delivery pen according to claim 1, wherein said lead screw includes a longitudinal groove and said anti-rotation ring includes a tab that is received in said groove to prevent said lead screw from rotating with respect to said anti-rotation ring.

5,688,251

**9**

3. The medication delivery pen of claim 1, wherein said cartridge holder assembly further comprises a housing unitarily molded from a plastic material with said spline being a unitary portion of said housing.

4. A medication delivery pen according to claim 1, wherein:

said plurality of threads in said pen body assembly are dimensioned and have a pitch for threaded engagement with said plurality of threads at the proximal end of said cartridge holder assembly; and

said lead screw further comprises a proximal end disposed in said pen body assembly with an array of threads extending between the proximal end and the distal end of said lead screw and having a pitch substantially equal to said pitch of said plurality of threads in said pen body assembly.

5. The medication delivery pen of claim 1, wherein said pen body assembly further comprises dose setting means in said pen body assembly for defining specified distances of travel for said lead screw corresponding to selected doses of medication to be delivered.

6. The medication delivery pen of claim 1, further comprising a needle cannula assembly that is selectively engageable and disengageable from the distal end of said cartridge holder assembly.

7. A medication delivery pen comprising:

a cartridge holder assembly for holding a cartridge having a plunger, said cartridge holder assembly having a plurality of threads at a proximal end; and

a pen body assembly releasably mountable on said cartridge holder assembly of said medication delivery pen for moving said plunger within said cartridge, said pen body assembly comprising:

a plurality of threads at a distal end for threading with said plurality of threads in said cartridge holder assembly;

a lead screw extending from the distal end for engaging the plunger in the cartridge in said cartridge holder;

means in said pen body assembly for driving said lead screw into said cartridge to move the plunger in the distal direction;

means in said pen body assembly for disengaging said driving means from said lead screw to permit said lead screw to automatically and easily retract into said pen body assembly as said pen body assembly approaches and is being threaded to said cartridge holder assembly; and

means in said pen body assembly for engaging said driving means to said lead screw to prime said medication delivery pen, when said pen body assembly is fully threaded onto said cartridge holder assembly,

wherein said means for disengaging and means for engaging include:

an anti-rotation ring slidably mounted on said lead screw to prevent said lead screw from rotating with respect thereto, said anti-rotation ring having a plurality of splines extending in the distal direction into said cartridge holder assembly; and

a plurality of splines located within said cartridge holder assembly for mating with said plurality of splines on said anti-rotation ring to prevent said lead screw from rotating with respect to said cartridge

**10**

holder assembly and engage said lead screw to said driving means, when said pen body assembly is fully threaded onto said cartridge holder assembly.

8. A medication delivery pen comprising:

a medication-containing cartridge holder assembly including:

an open proximal end having an array of threads,

a cartridge having a pierceably sealed distal end, and

a plunger in sliding fluid tight engagement within said cartridge at a location distally of said array of threads; and

a pen body assembly releasably mountable on said medication-containing cartridge holder assembly of said medication delivery pen for moving said plunger within said cartridge, said pen body assembly having:

a housing surrounding said pen body assembly and having opposed proximal and distal ends, said distal end having an array of threads dimensioned and having a pitch for threaded engagement with said array of threads at said proximal end of said medication-containing cartridge holder assembly,

a lead screw having a proximal end disposed in said housing, a distal end projecting beyond said distal end of said housing for selective engagement with said plunger, and an array of threads extending between said proximal and distal ends of said lead screw and having a pitch substantially equal to said pitch of said array of threads at said distal end of said pen body assembly,

driver means in said pen body assembly for moving said lead screw distally into said pen body assembly by preselected amounts,

dose setting means in said pen body assembly for defining specified distances of distal travel for said lead screw corresponding to selected doses of medication to be delivered and causing said driver means to move said lead screw distally a preselected amount corresponding to a selected dose, and

means in said pen body assembly for engaging said lead screw and said driver means and preventing said lead screw from moving in a proximal direction into said pen body assembly, when said pen body assembly is fully threaded onto said medication-containing cartridge holder assembly.

9. A medication delivery pen according to claim 8, wherein said means for engaging said lead screw and said driver means and preventing said lead screw from moving in a proximal direction into said pen body assembly include:

an anti-rotation ring slidably mounted on said lead screw to prevent said lead screw from rotating with respect thereto, said anti-rotation ring having a spline extending in the distal direction into said medication-containing cartridge holder assembly; and

a spline located within said medication-containing cartridge holder assembly for mating with said spline on said anti-rotation ring to prevent said lead screw from rotating with respect to said medication-containing cartridge holder assembly and engage said lead screw to said driver means, when said pen body assembly is fully threaded onto said medication-containing cartridge holder assembly.

*   *   *   *   *

# **EXHIBIT 7**

# United States Patent [19]

**Holm et al.**

[11] Patent Number: **4,973,318**

[45] Date of Patent: **Nov. 27, 1990**

[54] **DISPOSABLE SYRINGE**

[75] Inventors: Niels E. Holm, Birkerod; Allan Spork, Lyngby; Klaus Thogersen, Klampenborg; Anders Bressendorff, Virum; Jorn Rex, Roskilde, all of Denmark

[73] Assignee: D.C.P. AF 1988 A/S, Denmark

[21] Appl. No.: 308,399

[22] Filed: **Feb. 9, 1989**

[30] **Foreign Application Priority Data**

Feb. 10, 1988 [DK] Denmark ..................... 692/88

[51] Int. Cl.⁵ ............................................. A61M 5/00
[52] U.S. Cl. ................................... 604/208; 604/211; 604/218
[58] Field of Search .............. 604/206, 207, 208, 209, 604/210, 211, 187, 232, 236, 246, 248, 192, 263, 71, 72, 186, 218

[56] **References Cited**

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,997,129 | 4/1935 | Taylor et al. . |
| 2,605,763 | 8/1952 | Smoot . |
| 2,695,023 | 11/1954 | Brown . |
| 2,718,299 | 9/1955 | Atwater et al. . |
| 2,826,195 | 3/1958 | Ashkenaz . |
| 3,138,157 | 6/1964 | Ziherl et al. ..................... 604/71 |
| 3,348,545 | 10/1967 | Sarnoff et al. . |
| 3,517,668 | 6/1970 | Brickson . |
| 3,790,048 | 2/1974 | Luciano et al. . |
| 3,894,663 | 7/1975 | Carhart et al. . |
| 3,905,366 | 9/1975 | Callahan et al. . |
| 3,977,574 | 8/1976 | Thomas . |
| 4,022,207 | 5/1977 | Citrin . |
| 4,099,548 | 7/1978 | Sturm et al. . |
| 4,103,684 | 8/1978 | Ismach ..................... 604/71 |
| 4,244,366 | 1/1981 | Raines . |
| 4,246,898 | 1/1981 | Travalent et al. . |
| 4,275,729 | 6/1981 | Silver et al. . |
| 4,395,921 | 8/1983 | Oppenlander . |
| 4,413,760 | 11/1983 | Paton . |
| 4,415,101 | 11/1988 | Shapiro et al. . |
| 4,457,712 | 7/1984 | Dragan . |
| 4,470,317 | 9/1984 | Sabloewaki et al. . |
| 4,475,905 | 10/1984 | Himmelstrup . |
| 4,498,904 | 2/1985 | Turner et al. . |
| 4,583,973 | 4/1986 | Humphrey et al. ........... 604/218 |
| 4,583,978 | 4/1986 | Porat et al. . |
| 4,592,745 | 6/1986 | Rex et al. . |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0037696 | 4/1960 | European Pat. Off. . |
| 0064858 | 5/1981 | European Pat. Off. . |
| 0143895 | 8/1984 | European Pat. Off. . |
| 0226718 | 12/1985 | European Pat. Off. . |
| 730971 | 1/1943 | Fed. Rep. of Germany . |
| 1149735 | 12/1957 | France . |
| 1170312 | 1/1959 | France . |
| 1445659 | 6/1966 | France . |
| CH84/00167 | 6/1985 | PCT Int'l Appl. . |
| CH86/00151 | 5/1987 | PCT Int'l Appl. . |
| WO88/07874 | 10/1988 | PCT Int'l Appl. . |
| 293302 | 12/1953 | Switzerland . |
| 991766 | 5/1965 | United Kingdom . |
| 1145483 | 3/1969 | United Kingdom . |
| 1225495 | 3/1971 | United Kingdom . |
| 2109690 | 2/1982 | United Kingdom . |

*Primary Examiner*—John D. Yasko
*Attorney, Agent, or Firm*—Willian Brinks Olds Hofer Gilson & Lione

[57] **ABSTRACT**

A disposable syringe includes first and second housing elements which are coupled together for rotation without axial movement therebetween. The first housing element receives a cartridge of a solution to be injected, and mounts a liquid outlet needle at its front end. A piston rod is disposed in the second housing element to move axially therein, and this piston rod includes a rod element and a nut element. The rod element is coupled to the first housing element to move axially therein without relative rotation therewith, and the nut element is threaded to the rod element for telescoping movement therewith and is configured to move axially in the second housing element without relative rotation therein. A pressure receiving element is mounted on the nut element. The housing, rod, nut and pressure receiving elements cooperate such that relative rotation between the housing elements in a selected direction causes relative rotation between the nut and rod elements and thereby increases the effective length of the piston rod and causes the pressure receiving element to extend from the second housing element. A protective cap is removably mounted over the first housing element and is configured to abut second housing element while mounted in place on the first housing element. This protective cap is engaged with the first housing element such that rotation of the cap with respect to the second housing element causes rotation of the first housing element with respect to the second housing element.

**30 Claims, 9 Drawing Sheets**









FIG.8

FIG.9

FIG.10

FIG.11

FIG.12

FIG.13



FIG.14

FIG.16



FIG.15





FIG.19

FIG. 20



FIG. 21



FIG.22



FIG.23



4,973,318

1

## DISPOSABLE SYRINGE

### TECHNICAL FIELD

This invention relates to a disposable syringe for injecting preset doses of a liquid contained in the syringe. The syringe of this invention is particularly but not exclusively applicable for delivering preset dosages of insulin, and the following description relates to a device for the injection of insulin solutions. However, it is to be understood that the syringe of this invention is also suitable for the injection of preset dosages of other liquids.

In particular, this invention relates to a syringe or dosage unit of the type that comprises first and second housing elements coupled together to allow rotation of the first housing element with respect to the second housing element, wherein the first housing element is adapted to receive a quantity of liquid and comprises means for mounting a liquid outlet needle in the front end thereof, and wherein the second housing element has a rear end situated opposite the front end of the first housing element.

### BACKGROUND ART

Diabetics have to inject themselves repeatedly with insulin solution, and the volume of insulin solution to be injected may vary from injection to injection. For this reason, diabetics need syringes which allow them to inject successive measured dosages of the same or different preset volumes of insulin solution.

A wide variety of syringes have been proposed. For example, International Patent publication No. WO 82/02662 discloses a dose metering device for use with a syringe. The metering device utilizes a manually rotatable cap which axially moves the piston in the syringe. The volume delivered by the syringe is determined by the angular stroke of the cap. This device is not fully satisfactory for use by diabetics, because it requires two hands to hold the syringe and rotate the cap. For this reason, a diabetic cannot use this device to inject insulin into a skin fold, as recommended by many physicians.

Another drawback of the above-mentioned dose metering device is that production costs are so high that in practice it must be re-used. This necessitates replacement of the syringe or at least a cartridge with a new one. During the reloading operation, dust or other contaminants may be introduced into the metering device and this may adversely affect the operation of the metering device. Furthermore, there are more and more different commercially available insulin preparations, and therefore there is an increasing risk that a patient may insert a syringe or cartridge containing an insulin preparation other than the required one. Furthermore, reloading requires a series of operations which although not complicated may yet be troublesome for the patient.

It is therefore an object of this invention to provide a syringe that is so simple and inexpensive that it can be discarded after use.

Another object of this invention is to provide a syringe capable of delivering a number of accurate preset doses without reloading.

A further object of the invention is to provide a syringe which can be used for a single handed operation, with preadjustment of the total quantity to be injected.

2

A further object of the invention is to provide a syringe of such dimensions that it can be carried in a pocket like a writing pen.

Yet another object of this invention is to provide a dosage unit that maintains a constant length in use.

### SUMMARY OF THE INVENTION

According to a first aspect of this invention, a disposable syringe of the type described above comprises a piston rod disposed in the second housing element to move axially therein. This piston rod comprises a rod element and a nut element. The rod element is coupled to the first housing element to move axially therein without relative rotation therebetween; and the nut element is threaded to the rod element for telescoping movement therewith and is configured to move axially in the second housing element without relative rotation therebetween. A pressure receiving element is mounted on the nut element, and the housing, rod, nut and pressure receiving elements all cooperate such that relative rotation between the housing elements in a selected direction causes relative rotation between the rod and nut elements and thereby increases the effective length of the piston rod and causes the pressure receiving element to extend from the second housing element. In this way, a measured quantity of the liquid is expressed from the needle when the pressure receiving element is moved back toward the second housing element.

Preferably, the nut element defines an axial scale along its length and is used in combination with the second housing element to gauge the dosage of liquid to be administered. As described below, the first and second housing elements may be arranged to rotate with respect to one another without axial movement therebetween such that the first and second housing elements maintain a substantially constant overall length as liquid is progressively dispensed through the needle.

The disposable syringe described below is easily preadjusted to the desired dose and quantity by rotating the two housing elements with respect to one another. This causes the nut element to move along the rod element and the pressure receiving element to be axially displaced. The indicator or scale connected to the nut element thereby moves with respect to the second housing element, and the scale can be used to measure the quantity of liquid that will be dispensed when the pressure receiving element is pushed back toward the second housing element. When the pressure receiving element is pushed back to its initial position, the nut element engages the rod element and the rod element is prevented from rotating relative to the first housing element. For this reason, axial movement of the nut element results in movement of the rod element. Preferably, a ratchet device is installed between the first housing element and the rod element to insure that the rod element cannot be retracted once it is pushed into the first housing element.

The following detailed description describes a number of other advantageous features of the invention. For example, the nut element preferably comprises at least one radially protruding, axially extending projection on the outside of the nut element which slides in an associated axially extending groove of the inner surface of the second housing element. Preferably, the nut element is shaped to limit axial movement of the nut element out of the second housing element beyond the predetermined limit, and in this way to prevent the dosage unit from being adjusted to deliver a potentially dangerously high

4,973,318

| 3 | 4 |

dose of liquid. In the preferred embodiment described below, the nut element and the indicator on the nut element are integrally formed together, thereby minimizing the total number of parts and the cost of the system. In this embodiment the nut element is substantially axially symmetrically shaped, and the pressure receiving element at the external end of the nut element has an outer diameter that corresponds to the outer diameter of the second housing element. As a result, the axial movement of the nut element towards the distal or rear end of the second housing element is stopped in a simple manner.

This embodiment utilizes a rod element that is prevented from rotating relative to the first housing element by means of a ratchet device. As discussed below, at least one and preferably two pawls are provided on the first housing element, and these pawls engage longitudinal grooves in the rod element, which are provided with a suitable toothed configuration to cooperate with the pawls.

According to a second feature of this invention, a disposable syringe or dosage unit, which may, for example, be of the type described above, includes a protective cap that is removably mounted over the front end of the first housing element to protect the needle. Means are provided for releasably coupling the protective cap and the first housing element for rotation together such that rotation of the protective cap with respect to the second housing element causes rotation of the first housing element with respect to the second housing element.

Preferably, the protective cap is configured to receive the first housing element such that a front portion of the second housing element substantially abuts a rear portion of the protective cap when the protective cap is mounted in place on the first housing element. In the preferred embodiment described below, the abutting ends of the cap and the second housing element together comprise a scale for measuring relative rotation of the protective cap with respect to the second housing element. This scale allows the rotational position of the cap with respect to the second housing element, and therefore the dose to be injected, to be gauged precisely. The scale formed at the abutting ends of the cap and the second housing element indicates the rotational position of the cap in fractions of a full rotation, while the measuring scale associated with the nut element described above indicates the number of full rotations of the cap with respect to the second housing element.

In the preferred embodiment described below, the cap may be releasably engaged with the first housing element at any one of a number discrete rotational positions, and a plurality of detents are provided at corresponding increments of rotation of the first housing element with respect to the second housing element. With this arrangement it is always possible to situate the measuring scale portion of the cap opposite a fixed zero on the second housing element such that this zero position forms the basis for measuring rotation of the cap with respect to the second housing element. This is possible regardless of the detent position of the first housing element with respect to the second element, and it provides the important advantage that the user of the syringe is provided with a clear zero position at the start of each adjustment. This feature instills confidence in the user that the desired dosage has in fact been selected.

The invention itself, together with further objects and attendant advantages, will best be understood by reference to the following detailed description, taken in conjunction with the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a first preferred embodiment of a dosage unit according to the invention, said dosage unit being ready for injection of a predetermined quantity of liquid.

FIG. 2 is an axial sectional view of the dosage unit of FIG. 1 before the adjustment of a predetermined dosing quantity.

FIG. 3 is an axial sectional view through the dosage unit of FIG. 1.

FIG. 4 is a sectional view taken along line 4—4 of FIG. 3.

FIG. 5 is a sectional view taken along line 5—5 of FIG. 3.

FIG. 6 is a perspective view of an embodiment of an indicator integrally formed with an associated nut member, with portions removed for the sake of clarity.

FIG. 7 is an axial sectional view of the nut member of FIG. 6.

FIG. 8 is a perspective view of a second preferred embodiment of a dosage unit or disposable syringe according to this invention.

FIG. 9 is a partial view of the syringe FIG. 8, showing the cap positioned to allow rotation of the cap with respect to the second housing element of the syringe.

FIG. 10 is a view corresponding to FIG. 9 showing the cap seated in its zero position against the second housing element.

FIG. 11 is a longitudinal sectional view taken along line 11—11 of FIG. 8.

FIG. 12 is a cross-sectional view taken along line 12—12 of FIG. 11.

FIG. 13 is a cross-sectional view taken along line 13—13 of FIG. 11.

FIG. 14 is an exploded perspective view of components of the syringe of FIG. 8.

FIG. 15 is an exploded breakaway longitudinal sectional view of selected components of FIG. 14.

FIG. 16 is a cross-sectional view taken along line 16—16 of FIG. 15.

FIG. 17 is a side view in partial cut-away of selected components of FIG. 14 in the assembled position.

FIG. 18 is a longitudinal sectional view of components of the syringe of FIG. 8.

FIG. 19 is a longitudinal sectional view of a third embodiment of a dosage unit according to this invention.

FIG. 20 is a cross-sectional view taken along the line 20—20 of FIG. 19.

FIG. 21 is a cross-sectional view taken along the line 21—21 of FIG. 19.

FIG. 22 is a cross-sectional view taken along the line 22—22 of FIG. 19.

FIG. 23 is a cross-sectional view taken along the line 23—23 of FIG. 19.

FIG. 24 is a perspective view of the syringe of FIG. 19, showing the cap partially removed.

FIG. 25 is a perspective view of the syringe of FIG. 19, showing the cap fully removed.

FIG. 26 is a partial longitudinal sectional view of the syringe of FIG. 19, showing the cap fully inserted into the second housing element.

5                                                                          6

FIG. 27 is a view corresponding to FIG. 26 showing the cap partially removed from the second housing element.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIGS. 1–7, 8–18 and 19–27 relate to first, second, and third embodiments of this invention, respectively. The first and second embodiments embody both aspects of the invention described above, while the third embodiment embodies only the second aspect of the invention.

Turning to FIGS. 1–7, the first embodiment comprises a first housing element or casing 1 for a cartridge 2 containing a liquid 3. The cartridge 2 comprises a piston 4 pressing the liquid 3 out through a needle 5 inserted in the opposite end, said needle being secured to the casing 1 in a generally known manner by screwing on of a cup-shaped cap 6. As indicated in FIGS. 2 and 3, the cartridge 2 can be retained in the casing by means of a retaining cap 7 optionally secured to the casing by a snapping effect. The retaining cap 7 allows introduction of a protruding end of the needle 5, said end optionally extending into the interior of the cartridge. This introduction and insertion of the needle 5 is preferably carried out during the screwing on of the needle-carrying cap 6 onto the retaining cap 7 of the casing 1.

At the end opposite the needle 5 the dosage unit comprises a piston rod member 8 driving the piston 4 in the cartridge 2. This piston rod member 8 comprises a longitudinal groove 9 provided in the bottom with transverse barbs 10, and the groove 9 is serrated when seen in a longitudinal section (FIG. 3). These barbs cooperate with a pawl 11 formed on the casing 1. The pawl 11 is provided with barbs which cooperate with the barbs 10 on the piston rod member 8. These barbs 10 and the pawl 11 are shaped so as only to allow displacement of the piston rod member 8 towards the piston 4 of the cartridge and to prevent displacement in the opposite direction. As indicated in FIG. 5, the pawl 11 and the groove 9 are of such a width that their cooperation prevents the piston rod member 8 from rotating relative to the casing 1.

The piston rod member 8 further comprises a thread 12 shaped along its external periphery, and a nut member 13 is screwed onto the thread 12. On the outside the nut member 13 comprises radially protruding projections 14 and 15 extending axially along the outer side of the nut member 13 and received in corresponding respective grooves 16 and 17 (FIG. 4) in a surrounding sleeve-shaped adjustment means or second housing element 18. At the end adjacent the casing 1 this adjustment means 18 comprises a circumferential groove 19 receiving a circumferential projection 20 on the casing 1. As a result the adjustment means 18 is rotatable with respect to the casing 1, yet it is prevented from moving axially.

The nut member 13 is integrally shaped with a tubular indicator 21 extending coaxially with the piston rod member 8 away from the casing 1 between the piston rod member 8 and the adjustment means 18. At the free end projecting outside the adjustment means 18, the indicator 21 comprises an end button or pressure receiving element 22 of substantially the same outer diameter as the adjustment means 18. As indicated in FIGS. 2 and 3, the nut member comprises a circumferential abutment surface 23 at the transition to the tubular indicator. Correspondingly, the adjustment means 18 comprises

an inner circumferential abutment surface 24, the abutment surface 23 on the nut member abutting the abutment surface 24 to provide a predetermined stop position as the nut member is displaced in the axial direction relative to the adjustment means 18. The grooves 16 and 17 shaped on the inner side of the adjustment means 18 are of such an extent that the nut member 13 can move freely in the axial direction relative to the adjustment means between the adjacent end of the casing 1 and the inner abutment surface 24 on the adjustment means 18.

The dosage unit also includes a removable cap 25 protecting the needle 5 when the dosage unit is not used. This cap is of such axial extent that when mounted, its free rim 26 is situated adjacent the adjustment means 18. Axial recesses or grooves are provided close to the free rim 26 of the cap 25, said recesses being situated symmetrically with the same mutual angular separation from one another along the inner side of the cap. These recesses are indicated by the reference numerals 27 and 28 in FIGS. 2 and 3 and receive correspondingly shaped protruding projections 29 and 30, respectively, on the outer side of the casing 1. In this manner the cap can always be situated in a predetermined rotational position relative to the periphery of the casing 1. Preferably the projections 29 and 30 on the casing 1 are shaped to snap into the recesses 27 and 28 on the cap 25.

As shown in FIG. 5, the casing 1 is provided with axially shaped grooves 31, 32, 33, 34 and 35 along its circumference. These grooves are situated with the same mutual angular spacing as the grooves or recesses 27 and 28 on the inner side of the cap 25. These grooves 31–35 on the outer side of the casing 1 cooperate with a projection 36 on the adjustment means 18 which projects inwardly. The grooves 31–35 and the projection 36 are shaped such that the adjustment means 18 can readily be rotated relative to the casing 1 by a user. The projection 36 cooperates with the grooves to releasably hold the casing 1 at any one of five detent positions with respect to the adjustment means, and to provide an audible click as the casing 1 is advanced from one detent position to the next.

A scale is provided on the outer side of the adjustment means 18 at the end adjacent the cap 25 (FIG. 1). This scale comprises a platform 37 with the number 0 thereon. Correspondingly, the cap 25 comprises a knob 38 to be situated opposite the platform 37. The arbitrary positioning of the cap 25 along the circumference of the casing and the corresponding positioning of the adjustment means 18 also relative to the circumference of the casing 1 renders it possible for the user always to be able to situate the knob 38 opposite the platform 37 before the adjustment is initiated.

The dosage unit of FIGS. 1–5 operates in the following manner. Upon positioning of the knob 38 opposite the platform 37 of the adjustment means 18, the desired dosing quantity is set by turning the cap 25 and therefore the casing 1 relative to the adjustment means 18. As a result, the nut member 13 is forced to follow the rotation, the abutment of said nut member 13 against the end of the casing 1 preventing a turning of the adjustment means 18 in the incorrect direction. The rotation of the nut member 13 relative to the piston rod member 8 moves the nut member 13 away from the cartridge by the thread 12, and the indicator moves axially away from the free end of the adjustment means 18. As a result, a coarse measuring scale 39 appears on the outside of the indicator 21. This scale can be configured to

7

indicate the dosing quantity in question in full turns of the adjustment means 18 relative to the knob 38 on the cap 25, while the scale 40 on the end of the adjustment means adjacent the cap 25 indicates the dosing quantity by portions of a full rotation of the adjustment means 18 relative to the knob 38.

When the desired dosing quantity has been set, the turning of the adjustment means 18 is stopped at a suitable location defined by the inner projection 36 being received in one of the grooves 31–35 on the outside of the casing 1. Subsequently, the user removes the cap 25 and positions the dosage unit at the desired location to insert the needle 5. Then the indicator 21 is forced back into the adjustment means 18 by pressing on the end button 22 until this movement is stopped by the abutment of the nut member 13 against the end of the casing 1 or the abutment of the end button 22 against the adjacent end of the adjustment means 18. The pawl 11 prevents the piston rod member 8 from rotating, and the displacement of the indicator 21 therefore causes displacement of the piston rod member by a corresponding distance, whereby the piston of the cartridge is pressed towards the outlet end of the cartridge. As a result, a quantity of liquid is pressed out of the cartridge, said quantity corresponding to the quantity measured on the measuring scales. After completion of the injection of liquid, the dosage unit is of the same length as before the preadjustment and therefore it maintains an acceptable, uniform appearance.

A suitable choice of material allows the casing 1 to be transparent, whereby the user can always see whether liquid is left in the cartridge. The cap 25 ensures simultaneously that the contents of the cartridge are protected against sunlight. The various parts of the dosage unit are advantageously made of plastics by injection molding and are relatively easy to manufacture.

FIGS. 6 and 7 illustrate an alternate form of the indicator 21 and the associated nut member 13. On the outside this indicator comprises a protrusion 41 received in a corresponding groove on the inside of the adjustment means 18. At the end opposite the protrusion 41, a circumferential groove 42 is provided for the fastening of a loose end knob (not shown) shaped like the end knob 22.

Many modifications can be made to the first embodiment without thereby deviating from the scope of the invention. The piston rod member may, for instance, be of different cross sections depending on the shape of the ratchet device, and the piston rod member may be prevented from rotating by a suitable shaping of the opening through which the piston rod member passes into the casing 1. Mating teeth may be provided on the end of the nut member 13 adjacent the casing 1 as well as on the abutting end of the casing 1. These teeth are preferably shaped as cooperating barbs preventing a mutual rotation of the casing 1 and the nut member towards a stronger tension. These barbs allow a slight turning in the opposite direction.

As illustrated in FIG. 1, the cap 25 is of a non-circular cross section at the end opposite the adjustment means 18 when said cap is secured on the dosage unit. In this manner it is easy to handle the cap during the mounting procedure. Furthermore, a clip 43 is provided which secures the dosage unit to a pocket in a manner similar to a fountain pen.

The second preferred embodiment of FIGS. 8–19 is similar in many respects to the first preferred embodiment described above. In view of these similarities,

8

corresponding elements in the second embodiment are identified with the same reference numeral as in the first embodiment, with the addition of a prime. Points of similarity between the two embodiments will not be repeated, and the following discussion will focus on the differences between these embodiments.

As best shown in FIGS. 8, 9 and 10, the illustrated disposable syringe includes a removable cap 25' which fits against the second housing element 18'. The second housing element 18' defines a projecting element 44', and the cap 25' defines a mating recess 45'. FIG. 10 shows the way in which the projecting element 44' fits within the recess 45' to define a zero position when the cap 25' is moved against the second housing element 18'. When it is desired to rotate the cap 25' with respect to the second housing element 18', the cap 25' is moved to the position shown in FIG. 9, in which the projecting element 44' is positioned outside of the recess 45', thereby allowing rotation.

The nut element 13' is quite similar to that shown in FIGS. 6 and 7, and the second housing element 18' includes an internal rib 46' that cooperates with the protrusion 41' to define a stop position, beyond which the nut element 13' cannot move. The pressure receiving element 22' defines an array of internal ribs 47' on its internal surfaces, and these ribs 47' are configured to snap into and to engage the circumferential groove 42' in the nut element 13'. These ribs 47' are best shown in FIGS. 11 and 18. In this way assembly of the syringe is facilitated, without requiring adhesives of any type.

FIGS. 11 and 12 show the manner in which the first housing element 1' includes a projection 29' that is shaped to fit into any one of five equally spaced recesses 27' in the cap 25'.

As best shown in FIGS. 14, 15 and 17, the first housing element 1' defines a circumferential lip 48' at its forward end, as well as a circumferential array of lugs 49'. The retaining cap 7' defines a mating groove 50', and a circumferential array of mating recesses 51'. When the retaining cap 7' is snapped in place on the first housing element 1' (FIG. 17), the lip 48' fits within the groove 50' to hold the retaining cap 7' securely in place axially. Similarly, the lugs 49' engage respective ones of the recesses 51' to prevent relative rotation between the retaining cap 7' and the first housing element 1'.

As best shown in FIGS. 14, 15 and 16, the piston rod element 8' defines two diametrically opposed longitudinal grooves 9', and the first housing element 1' includes two diametrically opposed pawls 11', each shaped to fit into a respective one of the grooves 9' to prevent relative rotation between the piston rod element 8' and the first housing element 1'. Ribs 52' (FIGS. 15 and 16) are provided to engage the cartridge 2' frictionally.

As best shown in FIGS. 11 and 14, the first housing element 1' also defines a raised lug 53' which cooperates with five equally spaced grooves in the second housing element 18' (not shown) to define five detented rotational positions of the first housing element 1' with respect to the second housing element 18'. As best shown in FIGS. 14 and 18, the first housing element 1' and the nut element 13' define respective ramps 54', 55'. These ramps are oriented to prevent relative rotation in a selected direction between the first housing element 1' and the nut element 13' when the ramps 54', 55' engage one another so as to prevent excessive stresses on the pawls 11'.

As mentioned above, the operation of the embodiment of FIGS. 8–18 is quite similar to that of the first

4,973,318

9

preferred embodiment, and will not be described again
here.

In the first and second embodiments described above,
the piston rod is in each case a two-part assembly made
up of a piston rod element and a nut element. However,
this is not essential for all syringes using the protective
cap of this invention, and the third preferred embodi-
ment shown in FIGS. 19–27 includes a one-piece piston
rod.

The disposable syringe illustrated in FIGS. 19–27
comprises a first housing element 101 shaped to receive
a liquid filled cartridge (see FIGS. 20, 23). The liquid
filled cartridge is preferably of a conventional type and
comprises at its front end a rubber membrane, which
can be pierced by a needle, and at its rear end an axially
displaceable piston. The rear end of the first housing
element 101 comprises a relatively short external thread
102 capable of cooperating with an internal thread in a
second housing element described below.

A needle assembly, comprising a hub 103, a double
pointed needle 104 and internal threads 105, is screwed
onto the front end of the first housing element 101. This
causes the rear end of the needle 104 to penetrate the
rubber membrane of the liquid filled cartridge when the
latter is pressed into position against the front end of the
first housing element 101.

The first housing element 101 is preferably made of a
transparent plastic material, and it comprises five
equally spaced longitudinally extending ribs 106 (see
FIGS. 20 and 21). The disposable syringe further in-
cludes a second housing element 110 surrounding at
least the rear end of the first housing element 101 and
having an internal thread 111 that cooperates with the
external thread 102 on the first housing element 101.
The mating threads on the first and second housing
elements 101, 110 are configured such that clockwise
rotation of the first housing element 101 with respect to
the second housing element 110 causes the first housing
element 101 to be axially displaced towards the rear end
of the second housing element 110. The second housing
element 110 includes a rear end wall 112, and the sy-
ringe further includes a central, axially displaceable
piston rod 113. The front end of the piston rod 113
comprises a collar 114, and the rear end of the piston
rod 113 extends through an opening 115 in the end wall
112 and terminates in a pressure receiving element 116.
A coil spring 117 surrounds the piston rod 113 and is
tensioned between the collar 114 and the interior side of
the end wall 112. This coil spring 117 tends to press the
front end of the piston rod 113 against the piston of the
cartridge located within the first housing element 101,
and to maintain the pressure receiving element 116 in
contact with the exterior of the end wall 112.

The second housing element 110 also comprises a
combined pawl and click mechanism 118. This mecha-
nism 118 extends into the interior of the second housing
element 110 and includes a projection 119 having the
shape of a saw tooth in contact with the exterior surface
of the first housing element 101 and in particular the ribs
106 in such a manner that a counterclockwise rotation
of the first housing element 101 relative to the second
housing element 110 requires a predetermined force
which is greater than the force required to cause clock-
wise rotation. The mechanism 118 is resiliently con-
nected with the second housing element 110 in such a
manner that a click is produced when the projection 119
slides over a rib 106 on the exterior of the first housing
element 101.

10

The second housing element 110 includes at its front
end an axially extending recess 120, which cooperates
with an axially extending rib provided on a protecting
cap described below. The second housing element 110
also defines two axially spaced annular grooves 121, 122
which are positioned on the interior side of the second
housing element 110 near the front end. The grooves
121, 122 cooperate with an annular locking ring pro-
vided on the protecting cap described below.

As shown in FIGS. 21 and 22, the second housing
element 110 is composed of two parts 123, 124 which
are interconnected with one another at a plane that
extends axially of the second housing element 110.

The disposable syringe further includes a protecting
cap 130 which carries at its front end a clip 131. The
protecting cap 130 defines at an internal surface five
axially extending grooves 132, shaped to receive the
ribs 106 provided on the exterior surface of the first
housing element 101. The mating ribs 106 and grooves
132 form splines that rotationally engage the protecting
cap 130 with the first housing element 101. For this
reason, when the protecting cap 130 is positioned over
the first housing element 101, rotation of the protecting
cap 130 automatically causes a similar rotation of the
first housing element 101.

The rear end of the protecting cap 130 includes a
section 133 of a reduced diameter sized to fit within the
front end of the second housing element 110. At the rear
end of the portion of the protecting cap 130 having the
full diameter of the protecting cap 130, there are pro-
vided a number of axially extending ribs 134, and one of
these ribs 135 is shaped as a projection which extends
into the section 133 of reduced diameter. The projecting
rib 135 is shaped to be inserted into the recess 120 so as
to prevent relative rotation between the protecting cap
130 and the second housing element 110.

The reduced diameter section 133 defines an external
annular locking ring 136 that is shaped to fit into either
one of the grooves 121 or 122 on the interior surface of
the second housing element 110 (FIGS. 26 and 27).

When delivered to the patient the syringe of FIGS.
19 through 27 is loaded with a liquid filled cartridge,
and the protecting cap 130 is inserted in the second
housing element 110 with the projecting rib 135 on the
protecting cap 130 inserted into the recess 120 on the
second housing element 110. In this position, the annu-
lar rib 136 is located in the groove 122 (FIG. 26) and the
protecting cap 130 is prevented from rotating relative to
the second housing element 110.

Before setting the dose to be injected, the patient
must axially displace the protecting cap 130 relative to
the first housing element 101, preferably to a position in
which the annular rib 36 is located in the groove 121
(FIG. 27). At this point, the patient is free to rotate the
protecting cap 130 and the first housing element 101 to
set the dose. By using the recess 120 as the zero point,
the patient can select a desired dose by rotating the
protecting cap 130 over an angle corresponding to a
given number of the ribs 134 on the exterior surface of
the protecting cap 130. Rotation of the first housing
element 101 will cause the piston rod 113 to be axially
displaced towards the rear end of the second housing
element 110, thus axially displacing the pressure receiv-
ing element 116 from the exterior side of the end wall
112. After the desired dosage has been selected, the
protecting cap 130 is removed and the syringe is now
prepared for an injection (FIG. 25).

4,973,318

11

The injection is effected by depressing the pressure receiving element 116. Such a depression will cause the piston of the cartridge to be axially moved towards the front end of the syringe, thereby delivering the desired preset dosage of liquid from the tip of the needle 104. After the injection has been completed, the protecting cap 130 is reinserted on the end of the housing 101 with the rib 135 located in the recess 120, and the syringe is again ready for presetting an injection of another preset dosage of liquid.

The piston rod 113 defines stop members 140 which cooperate with the interior surface of the end wall 112 if the piston rod 113 is axially displaced over a distance which is longer than acceptable. In this way, the stop members prevent the selection of a dosage that exceeds a predetermined value.

All three embodiments described above are adapted for use with a liquid filled cartridge. This is convenient for many applications, because the material for the first housing element can be chosen without concern for possible adverse reaction with the solution to be injected. However, for some applications, it may be preferable to eliminate the cartridge and use the first housing element with a suitable piston to contain the solution directly.

We claim:

1. In a disposable syringe for injecting a number of measured doses of a liquid, of the type comprising first and second housing elements coupled together to allow rotation of the first housing element with respect to the second housing element, said first housing element adapted to receive a quantity of liquid and comprising means for mounting a liquid outlet needle at a front end thereof, said second housing element having a rear end situated opposite the front end of the first housing element, the improvement comprising:

a piston rod disposed in the second housing element to move axially therein, said piston rod comprising a rod element and a nut element, said rod element coupled to the first housing element to move axially therein without relative rotation therewith, said nut element threaded to the rod element for telescoping movement therewith and configured to move axially in the second housing element without relative rotation therein; and

a pressure receiving element on the nut element;

said housing, rod, nut and pressure receiving elements cooperating such that relative rotation between the housing elements in a selected direction causes relative rotation between the rod and nut elements and thereby increases the effective length of the piston rod and causes the pressure receiving element to extend from the second housing element such that a measured quantity of liquid is expressed from the needle when the pressure receiving element is moved back toward the second housing element.

2. The invention of claim 1 wherein the first and second housing elements are coupled together for rotation without axial displacement therebetween.

3. The invention of claim 1 wherein the pressure receiving element defines a first stop surface that limits travel of the nut element inwardly, towards the first housing element.

4. The invention of claim 2 wherein the nut element defines an axially oriented scale positioned to indicate the axial position of the nut element with respect to the second housing element.

12

5. The invention of claim 4 wherein the scale is integrally formed on the nut element.

6. The invention of claim 1 wherein the first housing element is configured to receive a cartridge having a pierceable diaphragm at a front end thereof, a slideable piston at a rear end thereof, and containing the quantity of liquid.

7. The invention of claim 2 wherein the nut element defines at least one radially protruding, axially extending projection on an exterior portion thereof, and wherein the projection is received in an axially extending groove in an inner portion of the second housing element.

8. The invention of claim 1 wherein the nut element comprises a second stop surface configured to contact the second housing element to limit axial movement of the nut element out of the second housing element.

9. The invention of claim 1 wherein the nut element and the pressure receiving element are substantially axially symmetrically shaped, and wherein the pressure receiving element defines an outer diameter substantially equal to that of the second housing element.

10. The invention of claim 1 further comprising

a removable protective cap configured to receive the first housing element and substantially abut the second housing element while mounted on the first housing element; and

means for releasably coupling the protective cap and the first housing element for rotation together such that rotation of the protective cap with respect to the second housing element causes rotation of the first housing element with respect to the second housing element.

11. The invention of claim 10 wherein the substantially abutting front portion of the second housing element and rear portion of the protective cap together comprise scale means for measuring relative rotation of the protective cap with respect to the second housing element.

12. The invention of claim 11 further comprising means for providing detents at selected rotational positions of the first housing element with respect to the second housing element.

13. The invention of claim 12 wherein the coupling means allows the protective cap to receive the first housing element in multiple different angular positions of the protective cap with respect to the first housing element to allow the protective cap to be oriented at a selected position with respect to the second housing element, regardless of the detent rotational position of the first housing element in the second housing element.

14. The invention of claim 10 wherein the substantially abutting front portion of the second housing element and rear portion of the protective cap together comprise interlocking means for defining a selected angular position of the protective cap with respect to the second housing element.

15. The invention of claim 14 wherein the interlocking means comprises a recess on the rear portion of the protective cap and a projection on the front portion of the second housing element, said projection shaped to fit into the recess to define the selected angular position.

16. The invention of claim 1 wherein the rod element defines at least one toothed axial groove, and wherein the rod element is coupled to the first housing element by at least one pawl that rides in the groove to prevent rotation of the rod element in the first housing element,

4,973,318

**13**

said pawl engaging the toothed groove to prevent retraction of the rod element.

**17.** The invention of claim **16** wherein the at least one groove in the rod element comprises two diametrically opposed grooves, and wherein the at least one pawl comprises two pawls, one riding in each of the grooves.

**18.** The invention of claim **16** wherein the liquid is contained in a cartridge and wherein the first housing element comprises a locking ring that snaps in place to lock the cartridge within the first housing element.

**19.** The invention of claim **18** wherein the locking ring mechanically interlocks with a mating portion of the first housing element to prevent rotation therebetween.

**20.** In a disposable syringe for injecting a number of measured doses of a liquid, of the type comprising first and second housing elements coupled together to allow rotation of the first housing element with respect to the second housing element, said first housing element adapted to receive a quantity of liquid and comprising means for mounting a liquid outlet needle at a front end thereof, said second housing element having a rear end situated opposite the front end of the first housing element, the improvement comprising:

a piston rod disposed in the second housing element to move axially therein, said piston rod comprising a piston actuating end and a force receiving end, said force receiving end positioned at the rear end of the second housing element when in an initial position;

means, responsive to relative rotation between the first and second housing elements, for causing the force receiving end of the piston rod to move away from the initial position to preset a dose to be delivered through the needle when the force receiving end is returned to the initial position;

a protective cap removably mounted over the front end of the first housing element to protect the needle; and

means for releasably coupling the protective cap and the first housing element for rotation together such that rotation of the protective cap with respect to the second housing element causes rotation of the first housing element with respect to the second housing element.

**21.** The invention of claim **20** wherein the protective cap is configured to receive the first housing element such that a front portion of the second housing element

**14**

substantially abuts a rear portion of the protective cap when the protective cap is mounted in place over the first housing element.

**22.** The invention of claim **21** wherein the substantially abutting front portion of the second housing element and rear portion of the protective cap together comprise scale means for measuring relative rotation of the protective cap with respect to the second housing element.

**23.** The invention of claim **22** wherein the scale means comprises a circumferential scale on the rear portion of the protective cap and a marker on the front portion of the second housing element.

**24.** The invention of claim **20** wherein the releasably coupling means comprises a set of interengaging splines on the protective cap and the first housing element.

**25.** The invention of claim **24** wherein the splines are configured to allow the protective cap to receive the first housing element in multiple different angular positions of the protective cap with respect to the first housing element.

**26.** The invention of claim **21** wherein the substantially abutting front portion of the second housing element and rear portion of the protective cap together comprise interlocking means for defining a selected angular position of the protective cap with respect to the second housing element.

**27.** The invention of claim **26** wherein the interlocking means comprises a recess on the rear portion of the protective cap and a projection on the front portion of the second housing element, said projection shaped to fit into the recess to define the selected angular position.

**28.** The invention of claim **20** wherein the piston rod comprises a rod element and a nut element threadedly engaged with the rod element, and wherein the nut element is configured to move axially without rotating in the second housing element.

**29.** The invention of claim **28** further comprising ratchet means for preventing the rod element from retracting from the first housing element while allowing the rod element to move into the first housing element.

**30.** The invention of claim **20** wherein the first housing element is configured to receive a cartridge having a pierceable diaphragm at a front end thereof, a slideable piston at a rear end thereof, and containing the quantity of liquid.

*  *  *  *  *

# EXHIBIT 8

## REDACTED