IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOVO NORDISK A/S,                               )
                                                )
            Plaintiff,                          )
                                                )
    v.                                          )    C.A. No. 05-645-SLR
                                                )
SANOFI-AVENTIS, AVENTIS                         )
PHARMACEUTICALS INC., and AVENTIS               )
PHARMA DEUTSCHLAND GMBH,                        )
                                                )
            Defendants.                         )

## AMENDED ORDER

At Wilmington this _31st_ day of ~~September,~~ *October,* 2007, having reviewed plaintiff's motion to

voluntarily dismiss, filed in connection with plaintiff's covenant not to sue; and consistent with the

covenant not to sue (D.I. 164, ex. A) and the litigation as observed by the court;

IT IS ORDERED that plaintiff's motion to voluntarily dismiss (D.I. 152) is granted as follows:

1.      Plaintiff's claims asserted against defendants in the complaint are dismissed with

prejudice.

2.      Defendants' counterclaims against the plaintiff are dismissed without prejudice.

3.      Each party shall bear its own costs.


_____
Untied States District Judge